No. 22-3294

# In the United States Court of Appeals for the Third Circuit

JAMES P. SCANLAN; CARLA RINER,
*Plaintiffs-Appellants,*

v.

AMERICAN AIRLINES GROUP INC; AMERICAN AIRLINES INC,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
Case No. 2-18-cv-04040 (The Hon. Harvey Bartle III)

## PLAINTIFFS-APPELLANTS' APPENDIX: VOLUME IV (821–1905)

R. JOSEPH BARTON
COLIN M. DOWNES
BARTON & DOWNES LLP
1633 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 734-7046

PETER ROMER-FRIEDMAN
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(718) 938-6132

DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
2001 K Street NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

ADAM T. KLEIN
MICHAEL J. SCIMONE
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 209-0671

*Counsel for Plaintiffs-Appellants*
*(additional counsel listed on inside cover)*

March 23, 2023

MATTHEW Z. CROTTY
RIVERSIDE LAW GROUP, PLLC
905 W. Riverside Avenue, Suite 404
Spokane, WA 99201
(509) 850-7011

THOMAS G. JARRARD
LAW OFFICE OF THOMAS G.
JARRARD LLC
1020 N. Washington Street
Spokane, WA 99201
(425) 239-7290

**INDEX**

| VOLUME I | | | |
|---|---|---|---|
| **ECF No.** | **Date** | **Document** | **Page** |
| 191 | December 1, 2022 | Notice of Appeal | 1 |
| 190 | November 2, 2022 | Judgment | 5 |
| 189 | November 2, 2022 | Order on Summary Judgment | 10 |
| 188 | November 2, 2022 | Opinion on Summary Judgment | 11 |
| 176 | August 29, 2022 | Order re Joint Stipulation re Defendants' Statement of Undisputed Material Facts | 32 |
| 156 | April 6, 2022 | Order Modifying Class | 35 |
| 155 | April 6, 2022 | Memorandum Opinion re Modifying Class | 40 |
| 125 | October 8, 2021 | Order re Class Certification | 57 |
| 124 | October 8, 2021 | Memorandum Opinion re Class Certification | 60 |
| 93 | May 5, 2020 | Order on Motion to Dismiss | 93 |

| 92 | May 5, 2020 | Memorandum Opinion re Motion to Dismiss | 94 |
| 85 | April 26, 2021 | Order Deeming Second Amended Complaint Filed | 103 |
| 50 | June 18, 2019 | Order on Motion to Dismiss | 105 |
| 49 | June 18, 2019 | Memorandum Opinion re Motion to Dismiss | 106 |

| VOLUME II | | | |
| --- | --- | --- | --- |
| **ECF No.** | **Date** | **Document** | **Page** |
| 81-3 | February 27, 2020 | Second Amended Complaint | 131 |
| 82-9 | February 27, 2020 | Defendants' Interrogatory Responses (March 2020) | 167 |
| 82-12—82-15 | February 27, 2020 | American Airlines, Inc. 401(k) Plan for Pilots | 182 |

| VOLUME III | | | |
| --- | --- | --- | --- |
| **ECF No.** | **Date** | **Document** | **Page** |
| 82-15—82-17 | February 27, 2020 | American Airlines, Inc. 401(k) Plan for Pilots (cont.) | 239 |
| 82-18 | February 27, 2020 | American Airlines Group Inc. Amended and Restated Profit Sharing Plan | 274 |

| 83-1 | March 3, 2020 | James Scanlan Declaration In Support of Class Certification | 283 |
| 135 | January 6, 2022 | Defendants' Amended Answer to Second Amended Complaint | 287 |
| 172 | July 29, 2022 | Exhibits to Plaintiff's Motion for Partial Summary Judgment | 334 |
| 173 | July 29, 2022 | Attachments to Defendants' Motion for Summary Judgment | 612 |

| VOLUME IV | | | |
|---|---|---|---|
| **ECF No.** | **Date** | **Document** | **Page** |
| 173 | July 29, 2022 | Attachments to Defendants' Motion for Summary Judgment (cont.) | 821 |
| 177 | August 31, 2022 | Attachments to Plaintiff's Opposition to Defendants' Motion for Summary Judgment | 1677 |
| 178 | August 31, 2022 | Attachments to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment | 1840 |
| 180 | September 16, 2022 | Defendants' Reply In Support of Motion for Summary Judgment | 1878 |

|  | Year | Rate of Return | Year | Rates of Return |
|---|---|---|---|---|
| **Mutual Fund A =** | 1 | 8.0% | 6 | 8.0% |
|  | 2 | 8.0% | 7 | 8.0% |
|  | 3 | 8.0% | 8 | 8.0% |
|  | 4 | 8.0% | 9 | 8.0% |
|  | 5 | 8.0% | 10 | 8.0% |

|  | Year | Rate of Return | Year | Rates of Return |
|---|---|---|---|---|
| **Mutual Fund B =** | 1 | 66.0% | 6 | 8.0% |
|  | 2 | 66.0% | 7 | 8.0% |
|  | 3 | 56.0% | 8 | -40.0% |
|  | 4 | 8.0% | 9 | -50.0% |
|  | 5 | 8.0% | 10 | -50.0% |

Over the course of these ten years, the mean, median, and mode annual return of both mutual funds were the same (*i.e.*, 8.0% for all statistics). But the yearend values and overall performances are drastically different:

|  | Year | Year-End Value | Year | Year-End Value |
|---|---|---|---|---|
| **Mutual Fund A =** | 1 | $10,800 | 6 | $15,869 |
|  | 2 | $11,664 | 7 | $17,138 |
|  | 3 | $12,597 | 8 | $18,509 |
|  | 4 | $13,605 | 9 | $19,990 |
|  | 5 | $14,693 | 10 | **$21,589** |

|  | Year | Year-End Value | Year | Year-End Value |
|---|---|---|---|---|
| **Mutual Fund B =** | 1 | $16,600 | 6 | $54,152 |
|  | 2 | $27,556 | 7 | $58,484 |
|  | 3 | $42,987 | 8 | $35,090 |
|  | 4 | $46,426 | 9 | $17,545 |
|  | 5 | $50,140 | 10 | **$8,773** |

Here, Mutual Fund A had no year-over-year loss and modestly grew each year for 10 years to more than double the initial investment. In contrast, Mutual Fund B had extreme year-over-year volatility (gains of up to 66% in some years and losses as much as -50% in other years) and nearly sextupled the initial investment at one point (year 7) before experiencing three straight years of dramatic losses to end up with *less* than the initial investment by year 10. Investors looking at the track record of these two mutual funds would certainly

not view them as similar, notwithstanding the fact that they both have the same mean, mode and median annual return of 8%.

81. These three simple examples illustrate the severe limitations of exclusively relying on central tendency measures when describing data, and why Mr. Breshears's analysis— which turns a blind eye to other commonly used descriptive statistics about a data set— does not provide a sound basis for drawing conclusions about similarities between military leave and Non-Military leaves. Indeed, just as one would not pack for a trip based only on observing the daily historical mean, median, and mode temperature at their destination during the month of their trip, one should be equally cautious about drawing conclusions about the leave data in this matter without engaging with the data on a more probative and descriptive level. Mr. Breshears appears to acknowledge the limitations of these measures by hedging in the way he presents both his analytic approach and his results. Specifically, he notes that each measure of central tendency "*may* be relevant to a study of the duration of leaves" and that they "*attempt* to describe the state of data being analyzed."[76] Accordingly, in contrast to Mr. Breshears, my report takes a much more rigorous approach to the examination of military and Non-Military Leave patterns where I am able to reach statistical conclusions about the dissimilarities among the leave patterns.

    *3. Mr. Breshears's Damages Analysis on Count II Is Unreliable, Premature, and Speculative*

82. It is my understanding that the operative complaint in this matter includes three counts seeking damages for (i) "not including imputed earnings for Class Members' periods of short-term military leave to calculate their profit sharing awards under the [Profit-Sharing]

---

[76] Breshears Report, ¶¶ 9, 30 (emphasis added).

Plan" in violation of USERRA (Count I);[77] (ii) "failing to credit periods of qualifying military leave under the Profit Sharing Plan as Compensation" thereby "breach[ing] its obligations under the Profit Sharing Plan Documents" (Count II);[78] and (iii) not paying employees the difference between their regular salary and the amount they earned from the military when they take short-term military leave in violation of USERRA (Count III).[79] In his report, Mr. Breshears purports to calculate damages for Count II only, noting his understanding that expert disclosures on Count I and III damages "have been deferred pending the production of data from the United States Department of Defense."[80] Mr. Breshears's damages analysis on Count II is problematic for three reasons.

83. *First*, for all the reasons stated in Section V.A.1. above, Mr. Breshears's methodological approach to understanding and processing American's leave data is so deficient that it renders his damages analysis equally deficient and, thus, wholly unreliable. Indeed, his flawed interpretation of the data and deficient processing methods results in an overstatement of the number of Short-Term Military Leave days by *nearly 8%*, including leaves that were canceled before they began and leaves that were ultimately shorter than originally reported.[81] In turn, his damages model for Count II over-assigns damages by the

---

[77] Plaintiffs' Second Amended Complaint, *Scanlan v. American Airlines Group, Inc. & American Airlines, Inc.*, Case No. 2:18-cv-0404-HB (E.D. Pa.), ¶ 80.

[78] Plaintiffs' Second Amended Complaint, ¶ 93.

[79] Plaintiffs' Second Amended Complaint, ¶¶ 1, 99.

[80] Breshears Report, ¶ 5 & n.2. It is also my understanding that damages for Count I and Count III cannot be calculated without further discovery from the U.S. Department of Defense (the "DOD") and that the corresponding expert damages analysis on those counts will be deferred at this time.

[81] *See* generally Section V.A.1. above.

same factor, including assigning damages to proposed class members for leaves that never occurred or that were shorter than originally reported.

84. *Second*, it appears that any damage estimate related to Count II is also premature without further discovery from the U.S. Department of Defense (the "DOD"). Specifically, assuming for the sake of argument only that American is liable on Count III (*i.e.*, the differential wage claim), it is my understanding that any wages owed proposed class members as part of that liability would need to be factored into the definition of "Compensation" for purposes of "eligible earnings" in the profit-sharing program.[82]

85. *Finally*, even if for the sake of argument only his calculation of eligible earnings per day of missed work was correct, he erroneously appears to treat each day of recorded military leave as a foregone workday that would have had eligible earnings for purposes of profit-sharing *notwithstanding* that many recorded military leave days fall on scheduled days off, let alone that he assigns the military leave days that never occurred in the first place.[83] And data produced in this matter allows Mr. Breshears to identify which military leave days fall on workdays versus scheduled days off. This is not insignificant: between October 1, 2016

---

[82] A plain read of the profit-share documents produced in this matter notes that the definition of "eligible earnings" means "'Compensation' as that term is defined for purposes of employer contributions, in [American's] qualified defined contribution plan that is intended to comply with Section 401(k)." AA-SCANLAN_00006667-6674, at 6672 (American Airlines Group Inc. Global Profit Sharing Plan). In turn, a plain read of the term "compensation" for purposes of employee and employer contributions under American's 401k plan documents includes "[d]ifferential wage payments as defined in Code section 3401(h)(2) that are paid by the Employer during a period of qualified military service as defined in Code section 414(u)." AA-SCANLAN_000013955-14045, at 13966 (American Airlines, Inc. 401(k) Plan for Pilots).

[83] *See* Breshears Report, ¶ 40 ("Next, I multiplied the percentages of months by the related profit sharing eligible earnings for the preceding 12 calendar months ... I divided the estimated eligible earnings for the preceding 12 calendar months by approximately 30.42 days and multiplied the daily rate by the number of days in the continuous short-term military leave to calculate eligible earnings related to short-term military leave.").

and October 31, 2021, 63% of Short-Term Military Leave days occur on a scheduled day off and do not overlap with a trip or reserve day.

**B. Dr. Cavazos's Report Is Untethered to Any Independent Analysis of the Data and Does Not Change My Opinions**

86. My opinions remain unchanged by the report of Dr. Cavazos, who proffers the overarching conclusion that use of central tendency measures is appropriate to study the data in this matter.[84] At its core, Dr. Cavazos's report is nothing more than a series of conjectures that are untethered to any independent analysis of the data at issue in this case.[85] Indeed, his report paints a picture of a polarized and entirely unrealistic world of data analysis based on how data is collected, where administrative data (like the data at issue in this matter) is suited only to "straightforward techniques of data analytics ... such as listing descriptive statistics."[86] However, using such an unconventional, blanket analytical approach based solely on the origins of a particular dataset fails to recognize how administrative data is studied in the real world. In reality, this kind of data is frequently used by companies, government agencies, and academic scholars to shed light on a range of business, economic, legal, and policy issues using a variety of statistical techniques in addition to

---

[84] *See generally* Cavazos Report.

[85] For example, in declaring by decree that any observation in the 99th percentile is "an outlier or a mistake" that are the result of "numbers [that] are imputed into a computerized system incorrectly, or imputed values are generated from broken formulas, or legacy data imported improperly," *see* Cavazos Report, ¶ 26, his position assumes that leaves above the 99th percentile do not reflect actual leaves and would indiscriminately purge them in an approach that is ungrounded in any understanding of actual leave usage or patterns. That is completely unjustified and has the potential to severely distort the analysis of data.

[86] Cavazos Report ¶19.

descriptive statistics—including (but not limited to) regression analysis and Bernoulli trials.[87]  By way of two concrete examples within the airline industry:

    i.    Airlines' revenue management systems—*i.e.*, the process used by airlines to determine how many seats to make available to customers at different price points on each flight—rely on complex optimization models implementing various regression techniques using administrative data (*e.g.*, previous booking levels, capacity, etc.) aimed at, among other things, forecasting route-level demand.

    ii.    An airline assessing whether or not employees are engaged in an illegal work slowdown to exert leverage during contract negotiations will routinely apply a variety of statistical techniques—including regression analysis and Bernoulli trials—on population-level administrative data (*e.g.*, sick rates, maintenance-related flight cancellations, etc.) to assess the likelihood that they are observing changes in behavior by their employees in violation of the Railway Labor Act.[88]

87. Dr. Cavazos also argues that statistical tests like Bernoulli trials are only "proper" when "each trial of drawing from the data should have the same priors."[89]  In simple terms, this condition means that the probability of observing the outcome of interest is the same for

---

[87]Indeed, the very idea that statistical analysis should only be performed on data if the original "intention" of collecting a particular data series was for the purpose of that analysis, is not only bizarre, but would restrict or jeopardize important research across countless fields.  For example, even though the "intention" of collecting social security data is to ensure that participants of the social security system are eventually paid the correct level of benefits once they retire, this data has proved to invaluable for economists and other researchers examining a host of important economic and public policy issues, including income and wealth inequality, and savings, *See, e.g.*, Attanasio, Orazio P. and Agar Brugiavini, "Social Security and Households' Saving," *The Quarterly Journal of Economics*, 08 2003, 118 (3), 1075–1119, and Sylvain Catherine, Max Miller, and Natasha Sarin, "Social Security and Trends in Wealth Inequality", *CEPR Working paper*, August 2021, https://cepr.org/sites/default/files/CMS.pdf.

[88] *See, e.g.*, Memorandum Opinion, *American Airlines, Inc. v. Transport Workers Union of American, AFL-CIO, et. al*, U.S. District Court, Northern District of Texas, Fort Worth Division, Case No. 4:10-CV-414-A, August 12, 2019 ("The only reasonable explanation that can be drawn from the [analysis of Company] data is that the delays and cancellations were caused by concerted activity on the part of defendants' members"); *see also* Memorandum Opinion, *Atlas Air, Inc. v. International Brotherhood of Teamsters*, United States District Court for the District of Columbia, Civil Action No. 17-1953 (RDM), November 30, 2017.

Notably, Mr. Akins, one of Plaintiff's other experts in this matter, submitted an expert Declaration in the Atlas Air matter including hypothesis testing based on regression analysis using an airline's administrative data.  *See* Declaration of Daniel. W. Akins, *Atlas Air, Inc. v. International Brotherhood of Teamsters*, United States District Court for the District of Columbia, Civil Action No. 17-1953, Exhibits 12, 14, 18 and 20 (regression results based on Atlas Air's data).

[89] *See, e.g.*, Cavazos Report, ¶¶ 29, 52.

each repeated trial.[90]  However, whether or not this condition applies very much depends on the context of the question being asked.  For the question here—whether pilot military leave patterns are fundamentally different than other pilot leave type patterns—that specific condition is unnecessary.[91]  Indeed, the fact that military, jury duty, and bereavement "priors" may be different does not in any way invalidate the tests.  To the contrary, in this instance, the Bernoulli trial, "one of the simplest experiments conducted in statistics,"[92] is used to demonstrate how stark the differences are in the distributions of the three leave types by effectively demonstrating that the priors *are different*.

88. Even if Dr. Cavazos's arguments had any applicable merit to this specific matter (they do not), the descriptive statistics I include in my report clearly show that pilot military leave patterns are facially different than pilot jury duty or bereavement leave patterns.  But convention would disagree with Dr. Cavazos that there is nothing to be gained from supplementing these descriptive statistics with the additional straightforward, garden-variety statistical methods that I have incorporated in Appendix D below (*i.e.*, regression

---

[90] For instance, the probability of drawing the ace of spaces from a well-shuffled full deck of cards is 1/52 for each drawing.

[91] By way of illustration, suppose you are presented with *two* decks of cards (one red and one blue) and asked to randomly draw a card from each deck, and repeat that process 10 times (replacing the card you drew back into the same colored deck after each trial).  For the blue deck, you draw the ace-of spades once out of the ten trials.  For the red deck, you are surprised when you draw the ace of spaces on five of the ten trials and ask yourself the same question, *i.e.*, what is the probability of drawing the ace of spades five times given ten chances from a well-shuffled deck of cards?  Relying on your training in basic probability and statistics, you compute the probability of randomly drawing the ace of spaces five or more times out of 10 repeated attempts and find that it is exceedingly remote (*i.e.*, less than one-in-1.6 million), which leads you to conclude that the red deck of cards is *fundamentally different* (*i.e.,* contains more than one ace of spades) than the blue deck of cards.  In this instance, the test helps to establish that the priors—*i.e.*, the probability of drawing the ace of spades—for the two decks of cards are all but sure to be fundamentally different.

[92] *See* Cavazos Report, n.9.

analysis and Bernoulli trials).[93]  Through either lens, there are broad dissimilarities between

the duration, frequency, density and concentration of pilot military leaves versus pilot jury

duty and bereavement leaves.

### C. Mr. Akins's Report Short Shrifts the Potential Effect of Paid Military Leave on American's Operations

89. In his report, Mr. Akins fails to account for the potential effect on staffing and employee

scheduling in his report.[94]  For example, he fails to even consider the possibility that paid

military leave would systematically *increase* the number of conflicts (and therefore

employee absences) given the economic incentive to do so, which, in turn, would

exacerbate stress on flight crew reserve and ground staffing contingency systems.  These

contingency staffing systems are calibrated to need and at current levels would be

insufficient to cover systematic increases in employee absences.  And while airlines'

contingency staffing are designed to ensure operational integrity under normal levels of

absences, the spate of 2021 yearend flight cancellations precipitated by unexpectedly high

rates of absence due to the pandemic makes abundantly clear that these systems are not the

failsafe solution to all unexpected staffing shortages.[95]  These systems must also comply

---

[93] *See* Cavazos Report, ¶ 19 ("… straightforward techniques of data analytics ('business analytics') such as listing descriptive statistics are more appropriate than complex, inferential statistical approaches (which were developed to address more fundamental problems).").

Indeed, Dr. Cavazos refers to both the "t-test" and ANOVA tests (the latter of which is closely related to the F-test used in Appendix D) as "simple."  *See* Cavazos Report, ¶ 42, n.9.

[94] *See* Akins Report ¶ 10 ("All major airlines have in place existing tools and systems designed to accommodate and ensure operational integrity during these absences.").

[95] *See, e.g.*, "American Airlines Cancellations Pile Up as Omicron Fetters Holiday Travel," *The Dallas Morning News*, December 27, 2021, https://www.dallasnews.com/business/airlines/2021/12/27/american-airlines-cancellations-pile-up-as-omicron-fetters-holiday-travel/ ("Pilots calling in sick are forcing American Airlines to cancel more than 180 flights Monday as the travel industry feels the strain of the spreading omicron variant of the COVID-19 virus.")

Case 1:22-cv-02234-OEM-JRC Document 24-4 Filed 03/27/2023 Page 17 of 70 PageID #: 829

with complicated federal regulations and contractual provisions on duty period limitations and rest requirements, as well as other limiting factors, such as seniority, geographic location (e.g., American may need to fly flight crew reserve replacements into location), or, for pilots, other factors like seat (i.e., Captains generally may not be replaced by First Officers).

## VI. CONCLUSIONS

90. Based on the analysis above and contained in the various appendices below, from a data analytical and airline staffing perspective, it is my opinion that American pilots' military leave patterns are substantially different than the airline's jury duty or bereavement leave patterns—whether analyzed as inclusive of all military leaves or as limited to a subset of military leaves, i.e., Short-Term Military Leave. American's pilots' military leave is further distinguishable in how it is structured and available, and paid military leave would amplify those differences. The expert reports submitted by Plaintiffs in this matter do not change my opinions. Finally, the damages estimate submitted by Mr. Breshears is unreliable, premature, and overinclusive.

Executed this 14th day of June, 2022, at Boston, Massachusetts.

Darin N. Lee
June 14, 2022

# Appendix A:     CURRICULUM VITAE OF DARIN N. LEE, PHD

**OFFICE:**         Compass Lexecon
                    200 State Street, 9th Floor
                    Boston, MA 02109
                    Phone: (617) 520-0255
                    E-mail: Darin.Lee@compasslexecon.com

## PROFESSIONAL EXPERIENCE:

Compass Lexecon, Boston, MA
*Executive Vice President*, April 2013 – Present
*Senior Vice President*, March 2011 – March 2013

LECG, LLC, Cambridge, MA
*Director, Transportation and Auction Groups,* January 2011 – February 2011
*Principal, Transportation and Auction Groups,* July 2005 – December 2010
*Senior Managing Economist, Transportation and Auction Groups,* January 2002 – June 2005
*Managing Economist, Transportation and Auction Groups*, January 2001- December 2001
*Senior Economist, Transportation and Auction Groups*, July 1998 - December 2000

## EDUCATION:

Brown University, Providence, RI,
        Ph.D., Economics, 1998
                Specialized Fields: Game Theory, Microeconomic Theory, Industrial Organization
                & Bargaining Theory

Brown University, Providence, RI
        A.M., Economics, 1995

Queen's University, Kingston, Canada
        M.A., Economics, 1993

University of Victoria, B.C., Canada
        B.Sc. (Honors), 1991

**PUBLICATIONS IN REFEREED JOURNALS:**

1) "Product Unbundling in the Travel Industry:  The Economics of Airline Bag Fees", with Jan K. Brueckner, Pierre Picard and Ethan Singer.  *Journal of Economic Management & Strategy*, Vol. 24(3), pp. 457-484, Fall 2015.

2) "What's Your Number?  Interpreting the 'Fair and Equitable' Standard in Seniority Integration for Airlines and Other Industries", with Ethan Singer.  *Economics of Transportation*, Vol. 3 (2014), pp 2-15.

3) "City-Pairs Versus Airport-Pairs:  A Market-Definition Methodology for the Airline Industry", with Jan K. Brueckner and Ethan Singer.  *Review of Industrial Organization*, Volume 44 (2014), Issue 1, pp. 1-25.

4) "Competition and U.S. Domestic Airfares:  A Comprehensive Reappraisal", with Jan K. Brueckner and Ethan Singer.  *Economics of Transportation*, Volume 2(1), pp. 1-17, March 2013.

5) "Alliances, Codesharing, Antitrust Immunity and International Airfares: Do Previous Patterns Persist?" with Jan K. Brueckner and Ethan Singer.  *Journal of Competition Law & Economics*, Volume 7(3), pp. 573-602, 2011.

6) "Retracting a Gift:  How Does Employee Effort Respond to Wage Reductions?", with Nicholas Rupp, *Journal of Labor Economics*, Volume 25, Number 4, October 2007, pp. 725-762.

7) "Domestic Codesharing, Alliances and Airfares in the U.S. Airline Industry", with Harumi Ito, *Journal of Law & Economics*¸ Volume 50, pp. 355-380, 2007.

8) "The Impact of Passenger Mix on Reported Hub Premiums in the U.S. Airline Industry," with María José Luengo Prado.  *Southern Economics Journal*, Vol. 72, No. 2, pp. 372-394, 2005.

9) "Comparing the Impact of the September 11 Terrorist Attacks on International Airline Demand," with Harumi Ito, *International Journal of the Economics of Business*, Volume 12, No. 2, pp. 225-249, 2005.

10) "Domestic Codesharing Practices in the U.S. Airline Industry", with Harumi Ito, *Journal of Air Transport Management*, Vol. 11, No. 2, pp. 89-97, 2005.

11) "Assessing the Impact of the September 11[th] Terrorist Attacks on U.S. Airline Demand," with Harumi Ito, *Journal of Economics and Business*, Volume 57 (1), pp. 75-95, 2005. (Reprinted in Transnational Terrorism, S. Chermak and J. Freilich, Eds., Ashgate, 2013).

12) "Entry Patterns in the Southwest Airlines Route System," with Charles Boguslaski and Harumi Ito, *Review of Industrial Organization*, Volume 25 (3), pp. 317-350, 2004.

13) "Are Passengers Willing to Pay More for Additional Legroom?" with María José Luengo Prado, *Journal of Air Transport Management*, Volume 10, No. 6, pp. 377-383, 2004.

14) "Lessons from the Nigerian GSM Auction," *Telecommunications Policy*, Volume 27, pp. 407-416, 2003.

15) "An Assessment of Some Recent Criticisms of the U.S. Airline Industry," *Review of Network Economics*, Vol. 2(1), pp. 1-9, March 2003.

16) "Concentration and Price Trends in the U.S. Domestic Airline Industry," *Journal of Air Transport Management*, Volume 9, No. 2, pp. 91 –101, 2003.

17) "The Core for Economies with Asymmetric Information: An Axiomatic Approach," with Oscar Volij, *Journal of Mathematical Economics*, Vol. 38, 1, pp.43-63, 2002.

18) "A Note on Individualistic Foundations of the Core in Economies with Asymmetric Information," *Economics Letters*, Volume 61, pp. 203-208, 1998.

**BOOKS AND BOOK CHAPTERS**

1) <u>*Advances in Airline Economics, Volume 1, Competition and Antitrust*</u>, Editor. Amsterdam: Elsevier, 2006.

2) <u>*Advances in Airline Economics, Volume 2, The Economics of Airline Institutions, Operations and Marketing*</u>, Editor. Amsterdam: Elsevier, 2007.

3) "The Impact of Domestic Codesharing on Market Airfares: Evidence from the U.S.", with Harumi Ito, in *Advances in Airline Economics, Volume 1*, Darin Lee, Editor, pages 141-162. Amsterdam: Elsevier, 2006.

**UNIVERSITY TEACHING EXPERIENCE**

UNIVERSITY OF COLORADO-DENVER, Department of Economics, 1994 and 1995, <u>Visiting Lecturer</u>

Courses in Graduate Microeconomics and Mathematical Economics.

BROWN UNIVERSITY, Department of Economics, Fall 1993 - Spring 1997 <u>Teaching Assistant</u>

Courses in Microeconomics, Bargaining Theory, Game Theory, Industrial Organization and Macroeconomics

**TESTIMONY & EXPERT REPORTS**

▪ Expert report in *Bombin v. Southwest Airlines Co.*, U.S. District Court for the Eastern District of Pennsylvania, Case No. 5:20-CV-01883-JMG, June 2022.

▪ Expert report in *Huntsman v. Southwest Airlines, Co.*, U.S. District Court for the Northern District of California, Case No. 19-cv-00083-PJH, February 2022.

▪ Expert reports and deposition testimony in *White v. United Airlines, Inc.*, U.S. District Court for the Northern District of Illinois, Case No. 19-cv-00114, October 2021-March 2022.

- Expert report and deposition testimony in *Meek et al. v. SkyWest Inc. and SkyWest Airlines, Inc.*, U.S. District Court for the Northern District of California, Case No. 3:17-cv-01012, September-November 2021.

- Expert report, Rebuttal Report, and trial testimony in *Porter Airlines Inc. and Porter Aircraft Leasing Corp. v. Nieuport Aviation Infrastructure Partners GP*, Ontario Superior Court of Justice, CV-20-00651563-0000, September 2021-December 2021.

- Expert report and arbitration testimony in the *Joint Collective Bargaining Agreement Interest Arbitration Between the International Brotherhood of Teamsters, Airline Division, and Atlas Air Inc. and Southern Air Inc.*, March 2021.

- Expert report and deposition testimony in *Casey Clarkson v. Alaska Airlines, Inc. and Horizon Air Industries, Inc.*, United States District Court for the Eastern District of Washington, Civil Action No 2:19-CV-0005-TOR, February-March 2021.

- Expert report and rebuttal report in *Thomas Cox, et. al v. Spirit Airlines Inc.*, United States District Court for the Eastern District of New York, Civil Action No. 1:17-cv-5172 WFK-VMS, January 2021-February 2021.

- Expert report and deposition testimony in *Damonie Earl, et. al v. The Boeing Company and Southwest Airlines Co.*, United States District Court for the Eastern District of Texas, Civil Action No. 4:19-cv-00507, October 2020-December 2020.

- Expert report and deposition testimony in *Comtech Telecommunications Corp. and Convoy Ltd., v. Gilat Satellite Networks Ltd.*, Court of Chancery of The State of Delaware, C.A. No. 2020-0553-JRS, September–October 2020.

- Expert reports, declaration, and deposition testimony in *Tremaine Wilson and Lauren Becker, et al v. SkyWest Airlines, Inc.*, United States District Court for the Northern District of California, Civil Action No. 3:19-cv-1491-VC, February 2020-December 2021.

- Expert report in *Lori Grabham v. American Airlines, Inc.*, United States District Court for the Northern District of Texas, Civil Action No. 4:19-cv-00075-A, August 2019.

- Expert reports and trial testimony in *American Airlines, Inc., v. Transport Workers Union of America, AFL-CIO, International Association of Machinists and Aerospace Workers, and Airline Mechanic and Related Employee Association TWU/IAM*, United States District Court for the Northern District of Texas, Fort Worth Division, Civil Action No. 4:19-CV-00414-A, May 2019-January 2020.

- Expert report and declaration in *Layla Basiliali v. Allegiant Air, LLC.*, United States District Court, Central District of California.  Case No. 2:18-CV-3888 RGK, May 2019.

- Expert report and trial testimony in *Julie Gunther v. Alaska Airlines, Inc.*, California Superior Court of the State of California, County of San Diego. Case No. 37-2017- 00037849-CU-OE-NC, April-May 2019.

- 30(B)(6) Deposition in *City of Dallas v. Delta Air Lines, Inc., Southwest Airlines, Co., Virgin America Inc., American Airlines, Inc., and United Airlines*, United States District Court for the Northern District of Texas, Dallas Division, Civil Action No. 3:15-CV-02069-K, April 2019.

- Expert report "An Analysis of Serious Prejudice to the Interests of Brazil Attributable to Subsidized Competition from Bombardier's C Series Aircraft," (Joint with Ethan Singer), *Canada – Measures Concerning Trade in Commercial Aircraft (DS522), World Trade Organization*, December 2018.

- Expert report, rebuttal report, declaration, and deposition testimony in *Delta Airlines, Inc. v. The New York City Department of Consumer Affairs and Lorelei Salas, in her official capacity as Commissioner of the New York Department of Consumer Affairs*, United States District Court for the Eastern District of New York, No. 1:17-cv-1343, November 2018-June 2019.

- Expert report, rebuttal report, declarations, and deposition testimony in *Air Transport Association of America, d/b/a Airlines for America vs. Maura Healey, in her official capacity as Attorney General, Commonwealth of Massachusetts*, United States District Court for the District of Massachusetts, No. 1:18-cv-10651-AVB, November 2018-February 2021.

- Expert report, rebuttal report, declaration, and deposition testimony in *Air Transport Association of America, d/b/a Airlines for America v. The Washington Department of Labor & Industries and Joel Sacks, in his official capacity as Direct of the Depart of Labor & Industries*, United States District Court, Western District of Washington at Tacoma, No. 3:18-cv-05092-RBL, July 2018-July 2019.

- Expert report and arbitration testimony in the Matter of Arbitration between the Association of Professional Flight Attendants and American Airlines, Inc. Bonnie Weinstock Arbitrator, Case #SS-98-2017-APFA-2 (PBS Bidding), April 2018.

- Expert report and deposition testimony in *Julia Bernstein, Lisa Marie Smith, and Esther Garcia, on behalf of themselves and all others similarly situated vs. Virgin America, Inc.*, United States District Court, Northern District of California, Case No. 3:15-cv-02277-JST, November-December 2017.

- Expert report, rebuttal report and trial testimony in *Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc., v. International Brotherhood of Teamsters; International Brotherhood of Teamsters, Airline Division; And Airline Professionals Association of The International Brotherhood of Teamsters, Local Union No. 1224*, United States District Court, District Of Columbia, No. 17-1953 (RDM), September-October 2017.

- Expert report and testimony in the interest arbitration regarding the joint collective bargaining agreement for the pilots of Alaska Airlines and Virgin America; August 2017.

- Expert report, rebuttal report and deposition testimony in *Super98, LLC, v. Delta Air Lines, Inc.,* United States District Court, Northern District of Georgia, Atlanta Division, No. 1:16-cv-1535-LMM, July-September 2017.

- Expert declaration in re: *Spirit Airlines, Inc., v. Air Line Pilots Association, International; Spirit Airlines Master Executive Council; Stuart Morrison; Brian Coley; Michael Lorusso; Todd Hirshon; Michael Luckstone; Ryan Pachkofsky; James Ackerman, Tim Connors; And Antonio Nassar*, United States District Court, Southern District of Florida, Fort Lauderdale Division, No. 0:17-cv-60917, May 2017.

- Expert report and arbitration testimony in the matter of the Interest Arbitration between the Association of Professional Flight Attendants and American Airlines, Inc., January 5-7, 2017.

- Expert report, rebuttal report and deposition testimony in *Daniel Grace, et al. v. Alaska Air Group, Inc. et al*, United States District Court, Northern District of California, San Francisco Division, No. 16-cv-05165-WHA, November-December 2016.

- Expert report in a matter between a U.S. air carrier and one of its represented employee groups (records have been sealed by the court), 2016.

- Expert Declaration in the matter of arbitration between United Airlines, Inc. and the Air Line Pilots Association, International, Profit Sharing Grievance, Board No. 2012-08, Gr. No. 2012-U-AA-14R, et. al., Before the United Airlines, Inc. - Air Line Pilots Association, International System Board of Adjustment, July 2016.

- Expert report and arbitration testimony in the matter of the Interest Arbitration between the US Airways, Inc., and the Communication Workers of America – IBT, January 23, 2015.

- Expert report and arbitration testimony in the matter of the Interest Arbitration between the Association of Professional Flight Attendants and American Airlines, Inc. December 3-4, 2014.

- Expert report and arbitration testimony in the matter between US Airways Inc., and Association of Flight Attendants – CWA. System Board of Adjustment Case No. 2014-001-30-99-02, June 24-25, 2014.

- Expert report and arbitration testimony in the matter between Southwest Airlines and the Aircraft Mechanics Fraternal Association. System Board of Adjustment Case No. 2933, July 2013.

- Expert report and arbitration testimony in the matter of Republic Airlines, Inc. and US Airways, Inc. American Arbitration Association Case No. 13 125 Y-00-133429-12. February – March 2013.

- Expert report and arbitration testimony in the matter of Christopher Abell and 969 other current and former JetBlue Airways Pilots and JetBlue Airways Corporation. American Arbitration Association Case No. 11-160-01184-10. October 2012 – March 2013.

- Expert testimony in the matter of United Airlines, Inc. and the Air Line Pilots Association, Int'l (Discharge of Anthony Freeman), Board No. 2009-17, ALPA Case No. 2009-U-33-9.

- Expert report and deposition testimony in *State of Hawaii vs. Westchester Fire Insurance Company and Coregis Insurance Company*, In the Circuit Court of the First Circuit, State of Hawaii, No. 07-1-13949-07 (RAT).

- Expert report and trial testimony in *US Airways, Inc. v. US Airline Pilots Association and Michael J. Cleary*, United States District Court, Western District of North Carolina, Charlotte Division, No. 00371-RJC. July – August 2011.

- Expert testimony in the arbitration matter between US Airline Pilots Association and US Airways, Inc., In re: Transition Agreement Dispute No. 10. April – September 2011.

- Merits and Class Certification Expert reports and deposition testimony in *Delta/AirTran Baggage Fee Antitrust Litigation*, No. 1:09, md-2089-TCB, United States District Court, Northern District of Georgia, Atlanta Division, 2010 – 2011.

- Expert submission in The Matter of an Arbitration Between Callahan Construction Company, Ltd. And Others. Vancouver, British Columbia, August 2010.

- Expert testimony in the arbitration matter between US Airline Pilots Association and US Airways, Inc., In re: Transition Agreement Disputes Nos. 12, 13 and 14. April 2010.

- Expert report in the matter of *Mesa Air Group, Inc. and Freedom Airlines v. Delta Air Lines, Inc.*, United States District Court, Northern District of Georgia, Atlanta Division, No. 1:09: CV-0772-ODE, January 2010.

- Expert testimony in the matter of Air Line Pilots Association and United Airlines, Before the System Board of Adjustment in the Grievance of Council 34, Board No. 2009-22, ALPA Grievance No. 2009-U-34-10.

- Expert report and deposition testimony in the matter of *US Airways, Inc. vs. Kelly O'Donnell and Gary Tomada*, United States District Court, District of New Mexico, No. 07-1235-MCA-LFG, August 2008.

- Expert report in the matter of *United Air Lines vs. Air Line Pilots Association, et. al*, No. 08 CV 4317, United States District Court, Northern District of Illinois, Eastern District, July 2008. (Joint with Daniel M. Kasper)

- Expert declaration in the matter of Congestion Management Rule for John F. Kennedy International Airport and Newark Liberty International Airport, U.S. Department of Transportation Docket No. FAA-2008-0517. (Joint with Daniel M. Kasper)

- Expert declaration in the matter of Congestion Management Rule for LaGuardia Airport, U.S. Department of Transportation Docket No. FAA-2006-25709. (Joint with Daniel M. Kasper)

- Expert report, deposition and trial testimony in *Gary H. Ramey, et. al vs. District 141, International Association of Machinists and Aerospace Workers, et. al.*, United States District Court, Eastern District of New York, 2007.

- Expert declaration in Star Alliance Application for Antitrust Immunity, Before the U.S. Department of Transportation, Dockets OST-05-22922, OST-96-1434. (Joint with Daniel M. Kasper)

- Expert testimony in SkyTeam Application for Antitrust Immunity, Before the U.S. Department of Transportation, Docket No OST-2004-19214. (Joint with Daniel M. Kasper)

■ Expert report in *Republic/NFR & C. Parking of Louisville v. Regional Airport Authority of Louisville and Jefferson County*, No. 3:01CV-633-S, 2002.

**Airline Labor and Employment Matters:** *Dr. Lee is an expert in labor and employment matters regarding the airline and related industries. Representative engagements include:*

■ For several major U.S. airlines, analysis of the impact of state and local regulations (paid sick leave, meal and rest breaks, etc.) on airline rates, routes and services.

■ For several major U.S. airlines, analysis of employment and wage & hour claims.

■ For several major U.S. airlines, statistical analysis of potential labor slowdowns.

■ For several major U.S. airlines (both mainline and regional), provided expert analysis regarding labor negotiations in advance of Chapter 11 bankruptcy as well as analyses in conjunction with Section 1113(c), 1113(e) and 1114 contract relief.

■ For several major U.S. passenger and cargo airlines, provided expert analysis and testimony in a variety of labor arbitrations.

■ Analysis of the impact of a potential pilot strike on a major U.S. airline and local economies.

■ For a major U.S. airline, provided expert analysis regarding seniority integration issues.

■ For a large airline union, provided independent expert testimony in class action lawsuit brought forth by a class of its members regarding effects of September 11th on U.S. airline industry.

■ For an international airline caterer, provided expert analysis in contract interest arbitration.

■ For several major U.S airlines, provided expert analysis in forced majeure labor arbitrations.

■ For a major U.S. carrier, analysis of industry & economic issues in conjunction with Presidential Emergency Board regarding pilot negotiations.

**Airline Economics, Competition Policy, and Financial Damages**: *Dr. Lee is an expert in the airline industry and has in-depth knowledge of the economics of the airline industry, airline data, airline ticket distribution, regulatory and competition policy issues. Representative case experience includes:*

■ For Avianca, analysis and whitepaper (joint with Ethan Singer) on the impact of Avianca's network on Colombia's air transportation service and the Colombian economy.

■ Expert consulting to Air Canada related to the proposed merger between Air Canada and Air Transat.

■ Expert consulting to American Airlines related to potential changes in airport passenger facility charges.

■ Expert consulting to the Partnership for Open & Fair Skies related on the effect of Gulf carrier subsidies on international airline competition.

- Expert consulting to American Airlines and US Airways related to the American/US Airways merger.

- Expert consulting to United Airlines and Air Canada related to transborder joint venture, including presentations before the Canadian Competition Bureau.

- Expert consulting to United Airlines and ANA related to Transpacific joint venture, including presentations before the Singapore Competition Commission.

- Expert consulting to United Airlines for United/Continental merger, including presentation of econometric analysis of pricing effects from merger to the U.S. Department of Justice.

- Provide expert consulting services to several major U.S. mainline and regional airlines in connection with Chapter 11 reorganization.

- Expert testimony and econometric analysis of on-time flight performance.

- Provide expert testimony and analysis for international airline alliances in support of antitrust immunity applications.

- Analysis of industry, economic & antitrust issues on behalf of three major U.S. airlines and industry group in class action suit regarding hidden city ticketing.

- Provided valuation of a major carrier's U.S. slot holdings.

- Provided valuation of a major carrier's Narita slots holdings and route authority.

- Comments on behalf of industry airline association regarding the use of market-based mechanisms to reduce delay and congestion at U.S. airports.

- Analysis of industry, economic & antitrust issues on behalf of a major U.S. airline regarding the use of baggage templates at Dulles International Airport, United States District Court, Eastern District of Virginia, No. 00-684-A.

- Provide consulting services to major industry group with regards to slot auctions and congestion pricing.

- Analysis of proposed rulemaking regarding demand management options at New York's LaGuardia airport.

- Industry analysis for major airline in conjunction with post 9/11 workforce reductions.

- Analysis of industry & economic issues on behalf of industry backed Internet travel agency.

- Analysis of industry & economic issues for major U.S. and European alliance partners regarding a potential immunized alliance and Open Skies.

- Analysis of discriminatory airport rates, charges and access fees by U.S. and Canadian airports for air carriers and ground transportation providers.

- Authored whitepaper on behalf of major U.S. airline in support of codesharing application with major Hong Kong airline.

- Analysis of industry & economic issues on behalf of Chamber of Commerce for a U.S. metropolitan hub city.

- Analysis of consolidation strategies for a major U.S. airline in conjunction with the proposed and realized industry mergers of 2001.

- Analysis of industry and economic issues on behalf of American Airlines regarding application for new service to China.

- Analysis of industry & economic issues for a major U.S. airline in predatory pricing suit.

- Analysis of industry & economic issues for a major U.S. airline in response of allegations of hub dominance.

- Analysis of industry, regulatory and economic issues for a major U.S. airline and Canadian holding company during negotiations regarding the potential acquisition of Canadian Airlines.

**Impact of COVID-19 on Airline and Related Industries:**

- For Air Canada, whitepaper (joint with Ethan Singer) on the long term impact of COVID-19 on passenger airline competition between Canada and Europe, submitted to the European Commission. October 2020 and January 2021.

- For Avianca, SA., whitepaper (joint with Ethan Singer) on the economic impact of Avianca's hub-and-spoke network in Colombia, August 2020.

- For Airlines for America, whitepaper (joint with Eric Amel and Ethan Singer) on the impact of COVID-19 on U.S. airlines submitted to the U.S. Treasury Department in support of CARES Act Payroll Support Program relief, April 2020.

- For American Airlines, whitepaper (joint with Eric Amel and Ethan Singer) on the impact of COVID-19 on U.S airlines submitted to the U.S. Treasury Department in support of CARES Act Payroll Support Program relief, April 2020.

- For American Airlines, whitepaper (joint with Eric Amel, Erin Secatore, and Ethan Singer) on the impact of COVID-19 on U.S airlines submitted to the U.S. Treasury Department in support of CARES Act Payroll Support Program Extension, July 2020.

- For the Independent Restaurant Coalition, whitepaper (joint with Eric Amel, Erin Secatore, and Ethan Singer) on the impact of COVID-19 on the independent restaurants.

- For a major U.S. carrier, analysis of the impact of COVID-19 on passenger airline demand and the airline industry.

**Auctions and Markets:**  Dr. Lee also specializes in the auctions, markets and game theory. He has served as Chief Auction Strategist for numerous wireless telecommunication and Internet firms during spectrum auctions in the US, UK, Nigeria, Egypt, Brazil and Switzerland where he was responsible for rules analysis, development of bidding strategies, and round-by-round analysis of bidding behavior. Dr. Lee has also provided auction advice to firms in the electricity, airline and

diamond industries and has published articles on auctions and game theory in policy journals such as *Telecommunications Policy* as well as leading economic journals such as the *Journal of Mathematical Economics* and *Economics Letters*. Representative engagements include:

- Chief auction strategist for a Google in FCC Auction #73, 2007-2008.

- For a U.S. wireless telecommunications firm (2006): Chief auction strategist during FCC auction #66 (AWS).

- For a major auction software company (2006): Provided logic and software beta testing for Illinois electric capacity auction software.

- For MTN of South Africa (2006): Chief auction strategist during Egyptian Mobile License Auction.

- For a major auction software company (2002): Analyzed rules and tested software for Texas Electricity Capacity auction.

- For an industry group representing major U.S. Airlines (2001-2003): Consulting services on the feasibility of airport take-off and landing slot auctions.

- For a major producer and market maker of diamond rough (2001-2002): Consulting services on pricing, auctions, and market microstructure.

- For a major U.S. Electric Utility (2001): Auction Design Consultant, Basic Services Generation Auction (New Jersey)

- For MTN of South Africa (2000/2001): Principal Auction Strategist, Nigerian GSM auction.

- For an international telecommunications firm (2000): Principal Auction Strategist, UK LMDS auction.

- For an international telecommunications firm (1999-2000): Principal Auction Strategist, UK 3G auction.

- Provided analysis of the "winner's curse" in U.S. vs. Nextwave bankruptcy settlement (U.S. C-block auction). (1999)

- Advised the Colombian government on efficient auction design for PCS service. (1998)

- Provided bid strategy advice to bidder in the Brazil B block auction (1998)

## CONFERENCE AND OTHER INVITED PRESENTATIONS

- Invited speaker at the ABA Forum on Air and Space Law, Washington D.C., February 2020.

- Georgetown Center for Business and Public Policy, "Airline Competition Conference," Panelist, July 2017.

- Invited speaker at the 2017 IATA Legal Symposium, Washington, D.C., February 2017.

- Invited speaker at Jones Day 2014 Railway Labor Act Symposium, Washington, D.C., May 1, 2014.

- Invited speaker at Jones Day 2013 Railway Labor Act Symposium, Washington, D.C., May 9, 2013.

- University of Vigo, Spain, July 2011.

- International Industrial Organization Conference, Boston, April 2011.

- Invited speaker at American Bar Association, Section of Public Utility, Communications and Transportation Law: An Update on Competition Analysis in Regulated Industries. Washington, D.C., March 7, 2011.

- Hamburg Aviation Conference (invited speaker), Hamburg Germany, February 11, 2010.

- Embraer Semi-Annual AMA's Meeting (invited speaker), Sao Jose dos Campos, Brazil, May 29, 2007.

- International Industrial Organization Conference, Atlanta, April 2005.

- American Economic Association Winter Meetings, Philadelphia, January 2005.

- International Industrial Organization Conference, Chicago, April 2004.

- Southern Economics Association Annual Conference, San Antonio, November 2003.

- Federal Reserve Bank of Chicago (invited speaker), June 2003.

- International Industrial Organization Conference, Boston, April 2003.

- Stony Brook International Game Theory Conference, July 1997

***Conference Service:***

- Session Organizer and Chair, International Industrial Organization Conference, Boston, April 2011.

- Session Chair, International Industrial Organization Conference, Atlanta, April 2005.

- Session Organizer and Chair, American Economic Association Meetings, Philadelphia, January 2005.

- Session Organizer and Chair, International Industrial Organization Conference, Chicago, April 2004

- Discussant, International Industrial Organization Conference, Boston, April 2004

- Discussant, Southern Economics Association Conference, San Antonio, November 2003

- Discussant, International Industrial Organization Conference, Boston, April 2003

***Journal Referee For:***

*Journal of Industrial Economics, Review of Economics and Statistics, Southern Economic Journal, Journal of Law, Economics & Organization, Economics Letters, Review of Industrial Organization, Journal of Urban Economics, Journal of Transport Economics and Policy, Telecommunications Policy, Journal of Air Transport Management*

**HONORS AND AWARDS**

Abramson Dissertation Prize, Department of Economics, Brown University, 1997

Stephen Ehrlich Foundation Research Grant, Brown University, 1997

Stephen Ehrlich Foundation Research Grant, Brown University, 1996

## Appendix B: DOCUMENTS AND DATA SOURCES CONSIDERED AND RELIED UPON

**Case Documents and Confidential Documents**

1. Plaintiffs' Second Amended Complaint, Scanlan v. American Airlines Group, Inc. & American Airlines, Inc., Case No. 2:18-cv-0404-HB (E.D. Pa.).

2. Memorandum & Order on Class Certification, Scanlan v. American Airlines Group, Inc. & American Airlines, Inc., Case No. 2:18-cv-0404-HB (E.D. Pa.).

3. Order Granting Motion for Class Certification, Scanlan v. American Airlines Group, Inc. & American Airlines, Inc., Case No. 2:18-cv-0404-HB (E.D. Pa.).

4. Expert Report of David Breshears, Scanlan v. American Airlines Group, Inc. & American Airlines, Inc., Case No. 2:18-cv-0404-HB, May 6, 2022.

5. Expert Report of Daniel W. Akins, Scanlan v. American Airlines Group, Inc. & American Airlines, Inc., Case No. 2:18-cv-0404-HB, May 6, 2022.

6. Expert Report Roberto Cavazos, Scanlan v. American Airlines Group, Inc. & American Airlines, Inc., Case No. 2:18-cv-0404-HB, May 6, 2022.

7. Report of Captain J.F. Joseph, Scanlan v. American Airlines Group, Inc. and American Airlines, Inc., Case No. 2:18-cv-4040-HB, June 14, 2022.

8. Deposition of Jennifer Saddy, Managing Director of Absence Management, *Scanlan v. American Airlines Group, Inc. and American Airlines, Inc.*, Case No. 2:18-cv-4040-HB, February 14, 2020.

9. Deposition of Carla Riner, *Scanlan v. American Airlines Group, Inc. and American Airlines, Inc.*, Case No. 2:18-cv-4040-HB, March 11, 2022.

10. Deposition of James Scanlan, *Scanlan v. American Airlines Group, Inc. and American Airlines, Inc.,* Case No. 2:18-cv-4040-HB, March 10, 2020.

11. Deposition of Russell Moore, Managing Director of Line Operations, *Scanlan v. American Airlines, Group, Inc. and American Airlines, Inc.*, Case No. 2:18-cv-04040, February 18, 2022.

12. Deposition of Daniel W. Akins, *Scanlan v. American Airlines, Group, Inc. and American Airlines, Inc.*, Case No. 2:18-cv-04040, June 1, 2022.

13. Deposition of Neil Roghair, Corporate Representative of Allied Pilots Association, *Scanlan v. American Airlines Group, Inc. and American Airlines, Inc*., Case No. 2:18-cv-4040-HB, April 21, 2022.

14. Deposition of Reagan Heine, Senior Manager, Flight Administration, *Scanlan v. American Airlines, Group, Inc. and American Airlines, Inc.,* Case No. 2:18-cv-04040, February 22, 2022.

15. Depositions of Todd Jewett, Managing Director of Labor Relations, *Scanlan v. American Airlines Group, Inc. and American Airlines, Inc.*, Case No. 2:18-cv-4040-HB, February 13, 2020.

16. AA-SCANLAN-0006655 (Pilot Jury Leave).

17. AA-SCANLAN-0023707 (Pilot Jury Leave).

18. AA-SCANLAN-0006656 (Pilot Military Leave).

19. AA-SCANLAN-0013798 (LAA Pilot Military Leave).

20. AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves).

21. AA-SCANLAN-0023525 (Pilot Separation Dates).

22. AA-SCANLAN-0023709 (Pilot Separation Dates).

23. AA-SCANLAN-0006652 (Military Coding Flight Administration).

24. AA-SCANLAN_0005557-6011(Operative Joint Collective Bargaining Agreement between American Airlines, Inc. & US Airways Inc. and the Allied Pilots Association, effective January 30, 2015).

25. AA-SCANLAN-0023500 (Pilot Trip Drops for Military Leave).

26. AA-SCANLAN-0023501 (Pilot Reserve Drops for Military Leave).

27. SCANLAN-00000344-6 (Request and Authorization for Active Duty Training/Active Duty Tour, for Scanlan September 16, 2019 to September 19, 2019).

28. SCANLAN-00000106-8 (Request and Authorization for Active Duty Training/Active Duty Tour, for Scanlan September 12, 2016).

29. SCANLAN-00000138-40 (Request and Authorization for Active Duty Training/Active Duty Tour, for Scanlan September 13, 2016 to September 15, 2016).

30. AA-SCANLAN-00000585 (Application for Transfer to the Retired Reserve).

31. SCANLAN-00000590 (Scanlan Retirement Reserve Order)

32. SCANLAN_00006667-6674 (American Airlines Group Inc. Global Profit Sharing Plan)

33. AA-SCANLAN-0013955-14045 (American Airlines, Inc. 401(k) Plan for Pilots)

34. "Overview of Data Process," AKINS_000001-AKINS_000002.

35. AA-SCANLAN-0023526 (Monthly Pilot Lineholder/Reserve Status).

36. AA-SCANLAN-0023728 (Monthly Pilot Lineholder/Reserve Status).

37. AA-SCANLAN-0023527 (Profit Sharing Data).

38. AA-SCANLAN-0023729 (Profit Sharing Data).

39. AA-SCANLAN-0023689 (Payroll Data).

40. AA-SCANLAN-0023690 (Payroll Data).

41. AA-SCANLAN-0023691 (Payroll Data).

42. AA-SCANLAN-0023692 (Payroll Data).

43. AA-SCANLAN-0023693 (Payroll Data).

44. AA-SCANLAN-0023694 (Payroll Data).

45. AA-SCANLAN-0023695 (Payroll Data).

46. AA-SCANLAN-0023696 (Payroll Data).

47. AA-SCANLAN-0023697 (Payroll Data).

48. AA-SCANLAN-0023698 (Payroll Data).

49. AA-SCANLAN-0023699 (Payroll Data).

50. AA-SCANLAN-0023700 (Payroll Data).

51. AA-SCANLAN-0023701 (Payroll Data).

52. AA-SCANLAN-0023702 (Payroll Data).

53. AA-SCANLAN-0023703 (Payroll Data)

54. AA-SCANLAN-0023704 (Payroll Data)

55. AA-SCANLAN-0023710 (Payroll Data)

56. AA-SCANLAN-0023711 (Payroll Data)

57. AA-SCANLAN-0023734 (Payroll Data)

58. AA-SCANLAN-0023735 (Payroll Data)

59. AA-SCANLAN-0023736 (Payroll Data)

60. AA-SCANLAN-0002368 (Collective Bargaining Agreement between US Airways Inc. and the Air Line Pilots Association International, effective January 1, 1998).

61. AA-SCANLAN-0003156 (2002 Restructuring Letter of Agreement between US Airways Group, Inc. & US Airways Inc. and the Air Line Pilots Association International).

62. AA-SCANLAN-0019331 (Collective Bargaining Agreement between America West Airlines, Inc. and the Air Line Pilots Association International, effective December 30, 2003).

63. AA-SCANLAN-0003234 (Letter of Agreement between America West Holdings Corporation, America West Airlines, Inc., US Airways Group, Inc., & US Airways, Inc. and the Air Line Pilots Association).

64. AA-SCANLAN-0004673 (Collective Bargaining Agreement between American Airlines, Inc. and the Allied Pilots Association, effective January 1, 2013).

65. AA-SCANLAN-0005123 (Merger Transition Agreement between US Airways Inc. and the US Airline Pilots Association, effective December 9, 2013).

66. AA-SCANLAN-0005123 (Merger Transition Agreement between American Airlines Inc. and the Allied Pilots Association, effective December 9, 2013).

67. AA-SCANLAN- (Collective Bargaining Agreement between American Airlines, Inc. & US Airways Inc. and the Allied Pilots Association, effective January 30, 2015).

**Statutes and Regulations**

68. 38 U.S.C. §§ 4303-4335.

69. 20 C.F.R. §§ 1002.149-153.

70. 20 C.F.R. § 1002.85(d).

71. 20 C.F.R. § 1002.104.

**Publicly Available Documents and Data**

72. "A Guide to the Uniformed Services Employment and Reemployment Rights Act," U.S. Department of Labor, https://www.dol.gov/agencies/vets/programs/userra/USERRA-Pocket-Guide#ch15.

73. Attanasio, Orazio P. and Agar Brugiavini, "Social Security and Households' Saving," *The Quarterly Journal of Economics*, 08 2003, 118 (3), 1075–1119.

74. Sylvain Catherine, Max Miller, and Natasha Sarin, "Social Security and Trends in Wealth Inequality", *CEPR Working paper*, August 2021, https://cepr.org/sites/default/files/CMS.pdf.

75. Memorandum Opinion, American Airlines, Inc. v. Transport Workers Union of American, AFL-CIO, et. al, U.S. District Court, Northern District of Texas, Fort Worth Division, Case No. 4:10-CV-414-A, August 12, 2019.

76. Memorandum Opinion, *Atlas Air, Inc. v. International Brotherhood of Teamsters*, United States District Court for the District of Columbia, Civil Action No. 17-1953 (RDM), November 30, 2017.

77. Declaration of Daniel. W. Akins, *Atlas Air, Inc. v. International Brotherhood of Teamsters*, United States District Court for the District of Columbia, Civil Action No. 17-1953.

78. "General Frequently Asked Questions: Veterans' Employment and Training Service," *U.S. Department of Labor*, https://www.dol.gov/agencies/vets/resources/generalfaq.

79. "Jury Service," *Pennsylvania Courts*: The First Judicial District, https://www.courts.phila.gov/juryservice/.

80. "Jury Service in Texas," *Compensation*, https://www.txcourts.gov/about-texas-courts/juror-information/jury-service-in-texas/.

81. "Juror Pay," *United States Courts*, https://www.uscourts.gov/services-forms/jury-service/juror-pay.

82. "Reserve Component Personnel Issues: Questions and Answers," *U.S. Congressional Research Service*, updated November 21, https://sgp.fas.org/crs/natsec/RL30802.pdf.

83. "Military Compensation," *Department of Defense*, https://militarypay.defense.gov/Pay/Basic-Pay/Reserve-Drill-Pay/.

84. "Explore Army National Guard Careers," *United States National Guard*, https://www.nationalguard.com/careers.

85. "American Airlines Cancellations Pile Up as Omicron Fetters Holiday Travel," *The Dallas Morning News*, December 27, 2021, https://www.dallasnews.com/business/airlines/2021/12/27/american-airlines-cancellations-pile-up-as-omicron-fetters-holiday-travel/.

86. Form 10-K for year ending December 31, 2013, *American Airlines*.

87. Form 10-K for year ending December 31, 2014, *American Airlines*.

88. Form 10-K for year ending December 31, 2015, *American Airlines*.

89. Form 10-K for year ending December 31, 2016, *American Airlines*.

90. Form 10-K for year ending December 31, 2017, *American Airlines*.

91. Form 10-K for year ending December 31, 2018, *American Airlines*.

92. Form 10-K for year ending December 31, 2019, *American Airlines*.

93. Form 10-K for year ending December 31, 2020, *American Airlines*.

94. "Memorandum re: FY21 UTA Schedule, 913th Airlift Group," *Department of the Air Force*, Air Force Reserve Command, https://media.defense.gov/2020/Jun/08/2002312401/-1/-1/1/913%20AG%20-%20FY21%20UTA%20SCHEDULE.PDF.

95. "UTA Schedule," *315th Airlift Wing*, https://www.315aw.afrc.af.mil/About-Us/UTA-Schedule.

96. "UTA Schedule," 40*3rd Wing*, https://www.403wg.afrc.af.mil/.

# Appendix C: SUMMARY STATISTICS FOR MILITARY AND NON-MILITARY LEAVES

### EXHIBIT 30: SUMMARY STATISTICS RELATING TO MILITARY LEAVE AND NON-MILITARY LEAVE (LEAVES STARTING JAN. 1, 2013 – OCT. 31, 2021)

| Summary Statistics: Duration (days) | | | |
|---|---|---|---|
| | Military | Jury | Bereavement |
| Average Leave Duration | 15.8 | 1.8 | 2.7 |
| Average Leave Duration (Excluding > 99th Percentile) | 7.8 | 1.7 | 2.6 |
| Standard Deviation of Leave Duration | 98.4 | 2.1 | 0.7 |
| Median Leave Duration | 3 | 1 | 3 |
| Mode Leave Duration | 1 | 1 | 3 |
| Maximum Leave Duration | 2,773 | 52 | 8 |
| 99th Percentile Leave Duration | 334 | 10 | 4 |
| 95th Percentile Leave Duration | 30 | 5 | 3 |
| Summary Statistics: Total Leave Days per Pilot Taking Leave | | | |
| | Military | Jury | Bereavement |
| Average Total Leave Days | 425.1 | 3.1 | 4.0 |
| Average Total Leave Days (Excluding > 99th Percentile) | 408.6 | 2.8 | 3.9 |
| Standard Deviation of Total Leave Days | 471.7 | 4.4 | 2.0 |
| Median Total Leave Days | 261 | 2 | 3 |
| Mode Total Leave Days | | 1 | 3 |
| Maximum Total Leave Days | 2,779 | 77 | 18 |
| 99th Percentile Total Leave Days | 2,060 | 20 | 11 |
| 95th Percentile Total Leave Days | 1,438 | 9 | 9 |
| Summary Statistics: Avg. Annual Leave Days per Pilot Taking Leave in Years Where Leave was Taken | | | |
| | Military | Jury | Bereavement |
| Average Avg. Annual Leave Days | 105.8 | 2.3 | 3.1 |
| Average Avg. Annual Leave Days (Excluding > 99th Percentile) | 103.6 | 2.1 | 3.1 |
| Standard Deviation of Avg. Annual Leave Days | 92.9 | 3.1 | 0.8 |
| Median Avg. Annual Leave Days | 75.0 | 1.0 | 3.0 |
| Mode Avg. Annual Leave Days | 6.0 | 1.0 | 3.0 |
| Maximum Avg. Annual Leave Days | 361.9 | 62.0 | 10.0 |
| 99th Percentile Avg. Annual Leave Days | 330.5 | 15.0 | 6.0 |
| 95th Percentile Avg. Annual Leave Days | 293.4 | 6.0 | 4.6 |
| Summary Statistics: Number of Leave Events per Pilot | | | |
| | Military | Jury | Bereavement |
| Average Total Leave Events | 26.9 | 1.7 | 1.5 |
| Average Total Leave Events (Excluding > 99th Percentile) | 25.3 | 1.6 | 1.5 |
| Standard Deviation of Total Leave Events | 33.7 | 1.9 | 0.8 |
| Median Total Leave Events | 15 | 1 | 1 |
| Mode Total Leave Events | 1 | 1 | 1 |
| Maximum Total Leave Events | 294 | 66 | 7 |
| 99th Percentile Total Leave Events | 156 | 7 | 4 |
| 95th Percentile Total Leave Events | 97 | 4 | 3 |
| Summary Statistics: Avg. Annual Leave Events per Pilot in Years Where Leave was Taken | | | |
| | Military | Jury | Bereavement |
| Average Avg. Annual Leave Events | 6.7 | 1.3 | 1.2 |
| Average Avg. Annual Leave Events (Excluding > 99th Percentile) | 6.5 | 1.2 | 1.2 |
| Standard Deviation of Avg. Annual Leave Events | 5.4 | 1.0 | 0.4 |
| Median Avg. Annual Leave Events | 5.7 | 1.0 | 1.0 |
| Mode Avg. Annual Leave Events | 1.0 | 1.0 | 1.0 |
| Maximum Avg. Annual Leave Events | 48.5 | 33.0 | 7.2 |
| 99th Percentile Avg. Annual Leave Events | 25.3 | 4.9 | 3.0 |
| 95th Percentile Avg. Annual Leave Events | 17.0 | 2.0 | 2.0 |
| Summary Statistics: Leave Density per Pilot Taking Leave | | | |
| | Military | Jury | Bereavement |
| Average Leave Density | 45.9% | 6.6% | 9.2% |
| Average Leave Density (Excluding > 99th Percentile) | 45.9% | 6.2% | 9.2% |
| Standard Deviation of Leave Density | 31.1% | 6.8% | 1.9% |
| Median Leave Density | 37.0% | 3.3% | 9.7% |
| Mode Leave Density | 100.0% | 3.2% | 9.7% |
| Maximum Leave Density | 100.0% | 100.0% | 28.6% |
| 99th Percentile Leave Density | 100.0% | 34.1% | 13.8% |
| 95th Percentile Leave Density | 98.3% | 16.7% | 10.7% |

Sources: AA-SCANLAN-0006655 (Pilot Jury Leaves); AA-SCANLAN-0023707 (Pilot Jury Leaves); AA-SCANLAN-0006656 (Pilot Military Leave); AA-SCANLAN-0013798 (LAA Pilot Military Leaves); AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves); AA-SCANLAN-0023525 (Pilot Separation Dates); AA-SCANLAN-0023709 (Pilot Separation Dates).
Notes: Includes leaves starting between January 1, 2013 and October 31, 2021. Total leave days and average annual leave days between January 1, 2013 and October 31, 2021. Average annual leave days is the number of leave days divided by the number of years the pilot took at least one leave day of that leave type (2021 through October is 0.83 years in the denominator). Average annual short-term military leave days/events in years with military leave of any length. Mode for average annual leave days/events calculated using 1 decimal point.

**EXHIBIT 31: SUMMARY STATISTICS RELATING TO SHORT-TERM MILITARY LEAVE AND NON-MILITARY LEAVE (LEAVES STARTING JAN. 1, 2013 – OCT. 31, 2021)**

| | Short-Term Military | Jury | Bereavement |
|---|---|---|---|
| **Summary Statistics: Duration (days)** | | | |
| Average Leave Duration | 3.2 | 1.8 | 2.7 |
| Average Leave Duration (Excluding > 99th Percentile) | 3.1 | 1.7 | 2.6 |
| Standard Deviation of Leave Duration | 2.7 | 2.1 | 0.7 |
| Median Leave Duration | 2 | 1 | 3 |
| Mode Leave Duration | 1 | 1 | 3 |
| Maximum Leave Duration | 16 | 52 | 8 |
| 99th Percentile Leave Duration | 14 | 10 | 4 |
| 95th Percentile Leave Duration | 9 | 5 | 3 |
| **Summary Statistics: Total Leave Days per Pilot Taking Leave** | | | |
| Average Total Leave Days | 92.7 | 3.1 | 4.0 |
| Average Total Leave Days (Excluding > 99th Percentile) | 88.5 | 2.8 | 3.9 |
| Standard Deviation of Total Leave Days | 97.7 | 4.4 | 2.0 |
| Median Total Leave Days | 62 | 2 | 3 |
| Mode Total Leave Days | 4 | 1 | 3 |
| Maximum Total Leave Days | 791 | 77 | 18 |
| 99th Percentile Total Leave Days | 440 | 20 | 11 |
| 95th Percentile Total Leave Days | 291 | 9 | 9 |
| **Summary Statistics: Avg. Annual Leave Days per Pilot Taking Leave in Years Where Leave was Taken** | | | |
| Average Avg. Annual Leave Days | 21.9 | 2.3 | 3.1 |
| Average Avg. Annual Leave Days (Excluding > 99th Percentile) | 21.3 | 2.1 | 3.1 |
| Standard Deviation of Avg. Annual Leave Days | 16.1 | 3.1 | 0.8 |
| Median Avg. Annual Leave Days | 19.3 | 1.0 | 3.0 |
| Mode Avg. Annual Leave Days | | 1.0 | 3.0 |
| Maximum Avg. Annual Leave Days | 113.0 | 62.0 | 10.0 |
| 99th Percentile Avg. Annual Leave Days | 71.7 | 15.0 | 6.0 |
| 95th Percentile Avg. Annual Leave Days | 52.7 | 6.0 | 4.6 |
| **Summary Statistics: Number of Leave Events per Pilot** | | | |
| Average Total Leave Events | 28.7 | 1.7 | 1.5 |
| Average Total Leave Events (Excluding > 99th Percentile) | 27.0 | 1.6 | 1.5 |
| Standard Deviation of Total Leave Events | 34.0 | 1.9 | 0.8 |
| Median Total Leave Events | 17 | 1 | 1 |
| Mode Total Leave Events | 1 | 1 | 1 |
| Maximum Total Leave Events | 294 | 66 | 7 |
| 99th Percentile Total Leave Events | 156 | 7 | 4 |
| 95th Percentile Total Leave Events | 97 | 4 | 3 |
| **Summary Statistics: Avg. Annual Leave Events per Pilot in Years Where Leave was Taken** | | | |
| Average Avg. Annual Leave Events | 7.0 | 1.3 | 1.2 |
| Average Avg. Annual Leave Events (Excluding > 99th Percentile) | 6.7 | 1.2 | 1.2 |
| Standard Deviation of Avg. Annual Leave Events | 5.3 | 1.0 | 0.4 |
| Median Avg. Annual Leave Events | 6.0 | 1.0 | 1.0 |
| Mode Avg. Annual Leave Events | 1.0 | 1.0 | 1.0 |
| Maximum Avg. Annual Leave Events | 47.5 | 33.0 | 7.2 |
| 99th Percentile Avg. Annual Leave Events | 25.4 | 4.9 | 3.0 |
| 95th Percentile Avg. Annual Leave Events | 17.0 | 2.0 | 2.0 |
| **Summary Statistics: Leave Density per Pilot Taking Leave** | | | |
| Average Leave Density | 11.4% | 6.6% | 9.2% |
| Average Leave Density (Excluding > 99th Percentile) | 11.1% | 6.2% | 9.2% |
| Standard Deviation of Leave Density | 7.2% | 6.8% | 1.9% |
| Median Leave Density | 10.6% | 3.3% | 9.7% |
| Mode Leave Density | 9.7% | 3.2% | 9.7% |
| Maximum Leave Density | 61.3% | 100.0% | 28.6% |
| 99th Percentile Leave Density | 35.2% | 34.1% | 13.8% |
| 95th Percentile Leave Density | 24.1% | 16.7% | 10.7% |

Sources: AA-SCANLAN-0006655 (Pilot Jury Leave); AA-SCANLAN-0023707 (Pilot Jury Leaves); AA-SCANLAN-0006656 (Pilot Military Leave); AA-SCANLAN-0013798 (LAA Pilot Military Leave); AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves); AA-SCANLAN-0023525 (Pilot Separation Dates); AA-SCANLAN-0023709 (Pilot Separation Dates).

Notes: Includes leaves starting between January 1, 2013 and October 31, 2021. Total leave days and average annual leave days between January 1, 2013 and October 31, 2021. Average annual leave days is the number of leave days divided by the number of years the pilot took at least one leave day of that leave type (2021 through October is 0.83 years in the denominator). Average annual short-term military leave days/events in years with military leave of any length. Mode for average annual leave days/events calculated using 1 decimal point.

# Appendix D: STATISTICAL ANALYSIS CONFIRMS THAT PILOT MILITARY LEAVE PATTERNS ARE DIFFERENT THAN NON-MILITARY LEAVE PATTERNS

### A. Statistical Tests Confirm That Pilot Military Leave Patterns Related to Duration Are Statistically Different Than Duration Patterns for Pilot Jury Duty and Bereavement Leave

91. Although a visual inspection of the plots of the pilot military leave distributions in Exhibit 7, Exhibit 8, and Exhibit 9 in Section III.A.2 in the body of my report show that they are different than the pilot jury duty and bereavements distributions in those exhibits, I also apply two standard statistical tests to confirm that pilot military leave in these exhibits is drawn from a different statistical distribution than the other leave types.[96] For the first statistical test, through application of standard statistical methods to the measures in these three exhibits (*i.e.*, duration; total leave days; average annual leave days), I can establish that the probability that the military leave measures in those exhibits are drawn from the same statistical distribution as the corresponding Non-Military leave measures is exceedingly remote—virtually indistinguishable from zero as a practical matter.

92. To explain by example, Exhibit 7 above indicates that, for leaves starting between January 1, 2013, and October 31, 2021, the 99th percentile of bereavement leave duration was four days. During that same period, there were 12,395 military leaves that exceeded four days. Through application of a standard statistical technique known as a Bernoulli trial (or binomial probability test), I can establish that the probability of observing that many "outlier" (*i.e.*, above the 99th percentile) pilot military leaves that, based on the bereavement

---

[96] Even though the statistical tests used in this report establish that the distributions of military leave and non-military are statistically different, there are other statistical tests that could be performed to test whether other moments (*e.g.,* the variance) of the distributions are equal to each other.

distribution in Exhibit 7, should occur no more than 1% of the time from a sample of 50,955 military leaves over this period is exceedingly remote, *i.e.*, **far less than one-in-one billion**.[97]  Applying a Bernoulli trial to each of the jury and bereavement distributions in Exhibit 7, Exhibit 8, and Exhibit 9 yields a similar outcome, as shown in Exhibit 32 below.

**EXHIBIT 32: BERNOULLI TRIAL RESULTS, JURY DUTY AND BEREAVEMENT DISTRIBUTIONS IN EXHIBITS 7, 8 AND 9 (LEAVES STARTING JAN. 1, 2013-OCT. 31, 2021)**

| Distribution of Leave Lengths, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Length | # of Military Leaves > 99th Percentile Non-Military Leave Length | Sample Size | Bernoulli Outcome |
| Jury | 10 Days | 5,065 | 50,955 Military Leaves | < One-in-One Billion |
| Bereavement | 4 Days | 12,395 | 50,955 Military Leaves | < One-in-One Billion |

| Distribution of Total Leave Days per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Days | # of Military Leave-Takers > 99th Percentile Non-Military Leave Days | Sample Size | Bernoulli Outcome |
| Jury | 20 Days | 1,704 | 1,892 Military Leave Takers | < One-in-One Billion |
| Bereavement | 11 Days | 1,755 | 1,892 Military Leave Takers | < One-in-One Billion |

| Distribution of Average Annual Leave Days per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Days | # of Military Leave-Takers > 99th Percentile Non-Military Leave Days | Sample Size | Bernoulli Outcome |
| Jury | 15 Days | 1,662 | 1,892 Military Leave Takers | < One-in-One Billion |
| Bereavement | 6 Days | 1,770 | 1,892 Military Leave Takers | < One-in-One Billion |

Sources: AA-SCANLAN-0006655 (Pilot Jury Leave); AA-SCANLAN-0023707 (Pilot Jury Leaves); AA-SCANLAN-0006656 (Pilot Military Leave); AA-SCANLAN-0013798 (LAA Pilot Military Leave); AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves); AA-SCANLAN-0023525 (Pilot Separation Dates); AA-SCANLAN-0023709 (Pilot Separation Dates).

93. The second statistical test confirms that the *mean* duration of individual military leave events among pilots is statistically different than the mean duration of individual leave events for jury duty and bereavement among pilots (Exhibit 7).  This statistical test is based

[97] Formally, the probability of observing X (or more) number of events that are expected to occur randomly 1% percent of the time from a sample of Y events (*i.e.*, number of military leaves) is calculated as:

$$=\sum_{k=X}^{Y}\binom{Y}{k}0.01^k 0.99^{Y-k}$$

Thus, the probability of observing 12,395 or more military leaves longer than four days (the 99th percentile for bereavement leave duration) out of 50,955 military leaves can be calculated as:

$$=\sum_{k=12,395}^{50,955}\binom{50,955}{k}0.01^k 0.99^{50,955-k}$$

on a non-predictive regression[98] where the dependent variable (or variable of interest) is **Leave Duration**, and the independent variables are three dummy (or indicator) variables, including **Military Leave**; **Jury Duty Leave**; and **Bereavement Leave**.[99]  The results of this simple regression yield the estimated coefficients for these dummy variables (in Column 1 of Exhibit 33 below), as well as the standard errors (shown in parentheses).[100]  Column 2 and Column 3 shows the estimated coefficients for a second and third regression, specified in the same way except that the dependent variables are **Total Leave Days** (Column 2) and **Average Annual Leave Days** (Column 3).  Because the regressions do not include a constant, these estimated coefficients are the *means* of leave duration (Column 1), total leave days (Column 2) and average annual leave days (Column 3) for each type of leave during the relevant period analyzed.

---

[98] Regression analysis is a statistical technique that estimates how one variable known as a dependent variable (in this case leave duration) varies according to changes in the value of other variables known as independent variables (in this case indicator variables for whether the leave was a military, jury duty, or bereavement leave).  The estimated coefficients that result from a regression provide estimates of the average effect that the independent variable has on the dependent variable.

[99] Unlike control variables that are intended to measure how the dependent variable changes based on the magnitude of a change in a control variable (*e.g.*, the impact of an individual's height on their weight) a "dummy" or "indicator" variable is a variable that takes the value 1 under certain conditions (*e.g.*, the observed leave is military leave) and is 0 otherwise.

[100] Each estimate coefficient is statistically significant at the 99% confidence level (as noted by the two asterisks (**) by each estimated coefficient), which means that I can be 99% confident that estimated coefficient is different than a value of zero.

**Exhibit 33: Regression and Hypothesis Test Results for Equality of Estimated Coefficients for Mean Duration of Individual Military, Jury Duty, and Bereavement Leave Events and Total and Average Annual Leave Days (Leaves Starting Jan. 1, 2013-Oct. 31, 2021)**

| | (1) | (2) | (3) |
|---|---|---|---|
| | Leave Duration | Total Leave Days | Average Annual Leave Days |
| Military Leave | 15.79** | 425.1** | 105.8** |
| | (0.371) | (3.976) | (0.785) |
| Jury | 1.826* | 3.106 | 2.347** |
| | (0.846) | (2.280) | (0.450) |
| Bereavement | 2.657** | 4.004 | 3.133** |
| | (0.850) | (2.157) | (0.426) |
| Observations | 70,430 | 14,075 | 14,075 |
| Adjusted R-squared | 0.025 | 0.448 | 0.565 |

Standard errors in parentheses
** $p<0.01$, * $p<0.05$

| | | | |
|---|---|---|---|
| Prob D(Military)=D(Jury) | 0.000% | 0.000% | 0.000% |
| Prob D(Military)=D(Bereavement) | 0.000% | 0.000% | 0.000% |

94. A standard "F-test" will allow me to test the hypothesis that the estimated coefficients for the Military Leave dummy variables are equal to the other dummy variables (*i.e.,* Jury Duty Leave and Bereavement Leave). This test will yield a probability (or "*p*-value") that the hypothesis is true. If the *p*-value is less than 5% (or less than 1%), then the hypothesis can be rejected with 95% (or 99%) confidence. The *p*-values for the F-test are also shown in Exhibit 33 above (below the regression table) and indicate with far greater than 99% confidence that:

i.   The mean duration of individual pilot military leave events (*i.e.*, 15.8 days) is not equal to the mean duration of individual pilot jury duty or bereavement events (*i.e.*, 1.8 days, and 2.7 days, respectively).

ii. The mean of total military leave days per pilot (*i.e.*, 425.1 days) is not equal to the mean of the total leave days per pilot for jury duty or bereavement (*i.e.*, 3.1 days and 4.0 days, respectively).

iii. The mean across pilots of average annual military leave days (*i.e.*, 105.8 days) is not equal to the mean across pilots of the average annual leave days for jury duty or bereavement (*i.e.*, 2.3 days and 3.1 days, respectively).

For example, the F-test results for military versus jury-duty leave duration is shown in Exhibit 33 as **Prob D(Military) = D(Jury): 0.000%,** implying that with at least 99.999% confidence, the average military leave duration is statistically different than the average jury duty leave duration.

### B. Statistical Tests Confirm that Military Leave Patterns Related to Frequency Are Statistically Different Than the Non-Military Leave Frequency Patterns

95. In applying the same two statistical tests that I used in Section A.3 above, I conclude that the military distributions in Exhibit 10 (total leave events) and Exhibit 11 (average annual leave events) above are statistically different than the respective Non-Military Leaves summarized in those same exhibits.

96. *First*, as shown in Exhibit 34 below, each of the Bernoulli trials testing the probability of whether the statistics (total leave events and average annual leave events) for military leave could be drawn from the same statistical distributions for jury duty and bereavement yields the same conclusion: they are all but certain to be drawn from different statistical distributions. Indeed, the probability that the military leave events in Exhibit 10 (total leave events) and Exhibit 11 (average annual leave events) are drawn from the same statistical distribution as the respective jury duty and bereavement leave events in those same exhibits is consistently *far less than one-in-one billion*.

**EXHIBIT 34: BERNOULLI TRIAL RESULTS, JURY DUTY AND BEREAVEMENT DISTRIBUTIONS IN EXHIBITS 10 AND 11 (LEAVES STARTING JAN. 1, 2013-OCT. 31, 2021)**

| Distribution of Total Leave Events per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | | |
|---|---|---|---|---|
| Leave Type | 99th Percentile Leave Events | # of Military Leave-Takers > 99th Percentile Non-Military Leave Events | Sample Size | Bernoulli Outcome |
| Jury | 7 Events | 1,233 | 1,892 Military Leave Takers | < One-in-One Billion |
| Bereavement | 4 Events | 1,379 | 1,892 Military Leave Takers | < One-in-One Billion |
| Distribution of Average Annual Leave Events per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | | |
| Leave Type | 99th Percentile Leave Events | # of Military Leave-Takers > 99th Percentile Non-Military Leave Events | Sample Size | Bernoulli Outcome |
| Jury | 4.9 Events | 1,084 | 1,892 Military Leave Takers | < One-in-One Billion |
| Bereavement | 3.0 Events | 1,333 | 1,892 Military Leave Takers | < One-in-One Billion |

Sources: AA-SCANLAN-0006655 (Pilot Jury Leave); AA-SCANLAN-0023707 (Pilot Jury Leaves); AA-SCANLAN-0006656 (Pilot Military Leave); AA-SCANLAN-0013798 (LAA Pilot Military Leave); AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves); AA-SCANLAN-0023525 (Pilot Separation Dates); AA-SCANLAN-0023709 (Pilot Separation Dates).

97. For the second statistical test, I used the same type of regressions as I did above except the dependent variable in Column 1 is **Total Leave Events** and in Column 2 is **Average Annual Leave Events** (in years where leave was taken). The estimated coefficients in these simple regressions—which are the means of total leave events (Column 1) and average annual leave events (Column 2) for each type of leave during the relevant period analyzed—are shown in Exhibit 35 below.

**EXHIBIT 35: REGRESSION AND HYPOTHESIS TEST RESULTS FOR EQUALITY OF ESTIMATED COEFFICIENTS FOR MEAN OF TOTAL AND AVERAGE ANNUAL LEAVE EVENTS (LEAVES STARTING JAN. 1, 2013-OCT. 31, 2021)**

|  | (1) | (2) |
|---|---|---|
|  | Total Leave Events | Average Annual Leave Events |
| Military Leave | 26.93** | 6.745** |
|  | (0.286) | (0.0481) |
| Jury | 1.701** | 1.266** |
|  | (0.164) | (0.0276) |
| Bereavement | 1.507** | 1.180** |
|  | (0.155) | (0.0261) |
| Observations | 14,075 | 14,075 |
| Adjusted R-squared | 0.392 | 0.629 |
| Standard errors in parenthesess |  |  |
| ** p<0.01, * p<0.05 |  |  |
| Prob D(Military)=D(Jury) | 0.000% | 0.000% |
| Prob D(Military)=D(Bereavement) | 0.000% | 0.000% |

98. The *p*-values for the F-test (shown below the regression table) indicate with far greater than 99% confidence that the mean of total military leave events (26.9 events) is not equal to the means of the total jury duty or bereavement events (1.7 events and 1.5 events, respectively). The *p*-values also indicate with the same exceedingly high level of statistical confidence that the mean across pilots of average annual military leave events (6.7 events) is not equal to the means across pilots of the average annual jury duty and bereavement events (1.3 events and 1.2 events, respectively). For example, F-test results for military versus bereavement leave total leave events is shown in Exhibit 35 above as **Prob D(Military) = D(Bereavement): 0.000%,** implying that with at least 99.999%

confidence, the average number of total military leave events is statistically different from the average number of jury duty or bereavement leave events.

### C. Statistical Tests Confirms that Military Leave Patterns Related to Leave Density and Concentration Are Statistically Different Than the Leave Densities and Concentration of Non-Military Leaves

99. In applying the same two statistical tests that I use in the above subsections, I can conclude that the pilot military leave distribution in Exhibit 14 (Leave Density) is statistically different than the pilot jury duty and bereavement leave distributions in the same exhibit.[101] *First*, as shown in Exhibit 36 below, the Bernoulli trial testing the probability of whether the statistics for pilot military leave could be drawn from the same statistical distributions for pilot jury duty and bereavement yields the same conclusion: pilot military leave is all but certain to be drawn from a different statistical distribution. Indeed, the probability that the military Leave Density is drawn from the same statistical distribution as the Leave Densities for jury duty or bereavement is ***far less than one-in-one billion***.

**EXHIBIT 36: PROBABILITY THAT PERCENT OF DAYS ON MILITARY LEAVE IN MONTHS ON MILITARY LEAVE ARE DRAWN FROM THE SAME STATISTICAL DISTRIBUTION AS THE SAME STATISTICS FOR NON-MILITARY LEAVES (LEAVES STARTING JAN. 1, 2013-JAN. 31, 2021)**

| Distribution of Leave Density per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | | |
|---|---|---|---|---|
| Leave Type | 99th Percentile Leave Density | # of Military Leave-Takers > 99th Percentile Leave Density for Non-Military Leave | Sample Size | Bernoulli Outcome |
| Jury | 34.1% | 1,007 | 1,892 Military Leave Takers | < One-in-One Billion |
| Bereavement | 13.8% | 1,582 | 1,892 Military Leave Takers | < One-in-One Billion |

Sources: AA-SCANLAN-0006655 (Pilot Jury Leave); AA-SCANLAN-0023707 (Pilot Jury Leaves); AA-SCANLAN-0006656 (Pilot Military Leave); AA-SCANLAN-0013798 (LAA Pilot Military Leave); AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves); AA-SCANLAN-0023525 (Pilot Separation Dates); AA-SCANLAN-0023709 (Pilot Separation Dates).

---

[101] The Bernoulli test is ill-suited, however, to test whether the military distribution in Exhibit 15 (*i.e.*, intervening days between leaves of the same type) is drawn from the same statistical distributions as the Non-Military Leaves because the Non-Military Leave distributions are bimodal (*i.e.*, the upper tail of the distribution do not represent outlier observations).

100.    For the second statistical test, I used the same type of regression I specified above, with **Leave Density** as the dependent variable in Column 1 and **Intervening Days** (*i.e.,* concentration) as the dependent variable in Column 2.[102]  The estimated coefficients in these simple regressions—which are the means of the Leave Densities (Column 1) and intervening leave days between leave of same type (Column 2)—are shown in Exhibit 37 below.

**EXHIBIT 37:  REGRESSION AND HYPOTHESIS TEST RESULTS FOR EQUALITY OF ESTIMATED COEFFICIENTS FOR MEAN OF LEAVE DENSITY AND INTERVENING LEAVE DAYS (LEAVES STARTING JAN. 1, 2013-OCT. 31, 2021)**

|  | (1) | (2) |
|---|---|---|
|  | Leave Density | Intervening Days |
| Military Leave | 0.459** | 26.06** |
|  | (0.00283) | (1.043) |
| Jury | 0.0665** | 487.0** |
|  | (0.00162) | (3.638) |
| Bereavement | 0.0924** | 560.1** |
|  | (0.00153) | (4.047) |
| Observations | 14,075 | 56,355 |
| Adjusted R-squared | 0.693 | 0.401 |

Standard errors in parenthesess
** p<0.01, * p<0.05

| | | |
|---|---|---|
| Prob D(Military)=D(Jury) | 0.000% | 0.000% |
| Prob D(Military)=D(Bereavement) | 0.000% | 0.000% |

---

[102] In the Intervening Leaves regression, the dummy variables are the same (*i.e.*, **Military Leave**; **Jury Duty Leave**; and **Bereavement Leave**), but take the value 1 under different conditions (*i.e.*, the observed intervening days are between two military leaves) and is 0 otherwise.

101.     The *p*-values for the F-test in Exhibit 37 above indicate with far greater than 99.999% confidence that the mean of pilot military Leave Density (45.9%) is not equal to the Leave Densities of jury duty or bereavement leave (respectively, 6.6% and 9.2%). Likewise, the *p*-values for the F-test in Exhibit 37 above indicate with far greater than 99.999% confidence that the means of intervening days between military leave (26.1 days) is not equal to the means of the intervening days between jury duty or bereavement leaves (respectively, 487.0 days and 560.1 days). For example, F-test results for military versus jury duty intervening days is shown in Exhibit 37 above as **Prob D(Military) = D(Jury): 0.000%**, indicating that with well over 99.999% confidence, I can conclude the mean number of intervening days between pilot military leave and pilot jury duty events are statistically different.

<div align="center">*     *     *</div>

102.     Based on my analysis of American pilot military, jury duty, and bereavement leave patterns in Sections A-C of this Appendix, it is my opinion that the observed pilot military leave patterns are both facially <u>and</u> statistically different than jury duty and bereavement leave patterns in terms of characteristics relating to duration, frequency, Leave Density, and concentration of leave for leaves starting January 1, 2013 to October 31, 2021. *To confirm the robustness of my opinions, Section D modifies my analysis above to limit pilot military leaves to Short-Term Military Leave (*i.e., *16 days or fewer).*

### D. Short-Term Military Leave Patterns Are Statistically Different Than Non-Military Leave Patterns

103.     Applying standard statistical methods confirms that Short-Term Military Leave patterns depicted in Section III.B. are statistically different than the patterns of the Non-

Military Leave in their respective exhibits.[103]  Applying the same statistical techniques discussed in Appendix D (Section A), Exhibit 38 demonstrates the probability that the Short-Term Military Leave measures in many of these exhibits are drawn from the same statistical distribution as any of the respective comparator Non-Military Leave measures is exceedingly remote—*far less than one-in-one billion*.

---

[103] The Bernoulli test is ill-suited to be applied to the distributions of intervening days because of the bimodal shape of the Non-Military Leave distributions.

**EXHIBIT 38: PROBABILITY THAT PILOT SHORT-TERM MILITARY LEAVE PATTERNS ARE RESPECTIVELY DRAWN FROM THE SAME STATISTICAL DISTRIBUTIONS AS PILOT NON-MILITARY LEAVE PATTERNS (LEAVES STARTING JAN. 1, 2013-OCT. 31, 2021)**

| Distribution of Leave Lengths, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Length | # of Military Leaves > 99th Percentile Non-Military Leave Length | Sample Size | Bernoulli Outcome |
| Jury | 10 Days | 1,737 | 47,614 Military Leaves | < One-in-One Billion |
| Bereavement | 4 Days | 9,060 | 47,614 Military Leaves | < One-in-One Billion |

| Distribution of Total Leave Days per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Days | # of Military Leave-Takers > 99th Percentile Non-Military Leave Days | Sample Size | Bernoulli Outcome |
| Jury | 20 Days | 1,268 | 1,660 Military Leave Takers | < One-in-One Billion |
| Bereavement | 11 Days | 1,417 | 1,660 Military Leave Takers | < One-in-One Billion |

| Distribution of Average Annual Leave Days per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Days | # of Military Leave-Takers > 99th Percentile Non-Military Leave Days | Sample Size | Bernoulli Outcome |
| Jury | 15 Days | 1,010 | 1,660 Military Leave Takers | < One-in-One Billion |
| Bereavement | 6 Days | 1,372 | 1,660 Military Leave Takers | < One-in-One Billion |

| Distribution of Total Leave Events per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Events | # of Military Leave-Takers > 99th Percentile Non-Military Leave Events | Sample Size | Bernoulli Outcome |
| Jury | 7 Events | 1,174 | 1,660 Military Leave Takers | < One-in-One Billion |
| Bereavement | 4 Events | 1,307 | 1,660 Military Leave Takers | < One-in-One Billion |

| Distribution of Average Annual Leave Events per Pilot Taking Leave, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Events | # of Military Leave-Takers > 99th Percentile Non-Military Leave Events | Sample Size | Bernoulli Outcome |
| Jury | 4.9 Events | 985 | 1,660 Military Leave Takers | < One-in-One Billion |
| Bereavement | 3.0 Events | 1,237 | 1,660 Military Leave Takers | < One-in-One Billion |

| Distribution of Leave Density, Jan 2013 - Oct 2021 | | | |
|---|---|---|---|
| Leave Type | 99th Percentile Leave Density | # of Military Leave-Takers > 99th Percentile Leave Density for Non-Military Leave | Sample Size | Bernoulli Outcome |
| Jury | 34.1% | 21 | 1,660 Military Leave Takers | 16.7% |
| Bereavement | 13.8% | 507 | 1,660 Military Leave Takers | < One-in-One Billion |

Sources: AA-SCANLAN-0006655 (Pilot Jury Leave); AA-SCANLAN-0023707 (Pilot Jury Leaves); AA-SCANLAN-0006656 (Pilot Military Leave); AA-SCANLAN-0013798 (LAA Pilot Military Leave); AA-SCANLAN-0023708 (Pilot Military, Jury, and Bereavement Leaves); AA-SCANLAN-0023525 (Pilot Separation Dates); AA-SCANLAN-0023709 (Pilot Separation Dates).

104.     Indeed, F-tests based on the regression results in Exhibit 39 below confirm that with greater than 99% confidence (and in most cases greater than 99.999% confidence) that:

i.   The mean duration of individual pilot Short-Term Military Leave events (*i.e.*, 3.2 days) is not equal to the mean durations of the individual pilot jury duty and pilot bereavement events (*i.e.*, 1.8 days and 2.7 days, respectively);

ii.  The mean of total Short-Term Military Leave days per pilot (*i.e.*, 92.7 days) is not equal to the means of the total jury duty and bereavement leave days per pilot (*i.e.*, 3.1days and 4.0 days, respectively);

iii. The mean across pilots of average annual Short-Term Military Leave days per pilot in years leave was taken (*i.e.*, 21.9 days) is not equal to the means of the average annual jury duty and bereavement leave days per pilot in years leave was taken (*i.e.*, 2.3 days and 3.1 days, respectively);

iv.  The mean of total Short-Term Military Leave events per pilot (*i.e.*, 28.7 events) is not equal to the means of the total jury duty and bereavement events per pilot (*i.e.*, 1.7 events and 1.5 events, respectively);

v.   The mean across pilots of average annual Short-Term Military Leave events per pilot in years leave was taken (*i.e.*, 7.0 events) is not equal to the means of the average annual jury duty and bereavement events per pilot in years leave was taken (*i.e.*, 1.3 events and 1.2 events, respectively);

vi.  The mean Leave Density for pilot Short-Term Military Leave (*i.e.*, 11.4%) is not equal to the mean Leave Density for pilot jury duty and bereavement (*i.e.*, 6.7% and 9.2%, respectively); and

vii. The mean of intervening leave days between pilot Short-Term Military Leave events (*i.e.*, 30.7 days) is not equal to the means of the intervening leave days between pilot jury duty and pilot bereavement events (*i.e.*, 487.0 days and 560.1 days, respectively).

**EXHIBIT 39:  REGRESSION AND HYPOTHESIS TEST RESULTS FOR EQUALITY OF ESTIMATED COEFFICIENTS FOR MEANS OF VARIOUS LEAVE PATTERNS (LEAVES STARTING JAN. 1, 2013-OCT. 31, 2021)**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | Leave Duration | Total Leave Days | Average Annual Leave Days | Total Leave Events | Average Annual Leave Events | Leave Density | Intervening Days |
| Short-Term Military Leave | 3.232** | 92.71** | 21.86** | 28.68** | 6.964** | 0.114** | 30.72** |
| | (0.0112) | (0.834) | (0.146) | (0.291) | (0.0485) | (0.00128) | (1.134) |
| Jury | 1.826** | 3.106** | 2.347** | 1.701** | 1.266** | 0.0665** | 487.0** |
| | (0.0248) | (0.448) | (0.0784) | (0.156) | (0.0260) | (0.000688) | (3.829) |
| Bereavement | 2.657** | 4.004** | 3.133** | 1.507** | 1.180** | 0.0924** | 560.1** |
| | (0.0249) | (0.424) | (0.0741) | (0.148) | (0.0246) | (0.000651) | (4.260) |
| Observations | 67,089 | 13,843 | 13,843 | 13,843 | 13,843 | 13,843 | 53,246 |
| Adjusted R-squared | 0.598 | 0.474 | 0.645 | 0.418 | 0.646 | 0.730 | 0.391 |

Standard errors in parenthesess
** p<0.01, * p<0.05

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prob D(Military)=D(Jury) | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% |
| Prob D(Military)=D(Bereavement) | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% |

\* \* \*

105.    Based on the analysis in this section, my opinion is that pilot Short-Term Military Leave patterns are both facially and statistically different from Non-Military Leave patterns pilots exhibit for leaves starting January 1, 2013, through October 31, 2021.

# EXHIBIT 9

**Subject:** Fwd: Military Leave Talking Paper
**From:** Jim Scanlan <jpscanlan@verizon.net>
**Date:** 3/18/2016, 8:07 PM
**To:** John Frankhouser <Jjfrankhouser@comcast.net>

John,

It took me a while, but I found the talking paper I forwarded back in Feb 2012. Thoughts?

Cheers,
Jim


-------- Forwarded Message --------
      **Subject:** Military Leave Talking Paper
**Resent-From:** militaryaffairs@alliedpilots.org
        **Date:** Thu, 16 Feb 2012 19:43:10 -0600
      **From:** Jim Scanlan <jpscanlan@verizon.net>
         **To:** militaryaffairs@alliedpilots.org


Gents,

Attached is my first hack at some talking points aimed at preserving the current MR provisions in the contract. Looking for comments and feedback.

Neil, please let me know if this would be useful to the NC. Thanks.

Regards,
Jim

FO Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252 cell
(215) 340-1896 home


─ Attachments:
_____

Military Leave Talking Points.docx                                    13.7 KB

SCANLAN_00000458
12/21/2021, 11:14 AM

# Military Leave Provisions

## Background

Currently, pilots who request four or less consecutive days of military leave are able to preserve their guarantee provided they submit their request before monthly bids close. AA proposes to eliminate this provision estimating if will save the company $3 million per year.

Based on the number of pilots who take four or less days of military leave (MR days) each month, the company's estimate appears to be accurate, however, only from a pure numbers standpoint. A more in-depth review would indicate the cost savings could be significantly less. Additionally, elimination of this provision could lead to a significant increase in military leave conflicts.

## Discussion

Each month, approximately 175-200 pilots use MR days. Based on section 11.E.8 of the CBA, these pilots' monthly guarantee is protected. AA estimates the elimination of guarantee protection for these pilots will save approximately $3 million annually. From a pure cost standpoint, AA's calculations are accurate.

However, this costing is only accurate for bid statuses where pilots consistently break guarantee. In many 777 and 767 bid statuses, reserve pilots rarely break guarantee. In these bid statuses, while the company may see reduced reserve availability for some military pilots, there is no real cost. There is no cost associated with this unavailability as these pilots do not consistently break guarantee whether they are available for the normal 19 days of reserve or 15-18 days of reserve.

In the case of lineholders who use MR days, very few of these pilots fly less than the 64 hour line guarantee. As a result, elimination of line guarantee protection for MR days will result in virtually no cost savings for the company.

At the same time, elimination of MR provisions will lead to increased military leave conflicts and less predictability for the company. Currently, a reserve pilot who submits a military leave request for four or less days, rarely changes or adds days to that original military leave request. If a reserve pilot subsequently adds just one day to the original military leave request, they forfeit guarantee. Net effect - adding just one day to the original military leave request will cost a pilot as much as 19.10 hrs of pay.

Example: A pilot submits a military leave request for 5-8 Mar. Even if those four days fall on reserve available days, the pilot's 73 hr guarantee is protected. If the pilot subsequently adds just one day, his/her guarantee is reduced by 3.50 for all five days. In essence, adding that one day costs that pilot 19.10. Consequently, the current military leave provisions actually reduce the frequency of military leave and all but eliminates last minute changes.

If the reserve guarantee protections are eliminated, pilots will have no incentive to keep them from making changes to their military leave.

SCANLAN_00000459

Example: A pilot submits a military leave request for 5-8 Mar with their monthly bid. Their unit then asks them to perform additional military 15-18 Mar. All four of those days fall on days when the pilot is scheduled to be on call. Under the current contract, a pilot most likely would not volunteer to perform the additional military days since they would forfeit guarantee. However, with the elimination of the reserve guarantee protections, it becomes a pure numbers game - one day of reserve at 3.50 vs. one military "manday" or one drill day (two drill periods.) In the current environment, military pay generally exceeds airline pay, leading most military pilots to give priority to their Guard/Reserve unit.

## Conclusion

On the surface, elimination of reserve guarantee protections for MR days results in a $3 million annual cost savings. However, the actual loss in productivity is significantly less. Additionally, the loss of predictability carries the potential to completely negate the annual cost savings associated with elimination of the current MR provisions. Overall, the company stands to gain little to no true cost savings by eliminating these provisions.

## Recommendation

APA present a proposal to maintain current MR provisions of the CBA. Highlight the following points:

- $3 million in annual cost savings is insignificant in the overall scheme of things

- real cost savings is significantly less than $3 million per year

- the loss of predictability associated with military leave requests could result in a significant loss of productivity and completely negate the annual cost savings

SCANLAN_00000460

# EXHIBIT 10

Page 1

1              IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3    JAMES P. SCANLAN, on behalf   )

     of himself and all others     )

4    similarly situated,           )

                     Plaintiff,    )  Case No. 2:18-cv-04040-HB

5                                   )

                                    )

6    VS.                            )

                                    )

7                                   )

     AMERICAN AIRLINES GROUP, INC. )

8    and AMERICAN AIRLINES, INC.   )

                     Defendants.    )

9

10

11   * * * * * * * * * * * * * * * * * * * * * * * * * * *

12                ORAL DEPOSITION OF NEIL ROGHAIR,

        CORPORATE REPRESENTATIVE OF ALLIED PILOTS ASSOCIATION

13

     * * * * * * * * * * * * * * * * * * * * * * * * * * *

14

15

16

17      ORAL DEPOSITION OF NEIL ROGHAIR, CORPORATE REP OF ALLIED

18   PILOTS ASSOCIATION, being produced as a witness at the instance

19   of the Plaintiff, taken in the above-styled and numbered cause

20   on the 21st day of April, 2022, from 9:26 a.m. to 10:54 a.m.,

21   before Rhonda Jacks, Certified Shorthand Reporter in and for

22   the State of Texas, by machine shorthand, at the offices of

23   Veritext Legal Solutions, 300 Throckmorton Street, Suite 1600,

24   Fort Worth, Texas, in accordance with the Federal Rules of

25   Civil Procedure and the agreements hereinafter set forth:

Page 26

1 purposes of the 401k plan for pilots is imputed for pilots who
2 take military leave?
3    A   Yes.
4    Q   That was true before 2013?
5    A   Yes.
6    Q   It's true today?
7    A   Correct.
8    Q   So even after the 2013 CBA was negotiated American
9 Airlines was still providing compensation to pilots who took
10 military leave in the form of pension benefits?
11   A   As required by USERRA, yes.
12   Q   The 2013 CBA was entered into between the APA and
13 American.  Correct?
14   A   There was so many rounds of negotiations to splice
15 that down.  There was an agreement reached with American which
16 was ratified by the membership at the end of November 2012
17 which was quickly followed by the multi party negotiations
18 which was approved by the board and the U.S. Airways
19 membership, and that became the 2013 CBA.  So there were
20 multiple parts in a very compressed part of time, but the short
21 answer to your question is yes.
22   Q   Did the APA ever enter into any collective bargaining
23 agreement with AAG?
24   A   Now you're talking about the new American Airlines.
25 Is that what you're --

Page 27

1    Q   The American Airlines parent company.
2    A   Well, we had been negotiating with them all along.
3    Q   When you say them, you mean American or --
4    A   American versus --
5    Q   AAG.
6    A   Okay.  You would have to educate me on the nuance
7 between those two entities.
8    Q   Sure.  So American Airlines, Incorporated is the
9 operating company that directly employs American Airlines
10 pilots.  AAG is its parent company.
11   A   Okay.
12   Q   My question is whether you have an understanding of
13 whether the APA ever entered into any collective bargaining
14 agreement with AAG, the parent company, as opposed to American
15 Airlines?
16   A   All I can say is we negotiated with whoever showed up
17 at the table to represent American.
18   Q   Was there a profit sharing plan in place in 2013?
19   A   No.
20   Q   You're aware there's a profit sharing plan in place
21 at American now?
22   A   Yes.
23   Q   When was that implemented?
24   A   I think sometime in 2015.
25   Q   So at least two years after the entry of the 2013

Page 28

1 CBA?
2    A   Yes.
3    Q   Are there any negotiations about the profit sharing
4 plan in the course of the negotiation of the 2013 CBA?
5    A   Yes.
6    Q   What were those negotiations?
7    A   That came out of the -- The term sheet initially had
8 a 15 percent profit sharing plan which in exchange for some
9 value we ended up negotiating a five percent profit sharing
10 plan in the contract that was ratified in November of 2012.
11 And then in the multi party talks, that was negotiated away in
12 exchange for more value for the joint collective bargaining
13 agreement.
14   Q   Were there any representations made by the APA to
15 American Airlines about the effect of military leave on profit
16 sharing benefits as part of the negotiation of the 2013 CBA?
17   A   Historically profit sharing has been paid based upon
18 W-2 revenue.  So whether the pilot took leave or not, it was
19 just a multiplier against a W-2.
20   Q   I understand.  My question is slightly different.
21 It's whether the APA made any statements to American about the
22 effect of military leave on profit sharing as part of those
23 negotiations.
24   A   I am not sure how to answer that other than I am sure
25 it was whatever your American W-2 wages were.  There was no

Page 29

1 correcting factor for military leave.
2    Q   Did the APA make any representations to American
3 Airlines about the economic or business impact about
4 eliminating MR days?
5    A   I am sure it was discussed at some point.  There was
6 a dollar value associated with it, and even just looking back
7 on e-mails I could not find a line item that was grouped into
8 scheduling packages of these items.  It would equate to a much
9 larger dollar figure, but I don't remember a line item the MR
10 days are worth this much.
11   Q   When you say there was a dollar figure associated
12 with it, are you referring to management side provided costs
13 internal APA estimate discussions?
14   A   There were both.  Right.
15   Q   Were those exchanged back and forth?
16   A   Yes.
17   Q   You personally worked on the MR benefit issue in the
18 course of the 2013 CBA negotiations.  Correct?
19   A   Yes.
20   Q   Who else worked with you specifically on that
21 benefit?
22   A   Other members of the negotiating committee and
23 obviously I discussed it with the members of the military
24 affairs committee.
25   Q   And who spoke to management on behalf of the APA on

8 (Pages 26 - 29)

Page 30

1 this issue?

2    A   Well, to be quite honest in the course of the

3 bankruptcy year there was not a lot of time spent on this issue

4 because we felt like if we had a USERRA trump card to throw

5 down, we would have thrown it down and protested. If the

6 company had suggested not paying pension contributions,

7 obviously that would have been a USERRA card, and we would have

8 said you can't do that, but we didn't have that provision to

9 throw down in this context.

10    Q   So there was not a lot of discussion -- Well, strike

11 that. Were there discussions with management about the MR days

12 issue specifically or was it always grouped in with other cost

13 saving measures that were part of the packages that were being

14 negotiated?

15    A   It was generally grouped in with bigger packages, you

16 know, assuming the magnitude of the tidal wave of concessions

17 that were headed our way. There was general acceptance that

18 this stood out from all the other, you know, contracts in the

19 industry, and we were going to lose it in bankruptcy.

20    Q   You testified in the course of preparing for today's

21 deposition you weren't able to determine the dollar value of

22 this benefit or what dollar value was assigned to it in the

23 course of the negotiations. Do you -- Can you estimate for me

24 in comparison to other concessions that the union was forced to

25 make at the time how significant this was in monetary terms?

Page 31

1    A   The numbers I tend to remember is this affected maybe

2 250 pilots a month at the time back when we had 8,000 pilots.

3 And again, I am just guessing at the change in my pocket, and I

4 would venture to say that if I had to guess the number that was

5 assigned to this, it would be roughly two million a year.

6    Q   And so I have a sense of context for that, what was

7 the overall size of the -- Strike that. So I have a sense of

8 context for how big that two million is, how big is the

9 contract as a whole? What is the sort of total universe of

10 cost to the company that we're talking about?

11    A   When I left the building in 2015 the pilot contract

12 was roughly 2.3 billion per year. I don't know what it is

13 right now.

14    Q   Were there ever talking points sent to American

15 Airlines management specifically about the MR days issue?

16    A   When you say talking, I don't recall that

17 specifically.

18    Q   Were there any in-person discussions with American

19 Airlines labor representatives specifically about the MR days

20 issue?

21    A   I am sure it was mentioned somewhere in the process.

22 I do not have a specific -- In the context of all the other

23 things that were going on, you know, they were asking for 370

24 million in concessions in the term sheet, and that was a very

25 very minor issue compared to the context of the negotiation.

Page 32

1    Q   Apart from eventually acceding to the proposal to

2 eliminate MR days under the 2013 CBA, did the APA ever make any

3 representations to American Airlines about its USERRA

4 obligations with respect to pilots on military leave as part of

5 these negotiations?

6    A   Well, sure. The company regularly said we will do

7 everything that's required by USERRA.

8    Q   But did the APA make any representations to the

9 company about what USERRA required?

10    A   Well, when they generally would make these

11 statements, they would do everything required by USERRA, and we

12 said yes, you will. It was about that short of a conversation.

13    Q   Was there anything else to those discussions other

14 than -- other than what you have just described?

15    A   Well, I would say in the context of bankruptcy the

16 only safety net we had or fallback under this tidal wave of

17 concessions they were trying to extract was federal law or

18 industry standard. So we could either point to here's the

19 industry standard or here's the federal law requirement. And

20 other than that, bankruptcy as a labor group you're quite open

21 for attack and having a USERRA provision to protect the MR days

22 because otherwise that would have been -- you know, that would

23 have been an easy pushback.

24    Q   As part of the negotiation of the 2013 CBA were there

25 ever any discussions between the APA and American about whether

Page 33

1 military leave was comparable to any other form of leave pilots

2 had under USERRA?

3    A   It was probably mentioned that that's their

4 obligation was the requirement to treat military leave the same

5 way they treat other leaves. And that's obviously why we are

6 here.

7    Q   Beyond just the recognition of the obligation under

8 USERRA, were there any specific representations made by the APA

9 about whether or not certain kinds of leave were comparable to

10 military leave?

11    A   I am sure somewhere in the process there were

12 discussions, but I would say there were generally an

13 understanding of, you know, how that applied and how it was

14 interpreted because if we felt they were out of line, we would

15 have protested or pushed back.

16        MR. DOWNES: I am going to go ahead and ask that

17 we take a 10 minute break. We have been going for about an

18 hour now. Is that okay with everyone?

19        MR. CLARK: Sure.

20        THE REPORTER: Going off the record at 10:23

21 a.m.

22        (A break ensued from 10:23 a.m. to 10:39 a.m.)

23        THE REPORTER: Going back on the record at 10:39

24 a.m.

25    Q   Mr. Roghair, you previously testified that the

9 (Pages 30 - 33)

Page 38

1 attachment. At the bottom of the first page there's an e-mail
2 that's dated February 16, 2012. Do you see that?
3    A   Okay.
4    Q   The e-mail is sent -- So the subject is military
5 leave, talking paper. The e-mail is sent from
6 militaryaffairs@alliedpilots.org. Are you familiar with that
7 e-mail address?
8    A   Yes.
9    Q   What is that for? Is that the military affairs
10 committee e-mail address?
11    A   Yes.
12    Q   At the February 2012 period were you part of the
13 military affairs committee?
14    A   Yes.
15    Q   And you were also part of the negotiating committee
16 at that time?
17    A   Yes.
18    Q   Okay. This e-mail is from Mr. Scanlan to the
19 military affairs e-mail address. It says, Gents, attached is
20 my first hack at some talking points aimed at preserving the
21 current MR provisions in the contract. Looking for comments
22 and feedback. And then it says, Neil, please let me know if
23 this would be useful to the NC. Are you Neil, and the NC is
24 referencing the negotiating committee? Is that correct?
25    A   Yes.

Page 39

1    Q   And then just quickly at the top there's I guess
2 forwarding of this e-mail later in time in March of 2016 to
3 John Frankhouser. Do you see that?
4    A   Yes.
5    Q   Do you know who Mr. Frankhouser is?
6    A   I do not recall.
7    Q   Okay. If you turn the page -- Well, first of all, at
8 the bottom of the first page it says attachments, military
9 leave, talking points. Do you see that?
10    A   Yes.
11    Q   Then if you turn the page, that attachment appears,
12 and it's a two page document. And at the top it says military
13 leave provisions. Do you see that?
14    A   Yes.
15    Q   Okay. I have maybe just two questions about this.
16 The background says currently pilots who request four or less
17 consecutive days of military leave are able to preserve their
18 guarantee provided they submit their request before monthly
19 bids close. AA proposes to eliminate this provision dot dot
20 dot. Do you see that?
21    A   Yes.
22    Q   Is that the negotiating issue that you have been
23 testifying about today?
24    A   Yes.
25    Q   Okay. At the bottom of the page it says if the

Page 40

1 reserve guarantee protections are eliminated, pilots will have
2 no incentive to keep them from making changes to their military
3 leave. Do you see that?
4    A   Yes.
5    Q   Okay. And then what I want to ask you about is the
6 example that follows on the next page. And my apologies for
7 the lengthy quoting of this, but it says example, and I am just
8 going to ask you to help me understand the reference here. It
9 says example, a pilot submits a military leave request for 5 to
10 8 March with their monthly bid. Their unit then asks them to
11 perform additional military 15 to 18 March. All four of those
12 days fall on days when the pilot is scheduled to be on call.
13 Under the current contract a pilot most likely would not
14 volunteer to perform the additional military days since they
15 would forfeit guarantee. However, with the elimination of the
16 reserve guarantee protections it becomes a pure numbers game,
17 one day of reserve at 3.50 versus one military quote man day
18 unquote or one drill day, and it says paren two drill periods.
19 Do you see that?
20    A   Yes.
21    Q   Can you help me understand what that example refers
22 to?
23         MR. DOWNES: Objection; form. You can answer
24 unless Mr. Clark instructs you not to.
25    A   This whole paper here, as I said earlier, in pushing

Page 41

1 back on this, especially in the context of bankruptcy the only
2 safety net we had was generally industry standards or federal
3 law compliance. This talking paper is trying to create a fear
4 grenade for the company of unintended consequences of if you
5 change the rules, here's how pilots are going to react to this.
6 They are going to go where they are incentivized. And some of
7 the military pilots have no say or control over their schedule.
8 Some of the military, you know, reserve pilots have total
9 control over what days they work and how much they volunteer.
10 And most of the pilots are in a bell curve in between. And we
11 were trying to convey to the company that even though they
12 might think they are going to get a three million dollar
13 savings, it could be significantly less just because of the
14 behavior that it was going to drive. So I would frame it as
15 the answer to your question in the context of this paper.
16    Q   Okay. And when it says it becomes a pure numbers
17 game, what do you understand that to refer to?
18         MR. DOWNES: Objection; form.
19    A   Okay.
20         MR. CLARK: You can answer.
21    A   The decision is for the pilots. They are going to
22 look at what would I get if I stay on reserve guarantee, or if
23 I can go do my military drill, where do I make the most money
24 for the same, you know, number of days worked. And if all of a
25 sudden it's more lucrative to go do your reserve job than to do

11 (Pages 38 - 41)

Page 42

1 your airline job, that's going to drive the behavior.
2      MR. MORALES: No further questions. Thank you.
3      MR. CLARK: Nothing from me.
4      MR. DOWNES: I have just very limited
5 redirect.
6         FURTHER EXAMINATION
7 BY MR. DOWNES:
8   Q Mr. Roghair, you previously testified that the MR day
9 benefit did not provide for differential pay, that is the
10 offsetting of the benefit by military pay that a pilot
11 received. Correct?
12   A Correct.
13   Q Are the incentives of a pilot who is receiving their
14 3.5 hour credits of reserve different than the incentives of a
15 pilot who is receiving their 3.5 offset by their military
16 pay?
17   A I am not sure I followed that.
18   Q Sure. So you just testified that the pure numbers
19 game that is being referred to here is about whether a pilot
20 has an incentive to serve a day of drill duty or whether that
21 pilot has incentive to fly for American that day. Correct?
22   A Right.
23   Q Okay. And in the example here it's contemplating
24 that a pilot who is getting a day of reserve pay is getting 3.5
25 hours of pay. Correct?

Page 43

1   A Right.
2   Q If you have to subtract military pay from that 3.5
3 hours of pay, it changes the incentive for the pilot. Correct?
4   A Subtract the military pay? No. If he volunteers for
5 a military day, he's subtracting the reserve guarantee by that
6 much.
7   Q Right. I understand. I am saying hypothetically if
8 the benefit required you to offset your military pay against
9 your reserve pay, the incentives for the pilot would be
10 different. Correct?
11   A Well, in a hypothetical world, sure.
12      MR. DOWNES: No further questions.
13   A Okay.
14      MR. MORALES: Nothing from me.
15      MR. CLARK: Nothing from me.
16      THE REPORTER: Mr. Morales, did you want to
17 order a copy?
18      MR. MORALES: Sure. Yes. Just an electronic
19 regular.
20      THE REPORTER: And Mr. Downes?
21      MR. DOWNES: The same thing, an electronic
22 regular.
23      THE REPORTER: Okay. Going off the record at
24 10:54 a.m.   (Deposition concluded at 10:54 a.m.)
25

Page 44

1         CHANGES AND SIGNATURE
2 PAGE   LINE   CHANGE         REASON
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 5161951

Page 45

1   I, NEIL ROGHAIR, have read the foregoing deposition
2 and hereby affix my signature that same is true and correct,
3 except as noted above.
4
5      _____
6           NEIL ROGHAIR
7 THE STATE OF _____ *
                *
8 THE COUNTY OF _____ *
9   BEFORE ME _____, on this day
10 personally appeared NEIL ROGHAIR, known to be (or proved
11 to me under oath or through _____)
12 (description of identity card or other document) to be the
13 person whose name is subscribed to the foregoing instrument and
14 acknowledged to me that they executed the same for the purposes
15 and consideration therein expressed.
16   GIVEN UNDER MY HAND AND SEAL OF OFFICE this _____
17 day of _____, _____.
18
19      _____
     NOTARY PUBLIC IN AND FOR
20 THE STATE OF TEXAS
21
22
23
24
25 5161951

12 (Pages 42 - 45)

# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES P. SCALAN, on behalf of himself and all others similarly situated<br><br>                    Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC., and AMERICAN AIRLINES, INC.,<br><br>           Defendants. | Case No:<br><br>2:18-cv-0404-HB |

**EXPERT REPORT OF DANIEL W. AKINS**

1

## TABLE OF CONTENTS

**Page**

I.    Qualifications and Assignment………………………………..…………….……………..3

II.   Summary of Opinions………………………………………………………………..…..5

III.  Discussion …………………………………………………………………………………5

    A.  Military Leave at American Airlines…………………………………………..……6

    B.  Bereavement leave for pilots serves a public safety purpose………………….8

    C.  Jury leave for pilots serves a public service purpose……….………………..……11

    D.  Jury Duty and Bereavement Leave are Scheduled on Relatively Short Notice.13

    Appendix A.  D.W. Akins C.V………………………………………………………..……14

    Appendix B.  List of Sources……………………………………………………..……….20

    Appendix C.  List Of D.W. Akins Trial Experience Over the Past 4 Years…..…………..22

`

## I.     Qualifications and Assignment

1.         I am an air transport economist with over thirty years of airline industry consulting experience.  I own my own consultancy firm, Akins & Associates, Inc., based in Stowe, Vermont.  I am also a partner in aviation consultancy Flightpath Economics, LLC, as well as President of the Aviation Workforce Alliance, a non-profit corporation focused on the search for and creation of solutions to address the shortage of technically skilled aviation employees. During my career, I have applied economic principles and statistical analysis to various modes of transportation using financial and operational data on behalf of airports, airlines, airframe manufacturers, labor unions, and other aviation related concerns.  My clients have included, Lufthansa, Air Canada, Boeing, McDonnell Douglas, American Express, J.P. Morgan Chase, Cisco Systems, the State of Virginia, the U.S. Postal Service, a number of airports, and a wide variety of labor groups.  I have provided economic and operational evaluations in support of over one-hundred collective bargaining contract negotiations, including, for example, at American, Alaska, Allegiant, Atlas, Continental, Frontier, Horizon, JetBlue, Republic, Southwest, US Airways, United, and Hawaiian, among others.   I hold a post-graduate degree in transport economics from the London School of Economics.  My qualifications and experience are set forth in my Curriculum Vitae, which is attached as Appendix A of this report.  Appendix C contains a list of all other cases in which, during the previous four years, I testified as an expert at trial or by deposition.  I have not authored any publications in the previous 10 years.

2.         I have experience in assisting negotiators in employee collective bargaining in the

3

airline industry over the past three decades on behalf of a wide variety of organized labor groups under Section 6 of the Railway Labor Act.   During my career I have worked on behalf of pilots, flight attendants, dispatchers, mechanics, ramp and provisioning workers, materials specialists, simulator technicians and simulator instructors, in support of numerous contract negotiations and other efforts at both passenger and air cargo carriers.   I am familiar with airline operations, finances, and labor relations, especially related to labor contract provisions that affect staffing and costs, such as employee leave programs.

3.　　　　Given my background and relevant professional experience I have been asked to provide my insight and assessments of various types of leaves of absence provided to pilots at American airlines, including Jury Duty, Bereavement and Military Leaves.  In this report I provide opinion and the facts and circumstances which support these opinions, including my experience as a labor advisor and an airline industry expert. I have been qualified multiple times as an airline industry expert in numerous appearances in federal and state courts, US DOT proceedings, as well as before various arbitration panels and state boards, as displayed in my C.V. which is attached as Appendix A to this report.

4.　　　　I was retained by Outten & Golden, LLP and Block & Leviton, LLP on behalf of the Classes to assist in the assessment of the purpose of certain leaves pertaining to litigation of the class of James P. Scanlan, et al.  v. American Airlines Group, Inc., and American Airlines, Inc.   My fee on this matter is $325 per hour. My compensation is not dependent on the content of my opinions or litigation outcome.

4

## II.    Summary of Opinions

5.      Based on my decades of experience in the airline industry, my academic training, and my review of the issues raised in this litigation, I make the following summary observations.

6.      Airline employees utilize leaves of absence that are largely related to events and circumstances that they do not control and occur with mostly short-term notification.

7.      Jury duty is one form of employee leave that represents an absence related to a civic obligation supporting a critical facet of civilized society.

8.      Bereavement leave related to the death or demise of a family member or loved one serves an important break from work to grieve and redress personal loss and is considered a key component of maintaining or recovering pilot mental fitness for safe cockpit function.[1]

## III.    Discussion

9.      In my experience, large airlines like American design employee leave policies in a few broad categories to accommodate different types of absences, such those related to employee planned time away from work for vacation or personal leaves, and those leaves that are provided to employee for needs that arise from other non-recreational purposes outside

---

[1] FAA Guide for Aviation Medical Examiners (AME) March 30, 2022, and multiple academic and FAA regulatory advisories.
https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/media/guide.pdf

5

work such as jury duty, military leave and bereavement. [2]  Leaves other than vacation are not at the employees' direct control or choice and are instead based on external or unexpected events. These types of leaves can be viewed in two separate categories: those that are short-term and require absences of a day or two to a few weeks, which represent the vast majority of all employee absences, and others which occur less frequently and are of longer-term duration. [3]

### A.    Military Leave at American Airlines

10.       Military leaves can be segmented between these two categories, as some are longer-term related to calls to active duty and deployment, and others are short-term military leaves consistent with the statutory required monthly training for employees who are active in the National Guard or Reserves. All major airlines have in place existing tools and systems designed to accommodate and ensure operational integrity during these absences.

11.       Pilots who serve their country through active involvement in the National Guard or Reserves have statutory obligations, such as those requiring them to attend monthly two-day training events and one annual training event (commonly up to 14 days). [4]  In addition, Pilots can

---

[2] In my experience, airline flight and cabin crew paid vacation and sick leave absences represent approximately the two largest portions of all synthetic (unworked) paid time.  Synthetic time in turn represents approximately 25% to 30% of total paid hours (worked and unworked).

[3] Source: Hemming-Morse draft summary analysis of AA Pilot leave data for the period 2013-2021.  AA Pilot summary leave data for the period 2013-2021 indicate average Pilot duration of leaves is 3.31 days for military duty with 1% greater than 14 days duration, 1.84 days on average related to jury duty with 0.5% greater than 14 days, and 2.68 days on average for bereavement with 0.0% over 14 days.

[4] A Guide to the Uniformed Services Employment and Reemployment Rights Act, (USERRA) Duration of Service Section 4312(C)/20 CFR 1002.99 – 103.

6

also be deployed to longer-term commitments on active duty when ordered to do so.[5] These military activities can cause absences when military obligations overlap with scheduled work. The nature of Pilot scheduling at American Airlines as well as the notification requirements of upcoming military obligations minimizes such conflicts.[6] As Mr. Jewett, the Managing Director of American Airlines Labor Relations explained, American Airlines adopted a preferential bidding system (PBS) after merging with US Airways in 2013 that schedules work around leaves that are notified in advance of bidding.[7]

12.     Only those Pilots in the military can take military leaves, whereas all Pilots are able to take virtually all other types of leaves, including sick leave, Bereavement leave, and leaves associated with Jury duty.

13.     When a Pilot's military obligations cause absences, the APA JCBA requires the pilot to notify American Airlines before bidding closes for pilot schedule in the upcoming month, unless such notification is precluded due to military necessity, or if giving such notice is impossible or unreasonable.[8]

---

[5] *Ibid.*

[6] APA JCBA 2015, Section 11.E. 5. a. (1).

[7] Deposition of American Airlines, Inc. by its Rule 30(b)(6) Designee Mr. Todd F. Jewett ("AAI Depo."), February 13, 2020, pages 89-90, "*But in a preferential bidding system, a planned absence is supposed to be provided prior to the run of their bid schedule. And so, for instance, military leave, jury duty, union leave, anything that would be planned should be submitted before their schedule, and it would be planned around that and no pay would be received for any of those.*"

[8] APA JCPA Section 11-3, E.5.a. ("*Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of*

7

14.       Unlike many other types of employee leaves, American Airlines does not provide compensation to Pilots taking military leaves.  Pilot's absences created by service on a Jury or those taking Bereavement leave are paid by American Airlines for the income lost from work they were scheduled to perform during such leaves. Pilots are also paid for service on a Jury, generally a small stipend of approximately $50 to $60 a day or jury service on a federal court, and an equal or lesser amounts for jury service in state or local courts. [9] [10]

15.       Based on my experience, the vast majority of Military leaves occur when a Pilot who has volunteered to serve their country in the National Guard or Reserve is called to perform statutorily required monthly training of a few days a month or annual training of up to two weeks. Pilots serving in the military cannot simply choose when and for how long to take military leaves; this is determined by the DOD.[11] [12]

**B.       Bereavement Leave for Pilots Serves a Public Safety Purpose**

16.        Airline pilots are entrusted with the safe transport of millions of passengers during their careers and are required to successfully complete highly complex and sophisticated

---

*such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable. (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.")*; *see* AAI Depo. at 89:20-90:8, 93:17-94:1; *see* Deposition of James P. Scanlan ("Scanlan Depo.") at 99:2-103:9.

[9] See United States Court, Jury Service Pay,  https://www.uscourts.gov/services-forms/jury-service/juror-pay

[10] See Juror Duty 101, juror-pay-by-state, https://www.juryduty101.com/juror-pay-by-state

[11] *Ibid.;* Scanlan Depo. at 237:3-240:24.

[12] USERRA*, op. cit.*

8

training. Commercial airline Pilots are some of the most highly regulated and rigorously assessed professionals in order to ensure the highest level of public safety aboard the aircraft they operate.

17.     It is well recognized that fitness to safely operate a large sophisticated commercial aircraft goes well beyond physical and technical competence.   Mental health is also a critical component of Pilot competence to safely operate an aircraft.  The impact of a death or demise of a family member or close friend is recognized by psychologists and FAA medical examiners to potentially impact the mental fitness of a Pilot.[13]  Bereavement leave serves an important purpose to enable Pilots affected by death of loved one to step away from the cockpit to grieve and recover from their loss.[14]

18.     The FAA requires all commercial Pilots possess a current valid medical certification to conduct crewmember duties.   However, the FAA recognizes that Pilots in possession of a valid medical certificate can be affected by events and circumstances which would prohibit a pilot from conducting flight duties.  In their Aeronautical Information Publication (AIP) regarding Pilot fitness for flight the FAA states:

> *"The Federal Aviation Regulations prohibit a pilot who possesses a current medical certificate from performing crewmember duties while the pilot has a known medical condition or increase of a known medical condition that would make the pilot unable to meet the standards for the medical certificate".* [15]

---

[13] FAA Guide for AMEs, *op. cit*.
[14] AAI Depo. at 127:3-12.
[15] FAA AIP ENR 1.15 Medical Facts for Pilots.
FAA.gov/air_traffic/publications/atpubs/aip_html/part2_enr_section_1.15.html#:~:text=A%20p ilot%20who%20detects%20the,medical%20treatment%20should%20be%20sought.

9

19.      The impact and risk of a Pilot's poor mental health was brought to light most prominently in March 2015 when a First Officer at the controls of a Germanwings A320 aircraft flying from Barcelona, Spain to Dusseldorf, Germany deliberately crashed the aircraft in the French Alps.[16]  The crash was determined to be the result of a mental health issues of the Pilot who had locked his Captain out of the cockpit and plunged the aircraft into the ground, killing all 150 passengers and crew aboard.[17]  The Germanwings crash in 2015 was preceded by a number of other seemingly deliberate crashes that were the result of Pilots that were likely suffering from mental health issues.[18]  Changes implemented after the crash included new rules requiring the cockpit to have two occupants at all times and more stringent screening of Pilot mental health by aviation authorities.[19] [20]

20.      The FAA addresses the potential mental impact on a Pilot from the death of a family member as a known medical condition affecting fitness for flight duties.[21]  Under its medical certification and fitness standards the FAA lists specific conditions which are recognized

---

[16] *"Germanwings Crash: Have Cockpit Doors changed?"*, BBC News, March 24, 2016, https://www.bbc.com/news/magazine-35802645
[17] *Ibid*.
[18] Aviation Safety Network, Flight Safety Foundation, http://news.aviation-safety.net/2013/12/22/list-of-aircraft-accidents-caused-by-pilot-suicide/
[19] "Europe Adopts new pilot mental health rules after Germanwings crash", Reuters, July 25, 2018.
[20] FAA: *"Pilot fitness aviation rulemaking committee report",* issued November 18, 2015. https://www.faa.gov/regulations_policies/rulemaking/committees/documents/index.cfm/document/information?documentID=2762.
[21] FAA AIP ENR 1.15 Medical Facts for Pilots, op. cit., Section 1.7, Emotion.

10

as affecting a Pilot's abilities to conduct safe flight.  Among the issues affecting Pilot competency is the emotional impact on a Pilot's mental fitness resulting from the death of a family member. The FAA states:

> "Certain emotionally upsetting events, including a serious argument, death of a family member, separation or divorce, loss of job, and financial catastrophe, can render a pilot unable to fly an aircraft safely. The emotions of anger, depression, and anxiety from such events not only decrease alertness but also may lead to taking risks that border on self-destruction. Any pilot who experiences an emotionally upsetting event should not fly until satisfactorily recovered from it".[22]

21.    Clearly absences from the cockpit are warranted as a safety precaution and break from flight duties allowing a pilot time to grieve and recover following the death of a loved one. However, bereavement leaves are by their nature unpredictable and provide an affected Pilot with only short-term notification options, with limited abilities to avoid conflicts with scheduled work.   Bereavement leaves provide a recognized and critical safety function by allowing a grieving Pilot time away from cockpit duties to mourn a loved one's passing and provide time to address the emotional impact of the event that could affect their fitness to fly.

### C.    Jury Leave for Pilots Serves a Public Service Purpose

22.     Jury duty has been described as one of the most important civic duties a citizen can perform, as the protection of rights and liberties in courts largely is achieved through the teamwork of a judge and jury duty.[23]  As with those active in the military, a citizen serving jury duty involves an obligation to perform a service on behalf of their fellow citizens.  While jury duty

---

[22]  FAA AIP ENR 1.15 Medical Facts for Pilots, *op. cit.*, Section 1.7, Emotion.
[23] https://www.uscourts.gov/services-forms/jury-service

11

in no way confronts jurors with the same personal risks as military service, Pilots called to serve on a jury are serving the public.

23.      Pilots serving on a jury and those on military leave receive a payment for their service from the courts and the DOD, respectively for their service. These payments do not generally equate to the amount paid for flight duties at American, but Pilots are in fact compensated for their service. However, unlike the Pilots serving their country on active military duty in the Guard or Reserves, Pilots called to serve on a jury receive a payment from both American Airlines and the court. [24]  The payment from American Airlines is based on missed income from lost work due to time spent on jury duty, less any amount paid to the pilot for jury service by the court, sometimes termed "differential pay".[25] Through such top-off payments American Airlines ensures Pilots serving on a Jury do not suffer a loss to income from any missed work while performing this civic duty.  Pilots on military leave are compensated by the DOD based on rank and years-of-service, but they do not receive any supplemental top-up pay by American Airlines to ensure that they do not lose income due to their in the military as they

---

[24] *Ibid.* ("Federal jurors are paid $50 a day. While the majority of jury trials last less than a week, jurors can receive up to $60 a day after serving 10 days on a trial. (Employees of the federal government are paid their regular salary in lieu of this fee.) Jurors also are reimbursed for reasonable transportation expenses and parking fees. Jurors also receive a subsistence allowance covering their meals and lodging if they are required to stay overnight. Your employer may continue your salary during all or part of your jury service, but federal law does not require an employer to do so. Nonetheless, the Jury Act forbids any employer from firing, intimidating, or coercing any permanent employee because of their federal jury service. You should check whether your company or employer has a policy for employees serving on jury duty.").

[25] AAI Depo. at 101:16-19.

12

would if they served on a jury.[26]

### D. Jury Duty and Bereavement Leaves are Scheduled on Relatively Short Notice

24.    Pilot absences caused by events such as calls to serve on a jury or bereavement leave due to the death of a loved one are intrinsically unpredictable and occur without much notice.  By their very nature jury duty and bereavement leaves do not allow Pilots much time to notify their employer of these unplanned absences.  The vast majority of military leaves are also short term in nature, scheduled in advance, and require prior notification before Pilot bidding is closed, but the military leaves that I understand are at issue in this case are like jury duty and bereavement in that they are scheduled only after the Pilot bidding is closed.


**Executed May 6, 2022, at Stowe, Vermont.**


**Daniel W. Akins     5/6/2022**


---

[26] Reserve Drill Pay, Military Compensation, Department of Defense.
   https://militarypay.defense.gov/Portals/3/Documents/2022%20Basic%20Pay%20Table%20-%201%20Drill%20Pay%20(1).pdf

13

**APPENDIX A**

**Curriculum Vitae of Daniel W. Akins**

**AKINS & ASSOCIATES, INC.     1997- Present**

*Economic consulting services and data analysis for airlines, airports, labor, and related concerns.  Projects include:*

- Primary expert witness on behalf of Atlas Air Pilots in Contract Arbitration.

- Assisted in developing the basis for airline employee grant amounts used in CARES, Act, Payroll Support Program (PSP

- Expert witness for City of New York and State of Massachusetts regarding employee minimum sick leave laws before US District Court.

- Economic Advisor on behalf of Alaska Airline Pilots in seniority integration arbitration with Virgin America Pilots.

- Advisor to The International Brotherhood of Teamsters (IBT), Transport Workers Union (TWU), the Association of Flight Attendants (AFA), the Association of Professional Flight Attendants (APFA), and other labor groups.

- Expert Witness in patent case for Cisco Systems, Inc. regarding Global trade flows

- Financial Advisor to Republic Airways UCC during Chapter 11 Proceedings

- Expert Witness in seniority list integration: American/USAirways, United/Continental, Delta/Northwest, USAirways/America West, Alaska/Virgin Air

- Advisor to APFA on AMR Unsecured Creditors Committee

- Financial Advisor in Restructuring of Global Aviation Bankruptcy

- Financial Advisor in Pinnacle Chapter 11 Bankruptcy Proceedings

- Advisor to SWA pilots in integration with Airtran pilots

- Financial Advisor to Sun Country Unsecured Creditors Committee

- Ongoing Support for Southwest Airlines in Employees Contract Negotiations

14

- In US-Mexico Combination Service Proceeding before the US DOT provide analytical support for USA 3000 Airlines in their bid for new service

- Guest lecturer Northwestern University, Kellogg Graduate School of Business

- Economic analyst and expert witness in Bankruptcy proceedings of American, US Airways, Mesaba, Northwest, United, Hawaiian, and Aloha

- For US Postal Service determined pilot pay rates and back-pay at termination of USPS domestic Eagle overnight cargo delivery network.

- On behalf of Southern Air Transport, prepared an economic analysis in support of their application at U.S. DOT for all-cargo service between the US and Argentina

- Evaluation of transfer of overnight transport of express mail to FedEx for USPS

- On Behalf of Air Canada and ACPA testified before the Canada Industrial Relations Board regarding the potential impact of merging pilot seniority at Air Canada and its commuter affiliates

- For Boeing Aircraft Company evaluation of global availability of short-field airports to support potential commercialization C17 cargo aircraft

- On behalf of Continental Express testified before U.S. District Court (Ft. Worth) regarding the impact of expanded operations at Dallas Love Field under the Wright Amendment

**FLIGHTPATH ECONOMICS, LLC.          2013 - Current**

*Founding Partner of consulting firm created to address Pilot supply issues. Projects Include:*

- Advisor to ABX pilots in Section 6 contract negotiations

- Advisor to NetJet pilots in Section 6 contract negotiations

- Expert witness in U.S. District Court on behalf of Atlas Pilots

- Analytical support for lobbying effort of U.S Congress for mitigation of impacts related to inadequate supply of U.S. commercial Pilots.

- Strategic Advisor to support operating plan of new Part 141 fight school.

15

- Advisor to Horizon Air Pilots during contract negotiations.

- Expert Witness of Pilot scheduling practices in arbitration involving Kalitta

**AIRLINE WORKFORCE ALLIANCE          2014 - Current**

*President and founding member of non-profit advocating for solutions to the shortage of skilled labor in the commercial aviation industry.*

- Advocate for the mitigation of impacts due to issues related to inadequate production of U.S. commercial Pilots and Technicians.

- Assisted in recruitment of dozens of new AWA members, including air carriers' airports, manufacturers, associations and labor groups.

- Advisor to US Airforce regarding pilot attraction and retention strategies.

- Prepared and presented report regarding pilot shortage impact to the Acting FAA Administrator Elwell.

- Prepared economic impact assessment of pilot shortage for several states.

- Worked with International Air Safety Foundation to assess data driven flight qualifications and evaluation metric criteria

- Key speaker US Chamber of Commerce Aviation Summit 2019, RAA Annual Convention, various airline and airport conventions and meetings.

- Served as an expert commentator in the media such as the New York Times, BBC World Service, and the Financial Times regarding causes of pilot shortage.

**AIRTRANS, INC.          1993 - 1997**
*Vice President - Projects included:*

- Prepared written economic testimony before the U.S. DOT supporting the successful bid of American International Airways for air cargo service between the US & Brazil

- Air Cargo forecast and analysis on behalf of the Nashville Airports Authority

- For the State of Virginia evaluated competitive position of the Commonwealth's commercial airports and formulated proposals to address deficiencies in service.

16

- Analytical support for McDonnell-Douglas Corporation regarding the commercial viability of converting military cargo aircraft (C-17) to civilian freight service.

- Composed model of international traffic synergy potential for Lufthansa German Airways and Davis Companies in support of their joint bid for Continental Airlines.

**YIELD  DATA SERVICES, INC.     1989-1993**

*Vice President - Founding Partner in airline consultancy and on-line aviation data vending firm.  Projects included:*

- Testimony in U.S. District Court concerning valuation of pilot compensation at several Major Airlines.

- Testified as principal economist in interest arbitration of United Airlines and Pan Am pilots regarding the purchase of London Heathrow Airport operations.

- Analysis of airline traffic and capacity share for Northwest Airlines in U.S. markets.

- Econometric forecast of passenger & cargo traffic for Nantes, Pays de Loire, France.

- Worldwide air cargo market forecast for World Airways.

- Forecast near-term air cargo trade between the U.S. and several South American countries for U.S.-Brazil route case proceeding before the U.S. DOT.

- Forecast of airline labor costs for Touche, Ross & Co.

- Testimony in interest arbitration of Alaska Airlines - Jet America pilot integration.

- Market fare analysis on behalf of Air Transport Association for congressional testimony.

**KURTH & COMPANY, INC.        1986 - 1988**

*Manager of Aviation Research - Marketing and management consultant to air carriers and airports.  Projects included:*

- Analysis of fleet purchasing history at Delta Airlines.

- Prepared traffic and financial exhibits in support of pilot integration proceedings of Northwest-Republic, USAir-Piedmont, Delta-Western, and Continental-Frontier.

17

- Testified before Postal Rate Commission on cost attribution of Third and Four Class Mail.

**AIR LINE PILOTS ASSOCIATION.     1984-1986**

*Senior Economist - Provided technical assistance and policy analysis on economic, financial, and operational aspects of air transport industry for pilot organization. Projects included:*

- Forecast of traffic and capacity to estimate economic performance and labor requirements at various airlines.

- Industry expert at U.S. Department of Transportation in cases regarding the employment dislocation effects of deregulation of U.S. airlines.

- Analysis of effects of two-tier wage structures on operating costs and competition.

**R.L. BANKS & ASSOCIATES, INC.     1983-1984**

*Transport Economist - Served in consulting capacity for corporate and public clients for economic evaluation of maritime, road, rail, and air transportation projects. Involved in all phases of consulting, from development to project evaluation and completion. Applied economic theory and econometric techniques to evaluate problems in the movement of both passengers and freight.   Projects included:*

- Economic analysis of rail-road-waterway competition to evaluate effects of selling the nation's largest barge line to a large railroad.
- Evaluation of containerized shipping through all Atlantic ports in Canada and U.S.
- Econometric investigation concerning retirement rates of fixed rail investments.
- Analysis of volume of freight interchanged between Con rail and the seven largest U.S. Railroads.

***EDUCATION***

**LONDON SCHOOL OF ECONOMICS     1982-1983**

*Postgraduate Diploma in Economics, Mark of Merit Honours. Specialized in transport economics, econometric modeling and forecasting.  Conducted an analysis of the need, siting*

18

and timing of a third major airport in London.  Studied road congestion externalities, public transit operation, urban transport planning and investment policy.

**GUSTAVUS ADOLPHUS COLLEGE        1977-1981**

    *B.A. Cum Laude Honors, Economics.   Majored in economics and urban planning. Undertook on-site analysis of relationship between urban growth patterns and highway development.*

**INSTITUTE OF EUROPEAN STUDIES, London, U.K., Autumn 1980**
*Studied European monetary relations and industrial organization at London School of Economics.*

***EXPERIENCE AS AN EXPERT WITNESS***
    *Mr. Akins has been qualified as an Expert Witness in Airline Economics, Network Planning, Contract Analysis, Industry Structure, Econometrics and Forecasting, and has submitted written and/or oral testimony before the following Courts and Commissions:*

> **US Department of Transportation**
>
> **US District Court of Southern New York**
>
> **US District Court of Washington D.C.**
>
> **US District Court of North Texas**
>
> **US Bankruptcy Court for the District of Southern New York**
>
> **US Bankruptcy Court for the District of Northern Virginia**
>
> **US Bankruptcy Court for the District of Minnesota**
>
> **US Bankruptcy Court for the District of Hawaii**
>
> **US Postal Rate Commission**
>
> **Canadian Industrial Relations Board**
>
> **Several Interest Arbitrations**

19

**APPENDIX B**

**List of Sources:**

1. Summary analysis of American Airlines Pilot leave data created by Hemming Morse, LLP.
2. Joint Stipulated Protective Order Governing Discovery and Order, Signed by District Court Judge, December 4, 2019, The Protective Order Governing Discovery and Order Case No. 2:18 -cv-04040-HB.
3. Class Action Complaint, United States District Court for the Eastern District of Pennsylvania, Case No. 2:18-cv-04040-HB, Filed April 2, 2019.
4. Transcript of the Deposition of Mr. Russel Moore, Scanlan v American Airlines, February 18, 2022, and all exhibits thereto.
5. Transcript of the Deposition of Mr. Patrick O'Rourke, Scanlan v American Airlines, March 30, 2022, and all exhibits thereto.
6. Transcript of the Deposition of American Airlines, Inc. by its Rule 30(b)(6) Designee Mr. Todd F. Jewett, Scanlan v American Airlines, February 13, 2020, and all exhibits thereto.
7. Transcript of the Deposition of James P. Scanlan, March 10, 2020, and all exhibits thereto.
8. Allied Pilots Association Joint Collective Bargaining Agreement, effective January 1, 2013, Bates No. AA-Scanlan-0004673-5122.
9. Allied Pilots Association Joint Collective Bargaining Agreement, effective January 30, 2015, Bates No. AA-Scanlan-0006012-6467.
10. 10 U.S.C. § 10147 - Ready Reserve: training requirements.
11. Air Force Reserve FAQs *available at:* www.Afreserve.com/faq and National Guard FAQs www.Nationalguard.com/guard-faqs.
12. A Guide to the Uniformed Services Employment and Reemployment Rights Act, (USERRA) Duration of Service Section 4312(C)/20 CFR 1002.99 – 103.
13. Reserve Drill Pay, Military Compensation, Department of Defense, for January 1, 2022. https://militarypay.defense.gov/Portals/3/Documents/2022%20Basic%20Pay%20Table%20-%201%20Drill%20Pay%20(1).pdf
14. United States Courts, Jury Duty Pay. https://www.uscourts.gov/services-forms/jury-service/juror-pay
15. Juror Duty 101, juror-pay-by-state, https://www.juryduty101.com/juror-pay-by-state
16. Reuters, July 25, 2016, Europe adopts new mental health rules after Germanwings crash.
17. Journal of the American Academy of Psychiatry and The Law (JAAPL), Vol. 8, Psychiatry and Fitness to Fly After Germanwings, H.M. Pinsky, et al, November 1, 2020.

20

18. 2022 FAA Guide for Aviation Medical Examiners (AMEs), Updated March 30, 2022. https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/

19. Age 60 Study, Part II., Airline Pilot Age and Performance – Review of Scientific the Literature, US DOT, FAA Office of Aviation Medicine, October 1994.

20. FAA AIP ENR 1.15 Medical Facts for Pilots. Faa.gov/air_traffic/publications/atpubs/aip_html/part2_enr_section_1.15.html#:~:text=A%20pilot%20who%20detects%20the,medical%20treatment%20should%20be%20sought.

21. Vox, March 26, 2015, The disturbing History of pilots who deliberately crash their own planes. https://www.vox.com/2015/3/26/8294971/pilot-suicide-crash

22. Aviation Safety Network, Flight Safety Foundation, http://news.aviation-safety.net/2013/12/22/list-of-aircraft-accidents

23. US DOT, FAA: *"Pilot fitness aviation rulemaking committee report",* issued November 18, 2015. https://www.faa.gov/regulations_policies/rulemaking/committees/documents/index.cfm/document/information?documentID=2762.

24. Hemming-Morse draft summary analysis of AA Pilot leave data for the period 2013-2021.

21

**Appendix C – Daniel W Akins Recent Testifying Expert Witness Experience**

1. *Delta Air Lines, Inc. v. NYC Dept. of Consumer Affairs, et al.*, No. 17 Civ. 1343 (E.D.N.Y.) – Written Reports and Deposition on Behalf of the New York City Department of Consumer Affairs, July 2018 to January 2019

2. *Air Transport Ass'n, Inc. of Am. v. Healey*, No. 1:18 Civ. 10651 (D. Mass.) – Written Direct, Rebuttal and Supplemental Reports on behalf of Massachusetts Attorney General April 2019 to Present (pending Trial scheduled for September 2022)

3. *Atlas Air, Inc. et al. v. Int'l B'hd of Teamsters, et al.*, No. 1:17 Civ. 01953 (D.D.C.) – Written Rebuttal and Oral Testimony On behalf of IBT Local 1224, September - October 2017

4. *Belcher v. Columbia Gas of Ky., Inc., et al.*, No. 15-CI-01757 (Ky. Fayette Cir., Div. 9) – Written Direct Expert Report and Deposition on behalf of Plaintiff, 2017-2018

5. *Air Evac EMS, Inc. v. Sullivan*, No. 1:16 Civ. 60 (W.D. Tex.) – Written Direct Expert Report and Deposition on Behalf of Defendant Texas Commissioner of Insurance, January to April 2018

22

EXHIBIT 12

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3   JAMES P. SCANLAN, on behalf )
     of himself and all others   )
 4   similarly situated,         )
                                 )
 5            Plaintiffs,        )
                                 )
 6   vs.                         )   Case No.
                                 )   2:18-cv-0404-HB
 7   AMERICAN AIRLINES GROUP,    )
     INC. and AMERICAN AIRLINES, )
 8   INC.,                       )
                                 )
 9            Defendants.        )
10
11
12   ************************************************
13                 ORAL DEPOSITION OF
14                 PATRICK O'ROURKE
15                  MARCH 30, 2022
16   ************************************************
17
18        On the 30th day of March, 2022, at 2:42 p.m.,
19   the oral deposition of the above-named witness was
20   taken at the instance of the Plaintiff, before
21   Michelle L. Munroe, Certified Shorthand Reporter in
22   and for the State of Texas, at Veritext Legal
23   Solutions, 300 Throckmorton Street, Suite 1600, Fort
24   Worth, Texas, pursuant to Notice and the agreement
25   hereinafter set forth.
```

Page 14

1 at the time that he was the chair of the military
2 affairs committee.
3      Do I have that right?
4      A.  Yes.
5      Q.  Do members of the APA's committee --
6 strike that.
7      Do members of the APA's committees
8 regularly correspond with the negotiating committee?
9      A.  Yes.
10     Q.  Is that correspondence between committees
11 a regular practice of the Allied Pilots Association?
12     A.  Yes.
13     Q.  And are the emails that we're looking at
14 here records of communications between the
15 negotiations committee and another committee at the
16 Allied Pilots Association?
17     A.  Yes.
18     Q.  Do you have any reason to think the date
19 and time stamps reflected in this email chain are
20 inaccurate?
21     A.  No.
22     Q.  Were you on the negotiating committee as
23 of February 2, 2017?
24     A.  Yes.
25     Q.  Do you see this email is directed to the

Page 15

1 address cmte -- committee -- @alliedpilots.com?
2      A.  I'm sorry.  This -- I see it's going to
3 committee, dash, negotiating which is the -- it's
4 the aggregate to all committee members.
5      Q.  I see.  Can you explain --
6      A.  It has other people on that.  I can't
7 speak to who's on the -- exactly, but there's more
8 people than just the pilots that constitute the
9 negotiating committee.  I'm not sure who was all on
10 that address, but, yes, it's more than one person.
11     Q.  So when an email is sent to that address,
12 it goes to all the members of the negotiating
13 committee?
14     A.  That's correct.
15     Q.  I would like you to move up one email in
16 the chain.
17     A.  Yes.
18     Q.  Who is this next email from?
19     A.  This is from me.
20     Q.  And you're responding to Jim Scanlan's
21 email, correct?
22     A.  That's correct.
23     Q.  And can you explain to me what your
24 response to Jim Scanlan is here?
25     A.  This is a -- well, I don't exactly

Page 16

1 recollect, but -- just give me one second.
2      Q.  Sure.  Take your time.
3      A.  (Reviewed document.)  This appears to
4 be -- I don't know how to say it -- but a direct
5 response from our inquiry to manage -- the
6 management team, mainly labor relations, and their
7 response on what constitutes eligible earnings as
8 far as profit sharing goes.
9      Q.  Are you responding to Mr. Scanlan on
10 behalf of the negotiating committee?
11     A.  Yes.
12     Q.  I would like you to go back a couple
13 pages.  You'll note that in the lower right-hand
14 corner of these documents, there's -- it's a code.
15 This one says Scanlan_00000418.  We call that a
16 Bates number.
17     A.  Okay.
18     Q.  I would like you to turn to the page that
19 has the Bates number ending in Scanlan_416.
20     A.  Okay.
21     Q.  I would like to point you to the email in
22 the top half of this page.
23     A.  Okay.
24     Q.  Who sent this email?
25     A.  Me.

Page 17

1      Q.  And you're responding to Jim Scanlan?
2      A.  Yes.
3      Q.  Can you read that email to yourself
4 silently and just let me know when you have
5 finished.
6      A.  Yes, sure.  (Reviewed document.)
7      Yes, I'm finished.
8      Q.  Were you ever briefed by American Airlines
9 about how the profit sharing benefit was going to
10 work?
11     A.  Yes.
12     Q.  When did that happen?
13     A.  It happened when they presented the plan
14 to us and we needed to be briefed so that we could
15 brief our board of directors because it was not a
16 sure thing that they would approve it because it was
17 a letter of agreement.
18     So we had to -- our association had to
19 either agree to the profit sharing LOA offered by
20 the company or not agree to it.  So that's -- we
21 received a briefing, an overview, yes.
22     Q.  And is that the briefing that you describe
23 in this email here when you write, We were briefed
24 that your W-2 determined your eligible earnings on
25 this company benefit?

5 (Pages 14 - 17)

Page 18

1    A.  Yes.
2    Q.  You testified that that briefing took
3  place when you were first approached about the
4  benefit.  When was that?
5    A.  I don't recollect exactly what date it
6  was, even the month.
7    Q.  Do you remember if it was in 2017 or in
8  2016?
9    A.  It would have to be in -- I don't know
10  what the date on the LOA is.  I would estimate that
11  it was 2017.
12    Q.  Who -- who participated in the briefing
13  from the management side?
14    A.  I want to say it was Beth Holdren, who was
15  managing director of labor relations at the time;
16  Todd Jewett who know holds that position; and I'm
17  not sure who else.  I forget.
18    Q.  How about from the labor side?  Obviously
19  you were there.  Who else was at the briefing with
20  you?
21    A.  From American Airlines?
22    Q.  Sorry.  From --
23    A.  Oh, I'm sorry.  Okay.  Yeah.
24    Q.  From the labor -- I guess let's start with
25  this first.

Page 19

1        Was this a briefing just to APA
2  representatives or was this to other collective
3  bargaining --
4    A.  It was just to APA representatives.
5    Q.  Who was there for the APA?
6    A.  Let me see if I can remember.  It was
7  myself and Captain Rintel, Dave Rintel.  I know this
8  because later in the body of this -- because I
9  remember clearly it was Captain Rintel and myself
10  that discovered a problem, so I remember Rintel.
11  That's the only one I remember being with us, me and
12  Rintel.
13    Q.  Can you explain what you mean you
14  discovered a problem?
15    A.  Yes.  I forget exactly how, but we
16  discovered that all the other employee groups
17  were -- as part of their profit sharing plan,
18  management was offering employee groups, only the
19  pilots were not pensioned on that.  And when we
20  brought that to management's attention, they agreed
21  to rectify that quickly.
22    Q.  And can you explain what you mean when you
23  say that the other groups were getting pensioned on
24  their profit sharing?
25    A.  Yes.  So when the profit sharing is

Page 20

1  calculated at the end of the calendar year, for
2  instance, our contribution on our earnings is --
3  includes a 16 percent contribution into our 401(k),
4  which is our retirement fund.
5        Each different employee group has a
6  contribution to their retirement account, and ours
7  is the percentage that I just mentioned.  But for
8  some reason, our percentage there was originally
9  excluded.  And this is before our board of directors
10  had agreed to it.
11        Fortunately we did find out prior to
12  presenting it to our board of directors, and we were
13  able to have that discrepancy corrected so that we
14  were basically at parity, more or less, with the
15  rest of the employee groups.
16    Q.  In the next sentence in this email, you
17  write that, Military LOAs were specifically excluded
18  from the company benefit as they do not generate
19  eligible earnings according to our PS plan briefing.
20        Do you see that?
21    A.  Yes.
22    Q.  Is LOA an acronym for leave of absence?
23    A.  Yes.
24    Q.  What does PS stand for?
25    A.  Profit sharing.

Page 21

1    Q.  Was the issue of credit for military
2  leaves of absence specifically raised at the profit
3  sharing plan briefing from the company?
4    A.  I forget who raised it but it was raised.
5    Q.  So there was a discussion about that issue
6  at this initial briefing?
7    A.  It probably would have been raised by us.
8  I shouldn't estimate, but it would only make sense
9  that it was raised by us, but it was raised.
10    Q.  Can you explain why it would only make
11  sense that it was raised by you and Mr. Rintel?
12    A.  Because it's a benefit that our members
13  would benefit from or -- is that redundant but...
14    Q.  Towards the bottom of this email, you
15  write, I will verify with the company regarding the
16  military LOA and PS.
17        Do you see that?
18    A.  Yes.
19    Q.  Did you follow up again with the company
20  about profit sharing credits for military leaves of
21  absence?
22    A.  I don't recall exactly, but if I said I
23  would do it, I certainly would do it.
24    Q.  I would like to move you back another two
25  pages to the page bearing Bates number Scanlan_414.

6 (Pages 18 - 21)

Page 26

1 any profit sharing was something that had to be
2 negotiated and it was in a -- some next time
3 contract talks began -- Section 6 negotiations would
4 begin again, then we could discuss profit sharing
5 plan. That was the words we were getting at the
6 time.
7     And so obviously because there was an
8 offer sometime in February of 2017, there was a
9 reversal there. And so the rest is kind of analysis
10 there to respond to Captain Scanlan, if you will.
11    Q. Are discussions with American Airlines
12 labor representatives a regularly conducted of
13 the -- strike that. Excuse me.
14     Are discussions between representatives of
15 the APA and American Airlines a regularly conducted
16 activity of the APA?
17    A. Yes.
18    Q. Is exchanging email correspondence about
19 those discussions a regular practice of the APA?
20    A. Yes.
21    Q. And are these emails, in part, records of
22 such discussions with the company?
23    A. Yes.
24    Q. Do you believe what you wrote about Delta
25 imputing military leave income for purposes of

Page 27

1 profit sharing was accurate when you wrote it?
2    A. Yes.
3    Q. Do you believe what you wrote about
4 Southwest Airlines imputing military leave income
5 was accurate when you wrote it?
6    A. Yes.
7     (Exhibit 2 marked.)
8    Q. I'm marking a document as Exhibit
9 Number 2.
10     Looking at Exhibit Number 2, this is also
11 an email chain between you, Jim Scanlan, and other
12 people associated with the APA, correct?
13    A. Yes.
14    Q. And if you flip to the last page, which is
15 Bates stamped Scanlan_443 -- excuse me, 443 and 444.
16     This email chain starts with the same
17 email from Jim Scanlan that we were looking at a
18 moment ago, correct?
19    A. I guess.
20    Q. It's a slightly different set of emails.
21    A. Okay.
22    Q. But can you take a look at this and just
23 tell me whether this is a true and correct copy of
24 email correspondence that you were a party to?
25    A. (Reviewed document.) Yes.

Page 28

1    Q. You previously testified that exchanging
2 email correspondence between the committees at the
3 APA is a regularly conducted activity of the APA,
4 correct?
5    A. Yes.
6    Q. And that recording that correspondence in
7 email is a regular practice of the APA, correct?
8    A. Yes.
9    Q. Like the other ones we looked at, are
10 these emails such a record?
11    A. Yes.
12    Q. Do you have any reason to think the date
13 and time stamps reflected in this email chain are
14 inaccurate?
15    A. No.
16    Q. You also previously testified that
17 discussions between representatives of the APA and
18 representatives of American Airlines are regularly
19 conducted activity of the APA, correct?
20    A. Yes.
21    Q. And you also testified that exchanging
22 email correspondence about such discussions is a
23 regular practice of the APA, correct?
24    A. Yes.
25    Q. Are these emails, in part, records of such

Page 29

1 discussions?
2    A. Yes.
3    Q. I would like to point you to the first
4 page. Let me point you back to the first page.
5    A. Sure.
6    Q. Top email of the chain. This email is
7 from you to Jim Scanlan and dated March 31st, 2017.
8     Do you see that?
9    A. Yes.
10    Q. Read this email to yourself briefly and
11 then let me know when you finish, please.
12    A. (Reviewed document.) Yes, I'm finished.
13    Q. You're saying in this email that there has
14 been no change in American's position from the last
15 time you emailed Jim on February 20th and
16 March 31st?
17    A. That's correct.
18    Q. Did you have any further discussions with
19 American in that time period? Let me strike that
20 and ask it a slightly different way.
21    A. "I don't remember" is the answer to that
22 question. If you want to do another question,
23 that's fine.
24    Q. Let me put it this way: Over the course
25 of your conversations with representatives of the

8 (Pages 26 - 29)

Page 42

1 advance and can tell the company about in advance?
2    A.  From what I recollect, because I just had
3 a summons not three or four months ago, it was a
4 couple months in advance so it would provide -- you
5 would know.
6    Q.  Why does the ability to take leave to
7 perform jury duty matter for the pilots that you
8 represent -- strike that.
9       Let me be clear.
10       Why does the ability to take leave to
11 perform jury duty matter for the union?
12    A.  Well, it's important because we have to
13 be -- we have to be allotted that time to go and
14 perform our civic duty.  I mean, we -- all of these
15 things we negotiate on behalf of our members.
16       So in the case that I just described
17 really with regard to bidding, it's beneficial both
18 to the airline and to the pilot.  Sometimes we have
19 difficulty convincing the airline of things like
20 that though.
21       MR. CLARK:  Just for the record, the
22 witness isn't here on behalf of the union even though
23 you asked the question on behalf of the union.
24       THE WITNESS:  Thank you.  I'm just
25 speaking as my own.  You have to be careful.  Thank

Page 43

1 you.
2    Q.  Sure.  I understand.  If I ask you a
3 similar question, just to be clear, I'm not asking
4 you to make a statement on behalf of the union.  I'm
5 just asking for your understanding of why it's
6 important to the union.  Fair enough?
7    A.  Thank you.  Yes.
8    Q.  If a pilot knows that they're going to be
9 absent -- strike that.
10       If a pilot knows in advance they're going
11 to be absent from employment and they know that
12 before the 16th of the month, does that pilot have
13 an obligation to inform American of that so they can
14 schedule around the absence?
15    A.  I don't know the answer to that.
16    Q.  Do pilots at American Airlines have a
17 choice of when to perform jury duty?
18    A.  No.
19    Q.  They're called by a court?
20    A.  Yes.
21    Q.  They're given a date to appear?
22    A.  That's my understanding, yes.
23    Q.  They have to appear on that date?
24    A.  Yes.
25    Q.  Do pilots at American Airlines have a

Page 44

1 choice of whether or not to perform jury duty when
2 they are called?
3    A.  No.
4    Q.  Is appearing for jury duty a public
5 service?
6    A.  Yes.
7    Q.  Mr. O'Rourke, have you ever taken
8 bereavement leave while employed by American
9 Airlines?
10    A.  Yes.
11    Q.  On how many occasions?
12    A.  Two.
13    Q.  Have you ever dealt with issues
14 involving -- strike that.
15       In the course of your work for the APA,
16 have you ever discussed issues related to
17 bereavement leave with pilots that the union
18 represents?
19    A.  Possibly.  I don't recall.
20    Q.  How about with management?
21    A.  Yes.
22    Q.  What kind of issues related to bereavement
23 leave have you discussed with management in the
24 course of your work with the APA?
25    A.  Not in conjunction with my work with APA.

Page 45

1 It's a personal -- it has been personal discussions
2 with the flight offices, with the chief pilots they
3 call it.
4    Q.  So just to be clear, these are personal
5 conversations about your specific bereavement
6 leaves?
7    A.  Yes.
8    Q.  Not about policy or negotiated benefits or
9 anything like that?
10    A.  That's correct.
11    Q.  Have you ever had a request for
12 bereavement leave denied?
13    A.  No.
14    Q.  Are you familiar with any case of that
15 happening at American Airlines?
16    A.  No.
17    Q.  Why does the ability to take bereavement
18 leave matter to the pilots that the union
19 represents?
20    A.  It's a paramount safety issue.
21    Q.  Can you explain why it's a safety issue?
22    A.  Because if you're not a hundred percent
23 focused on your flight duties, it impacts safety
24 either insidiously or blatantly.  And so it's in the
25 best interest of everybody that you be allowed time

12 (Pages 42 - 45)

Page 46

1 to grieve. So that's why it's handled, I guess, the
2 way it is.
3    Q.   Does bereavement leave provide pilots with
4 the opportunity to deal with their grief?
5    A.   Yes.
6    Q.   Does it help to ensure the pilots are fit
7 to fly?
8    A.   Yes.
9    Q.   Do you have an understanding of whether
10 pilots at American can use bereavement leave to
11 attend a funeral or memorial service for a deceased
12 loved one?
13   A.   Yes. That's what it's for, yes.
14   Q.   Do you have an understanding of whether
15 some of the pilots that you represent feel they have
16 an obligation to mourn their deceased family
17 members?
18   A.   Yes, I guess. You're asking us from the
19 Allied Pilot Association. You crossed the line
20 there a little bit but I hear you.
21   Q.   Let me ask it a different way then.
22        Is it your understanding that pilots at
23 American feel that they have an obligation to mourn
24 their deceased family members?
25   A.   I would hope so, yes.

Page 47

1    Q.   Does bereavement leave help facilitate
2 fulfilling that obligation?
3    A.   Yes. Thank you.
4    Q.   Bereavement leave is provided by company
5 policy rather than under the CBA; is that correct?
6    A.   I believe so, yes.
7    Q.   Do you have an understanding of why it's
8 governed by company policy instead of being part of
9 the collective bargaining agreement?
10   A.   I do not know the history of that. I
11 could -- well, I could venture a guess but I won't.
12   Q.   Has the union ever tried to bring that
13 benefit within the scope of the collective
14 bargaining agreement?
15   A.   I'm not certain of that. I have not
16 experienced that.
17   Q.   Does a pilot have to be healthy in order
18 to fly?
19   A.   Yes.
20   Q.   There are regulations and rules that
21 American Airlines is subject to regarding the health
22 of pilots and their ability to fly, correct?
23   A.   Yes.
24   Q.   Does that include being mentally fit to
25 fly?

Page 48

1    A.   Absolutely.
2    Q.   Have you dealt with issues in the course
3 of your union work related to the mental fitness of
4 pilots to fly?
5    A.   Well, from a personal standpoint.
6    Q.   Sorry. Just to be clear, I'm not asking
7 you to disclose anything about your personal --
8    A.   I'm a life long aviator so I have seen it
9 many times, yes. And I know most of the triggers of
10 this because I have been doing it my whole life,
11 both military and commercial.
12   Q.   Are you familiar with the Germanwings
13 Flight 9525 crash in 2015?
14   A.   Yes.
15   Q.   What happened in the Germanwings 9525
16 crash?
17   A.   I know that it was a subject of mental
18 issues and the pilot deliberately crashed the
19 aircraft is my understanding.
20   Q.   Has there been more attention in the
21 aviation industry on mental health issues for pilots
22 since the Germanwings crash?
23   A.   Yes.
24   Q.   Can pilots' mental health be affected by
25 stress?

Page 49

1    A.   Absolutely.
2    Q.   By grief?
3    A.   Yes.
4    Q.   The ability of a pilot to take bereavement
5 leave is triggered by the death of a qualifying
6 family member, correct?
7    A.   Yes.
8    Q.   Pilots can't take bereavement leave --
9    A.   It doesn't have to be death but --
10   Q.   I'm sorry. Can you explain?
11   A.   It can be illness serious enough to
12 warrant bereavement leave. My last instance of
13 bereavement leave personally was -- it was expected
14 that a sibling was going to pass away and so I was
15 granted bereavement leave and the expectation that
16 there was imminent death.
17   Q.   And pilots do not have the ability to
18 choose when any of these qualifying events happen,
19 correct?
20   A.   Yes.
21   Q.   You previously testified that you returned
22 to active duty with the United States Marine
23 Corps --
24   A.   Yes.
25   Q.   -- while you were employed by American

13 (Pages 46 - 49)

# EXHIBIT 13

**MINUTES OF THE MEETING OF THE**
**COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF**
**AMERICAN AIRLINES GROUP INC.**
**JANUARY 24, 2017**

A meeting of the Compensation Committee (the "Committee") of the Board of Directors (the "Board") of American Airlines Group Inc. (the "Company") was held on January 24, 2017 at 8:00 a.m. local time pursuant to notice previously forwarded to all Committee members. The meeting was held at the Montage Beverly Hills located at 225 North Canon Drive, in Beverly Hills, California.

There were present:

|                   |                           |
|-------------------|---------------------------|
| Committee Members: | Richard C. Kraemer, Chairman |
|                   | James F. Albaugh          |
|                   | Jeffrey D. Benjamin       |
|                   | Alberto Ibargüen          |
|                   | Denise M. O'Leary         |
|                   |                           |
| Secretary:        | Caroline B. Ray           |

Also present at the invitation of the Committee were John T. Cahill, Susan D. Kronick and Richard P. Schifter, members of the Board of Directors, Chris E. Ducey, Managing Director – Compensation and Retirement, Elise R. Eberwein, Executive Vice President – People and Communications, Stephen L. Johnson, Executive Vice President – Corporate Affairs, Pankaj Kadam, Director – Executive Compensation, Danielle L. Kirgan, Senior Vice President – People, W. Douglas Parker, Chairman and Chief Executive Officer, and Andrew M. Goldstein and Loren P. Lehnen, Willis Towers Watson.

Referring to the agenda and materials earlier provided for the meeting, Mr. Kraemer called the meeting to order and established that a quorum was present.

Mr. Kraemer called for approval of the minutes of the meeting of the Committee held on October 18, 2016. Upon motion duly made and seconded, the minutes were approved.

Referring to the meeting materials, Ms. Eberwein reminded the Committee that it had last reviewed and approved changes to its Charter in April 2014 and that the Charter required the Committee to review its Charter annually. She said that management and legal counsel recommended certain modifications to be consistent with leading practices. The Committee held a discussion and also offered suggested changes. After discussion and upon motion duly made and seconded, the Committee agreed to recommend approval of the Committee Charter (attached as Exhibit A as revised) to the Board.

Confidential

AA-SCANLAN-0023503

Ms. Eberwein then reviewed the proposed Committee Work Plan for 2017 included in the materials and she explained that it was intended to be an organizational and planning tool to help ensure that the Committee timely addressed matters as required by the Company's governance documents and by applicable listing rules, laws and regulations, and could be supplemented or changed by the Committee at any time. The Committee discussed the proposed work plan and changes in the work plan as compared to 2016. Ms. Eberwein and Mr. Johnson responded to questions.

Referring to materials provided in advance of the meeting and referencing prior discussions with the Committee, Ms. Eberwein presented management's proposed executive compensation program for 2017, comprised of base salary, short-term incentive compensation, and long-term incentive compensation. She reviewed the rationale for and components of those programs and noted that the Company's proposed executive compensation programs were structured to drive to Company goals, incentivize individual performance to achieve those goals, retain executives, and ultimately reward the shareholders.

The Committee discussed measuring performance and selecting the appropriate metrics.

Ms. Eberwein responded to questions from the Committee members. The Committee held a discussion and offered comments, and Mr. Goldstein offered comments on the approach to the 2017 compensation program and responded to questions. The Committee discussed the proposal and after discussion and upon motion duly made and seconded, the Committee approved the resolutions attached in Exhibit B.

Ms. Eberwein reported that after a 40 year career, Paul Morell was retiring as the Company's Vice President Safety, Security and Environmental Programs, After discussion and upon motion duly made and seconded, the resolutions attached in Exhibit C were approved.

Ms. Eberwein then presented an administrative request for the Committee to delegate authority to the EVP – People and Communications and her designees to make modifications to the Company's Global Profit-Sharing Plan when necessary. Ms. Eberwein referenced possible modifications described in the materials.

Confidential

AA-SCANLAN-0023504

After discussion and upon motion duly made and seconded, the resolutions attached in Exhibit D were approved.

Referring to materials previously provided to the Committee, Mr. Johnson described expectations for the upcoming proxy season and the Company's ISS QualityScore. Mr. Goldstein also offered comments.

Mr. Goldstein then described the potential impact of the Trump administration on executive compensation, among other topics.

Ms. Ray and Messrs. Ducey, Johnson and Kadam left the meeting. The Committee met in Executive Session to discuss the performance evaluations of the CEO and his direct reports and their objectives for 2017. Ms. Eberwein and Messrs. Goldstein, Lehnen and Parker left the meeting and the Committee met independently in Executive Session.

There being no further business, the meeting adjourned.

_Caroline B. Ray_
Secretary

Confidential

AA-SCANLAN-0023505

**Exhibit A**

**AMERICAN AIRLINES GROUP INC. COMPENSATION COMMITTEE CHARTER**

~~As adopted by the Board of Directors on April 23, 2014~~
Last amended on January [25], 2017

The Board of Directors (the "Board") of American Airlines Group Inc. (the "Company") hereby sets forth the authority and responsibilities of the Compensation Committee (the "Committee") as described below, subject to amendment by the Board from time to time:

**PURPOSE**

The Committee's purpose is to (i) oversee the Company's efforts to attract, retain and motivate members of the Company's senior management team, (ii) carry out the Board's overall responsibility relating to the determination of compensation for all executive officers, (iii) oversee all other significant aspects of the Company's compensation policies, and (iv) oversee the Company's management resources, succession planning and management development activities.

**COMPOSITION**

The Committee shall be comprised of three or more Board members who qualify as independent within the meaning of the Company's Corporate Governance Guidelines and the rules of The NASDAQ Stock Market ("NASDAQ") applicable to compensation committee members, as in effect from time to time when and as required by NASDAQ. In addition, at least two members of the Committee shall qualify as (i) "outside directors" within the meaning of Section 162(m) of the Internal Revenue Code and related regulations, as in effect from time to time, and (ii) "non-employee directors" within the meaning of Rule 16b-3 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as in effect from time to time. The members of the Committee and the Committee chairperson shall be appointed annually by the Board and may be removed at any time, with or without cause, by the Board.

The Committee shall have the power to create subcommittees, each consisting of one or more of its members, with such powers as the Committee shall from time to time confer. Each subcommittee shall keep minutes of its meetings and report them to the Committee.

**OPERATING PRINCIPLES**

In fulfilling its function and responsibilities, the Committee should give due consideration to the following operating principles and processes:

- *Communication* — Regular and meaningful contact throughout the year with the Chairman of the Board, other committee chairpersons, members of senior management and other key Committee advisors, as applicable, is viewed as important for strengthening the Committee's knowledge of sound compensation and human resources

Confidential
AA-SCANLAN-0023506

policies.

- *Committee Expectations and Information Needs* — The Committee should communicate to the Chief Executive Officer and the most senior executive in charge of human resources or their respective designees the expectations of the Committee, and the nature, timing and extent of any specific information or other supporting materials requested by the Committee, for its meetings and deliberations.

- *Resources* — Consistent with any applicable requirements of the Exchange Act and any applicable NASDAQ rules, the Committee shall be authorized to access, at the Company's expense, such internal and external resources, including retaining or obtaining advice from compensation consultants or legal, financial or other advisors, as the Committee deems necessary or appropriate, in its sole discretion; *provided,* that the Committee shall be directly responsible for the appointment, compensation and oversight of the work of any compensation consultant or legal, financial or other adviser retained by the Committee, and subject to any exceptions that may be permitted under applicable rules and regulations, may have the authority to select a compensation consultant or legal, financial or other adviser to the Committee only after taking into consideration all factors relevant to that person's independence from management, including the factors required by any applicable requirements of the Exchange Act and NASDAQ. Subject to and without limiting the foregoing, the Committee shall have the authority to select, engage and terminate compensation consultants to assist the Committee in designing, reviewing and evaluating the Company's compensation and human resources policies and plans, including the sole authority to select, engage and terminate compensation consultants to assist in the evaluation of Chief Executive Officer and senior executive officer compensation. The Committee shall have the sole authority to approve fees, costs and other terms of engagement of such outside resources, and the Company shall provide for appropriate funding, as determined by the Committee, for such fees and costs.

- *Meeting Agendas* — Committee meeting agendas shall be the responsibility of the Committee chairperson with input from Committee members and other members of the Board, with additional input from members of senior management and outside advisors to the extent deemed appropriate by the chairperson.

- *Committee Meeting Attendees* — The Committee shall be authorized to request members of senior management, outside counsel and other advisors to participate in Committee meetings.

- *Reporting to the Board of Directors* — The Committee shall maintain minutes of meetings and, through the Committee chairperson, shall report all material activities of the Committee to the Board from time to time or whenever so requested by the Board.

## MEETINGS

The Committee should meet as frequently as considered necessary by the Committee or the

Confidential

AA-SCANLAN-0023507

chairperson, and shall meet at least four times annually and, to the extent practicable, in conjunction with regularly scheduled Board meetings. The Committee shall fix its own rules of procedure. A majority of regular members then serving on the Committee shall constitute a quorum.

## AUTHORITY AND RESPONSIBILITY

The primary Committee responsibilities are:

## Oversight of Executive Compensation Policies

- *Overall Compensation Strategy* — The Committee shall review and approve the overall compensation strategy and policies for the Company. Such review shall include a review of the relationship between the Company's risk management policies and practices, corporate strategy and the Company's compensation strategy and policies applicable to all employees, including a review, with the Company's management, of whether the Company's compensation strategy and policies encourage unnecessary or excessive risk taking and whether the financial incentives and risks relating to the Company's compensation strategy and policies are appropriate. In fulfilling this responsibility, the Committee shall periodically review reports and data regarding the Company's execution of its compensation strategy and the implementation of its policies.

- *Performance Goals and Objectives* — The Committee shall review and approve the corporate performance goals and objectives relevant to the compensation of the Company's executive officers, including annual and long-term performance goals and objectives.

- *Chief Executive Officer* — The Committee shall evaluate the Chief Executive Officer's performance in light of relevant performance goals and objectives and, based upon this evaluation, approve the compensation (including salary, long-term incentives, bonuses, equity incentives, perquisites, severance payments, other benefits, employment agreements and amendments thereto) and other terms of employment of the Company's Chief Executive Officer. The Chief Executive Officer shall not be present during any Committee voting or deliberations on his or her compensation. The Committee should report to the Board periodically regarding the material components of the compensation and other terms of employment of the Chief Executive Officer approved by the Committee and the Board.

- *Other Executive Officers* — The Committee shall, after receiving input from the Chief Executive Officer, evaluate the performance of the other executive officers in light of relevant performance goals and objectives and the compensation (including salary, long term incentives, bonuses, equity incentives, perquisites, severance payments, other benefits, employment agreements and amendments thereto) and other terms of employment of the other executive officers.

- *Other Members of Senior Management* — The Committee shall, after receiving input from the Chief Executive Officer or the most senior executive in charge of human resources, periodically evaluate the performance and compensation of other members of senior

Confidential

AA-SCANLAN-0023508

management, as the Committee or Board may from time to time determine to be appropriate.

## Oversight of Compensation, Incentive and Benefit Policies and Plans

- *Administration of Incentive Plans* — The Committee shall administer, as and to the extent provided in the plan documents and upon the recommendation of management, the Company's incentive compensation, stock, bonus and other similar plans and programs established by the Board from time to time (collectively, the "Company's incentive plans"), including without limitation establishing guidelines, interpreting plan documents, selecting participants, approving grants and awards and making all other decisions regarding the operation of such plans. The Committee may if it determines appropriate delegate all or a portion of its authority to administer the Company's incentive plans to a sub-committee or to another committee of the Board or one or more executive officers of the Company on such terms as the Committee shall determine in a written authorization, *provided* that any such delegation shall comply with applicable law and the constituent plan documents and in no event shall such any such delegation include the authority to make any stock incentive grant to any executive officer.

- *Executive Compensation and Benefits Plans* — The Committee shall review and, ~~based upon~~**following consideration of** the recommendation of the Chief Executive Officer, approve the adoption of, amendment to, or termination of executive compensation and benefit plans as required.

- *Non-Executive Compensation and Benefits Plans* — The Committee shall approve the general design and terms of, and may delegate authority to executive officers to administer, significant non-executive compensation and benefits plans including, but not limited to: incentive compensation, bonus programs, profit sharing goals and payouts and the introduction or material modification of health, welfare and retirement plans or other material employee perquisite plans.

- *Succession Planning* — The Committee, in consultation with the Chairman and the Chief Executive Officer (if the Chairman is not the Chief Executive Officer)**and the Lead Independent Director**, has the primary responsibility for the development and periodic review of a succession plan. The Committee shall annually review the Company's organizational structure, succession plans for executive officers and programs for development of individuals to assume positions of higher responsibility, and shall discuss those matters with the Board.

## Other Responsibilities

- *Diversity* — The Committee shall annually review the Company's workforce diversity activities and the progress made towards affirmative action plan utilization goals.

- *Proxy Statement Reports* — The Committee shall oversee the preparation of such reports

Confidential

AA-SCANLAN-0023509

regarding matters within the scope of the Committee's role and responsibilities as may be required to be included in the Company's annual proxy statement or other public filings under applicable rules and regulations.

- *Compensation Discussion and Analysis ("CD&A")* — To the extent that the Company is required to include a CD&A in the Company's Annual Report on Form 10-K or annual proxy statement, the Committee will review and discuss with management the Company's CD&A and will consider whether it will recommend to the Board that the Company's CD&A be included in the appropriate filing.

- *Compensation-Related Stockholder Proposals* — The Committee may review and consider compensation-related stockholder proposals in consultation with the Corporate Governance and Nominating Committee of the Board.

- *Compensation Committee Charter* — The Committee shall review this Charter on an annual basis and shall recommend any proposed changes for approval by the full Board.

- *Committee Self-Assessment* — The Committee shall review, discuss and assess periodically its own performance as well as the role and responsibilities of the Committee, seeking input from senior management, the full Board and others. Changes in the role and/or responsibilities of the Committee as outlined in this Charter, if any, shall be recommended to the full Board for approval.

- *Other Activities* — The Committee shall perform any other activities consistent with this Charter, the Company's bylaws and governing law, as the Committee or the Board deems necessary or appropriate.

Confidential

AA-SCANLAN-0023510

**EXHIBIT B**
**Adoption of the 2017 Short-term Incentive Program**



Confidential

AA-SCANLAN-0023511



915

Confidential

AA-SCANLAN-0023512

Confidential

AA-SCANLAN-0023513

**EXHIBIT B-1**

**Willis Towers Watson Memorandum**

Confidential

AA-SCANLAN-0023514







Exhibit C

**Paul Morell**

































918

Confidential

AA-SCANLAN-0023515

**EXHIBIT C-1**

Confidential

AA-SCANLAN-0023516

**Exhibit D**

**RESOLUTIONS**
**OF THE**
**AMERICAN AIRLINES GROUP INC.**
**COMPENSATION COMMITTEE**

**WHEREAS**, American Airlines Group Inc. ("AAG") maintains the American Airlines Group Inc. Global Profit Sharing Plan (the "Plan") for the benefit of eligible employees of participating affiliates of AAG;

**WHEREAS**, pursuant to Section H of the Plan, the Compensation Committee (the "Committee") of the Board of Directors of AAG has the authority to amend the plan at any time;

**WHEREAS**, the Committee has been presented with the American Airlines Group Inc. Amended and Restated Global Profit Sharing Plan (the "Restated Plan") in the form attached hereto as Exhibit D-1, which amends the Plan in certain respects as to the determination of eligible participants and their beneficiaries; and

**WHEREAS**, the Committee has determined that it is in the best interests of AAG and its stockholders to adopt and approve the Restated Plan.

**NOW THEREFORE, BE IT RESOLVED**, that the Restated Plan is hereby adopted and approved by the Committee in substantially the form attached hereto as Exhibit D-1, effective as of the date hereof;

**RESOLVED FURTHER**, that awards for the 2016 plan year shall be administered pursuant to the Restated Plan; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to prepare, execute, deliver and/or file any and all certificates, agreements and other documents and to take and do any and all acts and things which they may deem necessary, advisable or appropriate, in order to effectuate the purposes of each and every one of the foregoing resolutions and the actions contemplated thereby; and, if specific forms or resolutions are necessary or desirable in the opinion of the Company's counsel to accomplish the foregoing actions, then the same shall be deemed to have been and hereby are adopted, and the Secretary of the Company is authorized, empowered and directed, in the name of and on behalf of the Company, to certify the adoption of all such resolutions as though such resolutions were adopted on the date hereof; and

**RESOLVED FURTHER**, that all actions taken by the officers of the Company or any person or persons designated and authorized by any such officer in connection with the implementation of the actions authorized under the foregoing resolutions be, and hereby are, adopted, ratified, confirmed, and approved in all respects as acts on behalf of the Company.

Confidential            AA-SCANLAN-0023517

**Exhibit D-1**
American Airlines Group Inc. Amended and Restated Global Profit Sharing Plan

Confidential

AA-SCANLAN-0023518

**AMERICAN AIRLINES GROUP INC.**
**AMENDED AND RESTATED GLOBAL PROFIT SHARING PLAN**
**(Effective [        ], 2017)**

## A. Introduction

      1.      <u>Purpose</u>. The American Airlines Group Inc. **Amended and Restated** Global Profit Sharing Plan (**"Plan"**) rewards eligible Employees of American Airlines, Inc. (**"American Airlines"**), Envoy Air, Inc. (**"Envoy"**), Piedmont Airlines, Inc. (**"Piedmont"**), and PSA Airlines, Inc. (**"PSA"**) (collectively, **"Participating Employers"**) for their efforts in helping achieve the strategic, financial, and operating objectives of American Airlines Group Inc. (**"AAG"**) for a designated Plan Year by providing such eligible Employees with an opportunity to share in AAG's profits for such year. **The Plan amends and restates in its entirety the American Airlines Group Inc. Global Profit Sharing Plan.**

      2.      <u>Term</u>. The Plan is effective on the date that it is approved by the Board of Directors of AAG or a duly authorized committee thereof. The Plan will remain in effect until terminated by the Board of Directors of AAG or a duly authorized committee thereof, in accordance with Section H of this Plan.

## B. Participation

With respect to any Plan Year, each Employee who qualifies as a Participant is eligible to receive a profit sharing award under this Plan for the Plan Year; provided, however, that such Participant is eligible for a profit sharing award only with respect to the portion of such Plan Year during which the individual qualifies as a Participant and only with respect to the Participant's Eligible Earnings during such portion of the Plan Year. Excluded Individuals are not eligible to participate in this Plan.

## C. Calculation and Determination of Awards

Profit sharing awards under the Plan will be calculated as follows:

- An amount equal to five percent (5%) of the dollar amount of AAG's Pre-Tax Earnings with respect to the applicable Plan Year will be divided by the amount of the Total Population's Eligible Earnings, and the resulting quotient is the **"Payout Percentage."**

- The amount of the profit sharing award for each Participant is the product of the Payout Percentage multiplied by such Participant's Individual Eligible Earnings.

The calculation and distribution of awards may vary for International Participants to take into account currency exchange rates, employer contributions to national insurance, retirement and/or severance programs and local tax matters, in each case, as determined by the Committee (or its delegate), in its sole discretion.

Profit sharing awards under the Plan will be the obligation of and paid from the general assets of AAG. For each Plan Year, the Committee or its delegate shall determine the profit sharing awards as soon as practical after the audited financial statements for the Plan Year are available.

922

Confidential

**D. Method of Payment**

For any Plan Year, each profit sharing award allocated to a Participant in accordance with Section C of the Plan shall be paid in the form of a lump-sum cash payment on or prior to March 15th of the immediately following Plan Year, or such other date as required by applicable law.

**E. Death of a Participant**

In the event any Participant dies before payment of his or her award, the Participant's award shall be paid in a lump sum cash payment to his or her beneficiary as soon as administratively practicable (but no sooner than awards are generally paid). The Participant's beneficiary for purposes of this Plan shall be determined ~~using the same process as the payroll department of each affiliate uses to determine~~ in accordance with the applicable Participating Employer's policies and procedures for determining the beneficiary ~~or beneficiaries~~ for any ~~other~~ salary or ~~expense payments~~ other accrued amounts owed to deceased employees. ~~:~~

**F. Administration**

1.  <u>Administrator</u>. The Committee shall administer the Plan.

2.  <u>Committee Authority</u>. The Committee shall have complete discretion and authority to administer the Plan and to control its operation, including, but not limited to, the power to (a) determine which Employees shall be designated Participants in the Plan, (b) interpret the Plan and the profit sharing awards, (c) adopt rules for the administration, interpretation and application of the Plan, and (d) interpret, amend or revoke any such rules. Any determination, decision or action of the Committee in connection with the construction, interpretation, administration or application of the Plan shall be final, conclusive, and binding upon all persons, and shall be given the maximum deference permitted by law. Without limiting the generality of the foregoing and notwithstanding any other provision of this Plan, the Committee may establish rules, limitations or restrictions, make any changes or adjustments, or determine terms and conditions, in each case relating to the participation of any International Participants by reason of or in order to comply with applicable local laws, customs or practices, including, without limitation, compliance with applicable securities, tax and employment laws.

3.  <u>Delegation of Committee Authority</u>. The Committee may delegate the administration of the Plan and such other aspects of the Plan (which may include any or all of the determinations and calculations required by the Plan) to such person(s) as the Committee shall deem appropriate. Each such delegate and each member of the Committee shall be fully protected in taking any action hereunder in reliance in good faith upon the books and records of ~~the Company~~ AAG or upon such information, opinions, reports or statements presented to them by any person as to matters such delegate or member of the Committee reasonably believes are within such other person's professional or expert competence and who has been selected with reasonable care by or on behalf of the Committee or ~~the Company~~ AAG.

4.  <u>Withholding</u>. Prior to the payment of any profit sharing award, ~~the Company~~ AAG shall have the authority to deduct or withhold an amount sufficient to satisfy Federal, state, local

Confidential

AA-SCANLAN-0023520

seizure, then such right or benefit shall, in the discretion of the Committee, cease and terminate.

7. <u>Severability; Governing Law</u>. This Plan shall be construed in accordance with the laws of the State of Texas to the extent federal law does not supersede and preempt Texas law. If any provision of this Plan shall be held illegal, invalid, or unenforceable for any reason, such provision shall be fully severable, but shall not affect the remaining provisions of this Plan, and this Plan shall be construed and enforced as if the illegal, invalid, or unenforceable provision had never been included in this Plan.

8. <u>Headings</u>. Any headings or subheadings in this Plan are inserted for convenience of reference only and are to be ignored in the construction of any provision of this Plan.

9. <u>401(k) Plans</u>. With respect to Participants subject to taxation in the United States, a Participant's right to make employee contributions and/or receive employer contributions on any award paid pursuant to the terms of this Plan shall be governed solely by the terms and conditions of the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Participant's Participating Employer and in which such Participant is eligible to participate at the time the profit sharing award is paid. The Committee (or its delegate) shall have full discretion to determine the effect of deferrals in respect of International Participants who are not subject to taxation in the United States.

10. <u>Status</u>. It is intended that the Plan be exempt from regulation under ERISA as a "payroll practice" and a "bonus program", as described in U.S. Department of Labor Regulations 2510.3-1(b) and 2510.3-2(c), respectively. This Plan is intended to provide "short-term deferrals", as described in Treasury Regulation 1.409A-1(b)(4) under section 409A of the Code or successor guidance thereto, and is intended not to be a "nonqualified deferred compensation plan", as described in Treasury Regulation 1.409A-1(a)(1) under section 409A of the Code or successor guidance thereto. In the administration and interpretation of this Plan, such intention is to govern.

11. <u>No Interest</u>. No Participant shall receive any interest on any profit sharing award irrespective of when such profit sharing award is distributed.

**K. Definitions**

Whenever used in the Plan, the following terms, when capitalized, have the meanings set forth below unless provided otherwise in the Plan:

**"AAG"** means American Airlines Group Inc.

**"AAG's Pre-Tax Earnings"** means the earnings of AAG provided that such "earnings" are determined (i) before any applicable income tax expense, and (ii) by excluding all accruals under this Plan and any other incentive compensation plan or agreement, and all extraordinary, unusual, one-time, restructuring, reorganization, integration, reduction in force, or other similar accounting adjustments as may be determined by the Committee in its discretion, after consultation with AAG's

924

Confidential

AA-SCANLAN-0023521

independent auditors; and provided, further, that AAG's Pre-Tax Earnings remain positive after accruals under this Plan and all other incentive compensation plans or agreements are taken into account.

**"Affiliate"** means any corporation or other entity of which AAG directly or indirectly owns 100% of the combined voting power of all classes of stock or, in the case of any non-corporate entity, 100% of the outstanding capital interests of such entity. For the avoidance of doubt, American Airlines, Envoy, Piedmont, and PSA shall each constitute an Affiliate.

**"American Airlines"** means American Airlines, Inc.

**"Code"** means the Internal Revenue Code, as amended from time to time.

**"Committee"** means the Compensation Committee of the Board of Directors of AAG, or any other committee established by the Board to administer the Plan.

**"Eligible Earnings"** means:
(i)      In respect of Employees subject to taxation in the United States:
- "Compensation," as that term is defined for purposes of employer contributions, in the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Employee's Participating Employer and in which such Employee is eligible to participate at the time the profit sharing award is paid; provided, however, that the annual limit on compensation under Code Section 401(a)(17) shall not be applied for purposes of this Plan; and
- In addition, Triple Play payouts and profit sharing awards shall be excluded from Eligible Earnings.

(ii)     In respect of any Employee who is employed by a Participating Employer outside of the United States, the equivalent thereof.

**"Employee"** means any regular, full-time or part-time employee of a Participating Employer.

**"Envoy"** means Envoy Air, Inc.

**"ERISA"** means the Employee Retirement Income Security Act of 1974, as amended from time to time.

**"Excluded Individuals"** means:
- All independent contractors;
- All temporary and provisional employees;
- Any Employee who is not a member of a Participating Work Group at any time during the Plan Year;
- Any Employee who is not a Participant; and
- As to non-union Employees, those specifically determined by the Committee (or its delegate), in its sole discretion, as not being eligible to participate in this Plan.

**"Individual Eligible Earnings"** means, as to any Participant, the Eligible Earnings of such Participant for any period during the Plan Year in which such Participant was a member of a Participating Work Group. For avoidance of doubt, the Eligible Earnings of any Participant during any period in which

Confidential

AA-SCANLAN-0023522

such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings.

"**International Participant**" means Employees based outside the United States and at the management pay scale level four (4) or below.

"**Management Participant**" means (i) any domestic management Employees of American Airlines not represented by a union and at the management pay scale level four (4) or below, and (ii) any domestic management Employees of Envoy, Piedmont, and PSA not represented by a union and who do not participate in their Participating Employer's short-term incentive plan, if any.

"**Non-Management Participant**" means any domestic non-management Employees of the Participating Employers not represented by a union and, for Envoy, Piedmont, and PSA, non-management Employees who do not participate in their Participating Employer's short-term incentive plan, if any.

"**Participant**" means as to any Plan Year, an Employee who ~~is~~:

(i)     **is** in a Participating Work Group at any time during the Plan Year,

(ii)    received Eligible Earnings from a Participating Employer for such Plan Year (as reported on Form W-2 or equivalent form), and

(iii)   remains actively employed by a Participating Employer on the last day of the Plan Year, or ~~such~~ **whose** employment terminates during the Plan Year by reason of the Employee's retirement, disability or death.

For purposes of this definition, "retirement" means a voluntary termination of employment after a Participant **has** completed least 10 years of service with the Affiliates and whose age plus years of service equal at least sixty-five (65). A pilot's mandatory retirement at age sixty-five (65) will also qualify as a "retirement" if such pilot has at least ten (10) years of service with the Affiliates at the time of such retirement. Additionally, the Committee may ~~elect to include~~ **designate as Participants** additional ~~employees who terminated~~ **Employees who terminate** employment **during the Plan Year** under ~~other Company~~ "retirement" **status pursuant to other AAG or Affiliate** programs ~~at~~**, as determined in** its sole discretion.

Further, for purposes of this definition, "disability" will be determined under the Participating Employer's long-term disability plan applicable to such Employee.

"**Participating Employer**" means American Airlines, Inc., Envoy Air, Inc., Piedmont Airlines, Inc., and PSA Airlines, Inc.

"**Participating Work Group**" means the following union and non-union groups:

- Employees represented by the Allied Pilots Association ("**APA**") and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Association of Professional Flight Attendants ("**APFA**") and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Transportation Workers Union of America AFL-CIO ("**TWU**") and such union has agreed to the Employees' participation in this Plan;

926

Confidential

AA-SCANLAN-0023523

- Employees represented by the Transportation Workers Union of America AFL-CIO and International Association of Machinists and Aerospace Workers (**"TWU-IAM Association"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the CWA-IBT Airline Passenger Service Association (**"CWA-IBT"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Air Line Pilots Association (**"ALPA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Association of Flight Attendants – CWA, AFL-CIO (**"AFA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the International Association of Machinists and Aerospace Workers (**"IAM"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Communications Workers of America (**"CWA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the International Brotherhood of Teamsters (**"IBT"**) and such union has agreed to the Employees' participation in this Plan;
- Management Participants;
- Non-Management Participants;
- International Participants; and
- Employees in any other job classification that has been deemed, in the sole discretion of the Committee (or its delegate), eligible to participate in this Plan for such Plan Year.

**"Payout Percentage"** has the meaning set forth in Section C of the Plan.

**"Piedmont"** means Piedmont Airlines, Inc.

**"Plan"** means the American Airlines Group Inc. Global Profit Sharing Plan.

**"Plan Year"** means a designated fiscal year.

**"PSA"** means PSA Airlines, Inc.

**"Total Population's Eligible Earnings"** means the aggregate amount of Eligible Earnings of all Participants and other Employees.

Confidential

AA-SCANLAN-0023524

# EXHIBIT 14

# AMERICAN AIRLINES, INC. 401(k) PLAN FOR PILOTS

### Effective October 27, 2015

AA-SCANLAN-0013858

# AMERICAN AIRLINES, INC. 401(k) PLAN FOR PILOTS

## TABLE OF CONTENTS

**INTRODUCTION** ...................................................................................................................1

**ARTICLE I DEFINITIONS** .................................................................................................1

1.1     Account..................................................................................................................1
1.2     Account Balance...................................................................................................1
1.3     Active Participant.................................................................................................1
1.4     Actual Deferral Percentage..................................................................................1
1.5     Adjustment Date...................................................................................................1
1.6     ADP.......................................................................................................................2
1.7     ADP Contribution Percentage Amounts...............................................................2
1.8     Affiliate.................................................................................................................2
1.9     After-Tax Contributions .......................................................................................2
1.10    Agreement .............................................................................................................2
1.11    Alternate Payee.....................................................................................................2
1.12    Association............................................................................................................2
1.13    Before-Tax Contributions.....................................................................................2
1.14    Beneficiary............................................................................................................2
1.15    Catch-Up Contributions........................................................................................2
1.16    Code......................................................................................................................3
1.17    Committee .............................................................................................................3
1.18    Company................................................................................................................3
1.19    Compensation .......................................................................................................3
1.20    Designated Beneficiary.........................................................................................8
1.21    Direct Rollver ......................................................................................................8
1.22    Disability ..............................................................................................................8
1.23    Disabled Participant.............................................................................................8
1.24    Distributee ............................................................................................................8
1.25    Distribution Calendar Year...................................................................................8
1.26    Eligible Employee ................................................................................................8
1.27    Eligible Retirement Plan.....................................................................................10
1.28    Eligible Rollover Distribution ............................................................................10
1.29    Employee ............................................................................................................10
1.30    Employer .............................................................................................................10
1.31    Employment Commencement Date.....................................................................10
1.32    ERISA.................................................................................................................10
1.33    Excess Contributions ..........................................................................................10
1.34    Excess Deferrals .................................................................................................10
1.35    5-Percent Owner.................................................................................................10
1.36    Grandfathered Disabled East Pilot ....................................................................10
1.37    Highly Compensated Employee ..........................................................................10
1.38    Hour of Service...................................................................................................11

AA-SCANLAN-0013859

1.39    Investment Fund ............................................................................................ 11
1.40    Leased Employee ............................................................................................ 11
1.41    Life Expectancy .............................................................................................. 11
1.42    Limitation Year ............................................................................................... 11
1.43    Named Fiduciary ............................................................................................. 11
1.44    Non-Elective Employer Contribution ............................................................. 11
1.45    Non-highly Compensated Employee ............................................................... 11
1.46    Normal Retiremet Date .................................................................................. 11
1.47    Participant ....................................................................................................... 11
1.48    Periods of Service ........................................................................................... 12
1.49    Period of Severance ........................................................................................ 12
1.50    Pilots System Seniority List ........................................................................... 12
1.51    Plan .................................................................................................................. 12
1.52    Plan Administrator .......................................................................................... 12
1.53    Plan Year ......................................................................................................... 12
1.54    Prior Plan ........................................................................................................ 13
1.55    Qualified Domestic Relations Order .............................................................. 13
1.56    Qualified Non-Elective Employer Contributions ........................................... 13
1.57    Reemployment Commencement Date ............................................................. 13
1.58    Required Beginning Date ................................................................................ 13
1.59    Rollover Contributions ................................................................................... 13
1.60    Roth 401(k) Contributions .............................................................................. 14
1.61    Salary Reduction Agreement .......................................................................... 14
1.62    Severance From Service Date .......................................................................... 14
1.63    Spouse .............................................................................................................. 15
1.64    Termination From Employment ...................................................................... 15
1.65    Testing Compensation ..................................................................................... 15
1.66    Trust or Trust Fund ......................................................................................... 15
1.67    Trust Agreement .............................................................................................. 15
1.68    Trustee ............................................................................................................. 15
1.69    Valuation Date ................................................................................................. 15

ARTICLE II ELIGIBILITY AND PARTICIPATION ............................................................ 16
2.1     Eligibility ........................................................................................................ 16
2.2     Active Participant ............................................................................................ 16
2.3     Plan Participation ............................................................................................ 16
2.4     Special Provisions for Employees Who Enter the Armed Forces ................... 17

ARTICLE III PLAN CONTRIBUTIONS AND FUNDING ................................................... 18
3.1     Employee Contributions ................................................................................. 18
3.2     Salary Reduction Agreement .......................................................................... 22
3.3     Employer Contributions .................................................................................. 23
3.4     Rollover Contributions ................................................................................... 23
3.5     Qualified Military Service ............................................................................... 23
3.6     Limit Under Code Section 415 ....................................................................... 24
3.7     Limit Under Code Section 401(k) ................................................................... 25

AA-SCANLAN-0013860

| | | |
|---|---|---|
| 3.8 | Limit on Before-Tax and Roth 401(k) Contributions Under Code Section 402(g) | 28 |
| 3.9 | Nonreversion | 29 |

**ARTICLE IV  PLAN INVESTMENTS AND ACCOUNTING** ... **31**
| | | |
|---|---|---|
| 4.1 | Establishment of Accounts | 31 |
| 4.2 | Valuation of Trust Fund and Accounts | 32 |
| 4.3 | Plan Investments | 32 |
| 4.4 | Participant Directed Investments | 32 |

**ARTICLE V  VESTING** ... **36**
| | | |
|---|---|---|
| 5.1 | Vesting of Employee Contribution Accounts | 36 |
| 5.2 | Vesting of Employer Contribution Accounts | 36 |
| 5.3 | Change in Vesting Schedule | 36 |
| 5.4 | Vesting Schedules Applicable to Transferred Accounts | 36 |

**ARTICLE VI  IN-SERVICE WITHDRAWALS AND LOANS** ... **37**
| | | |
|---|---|---|
| 6.1 | In-Service Withdrawals in Accordance with Procedures Adopted by the Plan Administrator | 37 |
| 6.2 | In-Service Withdrawals Upon Attaining Age 59½ | 37 |
| 6.3 | In-Service Withdrawal of After-Tax and Rollover Contributions | 37 |
| 6.4 | In-Service Withdrawal for Disabled Participants | 37 |
| 6.5 | In-Service Withdrawal For Hardship | 37 |
| 6.6 | Direct Rollover of In-Service Withdrawal | 39 |
| 6.7 | Plan Loans | 39 |
| 6.8 | In-Plan Rollover to Roth Rollover Contributions Sub Account | 40 |
| 6.9 | Qualified Military Service Distribution | 41 |

**ARTICLE VII  DISTRIBUTIONS UPON TERMINATION FROM EMPLOYMENT** ... **42**
| | | |
|---|---|---|
| 7.1 | Distributions Upon Termination From Employment | 42 |
| 7.2 | Participant Elected Benefit Payments | 42 |
| 7.3 | Small Benefits | 43 |
| 7.4 | Minimum Required Distributions Under Code Section 401(a)(9) | 43 |
| 7.5 | Required Commencement Under Code Section 401(a)(14) | 47 |
| 7.6 | Rollover to Another Plan or IRA | 48 |

**ARTICLE VIII  BENEFICIARIES AND QDROS** ... **50**
| | | |
|---|---|---|
| 8.1 | Designation of Beneficiary | 50 |
| 8.2 | Amount of Death Benefit | 51 |
| 8.3 | Form of Death Benefit | 51 |
| 8.4 | Death of Beneficiary | 51 |
| 8.5 | Qualified Domestic Relations Order | 51 |
| 8.6 | Pre-Retirement Death Benefit for a Participant Who Dies During Military Service | 52 |

iii

AA-SCANLAN-0013861

**ARTICLE IX  OTHER PAYMENT PROVISIONS** ...................................................... **53**
9.1     Payments to Minors and Incompetents .................................................. 53
9.2     Discharge of Obligation ........................................................................ 53
9.3     Nonalienation ......................................................................................... 53
9.4     Withholding Taxes ................................................................................. 53
9.5     Missing Persons ..................................................................................... 53
9.6     Clerical Errors or Omissions ................................................................ 54

**ARTICLE X  PLAN ADMINISTRATION** ....................................................................... **55**
10.1    Allocation of Responsibilities Among Fiduciaries ............................... 55
10.2    Plan Administrator ................................................................................. 55
10.3    Powers and Responsibilities of the Committee .................................... 55
10.4    Trust Agreement ..................................................................................... 56
10.5    Actions Taken in Good Faith ................................................................. 56
10.6    Plan Expenses ........................................................................................ 56
10.7    Claims and Review Procedures ............................................................. 56
10.8    Discretionary Authority ......................................................................... 58
10.9    Indemnification ...................................................................................... 59
10.10   Plan Interpretation ................................................................................. 59
10.11   Duty to Furnish Information .................................................................. 60
10.12   No Guarantees ....................................................................................... 60
10.13   No Commitment as to Employment ...................................................... 60

**ARTICLE XI  AMENDMENT, MERGER, AND TERMINATION** ....................................... **61**
11.1    Amendment ............................................................................................ 61
11.2    Termination ............................................................................................ 61
11.3    Plan Merger or Consolidation ............................................................... 63
11.4    Plan to Plan Transfers ............................................................................ 63
11.5    Distribution Restrictions Under Code Section 401(k) .......................... 63

**APPENDIX A – SPECIAL RULES FOR EMPLOYEES SUBJECT TO
PUERTO RICO INCOME TAX** ................................................................................. **A-1**
A.1     Intent of Company ............................................................................... A-1
A.2     Definitions ........................................................................................... A-1
A.3     Annual Deferral Limitation ................................................................. A-3
A.4     Limitations on Employee Contributions
        Following a Hardship Withdrawal ....................................................... A-3
A.5     Catch-Up Contributions ....................................................................... A-3
A.6     Employee Designated Roth Contributions ........................................... A-3
A.7     After-Tax Contributions ....................................................................... A-3
A.8     Actual Deferral Percentage Test .......................................................... A-3
A.9     Hardship Withdrawals .......................................................................... A-4
A.10    Annual Additions .................................................................................. A-5
A.11    Rollovers from Another Plan ................................................................ A-5
A.12    Puerto Rico Direct Rollover Distributions from the Plan .................... A-5
A.13    Employer Contributions ....................................................................... A-5
A.14    Payment of Contributions ..................................................................... A-6

AA-SCANLAN-0013862

A.15    Plan Merger, Consolidation or Transfer ..............................................A-6
A.16    Governing Law ...................................................................................A-6
A.17    Other Permissible Methods of Applying Rules ....................................A-6
A.18    Other Plan Provisions ........................................................................A-6

**APPENDIX B – COMPANY STOCK .....................................................................B-1**
B.1    Purpose .............................................................................................B-1
B.2    Definitions .........................................................................................B-1
B.3    Frozen Company Stock Fund ..............................................................B-1
B.4    No In-Service Withdrawal For Hardship ...............................................B-3
B.5    Distribution of AAL Stock ...................................................................B-3

**APPENDIX C – VESTING SCHEDULE FOR ENVOY MATCHING**
**CONTRIBUTIONS ...............................................................................................C-1**
C.1    Purpose .............................................................................................C-1
C.2    Definitions .........................................................................................C-1
C.3    Vesting of Envoy Matching Contributions .............................................C-1
C.4    Forfeiture and Restoration of Non-Vested Benefits ..............................C-2

**APPENDIX D – VESTING SCHEDULE FOR COMPANY MATCHING**
**CONTRIBUTIONS ...............................................................................................D-1**
D.1    Purpose .............................................................................................D-1
D.2    Definitions .........................................................................................D-1
D.3    Vesting of Company Matching Contributions .........................................D-1
D.4    Forfeiture and Restoration of Non-Vested Benefits ..............................D-2

**APPENDIX E – FORMS OF PAYMENT FOR ANNUITY PROTECTED**
**CONTRIBUTIONS ...............................................................................................E-1**
E.1    Purpose .............................................................................................E-1
E.2    Definitions .........................................................................................E-1
E.3    Normal Form of Payment for Annuity Protected Contributions ...............E-3
E.4    Optional Form of Payment for Annuity Protected Contributions .............E-3
E.5    Change of Election ..............................................................................E-4
E.6    Notice Regarding Forms of Payment ....................................................E-4
E.7    Qualified Preretirement Survivor Annuity Requirements .......................E-4

v

AA-SCANLAN-0013863

## AMERICAN AIRLINES, INC. 401(K) PLAN FOR PILOTS

### INTRODUCTION

Effective October 27, 2015, American Airlines, Inc. (the "Company") establishes the American Airlines, Inc. 401(k) Plan for Pilots (the "Plan"). The Plan was created by the merger of certain assets from the American Airlines, Inc. 401(k) Plan sponsored by the Company with all of the assets from the Future Care 401(k) Plan and the US Airways, Inc. 401(k) Savings Plan for Pilots sponsored by US Airways, Inc.

The purpose of the Plan is to provide Eligible Employees of participating Employers an opportunity to further their financial independence and provide for their retirement, disability and future financial needs by systematically investing their contributions.

It is intended that the Plan qualify as a profit-sharing plan under Code section 401(a), and includes a cash or deferred arrangement that is intended to qualify under Code section 401(k). The Plan is established and maintained for the exclusive benefit of Eligible Employees and their Beneficiaries.

The assets of the Plan are held, administered and managed in accordance with the terms and conditions of the Trust Agreement, which is an integral part of the Plan. The Company intends the trust established pursuant to the Trust agreement to be exempt from taxation under Code section 501(a).

### ARTICLE I
### DEFINITIONS

Whenever used in the Plan, the following terms, when capitalized, have the respective meanings set forth below unless otherwise expressly provided herein.

1.1   **"Account"** means the separate account maintained pursuant to Section 4.1 for each Participant with a benefit under the Plan for the purpose of accounting for the Participant's beneficial interest in the Trust Fund, which Account consists of sub-accounts, as provided for and described in Section 4.1.

1.2   **"Account Balance"** has the meaning set forth in Section 7.4(a).

1.3   **"Active Participant"** means an Eligible Employee who satisfies the requirements of Sections 2.1 and 2.2.

1.4   **"Actual Deferral Percentage"** has the meaning set forth in Section 3.7(a).

1.5   **"Adjustment Date"** means March 31, June 30, September 30, and December 31 of each Plan Year.

AA-SCANLAN-0013864

1.6  **"ADP"** has the meaning set forth in Section 3.7(a).

1.7  **"ADP Contribution Percentage Amounts"** has the meaning set forth in Section 3.7(a).

1.8  **"Affiliate"** means:

    (a)  Any corporation which, together with the Employer, is a member of a "controlled group" of corporations, in accordance with Code section 414(b);

    (b)  Any organization which, together with the Employer, is under "common control," in accordance with Code section 414(c);

    (c)  Any organization which, together with the Employer, is an "affiliated service group," in accordance with Code section 414(m); and

    (d)  Any entity required to be aggregated with the Employer pursuant to regulations promulgated under Code section 414(o).

1.9  **"After-Tax Contributions"** means amounts deducted from Compensation and contributed to the Plan on an after-tax basis, as contributions described in Section 3.1(b)(3). After-Tax Contributions are credited to After-Tax Contributions sub-accounts.

1.10  **"Agreement"** means the collective bargaining agreement among the Company, US Airways, Inc. and the Association, as it may be amended from time to time.

1.11  **"Alternate Payee"** means any person so designated under a Qualified Domestic Relations Order.

1.12  **"Association"** means the Allied Pilots Association or such successor organization as may be designated as the bargaining representative for the Eligible Employees.

1.13  **"Before-Tax Contributions"** means amounts deducted from Compensation and contributed to the Plan on a pre-tax basis, as contributions described in Section 3.1(b)(1). Before-Tax Contributions are credited to Before-Tax Contributions sub-accounts.

1.14  **"Beneficiary"** means the person or persons, including a trust or the Participant's estate, designated by a Participant, or deemed pursuant to Article VIII, to receive any death benefits payable after the death of the Participant, in accordance with Article VIII.

1.15  **"Catch-Up Contributions"** means contributions described in Section 3.1(b)(4) and deducted from Compensation and contributed to the Plan on either a pre-tax basis, as contributions described in Section 3.1(b)(1), or on an after-tax basis, as contributions described in Section 3.1(b)(2). Catch-Up Contributions are credited to Before-Tax Contributions sub-accounts or Roth 401(k) Contributions sub-accounts, as applicable. Catch-Up Contributions are not taken into account for purposes of the provisions of the Plan implementing the required limitations of Code sections 402(g) and 415. The Plan is

2

AA-SCANLAN-0013865

not treated as failing to satisfy the provisions of the Plan implementing the requirements of Code sections 401(k)(3), 410(b), and 416, as applicable, by reason of allowing Catch-Up Contributions.

1.16    **"Code"** means the Internal Revenue Code of 1986, as amended from time to time.

1.17    **"Committee"** means the Employee Benefits Committee appointed by the Company whose authority and responsibilities are described in Article X.

1.18    **"Company"** means American Airlines, Inc. or any successor thereto.

1.19    **"Compensation"** means, unless a different definition expressly applies pursuant to Section 3.6:

    (a)    **Employee Contributions:** For purposes of determining Employee contributions under Section 3.1, the sum of:

        (1)    Amounts paid to an Employee for a Plan Year that are required to be reported by the Employer pursuant to Code sections 6041(a) and 6051(a)(3), less:

            (A)    Co-terminal expenses;

            (B)    Moving expenses;

            (C)    Company-paid life insurance premiums;

            (D)    Value of Non-Revenue Space Available ("NRSA") Passes for Relatives;

            (E)    Disability payments, except as provided in subsection (c) below;

            (F)    Severance pay;

            (G)    Company-paid employee expenses;

            (H)    Benefit pay;

            (I)    Tips;

            (J)    Relocation related compensation

            (K)    Incentive payments funded through a third party;

            (L)    Cost of living pay adjustments; and

3

AA-SCANLAN-0013866

(M)   Imputed income, including any amounts grossed up to account for the taxes on such imputed income;

(2)   Contributions, if any, made to the Plan on behalf of the Participant pursuant to Section 3.1(b)(1) for that Plan Year and amounts contributed for that Plan Year by the Employer pursuant to a Salary Reduction Agreement that are not includible in gross income of the Employee under Code sections 125, 132(f)(4), 402(h), or 403(b);

(3)   Differential wage payments as defined in Code section 3401(h)(2) that are paid by the Employer during a period of qualified military service as defined in Code section 414(u); and

(4)   Payments made after a "severance from employment" (within the meaning of Code section 401(k)(2)(B)(i)(1)), if such amounts are paid by the later of (A) 2½ months after, or (B) the end of the Limitation Year that includes the date of the Employee's severance from employment with the Employer, and the payment constitutes regular compensation for services during the Employee's regular working hours, compensation for services outside the Employee's regular working hours (such as overtime or shift differential), commissions, bonuses, or other similar compensation, and absent a severance from employment, the payment would have been paid to the Employee while the Employee continued in employment with the Employer; payments for accrued bona fide sick, vacation or other leave, but only if the Employee would have been able to use the leave if employment had continued; or payment of nonqualified unfunded deferred compensation if such amount would have been paid at the same time if the Employee had not experienced a severance from employment, but only to the extent includible in gross income, provided that such amounts will be included only if otherwise described in items (1) and (2) above; provided, however, that any furlough pay paid after the Employee's severance from employment shall not be considered Compensation for purposes of determining Employee contributions.

Except as provided in subparagraph (4) above, Compensation shall only include amounts paid to an Eligible Employee during the portion of the Plan Year during which he was eligible to participate in the Plan.

In no event shall Compensation include amounts that are not compensation within the meaning of Code section 415 and the regulations thereunder.

(b)   **Employer Contributions – General Rule:** Except as provided in subsection (c) below, for purposes of determining Employer contributions under Section 3.3, the sum of:

4

AA-SCANLAN-0013867

(1) Amounts paid to an Employee for a Plan Year that are required to be reported by the Employer pursuant to Code sections 6041(a) and 6051(a)(3), less:

   (A)  Co-terminal expenses;

   (B)  Moving expenses;

   (C)  Company-paid life insurance premiums;

   (D)  Value of NRSA Passes for Relatives;

   (E)  Disability payments, except as provided in subsection (c) below;

   (F)  Severance pay;

   (G)  Company-paid employee expenses;

   (H)  Benefit pay;

   (I)  Tips;

   (J)  Relocation related compensation

   (K)  Incentive payments funded through a third party;

   (L)  Cost of living pay adjustments;

   (M)  Approved expense allowances;

   (N)  Expense reimbursements;

   (O)  Gain sharing payments;

   (P)  Overtime meal allowance;

   (Q)  Pilot profit sharing payment;

   (R)  Sick bank payout;

   (S)  Uniform cleaning allowance; and

   (T)  Imputed income, including any amounts grossed up to account for the taxes on such imputed income;

(2) Contributions, if any, made to the Plan on behalf of the Participant pursuant to Section 3.1(b)(1) for that Plan Year and amounts contributed

5

939

AA-SCANLAN-0013868

for that Plan Year by the Employer pursuant to a Salary Reduction Agreement that are not includible in gross income of the Employee under Code sections 125, 132(f)(4), 402(h), or 403(b);

(3)  Differential wage payments as defined in Code section 3401(h)(2) that are paid by the Employer during a period of qualified military service as defined in Code section 414(u);

(4)  Payments made after a "severance from employment" (within the meaning of Code section 401(k)(2)(B)(i)(1)), if such amounts are paid by the later of (A) 2½ months after, or (B) the end of the Limitation Year that includes the date of the Employee's severance from employment with the Employer, and the payment constitutes regular compensation for services during the Employee's regular working hours, compensation for services outside the Employee's regular working hours (such as overtime or shift differential), commissions, bonuses, or other similar compensation, and absent a severance from employment, the payment would have been paid to the Employee while the Employee continued in employment with the Employer; payments for accrued bona fide sick, vacation or other leave, but only if the Employee would have been able to use the leave if employment had continued; or payment of nonqualified unfunded deferred compensation if such amount would have been paid at the same time if the Employee had not experienced a severance from employment, but only to the extent includible in gross income, provided that such amounts will be included only if otherwise described in items (1) and (2) above; provided, however, that any furlough pay paid after the Employee's severance from employment shall not be considered Compensation for purposes of determining Employer contributions; and

(5)  For Eligible Employees who are on a union leave,

   (A)  Type 1 Flight Pay Loss, which covers union paid leave, consisting of regularly scheduled work assignments missed by Eligible Employees due to service performed for the Association; and

   (B)  Type 2 Flight Pay Loss, which covers pay beyond regularly scheduled work assignments missed by Eligible Employees due to service performed for the Association.

Except as provided in subparagraph (4) above, Compensation shall only include amounts paid to an Eligible Employee during the portion of the Plan Year during which he was eligible to participate in the Plan.

In no event shall Compensation include amounts that are not compensation within the meaning of Code section 415 and the regulations thereunder.

AA-SCANLAN-0013869

(c)  **Employer Contributions – Grandfathered Disabled East Pilots:**  For purposes of determining Employer Contributions under Section 3.3 for Eligible Employees who are Grandfathered Disabled East Pilots:

   (1)  Compensation, for such Eligible Employees who were disabled prior to April 1, 2003, shall be the compensation the Grandfathered Disabled East Pilot would have received for the year if the Grandfathered Disabled East Pilot was paid at the rate of compensation paid immediately before becoming disabled (within the meaning of Code section 22(e)(3)); and

   (2)  Compensation, for such Eligible Employees who incurred a disability between April 1, 2003 and March 31, 2014, shall include amounts paid by the Employer as long-term disability pay (standard payment) pursuant to the disability programs provided to such Eligible Employees by the Employer pursuant to the Agreement.

   In no event shall Compensation include amounts that are not compensation within the meaning of Code section 415 and the regulations thereunder.

(d)  **Other Plan Purposes.**  For other purposes of the Plan (including ADP testing, Code section 415, and the rules for determining the identity of Highly Compensated Employees), amounts paid to an Employee for the Plan Year (or Limitation Year for purposes of Section 3.6) that are required to be reported by the Employer pursuant to Code sections 6041(d) and 6051(a)(3).  Compensation for these purposes shall include:

   (1)  Any elective deferral as defined in Code section 402(g)(3);

   (2)  Any amount which is contributed or deferred by the Employer at the election of the Employee and which is not includible in the gross income of the Employee and which is not includible in the gross income of the Employee by reason of Code sections 125, 457 or 132(f)(4);

   (3)  Payments made after a "severance from employment" (within the meaning of Code section 401(k)(2)(B)(i)(1), if such amounts are paid by the later of (A) 2½ months after, or (B) the end of the Limitation Year that includes, the date of the Employee's severance from employment with the Employer, and the payment constitutes: regular compensation for services during the Employee's regular working hours, compensation for services outside the Employee's regular working hours (such as overtime or shift differential), commissions, bonuses, or other similar compensation, and absent a severance from employment, the payment would have been paid to the Employee while the Employee continued in employment with the Employer; payments for accrued bona fide sick, vacation or other leave, but only if the Employee would have been able to use the leave if employment had continued; or payment of nonqualified unfunded deferred

7

AA-SCANLAN-0013870

compensation if such amount would have been paid at the same time if the Employee had not experienced a severance form employment, but only to the extent includible in gross income; and

(4) For purposes of Section 3.6, differential wage payments as defined in Code section 3401(h)(2) that are paid by the Employer during a period of qualified military service as defined in Code section 414(u).

(e) **Limit on Compensation.** The Compensation taken into account for an Eligible Employee will not exceed the annual limit in effect for the calendar year under Code section 401(a)(17), as adjusted annually to reflect cost-of-living increases. The limitation on Compensation described in the preceding sentence shall be referred to herein as the "Compensation Limitation." For any Plan Year which is shorter than twelve months, the Compensation Limitation applicable for such Plan Year shall be determined by multiplying the Compensation Limitation by a fraction, the numerator of which is the number of months in the short Plan Year and the denominator of which is twelve.

1.20 **"Designated Beneficiary"** has the meaning set forth in Section 7.4(a).

1.21 **"Direct Rollover"** has the meaning set forth in Section 7.6(b).

1.22 **"Disability"** means either:

(a) Receiving qualifying disability benefits under the Social Security Act as evidenced by a valid award letter from the Social Security Administration, or

(b) Receiving disability benefits for a period of at least 6 months under a long-term disability program sponsored by the Company or an Affiliate.

1.23 **"Disabled Participant"** means a Participant with a Disability.

1.24 **"Distributee"** has the meaning set forth in Section 7.6(b).

1.25 **"Distribution Calendar Year"** has the meaning set forth in Section 7.4(a).

1.26 **"Eligible Employee"** means an Employee who is in one of the categories of eligible positions listed in subsection (a) below:

(a) **Eligible Positions.** Any individual in any of the following categories shall be eligible to participate in the Plan:

(1) Employees of an Employer who are listed on the Pilots System Seniority List for such periods they are on such list;

8

AA-SCANLAN-0013871

(2)    Grandfathered Disabled East Pilots, until such time as they cease to receive long-term disability benefits; and

(3)    Individuals permitted to participate in the Plan provided under the Agreement between the Company and the Association.

(b)    **Ineligible Positions.** Notwithstanding anything in the Plan to the contrary, any individual in any of the following categories shall not be an Eligible Employee while he is in that category:

    (1)    A Leased Employee;

    (2)    Any person (regardless of how such person is characterized, for wage withholding purposes or any other purpose, by the Internal Revenue Service, or any other agency, court, authority, individual, or entity) who is classified, in the sole and absolute discretion of the Employer, as a temporary worker, including any of the following classifications:

        (A)    Temporary employee;

        (B)    Provisional employee;

        (C)    Associate employee;

    (3)    Any person who is not reported as a common law employee on the payroll of the Company or any Affiliate, even if a court or administrative agency determines such person is a common law employee of the Company or any Affiliate;

    (4)    Any non-resident alien who receives no earned income from the Employer that constitutes income from United States sources within the meaning of Code sections 861(a)(3) and 911(d)(2);

    (5)    Employees of Affiliates that have not adopted the Plan;

    (6)    Any person who is eligible to participate in another 401(k) plan maintained by the Company or any Affiliate;

    (7)    Any person:

        (A)    Who is not on the Employer's salaried or hourly employee payroll (the determination of which shall be made by the Employer in its sole and absolute discretion);

        (B)    Who has agreed in writing that he or she is not an Employee or is not otherwise eligible to participate in the Plan;

9

AA-SCANLAN-0013872

(C)     Whose compensation is reported to the Internal Revenue Service on a form other than a Form W-2, regardless of whether such person is treated as an employee for Federal income tax purposes; or

(D)     Who does not have either:

      (i)     A valid Social Security Number; or

      (ii)     A valid Individual Tax Identification Number.

1.27    **"Eligible Retirement Plan"** has the meaning set forth in Section 7.6(b).

1.28    **"Eligible Rollover Distribution"** has the meaning set forth in Section 7.6(b).

1.29    **"Employee"** means a common law employee on the U.S. payroll of the Employer, as well as a Leased Employee, to the extent required under the Code.

1.30    **"Employer"** means the Company and any Affiliate that has adopted the Plan, with the Company's consent.

1.31    **"Employment Commencement Date"** means the first day for which the Employee is entitled to be credited with an Hour of Service.

1.32    **"ERISA"** means the Employee Retirement Income Security Act of 1974, as amended from time to time.

1.33    **"Excess Contributions"** has the meaning set forth in Section 3.7(a).

1.34    **"Excess Deferrals"** has the meaning set forth in Section 3.8(b).

1.35    **"5-Percent Owner"** means any person who owns (or is considered as owning within the meaning of Code section 318) more than five percent (5%) of the outstanding stock of the corporation or stock possessing more than five percent (5%) of the total combined voting power of all stock of the Employer.

1.36    **"Grandfathered Disabled East Pilot"** means any individual classified as a "Grandfathered Disabled East Pilot" pursuant to the terms of section 13.c of the Defined Contribution Retirement Benefits Transition Letter of Agreement dated July 30, 2013 among the Company, the Association, US Airways, Inc. and US Airline Pilots Association.

1.37    **"Highly Compensated Employee"** means an employee who performs services for the Employer or an Affiliate during the determination year and who (a) during the determination year or the look-back year was at any time a 5-Percent Owner, or (b) for

10

AA-SCANLAN-0013873

the look-back year received Section 415 Compensation (as defined in Section 3.6)) in excess of the amount stated in Code section 414(q)(1)(B)(i), as adjusted for cost-of-living increases. The determination year will be the Plan Year, and the look-back year will be the 12-month period immediately preceding the determination year.

1.38 **"Hour of Service"** means each hour for which an Employee is paid or entitled to payment for the performance of duties for the Employer or an Affiliate.

1.39 **"Investment Fund"** means one or more of the investment options selected by the Plan Administrator in which Participant Accounts are invested.

1.40 **"Leased Employee"** means any person who provides service to the Employer pursuant to an agreement between such recipient and any other person ("leasing organization"), regardless of (1) the length of time the person has performed such services for the recipient (or for the recipient and related persons), (2) whether or not the person is an employee of the recipient, (3) whether or not the person has performed such services for the recipient (or for the recipient and related persons) on a part-time or full-time basis, and (4) whether or not the person performed services under the primary direction or control by the recipient. This definition of leased employee includes any person who under an agreement between the recipient and any other person has performed services for the recipient (or for the recipient and related persons determined under Code section 414(n)(6)) on a substantially full-time basis for a period of at least one (1) year, and the services are performed under the primary direction or control of the recipient without limitation, as provided for in Code section 414(n)(2).

1.41 **"Life Expectancy"** has the meaning set forth in Section 7.4(a).

1.42 **"Limitation Year"** means the twelve-month period ending on the last day of the Plan Year.

1.43 **"Named Fiduciary"** has the meaning set forth in ERISA section 402(a)(2).

1.44 **"Non-Elective Employer Contributions"** means Employer contributions made to the Plan pursuant to Section 3.3(a). Non-Elective Employer Contributions are credited to a Participant's Pilot Company Contributions sub-account.

1.45 **"Non-highly Compensated Employee"** means an Employee who is not a Highly Compensated Employee.

1.46 **"Normal Retirement Date"** means the date an Employee attains the federally mandated retirement age for pilots.

1.47 **"Participant"** means an individual, including an Active Participant, inactive Participant, Alternate Payee, or Beneficiary, who has a balance credited to his Account. "Participant" means all of such types of individuals, unless the context indicates otherwise.

11

AA-SCANLAN-0013874

1.48   **"Periods of Service"** is calculated using the elapsed time method of counting service in accordance with Treas. Reg. section 1.410(a)-7 and the following rules:

(a)   The Employee's Period of Service includes all of the Employee's periods of service with the Employer or an Affiliate. A Period of Service begins on the Employee's Employment or Reemployment Commencement Date, includes any authorized military or non-military leave of absence, and ends on the Employee's Severance From Service Date or the Employee's next Severance From Service Date.

(b)   The Employee's Period of Service includes a Period of Severance if the Employee has a Reemployment Commencement Date within 12 months of the date on which the Employee quits, retires, is furloughed, or is discharged.

(c)   All days included in the Employee's Period of Service are aggregated. The Employee's Period of Service is expressed in whole years and decimal fractions of a year by dividing the aggregate number of days included in the Employee's Period of Service by 365. An Employee's Period of Service is not rounded to the nearest whole number.

(d)   An Employee is credited with periods of service credited under a Prior Plan. If a Prior Plan credited service under the general method described in ERISA Reg. section 2530.200b-2, an Employee's Period of Service under the Plan will be determined in accordance with Treas. Reg. section 1.410-7(f).

1.49   **"Period of Severance"** begins on an Employee's Severance From Service Date and ends on the Employee's Reemployment Commencement Date.

1.50   **"Pilots System Seniority List"** means a list which contains:

(a)   The names of all pilot Employees arranged in the order of system seniority, whether active or inactive;

(b)   The seniority date of each pilot Employee; and

(c)   The Normal Retirement Date of each pilot Employee.

1.51   **"Plan"** means the American Airlines, Inc. 401(k) Plan for Pilots, as amended from time to time.

1.52   **"Plan Administrator"** means the Committee, which shall be the "administrator" as defined in ERISA section 3(16) and the Named Fiduciary of the Plan.

1.53   **"Plan Year"** means the calendar year. Notwithstanding the foregoing, the first Plan Year will be a "short Plan Year," beginning on October 27, 2015 and ending on December 31, 2015.

12

AA-SCANLAN-0013875

1.54 **"Prior Plan"** means each tax-qualified defined contribution retirement plan maintained by the Company or an Affiliate (or by a predecessor to the Company or an Affiliate) which has been merged into this Plan. As of October 27, 2015, the term "Prior Plan" includes the Future Care 401(k) Plan, the US Airways, Inc. 401(k) Savings Plan for Pilots, and the American Airlines, Inc. 401(k) Plan (but only as it relates to the assets that were transferred to the Plan).

1.55 **"Qualified Domestic Relations Order"** means a domestic relations order that the Plan Administrator or its delegate has determined to be a qualified domestic relations order because it meets the requirements of Code section 414(p).

1.56 **"Qualified Non-Elective Employer Contributions"** means contributions made pursuant to Section 3.3(b) that are:

    (a)    Nonforfeitable; and

    (b)    Distributable only in accordance with the distribution provisions applicable to Before-Tax Contributions (unless such contributions are made in relation to a correction of Non-Elective Employer Contributions under Section 3.3(a)).

Qualified Non-Elective Employer Contributions are credited to a Participant's Qualified Non-Elective Employer Contributions sub-account. No distribution of Qualified Non-Elective Employer Contributions may be made on account of hardship.

1.57 **"Reemployment Commencement Date"** means the first date following a Severance From Service Date on which an Employee is credited with an Hour of Service.

1.58 **"Required Beginning Date"** has the meaning set forth in Section 7.4(a).

1.59 **"Rollover Contributions"** means amounts rolled over to this Plan as provided herein and in Sections 3.4 and 6.8:

    (a)    **Direct Rollovers.** The Plan may accept a direct rollover of an eligible rollover distribution from:

        (1)    A qualified plan described in Code section 401(a) or 403(a);

        (2)    An annuity contract described in Code section 403(b); and

        (3)    An eligible plan under Code section 457(b) which is maintained by a state, political subdivision of a state, or any agency or instrumentality of a state or political subdivision of a state.

    (b)    **Employee Rollover Contributions from Other Plans.** The Plan may accept an Eligible Employee's contribution of an eligible rollover distribution from:

        (1)    A qualified plan described in Code section 401(a) or 403(a);

13

AA-SCANLAN-0013876

      (2)    An annuity contract described in Code section 403(b); and

      (3)    An eligible plan under Code section 457(b) which is maintained by a state, political subdivision of a state, or any agency or instrumentality of a state or political subdivision of a state.

  (c)    **Employee Rollover Contributions from IRAs.** The Plan will accept an Eligible Employee's rollover contribution of the portion of a distribution from an individual retirement account or annuity described in Code section 408(a) or 408(b) (including SEPs and SIMPLE IRAs after two (2) years of participating in the SIMPLE IRA) that is eligible to be rolled over.

  (d)    **Roth Rollovers.** The Plan will accept a direct rollover of designated Roth contributions described in Code section 402A(c)(1) to the extent the rollover is permitted under the rules of Code section 402(c). The Plan will also accept a direct rollover of Roth in-plan conversion amounts, either pursuant to Section 6.8 or as a direct rollover from another plan qualified under Code section 401(k), 403(b) or 457(b), to the extent the rollover is permitted under the rules of Code section 402(c). The Plan will not accept a rollover of designated Roth contributions in any other manner. Such Rollover Contributions shall be separately accounted for and credited to the Participant's Roth Rollover Contributions sub-account. Roth rollovers accepted from another qualified plan shall be subject to the distribution rules that apply to Rollover Contributions.

1.60    **"Roth 401(k) Contributions"** means contributions made to the Plan pursuant to Section 3.1(b)(2) by an Employer on behalf of an Active Participant that are included in the Active Participant's gross income and irrevocably designated as Roth 401(k) Contributions by the Active Participant in his Salary Reduction Agreement. Salary Reduction Agreements for Roth 401(k) Contributions are made in accordance with the rules applicable to Before-Tax Contributions under Section 3.2. Roth 401(k) Contributions, and applicable earnings, are fully vested at all times and credited to a Participant's Roth 401(k) Contributions sub-account. Except as stated elsewhere in this Plan, Code section 402A, or applicable IRS guidance, Roth 401(k) Contributions are treated as Before-Tax Contributions for purposes of Code sections 401(a), 401(k), 402, 404, 409, 411, 415, 416, and 417. Roth 401(k) Contributions are credited to a Participant's Roth 401(k) Contributions sub-account.

1.61    **"Salary Reduction Agreement"** means an agreement by which a Participant elects, either in writing, by voice-response, electronically, or in any other manner approved by the Plan Administrator, to defer or reduce the receipt of a percentage of Compensation, and directs the Employer to make contributions to the Plan on his behalf pursuant to Sections 3.1 and 3.2.

1.62    **"Severance From Service Date"** means, for the purpose of determining a Period of Service, the date the employee quits, retires, is discharged, is furloughed, or dies. A

14

AA-SCANLAN-0013877

transfer of service among the Employers or Affiliates will not result in a Severance From Service Date.

1.63    **"Spouse"** means any spouse of a legal marriage that is validly entered into under state law. For this purpose, the term "state" means any domestic or foreign jurisdiction having the legal authority to sanction marriages. For all Plan purposes, a Participant is "married" if the Participant has a Spouse. A former Spouse is treated as the Spouse to the extent provided under a Qualified Domestic Relations Order.

1.64    **"Termination From Employment"** means an employee severs employment, including as a result of being furloughed, with the Employer and all Affiliates within the meaning of Code section 401(k)(2)(B)(i)(I).

1.65    **"Testing Compensation"** has the meaning set forth in Section 3.7(a).

1.66    **"Trust"** or **"Trust Fund"** means the funds or assets of the Plan that are held and administered by the Trustee.

1.67    **"Trust Agreement"** means the agreement or agreements between the Plan Administrator and the Trustee, as the same may be amended from time to time, under which the assets of the Plan are held, administered and managed by the Trustee. The provisions of the Trust Agreement shall be considered an integral part of this Plan as if set forth fully herein.

1.68    **"Trustee"** means the trustee or any successor trustee appointed by the Plan Administrator to serve as Trustee of the Trust Fund under the Trust Agreement.

1.69    **"Valuation Date"** means each day of each Plan Year that the New York Stock Exchange is open.

15

AA-SCANLAN-0013878

## ARTICLE II
## ELIGIBILITY AND PARTICIPATION

2.1 **Eligibility.** An Employee must satisfy the requirements of subsections (a) and (b) to participate in the Plan:

    (a) **Eligible Employee.** The Employee must be an Eligible Employee, as defined in Article I; and

    (b) **Service Requirements.** The Employee has completed the following service requirements:

        (1) **Employee Contributions.** An Eligible Employee will be eligible to make employee contributions described in Section 3.1 as soon as administratively possible following the Employee's Employment Commencement Date or Reemployment Commencement Date.

        (2) **Non-Elective Employer Contributions.** An Eligible Employee will be eligible for the Non-Elective Employer Contributions described in Section 3.3(a) after the Employee completes a twelve-month Period of Service. Notwithstanding the foregoing, if an Eligible Employee was receiving non-elective employer contributions under the American Airlines, Inc. 401(k) Plan, the Future Care 401(k) Plan, or the Retirement Savings Plan for Pilots of US Airways, Inc. as of October 26, 2015, then such Eligible Employee will be immediately eligible for the Non-Elective Employer Contributions described in Section 3.3(a).

2.2 **Active Participant.** An Eligible Employee is an Active Participant with respect to the employee contributions described in Section 3.1 only if he has either been automatically enrolled in the Plan or filed a Salary Reduction Agreement with the Plan Administrator, and the Plan Administrator has accepted the Agreement, in accordance with Article III. An Eligible Employee need not be automatically enrolled in the Plan or enter into a Salary Reduction Agreement in order to be considered an Active Participant who is eligible to be credited with the Employer contributions described in Section 3.3.

2.3 **Plan Participation.**

    (a) **Entry Date For New Participants.** An Eligible Employee who is not a Participant becomes an Active Participant as soon as administratively practicable following the date he has satisfied the requirements of Sections 2.1 and 2.2.

    (b) **Change in Status After Becoming a Participant.**

        (1) During any period when a Participant is not an Eligible Employee, he may not have contributions made on his behalf under the Plan based on Compensation earned while he is not an Eligible Employee, but he will be

16

AA-SCANLAN-0013879

credited with any earnings or losses on his Account and may receive distributions for which he qualifies.

(2)     If a Participant ceases to be an Active Participant because of a transfer to an ineligible position and is subsequently transferred back into an eligible position, he becomes an Active Participant immediately upon meeting the requirements of Sections 2.1 and 2.2, taking into account his Period of Service credited before the transfer, or as soon as administratively practicable thereafter.

(3)     If a Participant ceases to be an Active Participant because of Termination of Employment and he is subsequently rehired by an Employer, he becomes an Active Participant immediately upon meeting the requirements of Sections 2.1 and 2.2, taking into account his Period of Service credited before the termination or period of furlough, or as soon as administratively practicable thereafter.

(4)     Notwithstanding anything in the Plan to the contrary, if a Participant was receiving Non-Elective Employer Contributions as of the date the Participant ceases to be an Active Participant because of termination of Employment, then he will be immediately eligible for the Non-Elective Employer Contributions described in Section 3.3(a) upon his Reemployment Commencement Date, or as soon as administratively practicable thereafter..

2.4     **Special Provisions for Employees Who Enter the Armed Forces.** Notwithstanding any provision of this Plan to the contrary, eligibility to participate in the Plan for Eligible Employees engaged in qualified military service is determined in accordance with Code section 414(u).

17

AA-SCANLAN-0013880

## ARTICLE III
## PLAN CONTRIBUTIONS AND FUNDING

3.1 **Employee Contributions.**

  (a) **Automatic Enrollment On or After January 1, 2016.**

    (1) **Eligibility.**

      (A) **General Rule.** After meeting the requirements of Section 2.1(b)(1), an Eligible Employee hired or rehired on or after January 1, 2016 shall be automatically enrolled in the Plan for purposes of making Before-Tax Contributions as of the Automatic Enrollment Date specified in subsection (2) below at the deemed rate of Before-Tax Contributions specified in subsection (6) below if he fails to affirmatively elect to designate how much, if any, of his Compensation is to be deferred in accordance with subsection (b) below.

      (B) **January 1, 2016 Special Rule.** Notwithstanding subsection (1)(A) above, an Eligible Employee, other than an Eligible Employee whose Employee contributions have been suspended pursuant to Section 6.5(e) as of December 1, 2015, who has met the requirements of Section 2.1(b)(1), shall be automatically enrolled in the Plan as of the first pay date after January 1, 2016 for purposes of making Before-Tax Contributions as of the Automatic Enrollment Date specified in subsection (2) below at the deemed rate of Before-Tax Contributions specified in subsection (6) below if he has failed to affirmatively elect to designate how much, if any, of his Compensation is to be deferred in accordance with subsection (b) below.

    (2) **Automatic Enrollment Date.** An Eligible Employee subject to the rules set forth in this Section 3.1(a) shall be automatically enrolled in the Plan no later than the later of:

      (A) Thirty (30) days after the Eligible Employee's Employment Commencement Date, or

      (B) The date that is as soon as administratively practicable following the end of the 30-day period that begins on the date the Eligible Employee receives written notification of his automatic enrollment (collectively the "Automatic Enrollment Date").

    (3) **Notice.** Within a reasonable period before the beginning of the Plan Year or a reasonable period before first becoming covered under this Section

18

AA-SCANLAN-0013881

3.1(a), as applicable, the Employer will provide each Eligible Employee covered under this Section 3.1(a) with a notice of the Eligible Employee's rights and obligations under the automatic contribution arrangement. Such notice will describe:

(A) The deemed rate of Before-Tax Contributions under the Plan in the absence of an affirmative election,

(B) The Eligible Employee's right to elect to have no deemed Before-Tax Contributions made on his or her behalf or to have a different amount of Before-Tax Contributions made,

(C) How deemed Before-Tax Contributions will be invested in the absence of the Eligible Employee's investment instructions, and

(D) The Eligible Employee's right to make a withdrawal of deemed Elective Deferral Contributions and the procedures for making such a withdrawal.

(4) **Opt-Out.** Each Eligible Employee will have a reasonable opportunity after receipt of the notice described in subsection (3) above to make an affirmative election to have no deemed Before-Tax Contributions made on his behalf or to have a different amount of Before-Tax Contributions made on his behalf. Deemed Before-Tax Contributions being made on behalf of an Eligible Employee will cease as soon as administratively practicable after the Eligible Employee makes an affirmative election.

(5) **Withdrawals of Deemed Before-Tax Contributions.** An Eligible Employee for whom deemed Before-Tax Contributions have been made under this Section 3.1(a) may elect, in accordance with procedures established by the Plan Administrator, to have the deemed Before-Tax Contributions, adjusted for investment experience and any applicable fees, returned to him; provided, however, any such election must be made no later than ninety (90) days after the date of the Eligible Employee's first deemed Before-Tax Contribution under this Section 3.1(a). The amount to be distributed from the Plan upon the Eligible Employee's withdrawal request is equal to the amount of deemed Before-Tax Contributions made through the earlier of:

(A) The pay date for the second payroll period that begins after the Eligible Employee's withdrawal request, and

(B) The first pay date that occurs after thirty (30) days after the Eligible Employee's withdrawal request,

plus attributable earnings or losses through the date of distribution.

19

AA-SCANLAN-0013882

(6) **Deemed Rate of Before-Tax Contributions.** An Eligible Employee who is automatically enrolled shall be deemed to have elected to reduce his Compensation by four percent (4%) per payroll period as Before-Tax Contributions for all payroll periods beginning with the Eligible Employee's Automatic Enrollment Date.

(7) **Deemed Investment Fund.** Any Before-Tax Contributions made pursuant to this Section 3.1(a) shall be invested at the Eligible Employee's direction pursuant to Section 4.4(b); provided, however, that if an Eligible Employee fails to make an investment election, such Eligible Employee's Before-Tax Contributions shall be invested in the default Investment Fund(s) in accordance with Section 4.4(e), until such Eligible Employee directs otherwise.

(b) **Salary Reduction Agreement.** Notwithstanding subsection (a) above, after meeting the requirements of Section 2.1(b)(1), an Eligible Employee may file a Salary Reduction Agreement with the Plan Administrator and have the following contributions made to the Plan on his behalf:

(1) **Before-Tax Contributions.** An Active Participant may elect to contribute up to one hundred percent (100%) of his Compensation in one-half percent (.5%) increments as Before-Tax Contributions to the Plan. Before-Tax Contributions are credited to a Participant's Before-Tax Contributions sub-account.

(2) **Roth 401(k) Contributions.** An Active Participant may elect to contribute up to one hundred percent (100%) of his Compensation in one-half percent (.5%) increments as Roth 401(k) Contributions to the Plan. Roth 401(k) Contributions are credited to a Participant's Roth 401(k) Contributions sub-account.

(3) **After-Tax Contributions.** An Active Participant may elect to contribute up to one hundred percent (100%) of his Compensation in one-half percent (.5%) increments as After-Tax Contributions to the Plan. After-Tax Contributions are credited to a Participant's After-Tax Contributions sub-account.

(4) **Catch-Up Contributions.** An Active Participant who would attain age fifty (50) before the close of his tax year may elect to contribute up to the maximum dollar amount permitted under Code section 414(v) from his Compensation as Catch-Up Contributions for the related Plan Year in accordance with, and subject to the limitations of, Code section 414(v). If the amount of an Active Participant's Before-Tax Contributions and/or Roth Contributions have not exceeded the limit in effect under Code section 402(g) for the taxable year as described in Section 3.8, then all or a portion of such Active Participant's Catch-Up Contributions will be

20

954

AA-SCANLAN-0013883

recharacterized to the extent necessary to satisfy such limit. Catch-Up Contributions are accounted for separately in a Participant's Before-Tax Contributions sub-account or Roth Contributions sub-account, as applicable.

The salary deferral election of a Participant whose Prior Plan account was transferred to the Plan from a Prior Plan that was in effect under the Prior Plan immediately prior to the transfer shall apply to Compensation paid after October 26, 2015, unless the salary deferral election is changed in accordance with Section 3.2.

The Code and ERISA imposed limits on contributions made to the Plan pursuant to this Section are described in this Article III. To the extent necessary to satisfy these limits, the Plan Administrator may limit, adjust, or return the contributions, as described in Article III, without regard to the terms of a Salary Reduction Agreement.

(c) **Automatic Increase Programs.**

    (1) **Default Annual Automatic Increase.** A Participant shall, unless he has affirmatively elected to (A) set his contribution rate of Before-Tax Contributions to zero percent (0%), (B) opt-in to or opt-out of the automatic increase feature described in Section 3.1(c)(3), or (C) opt-out of the automatic increase feature in this Section 3.1(c)(1), be deemed to have elected, in accordance with the rules established by the Plan Administrator, to automatically increase his rate of Before-Tax Contributions annually by one percent (1%) of Compensation until the total combined rate of his Employee contributions (excluding Catch-Up Contributions and Roth Catch-Up Contributions) made to the Plan on his behalf equals ten percent (10%) of his Compensation, effective as soon as administratively practicable on or after January 1 of each Plan Year.

        The foregoing annual automatic increase shall only apply to a Participant if he has been an Eligible Employee for at least six (6) months prior to the January 1 automatic increase trigger date.

        In no case shall the foregoing annual automatic increase occur before January 1, 2017.

    (2) **January 1, 2016 Special Rule.** Notwithstanding subsection (1) above, a Participant, other than a Participant whose Employee contributions have been suspended pursuant to Section 6.5(e) as of December 1 2015, who has met the requirements of Section 2.1(b)(1), shall, unless he affirmatively elects between December 1, 2015 and December 31, 2015 to (A) set his total contribution rate of Employee contributions to a rate below four percent (4%), or (B) opt-in to or opt-out of the automatic

21

AA-SCANLAN-0013884

increase feature described in Section 3.1(c)(3), be deemed to have elected, in accordance with the rules established by the Plan Administrator, to automatically increase his rate of Before-Tax Contributions so that the total combined rate of his Employee contributions made to the Plan on his behalf equals four percent (4%) effective as soon as administratively practicable on or after January 1, 2016.

(3) **Voluntary Automatic Increase.** A Participant may elect to have his rate of Before-Tax Contributions automatically increased on a periodic basis. A Participant who makes such an election will be not be subject to the provisions of subsections (1) or (2) above during the period he is subject to the provisions of this Section 3.1(c)(3).

The rules governing the election, modification, and cancellation of the automatic increase elections shall be established by the Plan Administrator.

3.2 **Salary Reduction Agreement.** A Salary Reduction Agreement is subject to the following provisions:

(a) **In General.** A Salary Reduction Agreement must be made in accordance with procedures prescribed by the Plan Administrator.

(1) **Content.** A Salary Reduction Agreement must designate the contribution rate for the payroll period and provide such other information as the Plan Administrator may require.

(2) **Effective Period of Salary Reduction Agreement.** Except as provided in Section 3.1(a)(1)(B), a Salary Reduction Agreement becomes effective as soon as administratively practicable after it is accepted by the Plan Administrator and will remain in effect so long as the Active Participant continues as an Eligible Employee or until he makes a change with respect to such contributions, as provided in Section 3.2(b) or Section 3.2(c). Notwithstanding the preceding sentence, the portion of a Salary Reduction Agreement filed prior to January 1, 2016 that represents an election to make Catch-Up Contributions pursuant to Section 3.1(b) by an Active Participant who is employed by the Company shall expire at 11:59 p.m. Eastern on December 31, 2015. The Plan Administrator, or its delegate, may require a separate Salary Reduction Agreement to apply to an eligible form of Compensation (*e.g.,* bonuses or awards) in a non-discriminatory manner.

(b) **Changes in Type and Amount of Contributions.** An Active Participant may change the contribution rate and type of contributions that he directs the Employer to make to the Plan on his behalf at any time, in accordance with procedures prescribed by the Plan Administrator. An Active Participant's election change becomes effective as of the pay period that begins immediately following the date

22

AA-SCANLAN-0013885

on which his election change is accepted by the Plan Administrator, or as soon thereafter as administratively practicable in accordance with administrative procedures. Changes in the investment of contributions are made in accordance with Section 4.4.

(c) **Suspension of Contributions.** An Active Participant may elect to suspend all contributions described in Section 3.1 at any time, in accordance with procedures prescribed by the Plan Administrator. A suspension of contributions is effective as of the pay period that begins immediately following the date on which the suspension election is accepted by the Plan Administrator, or as soon thereafter as administratively practicable. An Active Participant who suspends his contributions may file a new Salary Reduction Agreement at any time.

3.3 **Employer Contributions.** The following Employer contributions are provided for under the Plan.

(a) **Non-Elective Employer Contributions.** Non-Elective Employer Contributions shall be made to the Plan for each pay period equal to the relevant percentage set forth below of each Eligible Employee's Compensation paid during such pay period.

| Eligible Employees | Percentage of Compensation |
|---|---|
| Grandfathered Disabled East Pilots | 10% |
| All Other Eligible Employees | 16% |

For this purpose, only Compensation received by an Eligible Employee after he becomes eligible for Non-Elective Employer Contributions in this Plan under Section 2.1 shall be considered. An Eligible Employee shall be eligible for Non-Elective Employer Contributions regardless of whether he has been automatically enrolled in the Plan or has entered into a Salary Reduction Agreement.

(b) **Qualified Non-Elective Employer Contributions.** Solely to the extent required to meet the test described in Section 3.7 or to correct an operational failure, the Employer may contribute Qualified Non-Elective Employer Contributions to the Plan. Such contributions are allocated to the Accounts of affected Eligible Employees in a manner that satisfies applicable IRS guidance.

3.4 **Rollover Contributions.** In accordance with rules and procedures approved by the Plan Administrator, an Eligible Employee may request that the Plan accept a Rollover Contribution. The Plan Administrator may require that the Eligible Employee submit, or cause the administrator of the eligible plan or other account from which a Rollover Contribution is being made to submit, satisfactory evidence that the Rollover Contribution will not jeopardize the tax qualification of the Plan or the exempt status of the Trust.

3.5 **Qualified Military Service.** Notwithstanding any other provision of the Plan to the contrary, contributions, benefits and service credit with respect to qualified military

23

AA-SCANLAN-0013886

service shall be provided in accordance with Code section 414(u). For these purposes, during a period of qualified military service, an Eligible Employee will be considered to have received Compensation from the Employer at the same annual rate as the Eligible Employee's average rate of Compensation from the Employer during the 12 months immediately preceding the qualified military service (or, if shorter, the period of employment preceding the qualified military service).

3. 6    **Limit Under Code Section 415.**

(a)    **Application of Code Limits on Contributions.** The amount of annual additions, defined in Treas. Reg. section 1.415(c)-1(b), allocated to a Participant's Account for any Limitation Year shall not exceed the lesser of (i) the amount stated in Code section 415(c)(1)(A), as adjusted for increases in the cost-of-living under Code section 415(d), or (ii) one hundred percent (100%) of the Participant's Section 415 Compensation for the Limitation Year. If a short Limitation Year is created because of an amendment changing the Limitation Year to a different 12-consecutive month period, maximum annual allocations shall not exceed the otherwise applicable limit multiplied by the following fraction:

$$\frac{\text{Number of months in the short Limitation Year}}{12}$$

The limit described in clause (ii) shall not apply to any contribution for medical benefits after separation from service (within the meaning of Code section 401(h) or section 419A(f)(2)) which is otherwise treated as an annual addition.

In applying this limitation on annual additions, the Plan incorporates the limitation on allocations described in Code section 415, and the regulations thereunder, by reference.

Notwithstanding anything in the Plan to the contrary, if the annual additions made to the Plan on behalf of an Eligible Employee (including Before-Tax Contributions, After-Tax Contributions, Roth 401(k) Contributions, and Non-Elective Employer Contributions) for a Plan Year exceed the limits set forth in this subparagraph (a) for the Plan Year, then the excess annual additions shall be returned to the affected Eligible Employee no later than two and one-half (2½) months after the end of the Plan Year, first from the Eligible Employee's After-Tax Contributions, and then (if necessary) from his Roth 401(k) Contributions, and then (if necessary) from his Before-Tax Contributions.

(b)    **Definition of Section 415 Compensation.** "Section 415 Compensation" means Compensation as defined in Article I; provided, however, that if an Employee becomes an Eligible Employee after the first day of the Plan Year or ceases to be an Eligible Employee before the end of the Plan Year, then the limit for the

24

AA-SCANLAN-0013887

Employee for that Plan Year must be determined in accordance with the Treas. Reg. section 1.401(a)(17)-1 or other applicable IRS guidance.

(c) **Plan Aggregation.** In applying the limits of this Section 3.6, the benefits of, and contributions to, all other retirement plans sponsored by the Employer or any affiliate shall be taken into consideration, except for benefits and contributions provided by any multiemployer plan. For purposes of this Section 3.6, "affiliate" means a member of the Employer's controlled group, as defined in Code sections 414(b) and (c), as modified by Code section 415(h). Except as noted in this Section 3.6, all tax-qualified defined contribution plans sponsored by the Employer or any affiliate are treated as a single plan. Benefits payable under any other such plan with respect to a Participant shall be reduced to the extent possible before any reduction will be made to his benefits payable under this Plan, if necessary to observe these limits.

3.7 **Limit Under Code Section 401(k).** If, during a Plan Year, the Plan Administrator projects that the Plan will not meet the Actual Deferral Percentage Test described in subsection (b) below, the Plan Administrator will reduce the amount of Before-Tax Contributions and/or Roth 401(k) Contributions that Highly-Compensated Employees may be credited with during the remainder of the Plan Year, to the extent it deems necessary to meet the test.

(a) **Definitions.** For purposes of this Section 3.7, these terms are defined as follows:

(1) **"Actual Deferral Percentage" and "ADP"** mean, for a specified group of Eligible Employees for a Plan Year, the average of the ratios, calculated separately for each Eligible Employee in such group, of:

(A) The ADP Contribution Percentage Amounts to

(B) The Eligible Employee's Testing Compensation for such Plan Year.

When expressed as a percentage, this ratio for an individual Eligible Employee is the "individual deferral percentage."

(2) **"ADP Contribution Percentage Amounts"** means Before-Tax Contributions and/or Roth 401(k) Contributions actually paid over to the Plan for the Plan Year on behalf of an Active Participant and any Qualified Non-Elective Employer Contributions made to the Plan pursuant to Section 3.3(b) and used in performing the test described in subsection (b) below. Contributions taken into account for purposes of the ADP test must be made before the last day of the twelve-month period immediately following the Plan Year to which the contributions relate. An Eligible Employee who would be an Active Participant but for the failure to make Before-Tax Contributions and/or Roth 401(k) Contributions is treated as

25

AA-SCANLAN-0013888

an Active Participant on whose behalf zero Before-Tax Contributions and/or Roth 401(k) Contributions are made.

ADP Contribution Percentage Amounts include Before-Tax Contributions and/or Roth 401(k) Contributions of Highly Compensated Employees that are in excess of the maximum elective deferral limit of Section 3.8. They exclude Before-Tax Contributions and/or Roth 401(k) Contributions of Non-Highly Compensated Employees made to this Plan that are in excess of the maximum elective deferral limit of Section 3.8.

For any Plan Year, the ADP Contribution Percentage Amount for any Eligible Employee who is a Highly Compensated Employee eligible to have Before-Tax Contributions and/or Roth 401(k) Contribution (and Qualified Non-Elective Employer Contributions if available under another plan and if treated as elective deferrals for purposes of the test set forth in subsection (b) below) allocated to his accounts under two (2) or more cash or deferred arrangements that are maintained by the Employer, is determined as if such Before-Tax Contributions and/or Roth 401(k) Contributions (and, if applicable, such Qualified Non-Elective Employer Contributions) were made under a single arrangement. If a Highly Compensated Employee participates in two (2) or more cash or deferred arrangements that have different plan years, elective deferral contributions made during the Plan Year under all such plans and arrangements shall be aggregated. Notwithstanding the foregoing, certain plans shall be treated as separate if mandatorily disaggregated under regulations under Code section 401(k).

In the event that this Plan satisfies the requirements of Code section 401(k), 401(a)(4), or 410(b) only if aggregated with one (1) or more other plans, or if one (1) or more other plans satisfy the requirements of such Code sections only if aggregated with this Plan, then ADP Contribution Percentage Amounts are determined as if all such plans were a single plan. Plans may be aggregated in order to satisfy Code section 401(k) only if they have the same plan year and use the same ADP testing method.

(3)   **"Testing Compensation"** means Compensation as defined in Article I for the Limitation Year that ends in the Plan Year being tested.

(4)   **"Excess Contributions"** means, with respect to any Plan Year, the excess of:

    (A)   The aggregate ADP Contribution Percentage Amounts actually made on behalf of Highly Compensated Employees for such Plan Year, over

26

AA-SCANLAN-0013889

(B)     The maximum amount of such contributions permitted by the ADP test (determined by hypothetically reducing contributions made on behalf of Highly Compensated Employees in order of the ADPs, beginning with the highest of such percentages).

Such determination is made after first determining excess deferrals under Section 3.8.

(b)     **Actual Deferral Percentage Test.** In any Plan Year, ADPs for Eligible Employees must satisfy one of the following ADP tests of Code section 401(k)(3):

    (1)     The ADP for Eligible Employees who are Highly Compensated Employees must not exceed the current Plan Year's ADP for Eligible Employees who are Non-highly Compensated Employees multiplied by 1.25; or

    (2)     The ADP for Eligible Employees who are Highly Compensated Employees must not exceed the current Plan Year's ADP for Eligible Employees who are Non-highly Compensated Employees multiplied by 2.0, and that the ADP for Eligible Employees who are Highly Compensated Employees must not exceed the ADP for Eligible Employees who are Non-highly Compensated Employees by more than two (2) percentage points.

    The election to base the ADP of Non-highly Compensated Employees on the current year can only be changed if the Plan meets the requirements for changing to prior year testing set forth in Treas. Reg. section 1.401(k)-2(c) or subsequent IRS guidance.

(c)     **Separate Application of ADP Test to Certain Eligible Employees.** The Plan Administrator may elect to apply the ADP test described in subsection (b) above separately to each of two (2) groups of Eligible Employees:

    (1)     Eligible Employees who have not completed a one (1) year Period of Service, or have not attained age 21; and

    (2)     All other Eligible Employees.

If an Eligible Employee is described in both (1) and (2) above for different portions of the Plan Year, the Eligible Employee, together with his Compensation, Before-Tax Contributions, and Roth 401(k) Contributions are taken into account under (1) above as if he were an Eligible Employee solely for pay periods beginning prior to attainment of age 21 and completion of the one (1) year Period of Service, whichever occurs later, and will be taken into account under (2) above as if he were an Eligible Employee solely for pay periods beginning after

27

AA-SCANLAN-0013890

attainment of age 21 and completion of a one (1) year Period of Service, whichever occurs later.

(d) **Correction of Excess Contributions.** If, for any Plan Year, the ADP Contribution Percentage Amounts of Highly Compensated Employees fail to satisfy the ADP test described in subsection (b) above, then by the last day of the following Plan Year the Plan Administrator may (i) recharacterize Before-Tax Contributions and/or Roth 401(k) Contributions as Catch-Up Contributions, to the extent permissible, (ii) distribute any Excess Contributions, plus allocable earnings, no later than the last day of the following Plan Year, or (iii) to the extent Excess Contributions remain after taking the prior steps, make Qualified Non-Elective Employer Contributions to the Plan. Roth 401(k) Contributions shall be distributed before Before-Tax Contributions, unless the Participant elects otherwise in a timely manner, in accordance with procedures adopted by the Plan Administrator. If Excess Contributions are distributed more than six (6) months (two and one-half (2½) months for the 2015 Plan Year) after the last day of the Plan Year in which they arose, a ten percent (10%) excise tax is imposed on the Employer with respect to such amounts.

   (1) **Allocation of Excess.** Excess Contributions are allocated to the Highly Compensated Employees with the largest amounts of Before-Tax Contributions and/or Roth 401(k) Contributions taken into account in calculating the ADP test for the year in which the excess arose, beginning with the Highly Compensated Employee with the largest amount of such Contributions and continuing in descending order until all the Excess Contributions have been allocated. For purposes of the preceding sentence, the "largest amount" is determined after distribution of any Excess Contributions.

   (2) **Income or Loss.** Excess Contributions shall be adjusted for any income or loss, through the end of the Plan Year with respect to which the Excess Contributions are distributed.

3.8 **Limit on Before-Tax and Roth 401(k) Contributions Under Code Section 402(g).**

   (a) **Application of the Limit.** In no event may the amount of Before-Tax Contributions and/or Roth 401(k) Contributions made on behalf of a Participant under this Plan for a Plan Year, when added to any other elective deferrals made on behalf of the Participant under other plans or arrangements of the Employer or an Affiliate, exceed the limit in effect under Code section 402(g) for the taxable year of the Participant beginning in the Plan Year, except in accordance with, and subject to the limitations of, Code section 414(v).

   (b) **Return of Excess Deferrals.** Notwithstanding any other provision of the Plan, if a Participant has made elective deferrals or Roth 401(k) contributions during a Plan Year in excess of the limit described in subsection (a) above ("Excess Deferrals"), a distribution of some or all of the Excess Deferrals is made in

28

AA-SCANLAN-0013891

accordance with the following provisions if the Participant makes a proper and timely request for the distribution to the Plan Administrator.

    (1)    **Participant Request for Distribution.** The Participant's request must:

        (A)    Be submitted to the Plan Administrator no later than March 1;

        (B)    Specify the amount of the Excess Deferrals for the preceding year, and the portion of the Excess Deferral requested to be distributed; and

        (C)    Be accompanied by written proof that, if the amount requested is not distributed, the amount, when added to amounts deferred under this Plan and other plans or arrangements described in Code sections 401(k), 408(k), or 403(b) exceeds the limit imposed by Code section 402(g) for the year in which the deferral occurred.

Roth 401(k) Contributions shall be distributed before Before-Tax Contributions, unless the Participant elects otherwise.

    (2)    **Plan Administrator Action.** The Plan Administrator may direct the Trustee to refund to the Participant the requested amount (or the amount of the Before-Tax Contributions and/or Roth 401(k) Contributions for the year, if less), together with allocable earnings. The amount to be refunded is calculated taking into account any Excess Contributions previously distributed for the Plan Year beginning with or within the same year, and, if appropriate, the amount to be refunded is reduced by the amount previously distributed.

    (3)    **Income or Loss.** Excess Deferrals shall be adjusted for any income or loss through the end of the Plan Year with respect to which the Excess Deferrals are distributed.

3.9    **Nonreversion.** No Employer has any right, title or interest in the assets of the Trust Fund, and no part of the Trust Fund may be used for, or diverted to, purposes other than the exclusive benefit of Participants and Beneficiaries and the payment of reasonable expenses of administering the Plan and Trust, except that, to the extent permitted by applicable law:

    (a)    **Mistake of Fact.** If contributions are made to the Trust Fund by an Employer by a mistake of fact, then such contributions may be returned to the Employer within one (1) year after their payment.

    (b)    **Contributions Conditioned on Deductibility.** If any contributions are disallowed as a deduction under Code section 404, then to the extent such deduction is disallowed, the contributions may be returned to the Employer within one (1) year after the disallowance.

29

AA-SCANLAN-0013892

(c)    **Limits on Amount Returned.**

     (1)    **Earnings.** In the case of a contribution returned to the Employer pursuant to Section 3.9(a) or (b), earnings attributable to the returned contribution may not be returned, but losses attributable thereto must reduce the amount to be returned.

     (2)    **Account Balance Limit.** In the case of a contribution returned to the Employer pursuant to Section 3.9(a) or (b), no amount may be returned to the Employer to the extent it would cause a Participant's Account to be reduced to less than the Account would have been if the mistaken amount had not been contributed.

(d)    **Plan Termination.** In the event the Plan terminates at a time when there are unallocated amounts, then, subject to the requirements of ERISA, the amounts so credited are returned to the Employer upon its request.

30

AA-SCANLAN-0013893

## ARTICLE IV
## PLAN INVESTMENTS AND ACCOUNTING

4.1 **Establishment of Accounts.** As of the date an Eligible Employee first becomes a Participant, there shall be established by the recordkeeper an Account in his name reflecting separately any contributions invested in each Investment Fund and the earnings and losses attributable to each. All contributions made under the provisions of the Plan shall be credited to Accounts in the Trust by the Trustee either when received or on the succeeding business day. The balance of each Account as of any date shall be the balance of the account after all credits and charges thereto, for and as of such date, have been made as provided herein. The recordkeeper shall adjust the Account of each Participant on each Valuation Date to reflect (i) any withdrawals made from the Participant's Account, (ii) any contributions made on the Participant's behalf, (iii) any payments of principal and interest made on an outstanding loan, and (iv) any transfers among the Investment Funds or any separate loan fund. Within thirty (30) days after each Adjustment Date, the recordkeeper shall deliver to each Participant a statement showing the balance at fair market value and allocations within his Account as of the Adjustment Date. Each Account consists of the following sub-accounts:

   (a) **Before-Tax Contributions Sub-Account:** For recording Before-Tax Contributions and Catch-Up Contributions, and related earnings, credited to the Account.

   (b) **Roth 401(k) Contributions Sub-Account:** For recording Roth 401(k) Contributions and Roth Catch-Up Contributions, and related earnings, credited to the Account.

   (c) **After-Tax Contributions Sub-Account:** For recording After-Tax Contributions, and related earnings, credited to the Account.

   (d) **Pilot Company Contributions Sub-Account:** For recording Non-Elective Employer Contributions, and related earnings, credited to the Account.

   (e) **Rollover Contributions Sub-Account:** For recording amounts transferred from another company's qualified plan or an individual retirement account, except for rollovers of Roth amounts described in paragraph (d) of the definition of Rollover Contributions in Article I and after-tax amounts, which, along with related earnings, are credited to a Participant's Roth Rollover Contributions sub-account and After-Tax Rollover Contributions sub-account, respectively.

   (f) **Roth Rollover Contributions Sub-Account:** For recording amounts rolled over pursuant to Section 6.8, as well as Rollover Contributions described in paragraph (d) of the definition of Rollover Contributions in Article I, and related earnings.

31

AA-SCANLAN-0013894

(g) **After-Tax Rollover Contributions Sub-Account:** For recording after-tax amounts transferred from another company's qualified plan or an individual retirement account, and related earnings.

(h) **Qualified Non-Elective Employer Contributions Sub-Account:** For recording Qualified Non-Elective Employer Contributions, and related earnings, credited to the Account.

Gains, losses, credits and charges are separately allocated to each sub-account on a reasonable and consistent basis. The Trustee may establish additional sub-accounts for a Participant, as necessary for Plan administration, including accounts for amounts transferred to the Plan from a Prior Plan.

4.2 **Valuation of Trust Fund and Accounts.** The Trustee must value the Trust Fund as of each Valuation Date.

(a) **Fair Market Value.** The Trustee must value the Trust Fund on the basis of the fair market value of the assets held in the Trust Fund. Fair market value and all methods of adjustments to and allocations among Accounts are based on the terms of the Trust.

(b) **Earnings on Investment Funds.** Gains and losses relating to each Investment Fund are allocated to each Account invested in an Investment Fund in a reasonable and consistent manner and otherwise pursuant to the terms of the Trust.

4.3 **Plan Investments.**

(a) **Investment Fund Elections.** Each Participant's Account is invested in the available Investment Funds in accordance with the Participant's investment election, as provided in Section 4.4(b). Until such Participant shall make an effective election under this Section, such contributions shall be invested in the default Investment Fund(s) in accordance with Section 4.4(e).

(b) **Loans.** In any case where an Eligible Employee has taken a Plan loan in accordance with Section 6.7, the Eligible Employee is deemed to have directed the investment of the outstanding balance of such loan in a loan fund in the Eligible Employee's Account.

4.4 **Participant Directed Investments.**

(a) **Section 404(c) Provisions.** The Plan is intended to constitute a plan described in ERISA section 404(c) and the regulations thereunder. As a result, with respect to elections described in the Plan and any other exercise of control by a Participant or his Beneficiary over assets in the Participant's Account, such Participant or Beneficiary shall be solely responsible for such actions, and neither the Company,

32

AA-SCANLAN-0013895

the Plan Administrator, any investment manager nor any other person or entity shall be liable for any loss or liability that results from such Participant's or Beneficiary's exercise of control. In order to satisfy the requirements of ERISA section 404(c):

(1)     The Company shall provide each Participant or Beneficiary the information described in DOL Reg. section 2550.404c-1(b)(2)(i)(B)(1). Upon request by a Participant or Beneficiary, the Company shall provide the information described in DOL Reg. section 2550.404c-1(b)(2)(i)(B)(2).

(2)     The Company may take such other actions or implement such other procedures as it deems necessary or desirable in order that the Plan comply with ERISA section 404(c).

(b)     **Investment Elections.** Each Participant shall make an investment election pursuant to procedures prescribed by the Plan Administrator directing the manner in which any contributions made to the Plan on his behalf shall be invested. A Participant's investment election shall specify the percentage, in one percent (1%) increments, of such contributions that shall be allocated to one (1) or more of the Investment Funds selected by the Plan Administrator, with the sum of such percentages equaling one hundred percent (100%). A Participant may change his investment election at any time pursuant to procedures prescribed by the Plan Administrator. A Participant's change of investment election may be made effective as soon as reasonably practicable after the Plan Administrator or its designated representative receives the Participant's instructions.

(1)     **Investment of Loan Proceeds.** Amounts received in repayment of a loan will be invested according to procedures prescribed by the Plan Administrator.

(2)     **Legally Incompetent Participant.** If a Participant is legally incompetent, the guardian or conservator of his estate has the right to direct the investment of his Account on his behalf pursuant to procedures prescribed by the Plan Administrator.

(3)     **Investment Election Remains in Effect.** Any Participant investment election filed with the Plan Administrator or its designed representative, as applicable, remains in effect until a new investment election is accepted by the Plan Administrator or its designated representative, as applicable.

(c)     **Investment Funds.** Subject to rules set forth in Appendix B, the Plan Administrator shall determine the number and type of Investment Funds and select the investments for such Investment Funds. The Plan Administrator shall communicate the same and any changes therein in writing to the Trustee. Each Investment Fund shall be held and administered as a separate, trust fund,

33

AA-SCANLAN-0013896

including a common trust fund. The interest of each Participant or Beneficiary under the Plan in an Investment Fund shall be an undivided interest.

(d) **Election to Transfer Between Funds.** Subject to the restrictions pertaining to the Frozen Company Stock Fund set forth in Appendix B, a Participant may elect at any time to transfer investments from any Investment Fund to any other Investment Fund pursuant to procedures prescribed by the Plan Administrator. Subject to any restrictions pertaining to a particular Investment Fund, a Participant's transfer election may be made effective as soon as reasonably practicable after the Plan Administrator or its designated representative receives the Participant's instructions in accordance with procedures prescribed by the Plan Administrator.

(e) **Deposit of Contributions.** All contributions made to the Plan on a Participant's behalf shall be deposited in the Trust and allocated among the Investment Funds in accordance with the Participant's currently effective investment election. Until such Participant shall make an effective election under this Section, such contributions shall be invested in the default Investment Fund(s) selected by the Plan Administrator.

(f) **Right to Override Investment Election.** The Plan Administrator is authorized to establish rules and procedures that impose or implement restrictions or limitations on Participant investment elections and/or directions (such as rules restricting the number of times a Participant may move in and out of an Investment Fund within a particular period or rules implementing redemption fees). For example, the Plan Administrator or Trustee may decline to implement investment instructions that might (1) result in a prohibited transaction under ERISA section 406 or Code section 4975, (2) generate taxable income to the Trust, (3) violate applicable federal securities laws, or (4) violate the policies or procedures of a registered mutual fund or other investment option under the Plan.

(g) **Self-Directed Brokerage Account.** A self-directed brokerage account shall be made available to Participants. A Participant may invest up to ninety-five percent (95%) of his Account balance through a self-directed brokerage account, subject to such rules and restrictions as the Plan Administrator, or its authorized representative, may establish from time to time on a uniform and nondiscriminatory basis. Neither the self-directed brokerage account nor any investment selected by a Participant as an investment under the self-directed brokerage account is a "designated investment alternative" for purposes of ERISA section 404(c) and DOL Reg. sections 2550.404a-5 and 2550.404c-1. To the extent that a Participant directs the investment of any portion of his or her Account in an investment available under a self-directed brokerage account, the Participant is the named fiduciary of the Plan (within the meaning of ERISA sections 402 and 403(a)(1)) with respect to selecting and monitoring the investments, directing the Plan Administrator, or its authorized representative, with respect to such investments, and exercising voting or other rights with respect to such investments.

34

AA-SCANLAN-0013897

(h)     **Managed Accounts.** A managed account program shall be made available to participants. In accordance with procedures prescribed by the Plan Administrator, Participants may elect to take advantage of services provided by an investment adviser independent of the Company and its affiliates who may provide advice to Participants as to the investment of their Accounts or who may exercise investment discretion over the investment of the Account as directed by the Participant.

35

969

AA-SCANLAN-0013898

## ARTICLE V
## VESTING

5.1 **Vesting of Employee Contribution Accounts.** A Participant is always fully vested in his Before-Tax Contributions (including Catch-Up Contributions), Roth 401(k) Contributions (including Roth Catch-Up Contributions), After-Tax Contributions, Rollover Contributions, and Roth Rollover Contributions sub-accounts.

5.2 **Vesting of Employer Contribution Accounts.** A Participant is always fully vested in his Pilot Company Contributions and Qualified Non-Elective Employer Contributions sub-accounts.

5.3 **Change in Vesting Schedule.** If the Plan's vesting schedule is amended or the Plan is amended in any way that directly or indirectly affects the computation of a Participant's vesting percentage, each Participant who has at least three (3) years of service (without regard to any service disregarded pursuant to Code section 411(a)(4)) may elect to have his vesting percentage determined under the pre-amendment vesting program. Such an election must be made within sixty (60) days after the latest of (1) the amendment adoption date, (2) the amendment effective date, or (3) the date the Participant is given written notice of the amendment by the Employer. No amendment to the Plan may have the effect of decreasing a Participant's vesting percentage determined without regard to such amendment as of the later of the date the amendment is adopted or the date such amendment becomes effective. In the event that a Participant who is eligible to make an election under this Section fails to make such an election, the Participant shall be deemed to have made such an election to have his vesting percentage determined under the pre-amendment vesting schedule if his vested interest under the pre-amendment vesting schedule would be greater than under the post-amendment vesting schedule immediately after the effective date of such amendment. Notwithstanding any provision to the contrary, in no event shall a change in the vesting schedule result in a cutback in violation of Treas. Reg. section 1.411(d)-3(a)(3).

5.4 **Vesting Schedules Applicable to Transferred Accounts.** If an alternate vesting schedule is applicable to the employer contribution portion of any account that is transferred to the Plan from a plan maintained by the Company or an Affiliate, then such vesting schedule, and the rules related thereto, shall be set forth in an appendix to this Plan.

36

970

AA-SCANLAN-0013899

## ARTICLE VI
## IN-SERVICE WITHDRAWALS AND LOANS

6.1 **In-Service Withdrawals in Accordance With Procedures Adopted by the Plan Administrator.** A request for an in-service withdrawal must be made in accordance with this Article VI and rules and procedures prescribed by the Plan Administrator. An in-service distribution shall be paid in the form of a lump sum.

6.2 **In-Service Withdrawals Upon Attaining Age 59½.** An Employee may withdraw all or any portion of his vested Account after attaining age 59½. Spousal consent is required in order to withdraw any amount that is subject to the provisions of Appendix E.

6.3 **In-Service Withdrawal of After-Tax and Rollover Contributions.** An Employee may withdraw all or any portion of amounts credited to his After-Tax Contributions sub-account, his Rollover Contributions sub-account, his After-Tax Rollover Contributions sub-account and the portion of his Roth Rollover Contributions sub-account attributed to amounts rolled over from another qualified plan or a traditional IRA, at any time.

6.4 **In-Service Withdrawal for Disabled Participants.** An Active Participant who becomes a Disabled Participant may withdraw all or any portion of his vested Account at any time after becoming a Disabled Participant. Spousal consent is required in order to withdraw any amount that is subject to the provisions of Appendix E.

6.5 **In-Service Withdrawal For Hardship.**

(a) **General Rule.** Subject to the provisions of this Section 6.5 and Section B.4 of Appendix B, an Employee, upon written application, may request a hardship withdrawal from his Before-Tax Contributions, Catch-Up Contributions, Roth 401(k) Contributions, and Roth Catch-Up Contributions (excluding earnings) on account of a hardship if:

(1) The Employee has an immediate and heavy financial need; and

(2) The withdrawal is necessary to satisfy the immediate and heavy financial need.

(b) **Approval of Hardship Withdrawal.** The Plan Administrator or its delegate must approve each hardship withdrawal request.

(c) **Immediate and Heavy Financial Need.** Under Section 6.5(a)(1), a withdrawal is treated as on account of an immediate and heavy financial need of the Employee if the withdrawal is on account of:

(1) Deductible medical expenses described in Code section 213(d), determined without regard to whether the expenses exceed seven and one-

37

AA-SCANLAN-0013900

half percent (7.5%) of adjusted gross income, incurred by the Employee, or by the Employee's Spouse, dependents, or primary Beneficiary;

(2)     The purchase (excluding mortgage payments) of a principal residence of the Employee;

(3)     Payment of tuition, related educational fees, and/or room and board for up to the next 12 months of post-secondary education for the Employee, or the Employee's Spouse, children, dependents (as defined in Code section 152, determined without regard to Code sections 152(b)(1), (b)(2), and (d)(1)(B)), or primary Beneficiary;

(4)     The need to prevent the eviction of the Employee from his principal residence or foreclosure on the mortgage of the Employee's principal residence;

(5)     Payment for burial or funeral expenses for the Employee's deceased parent, Spouse, children or dependents (as defined in Code section 152, determined without regard to Code section 152(d)(1)(B)), or primary Beneficiary;

(6)     Expenses for the repair of damage to the Employee's principal residence that would qualify for the casualty deduction under Code section 165, determined without regard to whether the loss exceeds ten percent (10%) of adjusted gross income; and

(7)     Any other financial need considered immediate and heavy under applicable IRS guidance.

(d)     **Necessary to Satisfy Financial Need.** Under Section 6.5(a)(2), a distribution is treated as necessary to satisfy an immediate and heavy financial need of an Employee only if:

(1)     The distribution is not in excess of the amount of the immediate and heavy financial need of the Employee, including amounts necessary to pay any federal, state, or local income taxes or penalties reasonably anticipated to result from the distribution; and

(2)     The Employee has obtained all distributions, other than hardship distributions, and all nontaxable loans currently available under all plans of the Employer.

(e)     **Suspension and Limitation of Employee Contributions.** An Employee's employee contributions described in Section 3.1 of this Plan and all other plans, except Code section 125 plans, maintained by the Employer, must be suspended for six (6) months after receipt of the hardship distribution.

38

AA-SCANLAN-0013901

(f)     **Resumption of Employee Contributions.** At the expiration of the suspension period described in Section 6.5(e),

      (1)     The rate of employee contributions described in Plan Section 3.1 in the Plan's records immediately prior to the beginning of the suspension period, if any, will automatically resume, provided the Employee is an Eligible Employee at the expiration of the suspension period; and

      (2)     The Employee must affirmatively elect to resume participation in the annual automatic increase programs described in Section 3.1(c) after the expiration of the suspension period, provided the Employee is an Eligible Employee as the time such affirmative election is made.

6.6     **Direct Rollover of In-Service Withdrawal.** An Employee may roll over an in-service withdrawal, other than a withdrawal pursuant to Section 6.5 or 6.7, into another tax-qualified plan or individual retirement account in accordance with the provisions of Section 7.6.

6.7     **Plan Loans.**

(a)     **General Rules.** An Employee may take a loan from his Account in accordance with the terms of loan procedures adopted by the Plan Administrator and incorporated into this Plan by reference. Notwithstanding the foregoing, although amounts in a Participant's Account or sub-account that are subject to the qualified joint and survivor annuity rules in Appendix E are not eligible for loans, such amounts are taken into consideration when determining the amount available for taking a loan. A loan is allocated to the Account of the Employee to whom the loan is made and repayment of principal and interest on the loan is allocated to the subaccounts within the Employee's Account in the proportion in which the funds were borrowed. Loan repayments will be suspended under this Plan (a) for up to twelve (12) months during an authorized non-military leave of absence, and (b) as permitted under Code section 414(u)(4) for a military leave of absence.

(b)     **Loan Terms and Conditions.** The Plan Administrator shall prescribe the terms and conditions of any Plan loan, but in any event the following shall apply:

      (1)     The minimum loan amount available under the Plan shall be no less than $1,000.

      (2)     The interest rate on any loan to a Participant shall be a reasonable interest rate commensurate with current interest rates charged for loans made under similar circumstances by banking or financial institutions.

      (3)     A Participant shall not have more than two (2) loans outstanding at any given point in time.

AA-SCANLAN-0013902

(4)     The term of any loan shall be no greater than five (5) years, except in the case of a loan used to acquire any dwelling unit which within a reasonable time is to be used (determined at the time the loan is made) as a principal residence of the Participant.

(5)     The amount of any loan to a Participant (when added to the outstanding balance of all other loans to such Participant from the Plan or any other plan maintained by the Company or a Related Company) shall not exceed the lesser of:

    (A)     $50,000, reduced by the excess of (i) the highest outstanding balance of any other loan to the Participant from the Plan or any other plan maintained by the Company or an Affiliate during the preceding 12-month period, over (ii) the outstanding balance of loans to the Participant from the Plan or any other plan maintained by the Company or an Affiliate on the date on which such loan was made; or

    (B)     Fifty percent (50%) of the Participant's vested interest in his Account and his vested interest in all other plans maintained by the Company or an Affiliate.

(6)     Except as otherwise permitted under Treasury regulations, substantially level amortization shall be required over the term of the loan with payments made not less frequently than quarterly.

(7)     Each loan shall be secured by one-half of the borrowing Participant's entire interest under the Plan, in addition to any other security required by the Plan Administrator. A Participant who is married and has amounts credited to his Account that are subject to the annuity distribution requirements of Code sections 401(a)(11) and 417 must obtain the written consent of his Spouse to pledge such amounts as security for the loan, and, to the extent necessary, if consent of the Spouse is not obtained, no loan will be made to such Participant. The consent of the Spouse must be witnessed by a notary public.

(8)     Loans shall not be made available to Highly Compensated Employees in an amount greater than the amount available to other Eligible Employees.

6.8     **In-Plan Rollover to Roth Rollover Contributions Sub-Account.** A Distributee, as defined in Section 7.6(b), may elect to transfer an Eligible Rollover Distribution (excluding outstanding loan balances, Roth 401(k) Contributions, Roth Catch-Up Contributions, and gains and losses thereto) as defined in Section 7.6(b), directly or indirectly to a Roth Rollover Contributions sub-account, in accordance with procedures adopted by the Plan Administrator and Code section 402A(c)(4) and Internal Revenue Service guidance thereunder. In addition, a Distributee may elect to transfer all or a portion of his vested Envoy Matching Contributions, vested Company Matching

40

974

AA-SCANLAN-0013903

Contributions, Non-Elective Employer Contributions, Before-Tax Contributions, or Catch-Up Contributions to his Roth Rollover Contributions sub-account. Amounts transferred to the Roth Rollover Contributions sub-account pursuant to this Section 6.8 shall be invested in the same Investment Funds in which they were invested prior to the transfer, subject to the Participant's subsequent investment election, and shall be subject to the same distribution rules that applied prior to the transfer. The Plan will maintain such records as are necessary for the proper reporting of such transferred amount.

6.9 **Qualified Military Service Distribution.** In accordance with the Heroes Earnings Assistance and Relief Tax Act of 2008 (the "HEART Act"), in the event that a Participant engages in qualified military service as defined in Code section 414(u), the Participant shall be treated as having severed from employment with the Employer during any period of qualified military service and shall be permitted to receive a distribution from his Account during such period of qualified military service, provided that the Participant may not make contributions to the Plan pursuant to Section 3.1 during the 6-month period beginning on the date of the distribution.

41

AA-SCANLAN-0013904

## ARTICLE VII
## DISTRIBUTIONS UPON TERMINATION FROM EMPLOYMENT

7.1  **Distributions Upon Termination From Employment.** Upon a Participant's bona fide Termination From Employment, he becomes eligible to elect a distribution of his vested Account in accordance with this Article VII. However, if a Participant incurs a bona fide Termination From Employment but dies before the date that a distribution is deposited in the mail or otherwise transmitted to him, his vested Account will be paid to his Beneficiary in accordance with Article VIII.

7.2  **Participant Elected Benefit Payments.** As soon as administratively practicable after a Participant's bona fide Termination From Employment, unless the provisions of Sections 7.3, 7.4 or 7.5 apply, he may elect to receive a distribution of his vested Account in accordance with the following provisions:

    (a)  **Commencement Date.** No distribution may be made without Participant consent prior to his Required Beginning Date. In addition, and to the extent not otherwise required by law, no distribution of benefits from the Plan will commence earlier than thirty (30) days after a Participant incurs a bona fide Termination From Employment.

    (b)  **Forms of Payment for Amounts Other Than Annuity Protected Contributions.**

        (1)  **Full Lump Sum.** A Participant who incurs a Termination From Employment may elect a full distribution of his Account in the form of a full lump sum.

        (2)  **Partial Lump Sum.** A Participant who incurs a Termination From Employment may elect a partial distribution of his Account in the form of a partial lump sum.

        (3)  **Installments.** A Participant who incurs a Termination From Employment may elect to receive periodic distributions from his Account made in regular intervals, subject to certain limitations as prescribed by the Plan Administrator.

    Except as provided in Section B.5 of Appendix B, distributions shall be made in cash.

    (c)  **Form of Payment for Annuity Protected Contributions.** Any portion of a Participant's Account that is subject to the annuity distribution requirements of Code sections 401(a)(11) and 417 shall be distributed in accordance with the terms and conditions set forth in Appendix E.

    (d)  **Valuation Date.** The value of the Participant's Account to be distributed is determined, to extent possible, as of the effective date of the distribution.

42

AA-SCANLAN-0013905

7.3 **Small Benefits.** Notwithstanding Section 7.2, if the value of a Participant's vested Account (including Rollover Contributions) as of any Valuation Date following his Termination From Employment is less than or equal to $5,000, the vested Account may be distributed without the Participant's consent. In the event of a distribution pursuant to the preceding sentence of an amount greater than $1,000, if the Participant does not elect to have such distribution paid directly to an Eligible Retirement Plan specified by the Participant, pursuant to Section 7.6, or to receive the distribution directly, pursuant to Section 7.2, then the Plan shall pay the distribution in a direct rollover to an individual retirement plan designated by the Plan Administrator.

7.4 **Minimum Required Distributions Under Code Section 401(a)(9).** The provisions of this article shall apply for purposes of determining required minimum distributions from the Plan, and shall supersede any inconsistent provisions of the Plan.

(a) **Definitions.** For purposes of this Article, the following terms have the following meanings.

(1) **"Designated Beneficiary"** means the individual who is designated as the Beneficiary pursuant to the terms of the Plan and is the Designated Beneficiary under Code section 401(a)(9) and Treas. Reg. section 1.401(a)(9)-4, Q&A-4.

(2) **"Distribution Calendar Year"** means a calendar year for which a minimum distribution is required. For distributions beginning before the Participant's death, the first Distribution Calendar Year is the calendar year immediately preceding the calendar year that contains the Participant's Required Beginning Date. For distributions beginning after the Participant's death, the first Distribution Calendar Year is the calendar year in which distributions are required to begin under subsection (b)(2), below. The required minimum distribution for the Participant's first Distribution Calendar Year shall be made on or before the Participant's Required Beginning Date. The required minimum distribution for other Distribution Calendar Years, including the required minimum distribution for the Distribution Calendar Year in which the Participant's required beginning date occurs, shall be made on or before December 31 of that Distribution Calendar Year.

(3) **"Life Expectancy"** of a Participant or the Participant's Designated Beneficiary means the life expectancy as computed by use of the Single Life Table in Treas. Reg. section 1.401(a)(9)-9.

(4) **"Account Balance"** means the account balance of the Participant's Account as of the last valuation date in the calendar year immediately preceding the Distribution Calendar Year (valuation calendar year) increased by the amount of any contributions made and allocated to the Account Balance as of the dates in the valuation calendar year after the

43

AA-SCANLAN-0013906

valuation date and decreased by distributions made in the valuation calendar year after the valuation date. The Account Balance for the valuation calendar year includes any amounts rolled over or transferred to the Plan either in the valuation calendar year or in the Distribution Calendar Year if distributed or transferred in the valuation calendar year.

(5) **"Required Beginning Date"** means April 1 of the calendar year following the later of (a) the calendar year in which the Participant attains age 70½, or (b) the calendar year in which the Participant Terminates From Employment. However, clause (b) does not apply in the case of a Participant who is a 5-Percent Owner.

(b) **Time and Manner of Distribution.**

(1) **Required Beginning Date.** To the extent a Participant's entire interest has not been forfeited pursuant to Section 9.5 prior to the Participant's Required Beginning Date, such interest shall be distributed, or begin to be distributed, to the Participant no later than the Participant's Required Beginning Date.

(2) **Death of Participant Before Distributions Begin.** If the Participant dies before distributions begin, the Participant's entire interest shall be distributed, or begin to be distributed, no later than as follows:

(A) If the Participant's surviving Spouse is the Participant's sole Designated Beneficiary, then distributions to the surviving Spouse shall begin by December 31 of the calendar year immediately following the calendar year in which the Participant died, or by December 31 of the calendar year in which the Participant would have attained age 70 ½, if later.

(B) If the Participant's surviving Spouse is not the Participant's sole Designated Beneficiary, then distributions to the Designated Beneficiary shall begin by December 31 of the calendar year immediately following the calendar year in which the Participant died.

(C) If there is no Designated Beneficiary as of September 30 of the year following the year of the Participant's death, the Participant's entire interest shall be distributed by December 31 of the calendar year containing the fifth anniversary of the Participant's death.

(D) If the Participant's surviving Spouse is the Participant's sole Designated Beneficiary and the surviving Spouse dies after the Participant but before distributions to the surviving Spouse begin,

44

AA-SCANLAN-0013907

this subsection (b)(2), other than subsection (b)(2)(A), shall apply as if the surviving Spouse were the Participant.

For purposes of this subsection (b)(2) and subsection (d), unless subsection (b)(2)(D) applies, distributions are considered to begin on the Participant's Required Beginning Date. If subsection (b)(2)(D) applies, distributions are considered to begin on the date distributions are required to begin to the surviving Spouse under subsection (b)(2)(A). If distributions under an annuity purchased from an insurance company irrevocably commence to the Participant before the Participant's Required Beginning Date (or to the Participant's surviving Spouse before the date distributions are required to begin to the surviving Spouse under subsection (b)(2)(A)), the date distributions are considered to begin is the date distributions actually commence.

(3)     **Forms of Distribution.** Unless the Participant's interest is distributed in the form of an annuity purchased from an insurance company or in a single sum on or before the Required Beginning Date, as of the first Distribution Calendar Year distributions shall be made in accordance with subsections (c) and (d), below. If the Participant's interest is distributed in the form of an annuity purchased from an insurance company, distributions thereunder shall be made in accordance with the requirements of Code section 401(a)(9) and the Treasury Regulations thereunder.

Distributions required to commence under this Section shall be determined and made in accordance with Code section 401(a)(9) and the Treasury Regulations issued thereunder.

(c)     **Required Minimum Distributions During Participant's Lifetime.**

(1)     **Amount of Required Minimum Distribution for Each Distribution Calendar Year.** During the Participant's lifetime, the minimum amount that shall be distributed for each Distribution Calendar Year is the lesser of:

(A)     The quotient obtained by dividing the Participant's Account Balance by the distribution period in the Uniform Lifetime Table set forth in Treas. Reg. section 1.401(a)(9)-9, using the Participant's age as of the Participant's birthday in the Distribution Calendar Year; or

(B)     If the Participant's sole Designated Beneficiary for the Distribution Calendar Year is the Participant's Spouse, the quotient obtained by dividing the Participant's Account Balance by the number in the Joint and Last Survivor Table set forth in Treas. Reg. section

45

AA-SCANLAN-0013908

1.401(a)(9)-9, using the Participant's and Spouse's attained age as of the Participant's and Spouse's birthdays in the Distribution Calendar Year.

(2) **Lifetime Required Minimum Distributions Continue Through Year of Participant's Death.** Required minimum distributions shall be determined under this subsection (c) beginning with the first Distribution Calendar Year and up to and including the Distribution Calendar Year that includes the Participant's date of death.

(d) **Required Minimum Distributions After Participant's Death.**

(1) **Death On or After Distributions Begin.**

(A) **Participant Survived by Designated Beneficiary.** If the Participant dies on or after the date distributions begin (and before his entire interest in the Plan has been distributed) and there is a Designated Beneficiary, the minimum amount that shall be distributed for each Distribution Calendar Year after the year of the Participant's death is the quotient obtained by dividing the Participant's Account Balance by the longer of the remaining Life Expectancy of the Participant or the remaining Life Expectancy of the Participant's Designated Beneficiary, determined as follows:

(i) The Participant's remaining Life Expectancy is calculated using the age of the Participant in the year of death, reduced by one (1) for each subsequent year.

(ii) If the Participant's surviving Spouse is the Participant's sole Designated Beneficiary, the remaining Life Expectancy of the surviving Spouse is calculated for each Distribution Calendar Year after the year of the Participant's death using the surviving Spouse's age as of the Spouse's birthday in that year. For Distribution Calendar Years after the year of the surviving Spouse's death, the remaining Life Expectancy of the surviving Spouse is calculated using the age of the surviving Spouse as of the Spouse's birthday in the calendar year of the Spouse's death, reduced by one (1) for each subsequent calendar year.

(iii) If the Participant's surviving Spouse is not the Participant's sole Designated Beneficiary, the Designated Beneficiary's remaining Life Expectancy is calculated using the age of the Designated Beneficiary in the year following the year

46

AA-SCANLAN-0013909

of the Participant's death, reduced by one (1) for each subsequent year.

(B) **No Designated Beneficiary.** If the Participant dies on or after the date distributions begin and there is no Designated Beneficiary as of September 30 of the year after the year of the Participant's death, the minimum amount that shall be distributed for each Distribution Calendar Year after the year of the Participant's death is the quotient obtained by dividing the Participant's Account Balance by the Participant's remaining Life Expectancy calculated using the age of the Participant in the year of death, reduced by one (1) for each subsequent year.

(2) **Death Before Date Distributions Begin.**

(A) **Participant Survived by Designated Beneficiary.** If the Participant dies before the date distributions begin and there is a Designated Beneficiary, the minimum amount that shall be distributed for each Distribution Calendar Year after the year of the Participant's death is the quotient obtained by dividing the Participant's Account Balance by the remaining Life Expectancy of the Participant's Designated Beneficiary, determined as provided in subsection (d)(1).

(B) **No Designated Beneficiary.** If the Participant dies before the date distributions begin and there is no Designated Beneficiary as of September 30 of the year following the year of the Participant's death, distribution of the Participant's entire interest shall be completed by December 31 of the calendar year containing the fifth anniversary of the Participant's death.

(C) **Death of Surviving Spouse Before Distributions to Surviving Spouse are Required to Begin.** If the Participant dies before the date distributions begin, the Participant's surviving Spouse is the Participant's sole Designated Beneficiary, and the surviving Spouse dies before distributions are required to begin to the surviving Spouse under subsection (b)(2)(A), this subsection (d)(2) shall apply as if the surviving Spouse were the Participant.

7.5 **Required Commencement Under Code Section 401(a)(14).** If a Participant does not timely elect a different commencement date, and if the Participant's vested Account is not paid sooner under another benefit payment provision, his Account must commence to be paid on or before the sixtieth (60th) day following the close of the Plan Year in which occurs the latest of the following dates: (1) the date the Participant attains his Normal Retirement Date; (2) the tenth (10th)anniversary of the Participant's first participation in the Plan; and (3) the Participant's Termination From Employment. For purposes of this

47

AA-SCANLAN-0013910

provision, if a Participant does not file a benefit election form, he will be deemed to have elected to defer the payment of his benefit.

7.6 **Rollover to Another Plan or IRA.**

    (a)   **General Rule.** A Distributee may elect, at the time and in the manner prescribed by the Plan Administrator, to have all or any portion of an Eligible Rollover Distribution paid directly to an Eligible Retirement Plan specified by the Distributee in a Direct Rollover. The Plan Administrator is not responsible for assuring that the Distributee is eligible to make a Direct Rollover under this Section. For purposes of this Section, the following definitions apply:

    (b)   **Definitions.**

        (1)   **"Eligible Rollover Distribution"** means a distribution of all or any portion of the balance to the credit of the Distributee, except that an Eligible Rollover Distribution does not include: (1) any distribution that is one of a series of substantially equal periodic payments (not less frequently than annually) made for the life (or life expectancy) of the Distributee or the joint lives (or joint life expectancies) of the Distributee and the Distributee's Beneficiary, or for a specified period of ten (10) years or more; (2) any distribution to the extent such distribution is required under Code section 401(a)(9); and (3) a hardship distribution.

            A portion of a distribution shall not fail to be an "eligible rollover distribution" merely because the portion consists of after-tax employee contributions which are not includible in gross income. However, such portion may be transferred only (i) to an individual retirement account or annuity described in Code section 408(a) or (b), or to a qualified plan described in Code section 401(a) or 403(a), or (ii) directly to an annuity contract described in Code section 403(b), and such plan or contract agrees to separately account for amounts so transferred (and earnings thereon), including separately accounting for the portion of such distribution which is includible in gross income and the portion of such distribution which is not so includible.

        (2)   **"Eligible Retirement Plan"** means an individual retirement account described in Code section 408(a), an individual retirement annuity described in Code section 408(b), an annuity plan described in Code section 403(a), an annuity contract described in Code section 403(b), a Roth IRA described in Code section 408A (subject to the limitations set forth therein), and an eligible plan under Code section 457(b) that is maintained by a state, political subdivision of a state, or any agency or instrumentality of a state or political subdivision of a state and which agrees to separately account for amounts transferred into such plan from

AA-SCANLAN-0013911

this Plan, or a qualified trust described in Code section 401(a) that accepts the Distributee's Eligible Rollover Distribution.

(3) **"Distributee"** means a Participant, the Participant's Spouse or surviving Spouse, the Participant's Spouse or former Spouse who is the Alternate Payee, and a non-Spouse Beneficiary (subject to the rules set forth in subsection (c) below).

(4) **"Direct Rollover"** means a payment by the Plan directly to the Eligible Retirement Plan specified by the Distributee.

(c) **Special Rule for Non-Spousal Beneficiaries.** A Participant's non-Spouse Beneficiary is a Distributee and may elect to transfer an Eligible Rollover Distribution via a Direct Rollover to an IRA described in Code section 408(a) or (b) that will be treated as an inherited IRA within the meaning of Code section 408(d)(3)(C). A trust can be a designated Beneficiary if it meets the requirements of Code section 401(a)(9)(E).

49

AA-SCANLAN-0013912

## ARTICLE VIII
## BENEFICIARIES AND QDROs

8.1 **Designation of Beneficiary.** Each Participant may designate one (1) or more Beneficiaries to receive the Participant's vested Account in the event of the Participant's death.

    (a) **No Designation.** If the Participant dies without having filed a Beneficiary designation, the Trustee will distribute the Participant's Account to the Participant's surviving Spouse or, if none, to the surviving children in equal proportions or, if none, to the Participant's estate.

    (b) **Spouse of a Married Participant.** If a Participant has a Spouse, it is the duty of the Participant to notify the Plan Administrator.

        (1) **Spousal Consent Requirements.** The Spouse must be the sole Beneficiary of a married Participant unless the Spouse has (A) consented in writing to a different non-Spouse Beneficiary (including any class of Beneficiaries or contingent Beneficiaries) that may not be modified without subsequent spousal consent (unless such modification results in the Spouse becoming the sole primary Beneficiary) and (B) acknowledged the effect of such election. The consent and acknowledgement must be witnessed by a notary public. The consent of a Spouse to a non-Spouse Beneficiary is applicable only to that Spouse.

        (2) **Consent of Spouse Unnecessary.** The consent of the Spouse is not necessary if it is established to the satisfaction of the Plan Administrator that there is no Spouse, the Spouse cannot reasonably be located, or for such other reasons as Treasury Regulations may prescribe. If the Spouse of a Participant later becomes locatable, it is the duty of the Participant to bring that fact to the attention of the Plan Administrator. Upon being notified of the existence of a Spouse and subject to the rules in Section 9.2, the Plan Administrator will provide the Spouse with the consent procedures described in this Section.

    (c) **Deemed Revocation of Spousal Beneficiary Designation Upon Divorce.** Upon a Participant's divorce, a Participant's Beneficiary designation is deemed invalid to the extent it designates a Participant's former Spouse as the Beneficiary. This provision does not prohibit a Participant from filing a new Beneficiary designation after his divorce that designates the former Spouse as Beneficiary. Notwithstanding the foregoing, a former Spouse designated as a Beneficiary will be treated as a Beneficiary to the extent provided for in an order described in Section 8.5.

50

AA-SCANLAN-0013913

8.2 **Amount of Death Benefit.** A Participant's death benefit consists solely of the Participant's vested Account. For purposes of this Article, the value of a Participant's Account is determined as of the effective date of the distribution in accordance with procedures adopted by the Plan Administrator.

8.3 **Form of Death Benefit.** The following rules apply to death benefits payable from the Plan:

    (a) A Beneficiary may elect that the death benefit be payable in the form of a lump sum. If the Participant dies before distribution of his Account has begun, distribution of the Participant's entire interest shall be completed by December 31 of the calendar year containing the fifth anniversary of the Participant's death.

    (b) Notwithstanding any provision to the contrary, distributions made to a Beneficiary after the death of the Participant shall be made in accordance with Code section 401(a)(9) and the regulations thereunder, including the incidental death benefit provision of Code section 401(a)(9)(G), which are incorporated by reference.

    (c) A Beneficiary may elect to roll over any death benefit in accordance with Section 7.6.

    (d) Notwithstanding any provision to the contrary, if the Participant dies before distributions have begun, and his Account (including Rollover Contributions) does not exceed $5,000, his Account shall be distributed to the Beneficiary as soon as administratively practicable after the participant's death but no later than December 31 of the calendar year containing the fifth (5th) anniversary of the Participant's death.

8.4 **Death of Beneficiary.** The following rules apply to death benefits payable from the Plan. If a primary Beneficiary dies before payment of the death benefit, the vested Account will be paid to any remaining primary Beneficiaries, and if there are no such remaining primary Beneficiaries, to any designated contingent Beneficiaries, and if there are no such contingent Beneficiaries, to the Beneficiary's estate. Payments will be made as soon as administratively practicable, but in no event later than December 31 of the calendar year that contains the fifth (5th) anniversary of the death of the Participant.

8.5 **Qualified Domestic Relations Order.** The Plan Administrator has established procedures to determine whether a domestic relations order is a Qualified Domestic Relations Order and to administer distributions under such a Qualified Domestic Relations Order. The cost for determining whether a domestic relations order is a Qualified Domestic Relations Order may be charged to the Account of the Participant to which the determination relates. Any amount payable to an Alternate Payee pursuant to a domestic relations order may be distributed to the Alternate Payee prior to the Participant's earliest retirement age, as defined in Code section 414(p)(4)(B).

AA-SCANLAN-0013914

8.6  **Pre-Retirement Death Benefit for a Participant Who Dies During Military Service.**
The Beneficiary of a Participant on a leave of absence to perform military service with
reemployment rights described in Code Section 414(u), where the Participant cannot
return to employment on account of his death while performing qualified military service,
shall be entitled to any additional benefits (other than benefit accruals relating to the
period of qualified military service) that would be provided under the Plan had the
Participant resumed employment and immediately terminated on account of death, in
accordance with Code Section 401(a)(37).

52

AA-SCANLAN-0013915

## ARTICLE IX
## OTHER PAYMENT PROVISIONS

9.1 **Payments to Minors and Incompetents.** Upon proof satisfactory to the Plan Administrator that any person entitled to receive a payment under the Plan is legally incompetent, including by reason of being a minor, the Plan Administrator may direct that distributions be made in any one (1) or more of the following ways:

    (a)    To his Spouse, child, parent, other blood relative, or dependent whom he has the duty to support;

    (b)    To his legal guardian or conservator; or

    (c)    To any other person, including a recognized charity or governmental institution, to be held and used for his benefit.

The decision of the Plan Administrator is final and binding upon all parties. The Plan Administrator is not obliged to see to the proper application or expenditure of any payments so made.

9.2 **Discharge of Obligation.** All payments from the Plan constitute a complete discharge of the obligations of the Plan, the Plan Administrator, the Trustee, and other fiduciaries to the extent of the portion of the Account paid; provided, however, that a Participant's or Beneficiary's right to file a claim for benefits under the Plan shall be governed by Section 10.7. The Plan Administrator may require the payee, as a condition precedent to any payment, to provide any documentation or information that it deems necessary and appropriate.

9.3 **Nonalienation.** Except to the extent provided under ERISA section 206(d) or Code section 401(a)(13), including payments made in accordance with Section 8.5, no benefit payable under the Plan may be subject in any manner to anticipation, sale, transfer, assignment, pledge, encumbrance, security interest or charge, and any attempt to anticipate, alienate, sell, transfer, assign, pledge, encumber, charge, or grant a security interest in the same is void and of no effect; nor may any such benefit be in any manner liable for or subject to the debts, contracts, liabilities, engagements or torts of the person entitled to such benefit.

9.4 **Withholding Taxes.** The Plan Administrator may make any appropriate arrangements to deduct from all amounts paid under the Plan any taxes required to be withheld by any government or government agency. The Participant bears all taxes on amounts paid under the Plan to the extent that no taxes are withheld, irrespective of whether withholding is required

9.5 **Missing Persons.** If, after making a reasonably diligent effort, the Plan Administrator is unable to locate a Participant or Beneficiary who is entitled to receive any property which constitutes all or part of a Plan benefit, then the Plan Administrator may (but need not)

AA-SCANLAN-0013916

cause any such property to be forfeited. In the event that such Participant or Beneficiary thereafter makes a claim for such property, the Plan Administrator shall reinstate such property (without income, gains or other adjustment) by making a special contribution to the Plan as soon as reasonably practicable after such claim is made. Any forfeitures made pursuant to this Section 9.5 shall remain in the Trust Fund and shall be applied first to restore the Account of the missing Participant in accordance with this Section 9.5, and then to reduce future Non-Elective Employer Contributions under the Plan for the Plan Year during which the forfeiture occurs.

9.6 **Clerical Errors or Omissions.** Clerical errors or omissions in information provided to a Participant or Beneficiary do not deprive a Participant or Beneficiary of his right to receive his full correct benefit, and do not affect the amount of his benefit. Similarly, clerical errors or omissions do not entitle a Participant or Beneficiary to receive more than his correct benefit, and a Participant or Beneficiary receiving an overpayment by mistake must repay the overpayment, if requested to do so by the Plan Administrator. The Plan Administrator reserves the right to correct any mistake in any reasonable manner, including but not limited to, adjusting the amount of future benefit payments, repaying to the Plan any overpayment, or making catch-up payments to a Participant or Beneficiary for an underpayment. The failure to enforce any provision of the Plan does not affect the Plan's right thereafter to enforce such provision, nor does such failure affect its right to enforce any other Plan provision.

AA-SCANLAN-0013917

## ARTICLE X
## PLAN ADMINISTRATION

10.1    **Allocation of Responsibilities Among Fiduciaries.** A fiduciary with respect to the Plan, as described in ERISA section 3(21), shall have only those specific powers, duties, responsibilities and obligations as are explicitly given such fiduciary under the terms of the Plan or allocated to such fiduciary pursuant to the procedures set forth herein. It is intended that each fiduciary shall be responsible only for the proper exercise of his own powers, duties, responsibilities and obligations under the Plan and shall not be responsible for any act or failure to act of another fiduciary. A fiduciary may serve in more than one (1) fiduciary capacity with respect to the Plan.

10.2    **Plan Administrator.** Except as otherwise provided herein or delegated to other persons, the Committee, as Plan Administrator, shall possess authority to manage the operation and administration of the Plan. The Plan Administrator may designate one (1) or more individuals or subcommittees of individuals to carry out any of its fiduciary responsibilities in connection with the Plan. Any such designation may be made by action of the Plan Administrator or by its member(s) duly authorized by the Plan Administrator to make such designation on behalf of the Company. Any designation, or revocation thereof, made by the Plan Administrator or by its member(s) shall be made in writing.

10.3    **Powers and Responsibilities of the Committee .** The Committee shall be responsible for all fiduciary duties related to the administration of the Plan and investment of the Plan's assets, and shall have all powers and responsibilities necessary to effectuate this purpose, including, without limitation:

   (a)    Responsibility for administering and maintaining the Plan in accordance with the terms of the Plan document and Trust Agreement as well as applicable laws and collectively bargained agreements.

   (b)    Responsibility for establishing and maintaining an investment policy for the Plan, reviewing and selecting funds for the investment of Plan assets, including the power to appoint "investment managers" as that term is defined under ERISA and to appoint persons who, in turn, have the authority to appoint such investment managers with respect to the assets of the Plan.

   (c)    Authority to construe the terms of the Plan and determine all questions of fact that may arise under the Plan, and responsibility for deciding benefit claims under the terms of the Plan.

   (d)    Authority to direct payment of reasonable expenses and payment of benefits of the Plan.

   (e)    Authority to delegate duties and responsibilities, such as those related to claims review or investment advice.

55

AA-SCANLAN-0013918

(f)     Authority to select, enter into agreements with, monitor the performance of and remove vendors (including the Trustee and recordkeeper) and those to whom fiduciary duties are delegated.

(g)     Authority to approve settlements, and authority to hire attorneys to litigate any dispute over benefits under the Plan.

(h)     Authority to take all actions within the power of the Company under the terms of the Plan that the Committee shall deem necessary or helpful in the administration or operation of the Plan or the management of the assets of the Plan.

The Committee may delegate its powers and duties, including those described above, to one (1) or more subcommittees or individuals.

10.4    **Trust Agreement.** The Committee shall enter into a Trust Agreement with a Trustee, setting forth the terms, provisions, and conditions pursuant to which the Trustee shall hold, manage, and administer all assets of the Plan in the Trust. The terms and provisions of the Trust Agreement are hereby incorporated into the Plan by reference.

10.5    **Actions Taken in Good Faith.** To the extent permitted by ERISA, the members of the Plan Administrator and each employee, officer and director of the Company or an Affiliate who are fiduciaries with respect to the Plan shall be entitled to rely upon, and be fully protected with respect to any action taken or suffered by them in good faith in reliance upon, all tables, valuations, certificates, reports and opinions furnished by the recordkeeper, the Trustee, or any accountant, attorney, insurance company or investment manager acting at any time hereunder.

10.6    **Plan Expenses.** Plan expenses that are lawfully chargeable to the Plan shall be paid by the Plan and allocated to Participant Accounts. For avoidance of doubt, Plan expenses include, but are not limited to, expenses of administration of the Plan, expenses of the Plan Administrator, fees of the Plan's recordkeeper, and fees of the Plan's Trustee. To the extent applicable and legally permissible, any revenue sharing or similar payments in connection with Plan investments shall be either reallocated to Participant Accounts or used to offset Plan expenses, as determined in the sole discretion of the Plan Administrator. Notwithstanding the foregoing, fees and expenses that are allocable to the separate Account of a specific Participant shall be paid from that separate Account. The Company may, but shall not be required to, pay expenses that could be legally paid by the Plan. The Plan shall reimburse the Company with respect to such expenses upon request to the extent such reimbursement is completed in accordance with applicable guidance.

10.7    **Claims and Review Procedures.**

(a)     **Filing a Claim.** A Participant or Beneficiary who believes he is entitled to a benefit which he has not received may file a claim in writing with the Plan Administrator. The Plan Administrator may require a claimant to submit additional information, if necessary to process the claim. The Plan Administrator or its delegate shall review the claim and render its decision within ninety (90) days from the date the claim is filed (or the requested additional information is

56

AA-SCANLAN-0013919

submitted, if later), unless special circumstances require an extension of time for processing the claim. If such an extension is required, written notice of the extension shall be furnished the claimant within the initial ninety (90) day period. The notice shall indicate the special circumstances requiring the extension and the date by which the Plan Administrator expects to reach a decision on the claim. In no event shall the extension exceed a period of ninety (90) days from the end of the initial period.

(b)     **Notice of Claim Denied**. If the Plan Administrator denies a claim, in whole or in part, it shall provide the claimant with written notice of the denial within the period specified in subsection (a). The notice shall be written in language calculated to be understood by the claimant, and shall include the following information:

    (1)     The specific reason or reasons for such denial;

    (2)     Specific references to pertinent Plan provisions upon which the denial is based;

    (3)     A description of any additional material or information which may be needed to clarify the request, including an explanation of why such information is required; and

    (4)     An explanation of the Plan's claim review procedures with respect to the denial of benefits, including the claimant's right to bring a civil action under ERISA section 502(a) following an adverse benefit determination on review.

(c)     **Review Procedure**. Any claimant whose claim has been denied, in whole or in part, shall follow those review procedures as set forth herein.

    (1)     A claimant whose claim has been denied, in whole or in part, may request a full and fair review of the claim by the Plan Administrator by making written request therefor within sixty (60) days of receipt of the notification of denial. The Plan Administrator, for good cause shown, may extend the period during which the request may be filed. The claimant shall be permitted to examine all documents pertinent to the claim and shall be permitted to submit issues and comments regarding the claim to the Plan Administrator in writing.

    (2)     The Plan Administrator shall render its decision within sixty (60) days after receipt of the application for review, unless special circumstances (such as the need to hold a hearing) require an extension of time for processing, in which case the decision shall be rendered as soon as possible but not later than one hundred twenty (120) days after receipt of a request for review. If an extension of time is necessary, written notice shall be furnished the claimant before the extension period commences.

57

AA-SCANLAN-0013920

(3) The Plan Administrator shall decide whether a hearing shall be held on the claim. If so, it shall notify the claimant in writing of the time and place for the hearing. Unless the claimant agrees to a shorter period, the hearing shall be scheduled at least fourteen (14) days after the date of the notice of hearing. The claimant and/or his authorized representative may appear at any such hearing.

(4) The Plan Administrator shall not be restricted in its review to those provisions of the Plan cited in the original denial of the claim.

(5) The Plan Administrator shall send its decision on review to the claimant in writing within the time specified in this section. If the claim is denied, in whole or in part, the decision shall:

    (A) Specify the reasons for the denial in a manner calculated to be understood by the claimant, referring to the specific Plan provisions on which the decision is based;

    (B) Include a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits;

    (C) Include a statement describing any voluntary appeals procedures offered by the Plan and the claimant's right to obtain information about such procedures; and

    (D) Include a statement of the claimant's right to bring an action under ERISA section 502(a).

(6) If the Plan Administrator does not furnish its decision on review within the time specified in this Section 10.7, the claim shall be deemed denied on review.

If a claimant's claim for benefits under the Plan is denied or ignored, in whole or in part, or if a claimant otherwise has a right under ERISA to file a lawsuit in a state or federal court, such lawsuit will be valid with respect to, and in connection with, the Plan and the Plan's fiduciaries, only if it is filed as of the earlier of (i) one (1) year following a final decision on the claimant's claim for benefits, including any appeal, or (ii) two (2) years measured from the date the claimant's claim arose (except that this 2-year limitation period will be suspended during the review and appeal of the claimant's claim).

10.8 **Discretionary Authority.** The Plan Administrator shall serve as the final review fiduciary, under the Plan, to determine conclusively for all parties any and all questions arising from the administration of the Plan and shall have sole and complete discretionary authority and control to manage the operation and administration of the Plan, including, but not limited to, the determination of all questions relating to eligibility for participation and benefits, interpretation of all Plan provisions, determination of the amount and kind

58

AA-SCANLAN-0013921

of benefits payable to any Participant, and construction of disputed or doubtful terms. Such decisions shall be conclusive and binding on all parties and not subject to further review.

10.9    **Indemnification.** The Company, to the extent permitted by the Company's governing corporate documents (including articles of incorporation or bylaws), hereby indemnify each member of the Committee and each employee, officer and director of the Company or an Affiliate who are delegated responsibilities under the Plan against any and all liabilities and expenses, including attorney's fees, actually and reasonably incurred by him in connection with any threatened, pending or completed legal action or judicial or administrative proceeding to which he may be a party, or may be threatened to be made a party, by reason of membership on the Committee or other delegation of responsibilities, except with regard to any matters as to which he shall be adjudged in such action or proceeding to be liable for gross negligence or willful misconduct in connection therewith. In addition, the Plan, to the extent permitted under ERISA, or the Company may provide appropriate insurance coverage for the members of the Committee or each such other individual indemnified pursuant to this Section 10.9 who is not otherwise appropriately insured. Indemnification shall be first sought from the insurer, then the Company, and finally, the Plan.

### 10.10   **Plan Interpretation.**

(a)    **Qualification Under the Code and ERISA.** The Plan is intended to be a defined contribution plan with a cash or deferred arrangement that meets the qualification requirements of Code sections 401(a) and 401(k) and related provisions. The Plan is also intended to meet the requirements of ERISA. To the extent that a provision of this Plan relates to a requirement of the Code or ERISA, it must be interpreted to impose such requirement, but only to the extent required by law, unless the terms of the provision expressly provide otherwise.

(b)    **Applicable Law.** The Plan and all rights hereunder are governed by and construed, administered, and regulated in accordance with the provisions of ERISA and the Code, and, to the extent not preempted thereby, the laws of the State of Texas. The Plan may not be interpreted to require any person to take any action, or fail to take any action, if to do so would violate any applicable law.

(c)    **Severability.** If a provision of the Plan is held illegal or invalid, the illegality or invalidity does not affect the remaining parts of the Plan and the Plan must be construed and enforced as if the illegal or invalid provision had not been included in the Plan.

(d)    **Gender and Number.** In order to shorten and to improve the readability of the Plan document, phrases such as "her or his" and "employee or employees," are avoided. Except where otherwise indicated by the context, any masculine terminology also includes the feminine and neuter, and the definition of any term in the singular also includes the plural.

59

AA-SCANLAN-0013922

(e) **Exclusive Benefit.** The Plan has been established for the exclusive benefit of the Participants and their Beneficiaries. This Plan must be interpreted in a manner consistent with this intent.

(f) **Other Interpretive Principles.** When a reference is made in the Plan to Articles, Sections, or Appendices, such reference is to an Article or Section of or Appendix to this Plan, unless otherwise indicated. The Table of Contents and headings contained in the Plan are for reference purposes only and do not affect the meaning or interpretation of the Plan. Whenever the words "include," "includes," or "including" are used in this Plan, they are deemed to be followed by the words "without limitation."

(g) **Definitions.** Unless indicated otherwise, the capitalized words and phrases used throughout the Plan have the meanings set forth in Article I or an Appendix.

10.11 **Duty to Furnish Information.** The Company, the Plan Administrator, recordkeeper, and the Trustee shall furnish to one another any documents, reports, returns, statements, or other information that the other reasonably deems necessary to perform its duties imposed hereunder or otherwise imposed by law. Each Participant, former Participant and Beneficiary must provide the Plan Administrator with any documentation or information that it deems necessary and appropriate to the administration of the Plan and file with the Plan Administrator from time to time in writing his mailing address and each change of mailing address. Any communication, statement or notice addressed to a Participant, former Participant or Beneficiary at his last mailing address filed with the Plan Administrator or if no address is filed with the Plan Administrator then at the last mailing address as shown on an Employer's records, will be binding on the Participant, former Participant and their Beneficiaries for all purposes of the Plan. Subject to Section 9.5, neither the Plan Administrator nor the Trustee shall be required to search for or locate a Participant, former Participant or Beneficiary.

10.12 **No Guarantees.** Neither the Employer nor the Trustee guarantees the Trust from loss or depreciation, nor does the Company guarantee the payment of any amount which may become due to any person hereunder.

10.13 **No Commitment as to Employment.** Nothing herein contained shall be construed as a commitment or agreement upon the part of any person to continue his employment with the Company or an Affiliate, and nothing herein contained shall be construed as a commitment on the part of the Company or any Affiliate to continue the employment, compensation or benefits of any person for any period. All employees are subject to discharge to the same extent as if this Plan had never been adopted or amended, and the Employer expressly reserves the right to discharge any employee without liability on the part of the Employer, the Plan Administrator, the Trustee, or any other fiduciary.

AA-SCANLAN-0013923

## ARTICLE XI
## AMENDMENT, MERGER, AND TERMINATION

### 11.1 **Amendment.**

(a) **Amendment by the Company.** The Company, or its authorized delegate, may amend or modify the Plan or Trust in whole or in part, prospectively or retroactively, at any time, for any reason. Notwithstanding the foregoing, no discretionary amendment of the Plan may result in a change to the Non-Elective Employer Contribution or any other requirements as set forth in the Agreement, except as may be approved by the Association.

(b) **Limits on Right to Amend.** No amendment may eliminate or reduce any benefits or rights of a Participant that are protected under Code section 411(d)(6) unless the benefit or right is preserved with respect to benefits accrued to the date of such amendment, or unless such reduction or elimination is otherwise permitted under ERISA and the Code. No amendment shall increase the duties or responsibilities of the Trustee without its consent thereto in writing.

(c) **Limited to Active Participants.** Except as specifically stated in the amendment, no amendment that improves benefits will apply to any Employee who incurs a Termination From Employment before the effective date of the amendment.

### 11.2 **Termination.**

(a) **Company's Right to Terminate.** Except to the extent otherwise expressly provided in the Agreement, the Company reserves the right to terminate the Plan and Trust at any time through a written action by the Company or its authorized delegate.

(b) **Effect of Termination.** No partial or full termination, or discontinuance of contributions, may adversely affect the rights of a Participant to amounts credited to his Account prior to the termination or discontinuance of contributions. In addition, the following provisions apply:

(1) **Vesting.** In accordance with Code section 411(d)(3), in the event of the termination or partial termination or upon the complete discontinuance of contributions, the rights of each affected Participant to benefits accrued to the date of termination or discontinuance, must be fully vested. Unless the Code requires otherwise, this provision does not apply to amounts properly forfeited pursuant to Article V.

(2) **Timing of Distributions.** In the sole discretion of the Plan Administrator, or as required by law, benefit payments, including payments being made in the form of installments, may be paid pending final action in proceedings before the Internal Revenue Service, or pending final action in other proceedings concerning the Plan's termination.

61

AA-SCANLAN-0013924

(3)     **Distributions.**

(A)     **General Rule.** Following the Plan's termination and, if applied for, after the receipt of a favorable determination letter, the Plan assets, after provision for all expenses of administration and liquidation, and to the extent permitted by law, must be used to pay the vested Accounts of Participants affected by the termination. The Company may amend the Plan to prescribe a method for making distributions from the Plan following such termination. Subject to applicable law, such method of distribution may provide for termination distributions to be made as soon as practicable following such termination, and may permit a Participant to elect optional forms of benefit payments. If such termination distributions are not provided for, distributions and payments are made to Participants in accordance with the provisions of Article VII.

(B)     **Annuity Protected Contributions.** If any portion of the Participant's Account is required to be distributed in the form of a qualified joint and survivor annuity pursuant to Appendix E and both the Participant and the Participant's Spouse either fail or refuse to consent in writing to the distribution upon termination of the Plan, the Trustee shall use the balance of the Participant's Account to purchase a deferred annuity and providing for commencement of the Participant's benefits at his Normal Retirement Date and distribute such annuity contract to the Participant. If, however, the Company or any Affiliate maintains another defined contribution plan (other than an employee stock ownership plan as defined in Code section 4975(e)(7) or a simplified employee pension plan as defined in Code section 408(k) as of the Plan termination date, then except as provided in sub section (C), below, each Participant's entire Account shall either:

(i)      Be transferred by the Trustee, without the Participant's consent, to such other defined contribution plan; provided, however, that no such transfer may result in the elimination or reduction of a Plan benefit of the Participant protected under Code section 411(d)(6), unless the transfer satisfies the requirements of Treas. Reg. section 1.411(d)-4, Q&A-3(b), or

(ii)     Be used to purchase a deferred annuity and providing for commencement of benefits at his Normal Retirement Date and such annuity contract shall be distributed to the Participant.

AA-SCANLAN-0013925

        (C)    **Participant Election.** A Participant may request in writing (with the written consent of his Spouse if required pursuant to the terms of Appendix E) that the Trustee distribute his Account, excluding the balance attributable to his Before-Tax and Roth 401(k) Contribution sub-accounts, unless distribution of such sub-accounts would be permitted under Code section 401(k)(2)(B) and the applicable Treasury Regulations thereunder, in a single lump sum distribution to him, or to an Eligible Retirement Plan pursuant to the Participant's direct rollover election described in Section 7.6, as soon as administratively practicable after the later of:

                (i)    The termination date of the Plan, or

                (ii)    The receipt following application of a favorable determination letter from the Internal Revenue Service with respect to the termination of the Plan.

11.3    **Plan Merger or Consolidation.** The Company reserves the right at any time and from time to time to merge or consolidate the Plan with another plan, to transfer assets or liabilities of the Plan to another plan, or to accept a transfer of assets or liabilities from another plan to this Plan. To the extent Code section 414(l) applies, no merger, consolidation, or transfer may be undertaken unless each Participant will be entitled to receive a benefit immediately after the merger, consolidation, or transfer which is equal to or greater than the benefit he would receive immediately prior to the merger, consolidation, or transfer if the Plan were terminated at such time, or unless an alternative requirement imposed by regulations under Code section 414(l) is satisfied.

11.4    **Plan to Plan Transfers.** Notwithstanding any other provisions of this Plan, in the event an Employer or a division of an Employer ceases to participate under this Plan and establishes a successor to this Plan for its participants and the Plan Administrator directs a plan to plan transfer, the Trustee at the direction of the Plan Administrator, shall transfer all Accounts which such Participants are entitled to under this Plan to another plan forming a part of a pension, profit sharing or stock bonus plan maintained by the former Employer and which meets the requirements of Code section 401(a), provided that the plan to which such transfers are made permits the transfer to be made. All transfers to another qualified plan of a former Employer shall be made in cash.

11.5    **Distribution Restrictions under Code Section 401(k).** The Before-Tax Contributions and Roth 401(k) Contributions sub-accounts (including Catch-Up Contributions and Roth Catch-Up Contributions) may not be distributed on account of Plan termination unless the Plan terminates without the establishment of an alternative defined contribution plan. An alternative defined contribution plan under this Section 11.5 is a defined contribution plan (other than an ESOP) maintained by the Employer (or by an Affiliate) at the time of the termination of the Plan or within the period ending twelve (12) months after the final distribution of assets. Notwithstanding the prior sentence, a plan will not be an alternative defined contribution plan if, during the 24-month period beginning twelve

AA-SCANLAN-0013926

(12) months before the termination, less than two percent (2%) of the Participants of this Plan are or become participants in such plan.

AA-SCANLAN-0013927

**IN WITNESS WHEREOF**, the Company has caused this instrument to be executed this 14th day of October, 2015 by its duly authorized officer.

AMERICAN AIRLINES, INC.

By:_____

Elise Eberwein, Executive Vice President, People and Communications

65

999

AA-SCANLAN-0013928

## APPENDIX A – SPECIAL RULES FOR EMPLOYEES SUBJECT TO PUERTO RICO INCOME TAX

A.1  **Intent of Company.** It is the intent of the Company to operate this Plan, to the extent it covers any Employee whose Compensation under the Plan is subject to income tax under the provisions of the PR Code (as defined below), as a plan qualified under PR Code sections 1081.01(a) and (d). To that end, the requirements and definitions set forth in this Appendix A shall apply solely to Employees and Participants for any period during which their Compensation under the Plan is subject to income tax under the PR Code and, notwithstanding any other provisions of the Plan to the contrary, the Plan Administrator shall operate the Plan in compliance with the applicable provisions of the PR Code with respect to such participants, and any applicable regulations or other guidance provided thereunder by the Departamento de Hacienda de Puerto Rico, unless contrary to the applicable provisions of the Code or ERISA.

A.2  **Definitions.** Unless otherwise indicated and unless the context clearly indicates otherwise, terms defined in the Plan will also apply to terms used in this Appendix A. All terms and provisions of the Plan shall apply to this Appendix A, except that where the terms and provisions of the Plan and this Appendix A conflict, the terms and provisions of this Appendix A shall govern, unless contrary to the applicable provisions of the Code or ERISA. In addition, and unless the context clearly indicates otherwise, the following terms will have the following meanings for purposes of this Appendix A:

(a)  **"PR Code"** means the Puerto Rico Internal Revenue Code of 2011, as amended from time to time.

(b)  **"Average PR ADP"** means for a specific group of Puerto Rico Eligible Employees for a Plan Year, the average of the PR ADP (calculated separately for each Participant in such group). The Average PR ADP of the Puerto Rico Eligible Employees will be rounded to the nearest one-hundredth (.01) of one percent (1%).

(c)  **"PR ADP"** means the ratio of: (i) the sum of Before-Tax Contributions actually paid over to the Trust on behalf of each Puerto Rico Participant for the Plan Year to (ii) the Puerto Rico Participant's Puerto Rico Compensation for the portion of such Plan Year in which the Puerto Rico Participant was a Puerto Rico Eligible Employee. For these purposes, a Puerto Rico Eligible Employee who would be a Puerto Rico Participant but for the failure to make Before-Tax Contributions will be treated as a Puerto Rico Participant on whose behalf zero Before-Tax Contributions are made.

(d)  **"Puerto Rico Compensation"** – Notwithstanding any provision of the Plan to the contrary, a Puerto Rico Participant's "Puerto Rico Compensation" shall also include any contributions made on behalf of the Puerto Rico Participant by the Puerto Rico Employer that are not currently includible in the Puerto Rico Participant's gross income by reason of the application of PR Code sections 1081.01(b)(l) and (d)(5). Notwithstanding the foregoing, a Puerto Rico

A-1

AA-SCANLAN-0013929

Participant's Compensation for any Plan Year shall not exceed the applicable annual limit provided in PR Code section 1081.0l(a)(12).

(e)     **"Puerto Rico Eligible Employee"** means an Eligible Employee who is: (i) a bona-fide resident of Puerto Rico, or (ii) a person who performs labor or services for an Employer primarily within Puerto Rico, regardless of residence for other purposes.

(f)     **"Puerto Rico Employer"** means an Employer that is engaged in business in the Commonwealth of Puerto Rico.

(g)     **"Puerto Rico Highly Compensated Employee"** means, with respect to a Plan Year, a Puerto Rico Eligible Employee who:

   (1)     Is an officer (as defined by applicable regulations) of a Puerto Rico Employer; or

   (2)     At any time during the calendar year ending with or within the Plan Year or the preceding calendar year ending with or within the Plan Year was a five percent (5%) owner of a Puerto Rico Employer; or

   (3)     For the preceding calendar year had Compensation in excess of the applicable dollar amount provided under PR Code section 1081.01(d)(3)(E)(iii)(IV).

The term "Puerto Rico Highly Compensated Employee" also includes any former Puerto Rico Eligible Employee who separated from service (or has a deemed separation from service) prior to the Plan Year, performs no service for the Employer during the Plan Year, and was a Puerto Rico Highly Compensated Employee for the separation year.

(h)     **"Puerto Rico Non-Highly Compensated Employees"** means those Puerto Rico Eligible Employees who are not Puerto Rico Highly Compensated Employees.

(i)     **"Puerto Rico Participant"** means a Participant in the Plan who is a Puerto Rico Eligible Employee.

(j)     **"Affiliated Company"** means, for purposes of the qualification requirements and the non-discrimination and coverage testing provisions of PR Code sections 1081.01(a) and (d), the Puerto Rico Employers that are corporations and business organizations which together with the Company are members of a controlled group of corporations, or organizations under common control, or of affiliated service groups, as such terms are defined in PR Code sections 1081.01(a)(14)(B) and 1010.04, respectively. For purposes of determining whether or not a person is an employee of the controlled group and the period of employment of such person, each entity (other than the Company) shall be considered an Affiliated Company only for such period or periods during which such entity is a member of a controlled group or under common control.

A-2

AA-SCANLAN-0013930

A.3 **Annual Deferral Limitation.** Notwithstanding anything in the Plan to the contrary, a Puerto Rico Participant's Before-Tax Contributions under the Plan may not exceed the limitation provided under PR Code section 1081.01(d)(7)(A). This limit shall be applied by aggregating all plans maintained by a Puerto Rico Employer that provide for Before-Tax Contributions. Notwithstanding the foregoing, Before-Tax Contributions by a Puerto Rico Participant who also makes contributions to an individual retirement account described in PR Code section 1081.02 will be further limited to the lesser of the difference between the Puerto Rico Participant's contribution to the individual retirement account and the applicable dollar limitation provided under PR Code section 1081.01(d)(7)(A).

A.4 **Limitations on Employee Contributions Following a Hardship Withdrawal.** Notwithstanding anything in the Plan or this Appendix A to the contrary, a Puerto Rico Participant who makes a withdrawal on account of a financial hardship under the Plan may not make Before-Tax Contributions to the Plan (or under any other plan maintained by a Puerto Rico Employer) for a period of twelve (12) months following the date of the hardship withdrawal. Also, in the calendar year following the date of the hardship withdrawal, the Puerto Rico Participant may not make Before-Tax Contributions which, when added to his Before-Tax Contributions during the calendar year of the withdrawal, exceed the dollar limitation specified in PR Code section 1081.01(d)(7)(A).

A.5 **Catch-Up Contributions.** Notwithstanding any provision of the Plan to the contrary, Catch-Up Contributions under the Plan by Puerto Rico Participants are subject to the annual limitation of PR Code Section 1081.01(d)(7)(C).

A.6 **Employee Designated Roth Contributions.** Notwithstanding any provision of the Plan to the contrary, Puerto Rico Participants are not eligible to make Roth 401(k) Contributions.

A.7 **After-Tax Contributions.** Notwithstanding any provision of the Plan to the contrary, After-Tax Contributions by a Puerto Rico Participant are subject to the limitation of PR Code section 1081.01(a)(15) (i.e., ten percent (10%) of the Puerto Rico Participant's aggregate Compensation during the time period the Puerto Rico Participant participates in the Plan).

A.8 **Actual Deferral Percentage Test.** In addition to the ADP test of the Code, Puerto Rico Participants shall also be subject to the test described in this Section.

(a) As of the last day of each Plan Year, the Average PR ADP of Puerto Rico Highly Compensated Employees (the "HCE-ADP") may not exceed the Average PR ADPs of the Puerto Rico Non-Highly Compensated Employees (the "NHCE-ADP") by more than the amount specified in the following table:

A-3

AA-SCANLAN-0013931

fuck

(c)     The payment of tuition and related educational expenses for the next twelve (12) months of post-secondary education for the Puerto Rico Participant or his spouse, child or dependent;

(d)     The payment of expenditures to prevent the Puerto Rico Participant's eviction from or the foreclosure of the mortgage on his principal residence;

(e)     The payment for burial or funeral expenses for a Participant's deceased parent, Spouse, natural born or legally adopted child or a dependent; or

(f)     Such other event or circumstance as the Puerto Rico Secretary of the Treasury through regulations may permit and the Administrator authorize, to the extent not prohibited by the Code or ERISA.

A.10    **Annual Additions.** Notwithstanding any provision of the Plan to the contrary, the Annual Additions under Section 3.6 of the Plan with respect to any Puerto Rico Participant shall be the lesser of: (i) the statutory limit with respect to a Participant provided in PR Code section 1081.0l(a)(11)(B), or (ii) one hundred percent (100%) of the Puerto Rico Participant's Puerto Rico Compensation.

A.11    **Rollovers from Another Plan.** Notwithstanding any provision of the Plan to the contrary, a rollover to the Plan by a Puerto Rico Participant is limited to those Rollover Contributions (as defined in Article I of the Plan) that are paid from a qualified trust described in PR Code Section 1081.0l(a).

A.12    **Puerto Rico Direct Rollover Distributions from the Plan.** Notwithstanding any provision of the Plan to the contrary, a Puerto Rico Participant may elect, at the time and in the manner prescribed by the Plan Administrator, to have all or part of a distribution received from the Plan on account of separation from service or the termination of the Plan paid directly in a direct rollover to a "Puerto Rico Eligible Pension Plan" (as defined below) that accepts the Puerto Rico Participant's rollover distribution. For purposes of this Section, the term "Puerto Rico Eligible Pension Plan" means a qualified trust described in PR Code section 1081.01(a), and an individual retirement account or annuity described in PR Code sections 1081.02(a) and (b), respectively, that accepts the Puerto Rico Participant's rollover distribution. Notwithstanding the foregoing, in order for such rollover distribution not to be subject to both applicable US and Puerto Rico income tax withholdings and to defer taxation under both the Code and the PR Code, such Puerto Rico Participant's benefit must be distributed in the form of a direct rollover distribution to a trust that is tax qualified under both Code section 401(a) and PR Code section 1081.01(a) at the time of the rollover distribution.

A.13    **Employer Contributions.** Each contribution made by a Puerto Rico Employer to the Plan with respect to a Puerto Rico Participant is expressly conditioned on the deductibility of such contribution under the PR Code, for the taxable year for which contributed. If the Puerto Rico Department of the Treasury disallows the deduction, or if the contribution was made by a mistake of fact, to the extent permissible under ERISA, such contributions shall be returned to the Puerto Rico Employer within one (1) year after

A-5

AA-SCANLAN-0013933

the disallowance of the deduction (to the extent disallowed), or after the payment of the contribution, respectively.

A.14 **Payment of Contributions.** Contributions to the Plan by the Puerto Rico Employer with respect to the Puerto Rico Participants shall be paid to the Trustee not later than the due date for filing the Puerto Rico Employer's Puerto Rico income tax return for the taxable year in which such payroll period falls, including any extension thereof.

A.15 **Plan Merger, Consolidation or Transfer.** Any merger or consolidation of the Plan with, or transfer in whole or in part of the assets and liabilities of the Trust to, another trust or to a group annuity contract as applied to a Puerto Rico Participant under the Plan will be limited to the extent such other plan and group annuity contract or trust are qualified under PR Code Section 1081.01(a).

A.16 **Governing Law.** With respect to the Puerto Rico Participants and the Puerto Rico Employers, the Plan will be administered, governed and construed according to the Code and ERISA, unless this Appendix A applies.

A.17 **Other Permissible Methods of Applying Rules.** The rules set forth in this Appendix A are intended to conform with the provisions of the PR Code applicable to the Puerto Rico Participants. In the event that the Plan Administrator determines that, in accordance with the PR Code, the requirements of the PR Code may be applied in a manner different than prescribed in this Appendix A, the Plan Administrator, in its sole and absolute discretion, and to the extent not contrary to the Code or ERISA, may make appropriate modifications to the provisions hereof.

A.18 **Other Plan Provisions.** In all other respects, the terms of this Plan shall apply to Puerto Rico Participants."

A-6

AA-SCANLAN-0013934

## APPENDIX B – COMPANY STOCK

B.1 **Purpose.** Appendix B sets forth the rules regarding any common stock of American Airlines Group, Inc. that may be maintained in the Plan. The provisions of the Plan, except those set forth below, apply also to Appendix B.

B.2 **Definitions.** For purposes of this Appendix B the following terms have the following meanings.

    (a) **"AAL Stock"** means the common stock of American Airlines Group, Inc., parent company of the Company.

    (b) **"Frozen Company Stock Fund"** means a frozen investment option consisting primarily of AAL Stock and such other short-term investments and cash as required for liquidity or held pending reinvestment.

B.3 **Frozen Company Stock Fund.** The Investment Funds shall include the Frozen Company Stock Fund. This subsection applies to any Participant who has a portion of his Account balance held in the Frozen Company Stock Fund.

    (a) No contributions to the Plan may be allocated to the Frozen Company Stock Fund. If a Participant has elected to have future contributions allocated to the Frozen Company Stock Fund, such election shall not be given effect, and all future contributions that would have been allocated to the Frozen Company Stock Fund shall instead be allocated in accordance with the provisions of the Plan, treating such future contributions as if the Participant did not make an initial election to direct the investment of such amounts, until the Participant provides an investment election with respect to said amounts.

    (b) Notwithstanding the foregoing, to the extent that the Account of an eligible Participant, Beneficiary or Alternate Payee (an "applicable individual") directly holds employer securities (as defined in Treas. Reg. section 1.401(a)(35)-1(f)(3)), the applicable individual may elect to diversify such employer securities and to reinvest an equivalent amount in other Investment Options, consistent with the requirements of Code section 401(a)(35) and applicable Treasury regulations. Once an applicable individual transfers amounts out of the Frozen Company Stock Fund, those amounts may not be transferred back into the Frozen Company Stock Fund.

    (c) Within a reasonable time before each annual or special meeting of shareholders of American Airlines Group, there shall be sent to each Participant who has an investment in the Frozen Company Stock Fund a copy of the proxy solicitation material for the meeting, together with a form requesting instructions for the Trustee on how to vote AAL Stock allocated to such Participant's Account. Upon receipt of such instructions, the Trustee shall vote the shares as instructed. The

AA-SCANLAN-0013935

Trustee shall maintain the instructions of each Participant in confidence. The Trustee shall vote AAL Stock for which it does not receive voting instructions, including any unallocated AAL Stock, in the same proportion as the Trustee votes AAL Stock for which it does receive timely instructions. Notwithstanding the foregoing, the Trustee shall in all events exercise voting obligations as to AAL Stock held in the Frozen Company Stock Fund consistent with the Trustee's fiduciary duties under ERISA.

(d)     For a Participant who elects to continue to retain his interest in the Frozen Company Stock Fund, it shall be retained for him in the Frozen Company Stock Fund until the time for distribution under the rules of the Plan, or, if sooner, the time at which the Participant decides to transfer out of the Frozen Company Stock Fund, provided, however, that a Participant's interest in the Frozen Company Stock Fund may be converted to cash for the purpose of making a loan in accordance with the special rules set forth in subsection (e) below. When a distribution is due from the Frozen Company Stock Fund following a Participant's Termination From Employment, the usual rules of the Plan shall apply.

(e)     AAL Stock that is being retained in a Participant's Account may be liquidated to the extent necessary to provide a loan to a Participant. For this purpose, the Plan Administrator may establish uniform rules providing that such liquidation will not occur unless all other Account balances and investments that are available to provide the loan funds have been used first.

(f)     All responses to tender and exchange offers for AAL Stock shall be made in accordance with the following provisions:

(1)     Each Participant shall be given the opportunity, to the extent that AAL Stock is allocated to his Account, to direct the Trustee in writing as to the manner in which to respond to a tender or exchange offer with respect to AAL Stock, and the Trustee shall respond in accordance with the instructions so received. The Trustee shall not divulge to the Company the instructions of any Participant. The Plan Administrator shall utilize its best efforts to timely distribute or cause to be distributed to each Participant such information as will be distributed to shareholders of the Company in connection with any such tender or exchange offer, together with a form addressed to the Trustee requesting confidential instructions on whether or not such shares will be tendered or exchanged. If the Trustee shall not receive timely direction from a Participant as to the manner in which to respond to such a tender or exchange offer, the Trustee shall not tender or exchange any AAL Stock with respect to which such Participant has the right of direction, and the Trustee shall have no discretion in such matter.

B-2

AA-SCANLAN-0013936

      (2)    Any unallocated AAL Stock shall be tendered or exchanged (or not tendered or exchanged) by the Trustee in the same proportion as shares with respect to which Participants have been given the opportunity to direct the Trustee pursuant to paragraph (1) above are tendered or exchanged, and the Trustee shall have no discretion in such matter.

      (3)    Notwithstanding any other provision of the Plan to the contrary, to the extent that a Participant's Account directly holds employer securities (as defined in Treas. Reg. section 1.401(a)(35)-1(f)(3)), the Participant may elect to diversify such amounts consistent with the requirements of Code section 401(a)(35) and applicable Treasury Regulations.

B.4    **No In-Service Withdrawal For Hardship.** A Participant may not elect a distribution in the form of AAL Stock for hardship withdrawals.

B.5    **Distribution of AAL Stock.** Notwithstanding any provision of the Plan to the contrary, distributions from the Frozen Company Stock Fund or from a self-directed brokerage account may be in AAL Stock if the Participant so elects, except that fractional shares of AAL Stock shall be distributed in cash. The cash value of fractional shares shall be determined according to the closing price of AAL Stock on the effective date of the distribution.

B-3

AA-SCANLAN-0013937

**APPENDIX C –**
**VESTING SCHEDULE FOR ENVOY MATCHING CONTRIBUTIONS**

C.1    **Purpose.** This Appendix C sets forth the rules regarding the vesting schedule applicable to the Envoy Matching Contributions transferred to the Plan on behalf of Participants from the American Airlines, Inc. 401(k) Plan in connection with to the establishment of the Plan on October 27, 2015. The provisions of the Plan, except as set forth below, apply also to Appendix C.

C.2    **Definitions.** For purposes of this Appendix C the following terms have the following meanings.

    (a)    **"Envoy Matching Contributions"** means the employer matching contributions held in the American Airlines, Inc. 401(k) Plan on behalf of a Participant pursuant to Supplement No. 1 of the American Airlines, Inc. 401(k) Plan.

    (b)    **"Envoy Matching Contributions Sub-Account"** means the sub-account established for recording the Envoy Matching Contributions, and related investment earnings and losses.

    (c)    **"Five-Year Break in Service"** means any sixty (60) consecutive-month Period of Severance.

    (d)    **"Year of Vesting Service"** means a twelve-month Period of Service.

C.3    **Vesting of Envoy Matching Contributions.** A Participant's nonforfeitable interest in his Envoy Matching Contributions sub-account shall be determined in accordance with this subsection C.3.

    (a)    A Participant's vested interest in his Envoy Matching Contributions sub-account shall be determined as follows:

| Years of Vesting Service | Vested Percentage |
|---|---|
| Less Than 3 | 0% |
| 3 or More | 100% |

    (b)    Notwithstanding anything to the contrary contained in subsection C.3(a), amounts credited to a Participant's Envoy Matching Contributions sub-account shall become fully vested upon the occurrence, while employed by the Company or an Affiliate, of any of the following events, whether or not he has then completed the Years of Vesting Service required for full vesting:

        (1)    The Participant's attainment of his Normal Retirement Date;

        (2)    The Participant's Disability; or

        (3)    The Participant's death.

C-1

AA-SCANLAN-0013938

Case 22-32914 Doc 24-1 Page 195 Date Filed 03/23/2023

(c) In the case of an Employee who terminates employment with an Employer and who later resumes employment with an Employer, Years of Vesting Service prior to his resumption of employment shall be credited to such Employee.

C.4 Forfeiture and Restoration of Non-Vested Benefits.

(a) If a Participant terminates employment with an Affiliate prior to the time he is fully vested in his Envoy Matching Contributions sub-account, the non-vested portion of such sub-account, if any, shall be forfeited, subject to restoration as provided in subsection C.4(c) below, as of the earlier to occur of:

(1) In the case where a Participant does not receive a distribution of his entire vested Account balance, on the last day of the Plan Year in which the Participant first incurs a Five-Year Break in Service; or

(2) Immediately upon receipt of his distribution if the Participant receives a distribution of his entire vested Account balance.

(b) For purposes of this subsection C.4, if the vested balance of a Participant's Envoy Matching Contributions sub-account is zero, the Participant shall be deemed to have received a distribution of vested sub-account at the time of the Participant's termination of employment. The forfeited amount shall remain in the Trust Fund and shall be applied first to restore the Envoy Matching Contributions sub-accounts of former Participants in accordance with subsection C.4(c), and then to reduce future Non-Elective Employer Contributions under the Plan for the Plan Year during which the effective date of the distribution (or, if applicable, the Five-Year Break in Service) occurs.

(c) In the case of a former Participant whose non-vested Envoy Matching Contributions sub-account balance was forfeited by reason of a distribution (or deemed distributed) to the Participant, if such individual returns to the employment of an Employer prior to incurring a Five-Year Break in Service, the amount previously forfeited from such individual's Envoy Matching Contributions sub-account shall be restored (unadjusted for any gains or losses) as part of such individual's Envoy Matching Contributions sub-account if the Participant repays to the Plan the full amount of the distribution prior to the earlier of:

(1) The Plan's termination; or

(2) The lapse of five (5) years following the Participant's reemployment by the Employer (provided that the Participant must be an Employee at the time of the repayment).

C-2

1010

AA-SCANLAN-0013939

(d)     A Participant's forfeiture incurred as a result of a deemed distribution shall be automatically restored if the Participant returns to employment with an Employer prior to the earlier of:

    (1)     The Plan's termination; or

    (2)     His incurring a Five-Year Break in Service.

(e)     As of the Valuation Date that immediately follows the repayment described in subsection C.4(c) above, and prior to any allocation of:

    (1)     The Trust Fund earnings pursuant to Section 4.2 of the Plan;

    (2)     Forfeitures pursuant to subsection C.4(b) above; or

    (3)     Non-Elective Employer Contributions pursuant to Section 3.3 of the Plan,

there shall be allocated to the Participant's Envoy Matching Contributions sub-account an amount (the "Restoration Amount") of the Trust Fund equal to the amount of his previously forfeited non-vested Envoy Matching Contributions sub-account balance. The Restoration Amount shall be credited first against forfeitures arising for the Plan Year, and if such forfeitures are not sufficient to satisfy the Restoration Amount in full, then Restoration Amount shall be satisfied out of Non-Elective Employer Contributions of the Plan Year, which contributions shall be supplemented for the Plan Year by an amount equal to such remainder. The Restoration Amount shall not be deemed an annual addition, as defined in Section 3.6(a) of the Plan, or portion thereof for any Limitation Year. The Plan Administrator shall give timely notice to any rehired Employee, if such Employee is eligible to make a repayment, of his right to make such repayment before the expiration of the periods specified above, and such notice shall also include an explanation of the consequences of not making such repayment.

AA-SCANLAN-0013940

## APPENDIX D –
## VESTING SCHEDULE FOR COMPANY MATCHING CONTRIBUTIONS

D.1   **Purpose.** This Appendix D sets forth the rules regarding the vesting schedule applicable to the Company Matching Contributions transferred to the Plan on behalf of Participants from the American Airlines, Inc. 401(k) Plan in connection with to the establishment of the Plan on October 27, 2015. The provisions of the Plan, except as set forth below, apply also to Appendix D.

D.2   **Definitions.** For purposes of this Appendix D the following terms have the following meanings.

   (a)   **"Company Matching Contributions"** means the employer matching contributions held in the American Airlines, Inc. 401(k) Plan on behalf of a Participant pursuant to the relevant terms of the American Airlines, Inc. 401(k) Plan.

   (b)   **"Company Matching Contributions Sub-Account"** means the sub-account established for recording the Company Matching Contributions, and related investment earnings and losses.

   (c)   **"Five-Year Break in Service"** means any sixty (60) consecutive-month Period of Severance.

   (d)   **"Year of Vesting Service"** means a twelve-month Period of Service.

D.3   **Vesting of Company Matching Contributions.** A Participant's nonforfeitable interest in his Company Matching Contributions sub-account shall be determined in accordance with this subsection D.3.

   (a)   A Participant's vested interest in his Company Matching Contributions sub-account shall be determined as follows:

| Years of Vesting Service | Vested Percentage |
|---|---|
| Less Than 2 | 0% |
| 2 or More | 100% |

   (b)   Notwithstanding anything to the contrary contained in subsection D.3(a), amounts credited to a Participant's Company Matching Contributions sub-account shall become fully vested upon the occurrence, while employed by the Company or an Affiliate, of any of the following events, whether or not he has then completed the Years of Vesting Service required for full vesting:

      (1)   The Participant's attainment of his Normal Retirement Date;

      (2)   The Participant's Disability; or

D-1

AA-SCANLAN-0013941

(3)    The Participant's death.

(c)    In the case of an Employee who terminates employment with an Employer and who later resumes employment with an Employer, Years of Vesting Service prior to his resumption of employment shall be credited to such Employee.

D.4    Forfeiture and Restoration of Non-Vested Benefits.

(a)    If a Participant terminates employment with an Affiliate prior to the time he is fully vested in his Company Matching Contributions sub-account, the non-vested portion of such sub-account, if any, shall be forfeited, subject to restoration as provided in subsection D.4(c) below, as of the earlier to occur of:

(1)    In the case where a Participant does not receive a distribution of his entire vested Account balance, on the last day of the Plan Year in which the Participant first incurs a Five-Year Break in Service; or

(2)    Immediately upon receipt of his distribution if the Participant receives a distribution of his entire vested Account balance.

(b)    For purposes of this subsection D.4, if the vested balance of a Participant's Company Matching Contributions sub-account is zero, the Participant shall be deemed to have received a distribution of vested sub-account at the time of the Participant's termination of employment. The forfeited amount shall remain in the Trust Fund and shall be applied first to restore the Company Matching Contributions sub-accounts of former Participants in accordance with subsection D.4(c), and then to reduce future Non-Elective Employer Contributions under the Plan for the Plan Year during which the effective date of the distribution (or, if applicable, the Five-Year Break in Service) occurs.

(c)    In the case of a former Participant whose non-vested Company Matching Contributions sub-account balance was forfeited by reason of a distribution (or deemed distributed) to the Participant, if such individual returns to the employment of an Employer prior to incurring a Five-Year Break in Service, the amount previously forfeited from such individual's Company Matching Contributions sub-account shall be restored (unadjusted for any gains or losses) as part of such individual's Company Matching Contributions sub-account if the Participant repays to the Plan the full amount of the distribution prior to the earlier of:

(1)    The Plan's termination; or

(2)    The lapse of five (5) years following the Participant's reemployment by the Employer (provided that the Participant must be an Employee at the time of the repayment).

D-2

AA-SCANLAN-0013942

(d)    A Participant's forfeiture incurred as a result of a deemed distribution shall be automatically restored if the Participant returns to employment with an Employer prior to the earlier of:

    (1)    The Plan's termination; or

    (2)    His incurring a Five-Year Break in Service.

(e)    As of the Valuation Date that immediately follows the repayment described in subsection D.4(c) above, and prior to any allocation of:

    (1)    The Trust Fund earnings pursuant to Section 4.2 of the Plan;

    (2)    Forfeitures pursuant to subsection D.4(b) above; or

    (3)    Non-Elective Employer Contributions pursuant to Section 3.3 of the Plan,

there shall be allocated to the Participant's Company Matching Contributions sub-account an amount (the "Restoration Amount") of the Trust Fund equal to the amount of his previously forfeited non-vested Company Matching Contributions sub-account balance. The Restoration Amount shall be credited first against forfeitures arising for the Plan Year, and if such forfeitures are not sufficient to satisfy the Restoration Amount in full, then Restoration Amount shall be satisfied out of Non-Elective Employer Contributions of the Plan Year, which contributions shall be supplemented for the Plan Year by an amount equal to such remainder. The Restoration Amount shall not be deemed an annual addition, as defined in Section 3.6(a) of the Plan, or portion thereof for any Limitation Year. The Plan Administrator shall give timely notice to any rehired Employee, if such Employee is eligible to make a repayment, of his right to make such repayment before the expiration of the periods specified above, and such notice shall also include an explanation of the consequences of not making such repayment.

AA-SCANLAN-0013943

## APPENDIX E– FORMS OF PAYMENT FOR ANNUITY PROTECTED CONTRIBUTIONS

E.1 **Purpose.** Appendix E sets forth the terms and conditions relating to that portion of a Participant's Account balance that is an Annuity Protected Contribution (as defined below) subject to joint and survivor annuity provisions as described below. The provisions of this Appendix E apply to the Annuity Protected Contributions that were transferred to, merged with, or provided under the Plan from the following plans or programs:

    (a)    American Airlines, Inc. 401(k) Plan (the "AA Plan"); and

    (b)    US Airways, Inc. 401(k) Savings Plan for Pilots (the "US Plan")

The provisions of the Plan, except those set forth below, apply also to this Appendix E.

E.2 **Definitions.** For purposes of this Appendix E the following terms have the following meanings.

    (a)    **"Annuity Starting Date"** means the first day of the first period for which an amount is paid as an annuity or any other form.

    (b)    **"Annuity Protected Contribution"** means the portion of a Participant's Account attributable to contributions made under the plans or programs listed in Section E.1 above. The Annuity Protected Contributions will be used to purchase a single, non-transferable annuity in the form described below.

    (c)    **"Normal Form of Payment"** means the form of annuity that will be purchased on a Participant's behalf as provided in Section E.3 hereof unless the Participant elects one (1) of the optional forms of payment as provided in Section E.4 hereof.

    (d)    **"Qualified Election"** means an election that is made during the Qualified Election Period. A Qualified Election of a form of payment other than the Normal Form of Payment applicable to the Participant or designating a Beneficiary other than the Participant's Spouse to receive amounts otherwise payable as a Qualified Preretirement Survivor Annuity must include the written consent of the Participant's Spouse, if any. A Participant's Spouse will be deemed to have given written consent to the Participant's election if the Participant establishes to the satisfaction of a Plan representative that spousal consent cannot be obtained because the Spouse cannot be located or because of other circumstances set forth in Code section 401(a)(11) and regulations issued thereunder. The Spouse's written consent must acknowledge the effect of the Participant's election, must specify the form of payment selected instead of the Normal Form of Payment, if applicable, must specify any non-Spouse Beneficiary designated by the Participant, and must be witnessed by a notary public. Any written consent given or deemed to have been given by a Participant's Spouse

E-1

AA-SCANLAN-0013944

hereunder shall be irrevocable and shall be effective only with respect to such Spouse and not with respect to any subsequent Spouse.

(e) **"Qualified Election Period"** means:

    (1) With respect to the Normal Form of Payment, the 180-day period ending on a Participant's Annuity Starting Date.

    (2) With respect to a Qualified Preretirement Survivor Annuity, the period beginning on the first day of the Plan Year in which the Participant attains age thirty-five (35) or, if he terminates employment prior to such date, the day he terminates employment with the Company and all Affiliates, and ending on his date of death.

(f) **"Qualified Joint and Survivor Annuity"** means an immediate annuity payable at earliest retirement age under the Plan, as defined in regulations issued under Code Section 401(a)(11), for the life of a Participant with a survivor annuity payable for the life of the Participant's Spouse that is equal to:

    (1) Fifty percent (50%) for the US Plan; and

    (2) One-hundred percent (100%) for the AA Plan

of the amount of the annuity payable during the joint lives of the Participant and his Spouse, provided that the survivor annuity shall not be payable to a Participant's Spouse if such Spouse is not the same Spouse to whom the Participant was married on his Annuity Starting Date.

(g) **"Qualified Optional and Survivor Annuity"** means an immediate annuity payable at earliest retirement age under the Plan, as defined in regulations issued under Code Section 401(a)(11), for the life of a Participant with a survivor annuity payable for the life of the Participant's Spouse that is equal to:

    (1) Seventy-five percent (75%) for the US Plan; and

    (2) Fifty percent (50%) for the AA Plan

of the amount of the annuity payable during the joint lives of the Participant and his Spouse, provided that the survivor annuity shall not be payable to a Participant's Spouse if such Spouse is not the same Spouse to whom the Participant was married on his Annuity Starting Date.

(h) **"Qualified Preretirement Survivor Annuity"** means an annuity payable to the surviving Spouse of a Participant in accordance with the provisions of Section E.7 hereof.

(i) **"Single Life Annuity"** means an annuity payable for the life of the Participant.

E-2

AA-SCANLAN-0013945

E.3    **Normal Form of Payment for Annuity Protected Contributions.**

    (a)    The Normal Form of Payment for a Participant who is married on his Annuity Starting Date is the:

        (1)    Fifty percent (50%) Qualified Joint and Survivor Annuity for the US Plan; and

        (2)    One-hundred percent (100%) Qualified Joint and Survivor Annuity for the AA Plan.

    (b)    The Normal Form of Payment for a Participant who is not married on his Annuity Starting Date is the Single Life Annuity.

    (c)    The Normal Form of Payment for a Participant's Beneficiary is a cash lump sum.

E.4    **Optional Form of Payment for Annuity Protected Contributions.** In lieu of the Normal Form of Payment, a Participant may elect to receive distribution of his Annuity Protected Contributions in one (1) of the following optional forms:

    (a)    A single lump-sum cash payment.

    (b)    For a Participant who is married on his Annuity Starting Date, a Qualified Optional Survivor Annuity.

    (c)    Installments or partial distributions, as described in Section 7.2(b).

    (d)    For the US Plan, distribution through the purchase of an annuity contract that provides for payment in one (1) of the following optional forms:

        (1)    An annuity payable for the life of the Participant with a survivor annuity payable for the life of the Participant's designated Beneficiary that is equal to fifty percent (50%), sixty-six and two-thirds percent (66 2/3%), seventy-five percent (75%), or one hundred percent (100%) (as specified in the Participant's election) of the amount payable during the joint lives of the Participant and his designated Beneficiary.

        (2)    An annuity payable for the life of the Participant with the provision that if the Participant dies within the 10-year period commencing on the Participant's Annuity Starting Date, payments in the same amount will continue to the Participant's designated Beneficiary for the remainder of such 10-year certain period.

A Participant's election of an optional form of payment shall not be effective unless it is a qualified election; provided, however, that spousal consent shall not be required if the form of payment elected by the Participant is a Qualified Joint and Survivor Annuity.

E-3

AA-SCANLAN-0013946

E.5    **Change of Election.** A Participant who has elected an optional form of payment with respect to his Annuity Protected Contributions can change his election only pursuant to a Qualified Election; provided, however, that spousal consent shall not be required if the change is to elect a Qualified Joint and Survivor Annuity.

E.6    **Notice Regarding Forms of Payment.**

(a)    The Plan Administrator shall provide each Participant with a written explanation of (i) the terms and conditions of the Normal Form of Payment and the other forms of payment available under the Plan, (ii) the Participant's right to choose a form of payment other than the Normal Form of Payment or to revoke such choice, and (iii) the rights of the Participant's Spouse. The Plan Administrator shall provide such explanation within the 150-day period ending thirty (30) days before the Participant's Annuity Starting Date. An explanation of the Participant's right to defer distribution of his Account shall be provided to the Participant no less than thirty (30) and no more than one hundred eighty (180) days before the date such distribution is to be made or such other period as is permitted under such regulations as the Secretary of the Treasury may prescribe. The distribution may commence less than thirty (30) days after the notice described above is given, provided that: (i) the Company informs the Participant that the Participant has the right to a period of at least thirty (30) days after receiving the notice to consider the decision of whether or not to elect a distribution, and (ii) the Participant, after receiving the notice, affirmatively elects an immediate distribution.

(b)    The Administrator shall provide each Participant, within the period beginning with the first day of the Plan Year in which the Participant attains age 32 and ending with the close of the Plan Year preceding the Plan Year in which the Participant attains age 35 (or, if applicable, an alternative period consistent with Treasury regulations issued under Code section 417), with a written explanation with respect to the Qualified Pre-Retirement Survivor Annuity comparable to that required under subsection (a) above. In the case of a Participant who is hired (or rehired, as the case may be) after age 32, the explanation specified in the preceding sentence shall be given to the Participant no later than the end of a one year period commencing with the date on which he commenced (or recommenced) participation in the Plan.

E.7    **Qualified Preretirement Survivor Annuity Requirements.** If a married Participant dies before his Annuity Starting Date, his Spouse shall receive distribution of the value of the vested portions of the Participant's Account attributable to Annuity Protected Contributions through the purchase of an annuity contract that provides for payment over the life of the Participant's Spouse. In lieu of the Qualified Preretirement Survivor Annuity, a Participant's Spouse may elect to receive a distribution:

E-4

AA-SCANLAN-0013947

(a)     For the US Plan, in one (1) of the optional forms of payment; provided, however, that a Participant's Spouse may not elect to receive distribution of an annuity payable over the joint lives of the Spouse and any other individual; and

(b)     For the AA Plan, in the form of a lump sum.

Such written election shall be made within a reasonable period of time after the Participant's death. For the US Plan, a Participant can only designate a non-Spouse Beneficiary to receive distribution of his Account otherwise payable as a Qualified Preretirement Survivor Annuity pursuant to a Qualified Election.

AA-SCANLAN-0013948

# EXHIBIT 15

# AMERICAN AIRLINES, INC. 401(K) PLAN FOR PILOTS

## SUMMARY PLAN DESCRIPTION

October 27, 2015

*(Updated as of January 1, 2016)*

Scanlan_104(b)_Request_000003

# TABLE OF CONTENTS

Introduction ............................................................................................................... 1

    Plan Highlights ...................................................................................................... 1

    Definitions ............................................................................................................ 2

    Contact Information For Obtaining Additional Information ............................... 2

When You Are Eligible To Participate ...................................................................... 3

    Eligible Employees ............................................................................................... 3

    Enrolling In The Plan ........................................................................................... 3

    Automatic Enrollment .......................................................................................... 4

    If You Are Reemployed ........................................................................................ 4

    If You Transfer To An Ineligible Position ........................................................... 4

    If You Are On An Authorized Leave Of Absence ............................................... 4

Contributions To The Plan ........................................................................................ 5

    Contribution Elections ......................................................................................... 5

    Before-Tax Contributions .................................................................................... 5

    Roth 401(k) Contributions ................................................................................... 5

    Automatic Increase Programs .............................................................................. 6

    Catch-Up Contributions ....................................................................................... 6

    After-Tax Contributions ....................................................................................... 7

    Pilot Company Contributions ............................................................................... 7

    Rollover Contributions ......................................................................................... 8

    QNECs ................................................................................................................... 8

    Eligible Compensation ......................................................................................... 8

    Limitations On Contributions .............................................................................. 9

    Qualified Military Service .................................................................................... 9

    Correction Of Errors .......................................................................................... 10

Vesting Of Your Contributions .............................................................................. 10

Investment Of Your Account .................................................................................. 10

    Investment funds ................................................................................................ 10

    Investing Your Contributions ............................................................................ 11

i

Scanlan_104(b)_Request_000004

Investment Transfers ........................................................................................................ 12

Timing And Pricing Of Investment Purchases Or Transfers ............................................. 12

Rebalancing Your Account ............................................................................................... 12

Quarterly Statements ...................................................................................................... 13

Loans ...................................................................................................................................... 13

Withdrawals ........................................................................................................................... 13

Roth In-Plan Conversions ...................................................................................................... 14

Distributions .......................................................................................................................... 15

Qualified Reservist Distributions .................................................................................... 17

Qualified Domestic Relations Orders .............................................................................. 18

Missing Participants ......................................................................................................... 18

Plan Fees And Expenses ........................................................................................................ 18

Places You Can View The Plan's Fees And Expenses ....................................................... 19

Claims Procedures ................................................................................................................. 19

Additional Information .......................................................................................................... 20

Plan Name ........................................................................................................................ 20

Plan Sponsor .................................................................................................................... 20

Plan Year .......................................................................................................................... 20

Plan Administration ......................................................................................................... 21

Plan Trustee And Funding ............................................................................................... 21

Plan Identification ........................................................................................................... 21

Type Of Plan .................................................................................................................... 21

Benefits Not Insured By The PBGC ................................................................................. 21

Employment Rights Not Implied ..................................................................................... 21

Where To Serve Legal Process ......................................................................................... 22

Reservation Of Rights ...................................................................................................... 22

Plan Amendment And Termination ................................................................................. 22

Plan Mergers And Transfers Of Assets ............................................................................ 22

Charges, Deductions, and Liens ...................................................................................... 22

Tax Effects of Plan Participation ..................................................................................... 22

Exclusive Benefit ............................................................................................................. 22

If You Are A Minor or Legally Disabled ........................................................................... 23

Statement Of ERISA Rights .................................................................................................. 23

ii

Scanlan_104(b)_Request_000005

Receive Information About Your Plan And Benefits ....................................................................... 23

Prudent Action By Plan Fiduciaries .............................................................................................. 23

Enforce Your Rights ..................................................................................................................... 23

Assistance With Your Questions ................................................................................................. 24

Appendix A: Vesting And Forfeiture Rules For Envoy Matching Contributions .......................... 25

Appendix B: Vesting And Forfeiture Rules For Company Matching Contributions ....................... 26

Appendix C: Distribution Rules For Annuity Protected Contributions ......................................... 27

iii

Scanlan_104(b)_Request_000006

# INTRODUCTION

Effective as of October 27, 2015, American Airlines, Inc. (the "Company") established the American Airlines, Inc. 401(k) Plan for Pilots (the "Plan"). On that date, the account balances of pilots participating in the American Airlines, Inc. 401(k) Plan (sponsored by the Company) and the Future Care 401(k) Plan and the US Airways, Inc. 401(k) Savings Plan for Pilots (both sponsored by US Airways, Inc. at that time) were transferred to the Plan.

The Plan is maintained for the exclusive benefit of you and other Eligible Employees for the purpose of providing retirement income. The Plan allows you and other Eligible Employees to contribute a portion of your pay (referred to as "Eligible Compensation") in the form of elective deferrals, to receive contributions from the Company, and to invest your elective deferrals and other contributions in the Plan's various investment options. The retirement income that you will receive under the Plan will be determined by the elective deferrals and other contributions that are made to the Plan on your behalf and the investment earnings and losses on those elective deferrals and contributions.

This Summary Plan Description ("SPD") describes the major features of the Plan but is not intended to cover every detail of the Plan. This is because Federal law requires a plan sponsor to provide you with a common-language description of the Plan and how it operates. The complete terms of the Plan are contained in the official Plan document. This SPD is not used to administer the Plan or resolve any disputes about how the Plan operates. *If there is any discrepancy between the information in this SPD and the Plan document, the terms of the Plan document shall govern.*

The Employee Benefits Committee (the "Plan Administrator") is the administrator and named fiduciary of the Plan. The Plan Administrator has contracted with Fidelity Investments Institutional Operations Company, Inc. ("Fidelity") to provide recordkeeping and other administrative services to the Plan. The trustee of the Plan is Fidelity Management Trust Company (the "Trustee").

All legal documents relating to the Plan are available for your inspection at:

> American Airlines, Inc.
> ATTN: 401(k)
> MD 5144
> 4333 Amon Carter Boulevard, HDQ1
> Fort Worth, TX 76155

You may also request a copy of any of these documents by writing to the Plan Administrator at the above address.

## PLAN HIGHLIGHTS

The Plan's highlights include:

- *Elective Deferrals.* These are the amounts that the Company contributes to the Plan on your behalf when you elect to defer a percentage of your Eligible Compensation to the Plan on a pre-tax or after-tax basis. You may contribute between 1% and 100% of your Eligible Compensation on a before-tax basis (*i.e.*, Before-Tax Contributions) or after-tax basis (*i.e.*, After-Tax Contributions and Roth 401(k) Contributions) to the Plan, subject to certain Internal Revenue Code ("Code") limits explained below. Your contributions are conveniently deducted from your paychecks. Your Before-Tax Contributions grow on a tax-deferred basis, and you do not pay income taxes on these contributions and the related earnings until you withdraw these amounts from the Plan. Your After-Tax and Roth 401(k) Contributions (including any earnings and investment gains on Roth 401(k) Contributions) generally are not taxed when they are distributed from the Plan. **Please Note:** If you are subject to income tax under the provisions of the Puerto Rico Income Tax Act, you may not make Roth 401(k) Contributions and you may only contribute a maximum of ten percent (10%) of your Eligible Compensation as After-Tax Contributions.

- *Catch-Up Contributions.* If you will be age fifty (50) or older at the end of the Plan Year, you may elect to contribute an additional amount of your Eligible Compensation to the Plan (*i.e.*, Catch-Up Contributions), up to a maximum of $6,000 for 2015 and 2016. This limit may be adjusted annually by the Internal Revenue Service ("IRS") to reflect cost-of-living increases.

1

Scanlan_104(b)_Request_000007

- *Automatic Enrollment.* If you are hired or rehired on or after January 1, 2016, unless you direct otherwise, you will be automatically enrolled in the Plan and elective deferrals of four percent (4%) of your Eligible Compensation will be contributed to the Plan on your behalf on a before-tax basis (*i.e.*, Before-Tax Contributions).

- *Pilot Company Contributions.* These are contributions that the Company makes for you after you complete one (1) year of service. They are based on a percentage of your Eligible Compensation.

- *Code Limits.* The maximum amount that can be contributed to your Account under the Plan (including your contributions and Pilot Company Contributions but excluding Rollover Contributions, Catch-Up Contributions and Roth Catch-Up Contributions) for 2015 and 2016 is the lesser of $53,000 or 100% of your annual compensation ($59,000 or 100% of your annual compensation, if Catch-Up Contributions and Roth Catch-Up Contributions are included). Your Before-Tax and Roth 401(k) Contributions (including Catch-Up and Roth Catch-Up Contributions) are also subject to a separate Code limit on deferrals. For 2015 and 2016, the limits are $18,000 for Before-Tax and Roth 401(k) Contributions, and $24,000 if you also make Catch-Up or Roth Catch-Up Contributions.

- *Vesting.* Except as provided in Appendices A and B, contributions made to the Plan, including Pilot Company Contributions, are fully vested and nonforfeitable at all times.

- *Payment Events.* Your Plan benefits normally are payable when you terminate employment (including being furloughed), become disabled or die, and, under certain circumstances, while you are still actively employed by the Company.

- *Form of Payment.* In general, you may elect to receive payment of your Plan benefits in a lump sum, a partial lump sum or installment payments. **Please see Appendix C for special distribution rules for "annuity protected contributions" transferred to the Plan from the American Airlines, Inc. 401(k) Plan and the US Airways, Inc. 401(k) Savings Plan for Pilots.**

## DEFINITIONS

Throughout this SPD you will see certain terms used frequently. Some of these terms are defined elsewhere in the SPD, and a few of the key definitions are defined or highlighted below.

- *Account.* The separate accounting in the Plan's trust for each type of elective deferral and contribution made to the Plan on your behalf.
- *Agreement.* The collective bargaining agreement between the Company and the Association covering pilots of the Company.
- *Association.* The Allied Pilots Association, or any successor organization, designated as the bargaining representative for pilots of the Company.
- *Company.* American Airlines, Inc. or any successor to American Airlines, Inc.
- *Eligible Compensation.* Please refer to the Section of the SPD entitled "Eligible Compensation" for this definition.
- *Eligible Employee.* Please refer to the Section of the SPD entitled "Eligible Employees" for this definition.
- *Employer.* The Company and any affiliate of the Company that has adopted the Plan with the Company's consent.
- *Participant.* Any employee of the Company who is eligible to participate under the provisions of the Plan and any former employee of the Company, alternate payee or beneficiary who has an account balance under the Plan.

## CONTACT INFORMATION FOR OBTAINING ADDITIONAL INFORMATION

Fidelity is the primary source of information about the Plan. Fidelity may be contacted by –

- Calling 1 (800) 354-3412, or
- Visiting the Plan Website (www.netbenefits.com/AA).

Certain information, as stated in this SPD, is also available from the Plan Administrator. The Plan Administrator may be contacted by:

- Calling 1 (817) 963-1234,

2

Scanlan_104(b)_Request_000008

- Sending an email to my401k@aa.com, or
- Sending a letter to:

  Employee Benefits Committee
  4333 Amon Carter Boulevard, HDQ1
  Fort Worth, TX 76155

In addition, certain information may be available on the Company's intranet site (jetnet.aa.com).

Este es el Documento Sumario Del Plan de 401(k) para los pilotos de American Airlines, Inc., escrito en el idioma ingles. Si usted no entiende este Documento, en su totalidad o parcialmente, le rogamos se comunique con Fidelity al telefono 1 (800) 354-3412 para obtener mas informacion.

# WHEN YOU ARE ELIGIBLE TO PARTICIPATE

## ELIGIBLE EMPLOYEES

"Eligible Employees" may participate in the Plan. You are an Eligible Employee if you are:

- An employee of the Company who is listed on the Pilots System Seniority List of the Company for the period of time you are included on the list;
- Classified as a "Grandfathered Disabled East Pilot" under the Agreement; or
- Otherwise permitted to participate in the Plan under the terms of the Agreement.

However, you cannot be an Eligible Employee if you are:

- A leased employee;
- A temporary, provisional, or associate employee;
- Not reported as a common law employee on the payroll of the Company or any affiliated company, even if a court or administrative agency determines that you are a common law employee of the Company or any affiliated company;
- A non-resident alien who receives no earned income from the Company or a participating employer that constitutes income from United States sources;
- Employed by an affiliated company that has not adopted the Plan;
- Eligible to participate in another 401(k) plan sponsored by the Company or any affiliated company;
- A person who has agreed in writing that you are either not an employee of the Company or any affiliated company or not eligible to participate in the Plan;
- A person who is not on the Company's United States salaried or hourly payroll;
- A person whose compensation is reported on a form other than an IRS Form W-2; or
- A person who does not have either a valid Social Security Number or a valid Individual Tax Identification Number.

## ENROLLING IN THE PLAN

If you are an Eligible Employee, you may elect to participate in the Plan at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. Once you make the election, your participation in the Plan will commence as soon as administratively practicable. You may also become a Plan participant through the Plan's automatic enrollment provisions, described below. If, prior to your election to participate or your automatic enrollment, you are credited with a Pilot Company Contribution, you will become a Plan participant on the date that an Account is established to hold that contribution.

3

Scanlan_104(b)_Request_000009

## AUTOMATIC ENROLLMENT

If you are hired or rehired on or after January 1, 2016 as an Eligible Employee, you will be automatically enrolled in the Plan. Written notice of your pending automatic enrollment will be sent to you at least thirty (30) days prior to the effective date of your automatic enrollment in the Plan.

If you do nothing after receiving your automatic enrollment notice letter, your Before-Tax Contributions will begin as soon as administratively practicable following the automatic enrollment date specified in your enrollment letter. Before-Tax Contributions equal to four percent (4%) of your Eligible Compensation will be withheld from your paycheck and contributed to your Account. If you do not make an investment election, your Account will be invested in the qualified default investment fund listed in your automatic enrollment notice letter.

If you wish to select a different Before-Tax Contribution percentage, change the investment fund(s) in which your contributions are invested, or opt-out of participating in the Plan before or after your automatic enrollment goes into effect, you may do so at virtually any time by logging on to Fidelity NetBenefits* at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

You may make a request to receive a distribution of all Before-Tax Contributions that have been automatically contributed to the Plan if you opt-out of automatic enrollment within ninety (90) days of the automatic enrollment date.

Please see the "Automatic Increase Programs" section below for information regarding the annual automatic increase program that will apply to you beginning on January 1, 2016.

**One-Time Special Automatic Enrollment Event on January 1, 2016 for Current Eligible Employees.** If you were hired before January 1, 2016 and are an Eligible Employee contributing less than 4% on January 1, 2016, four percent (4%) of your Eligible Compensation will begin to be contributed to the Plan starting with the first pay statement in January 2016 if you have failed to designate how much, if any, of your Eligible Compensation you want to contribute to the Plan.

Written notice with details about this automatic enrollment event, including your ability to opt-out of the event, will be sent to you at least thirty (30) days prior to January 1, 2016. **Please note** that this special automatic enrollment event will not apply to you if, as of November 27, 2015, your employee contributions to the Plan are suspended because you have taken a hardship withdrawal from the Plan (please see the "Hardship Withdrawals" section below for more information about the Plan's suspension rules).

## IF YOU ARE REEMPLOYED

If your employment terminates (including if you are furloughed) after you become an Eligible Employee and you later return to the Company as an Eligible Employee, you will be automatically enrolled in the Plan in the same manner as described in the Automatic Enrollment section above.

## IF YOU TRANSFER TO AN INELIGIBLE POSITION

If you transfer to a position that is not eligible to participate in the Plan, you will not be able to make any contributions to the Plan or receive any Pilot Company Contributions that are made to the Plan based on Eligible Compensation earned after your transfer. However, your Account will continue to be credited with investment earnings and losses and you may continue to direct the investment of your Account and, with a few exceptions, exercise all other rights of Plan participation. If you later become an Eligible Employee, you will be automatically enrolled in the Plan in the same manner as described above.

## IF YOU ARE ON AN AUTHORIZED LEAVE OF ABSENCE

If you are on an authorized military or non-military leave of absence, you generally will be able to make contributions to the Plan and receive Pilot Company Contributions that are made to the Plan based on Eligible Compensation earned during your leave of absence.* In addition, your Account will continue to be credited with investment earnings and losses and you may continue to direct the investment of your Account and, with a few exceptions, exercise all other rights of Plan participation. If you return from the leave of absence, your contribution election in the Plan's records as of the date you return will be automatically implemented.

4

Scanlan_104(b)_Request_000010

*Please see the "Qualified Military Service" section below for special rules if you are on an authorized military leave of absence.

# CONTRIBUTIONS TO THE PLAN

## CONTRIBUTION ELECTIONS

When you first enroll in the Plan (unless you have been automatically enrolled), you will be asked to choose the percentage of your Eligible Compensation that you wish to contribute to the Plan on a before-tax, Roth, or after-tax basis for each pay period. Your contributions will then be withheld from your Eligible Compensation and contributed to the Account established within the Plan on your behalf.

You may elect to change your contribution rate at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. Changes are effective as soon as administratively practicable after your election is processed.

You may stop your contributions on Fidelity NetBenefits® or by calling the American Airlines 401(k) Service Center at Fidelity. Your request to stop your contributions will be effective as soon as administratively practicable after your election is processed. If you stop your contributions and then decide that you want to restart your contributions, you may do so on Fidelity NetBenefits® or by calling the American Airlines 401(k) Service Center at Fidelity. Again, these changes are effective as soon as administratively practicable after your election is processed. If you stop contributing to the Plan, you may continue to direct the investment of your Plan Account, which will continue to be credited with investment gains and losses and debited for expenses.

## BEFORE-TAX CONTRIBUTIONS

You may elect to contribute from 1% to 100%* (in .5% increments) of your Eligible Compensation on a before-tax basis each pay period (but your combined Before-Tax and Roth 401(k) Contributions may not exceed $18,000 in 2015 and 2016, adjusted each year per IRS guidelines) to the Plan. Your Before-Tax Contributions will be deducted from your paycheck *before* you pay income tax on them. Before-Tax Contributions are paid to the Plan as soon as administratively practicable after they are deducted from your paycheck. Your Before-Tax Contributions grow on a tax-deferred basis, and you do not pay income taxes on these contributions and the related earnings until you withdraw these amounts from the Plan.

A separate sub-account will be established under the Plan for your Before-Tax Contributions.

*The total combined percentage of your Before-Tax, Roth 401(k), Catch-Up and After-Tax Contributions cannot exceed 100% of your Eligible Compensation per pay period.

## ROTH 401(K) CONTRIBUTIONS

You may elect to contribute from 1% to 100%* (in .5% increments) of your Eligible Compensation on a Roth (after-tax) basis each pay period (but your combined Before-Tax and Roth 401(k) Contributions may not exceed $18,000 in 2015 and 2016, adjusted each year per IRS guidelines) to the Plan. Your Roth 401(k) Contributions will be deducted from your paycheck *after* you pay income tax on them. Roth 401(k) Contributions are paid to the Plan as soon as administratively practicable after they are deducted from your paycheck. Your Roth 401(k) Contributions (including any earnings and investment gains) generally are not taxed when they are distributed from the Plan**. **Please note:** If you are subject to income tax under the provisions of the Puerto Rico Income Tax Act, you may not make Roth 401(k) Contributions.

A separate sub-account will be established under the Plan for your Roth 401(k) Contributions.

*The total combined percentage of your Roth 401(k), Before-Tax, Catch-Up and After-Tax Contributions cannot exceed 100% of your Eligible Compensation per pay period.

**Please see the "Distributions" section below for more information about taxation of distributions from the Plan.

5

Scanlan_104(b)_Request_000011

## AUTOMATIC INCREASE PROGRAMS

The Plan offers two "automatic increase" programs: an annual automatic increase program, and a customized automatic increase program. In general, an automatic increase program automatically increases the amount of your Before-Tax Contributions that are made to the Plan as of a certain date each year. The amount and date of the increase are set either by the Plan Administrator under the annual automatic increase program or by you under the customized automatic increase program.

**Annual Automatic Increase Program:** Effective January 1, 2016, you will automatically be enrolled in the Plan's automatic increase program unless you opt out of the program. However, the first automatic increase will not take place earlier than January 2017. You may opt out of the annual automatic increase program by either making an affirmative election to set your contribution rate for Before-Tax Contributions to zero percent (0%), electing not to participate in the annual automatic increase program, or electing to participate in customized automatic increase program described below. This program will automatically increase your Before-Tax Contribution rate by one percent (1%) each Plan Year after 2016, until your total employee contribution rate (excluding Catch-Up Contributions and Roth Catch-Up Contributions) reaches ten percent (10%) of your Eligible Compensation. **Please note:** If you have elected not to make Before-Tax Contributions to the Plan, then you will not be enrolled in the Plan's annual automatic increase program.

Annual increases will occur as soon as administratively practicable on or after January 1 of each Plan Year if you have been an Eligible Employee for at least six (6) months prior to that date and are contributing at a rate less than ten percent (10%). For example, an Eligible Employee who is hired in June 2016, is automatically enrolled in the Plan, and does not elect to opt out of the annual automatic increase program, will have the amount of his Before-Tax Contributions automatically increased by one percent (1%) of his Eligible Compensation beginning in January 2017.

**One-Time Special Automatic Increase Event on January 1, 2016 for Current Eligible Employees:** If you were hired before January 1, 2016 and are an Eligible Employee on January 1, 2016, your Before-Tax Contribution rate will be increased so that your total employee contribution rate is equal to four percent (4%) of your Eligible Compensation, unless you elect to change your employee contribution rate between November 27, 2015 and December 26, 2015.

**Please note** that this special automatic increase event will not apply to you if, as of December 1, 2015, your employee contributions to the Plan are suspended because you have taken a hardship withdrawal from the Plan (please see the "Hardship Withdrawals" section below for more information about the Plan's suspension rules).

**Customized Automatic Increase Program:** Effective October 24, 2015, if you are interested in having your Before-Tax automatically increased in an amount or on a date that differs from those offered under the annual automatic enrollment program described above, you may elect to participate in the Plan's customized automatic increase program. If you elect to participate in this program, you will be able to specify the amount of the annual increase in your Before-Tax Contribution percentage, the month in which the increase will take effect each year, and the maximum contribution percentage to which your contributions will increase (generally, up to 100% of your Eligible Compensation). **Please note:** If you are not making Before-Tax Contributions to the Plan, then you will not be eligible to enroll in the Plan's customized automatic increase program.

**Annual Notice:** Regardless of the program in which you participate, you will be notified of your automatic increase at least thirty (30) days prior to the date it is scheduled to take effect each year.

**Hardship Distributions:** If you receive a hardship distribution, your participation in the automatic increase programs described above will be suspended. When the suspension period ends, you will have to affirmatively elect to opt back into either of the automatic increase programs described above.

## CATCH-UP CONTRIBUTIONS

If you plan to contribute the maximum Before-Tax or Roth 401(k) Contributions to the Plan and you will be age fifty (50) or older by the end of the Plan Year, you may also elect to make additional "catch-up contributions" to the Plan, on a before-tax or Roth (after-tax) basis, equal to a percentage* of your Eligible Compensation per pay period (but not more than $6,000 in 2015 and 2016, which may be adjusted in future years per IRS guidelines). You elect to make Catch-Up Contributions in the same manner as you elect to make Before-Tax and Roth 401(k) Contributions. Catch-Up Contributions are paid to the Plan as soon as administratively practicable after they are deducted from your paycheck. Your Catch-Up Contributions grow on a tax-deferred basis, and you do not pay income taxes on these contributions and the related earnings until you withdraw these amounts from the Plan. Your Roth Catch-Up Contributions (including any earnings and investment gains) generally are not taxed when they are distributed from the Plan. **Please**

6

Scanlan_104(b)_Request_000012

**note:** If you are subject to income tax under the provisions of the Puerto Rico Income Tax Act, you may not make Roth Catch-Up Contributions.

Even though you elect to make Catch-Up Contributions during the year, whether or not these contributions are treated as Catch-Up Contributions will depend on whether you contribute the maximum amount of Before-Tax and/or Roth 401(k) Contributions allowed under the law by the end of the year (see the applicable limits on Before-Tax and Roth 401(k) Contributions described above. If you do not contribute the maximum, then your Catch-Up Contributions will be treated as either Before-Tax Contributions or Roth 401(k) Contributions (depending on the type of contributions you have made to the Plan for that year).

*The total combined percentage of your Catch-Up, Roth 401(k), Before-Tax, and After-Tax Contributions cannot exceed 100% of your Eligible Compensation per pay period.

## AFTER-TAX CONTRIBUTIONS

You may elect to contribute from 1% to 100%* (in .5% increments) of your Eligible Compensation on an after-tax basis each pay period (subject to IRS limits on the maximum amount of contributions that can be made to the Plan each year described in the "Limitations on Contributions" section below) to the Plan. Your After-Tax Contributions will be deducted from your paycheck *after* you pay income tax on them. After-Tax Contributions are paid to the Plan as soon as administratively practicable after they are deducted from your paycheck. Your After-Tax Contributions generally are not taxed when they are distributed from the Plan, but related earnings are taxed upon distribution. **Please Note:** If you are subject to income tax under the provisions of the Puerto Rico Income Tax Act, you may only contribute a maximum of ten percent (10%) of your Eligible Compensation as After-Tax Contributions.

A separate sub-account will be established under the Plan for your After-Tax Contributions.

*The total combined percentage of your After-Tax, Before-Tax, Catch-Up and Roth 401(k) Contributions cannot exceed 100% of your Eligible Compensation per pay period.

## PILOT COMPANY CONTRIBUTIONS

Regardless of whether you elect to make Before-Tax, Roth 401(k), Catch-Up, Roth Catch-Up, or After-Tax Contributions to the Plan, the Company will make Pilot Company Contributions to the Plan each pay period based on your Eligible Compensation that is paid during that pay period according to the following chart:

| Eligible Employees | Percentage of Eligible Compensation |
|---|---|
| Grandfathered Disabled East Pilots | 10% |
| All Other Eligible Pilots | 16% |

In order to receive Pilot Company Contributions, you must complete one (1) year of service. However, if you were receiving non-elective employer contributions in the American Airlines, Inc. 401(k) Plan, the Future Care 401(k) Plan, or the Retirement Savings Plan for Pilots of US Airways, Inc. as of October 26, 2015, then you will be immediately eligible to receive Pilot Company Contributions in this Plan as of the Plan's effective date of October 27, 2015.

You will be credited with one (1) "year of service" for any twelve-month period of time (*e.g.*, 365 days) during which you are employed as an employee by the Company or any affiliated company. In general, you are credited with service commencing on the date you are hired and ending on the date you quit, are discharged or furloughed, retire, or die. However, the following special rules may apply:

- If you are reemployed within twelve (12) months after your quit, discharge, furlough, or retirement date (for example, if you terminate on December 5, 2015, and are reemployed on or before December 4, 2016), you will be credited with service as if you were employed during the entire period of your absence from employment.
- If you are on an authorized military leave of absence and return to work within the period of time required by law, your period of absence will be credited toward the one year of service requirement described above.

7

Scanlan_104(b)_Request_000013

- You may receive credit toward your one year of service if service was credited on your behalf under the American Airlines, Inc. 401(k) Plan, the Future Care 401(k) Plan, or the Retirement Savings Plan for Pilots of US Airways, Inc.

If you have any questions about the calculation of your year of service, you can log on to Fidelity NetBenefits® at www.netbenefits.com/AA or call the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

## ROLLOVER CONTRIBUTIONS

If you are an Eligible Employee, you may be eligible to make direct or indirect Rollover Contributions to the Plan of amounts that you receive from an "eligible retirement plan." You may also be eligible to make Rollover Contributions to the Plan from amounts that you receive from a traditional individual retirement account ("IRA").

An "eligible retirement plan" includes a plan qualified under section 401(a) of the Internal Revenue Code (*e.g.*, 401(k) plan, profit-sharing plan, defined benefit plan, money purchase plan) or Code section 403(a) annuity plan; a section 403(b) tax-sheltered annuity; and an eligible section 457(b) plan maintained by a governmental employer.

A separate sub-account will be established to receive and invest your Rollover Contributions (pre-tax contributions made to an eligible retirement plan), After-Tax Rollover Contributions (after-tax contributions made to an eligible retirement plan) and/or Roth Rollover Contributions (Roth contributions made to an eligible retirement plan).

If you wish to make a Rollover Contribution, please contact the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. Because the federal income tax provisions governing such contributions are complex, **you may want to consult a qualified tax advisor** before making them.

## QNECS

The IRS requires that Before-Tax and Roth 401(k) Contributions meet a complicated nondiscrimination test to ensure that Plan contributions do not disproportionately benefit highly compensated employees. To the extent necessary to meet these tests or to correct an error described in the "Correction of Errors" section below, the Company may make additional contributions to the Plan in form of qualified non-elective contributions ("QNECs"). The Company will provide additional information about these types of contributions in a notice to impacted Participants if such contributions are made to the Plan. A separate sub-account will be established under the Plan for your QNECs, if any.

## ELIGIBLE COMPENSATION

Subject to the following rules, your Eligible Compensation for purposes of determining the amount of any contribution made to the Plan on your behalf generally includes all amounts reported as wages on the IRS Form W-2 after you become an active Participant in the Plan, any differential wage payments paid by the Company while you are absent from work during a period of qualified military service, any Before-Tax Contributions made on your behalf to the Plan, and any salary reductions made on your behalf to a flexible benefits plan or another similar plan sponsored by the Company.

- Exclusions for Employee Contributions: For purposes of Before- Tax Contributions, Roth 401(k) Contributions, After-Tax Contributions, Catch-Up Contributions and Roth Catch-Up Contributions, Eligible Compensation does not include co-terminal expenses, moving expenses, Company-paid life insurance premiums, value of NRSA Passes for Relatives, disability payments, severance pay, Company-paid employee expenses, benefit pay, tips, relocation-related compensation, incentive payments funded through third parties, cost of living pay adjustments, and imputed income (including any amounts grossed up to account for the taxes on the imputed income).

- Exclusions for Pilot Company Contributions: For purposes of the Pilot Company Contributions, Eligible Compensation does not include co-terminal expenses, moving expenses, Company-paid life insurance premiums, value of NRSA Passes for Relatives, disability payments, severance pay, Company-paid employee expenses, benefit pay, tips, relocation-related compensation, incentive payments funded through third parties, cost of living pay adjustments, approved expense allowances, expense reimbursement, gain sharing payments, overtime meal allowance, pilot profit sharing payment, sick bank payout, uniform cleaning allowance, and imputed income (including any amounts grossed up to account for the taxes on the imputed income).

8

Scanlan_104(b)_Request_000014

- Additions for Pilot Company Contributions: For purposes of the Pilot Company Contributions for Eligible Employees who are on a union leave, Eligible Compensation also includes: (a) Type 1 Flight Pay Loss, which covers union paid leave, consisting of regularly scheduled work assignments missed due to service performed for the Association, and (b) Type 2 Flight Pay Loss, which covers pay beyond regularly scheduled work assignments missed due to service performed for the Association.

- Compensation for Grandfathered Disabled East Pilots Company Contributions: For Grandfathered Disabled East Pilots who became disabled between April 1, 2003 and March 31, 2014, Eligible Compensation means amounts paid by the Company as long-term disability pay (standard payment) pursuant to the disability programs provided to members of the Association pursuant to the Agreement. For Grandfathered Disabled East Pilots who became disabled prior to April 1, 2003, Eligible Compensation means the compensation you would have received for the year if you were paid at the rate of compensation that was paid to you immediately before you became disabled.

- Post-severance Compensation: In general, Eligible Compensation does not include amounts paid to you after you terminate employment with the Company. However, regular compensation, as well as paid leave cash-outs (e.g., vacation pay) that you would have received if you had remained employed is Eligible Compensation if it is paid within the later of: (a) 2½ months after your termination of employment, or (b) the end of the calendar year during which you terminate employment.

- IRS Limit on Compensation: Federal law limits the amount of compensation that can be considered for Plan purposes each Plan Year. For 2015 and 2016, the limit is $265,000. So, the Plan cannot count any part of your Eligible Compensation that exceeds the first $265,000 paid to you in 2015 or 2016. This annual compensation limit may be adjusted in future years by the IRS.

## LIMITATIONS ON CONTRIBUTIONS

The maximum amount that can be contributed to your Account under the Plan (including your contributions and Pilot Company Contributions but excluding Rollover Contributions, Catch-Up Contributions and Roth Catch-Up Contributions) for 2015 and 2016 is the lesser of $53,000 or 100% of your annual compensation ($59,000 or 100% of your annual compensation, if Catch-Up Contributions and Roth Catch-Up Contributions are included). Your Before-Tax and Roth 401(k) Contributions (including Catch-Up and Roth Catch-Up Contributions) are also subject to a separate IRS limit on deferrals. For 2015 and 2016, the limits are $18,000 for Before-Tax and Roth 401(k) Contributions, and $24,000 if you also make Catch-Up or Roth Catch-Up Contributions.

The limits on Before-Tax, Roth 401(k), Catch-Up, and Roth Catch-Up Contributions apply to the aggregate of such contributions made to all tax-qualified 401(k) plans during a tax year (for example, the aggregate of contributions made to this Plan and the plan of a prior employer). Therefore, if you made Before-Tax, Roth 401(k), Catch-Up or Roth Catch-Up Contributions during the year to this Plan and another 401(k) plan, it is your responsibility to monitor your aggregate contributions. If your contributions have exceeded the IRS limit for a year, you must contact the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time, to request a refund of the excess no later than March 1 of the following year.

If you are a highly compensated employee, the amount of your Before-Tax and Roth 401(k) Contributions may be limited to ensure that your rate of contribution, along with the rate of contribution by other highly compensated employees, is not disproportionately greater than the rate of contribution made by non-highly compensated employees, in accordance with IRS regulations. Generally, a highly compensated employee is someone whose annual compensation exceeds an IRS-determined compensation limit that is increased periodically to reflect cost-of-living increases. For 2015 and 2016, that limit is $120,000. The Company may notify you if you are a highly compensated employee whose Plan contributions will be limited for a Plan Year, as described in this paragraph.

## QUALIFIED MILITARY SERVICE

Special rules under the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA") and the Heroes Earnings Assistance and Relief Tax Act of 2008 ("HEART Act") apply if you take a leave of absence because of military service and return to active employment with the Company after the period of military service. These rights include the right to contribute certain make-up contributions for your eligible period of military service and to receive certain contributions in the event you should die during your period of military service. Please contact the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time, for additional information.

9

Scanlan_104(b)_Request_000015

## CORRECTION OF ERRORS

On occasion, a clerical error or omission may result in an incorrect Account balance or, if you have received a distribution, an incorrect distribution. You are entitled only to the benefits provided by the terms of the Plan. Therefore, if the error results in your being credited with or receiving less benefits than you are entitled to under the terms of the Plan, you will receive the benefits you are entitled to from the Plan. If the error results in your being credited with or receiving more benefits than you are entitled to under the terms of the Plan, the Plan will correct your Account balance. If you received an overpayment, you must repay the overpayment, if requested to do so.

## VESTING OF YOUR CONTRIBUTIONS

Vesting indicates your ownership of the money in your Account. You are always 100% vested (meaning that no amount can be forfeited) in your Before-Tax Contributions, Roth 401(k) Contributions, Catch-Up Contributions, Roth Catch-Up Contributions, After-Tax Contributions, Pilot Company Contributions, Annuity Protected Contributions, and Rollover Contributions (and the earnings on these amounts).

Please see Appendices A and B for the vesting and forfeiture rules that apply to certain matching contributions that were transferred to the Plan from the American Airlines, Inc. 401(k) Plan on behalf of eligible Participants.

## INVESTMENT OF YOUR ACCOUNT

### INVESTMENT FUNDS

All contributions made to the Plan on your behalf (and the investment earnings and losses thereon) are credited to your Account and held in a trust by the Plan's Trustee. The Plan permits you to direct the investment of your Account in accordance with the limits and restrictions described in this SPD, the Plan, and other investment literature provided to you. ERISA section 404(c) provides that if a plan provides participants with an opportunity to control their plan investments, the plan's fiduciaries generally are not responsible for any investment losses attributable to a participant's investment decisions. In other words, if you control the investment of your Plan Account, then you are responsible for the investment results – including both earnings and losses attributable to your investment decisions. In structuring the Plan to allow participant-directed investments, the Company has intended for the Plan to qualify as an "ERISA section 404(c) plan" – you are responsible for deciding in which of the investment funds your Account will be invested and the Plan's fiduciaries will be relieved of any liability for losses experienced as a result of your investment instructions.

The Plan provides you with an opportunity to invest in a broad range of investment funds selected by the Plan Administrator. For information about an investment fund's investment strategy and operation (including any trade limitations and fees), please log on to Fidelity NetBenefits® at www.netbenefits.com/AA or call the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. Additionally, you will be provided with information about the Plan's investment funds in a separate document on an annual basis.

The investment options have different investment objectives, which are explained in the disclosure materials that will be provided to you. In addition, you can request other information available for the various investment options at www.netbenefits.com/AA or call the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. The different investment options provide a range of risk, liquidity, and investment return opportunities. The Company does not recommend any investment over any other, and does not provide investment advice. You may wish to seek professional advice when choosing your investment funds (if you have a managed account with Financial Engines, Financial Engines will provide you with investment advice).

The Plan Administrator may, without prior notice under some circumstances and on a temporary or permanent basis, add, change or remove one or more of the investment funds under the Plan, and suspend the ability to invest in or move funds into or out of any one or all investment funds.

10

Scanlan_104(b)_Request_000016

## INVESTING YOUR CONTRIBUTIONS

You may choose from any of the following options when deciding how to invest the funds held in your Account:

- You may invest in the available investment funds in one percent (1%) increments. You may change how your future contributions are invested at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

- You may invest up to ninety-five percent (95%) of your vested Account through a self-directed brokerage window called Fidelity BrokerageLink®. The Fidelity BrokerageLink® service allows you to invest in a wide range of mutual funds as well as stocks and bonds. Fidelity BrokerageLink®'s rules preclude you from investing in certain other forms of investment vehicles. Note that commissions for individual transactions apply to the Fidelity BrokerageLink® service. Log on to Fidelity NetBenefits® at www.netbenefits.com/AA or call the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time, for further details about Fidelity BrokerageLink®, including enrollment, rules and exclusions, and commission information.

- You may elect to have professionals from Financial Engines, an independent investment advice and management service provider, manage your Account. For a fee, the Financial Engines Professional Account Management Program will construct your investment portfolio based on your situation and goals, with the balance of risk and reward that reflects your individual circumstances. Your investments are adjusted as needed to reflect changes in the market and your life. To speak with a Financial Engines representative about enrolling in the Professional Account Management Program, call the American Airlines 401(k) Service Center at Fidelity and ask to be connected to Financial Engines.

**The Company does not guarantee the performance of any of these investment options.** You are responsible for any gains or losses resulting from the investment decisions you make, and earnings and losses associated with each investment fund will be allocated among Accounts invested in that fund.

The Plan Administrator reserves the right to request new investment directions from you at any time, even if you may have previously provided investment instructions for your Account. The Plan Administrator has discretion to establish procedures and/or limitations on investment directions.

You may obtain more information about the procedures for directing how your contributions will be invested at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

When you enroll in the Plan you will be asked to direct how your contributions will be invested. If you fail to provide an investment direction (for example, because you were automatically enrolled), your contributions will be invested in a "default fund." The default fund will be a "qualified default investment alternate," which is a fund that meets certain U.S. Department of Labor requirements. The Plan Administrator may change the default fund at any time, in its sole discretion. If your Account, or any portion thereof, is invested in the default fund because you did not provide investment directions, you have the right to direct the investment of your Account to any other investment fund offered under the Plan at any time.

If you do not provide a direction for the investment of contributions made to your Account, your contributions will be invested in the "target date fund" listed below that is based on the year closest to the year you turn 65:

| Fund Name | Date of Birth |
|---|---|
| American Pilot Target Date Post-Retirement Fund | Before 1948 |
| American Pilot Target Date Fund 2015 | 1/1/1948 – 12/31/1952 |
| American Pilot Target Date Fund 2020 | 1/1/1953 – 12/31/1957 |
| American Pilot Target Date Fund 2025 | 1/1/1958 – 12/31/1962 |
| American Pilot Target Date Fund 2030 | 1/1/1963 – 12/31/1967 |
| American Pilot Target Date Fund 2035 | 1/1/1968 – 12/31/1972 |

11

Scanlan_104(b)_Request_000017

| | |
|---|---|
| American Pilot Target Date Fund 2040 | 1/1/1973 – 12/31/1977 |
| American Pilot Target Date Fund 2045 | 1/1/1978 – 12/31/1982 |
| American Pilot Target Date Fund 2050 | 1/1/1983 – 12/31/1987 |
| American Pilot Target Date Fund 2055 | 1/1/1988 – 12/31/1992 |
| American Pilot Target Date Fund 2060 | After 12/31/1992 |

The Plan does not give you the right to exercise voting rights that pertain to the investment funds held in your Account, unless you hold shares of common stock of American Airlines Group, Inc. in your Account.

## INVESTMENT TRANSFERS

You may transfer funds between the investment options available under the Plan. You may submit a request to transfer funds to a different investment option at virtually any time by logging on to Fidelity NetBenefits* at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

## TIMING AND PRICING OF INVESTMENT PURCHASES OR TRANSFERS

When you request a transfer from one investment fund to another or direct that your contributions be invested in a particular investment fund, the following timing rules apply. Transfers that are directed by 4:00 p.m. Eastern time on each business day that the New York Stock Exchange ( the "NYSE") closes at 4:00 p.m. (or the time the NYSE closes trading on a short trading day) generally will be implemented that business day, at the net asset value ("NAV") established by the investment fund prior to or at the close of that business day, unless the investment fund has established a rule requiring trade directions to be received by some earlier time in order to be implemented by the close of business. Transfers that are directed after the earlier of 4:00 p.m. Eastern time or such time as has been established by the investment fund, will generally be placed as of the next business day, at the NAV established by the investment fund at the close of business on that day. These procedures apply both to purchases of interests in investment funds with new contributions as well as transfers into investment funds from other funds. In some cases, the processing of your purchase or transfer may be delayed because, for example, the investment fund does not have sufficient liquidity for settlement.

You can obtain more information about the procedures for making transfers of existing Account balances between investment funds at virtually any time by logging on to Fidelity NetBenefits* at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

As a reminder, the Plan is intended to operate as an ERISA section 404(c) plan. The Plan offers participants and beneficiaries the opportunity to exercise control over the assets contributed and accumulated on their behalf by allowing them to choose the manner in which these assets will be invested from a broad range of investment alternatives. This means that you or your beneficiaries may not hold the Company, any affiliated company, the Plan's service providers or any of their respective employees or agents liable as Plan fiduciaries for any losses sustained in your Account that are the direct and necessary result of your exercise of control over how your Account is invested. In other words, you bear the risk of the performance of your directed investments, even if that performance is poor. Plan fiduciaries, the Company, any affiliated companies, the Plan Administrator, employees, and agents will not provide advice as to how you manage your investments in your Account under the Plan. Accordingly, for advice on how the assets in your Account should be invested, you may want to consult a qualified investment advisor (if you have a managed account with Financial Engines, Financial Engines will provide you with investment advice).

## REBALANCING YOUR ACCOUNT

You may elect to have your Account automatically rebalanced on a regular basis. Rebalancing your Account will change how your current Account balance is invested. For example, you previously elected to invest fifty percent (50%) of your Account balance in Fund A and fifty percent (50%) in Fund B. Due to the financial performance of the funds, your Account balance is now invested fifty-five percent (55%) in Fund A and forty-five percent (45%) in Fund B. If you elect to have your Account automatically rebalanced,

12

Scanlan_104(b)_Request_000018

some of your Account invested in Fund A will be sold and additional interest in Fund B will be purchased with the assets in your Account so that the percentage of your Account balance invested in Fund A and Fund B will return to fifty percent (50%) each.

## QUARTERLY STATEMENTS

Your Plan Account quarterly statements will be delivered to you either electronically (if you have made an appropriate election with Fidelity) or by mail to the most recent address on record with Fidelity. The statements include your Plan Account balance and a summary of your transactions for the quarter. You can also access this information at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

## LOANS

You may take up to two loans at a time from your Account up to the lesser of fifty percent (50%) of your vested Account balance or $50,000 (reduced by the amount of the highest loan balance in the previous 12 months), in accordance with the Plan's loan procedures. **Please note** that you may not take a loan from the portion of your Account balance, if any, that is subject to the special "annuity protected contributions" distribution rules in Appendix C.

You can obtain a copy of the Plan's loan procedures at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

## WITHDRAWALS

Because the Plan is designed to provide funds for your retirement and is regulated by federal tax law, in most cases you may not withdraw money from the Plan until your employment with the Employer terminates (including being furloughed). However, there are four exceptions to this rule: withdrawals after attaining age 59½, disability withdrawals, withdrawals of Rollover and/or After-Tax Contributions (if any), and hardship withdrawals. Please see the "Taxation of Your Benefit Distribution" section below for information about the tax consequences of taking a withdrawal from the Plan.

For more information about withdrawals from the Plan, please contact the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

### WITHDRAWALS AFTER AGE 59½

You may withdraw all, or any portion, of the vested balance in your Account after you reach age 59½, even if you have not terminated your employment with the Employer. Each withdrawal request will be paid as either a lump sum or a rollover. **Please note** that if you are married, your spouse will need to consent to your withdrawal request if any part of your Account balance is subject to the special "annuity protected contributions" distribution rules in Appendix C.

### WITHDRAWALS IF YOU BECOME DISABLED

You may withdraw all, or any portion, of the vested balance in your Account if you become disabled, even if you have not terminated your employment with the Employer. Each withdrawal request will be paid as either a lump sum or a rollover. **Please note** that if you are married, your spouse will need to consent to your withdrawal request if any part of your Account balance is subject to the special "annuity protected contributions" distribution rules in Appendix C.

You will be considered disabled if you are receiving either:

- Qualifying disability benefits under the Social Security Act, as evidenced by a valid award letter from the Social Security Administration; or
- Disability benefits for a period of at least six (6) months under a long-term disability program sponsored by the Company.

13

Scanlan_104(b)_Request_000019

## WITHDRAWALS OF ROLLOVER AND AFTER-TAX CONTRIBUTIONS (IF ANY)

You may withdraw all, or any portion, of your Rollover* Contributions and/or After-Tax Contributions** (if any) at any time, even if you have not terminated your employment with the Company. Each withdrawal request will be paid as either a lump sum or a rollover.

*You may only withdraw the portion of your Roth Rollover Contributions that were rolled over from another plan (not the portion that was converted within the Plan).

**Any withdrawal of After-Tax Contributions made after December 31, 1986 will be treated as coming on a pro-rata basis from contributions (not taxable) and earnings (taxable).

## HARDSHIP WITHDRAWALS

Even if you have not terminated your employment with the Company, you may withdraw certain vested amounts from your Account if you establish that the withdrawal is necessary to avoid a financial hardship (as defined by the IRS). If you request a hardship withdrawal, you must be able to demonstrate that an immediate and heavy financial need caused by:

- Medical expenses for yourself, your spouse, dependents, or primary beneficiary, which are not covered by insurance, or expenses necessary to obtain medical care;
- The purchase (excluding mortgage payments) of a principal residence in which you intend to live;
- The payment of tuition, related educational fees, and room and board expenses for the next 12 months of post-high school education of yourself or your spouse, child, dependent, or primary beneficiary;
- Preventing foreclosure on or eviction from your principal residence;
- The payment for burial or funeral expenses for the your deceased parent, spouse, children, dependents, or primary beneficiary; or
- Expenses for casualty damage and repair to your principal residence.

You can only take that amount from your Plan Account (grossed up for taxes) that is necessary to address your heavy financial need. Prior to taking a hardship withdrawal for any of the reasons listed above, you must first take all other withdrawals available under the Plan and borrow from your Account using all available loans. You will not be permitted to take a withdrawal if it is determined that the withdrawal is not permitted by IRS regulations.

If you take a hardship withdrawal, your contributions (e.g., Before-Tax, After-Tax, Roth 401(k), Catch-Up and Roth Catch-Up Contributions) will be suspended for six (6) months. **Please note** that your Pilot Company Contributions will continue to be made during the six-month suspension period. Although your employee contributions will restart automatically after six (6) months (provided you are eligible to participate in the Plan at that time), you will have to affirmatively opt back into the automatic increase program when the suspension ends.

A hardship withdrawal will be limited to your Before-Tax, Roth 401(k), Catch-Up, and Roth Catch-Up Contributions – earnings on such contributions may not be withdrawn on account of a hardship.

## HOW TO REQUEST A HARDSHIP WITHDRAWAL

You can obtain the necessary paperwork to apply for a hardship withdrawal at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. The withdrawal shall be made in a single cash payment.

Hardship withdrawal requests will be reviewed and approved in accordance with the requirements of the Internal Revenue Code and tax regulations. **A hardship withdrawal will be subject to income tax and, if you are under age 59½, a ten percent (10%) early withdrawal penalty.** Ten percent (10%) of your withdrawal amount will be withheld to pay income taxes on the distribution unless you elect to have a different percentage or amount withheld (including an election to have no withholding).

# ROTH IN-PLAN CONVERSIONS

You may convert your Before-Tax Contributions, After-Tax Contributions, Catch-Up Contributions, Rollover Contributions, Pilot Company Contributions, vested Envoy Matching Contributions (see Appendix A), vested Company Matching Contributions (see

14

Scanlan_104(b)_Request_000020

Appendix B), and QNECs into Roth Rollover Contributions, even if you have not terminated your employment with the Company. However, you may not convert your Roth Rollover Contributions (from another plan), Roth 401(k) Contributions or Roth Catch-Up Contributions (and the earnings on these amounts) or your outstanding loan balances. The converted amounts will be held in your Roth Rollovers sub-account and future distributions will be subject to the restrictions on Roth distributions described in the "Distributions" section below.

Converting to Roth is not right for everyone, as it depends greatly on your individual circumstances, including your current and estimated future tax rates. **You may want to consult a qualified tax advisor before taking any action.** As you weigh your decision, here are two important questions to answer:

- What will your tax obligation be on the conversion? The tax on a conversion could be significant. You should determine whether converting to Roth would raise your taxable income sufficiently to push you into a higher income tax bracket.
- Can you wait five years before taking Roth withdrawals? In general, converted amounts withdrawn within five years of the conversion are subject to a 10% early-withdrawal tax unless you are at least age 59½ or another exception applies.

**Please note** that Roth contributions are after-tax contributions, so a Roth in-Plan conversion is considered a "distribution" and you will receive an IRS Form 1099-R from the Plan for the year in which you elect to make the conversion. To learn more about Roth in-Plan conversions, log on to Fidelity NetBenefits* at www.netbenefits.com/AA or call the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

# DISTRIBUTIONS

If your employment with the Company terminates for any reason (including being furloughed), you will be entitled to receive the distribution of your vested Account balance. Except as provided in Appendix C, you may elect a distribution in the form of:

- A lump sum;
- A partial lump sum; or
- Installment payments.

You can apply for a distribution by logging on to Fidelity NetBenefits* at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. Except as provided in Appendix C, the distribution will generally be made in a cash payment or as a rollover. If your Account balance includes shares of common stock of American Airlines Group, Inc., you may elect to have that portion of your Account balance distributed in shares of stock (fractional shares, however, will be distributed in cash or as a rollover). You will generally receive your distribution as soon as administratively practicable after the later of 30 days after your termination or the date you submit your completed request. **Please see Appendix C for special distribution rules for "annuity protected contributions" transferred to the Plan from the American Airlines, Inc. 401(k) Plan and the US Airways, Inc. 401(k) Savings Plan for Pilots.**

**Please note:** Additional taxes may apply if you take a distribution of your Roth 401(k) Contributions (including any amounts converted to a Roth Rollover sub-account) that is not a "qualified designated Roth 401(k) distribution." A distribution of your Roth 401(k) Contributions (including any amounts converted to a Roth Rollover sub-account) will be considered a qualified designated Roth 401(k) distribution if it meets the following conditions:

- The distribution is made on account of your death, disability, or attainment of age 59 ½; and
- The distribution is made five years or more after January 1 of the first year you made a Roth 401(k) Contribution to the Plan (or, first made a Roth in-Plan conversion).

**Because Federal guidelines are complicated and subject to change, you may want to consult a qualified tax advisor before receiving a payment from the Plan.**

## WHEN YOUR PAYMENTS BEGIN

If the amount of your vested Account is:

Scanlan_104(b)_Request_000021

- More than $5,000, and if your employment terminates for reasons other than your death (including being furloughed), your Account balance will not be distributed to you until you attain age 70½ unless you request an earlier distribution (which can occur no earlier than thirty (30) days after your employment terminates).
- Less than or equal to $5,000, but greater than $1,000, your Account will be liquidated and rolled over into an IRA chosen by the Company as soon as administratively practicable after your employment terminates (including being furloughed), unless you elect to receive a distribution of your Account (after receiving a notice from Fidelity).
- Less than or equal to $1,000, your Account will be liquidated and distributed to you by check, less any required tax withholding, as soon as administratively practicable after your employment terminates (including being furloughed).

For all participants except owners of five percent (5%) or more of the Company or any affiliated company, your distribution payments must begin by April 1 of the year following the later of either the year in which you reach age 70½ or the year in which you retire. Participants who are five percent (5%) owners must begin receiving their benefits by April 1 of the year after the calendar year in which they reach 70½, even if they are still employed with the Company. If you are required to begin receiving benefits as described in this paragraph, you must receive a required minimum distribution, determined in accordance with IRS regulations. Generally, this amount is determined by dividing your Account by your expected life expectancy. You will be provided with more information if this requirement applies to you. If you do not begin receiving required minimum distributions, you will be subject to a penalty tax equal to fifty percent (50%) of the amount of the required minimum distribution.

## PAYMENTS TO BENEFICIARIES

If you should die while you have a vested balance in your Account, that vested balance will be paid to your spouse, if you are married at the time of your death; otherwise, to your designated beneficiary. Your spouse is the person to whom you are legally married at the time distributions are to begin. If you are married and wish to designate someone other than your spouse as your beneficiary, you may do so. However, your spouse must consent to this in writing. If you should die without a spouse or designated beneficiary, your vested Account will be paid to your living children (if any) in equal portions, or to your estate (if you have no living children).

If you are divorced at the time of your death and your designated beneficiary is still your former spouse, the beneficiary designation is invalid (unless a QDRO states otherwise). This does not prohibit you from designating your former spouse as your beneficiary, but a new beneficiary designation must be made after your divorce.

As a participant, you may designate a current beneficiary online via the Plan Website (www.netbenefits.com/AA). Changes to your beneficiary designation can be made at any time if there is a change in your wishes or circumstances, or if your designated beneficiary dies. **Please note** that if you are married, any change in beneficiaries will not be valid until Fidelity receives a signed, notarized consent form from your spouse. For estate planning purposes, you may want to consult with your own qualified adviser or counsel to determine suitable beneficiary designations.

If you die before beginning to receive distributions from your Account, your beneficiary will receive distributions in the form of a lump sum (except as provided in Appendix C) as soon as administratively practicable after your death, but no later than December 31 of the calendar year containing the fifth (5th) anniversary of your death.

If your primary beneficiary dies after you, but before the funds payable to that primary beneficiary are removed from your Account, your vested Account will be paid to any other designated primary beneficiaries, and if there are none, to any designated contingent beneficiaries, and if there are none, to the beneficiary's estate. In this case, distributions will be made as soon as administratively feasible, but in no event later than December 31 of the calendar year that contains the fifth anniversary of your death.

A beneficiary may disclaim Plan benefits by filing a disclaimer with the Plan Administrator before the earlier of (a) the date a check for Plan benefits is sent to such beneficiary, or (b) nine months after the beneficiary becomes entitled to a benefit under the Plan. A disclaimer is valid only if it qualifies under section 2518 of the Internal Revenue Code and is valid under applicable state law. If a beneficiary timely files a disclaimer with the Plan, the vested benefits will pass as if the beneficiary had predeceased the participant. If you intend to file a disclaimer, you may want to consult with an attorney to ensure that it meets the requirements under applicable state law.

## HOW YOUR BENEFITS WILL BE PAID

Except as provided in Appendix C, your benefits will normally be paid in cash or as a rollover. If your Account balance includes shares of common stock of American Airlines Group, Inc., you may elect to have that portion of your Account balance distributed in shares of stock (fractional shares, however, will be distributed in cash or as a rollover). You (or your surviving spousal beneficiary) may roll over the portion of your distribution that is an "eligible rollover distribution" to an IRA or another employer's tax-qualified

16

Scanlan_104(b)_Request_000022

plan, 403(b) plan, or governmental 457(b) plan, if it accepts rollover contributions. Most distributions from this Plan, other than hardship withdrawals, required minimum distributions, and certain payments of "annuity protected contributions" described in Appendix C, generally will be "eligible rollover distributions."

You or your spousal beneficiary may roll over your distribution by:

- Receiving a distribution of your vested Account in cash and then timely contributing the amount distributed (or a portion of this amount) to an IRA or the other employer's plan (commonly referred to as an "indirect rollover"); or
- Having your distribution directly rolled over (a "direct rollover") to an IRA or the other employer's plan.

If you elect to have your distribution paid to you in cash and then want to roll it over to an IRA or another tax-qualified retirement plan, you must generally roll over the distribution within sixty (60) days of receipt.

In addition, your non-spousal beneficiary may directly roll over the portion of a distribution that is an "eligible rollover distribution" to an inherited IRA.

**Please see Appendix C for special distribution rules for "annuity protected contributions" transferred to the Plan from the American Airlines, Inc. 401(k) Plan and the US Airways, Inc. 401(k) Savings Plan for Pilots.**

### AMOUNT OF YOUR BENEFIT DISTRIBUTION

When you become entitled to receive a distribution from the Plan, you will receive the vested amount that was credited to your Account on the last Plan valuation date (*i.e.*, each day that the New York Stock Exchange is open) on or before the date on which the distribution is made.

### TAXATION OF YOUR BENEFIT DISTRIBUTION

As a general rule, taxable lump-sum distributions paid directly to you (or your beneficiary) will be subject to mandatory Federal income tax withholding of 20% of the requested distribution (a direct rollover will not be subject to this Federal income tax withholding). You (or your beneficiary) will receive 80% of the taxable distribution and the other twenty percent (20%) will be sent to the IRS as Federal income tax withholding for that year.

You (or your beneficiary) cannot elect out of this twenty percent (20%) Federal income tax withholding if you elect to have your distribution paid directly to you. This withholding is not a penalty but rather a prepayment of your Federal income taxes. The twenty percent (20%) Federal income tax withheld may not cover your entire income tax liability. You may want to contact a qualified tax advisor for more information.

If you (or your surviving spousal beneficiary) want to make an indirect rollover of 100% of the taxable eligible rollover distribution you will need to contribute the 20% sent to the IRS from another source. You must generally complete the indirect rollover process within sixty (60) days of distribution from the Plan. Your non-spouse beneficiary is not eligible to make an indirect rollover. He or she may only make a direct roll over to an inherited IRA.

You (or your beneficiary) may be eligible to roll over your eligible rollover distribution into a Roth IRA, in which case the taxable portion of the distribution will be included in your income. Roth rollovers are subject to complex tax rules and you may want to consult a qualified tax advisor prior to selecting this option.

A ten percent (10%) IRS premature-distribution penalty tax may also apply to your taxable eligible rollover distribution if it is made prior to your reaching age 59½ unless it is rolled into an IRA or another tax-qualified plan.

**Please Note: The above discussion is a brief summary of certain federal income tax consequences of Plan distributions. The laws governing taxation of Plan distributions are very complex, and you may want to consult a qualified tax adviser before receiving any distributions from the Plan.**

## QUALIFIED RESERVIST DISTRIBUTIONS

If you are a member of a reserve component or a national guardsman ordered or called to active duty for a period in excess of 179 days, or for an indefinite period, you may receive a distribution of all or any portion of your Before-Tax Contributions sub-account, from the date of your order or call to duty until your active duty period ends. Such a distribution will not be subject to the ten percent (10%) early withdrawal tax that normally applies to distributions made to a participant who has not reached age 59½. You may repay this distribution to the Plan within two years of the date your active duty ends. For more information, please call the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

17

Scanlan_104(b)_Request_000023

## QUALIFIED DOMESTIC RELATIONS ORDERS

Your Account belongs to you and you cannot sell, transfer, or assign it. However, current law requires the Plan to recognize a qualified domestic relations order ("QDRO"). A QDRO is a court order, judgment, or decree that:

- Is made under a state domestic relations law (including community property laws);
- Relates to child support, alimony payments, or marital property rights; and
- Creates or recognizes an alternate payee's right to receive all or part of your benefits under the Plan.

You, your spouse or former spouse may obtain the Plan's QDRO procedures, free of charge, at virtually any time by logging on to Fidelity NetBenefits* at www.netbenefits.com/AA (for Participants) or qdro.fidelity.com (for spouses) or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time. A fee will be assessed in connection with processing a QDRO. In general, this fee may be split between your Account and the Account of your alternate payee. The amount of this fee is subject to change. For more information regarding the QDRO processing fee, please log onto qdro.fidelity.com or www.netbenefits.com/AA.

## MISSING PARTICIPANTS

It is important to inform the Plan Administrator of your current address. If you are an active employee of the Company or any affiliated company, log onto either jetnet.aa.com or wings.usairways.com (go to MyHR) to update your address. If you are a terminated employee, contact the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time, to update your address. If the Plan Administrator, after making a reasonably diligent effort, cannot locate you or your beneficiary, your Account may be forfeited and applied towards future Company contributions. If you or your beneficiary subsequently contacts the Plan Administrator and applies for benefits, the amount forfeited (without being adjusted for any earnings or losses) will be reinstated and paid to you or your beneficiary.

## PLAN FEES AND EXPENSES

The Plan's expenses will be allocated among (charged to) individual participant Accounts. The following table is provided to help you understand how Plan expenses are paid and allocated among participants. There are several sources of additional information regarding the fees and expenses charged in connection with the Plan. These sources are listed after the chart below.

| Plan Expense | Description | Payer |
|---|---|---|
| Investment fees and expenses | These fees and expenses are generally associated with managing investment fund investments and assessed as a percentage of fund assets. | Certain fees are deducted from an investment fund's total return and are identified in the fact sheet or the fund prospectus (for mutual funds invested in through BrokerageLink®). Please log on to Fidelity NetBenefits* at www.netbenefits.com/AA for a comparison of the investment management fees ("Expense Ratio") charged to the Plan's investment funds. |
| Administrative Expenses | Fees associated with the overall administration of the plan, including the cost of recordkeeping, accounting, legal and trustee services. | A per-participant recordkeeping fee is charged by the Plan's recordkeeper for providing services to the Plan. This fee will be deducted from each participant's Account on a quarterly basis. |
| Individual service fees | These fees represent charges associated with a participant's use of a particular Plan feature or transaction. | Participants are responsible for the fees related to individual services such as DRO qualification, loan origination fee, and overnight deliveries. The fees will be deducted from the participant's Account. |

18

Scanlan_104(b)_Request_000024

## PLACES YOU CAN VIEW THE PLAN'S FEES AND EXPENSES

- Your quarterly Plan statement shows the total assets in your Account, how they are invested, and the increases and decreases in the value of your investment funds during the period covered by the statement. Your statements also show any administrative fees deducted directly from your Account.
- Plan fees and expense information (including access to the Plan's annual "fees and expenses disclosure" notice to participants) is available at virtually any time on Fidelity NetBenefits® at www.netbenefits.com/AA.
- The Summary Annual Report of the Plan also includes fee and expense information and will be delivered to you annually either electronically (if you have made an appropriate election with Fidelity) or by mail. You can obtain a copy at virtually any time by logging on to Fidelity NetBenefits® at www.netbenefits.com/AA or by calling the American Airlines 401(k) Service Center at Fidelity toll free at (800) 354-3412 Monday through Friday (excluding all New York Stock Exchange holidays except Good Friday), from 8:30 a.m. to midnight Eastern time.

## CLAIMS PROCEDURES

(a) Filing a Claim. A participant, beneficiary, or alternate payee (or an authorized representative) may file a claim for benefits under the Plan by filing a written claim, identified as a claim for benefits, with the Plan Administrator. In addition, the Plan Administrator may treat any writing or other communication received by it as a claim for benefits, even if the writing or communication is not identified as a claim for benefits.

(b) Denial of Claim. If a claim is denied in whole or in part, the Plan Administrator will notify the claimant of its decision by written notice, in a manner calculated to be understood by the claimant.

  (1) Timing of Notice. The notice of denial must be given within ninety (90) days after the claim is received by the Plan Administrator. If special circumstances (such as a hearing) require a longer period, the claimant will be notified in writing, prior to the expiration of the 90-day period, of the expected decision date and the reasons for an extension of time; provided, however, that no extensions will be permitted beyond ninety (90) days after expiration of the initial 90-day period.

  (2) Content of Notice. The notice will set forth:

    (A) The specific reasons for the denial of the claim;

    (B) A reference to specific provisions of the Plan on which the denial is based;

    (C) A description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary; and

    (D) An explanation of the procedure for review of the denied or partially denied claim, including the claimant's right to bring a civil action under ERISA section 502(a) following an adverse benefit determination on review.

(c) Request for Review of Denial. Upon denial of a claim in whole or in part, a claimant (or his authorized representative) has the right to submit a written request to the Plan Administrator for a full and fair review of the denied claim, and upon request and free of charge, to reasonable access and copies of all documents, records, and other information relevant to the claimant's claim for benefits, and the claimant (or his authorized representative) may submit issues and comments in writing.

  (1) Scope of Review. The review takes into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

  (2) Timing of Request for Review. A request for review of a claim must be submitted within sixty (60) days of receipt by the claimant of written notice of the denial of the claim. The Plan Administrator may, for good cause shown, extend the period during which the review may be requested. If the claimant fails to file a request for review within sixty (60) days of the denial notification (or after the end of extended period), the claim is deemed abandoned and the claimant precluded from reasserting it.

19

Scanlan_104(b)_Request_000025

(3)      Contents of Request for Review. If the claimant files a request for review, his request must include a description of the issues and evidence he deems relevant. Failure to raise issues or present evidence on review will preclude those issues or evidence from being presented in any subsequent proceeding or judicial review of the claim.

(d)      Denial Upon Review.

     (1)      Timing of Denial Notice. The Plan Administrator must render its decision on the review of the claim no more than 60 days after the Plan Administrator's receipt of the request for review, except that this period may be extended for an additional sixty (60) days if the Plan Administrator determines that special circumstances (such as a hearing) require such extension. If an extension of time is required, written notice of the expected decision date and the reasons for the extension will be furnished to the claimant before the end of the initial 60-day period.

     (2)      Contents of Denial. If the Plan Administrator issues a negative decision, it shall provide a timely written decision setting forth:

         (A)      The specific reason or reasons for the adverse determination;

         (B)      A reference to specific Plan provisions on which the adverse determination was made;

         (C)      A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits; and

         (D)      A statement describing any voluntary appeal procedures offered by the plan and the claimant's right to obtain the information about such procedures and a statement of the claimant's right to bring an action under ERISA section 502(a).

     (3)      Authority of the Plan Administrator. To the extent of its responsibility to review the denial of benefit claims, the Plan Administrator has full authority to interpret and apply in its discretion the provisions of the Plan. The decision of the Plan Administrator is final and binding upon any and all claimants and any person making a claim through or under them.

(e)      Limits on Legal Review. The claimant must follow the claims procedures described above before taking action in any other forum regarding a claim under the Plan. Any legal action initiated by a claimant must be brought by the claimant no later than the earlier of (i) one (1) year following a final decision on the claim under these claims procedures, or (ii) two (2) years measured from the date the claimant's claim arose (except that this two-year limitation period will be suspended during the review and appeal of the claimant's claim). This statute of limitations applies in any forum where a claimant initiates such legal action. If a civil action is not filed within this period, the claimant's benefit claim is deemed permanently waived and abandoned.

(f)      Other Claims. Any other claims that arise under or in connection with the Plan, even though not claims for benefits, must be filed with the Plan Administrator and are considered in accordance with these claims and appeals procedures.

## ADDITIONAL INFORMATION

**PLAN NAME**

The official name of the Plan is the American Airlines, Inc. 401(k) Plan for Pilots.

**PLAN SPONSOR**

The Plan is sponsored by American Airlines, Inc., 4333 Amon Carter Boulevard, HDQ1, Fort Worth, Texas 76155. The phone number is 1 (817) 963-1234.

**PLAN YEAR**

The Plan Year is January 1 through December 31. For 2015, the Plan Year is October 27, 2015 to December 31, 2015. The Plan's financial records are kept on a calendar year basis.

20

Scanlan_104(b)_Request_000026

## PLAN ADMINISTRATION

The Plan is administered by the Employee Benefits Committee ("Plan Administrator"), the members of which are appointed by the Board of Directors of the Company or a duly authorized officer of the Company. The Plan Administrator may be contacted by writing to 4333 Amon Carter Boulevard, HDQ1, Fort Worth, Texas 76155, by calling 1 (817) 963-1234, or by sending an e-mail to my401k@aa.com.

The Plan Administrator has complete discretionary authority to interpret and construe the terms of the Plan, and to determine an employee's eligibility to participate in the Plan and the type and amount of benefits, if any, to which a Plan Participant or beneficiary is entitled. The Plan Administrator may allocate to specific members of the Employee Benefits Committee the authority and duty to carry out some or all of its fiduciary or administrative responsibilities under the Plan. In addition, the Plan Administrator (or a member of the Employee Benefits Committee to whom fiduciary authority and duties have been allocated) may designate one or more persons, positions, committees or entities either within or outside of the Company to carry out some or all of the Plan Administrator's fiduciary responsibilities under the Plan. Any such designee and any member of the Employee Benefits Committee who has been allocated authority shall have the same authority and discretion as would the Plan Administrator in performing the delegated or allocated responsibilities. The interpretations and determinations of the Plan Administrator, and any person, position, committee or entity to whom or to which it has properly allocated or delegated its authority, shall be final and binding on all persons.

Pursuant to authority described in the prior paragraph, the Plan Administrator has contracted with Fidelity Investments Institutional Operations Company, Inc. to assist in the administration of and perform the recordkeeping responsibilities for the Plan. Fidelity is located at PO Box 770003, Cincinnati, OH 45277-0065.

## PLAN TRUSTEE AND FUNDING

The Plan trustee is Fidelity Management Trust Company, and its address is 82 Devonshire Street, Boston, MA 02109. The Plan is funded through contributions by the Company to the Trust (including contributions of elective deferrals deducted from employee paychecks and contributed by the Company on behalf of the employee). The Trustee holds and manages the Plan assets pursuant to the Plan and a Trust Agreement.

## PLAN IDENTIFICATION

The Plan is identified by the following numbers in accordance with the rules of the Internal Revenue Service:

Employer Identification Number: 13-1502798
Plan Number: 022

## TYPE OF PLAN

The Plan is a participant-directed, defined contribution plan established under Sections 401(a) and 401(k) of the Internal Revenue Code. The Plan is intended to comply with all applicable requirements of section 404(c) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

## BENEFITS NOT INSURED BY THE PBGC

Benefits provided by the Plan are not insured or guaranteed by the Pension Benefit Guaranty Corporation ("PBGC") under Title IV of ERISA because the insurance provisions under ERISA are not applicable to 401(k) and other defined contribution plans.

## EMPLOYMENT RIGHTS NOT IMPLIED

Participation in the Plan does not give you the right to be retained in the employ of the Company, nor does it interfere in any way with the rights of the Company to discharge or terminate you at any time.

21

Scanlan_104(b)_Request_000027

## WHERE TO SERVE LEGAL PROCESS

The person designated to receive service of legal process for the Plan is CT Corporation Systems, 1999 Bryan Street, Suite 900, Dallas, TX 75201. Legal process may also be served on the Trustee or the Plan Administrator at the addresses listed in this SPD.

## RESERVATION OF RIGHTS

Subject to the terms of the Agreement, the Company reserves the right to modify, amend, suspend, or terminate the Plan at any time.

## PLAN AMENDMENT AND TERMINATION

The Company (acting through its Board of Directors or an authorized delegate) has the right to modify, amend, suspend, or terminate the Plan at any time and for any reason, except as may be provided in the Agreement. No amendment will deprive you of any rights to which you are entitled under applicable law with respect to vested Account balances. This does not mean, however, that your Account balance will not decrease due to investment losses.

If the Plan is terminated, all contributions to the Plan will stop. Your Account will be fully vested and will be distributed to you in accordance with the terms of the Plan. The Company will not have any further financial obligations after the termination of the Plan, except with respect to obligations that accrued up to the date of the termination which have not been satisfied.

## PLAN MERGERS AND TRANSFERS OF ASSETS

The Company may merge or consolidate the Plan with another plan, transfer Plan assets or liabilities to another Plan, or accept a transfer of assets or liability from another Plan. Any plan merger or transfer of assets and liabilities will be made in accordance with applicable law that ensures that each participant's benefit immediately after the merger or transfer is equal to or greater than the benefit he or she would have received immediately before the merger or transfer, if the Plan had been terminated, unless otherwise permitted by law.

## CHARGES, DEDUCTIONS, AND LIENS

The Plan does not contemplate any charges or deductions against Plan participants or their funds, securities or other property held under the Plan, except for transaction fees charged by the Trustee, investment expenses charged to the investment funds, and other fees listed in the Section, "Plan Fees and Expenses." The Plan allows for distribution of a participant's Account to an alternate payee under a qualified domestic relations order as defined in Internal Revenue Code section 414(p). In addition, the Internal Revenue Service may, in certain circumstances, obtain a lien on funds or securities in a Participant's Account.

## TAX EFFECTS OF PLAN PARTICIPATION

The Plan is qualified under Section 401(a) of the Internal Revenue Code. As a result, your Before-Tax and Catch-Up Contributions are not taxable at the time they are contributed to the Plan. However, these amounts (including any earnings and investment gains) are taxed as ordinary income when they are distributed to you. Any After-Tax, Roth 401(k), or Roth Catch-Up Contributions (including any earnings and investment gains on Roth 401(k) or Roth Catch-Up Contributions) generally are not taxed when they are distributed from your Account.

The Company and any participating Employer may claim an income tax deduction when contributions are made to the Plan.

## EXCLUSIVE BENEFIT

You are entitled to receive only the benefit provided according to the terms and provisions set forth in the Plan document. Neither this SPD nor any other written or oral communication can be relied upon to assert a claim for additional benefits from the Plan.

22

Scanlan_104(b)_Request_000028

## IF YOU ARE A MINOR OR LEGALLY DISABLED

If you are entitled to a distribution but, in the opinion of the Plan Administrator, are legally incompetent, the Plan Administrator may pay all or a part of your distribution to a duly appointed legal representative or to some other person who it determines will use it for your benefit. This provision of the Plan might apply, for example, if you were mentally ill or if your surviving beneficiary were incompetent or a minor.

## STATEMENT OF ERISA RIGHTS

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan Participants shall be entitled to:

## RECEIVE INFORMATION ABOUT YOUR PLAN AND BENEFITS

Examine, without charge, at the Plan Administrator's office and at other specified locations, all Plan documents, including collective bargaining agreements and copies of all documents filed by the Plan Administrator with the U.S. Department of Labor, such as annual reports and Plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary financial report.

Obtain a statement of your vested Account balance. This statement must be requested in writing and it is not required to be given more than once a quarter. The Plan must provide the statement free of charge.

## PRUDENT ACTION BY PLAN FIDUCIARIES

In addition to creating rights for plan participants, ERISA imposes obligations upon other persons who are responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining your benefits or exercising your rights under ERISA.

## ENFORCE YOUR RIGHTS

If your claim for benefits is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to obtain copies of documents relating to the decision without charge and have the Plan Administrator review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in a federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose and, for example, the court finds your claim was frivolous, the court may order you to pay these costs and fees.

23

Scanlan_104(b)_Request_000029

## ASSISTANCE WITH YOUR QUESTIONS

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this Statement or about your rights under ERISA, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

24

Scanlan_104(b)_Request_000030

# APPENDIX A: VESTING AND FORFEITURE RULES
# FOR ENVOY MATCHING CONTRIBUTIONS

The purpose of this Appendix A is to explain the vesting and forfeiture rules that apply to certain matching contributions that were transferred to the Plan from the American Airlines, Inc. 401(k) Plan (the "AA 401(k) Plan") on October 27, 2015. This Appendix A applies to you if:

- You had an account in the AA 401(k) Plan on October 26, 2015 that included matching contributions made by Envoy Air, Inc. to the AA 401(k) Plan on your behalf ("Envoy Matching Contributions"); and
- Your AA 401(k) Plan account was transferred to the Plan on October 27, 2015.

A separate sub-account will be established under the Plan for your Envoy Matching Contributions. You become vested in your Envoy Matching Contributions after you complete three (3) years of vesting service with either the Company or an affiliated company. You will be credited with one (1) year of vesting service for each twelve-month period of time (*e.g.,* 365 days) during which you are employed as an employee by the Company or an affiliated company.

Generally, if you terminate your employment before becoming vested in your Envoy Matching Contributions (adjusted for earnings or losses), you lose – "forfeit" – those amounts. Forfeiture of your Envoy Matching Contributions will occur as of the earlier of:

- The last day of the Plan Year that includes the sixtieth (60th) month after your employment terminated (a "deemed distribution"); and
- The date you take a total distribution of your vested Account balance from the Plan.

However, if you return to the employment of the Company or a participating employer within sixty (60) months of your termination of employment, your forfeited amounts in your Envoy Matching Contributions sub-account will be restored (unadjusted for any gains or losses) if you repay the distributed amounts while an employee prior to the earlier of:

- The termination of the Plan; and
- Sixty (60) months after your reemployment date.

Notwithstanding the above, you will become fully vested in your Envoy Matching Contributions upon the occurrence, while employed by the Company or an affiliated company, of any of the following events, whether or not you have completed three (3) years of vesting service:

- You attain your Normal Retirement Date;
- You become disabled; or
- You die.

25

Scanlan_104(b)_Request_000031

# APPENDIX B: VESTING AND FORFEITURE RULES
## FOR COMPANY MATCHING CONTRIBUTIONS

The purpose of this Appendix B is to explain the vesting and forfeiture rules that apply to certain matching contributions that were transferred to the Plan from the American Airlines, Inc. 401(k) Plan (the "AA 401(k) Plan") on October 27, 2015. This Appendix B applies to you if:

- You had an account in the AA 401(k) Plan on October 26, 2015 that included matching contributions made by the Company to the AA 401(k) Plan on your behalf ("Company Matching Contributions"); and

- Your AA 401(k) Plan account was transferred to the Plan on October 27, 2015.

A separate sub-account will be established under the Plan for your Company Matching Contributions. You become vested in your Company Matching Contributions after you complete two (2) years of vesting service with either the Company or an affiliated company. You will be credited with one (1) year of vesting service for each twelve-month period of time (e.g., 365 days) during which you are employed as an employee by the Company or an affiliated company.

Generally, if you terminate your employment before becoming vested in your Company Matching Contributions (adjusted for earnings or losses), you lose – "forfeit" – those amounts. Forfeiture of your Company Matching Contributions will occur as of the earlier of:

- The last day of the Plan Year that includes the sixtieth (60th) month after your employment terminated (a "deemed distribution"); and

- The date you take a total distribution of your vested Account balance from the Plan.

However, if you return to the employment of the Company or a participating employer within sixty (60) months of your termination of employment, your forfeited amounts in your Company Matching Contributions sub-account will be restored (unadjusted for any gains or losses) if you repay the distributed amounts while an employee prior to the earlier of:

- The termination of the Plan; and

- Sixty (60) months after your reemployment date.

Notwithstanding the above, you will become fully vested in your Company Matching Contributions upon the occurrence, while employed by the Company or an affiliated company, of any of the following events, whether or not you have completed two (2) years of vesting service:

- You attain your Normal Retirement Date;

- You become disabled; or

- You die.

26

Scanlan_104(b)_Request_000032

# APPENDIX C: DISTRIBUTION RULES
# FOR ANNUITY PROTECTED CONTRIBUTIONS

The purpose of this Appendix C is to provide information about the special distribution elections that apply to annuity protected contributions transferred to the Plan from the American Airlines, Inc. 401(k) Plan (the "AA 401(k) Plan") and the US Airways, Inc. 401(k) Savings Plan for Pilots (the "US Pilots 401(k) Plan") on October 27, 2015. This Appendix C applies to you if:

- You had an account in either the AA 401(k) Plan or the US Pilots 401(k) Plan on October 26, 2015 that included certain contributions that can be distributed from that plan in the form of an annuity ("Annuity Protected Contributions"); and

- Your AA 401(k) Plan or your US Pilots 401(k) Plan account was transferred to the Plan on October 27, 2015.

If this Appendix C applies to you, then your Plan account includes a special sub-account that holds Annuity Protect Contributions on your behalf. To receive a distribution from this sub-account, you must make a qualified election in accordance with the Plan and certain distribution rules under the law. Before your payments begin, Fidelity will send you information on:

- "Normal" and "optional" forms of payment (described below);

- Your right to elect or waive the Joint and Survivor form of payment (if you are married); and

- Your right to revoke an election you have already made.

You will receive this information no more than 180 days, but no less than 30 days, before the date your benefit payments are to begin. If you are married, your spouse must consent to the election of an optional form of payment (other than a Qualified Optional and Survivor Annuity) in writing and in the presence of a notary public.

| Form of Payment | Details |
| --- | --- |
| Normal Forms of Payment | You may receive your distribution as:<br>- A Single Life Annuity, if you are single;<br>- A 50% Joint and Survivor Annuity, if you are married and have Annuity Protected Contributions from the US Pilots 401(k) Plan; or<br>- A 100% Joint and Survivor Annuity, if you are married and have Annuity Protected Contributions from the AA 401(k) Plan. |
| Optional Forms of Payment | You may also elect to receive your distribution in one of the following optional forms of payment:<br>- **Lump Sum Payment:** A one-time, single-sum payment of your vested account balance.<br>- **Periodic Installment Payments:** Monthly, quarterly, semi-annual or annual payments.<br>- **Qualified Optional and Survivor Annuity (either 50% if you are married and have Annuity Protected Contributions from the AA 401(k) Plan, or 75% if you are married and have Annuity Protected Contributions from the US Pilots 401(k) Plan:** An annuity contract that pays you a certain amount on a regular basis during your lifetime and then continues paying a percentage (either 50% or 75%) of that amount to your spouse during his or her lifetime.<br>- **Joint and Survivor Annuity (50%, 66⅔%, 75% or 100%) if you have Annuity Protected Contributions from the US Pilots 401(k) Plan:** An annuity contract that pays you a certain amount on a regular basis during your lifetime and then continues paying a percentage (either 50%, 66⅔%, 75% or 100%) of that amount to your beneficiary during his or her lifetime.<br>- **Ten-Year Certain and Life Annuity if you have Annuity Protected Contributions from the US Pilots 401(k) Plan:** An annuity contract that pays you a reduced benefit for life, with a guaranteed payment period of 10 years (120 payments). If you die during the guaranteed period, the remaining payments will be made to your named beneficiary. If you die after the guaranteed period, no further benefits are paid to your beneficiary. |

If you are married and die before your Annuity Protected Contributions are distributed from the Plan, then your surviving spouse will receive the value of your Annuity Protected Contributions through the purchase of an annuity on his or her behalf (a "Qualified Preretirement Survivor Annuity"). As an alternative to the Qualified Preretirement Survivor Annuity, your surviving spouse may elect to receive the distribution as:

27

Scanlan_104(b)_Request_000033

- A Lump Sum Payment;
- Periodic Installment Payments (for surviving spouses of Participants who have Annuity Protected Contributions from the US Pilots 401(k) Plan); or
- A Ten-Year Certain and Life Annuity (for surviving spouses of Participants who have Annuity Protected Contributions from the US Pilots 401(k) Plan).

Payments will generally begin to be made to your surviving spouse by the later of December 31 in the year after your death, or December 31 in the year following the year you would have reached age 70 ½.

28

Scanlan_104(b)_Request_000034

# EXHIBIT 16

| | |
|---|---|
| **From:** | O'rourke, Patrick [porourke@alliedpilots.org] on behalf of O'rourke, Patrick <porourke@alliedpilots.org> |
| **Sent:** | Friday, March 31, 2017 10:52 AM |
| **To:** | Scanlan - Sec, James |
| **Cc:** | LGA-REPS; CMTE-NEGOTIATING; Heckenberger, R Scott |
| **Subject:** | Re: Profit Sharing |
| **Attachments:** | ATT00001.png |

Jim,

There has been no change. The company's position is that they will not adjust PS payouts for military leave (imputed income). APA will negotiate to restructure the PS plan to make it a pilot only plan and incorporate it into our CBA. The BOD will ultimately define the specifics of our proposed changes to PS, but the company's position for now is that MLOA imputed income is not used in the calculation.

Herman ORourke

Sent from my iPhone

On Mar 31, 2017, at 9:41 AM, Heckenberger, R Scott <rsheckenberger@alliedpilots.org> wrote:

Negotiating Comm,

I have not seen a follow up on Jim's recent request for information. Could you please respond? Thank you!

RSH
*Captain R Scott Heckenberger*
**LGA Vice Chairman**
<6641D487-4869-4234-8948-8FC457DDB333[18].png>
**Representing the Pilots of American Airlines**
973.714.3998 cell

--------------------------------------------------------

**From:** <Heckenberger>, Scott Heckenberger <rsheckenberger@alliedpilots.org>
**Date:** Monday, March 27, 2017 at 8:25 AM
**To:** "Scanlan - Sec, James" <jpscanlan@verizon.net>
**Cc:** "O'rourke, Patrick" <porourke@alliedpilots.org>, LGA-REPS <LGA-REPS@alliedpilots.org>, CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Re: Profit Sharing

Jim,

After the last response from Pat O'rourke, I have not heard anything else. I believe the company has decided to not include the Compensation a military pilot would have earned while on leave.

The Profit Sharing Plan in place at UAL and DAL are significantly better than ours in many ways and the way our military pilots are compensated is certainly one of the areas they are superior.

1

Confidential-Contains Rule 5.2 Information

SCANLAN_00000435

Captain R Scott Heckenberger
LGA Vice Chairman
Sent from my Verizon Smartphone


---- Jim Scanlan wrote ----

Gentlemen,

Anything further on the profit sharing issue? Thanks.

Cheers,
Jim


Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net (267) 614-2252

On 3/6/2017 11:58 AM, Heckenberger, R Scott wrote:

No. I expect to speak with him at the BOD meeting in two weeks.

Captain R Scott Heckenberger
LGA Vice Chairman
Sent from my Verizon Smartphone


---- Jim Scanlan wrote ----

Scott,

In our last correspondence you indicated a desire to wait until Don Iorio had a chance to review the issue and provide his perspective. Any progress on that front? Thank you.

Regards,
Jim


Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net (267) 614-2252

On 2/27/2017 3:43 PM, O'rourke, Patrick wrote:
Jim,

Yes – We had additional discussions with the company last week and we were informed that only earnings from a pilot's W2 would be considered as eligible earnings for the purposes of PS computation. The company was advised of how other airlines, specifically: DAL and SWA compute their PS payouts, but the decision was to consider MLOAs like any

2

1055

Confidential-Contains Rule 5.2 Information

other LOA. AAL is not going for great. They are going for cheap in my opinion. I would consult with APA legal to determine the best course of action from here. Perhaps a consultation with the DOL as we discussed. There is legal precedent of the company (AAL) being on the losing end of how they handle military imputed income. The Negotiating Committee will be attempting to modify the PS benefit in upcoming Section 6 to align it more with industry standards. It must be a pilot specific plan and must be contractual – not a "benefit" where we as leaders are lumped in with every other employee group. We have the responsibility without the recognition. This PS plan is BS.

Sorry for late response – international flying followed by an all-nighter RTB.

Captain Patrick ORourke
Negotiating Committee
817-302-2333
porourke@alliedpilots.org

---

**From:** Jim Scanlan [mailto:jpscanlan@verizon.net]
**Sent:** Sunday, February 26, 2017 1:53 PM
**To:** O'rourke, Patrick
**Cc:** Heckenberger, R Scott <rsheckenberger@alliedpilots.org>; LGA-REPS <LGA-REPS@alliedpilots.org>; CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Re: Profit Sharing

Herman,

Anything further from the company on this issue?

Jim

On 2/20/2017 2:19 PM, O'rourke, Patrick wrote:
Scott et al,

Thank you for this email chain. We have been in contact with Jim already as the email chain shows. We have asked the company for clarification of MLOA as it pertains to PS. AAL labor is consulting with their legal reps. My personal belief is that there is potential for a class action type suit under USERRA regulation on behalf of our military membership with regards to PS if needed. DAL uses imputed income to calculate MLOA contributions towards PS. They calculate PS pay the same way that Pension payments are calculated. I did not get a response from SWAPA yet but will this week - maybe tomorrow. The NC will discuss with the company again this week and press for a position. We will also discuss with APA legal and provide our feedback and analysis.
Herman

Sent from my iPhone

On Feb 20, 2017, at 9:20 AM, Heckenberger, R Scott <rsheckenberger@alliedpilots.org> wrote:

Jim,

I am forwarding your email and talking points to the Negotiating Committee. I'd like to get feedback from them.

3

Confidential-Contains Rule 5.2 Information

SCANLAN_00000437

-What has been past practice?
-What are the company's legal responsibilities?
-What are the practices of Delta, United, Southwest, etc.

Let's see what their response is and where they are in discussion with the company.

RSH
Captain R Scott Heckenberger
LGA Vice Chairman
Sent from my Verizon Smartphone


---- Original Message ----
Subject: Fwd: Re: Profit Sharing
Sent: Feb 20, 2017 10:02 AM
From: Jim Scanlan <jpscanlan@verizon.net>
To: "Burr, Michael" <mburr@alliedpilots.org>,"Heckenberger, R Scott" <rsheckenberger@alliedpilots.org>
Cc: "Harwood, Thomas P." <tom.harwood@hotmail.com>

Mike & Scott,

I am requesting your support on this issue.

BLUF: At this point it does not appear military pilots will receive profit sharing credit for periods of military leave. The NC is waiting for a formal company response. If the company responds that military pilots will not receive profit sharing credit for periods of military service, I propose the BOD direct the NC to re-engage the company with the goal of securing profit sharing credit for all periods of military leave.

Attached is a talking paper drafted by Captain Tom Harwood. (DCA/737/CA)

Standing by if you have questions and/or comments.

Thank you.

Regards,
Jim


Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252


-------- Forwarded Message --------
Subject: Re: Profit Sharing
    Date: Mon, 20 Feb 2017 00:13:33 +0000
   From: O'rourke, Patrick <porourke@alliedpilots.org>
      To: Scanlan - Sec, James <jpscanlan@verizon.net>

4

Confidential-Contains Rule 5.2 Information

SCANLAN_00000438

**CC:** Hairston, Charles R. <chairston@alliedpilots.org>, CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>, Harwood, Thomas P. <tom.harwood@hotmail.com>

I would definitely broach it to your domicile reps. The BOD would have to establish this position on behalf of the membership. I will be in all week at APA and will make sure we get an answer from the company.
Herman

Sent from my iPhone

On Feb 19, 2017, at 4:44 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Thank you for the update.

In the event the company response is "No," I would propose APA take a position in support of our military pilots, i.e. re-engage the company on why we believe it would not only be the "right thing to do,' but consistent with USERRA to provide pilots with credit toward profit sharing for all periods of military leave.

Captain Tom Harwood drafted the attached talking points in support of this argument.

Please let me know if you believe this proposed way ahead is viable, or if I need to approach the BOD for their support.

Thanks again for all of your help.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252

On 2/18/2017 9:40 AM, O'rourke, Patrick wrote:
Jim,

We asked the
Company to confirm their position on whether or not military service still qualified for profit sharing, however they have not responded positively one way or the other yet. I will follow up again this week. The company was consulting with their legal department before delivering their response. Thanks for your patience.
Herman

Sent from my iPhone

On Feb 12, 2017, at 2:54 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

5

1058

SCANLAN_00000439

We have multiple meetings with the company this week Jim. I'll get you an update. Sorry been sidetracked with several other issues.

Herman

Sent from my iPhone

On Feb 12, 2017, at 2:32 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Gentlemen,

Any updates?

Jim

Jim Scanlan
jpscanlan@verizon.net
(267) 614-2252

On Feb 8, 2017, at 5:24 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Have you had an opportunity to ask the company for clarification?

Chuck,

Curious as to your thoughts on the issue. Thanks.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252

On Feb 5, 2017, at 4:35 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

Will do. I agree with your assessment. I was involuntarily mobilized for three years in Iraq with the Marines. And of course the company underpaid all of us serving our country in combat. That payment from the class action will soon be announced. It is hard not be cynical.

Sent from my iPhone

On Feb 5, 2017, at 2:55 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Thank you for the clarification and the additional background info. All very helpful. Well done on the

Confidential-Contains Rule 5.2 Information

pension issue.

I doubt a grievance would be successful. Unfortunately, AA has proven very adept at stonewalling grievances. I have found it is best for military members to pursue remedy via the DOL route, or litigation using attorneys who specialize in USERRA complaints.

In this case, I believe it would be best to simply ask the company for clarification and then go from there.

Jim

On 2/5/2017 3:36 PM, O'rourke, Patrick wrote:
I just revised the pensionability to 13-16 million additional per year (until we negotiate better). Our former E&FA at APA estimated the payout at 4% which was unfortunately high. The actual payout will be closer to 3%. Conservative estimate is 14m additional.
Herman

Sent from my iPhone

On Feb 5, 2017, at 2:11 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

Jim,
No it's the version voted on and approved by our BOD. I agree with your very well stated points except for perhaps what I thought could be an effort to connect federal law and pension payments to the profit sharing plan. We will confirm with the company on their position on military LOAs and how these will be handled with respect to the PS plan. We were briefed that your W2 determined your eligible earnings on this company benefit. FMLA (as you stated) and military LOAs are specifically excluded from the company benefit as they do not generate "eligible earnings" according to our PS plan briefing from the company. There is no federal law requiring PS obviously. It's usually a negotiated benefit. This plan was offered as an attempt to promote the new managements effort of culture change. Although Parker had drawn a line in the sand on PS, It is generally thought that some of his senior executives and some AAL BOD members convinced him otherwise. So AAL simply dusted off the previous plan and modified it - only very slightly. Of course it is grossly below industry standard. During the company's briefing on the plan construct to the negotiating committee it was discovered that the pilot group was the only group not pensioned on the PS plan. Within a few days we had that rectified. Our perspective was that AAL would accomplish the opposite of their program goal (culture change). 15-20 million is an estimate of the number of pilots x an extra 16% of their PS payout. This pensionability was accomplished so quickly because how it relates to why they offered the plan - that is why I mentioned it. I will verify with the company regarding the military LOA and PS. Whether a grievance would be successful I cannot say and there may even be grounds for a class action suit, but again I would consult our legal rep on the committee, Chuck Hairston.

Herman

Sent from my iPhone

On Feb 5, 2017, at 12:20 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Patrick,

Thanks for the response and the copy of the plan. The copy I attached in my e-mail to you was downloaded from the Negotiating Committee webpage. Is this an updated version?

7

1060

 SCANLAN_00000441

I understand the Profit Sharing Plan was not negotiated. It was simply offered by the company and the BOD elected to accept it.  Also, I understand profit sharing will be based on actual W2 earnings, however, that doesn't appear to be clearly spelled out in the plan.

>From Section B:  Participant is eligible for a profit sharing award only with respect to the portion of such Plan Year during which the individual qualifies as a Participant and only with respect to the Participant's Eligible Earnings during such portion of the Plan Year.

From Section C:  The amount of the profit sharing award for each Participant is the product of the Payout Percentage multiplied by such Participant's Individual Eligible Earnings.

>From the Definitions Section:  **"Individual Eligible Earnings"** means, as to any Participant, the Eligible Earnings of such Participant for any period during the Plan Year in which such Participant was a member of a Participating Work Group.  For avoidance of doubt, the Eligible Earnings of any Participant during any period in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings.

The phrase "For avoidance of doubt, the Eligible Earnings of any Participant during any period in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings" would seem to indicate estimated earnings for periods of military leave would not be included in eligible earnings.  However, the definition of eligible earnings states that eligible earnings is based on compensation for purposes of employer contributions to a defined contribution plan.  As you know, AA is obligated to contribute to a pilot's 401k for all periods of military service. In order to make those contributions, AA estimates a pilot's compensation for the period of military leave. Additionally, a pilot on military leave is still represented by APA which would support an argument that a pilot on military leave is a member of a Participating Work Group while on military leave.

It is my understanding that US Airways gave pilots on military leave compensation credit toward profit sharing calculations. Do you know if that is accurate?

>From a legal aspect, USERRA stipulates that employees who take military leave shall be afforded the same benefits as employees on similar types of leave. From USERRA Section 4316:

(B) entitled to such other rights and benefits not determined by seniority as are generally provided by the employer of the person to employees having similar seniority, status, and pay who are on furlough or leave of absence under a contract, agreement, policy, practice, or plan in effect at the commencement of such service or established while such person performs such service.

Pilots on similar types of leave would be union leave, jury duty and FMLA.  I believe pilots receive W2 earnings for union leave and jury duty, but not FMLA, so this argument could go either way, however, it is currently in litigation at United and we may see a precedent in the near future. We also have an AA pilot using union leave and jury duty as the basis for a suit on sick and vacation accrual for periods of military leave.  Not sure of the status on that lawsuit, but expect to hear something in the next few months.

Finally, when you say the NC resolved the inequity of the non-pensionable portion of the plan and gained $15-20 million for the membership, can you elaborate on the inequity and how you arrived at the $15-20 million number?

8

Confidential-Contains Rule 5.2 Information                                      SCANLAN_00000442

Thanks again for your response and thank you for your service to the membership and to our Nation as a military member.

Chuck, would appreciate your thoughts on this issue. Thanks.

Regards,
Jim

CA Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252


On 2/3/2017 10:47 AM, O'rourke, Patrick wrote:
Jim,

     The profit sharing plan offered by AAL is based on your W2 (eligible earnings). Any time away from the company where there is not income generation will reduce your PS calculation. The references you quote are for employer pension plans. I am also a retired military member and part of the class action suit for AAL's non-contractual pension contributions. The profit sharing plan is different than our 401K from a regulatory standpoint. This is a benefit that was not negotiated. Your negotiating committee did resolve the inequity of the non-pensionable portion of this plan however, which gained another 15-20 million per year for the membership. This pension-ability was not negotiated from a regulatory standpoint, but as a parity issue with other AAL employee groups who were being pensioned. I would recommend soliciting the insight/perspective of APA legal for further guidance on your question. Our Director of Negotiations is a lawyer and he may be able to provide the legal perspective for you. Lastly, I have included a copy of the plan for your reference.

In Unity,

Captain Patrick ORourke
Negotiating Committee
817-302-2333
porourke@alliedpilots.org
<mime-attachment.jpg>

---

**From:** Jim Scanlan [mailto:jpscanlan@verizon.net]
**Sent:** Thursday, February 2, 2017 2:54 PM
**To:** CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Profit Sharing

Negotiating Committee,

I am looking to determine if military pilots will receive W-2 credit for periods of military leave when their portion of profit sharing. Per USERRA, employees are entitled to pension credit for periods of military leave. The following definition of "eligible earnings" would seem to indicate pilots will receive profit sharing credit for periods of military service.

"Eligible Earnings" means:

(i) In respect of Employees subject to taxation in the United States:

9

Confidential-Contains Rule 5.2 Information                    SCANLAN_00000443

"Compensation," as that term is defined for purposes of employer contributions, in the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Employee's Participating Employer and in which such Employee is eligible to participate at the time the profit sharing award is paid; provided, however, that the annual limit on compensation under Code Section 401(a)(17) shall not be applied for purposes of this Plan;

Can you confirm?

Thanks.

Regards,
Jim

<Talking Paper - Profit Sharing for MILOA.docx>

<ATT00001.png>

Confidential-Contains Rule 5.2 Information                                                                                     SCANLAN_00000444

# EXHIBIT 17

| | |
|---|---|
| **From:** | O'rourke, Patrick [porourke@alliedpilots.org] on behalf of O'rourke, Patrick <porourke@alliedpilots.org> |
| **Sent:** | Sunday, February 19, 2017 7:14 PM |
| **To:** | Scanlan - Sec, James |
| **Cc:** | Hairston, Charles R.; CMTE-NEGOTIATING; Harwood, Thomas P. |
| **Subject:** | Re: Profit Sharing |

I would definitely broach it to your domicile reps. The BOD would have to establish this position on behalf of the membership. I will be in all week at APA and will make sure we get an answer from the company.
Herman

Sent from my iPhone

On Feb 19, 2017, at 4:44 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Thank you for the update.

In the event the company response is "No," I would propose APA take a position in support of our military pilots, i.e. re-engage the company on why we believe it would not only be the "right thing to do,' but consistent with USERRA to provide pilots with credit toward profit sharing for all periods of military leave.

Captain Tom Harwood drafted the attached talking points in support of this argument.

Please let me know if you believe this proposed way ahead is viable, or if I need to approach the BOD for their support.

Thanks again for all of your help.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252

On 2/18/2017 9:40 AM, O'rourke, Patrick wrote:
Jim,

We asked the
Company to confirm their position on whether or not military service still qualified for profit sharing, however they have not responded positively one way or the other yet. I will follow up again this week. The company was consulting with their legal department before delivering their response. Thanks for your patience.

1

Confidential-Contains Rule 5.2 Information                                              SCANLAN_00000421

Herman

Sent from my iPhone

On Feb 12, 2017, at 2:54 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

We have multiple meetings with the company this week Jim. I'll get you an update. Sorry been sidetracked with several other issues.

Herman

Sent from my iPhone

On Feb 12, 2017, at 2:32 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Gentlemen,

Any updates?

Jim

Jim Scanlan
jpscanlan@verizon.net
(267) 614-2252

On Feb 8, 2017, at 5:24 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Have you had an opportunity to ask the company for clarification?

Chuck,

Curious as to your thoughts on the issue. Thanks.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252

On Feb 5, 2017, at 4:35 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

Will do. I agree with your assessment. I was involuntarily mobilized for three years in Iraq with the Marines. And of course the company underpaid all of us serving our country in combat. That payment from the class action will soon be announced. It is hard not to be cynical.

Sent from my iPhone

2

Confidential-Contains Rule 5.2 Information

SCANLAN_00000422

On Feb 5, 2017, at 2:55 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Thank you for the clarification and the additional background info. All very helpful. Well done on the pension issue.

I doubt a grievance would be successful. Unfortunately, AA has proven very adept at stonewalling grievances. I have found it is best for military members to pursue remedy via the DOL route, or litigation using attorneys who specialize in USERRA complaints.

In this case, I believe it would be best to simply ask the company for clarification and then go from there.

Jim


On 2/5/2017 3:36 PM, O'rourke, Patrick wrote:
I just revised the pensionability to 13-16 million additional per year (until we negotiate better). Our former E&FA at APA estimated the payout at 4% which was unfortunately high. The actual payout will be closer to 3%. Conservative estimate is 14m additional.
Herman

Sent from my iPhone

On Feb 5, 2017, at 2:11 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

Jim,
No it's the version voted on and approved by our BOD. I agree with your very well stated points except for perhaps what I thought could be an effort to connect federal law and pension payments to the profit sharing plan. We will confirm with the company on their position on military LOAs and how these will be handled with respect to the PS plan. We were briefed that your W2 determined your eligible earnings on this company benefit. FMLA (as you stated) and military LOAs were specifically excluded from the company benefit as they do not generate "eligible earnings" according to our PS plan briefing from the company. There is no federal law requiring PS obviously. It's usually a negotiated benefit. This plan was offered as an attempt to promote the new managements effort of culture change. Although Parker had drawn a line in the sand on PS, It is generally thought that some of his senior executives and some AAL BOD members convinced him otherwise. So AAL simply dusted off the previous plan and modified it - only very slightly. Of course it is grossly below industry standard. During the company's briefing on the plan construct to the negotiating committee it was discovered that the pilot group was the only group not pensioned on the PS plan. Within a few days we had that rectified. Our perspective was that AAL would accomplish the opposite of their program goal (culture change). 15-20 million is an estimate of the number of pilots x an extra 16% of their PS payout. This pensionability was accomplished so quickly because how it relates to why they offered the plan - that is why I mentioned it. I will verify with the company regarding the military LOA and PS. Whether a grievance would be successful I cannot say and there may even be grounds for a class action suit, but again I would consult our legal rep on the committee, Chuck Hairston.

Herman

Sent from my iPhone

Confidential-Contains Rule 5.2 Information

SCANLAN_00000423

On Feb 5, 2017, at 12:20 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Patrick,

Thanks for the response and the copy of the plan.  The copy I attached in my e-mail to you was downloaded from the Negotiating Committee webpage.  Is this an updated version?

I understand the Profit Sharing Plan was not negotiated. It was simply offered by the company and the BOD elected to accept it.  Also, I understand profit sharing will be based on actual W2 earnings, however, that doesn't appear to be clearly spelled out in the plan.

From Section B:  Participant is eligible for a profit sharing award only with respect to the portion of such Plan Year during which the individual qualifies as a Participant and only with respect to the Participant's Eligible Earnings during such portion of the Plan Year.

From Section C:  The amount of the profit sharing award for each Participant is the product of the Payout Percentage multiplied by such Participant's Individual Eligible Earnings.

>From the Definitions Section:  **"Individual Eligible Earnings"** means, as to any Participant, the Eligible Earnings of such Participant for any period during the Plan Year in which such Participant was a member of a Participating Work Group.  For avoidance of doubt, the Eligible Earnings of any Participant during any period in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings.

The phrase "For avoidance of doubt, the Eligible Earnings of any Participant during any period in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings" would seem to indicate estimated earnings for periods of military leave would not be included in eligible earnings.  However, the definition of eligible earnings states that eligible earnings is based on compensation for purposes of employer contributions to a defined contribution plan.  As you know, AA is obligated to contribute to a pilot's 401k for all periods of military service. In order to make those contributions, AA estimates a pilot's compensation for the period of military leave. Additionally, a pilot on military leave is still represented by APA which would support an argument that a pilot on military leave is a member of a Participating Work Group while on military leave.

It is my understanding that US Airways gave pilots on military leave compensation credit toward profit sharing calculations. Do you know if that is accurate?

>From a legal aspect, USERRA stipulates that employees who take military leave shall be afforded the same benefits as employees on similar types of leave. From USERRA Section 4316:

(B) entitled to such other rights and benefits not determined by seniority as are generally provided by the employer of the person to employees having similar seniority, status, and pay who are on furlough or leave of absence under a contract, agreement, policy, practice, or plan in effect at the commencement of such service or established while such person performs such service.

Pilots on similar types of leave would be union leave, jury duty and FMLA.  I believe pilots receive W2 earnings for union leave and jury duty, but not FMLA, so this argument could go either way, however, it is currently in litigation at United and we may see a precedent in the near future. We also have an AA pilot using union leave and jury duty as the basis for a suit on sick and vacation accrual for periods of military leave.  Not sure of the status on that lawsuit, but expect to hear something in the

4

Confidential-Contains Rule 5.2 Information

next few months.

Finally, when you say the NC resolved the inequity of the non-pensionable portion of the plan and gained $15-20 million for the membership, can you elaborate on the inequity and how you arrived at the $15-20 million number?

Thanks again for your response and thank you for your service to the membership and to our Nation as a military member.

Chuck, would appreciate your thoughts on this issue. Thanks.

Regards,
Jim

```
CA Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net (267) 614-2252
```

On 2/3/2017 10:47 AM, O'rourke, Patrick wrote:
Jim,

    The profit sharing plan offered by AAL is based on your W2 (eligible earnings). Any time away from the company where there is not income generation will reduce your PS calculation. The references you quote are for employer pension plans. I am also a retired military member and part of the class action suit for AAL's non-contractual pension contributions. The profit sharing plan is different than our 401K from a regulatory standpoint. This is a benefit that was not negotiated. Your negotiating committee did resolve the inequity of the non-pensionable portion of this plan however, which gained another 15-20 million per year for the membership. This pension-ability was not negotiated from a regulatory standpoint, but as a parity issue with other AAL employee groups who were being pensioned. I would recommend soliciting the insight/perspective of APA legal for further guidance on your question. Our Director of Negotiations is a lawyer and he may be able to provide the legal perspective for you. Lastly, I have included a copy of the plan for your reference.

In Unity,

Captain Patrick ORourke
Negotiating Committee
817-302-2333
porourke@alliedpilots.org
<mime-attachment.jpg>

---

**From:** Jim Scanlan [mailto:jpscanlan@verizon.net]
**Sent:** Thursday, February 2, 2017 2:54 PM
**To:** CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Profit Sharing

5

Confidential-Contains Rule 5.2 Information

SCANLAN_00000425

Negotiating Committee,

I am looking to determine if military pilots will receive W-2 credit for periods of military leave when their portion of profit sharing. Per USERRA, employees are entitled to pension credit for periods of military leave. The following definition of "eligible earnings" would seem to indicate pilots will receive profit sharing credit for periods of military service.

"Eligible Earnings" means:

(i) In respect of Employees subject to taxation in the United States:

"Compensation," as that term is defined for purposes of employer contributions, in the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Employee's Participating Employer and in which such Employee is eligible to participate at the time the profit sharing award is paid; provided, however, that the annual limit on compensation under Code Section 401(a)(17) shall not be applied for purposes of this Plan;

Can you confirm?

Thanks.

Regards,
Jim


--
Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net (267) 614-2252
<Talking Paper - Profit Sharing for MILOA.docx>

6

Confidential-Contains Rule 5.2 Information

SCANLAN_00000426

# EXHIBIT 18

Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

     JAMES P. SCANLAN, on        )
3    behalf of himself and all   )
     others similarly            )
4    situated,                   )
        Plaintiff,               )
5                                ) Civil Action No.
     vs.                         ) 2:18-cv-04040-HB
6                                )
     AMERICAN AIRLINES GROUP,    )
7    INC. and AMERICAN           )
     AIRLINES, INC.,             )
8       Defendants.              )
9
10   ******************************************************
11                   ORAL DEPOSITION OF
12                   COURTNEY D. FINN
13             AS 30(b)(6) REPRESENTATIVE OF
14              AMERICAN AIRLINES GROUP, INC.
15                   FEBRUARY 14, 2020
16   ******************************************************
17
18
19
20
21
22
23
24
25
```

Page 54

1 employed by participating employers outside the US, are
2 they eligible to participate in a 401(k) plan?
3        THE WITNESS: Repeat that, please.
4        (Requested testimony read.)
5    A. No.
6    Q. (BY MR. BARTON) Do you have an understanding
7 in terms of -- strike that.
8        Is it correct that there are employees
9 employed by participating employers outside the United
10 States who are eligible to participate in the
11 profit-sharing plan?
12    A. Yes.
13    Q. And do you have an understanding -- strike
14 that.
15        Can you explain to me how their compensation
16 is determined?
17    A. No.
18    Q. And perhaps my question was not good.
19        Are you able to explain to me how their
20 compensation for purpose of the profit-sharing plan or
21 their eligible earnings for purpose of the
22 profit-sharing plan is determined?
23    A. No.
24    Q. Is it fair to say that you did not ask any
25 questions about that provision?

Page 55

1        MR. MORALES: Objection as outside the
2 scope.
3    A. Yes.
4    Q. (BY MR. BARTON) Is it fair to say, at least
5 as applied that the way the profit-sharing works with
6 respect to leaves, is that only leaves for which there
7 are W-2 earnings are considered as part of eligible
8 earnings under the profit-sharing plan?
9    A. No.
10    Q. Are there leaves for which there are -- well,
11 strike that.
12        Are there leaves for which there are W-2
13 earnings that are not considered eligible earnings under
14 the profit-sharing plan? And to be clear, leaving aside
15 to the extent that someone were to receive a triple play
16 payment or a profit-sharing payment.
17        THE WITNESS: Repeat the question,
18 please, the original question.
19        MR. BARTON: You can read it in full.
20        (Requested testimony read.)
21        MR. MORALES: Objection to form.
22    A. Not to my knowledge.
23    Q. (BY MR. BARTON) Are there unpaid leave --
24 strike that.
25        So for all paid leaves for which there are W-2

Page 56

1 earnings, that's considered for purposes of the
2 profit-sharing plan. Is that right?
3    A. It depends on if it's an exclusion within the
4 401(k) definition of compensation.
5    Q. Are you aware of paid leaves that are excluded
6 from the definition of a 401(k) plan?
7    A. No.
8    Q. Are there unpaid leaves for which there are no
9 W-2 earnings which are considered or treated as eligible
10 earnings for purposes of the profit-sharing plan?
11    A. Not to my knowledge.
12    Q. Would it be fair to say that all -- strike
13 that.
14        Would it be fair to say that all paid leave
15 that generates W-2 earnings are treated as actual -- or
16 eligible earnings under the profit-sharing plan?
17        MR. MORALES: Objection, asked and
18 answered.
19    Q. (BY MR. BARTON) Other than those paid for
20 this triple pay bonus or the profit-sharing payments.
21    A. Yes.
22    Q. And is it correct that there are no leaves for
23 which there are imputed earnings that qualify as
24 eligible earnings under the profit-sharing plan?
25        MR. MORALES: Objection to form.

Page 57

1    A. Correct.
2    Q. (BY MR. BARTON) Are you aware that certain of
3 the employee groups credit certain leaves for purposes
4 of the minimum guarantee?
5        MR. MORALES: Objection as outside the
6 scope.
7    A. No.
8    Q. (BY MR. BARTON) Is your understanding
9 different, or do you have no understanding?
10        MR. MORALES: Objection as outside the
11 scope.
12    A. No understanding.
13    Q. (BY MR. BARTON) Do you understand that pilots
14 and airline attendants have a certain minimum hours?
15        MR. MORALES: Objection, outside the
16 scope.
17    A. Yes.
18    Q. (BY MR. BARTON) Do you have an understanding
19 that if -- that certain things are credited towards
20 those minimum hours?
21        MR. MORALES: Outside the scope.
22    A. Yes.
23    Q. (BY MR. BARTON) Do you have an understanding
24 or can you explain how that works in connection with the
25 profit-sharing plan?

15 (Pages 54 - 57)

Page 70

1 military leave at American Airlines, that they are not
2 typically paid while they're out on military service?
3           MR. MORALES: Objection as outside the
4 scope.
5      A. Yes.
6      Q. (BY MR. BARTON) Do you understand Section 3.5
7 to modify the definition of compensation that is used
8 elsewhere in the 401(k) plan?
9           MR. MORALES: Objection as outside the
10 scope.
11     A. Could you rephrase or clarify?
12     Q. (BY MR. BARTON) I can clarify if you have a
13 question, or you can tell me what you're unclear about.
14     A. You're asking if this 3.5 modifies the
15 compensation definition?
16     Q. Correct.
17     A. No.
18     Q. Do you see a portion of 3.5 provides that this
19 calculation is going to be considered and the eligible
20 employee will have been considered to have received
21 compensation from the employer for purposes of
22 calculating contributions under the plan?
23           MR. MORALES: Objection, asked and
24 answered.
25     Q. (BY MR. BARTON) Correct?

Page 71

1      A. Correct.
2      Q. And in the absence of this provision, there
3 would not be a calculation. Is that correct?
4      A. Correct.
5      Q. And in the absence of 3.5, there would not be
6 this calculation under Section 1.19 of the plan.
7 Correct?
8           MR. MORALES: Objection as outside the
9 scope.
10     A. I don't think so, no. No, I'm not following
11 you completely.
12     Q. (BY MR. BARTON) Okay. So let me --
13     A. Uh-huh.
14     Q. 1.19 sets forth the definition of compensation
15 as to be used for employer contributions, among other
16 things. Correct?
17     A. Correct.
18     Q. Okay. And 3.5 says notwithstanding anything
19 that was otherwise defined in 1.19(b), for purposes of
20 military service, you will define compensation for the
21 employee in this manner?
22           MR. MORALES: Objection, outside the
23 scope and asked and answered. Plus, it mischaracterizes
24 the plan language of the document.
25     A. No.

Page 72

1      Q. (BY MR. BARTON) What does -- does 3.5 in your
2 mind have some effect on the definition of compensation
3 in 1.1(b)?
4      A. No.
5      Q. And why not?
6      A. Because 3.5 is pointing to 1.19(b) as the
7 wages that can and cannot be used to determine the
8 average rate of compensation to be applied to the
9 military service for the 16 percent calculation.
10     Q. In the event that 3.5 was not a provision in
11 the plan, would the employer contribution under the
12 terms of the plan require this calculation?
13           MR. MORALES: Objection, outside the
14 scope.
15     A. The employer contribution for what period of
16 service? For military or --
17     Q. (BY MR. BARTON) Correct.
18     A. -- for just every day?
19     Q. (BY MR. BARTON) Correct, for military
20 service?
21     A. Repeat, please.
22     Q. Looking solely at the terms of the plan --
23     A. Uh-huh, yes.
24     Q. -- if 3.5 did not exist in this plan, would
25 the terms of the plan require calculation of this amount

Page 73

1 to be included when calculating up amount of
2 compensation for employer contributions?
3           MR. MORALES: Objection, outside the
4 scope.
5           THE WITNESS: Can we take a break?
6           MR. BARTON: I'm going to need you to
7 answer my question first.
8      A. If 3.5 was not in the plan, would we be
9 calculating compensation towards a USERRA based or
10 military service based 16 percent contribution?
11     Q. (BY MR. BARTON) Correct.
12     A. USERRA is required under federal regulation,
13 so --
14     Q. And my question was limited to the terms of
15 the plan.
16     A. Uh-huh.
17     Q. Looking solely at the terms of the plan --
18           MR. MORALES: And my objection is outside
19 the scope, to the extent that topic 7 requests, quote,
20 an explanation of the term "confidential" (sic) as
21 defined and used in the 401(k) plan of each
22 participating employer, end of quote. Compensation.
23 The term "compensation," which is -- yeah.
24     A. If 3.5 were not in the plan, there would not
25 be within the plan a definition of how to calculate for

19 (Pages 70 - 73)

Page 74

1 the qualified military leave.
2 Q. (BY MR. BARTON) And there would not be a
3 definition of compensation for that purpose?
4 MR. MORALES: Objection, outside the
5 scope.
6 A. For the purpose of -- no. Compensation
7 exists. It's its own term within the plan.
8 Q. (BY MR. BARTON) And what 3.5 does is treat a
9 calculation of compensation as compensation for the
10 purpose of employer contributions under the plan?
11 MR. MORALES: Outside the scope,
12 objection.
13 A. Correct.
14 MR. BARTON: If you would like a break,
15 we can take a break now.
16 THE WITNESS: Thank you.
17 (Break from 12:19 p.m. to 12:30 p.m.)
18 Q. (BY MR. BARTON) Looking back at Exhibits Nos.
19 7 and 8, I want to turn your attention to what is page 6
20 in the plan and the definition of eligible earnings. Do
21 you see that?
22 A. Yes.
23 Q. And the definition of -- strike that.
24 The definition of eligible earnings on page 6
25 under Section K of the plan, with respect to employees

Page 75

1 subject to taxation in the US, defines compensation as
2 that term is defined for purposes of employer
3 contributions in the qualified defined contribution plan
4 that is intended to comply with Section 401(k) of the
5 code that is sponsored by the employee's participating
6 employer and in which the employee is eligible to
7 participate at the time the profit-sharing award is
8 paid. Do you see that, minus the exceptions?
9 A. Yes.
10 Q. Earlier I asked you a question, I believe,
11 with respect to imputed income or imputed earnings under
12 the profit-sharing plan. Do you remember that?
13 A. No.
14 Q. I believe I did and I want to clarify, because
15 you have now clarified in terms of how you interpret the
16 term "imputed." Okay?
17 A. Okay.
18 Q. So leaving aside military leave -- strike
19 that.
20 Was it correct that for military leave, there
21 was no -- strike that.
22 For purposes of military leave, the provision
23 of 3.5 in the pilot's plan was not applied to employer
24 contributions or compensation in the profit-sharing
25 plan. Is that correct?

Page 76

1 MR. MORALES: Objection as beyond the
2 scope.
3 A. Correct.
4 Q. (BY MR. BARTON) And leaving aside military
5 leave, was there any other leave for which earnings were
6 calculated for purposes of determining employer
7 contributions under the 401(k) plan which, in fact, were
8 used -- I should probably rephrase the question.
9 Were there, in fact, any other leaves for
10 which an amount of earnings compensation was calculated
11 for purpose of the 401(k) plan and then used for
12 eligible earnings even though there was no W-2 income
13 received by the employee?
14 MR. MORALES: Objection, asked and
15 answered.
16 A. Not to my knowledge. Actually, no. The
17 answer is no. I apologize. I should have been more
18 definitive.
19 MR. BARTON: Can you read the question
20 and the revised answer back?
21 (Requested testimony read.)
22 Q. (BY MR. BARTON) In discussing -- strike that.
23 In discussing Section 3.5 of the 401(k) for
24 the American pilots, you referenced USERRA. Do you
25 remember that?

Page 77

1 A. Yes.
2 Q. Is it your understanding that Section 3.5 is a
3 provision designed to have the plan comply with USERRA?
4 MR. MORALES: Objection as outside the
5 scope.
6 A. Correct.
7 Q. (BY MR. BARTON) Is it your understanding --
8 strike that.
9 Do you understand the term "qualified plan"?
10 A. Yes.
11 Q. And you understand that term to mean a
12 retirement plan or a pension plan that is tax qualified
13 under the Internal Revenue Code?
14 A. Correct.
15 Q. And do you have an understanding that the
16 reference of 14 -- strike that.
17 Do you understand that the reference to 414(u)
18 in Section 3.5 of the American pilot's 401(k) plan is a
19 provision that incorporates certain requirements for
20 qualified military service that must -- the plan must
21 comply with to be a qualified plan?
22 MR. MORALES: Outside the scope.
23 A. Correct.
24 Q. (BY MR. BARTON) In preparing for today's
25 deposition, did you look at provisions in any of the

20 (Pages 74 - 77)

EXHIBIT 19

**AMERICAN AIRLINES GROUP INC.**
**AMENDED AND RESTATED GLOBAL PROFIT SHARING PLAN**
**(Effective [_____], 2017)**

## A. Introduction

     1.   <u>Purpose</u>. The American Airlines Group Inc. Amended and Restated Global Profit Sharing Plan (**"Plan"**) rewards eligible Employees of American Airlines, Inc. (**"American Airlines"**), Envoy Air, Inc. (**"Envoy"**), Piedmont Airlines, Inc. (**"Piedmont"**), and PSA Airlines, Inc. (**"PSA"**) (collectively, **"Participating Employers"**) for their efforts in helping achieve the strategic, financial, and operating objectives of American Airlines Group Inc. (**"AAG"**) for a designated Plan Year by providing such eligible Employees with an opportunity to share in AAG's profits for such year. The Plan amends and restates in its entirety the American Airlines Group Inc. Global Profit Sharing Plan.

     2.   <u>Term</u>. The Plan is effective on the date that it is approved by the Board of Directors of AAG or a duly authorized committee thereof. The Plan will remain in effect until terminated by the Board of Directors of AAG or a duly authorized committee thereof, in accordance with Section H of this Plan.

## B. Participation

With respect to any Plan Year, each Employee who qualifies as a Participant is eligible to receive a profit sharing award under this Plan for the Plan Year; provided, however, that such Participant is eligible for a profit sharing award only with respect to the portion of such Plan Year during which the individual qualifies as a Participant and only with respect to the Participant's Eligible Earnings during such portion of the Plan Year. Excluded Individuals are not eligible to participate in this Plan.

## C. Calculation and Determination of Awards

Profit sharing awards under the Plan will be calculated as follows:

- An amount equal to five percent (5%) of the dollar amount of AAG's Pre-Tax Earnings with respect to the applicable Plan Year will be divided by the amount of the Total Population's Eligible Earnings, and the resulting quotient is the **"Payout Percentage."**

- The amount of the profit sharing award for each Participant is the product of the Payout Percentage multiplied by such Participant's Individual Eligible Earnings.

The calculation and distribution of awards may vary for International Participants to take into account currency exchange rates, employer contributions to national insurance, retirement and/or severance programs and local tax matters, in each case, as determined by the Committee (or its delegate), in its sole discretion.

Profit sharing awards under the Plan will be the obligation of and paid from the general assets of AAG. For each Plan Year, the Committee or its delegate shall determine the profit sharing awards as soon as practical after the audited financial statements for the Plan Year are available.

1

Confidential AA-SCANLAN-0006659

## D. Method of Payment

For any Plan Year, each profit sharing award allocated to a Participant in accordance with Section C of the Plan shall be paid in the form of a lump-sum cash payment on or prior to March 15th of the immediately following Plan Year, or such other date as required by applicable law.

## E.    Death of a Participant

In the event any Participant dies before payment of his or her award, the Participant's award shall be paid in a lump sum cash payment to his or her beneficiary as soon as administratively practicable (but no sooner than awards are generally paid).  The Participant's beneficiary for purposes of this Plan shall be determined in accordance with the applicable Participating Employer's policies and procedures for determining the beneficiary for any salary or other accrued amounts owed to deceased employees.

## F. Administration

1.    <u>Administrator</u>.  The Committee shall administer the Plan.

2.    <u>Committee Authority</u>.  The Committee shall have complete discretion and authority to administer the Plan and to control its operation, including, but not limited to, the power to (a) determine which Employees shall be designated Participants in the Plan, (b) interpret the Plan and the profit sharing awards, (c) adopt rules for the administration, interpretation and application of the Plan, and (d) interpret, amend or revoke any such rules. Any determination, decision or action of the Committee in connection with the construction, interpretation, administration or application of the Plan shall be final, conclusive, and binding upon all persons, and shall be given the maximum deference permitted by law.  Without limiting the generality of the foregoing and notwithstanding any other provision of this Plan, the Committee may establish rules, limitations or restrictions, make any changes or adjustments, or determine terms and conditions, in each case relating to the participation of any International Participants by reason of or in order to comply with applicable local laws, customs or practices, including, without limitation, compliance with applicable securities, tax and employment laws.

3.    <u>Delegation of Committee Authority</u>.   The Committee may delegate the administration of the Plan and such other aspects of the Plan (which may include any or all of the determinations and calculations required by the Plan) to such person(s) as the Committee shall deem appropriate. Each such delegate and each member of the Committee shall be fully protected in taking any action hereunder in reliance in good faith upon the books and records of AAG or upon such information, opinions, reports or statements presented to them by any person as to matters such delegate or member of the Committee reasonably believes are within such other person's professional or expert competence and who has been selected with reasonable care by or on behalf of the Committee or AAG.

4.    <u>Withholding</u>.  Prior to the payment of any profit sharing award, AAG shall have the authority to deduct or withhold an amount sufficient to satisfy Federal, state, local and/or other taxes (including a Participant's FICA obligation) or withholdings required to be withheld with respect to such award.

2

Confidential

AA-SCANLAN-0006660

5.    Notwithstanding Section C of the Plan, if the Payout Percentage is less than two-tenths of one percent (.2%), then, at the sole discretion of the Committee or its delegate, no awards shall have been earned by or paid to any Participant for the Plan Year.  Instead, the aggregate, undistributed amount for each Participating Work Group shall be credited for recordkeeping purposes to a separate, unfunded, notional account for such work group.  The cumulative, positive balance at any time of each Participating Work Group's notional account shall be carried forward and credited (without duplication) under the profit sharing plan, if any, for the immediately following plan year or any succeeding plan year until the Payout Percentage exceeds two tenths of one percent (0.2%) or profit sharing awards are paid.  Upon the termination of profit sharing under this Plan and any succeeding plan, any amounts remaining under such notional accounts shall be retained by AAG.

## G.  Forfeiture for Cause

Notwithstanding any other provision of this Plan, any Participant (and his or her beneficiaries) shall forfeit his or her eligibility to receive an award if his or her employment is terminated for cause or gross misconduct prior to payment of the award.  For purposes of this Plan, the determination of whether a termination of employment is for cause or gross misconduct shall be made at the sole discretion of the Committee or its delegate.  All such determinations shall be final, binding and conclusive upon all persons.

## H.  Reservation of Rights and Non-Incorporation

AAG and the Committee shall have the authority to modify, amend, annul, or terminate this Plan at any time for any or no reason.  Any such modification, amendment, annulment or termination made during a Plan Year may have retroactive effect.  There are no acquired rights arising pursuant to this Plan.  In no event shall the terms of this Plan be deemed incorporated into any collective bargaining, works council or similar agreement and nothing herein shall be deemed to amend, modify or otherwise alter any collective bargaining, works council or similar agreement.

## I.  Powers of AAG and Affiliates

The existence of outstanding and unpaid awards under this Plan shall not affect in any way the right or power of AAG or any Affiliate to make or authorize any adjustments, stock dividends, spin-offs or other extraordinary dividends, stock splits, combinations of shares, recapitalizations, reorganizations or other changes in AAG's or an Affiliate's capital structure or in its business, or any merger or consolidation of AAG or any Affiliate, or any issue of bonds, debentures, common or preferred stock, if applicable, or the dissolution or liquidation of AAG or any Affiliate, or any sale or transfer of all or any part of its assets or business, or any other act or proceeding, whether of a similar character or otherwise.

If AAG or any Affiliate (or any successor thereto) elects to dissolve, enter into a sale of its assets, or enter into any reorganization, merger or other combination incident to which it is not the surviving entity, unless the surviving or successor entity shall formally agree to assume this Plan, then this Plan shall terminate with respect to AAG or any Affiliate (or any successor thereto) on the earlier of the date of closing or the effective date, whichever may be applicable, of such transaction, and the full amount of any awards remaining unpaid shall nevertheless be paid to each such Participant (or beneficiary) in a single lump sum payment of cash in accordance with the terms of this Plan.

3

Confidential

AA-SCANLAN-0006661

This Plan shall be binding upon the successors and assigns of AAG or any Affiliate.

**J. General**

1. <u>No Effect on At-Will Employment Relationship</u>. Nothing contained in this Plan shall be deemed to give any Participant or Employee the right to be retained in the service of a Participating Employer or other direct or indirect subsidiary of AAG or to interfere with the rights of AAG, the Participating Employer or such subsidiaries to discharge any Participant or Employee at any time, regardless of the effect such discharge shall have upon the Participant under this Plan.

2. <u>No Guarantees</u>. Nothing contained in this Plan shall be deemed to give any Employee any right, contractually or otherwise, to participate in this Plan or in any benefits hereunder, other than the right to receive payment of an award as may have been expressly determined at the sole discretion of the Committee. Further, nothing in the Plan shall be construed to create a trust or to establish or evidence any Participant's claim of any right other than as an unsecured general credit with respect to any payment to which he or she may be entitled.

3. <u>No Individual Liability</u>. Any Participant, beneficiary or other person who seeks to claim a right or benefit under this Plan shall make such claim only with the applicable Participating Employer; no officer, director or employee of AAG or any Affiliate, or member of the Committee, any delegate of the Committee, or any other individual shall have any liability for such benefit. Further, no member of the Committee, any delegate of the Committee or any other employee of an Affiliate shall by liable for any determination, decision or action made with respect to the Plan or any award.

4. <u>No Effect</u>. Except as otherwise expressly provided herein, the adoption of this Plan shall not affect any other compensation plans in effect for AAG or any Affiliate except as may specifically be provided under the terms and provisions of such other plan or awards made there under, nor shall this Plan preclude AAG or an Affiliate from establishing any other forms of incentive or other compensation for Employees.

5. <u>Tax Treatment</u>. Neither the Committee nor any officer or director of AAG or any Affiliate makes any commitment or guarantee that any federal or state tax treatment will apply or be available to any person participating or eligible to participate in this Plan.

6. <u>Nonassignability</u>. No right or benefit under this Plan shall be subject to anticipation, alienation, sale, assignment, pledge, encumbrance, or charge, and any attempt to anticipate, alienate, sell, assign, pledge, encumber, or charge the same will be void. No right or benefit hereunder shall in any manner be liable for or subject to any debts, contracts, liabilities, or torts of the person eligible to such benefits. If any Participant (or beneficiary) hereunder shall become bankrupt or attempt to anticipate, alienate, assign, sell, pledge, encumber, or charge any right or benefit hereunder, or if any creditor shall attempt to subject the same to a writ of garnishment, attachment, execution, sequestration, or any other form of process or involuntary lien or seizure, then such right or benefit shall, in the discretion of the Committee, cease and terminate.

7. <u>Severability; Governing Law</u>. This Plan shall be construed in accordance with the laws of the State of Texas to the extent federal law does not supersede and preempt Texas law. If any provision of this Plan shall be held illegal, invalid, or unenforceable for any reason,

4

Confidential

AA-SCANLAN-0006662

such provision shall be fully severable, but shall not affect the remaining provisions of this Plan, and this Plan shall be construed and enforced as if the illegal, invalid, or unenforceable provision had never been included in this Plan.

8. <u>Headings</u>. Any headings or subheadings in this Plan are inserted for convenience of reference only and are to be ignored in the construction of any provision of this Plan.

9. <u>401(k) Plans</u>. With respect to Participants subject to taxation in the United States, a Participant's right to make employee contributions and/or receive employer contributions on any award paid pursuant to the terms of this Plan shall be governed solely by the terms and conditions of the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Participant's Participating Employer and in which such Participant is eligible to participate at the time the profit sharing award is paid. The Committee (or its delegate) shall have full discretion to determine the effect of deferrals in respect of International Participants who are not subject to taxation in the United States.

10. <u>Status</u>. It is intended that the Plan be exempt from regulation under ERISA as a "payroll practice" and a "bonus program", as described in U.S. Department of Labor Regulations 2510.3-1(b) and 2510.3-2(c), respectively. This Plan is intended to provide "short-term deferrals", as described in Treasury Regulation 1.409A-1(b)(4) under section 409A of the Code or successor guidance thereto, and is intended not to be a "nonqualified deferred compensation plan", as described in Treasury Regulation 1.409A-1(a)(1) under section 409A of the Code or successor guidance thereto. In the administration and interpretation of this Plan, such intention is to govern.

11. <u>No Interest</u>. No Participant shall receive any interest on any profit sharing award irrespective of when such profit sharing award is distributed.

## K. Definitions

Whenever used in the Plan, the following terms, when capitalized, have the meanings set forth below unless provided otherwise in the Plan:

**"AAG"** means American Airlines Group Inc.

**"AAG's Pre-Tax Earnings"** means the earnings of AAG provided that such "earnings" are determined (i) before any applicable income tax expense, and (ii) by excluding all accruals under this Plan and any other incentive compensation plan or agreement, and all extraordinary, unusual, one-time, restructuring, reorganization, integration, reduction in force, or other similar accounting adjustments as may be determined by the Committee in its discretion, after consultation with AAG's independent auditors; and provided, further, that AAG's Pre-Tax Earnings remain positive after accruals under this Plan and all other incentive compensation plans or agreements are taken into account.

**"Affiliate"** means any corporation or other entity of which AAG directly or indirectly owns 100% of the combined voting power of all classes of stock or, in the case of any non-corporate entity, 100% of the outstanding capital interests of such entity. For the avoidance of doubt, American Airlines, Envoy, Piedmont, and PSA shall each constitute an Affiliate.

**"American Airlines"** means American Airlines, Inc.

5

Confidential

AA-SCANLAN-0006663

**"Code"** means the Internal Revenue Code, as amended from time to time.

**"Committee"** means the Compensation Committee of the Board of Directors of AAG, or any other committee established by the Board to administer the Plan.

**"Eligible Earnings"** means:
(i)      In respect of Employees subject to taxation in the United States:
- "Compensation," as that term is defined for purposes of employer contributions, in the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Employee's Participating Employer and in which such Employee is eligible to participate at the time the profit sharing award is paid; provided, however, that the annual limit on compensation under Code Section 401(a)(17) shall not be applied for purposes of this Plan; and
- In addition, Triple Play payouts and profit sharing awards shall be excluded from Eligible Earnings.

(ii)     In respect of any Employee who is employed by a Participating Employer outside of the United States, the equivalent thereof.

**"Employee"** means any regular, full-time or part-time employee of a Participating Employer.

**"Envoy"** means Envoy Air, Inc.

**"ERISA"** means the Employee Retirement Income Security Act of 1974, as amended from time to time.

**"Excluded Individuals"** means:
- All independent contractors;
- All temporary and provisional employees;
- Any Employee who is not a member of a Participating Work Group at any time during the Plan Year;
- Any Employee who is not a Participant; and
- As to non-union Employees, those specifically determined by the Committee (or its delegate), in its sole discretion, as not being eligible to participate in this Plan.

**"Individual Eligible Earnings"** means, as to any Participant, the Eligible Earnings of such Participant for any period during the Plan Year in which such Participant was a member of a Participating Work Group. For avoidance of doubt, the Eligible Earnings of any Participant during any period in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings.

**"International Participant"** means Employees based outside the United States and at the management pay scale level four (4) or below.

**"Management Participant"** means (i) any domestic management Employees of American Airlines not represented by a union and at the management pay scale level four (4) or below, and (ii) any domestic management Employees of Envoy, Piedmont, and PSA not represented by a union and who do not participate in their Participating Employer's short-term incentive plan, if any.

6

Confidential

AA-SCANLAN-0006664

**"Non-Management Participant"** means any domestic non-management Employees of the Participating Employers not represented by a union and, for Envoy, Piedmont, and PSA, non-management Employees who do not participate in their Participating Employer's short-term incentive plan, if any.

**"Participant"** means as to any Plan Year, an Employee who:
(i)     is in a Participating Work Group at any time during the Plan Year,
(ii)    received Eligible Earnings from a Participating Employer for such Plan Year (as reported on Form W-2 or equivalent form), and
(iii)   remains actively employed by a Participating Employer on the last day of the Plan Year, or whose employment terminates during the Plan Year by reason of the Employee's retirement, disability or death.

For purposes of this definition, "retirement" means a voluntary termination of employment after a Participant has completed least 10 years of service with the Affiliates and whose age plus years of service equal at least sixty-five (65). A pilot's mandatory retirement at age sixty-five (65) will also qualify as a "retirement" if such pilot has at least ten (10) years of service with the Affiliates at the time of such retirement. Additionally, the Committee may designate as Participants additional Employees who terminate employment during the Plan Year under "retirement" status pursuant to other AAG or Affiliate programs, as determined in its sole discretion.

Further, for purposes of this definition, "disability" will be determined under the Participating Employer's long-term disability plan applicable to such Employee.

**"Participating Employer"** means American Airlines, Inc., Envoy Air, Inc., Piedmont Airlines, Inc., and PSA Airlines, Inc.

**"Participating Work Group"** means the following union and non-union groups:

- Employees represented by the Allied Pilots Association (**"APA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Association of Professional Flight Attendants (**"APFA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Transportation Workers Union of America AFL-CIO (**"TWU"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Transportation Workers Union of America AFL-CIO and International Association of Machinists and Aerospace Workers (**"TWU-IAM Association"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the CWA-IBT Airline Passenger Service Association (**"CWA-IBT"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Air Line Pilots Association (**"ALPA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the Association of Flight Attendants – CWA, AFL-CIO (**"AFA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the International Association of Machinists and Aerospace Workers (**"IAM"**) and such union has agreed to the Employees' participation in this Plan;

7

Confidential

AA-SCANLAN-0006665

- Employees represented by the Communications Workers of America (**"CWA"**) and such union has agreed to the Employees' participation in this Plan;
- Employees represented by the International Brotherhood of Teamsters (**"IBT"**) and such union has agreed to the Employees' participation in this Plan;
- Management Participants;
- Non-Management Participants;
- International Participants; and
- Employees in any other job classification that has been deemed, in the sole discretion of the Committee (or its delegate), eligible to participate in this Plan for such Plan Year.

**"Payout Percentage"** has the meaning set forth in Section C of the Plan.

**"Piedmont"** means Piedmont Airlines, Inc.

**"Plan"** means the American Airlines Group Inc. Global Profit Sharing Plan.

**"Plan Year"** means a designated fiscal year.

**"PSA"** means PSA Airlines, Inc.

**"Total Population's Eligible Earnings"** means the aggregate amount of Eligible Earnings of all Participants and other Employees.

8

Confidential

AA-SCANLAN-0006666

# EXHIBIT 20

```
 1          IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3    JAMES P. SCANLAN, on behalf )
      of himself and all others  )
 4    similarly situated,        )
                                 )
 5            Plaintiffs,        )
                                 )
 6    vs.                        )  Case No.
                                 )  2:18-cv-0404-HB
 7    AMERICAN AIRLINES GROUP,   )
      INC. and AMERICAN AIRLINES,)
 8    INC.,                      )
                                 )
 9            Defendants.        )
10
11
12    ************************************************
13               ORAL DEPOSITION OF
14                 KIMBERLY WICKER
15                 MARCH 30, 2022
16    ************************************************
17
18       On the 30th day of March, 2022, at 9:32 a.m.,
19    the oral deposition of the above-named witness was
20    taken at the instance of the Plaintiff, before
21    Michelle L. Munroe, Certified Shorthand Reporter in
22    and for the State of Texas, at Veritext Legal
23    Solutions, 300 Throckmorton Street, Suite 1600, Fort
24    Worth, Texas, pursuant to Notice and the agreement
25    hereinafter set forth.
```

Page 62

1    A.  Yes.
2    Q.  Are you familiar with that language in the
3  plan?
4    A.  Yes.
5    Q.  Do you have an understanding in terms of
6  who is the formal administrator of the plan?
7    A.  Yes.
8    Q.  Who is that?
9    A.  The decision-making administrator is the
10  committee.  The calculation administration is the
11  compensation team.
12    Q.  You have an understanding in terms of what
13  decisions the compensation committee is responsible
14  for making?
15    A.  Yes.
16    Q.  What is that?
17    A.  Any changes or large changes to the plan.
18    Q.  Anything else?
19    A.  No.
20    Q.  Other than the adjustment they were
21  talking about before or the amendment between the
22  original plan and the 2017 plan document, are you
23  aware of any other changes that the committee has
24  made to the plan?
25    A.  No.

Page 63

1    Q.  If you turn your attention to what is
2  paragraph 3 where it says, Delegation of committee
3  authority.
4      Do you see that?
5    A.  Yes.
6    Q.  Are you familiar with this paragraph?
7    A.  Yes.
8    Q.  And did you become familiar with this
9  paragraph as part of your job responsibilities?
10    A.  That was my understanding of the plan
11  administration.
12    Q.  I'm sorry, what do you mean?
13    A.  So I understood that compensation had the
14  ability to make decisions on the administration of
15  the plan.  I don't believe I read this paragraph
16  coming into the job; it was a little bit after.
17    Q.  So at some point while you had
18  responsibility for the profit sharing plan, you read
19  paragraph 3?
20    A.  Yes.
21    Q.  Do you see that this paragraph authorizes
22  the committee to delegate administration of the
23  plan?
24    A.  Yes.
25    Q.  Has the committee delegated such

Page 64

1  authority?
2    A.  Yes.
3    Q.  Do you know how the committee did so?
4    A.  The committee does not perform the
5  calculations in administration to make the payouts
6  for the profit sharing plan; the administration is
7  done by the compensation team.  So that's my
8  understanding of how they have delegated
9  administration of the plan.
10    Q.  So your understanding is that the
11  committee has simply allowed your group,
12  essentially, to perform the calculations?
13    A.  Yes.
14    Q.  And does the committee, to your
15  understanding, approve the calculations in any way?
16    A.  The committee receives an audit report
17  before we make the payouts.
18    Q.  And that's the audit report from the --
19  what you described as the third-party auditor?
20    A.  That's correct.
21    Q.  And prior to the time -- strike that.
22      Prior to the time that the payouts are
23  actually made, does the committee need to review or
24  approve the audits or the payout amounts?
25      MR. MORALES:  Objection to form and

Page 65

1  legal conclusion.
2    A.  The audit report goes to the committee
3  prior to payouts.
4    Q.  And prior to the time that payout actually
5  happens, do you wait on approval from the committee
6  or something from the committee?
7    A.  Not a specific approval but the material
8  needs to get in front of the committee.  It needs to
9  be in the committee material for that month.
10    Q.  I understand the material goes to the
11  committee.
12      Do you wait until after the committee has
13  met before the payouts are actually made?
14    A.  Yes.
15    Q.  Do you receive anything back from the
16  committee after the meeting?
17    A.  The minutes should reflect that that was
18  included in the material that they reviewed.
19    Q.  Have you seen minutes from the committee
20  that reflects that?
21    A.  No.
22    Q.  How do you know that the committee has
23  reviewed the material?
24    A.  So before when I was -- when I had profit
25  sharing but I was not going to the compensation

17 (Pages 62 - 65)

Page 66

1 committee meetings, I was requested to produce the
2 report so that it can go to the compensation
3 committee. That occurs in February; the payouts are
4 administered in the beginning of March.
5        So it is understood -- and perhaps
6 "understood" is not the best word, but it's
7 understood that that material goes to the committee.
8    Q. And so what you understood is that the
9 material goes to the committee. The committee has
10 an opportunity to review the reports, and there's
11 sufficient time between the meeting of the committee
12 and the time the payouts are made?
13    A. Yes.
14    Q. And it's your understanding that if the
15 committee had some questions, concerns, or problems
16 with the calculations, that would give them an
17 opportunity to essentially stop the payout?
18    A. If they wanted to, yes.
19    Q. So I understand that your group handles
20 the actual calculations, they then go to the
21 committee, and you had suggested before that there
22 was some sort of delegation.
23        I just want to be clear, have you ever
24 seen any delegation of the committee's authority to
25 anyone else in writing?

Page 67

1    A. Who do you mean by "anyone else"?
2    Q. Your group or any particular officer.
3    A. The minutes from the 2017 meeting reflect
4 that they have delegated authority for the
5 compensation team and the people team to administer
6 the plan. I have not seen if they have delegated
7 authority for any other team to administer.
8        MR. BARTON: Mark that.
9        (Exhibit 4 marked.)
10    Q. I have handed you what has been marked as
11 Exhibit Number 4. This bears Bates stamp AA Scanlan
12 23503 through 23524.
13        These are entitled Minutes of the Meeting
14 of the Compensation Committee of the Board of
15 Directors of American Airlines Group, Inc.,
16 January 24, 2017.
17        Do you see that?
18    A. Yes.
19    Q. When you made a reference to the 2017
20 minutes, is this what you're referring to?
21    A. Yes.
22    Q. Okay. You have seen these minutes
23 previously?
24    A. Yes.
25    Q. When did you first see these minutes?

Page 68

1    A. Couple weeks ago.
2    Q. And what was the context of you seeing
3 these minutes?
4    A. In preparation for this deposition.
5    Q. Prior to that time, had you ever seen
6 these minutes before?
7    A. No, I have not.
8    Q. When you reviewed them, did you review
9 them -- strike that.
10        Do you see on page 2 there are a bunch of
11 blackout redactions that defendant's counsel has
12 placed on there?
13    A. I see that.
14    Q. Okay. When you reviewed them, did you
15 review it in a redacted form?
16    A. Yes.
17    Q. I'm sorry, I may have asked you this or
18 not.
19        Prior to the time that you saw these
20 minutes a few weeks ago, had you ever seen any
21 version of the minutes of the compensation committee
22 of the board of directors for January 24, 2017?
23    A. No.
24    Q. Are you able to testify whether or not
25 these are, in fact, the minutes from that meeting?

Page 69

1    A. I was not in attendance, so I would not be
2 able to testify to that.
3    Q. And where did you get these minutes when
4 you saw them a few weeks ago?
5    A. From our counsel.
6    Q. Who specifically?
7    A. Tristan and Vince.
8    Q. You said Tristan and Vince?
9    A. Tristan and Vince.
10    Q. How were they provided to you?
11    A. Via email.
12    Q. And what are you referring to in terms of
13 where there was some delegation in these minutes?
14    A. This was -- give me a second.
15    Q. Uh-huh.
16    A. Towards the back, that's the plan document
17 delegating authority. There was another piece.
18        It's at the bottom of page 2 on the back
19 requesting -- where Elise requested the committee to
20 delegate authority to her and her designee.
21    Q. And do you have an understanding who
22 Ms. Eberwein was at this time?
23    A. Yes.
24    Q. Who was she?
25    A. EVP of people and communications.

18 (Pages 66 - 69)

Page 74

1    Q.   You believe that there was delegation
2  prior to January 24, 2017?
3    A.   The committee is not administering the
4  plan or has never administered the calculation and
5  payout of the plan, so that is what I understood
6  from inception of the plan the AAG compensation team
7  administered.
8    Q.   Do you understand the difference between
9  an actual delegation as compared to having someone
10  perform certain calculations and then approve them?
11        MR. MORALES:  Objection to form and
12  legal conclusion.
13    A.   I guess it would depend on the instance in
14  which we're talking about.
15    Q.   Do you have an understanding whether or
16  not the committee delegated certain tasks or its
17  actual authority to the EVP?
18        MR. MORALES:  Objection to form and
19  legal conclusion.
20    A.   My understanding is that the committee
21  delegated reasonable authority to the EVP around the
22  profit sharing plan and administration.
23    Q.   And is your understanding solely based on
24  what's in Exhibit Number 4?
25    A.   It's also in Exhibit 3, that the -- that

Page 75

1  the company administers.
2    Q.   You understand that in F3 of the plan
3  document, it provides the authority with the ability
4  to delegate as compared to actual delegation?
5        MR. MORALES:  Objection to form and
6  legal conclusion.
7    A.   Yes, it says may delegate the
8  administration of the plan.
9    Q.   Do you know whether or not, beyond what's
10  contained in Exhibit Number 4 in the minutes,
11  whether or not there is a written document
12  evidencing the committee, in fact, made a
13  delegation?
14        MR. MORALES:  Objection to form; asked
15  and answered and legal conclusion.
16    A.   The information I'm aware of is stated in
17  these documents.
18    Q.   So the only thing that you know is based
19  on Exhibit Number 4 and Exhibit Number 3?
20        MR. MORALES:  Objection to form.
21    A.   And Exhibit Number 2.
22    Q.   So the only thing -- the entire source of
23  your knowledge is the information that's in the two
24  plan documents and the minutes which you hadn't seen
25  before three weeks ago?

Page 76

1    A.   Yes.
2        MR. MORALES:  Objection to form.
3    Q.   I want to look at what's in F2 of the plan
4  document, which is Exhibit Number 3.
5    A.   Okay.
6    Q.   And it specifies four different
7  authorities that the committee has under the plan.
8        Do you see that?
9    A.   Yes.
10    Q.   And number 1 is the power to determine
11  which employees shall be designated as participants
12  in the plan?
13    A.   I see that.
14    Q.   Is that something that the committee has
15  done?
16    A.   Are you asking if the committee has
17  reviewed specific employees and if they're deemed
18  participants of the plan?
19    Q.   Well, do you understand what the phrase
20  "determine which employees shall be designated
21  participants in the plan" means?
22    A.   I have my understanding.
23    Q.   What's your understanding based on?
24    A.   My understanding is that eligible
25  participants of the plan based on what's laid out in

Page 77

1  the plan document.
2    Q.   So you understand this to mean that the
3  committee has the power to make determinations as to
4  which employees shall be designated under the terms
5  of the plan?
6    A.   My understanding is that there's a plan
7  document, and if there is -- if there are changes to
8  the plan document that's needed, that authority
9  resides with the committee.
10    Q.   And that's what your understanding in
11  terms of what "A" covers?
12    A.   That is my understanding, yes.
13    Q.   And to your understanding, that authority
14  has not been delegated?
15        MR. MORALES:  Objection; legal
16  conclusion.
17    Q.   Or do you have any understanding?
18    A.   That has not changed from what is laid out
19  in the plan.
20    Q.   Do you have any understanding of whether
21  or not that authority by the committee has been
22  delegated?
23        MR. MORALES:  Objection; legal
24  conclusion.
25    A.   I have not experienced a situation in

20 (Pages 74 - 77)

Page 78

1 which we would need to change the participants, so I
2 have not participated in that discussion.
3    Q.   So would it be fair to say that you don't
4 know whether or not that has been delegated or not?
5        MR. MORALES:  Objection; asked and
6 answered and legal conclusion.
7    A.   I haven't experienced that in my role.
8    Q.   The second power under F2 in the plan is
9 the power to interpret the plan and the profit
10 sharing awards.
11       Do you see that?
12   A.   Yes, I do.
13   Q.   Do you have an understanding of what that
14 means?
15       MR. MORALES:  Objection; legal
16 conclusion.
17   A.   My understanding is that if they need to
18 interpret the plan and the awards, they have the
19 ability to do that.
20   Q.   When you say "they," you mean the
21 committee?
22   A.   The committee.
23   Q.   Do you know whether or not that power has
24 been delegated or not?
25       MR. MORALES:  Objection; legal

Page 79

1 conclusion.
2    A.   My understanding is that we -- the
3 compensation team does have the ability to interpret
4 the plan and the profit sharing awards as well.
5    Q.   Does the compensation team, does your team
6 have the ability to interpret the plan and the
7 profit sharing awards without seeking approval from
8 the committee?
9        MR. MORALES:  Objection; legal
10 conclusion.
11   A.   I guess it would determine -- it would be
12 based on how large the situation was.
13   Q.   Have there been instances where your team
14 has interpreted the plan?
15   A.   I mean, we would have to reference the
16 plan all the time.  I mean, not every situation or
17 scenario would be spelled out in the plan, so I
18 guess, yes, indirectly we have had to interpret the
19 plan documents.
20   Q.   Is there -- are any of your team's
21 interpretations of the plan set forth in any
22 writings, emails, analysis of any kind?
23   A.   We do work out any administration things
24 via email if that's what you're asking, so there
25 would be emails regarding profit sharing

Page 80

1 administration and calculation and eligibility and
2 specific employee situations and scenarios in email.
3    Q.   Are you interpreting the terms of the
4 plan?
5        MR. MORALES:  Objection; legal
6 conclusion.
7    Q.   And what those terms mean?
8        MR. MORALES:  Objection; legal
9 conclusion.
10   A.   We are discussing what the plan says.  I
11 guess the word "interpret" implies that you perhaps
12 deviate and fill in where it's not explicit.  So we
13 are interpreting what the plan says.  Again, not
14 everything can be spelled out in the document.
15   Q.   And so if there is a -- as you said,
16 filling in where the plan is not specific, is that
17 something that your team has the authority to do
18 without consultation of the committee?
19       MR. MORALES:  Objection; legal
20 conclusion.
21   A.   Yeah.  When new wage types come into scope
22 and we have to determine what eligible earnings are,
23 we do have to interpret the plan.
24   Q.   Beyond wage types, are there other matters
25 how your team has interpreted the plan?

Page 81

1    A.   There are --
2        MR. MORALES:  Objection; legal
3 conclusion.
4    A.   There are all sorts of situations that
5 come up in an employee's history with 100,000 people
6 that we would have to interpret in addition to just
7 wage types.
8    Q.   Has -- have any employees raised issues or
9 concerns with determination with respect to their
10 eligibility or earnings under the plan and
11 challenged them?
12       MR. MORALES:  Objection; foundation.
13   A.   Employees have inquired if they haven't
14 received a payout, perhaps, and we'd respond to why
15 they were ineligible.
16   Q.   Has any employee raised any formal
17 challenge to either the calculation or the lack of a
18 payout?
19       MR. MORALES:  Objection; foundation.
20   A.   How would you define "formal challenge"?
21   Q.   Is there a procedure under the plan for an
22 employee to challenge either their eligibility or
23 their -- the calculation of their award?
24   A.   When we receive questions and determine
25 why they would be ineligible or why they did not

21 (Pages 78 - 81)

# EXHIBIT 21

**AMERICAN AIRLINES GROUP INC. COMPENSATION
COMMITTEE CHARTER**

**Last amended on April 28, 2021**

The Board of Directors (the "Board") of American Airlines Group Inc. (the "Company") hereby sets forth the authority and responsibilities of the Compensation Committee (the "Committee") as described below, subject to amendment by the Board from time to time:

## PURPOSE

The Committee's purpose is to (i) oversee the Company's efforts to attract, retain and motivate members of the Company's senior management team, (ii) carry out the Board's overall responsibility relating to the determination of compensation for all executive officers, (iii) oversee all other significant aspects of the Company's compensation policies, and (iv) oversee the Company's management resources, succession planning and management development activities.

## COMPOSITION

The Committee shall be comprised of three or more Board members who qualify as independent within the meaning of the Company's Corporate Governance Guidelines and the rules of The NASDAQ Stock Market ("NASDAQ") applicable to compensation committee members, as in effect from time to time when and as required by NASDAQ. In addition, at least two members of the Committee shall qualify as "non- employee directors" within the meaning of Rule 16b-3 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as in effect from time to time. The members of the Committee and the Committee chairperson shall be appointed annually by the Board and may be removed at any time, with or without cause, by the Board.

The Committee shall have the power to create subcommittees, each consisting of one or more of its members, with such powers as the Committee shall from time to time confer. Each subcommittee shall keep minutes of its meetings and report them to the Committee.

## OPERATING PRINCIPLES

In fulfilling its function and responsibilities, the Committee should give due consideration to the following operating principles and processes:

- *Communication* — Regular and meaningful contact throughout the year with the Chairman of the Board, other committee chairpersons, members of senior management and other key Committee advisors, as applicable, is viewed as important for strengthening the Committee's knowledge of sound compensation and human resources policies.

- *Committee Expectations and Information Needs* — The Committee should communicate to the Chief Executive Officer and the most senior executive in charge of human resources or their respective designees the expectations of the Committee, and the nature, timing and extent of any specific information or other supporting materials requested by the Committee, for its meetings and deliberations.

1

PLAINTIFF_000950

- *Resources* — Consistent with any applicable requirements of the Exchange Act and any applicable NASDAQ rules, the Committee shall be authorized to access, at the Company's expense, such internal and external resources, including retaining or obtaining advice from compensation consultants or legal, financial or other advisors, as the Committee deems necessary or appropriate, in its sole discretion; *provided,* that the Committee shall be directly responsible for the appointment, compensation and oversight of the work of any compensation consultant or legal, financial or other adviser retained by the Committee, and subject to any exceptions that may be permitted under applicable rules and regulations, may have the authority to select a compensation consultant or legal, financial or other adviser to the Committee only after taking into consideration all factors relevant to that person's independence from management, including the factors required by any applicable requirements of the Exchange Act and NASDAQ. Subject to and without limiting the foregoing, the Committee shall have the authority to select, engage and terminate compensation consultants to assist the Committee in designing, reviewing and evaluating the Company's compensation and human resources policies and plans, including the sole authority to select, engage and terminate compensation consultants to assist in the evaluation of Chief Executive Officer and senior executive officer compensation. The Committee shall have the sole authority to approve fees, costs and other terms of engagement of such outside resources, and the Company shall provide for appropriate funding, as determined by the Committee, for such fees and costs.

- *Meeting Agendas* — Committee meeting agendas shall be the responsibility of the Committee chairperson with input from Committee members and other members of the Board, with additional input from members of senior management and outside advisors to the extent deemed appropriate by the chairperson.

- *Committee Meeting Attendees* — The Committee shall be authorized to request members of senior management, outside counsel and other advisors to participate in Committee meetings.

- *Reporting to the Board of Directors* — The Committee shall maintain minutes of meetings and, through the Committee chairperson, shall report all material activities of the Committee to the Board from time to time or whenever so requested by the Board.

**MEETINGS**

The Committee should meet as frequently as considered necessary by the Committee or the chairperson, and shall meet at least four times annually and, to the extent practicable, in conjunction with regularly scheduled Board meetings. The Committee shall fix its own rules of procedure. A majority of regular members then serving on the Committee shall constitute a quorum.

**AUTHORITY AND RESPONSIBILITY**

The primary Committee responsibilities are:

<u>Oversight of Executive Compensation Policies</u>

- *Overall Compensation Strategy* — The Committee shall review and approve the overall

PLAINTIFF_000951

compensation strategy and policies for the Company. Such review shall include a review of the relationship between the Company's risk management policies and practices, corporate strategy and the Company's compensation strategy and policies applicable to all employees, including a review, with the Company's management, of whether the Company's compensation strategy and policies encourage unnecessary or excessive risk taking and whether the financial incentives and risks relating to the Company's compensation strategy and policies are appropriate. In fulfilling this responsibility, the Committee shall periodically review reports and data regarding the Company's execution of its compensation strategy and the implementation of its policies.

- *Performance Goals and Objectives* — The Committee shall review and approve the corporate performance goals and objectives relevant to the compensation of the Company's executive officers, including annual and long-term performance goals and objectives.

- *Chief Executive Officer* — The Committee shall evaluate the Chief Executive Officer's performance in light of relevant performance goals and objectives and, based upon this evaluation, approve the compensation (including salary, long-term incentives, bonuses, equity incentives, perquisites, severance payments, other benefits, employment agreements and amendments thereto) and other terms of employment of the Company's Chief Executive Officer. The Chief Executive Officer shall not be present during any Committee voting or deliberations on his or her compensation. The Committee should report to the Board periodically regarding the material components of the compensation and other terms of employment of the Chief Executive Officer approved by the Committee and the Board.

- *Other Executive Officers* — The Committee shall, after receiving input from the Chief Executive Officer, evaluate the performance of the other executive officers in light of relevant performance goals and objectives and the compensation (including salary, long term incentives, bonuses, equity incentives, perquisites, severance payments, other benefits, employment agreements and amendments thereto) and other terms of employment of the other executive officers.

- *Other Members of Senior Management* — The Committee shall, after receiving input from the Chief Executive Officer or the most senior executive in charge of human resources, periodically evaluate the performance and compensation of other members of senior management, as the Committee or Board may from time to time determine to be appropriate.

**Oversight of Compensation, Incentive and Benefit Policies and Plans**

- *Administration of Incentive Plans* — The Committee shall administer, as and to the extent provided in the plan documents and upon the recommendation of management, the Company's incentive compensation, stock, bonus and other similar plans and programs established by the Board from time to time (collectively, the "Company's incentive plans"), including without limitation establishing guidelines, interpreting plan documents, selecting participants, approving grants and awards and making all other decisions regarding the operation of such plans. The Committee may, if it determines appropriate, delegate all or a portion of its authority to administer the Company's incentive plans to a sub-committee or to another committee of the Board or one or more executive officers of the Company on such

PLAINTIFF_000952

terms as the Committee shall determine in a written authorization, *provided* that any such delegation shall comply with applicable law and the constituent plan documents and in no event shall any such delegation include the authority to make any stock incentive grant to any executive officer.

- *Executive Compensation and Benefits Plans* — The Committee shall review and, following consideration of the recommendation of the Chief Executive Officer, approve the adoption of, amendment to, or termination of executive compensation and benefit plans as required.

- *Non-Executive Compensation and Benefits Plans* — The Committee shall approve the general design and terms of, and may delegate authority to executive officers to administer, significant non-executive compensation and benefits plans including, but not limited to: incentive compensation, bonus programs, profit sharing goals and payouts and the introduction or material modification of health, welfare and retirement plans or other material employee perquisite plans.

- *Director Compensation* – The Committee shall periodically review the compensation paid to non- employee Directors for their service on the Board and its committees and recommend any changes to the full Board for its approval.

- *Succession Planning* — The Committee, in consultation with the Chairman and the Chief Executive Officer (if the Chairman is not the Chief Executive Officer) and the Lead Independent Director, has the primary responsibility for the development and periodic review of a succession plan. The Committee shall annually review the Company's organizational structure, succession plans for executive officers and programs for development of individuals to assume positions of higher responsibility, and shall discuss those matters with the Board. It shall be the policy of the Committee that, when executive officers, including the Chief Executive Officer, are recruited from outside the Company, the initial lists of candidates shall include qualified female and racially/ethnically diverse candidates. Any third-party consultant asked to furnish an initial list of candidates will be instructed to include such candidates.

**Other Responsibilities**

- *Diversity* — The Committee shall annually review the Company's workforce diversity activities and the progress made towards affirmative action plan utilization goals.

- *Proxy Statement Reports* — The Committee shall oversee the preparation of such reports regarding matters within the scope of the Committee's role and responsibilities as may be required to be included in the Company's annual proxy statement or other public filings under applicable rules and regulations.

- *Compensation Discussion and Analysis ("CD&A")* — To the extent that the Company is required to include a CD&A in the Company's Annual Report on Form 10-K or annual proxy statement, the Committee will review and discuss with management the Company's CD&A and will consider whether it will recommend to the Board that the Company's CD&A be included in the appropriate filing.

PLAINTIFF_000953

- *Compensation-Related Stockholder Proposals* — The Committee may review and consider compensation-related stockholder proposals in consultation with the Corporate Governance and Nominating Committee of the Board.

- *Compensation Committee Charter* — The Committee shall review this Charter on an annual basis and shall recommend any proposed changes for approval by the full Board.

- *Committee Self-Assessment* — The Committee shall review, discuss and assess periodically its own performance as well as the role and responsibilities of the Committee, seeking input from senior management, the full Board and others. Changes in the role and/or responsibilities of the Committee as outlined in this Charter, if any, shall be recommended to the full Board for approval.

- *Other Activities* — The Committee shall perform any other activities consistent with this Charter, the Company's bylaws and governing law, as the Committee or the Board deems necessary or appropriate.

\* \* \* \* \* \* \* \* \*

PLAINTIFF_000954

# EXHIBIT 22

**Subject:** Fwd: RE: Profit Sharing and Military LOA
**From:** Jim Scanlan <jpscanlan@verizon.net>
**Date:** 2/1/2018, 9:29 PM
**To:** Scott Wolford <swolford@sbcglobal.net>
**CC:** "MILITARYAFFAIRS@ALLIEDPILOTS.ORG" <militaryaffairs@alliedpilots.org>

Scott,

As I mentioned in my C&R post, you can expect to get an e-mail stating that employees do not earn wages while on military leave, therefore do not earn profit sharing credit for periods of military service. AA will also tell you they fully support Guard and Reserve members, and they are in full compliance with the law. APA addressed this issue with the company last year and AA responded that pilots would not receive profit sharing credit for periods of military leave.

To be fair, this is a very complicated issue and is not as cut & dried as we would like it to be. On the question of whether military leave and jury duty are analogous, there is conflicting case law out there. In Tully v. DOJ (Federal Circuit, 2007) the court found that Tully's 2.5 year military leave was not comparable to jury duty or witness leave due to the duration of his leave. In Brill v. AK Steel (Southern District Ohio, 2012) the court denied the defendant's motion for summary judgement finding that jury duty and military leave were of comparable duration.

On the question of whether union leave and military leave are comparable, the company will argue they are not because the company has the right to deny union leave. I am not aware of any case law on this issue, but in 2016 the DOJ filed suit against United on behalf of AF Reserve Lt Col Daniel Fandrei alleging UAL failed to credit Fandrei with sick leave. In the complaint, the DOJ argued that sick leave was comparable to union leave. However, Fandrei v. UAL was settled in 2017 with no decision on the comparability of military leave and union leave.

I could go on, but I think you get the picture. AA's ERISA attorneys have reviewed the case law and feel they are on firm legal ground. Absent litigation, AA is not going to change their position. If you really want to press this issue, you are going to need to either file a DOL VETS complaint, or retain outside legal counsel to file suit alleging AA violated your USERRA rights. If you would like the names and contact info for the attorneys who handled the Allman suit, I can provide that info.

Feel free to call or e-mail if you would like to discuss further.

Cheers,
Jim


Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252



-------- Forwarded Message --------
      **Subject:** RE: Profit Sharing and Military LOA
      **Date:** Fri, 2 Feb 2018 00:18:29 +0000
      **From:** Ducey, Chris <Chris.Ducey@aa.com>
        **To:** Wolford, Scott <Scott.Wolford@aa.com>, People compensation <Z1032967.People.compensation@aa.com>
        **CC:** militaryaffairs@alliedpilots.org <militaryaffairs@alliedpilots.org>


Scott,

We have received the additional information.

Thanks,

Chris Ducey

_____

**From:** Wolford, Scott
**Sent:** Thursday, February 01, 2018 3:59 PM
**To:** People compensation

SCANLAN_00000550
12/21/2021, 12:39 PM

**Cc:** Ducey, Chris; militaryaffairs@alliedpilots.org
**Subject:** FW: Profit Sharing and Military LOA

People Comp:

In addition to the info in my previous email, I'd like to add that I, also, believe military pilots **are** entitled to profit sharing credit for periods of military leave based on Title 38 § 4316. From paragraph b(1) of § 4316:

(b)(1) Subject to paragraphs (2) through (6), a person who is absent from a position of employment by reason of service in the uniformed services shall be--

(A) deemed to be on furlough or leave of absence while performing such service; and

(B) **entitled to such other rights and benefits not determined by seniority as are generally provided by the employer of the person to employees having similar seniority, status, and pay who are on furlough or leave of absence under a contract, agreement, policy, practice, or plan in effect at the commencement of such service or established while such person performs such service.**

This provision of USERRA is commonly referred to as "most favorable treatment;" i.e., pilots on military leave are entitled to the most favorable treatment afforded to pilots on other types of leave - FMLA, PLOA, jury duty, union leave, etc. Pilots on FMLA and PLOA do not earn credit for profit sharing, **but pilots absent due to jury duty or on union leave do earn credit for profit sharing**.

Thank again for your time.

V/R



Scott Wolford
A320 First Officer (664496) - LAX

909.268.0059 Mobile



---

**From:** "Wolford, Scott" <Scott.Wolford@aa.com>
**Date:** Tuesday, January 30, 2018 at 11:01 PM
**To:** People compensation <Z1032967.People.compensation@aa.com>
**Cc:** "Ducey, Chris" <Chris.Ducey@aa.com>, "militaryaffairs@alliedpilots.org" <militaryaffairs@alliedpilots.org>
**Subject:** Profit Sharing and Military LOA

Dear People Compensation:

Military members should not be denied "any benefit of employment by an employer on the basis of that membership…" (38 U.S.C. § 4311)

SCANLAN_00000551

I was never paid profit sharing from CY2016. I was on a military leave-of-absence (MLOA) the entire year. Last April a fellow pilot, and military member, emailed your department inquiring about profit sharing and MLOA. He received a response that stated:

> *"Profit sharing payouts for employees on military LOA are calculated using the same methodology as payouts for employees on any other type of LOA and employees not on LOA."*

Your department's interpretation, however, is suspect. Even though a military employee is not receiving 'base pay' while on a MLOA, Title 26 of the Internal Revenue Code clearly states that a military member should be compensated according to either what they would have earned were they not serving in the military, or, where such compensation is not reasonably certain, by calculating the average compensation the employee earned during the 12 months preceding military service:

> …an employee who is in qualified military service shall be treated as receiving compensation from the employer during such period of qualified military service equal to—
>
> (A) **the compensation the employee would have received during such period if the employee were not in qualified military service** [emphasis added], determined based on the rate of pay the employee would have received from the employer but for absence during the period of qualified military service, or
>
> (B) if the compensation the employee would have received during such period was not reasonably certain, **the employee's average compensation from the employer during the 12-month period immediately preceding the qualified military service** [emphasis added] (or, if shorter, the period of employment immediately preceding the qualified military service). (26 U.S.C. § 414(u)(7))

Thus, military employees are protected by USERRA and are entitled to benefits calculated from 'derived missed pay.' Civilian-only employees are not entitled to 'derived missed pay' on a LOA. This means that, contrary to your department's interpretation above, the methodology used for other types of LOAs do not apply here.

Per 38 U.S.C. § 4318 and ERISA Sec 3(2), profit sharing is a type of "employee pension benefit plan." The Department of Labor (DOL) Veterans' Employment and Training Service (20 CFR Part 1002), incorporating ERISA, states:

> The term "employee pension benefit plan" includes **any** plan, fund or program established or maintained by an employer or by an employee organization, or by both, that provides retirement income **or results in the deferral of income** extending to or beyond the termination of the employment covered by the plan. **Profit sharing** and stock bonus plans that meet this test are included." [emphasis added]

The DOL states: "A Profit Sharing Plan...is a defined contribution plan under which the plan may provide, or the employer may determine, annually, how much will be contributed to the plan (out of profits or otherwise). The plan contains a formula for allocating to each participant a portion of each annual contribution. A profit sharing plan...include a 401(k) plan." https://www.dol.gov/general/topic/retirement/typesofplans

Lastly, the IRS USERRA FAQs page answers:

SCANLAN_00000552

12/21/2021, 12:39 PM

Q. How does that work for profit-sharing or money purchase pension plans?
A. Employers must make the non-elective employer contributions that would have been made during the military service period. https://www.irs.gov/retirement-plans/retirement-plans-faqs-regarding-userra-and-sscra#A2 .

Mirroring the data Courtney Finn (Manager, 401(k) and Savings Programs) compiled for my 401(k) USERRA contribution, using 76 average monthly hours in accordance with § 4318(b)(3)(B), here's what I calculated my CY2016 profit sharing should have been:

| MLOA Months for 2016 | LOS | Hourly Pay | Avg. Monthly Hours | Derived Missed Pay | Profit Sharing % | USERRA Profit Sharing |
|---|---|---|---|---|---|---|
| Jan | YR 2 | 115.80 | (x) 76 (=) | 8,800.80 | 3% | 264.02 |
| Feb | YR 2 | 115.80 | (x) 76 (=) | 8,800.80 | 3% | 264.02 |
| Mar (12 days) | YR 2 | 115.80 | (x) 29.42 (=) | 3,472.10 | 3% | 104.16 |
| Mar (19 days) | YR 3 | 135.51 | (x) 46.58 (=) | 6,433.20 | 3% | 193.00 |
| Apr | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| May | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Jun | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Jul | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Aug | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Sep | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Oct | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Nov | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| Dec | YR 3 | 135.51 | (x) 76 (=) | 10,298.76 | 3% | 308.96 |
| TOTAL | | | | 120,195.74 | 3% | **3,605.84** |

Last year I returned from a MLOA on January 11, 2017, departed on another MLOA from March 13 – April 16, and began another (my current) military leave-of-absence on July 18, 2017. Here's what I calculate my CY2017 profit sharing should be:

| MLOA Months for 2017 | LOS | Hourly Pay | Avg. Monthly Hours | Derived Missed Pay | Profit Sharing % | USERRA Profit Sharing |
|---|---|---|---|---|---|---|
| Jan (10 days) | YR 3 | 139.57 | (x) 24.52 (=) | 3,422.26 | 2% | 68.45 |
| Mar (19 days) | YR 4 | 155.72 | (x) 46.58 (=) | 7,253.44 | 2% | 145.07 |
| Apr (16 days) | YR 4 | 155.72 | (x) 40.53 (=) | 6,311.33 | 2% | 126.23 |
| Jul (14 days) | YR 4 | 155.72 | (x) 34.32 (=) | 5,344.31 | 2% | 106.89 |
| Aug | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| Sep | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| Oct | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| Nov | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| Dec | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| **MLOA Total** | | | | 81,504.94 | 2% | 1,630.10 |
| **Active** Months for 2017 | LOS | Hourly Pay | Avg. Monthly Hours | Actual Pay | Profit Sharing % | Company Profit Sharing |

SCANLAN_00000553

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jan (21 days) | YR 3 | 139.57 | (x) 51.48 (=) | 7,185.06 | 2% | 143.70 |
| Feb | YR 3 | 139.57 | (x) 76 (=) | 10,607.32 | 2% | 212.15 |
| Mar (12 days) | YR 3 | 139.57 | (x) 29.42 (=) | 4,106.15 | 2% | 82.12 |
| Apr (14 days) | YR 4 | 155.72 | (x) 35.47 (=) | 5,523.39 | 2% | 110.47 |
| May | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| Jun | YR 4 | 155.72 | (x) 76 (=) | 11,834.72 | 2% | 236.69 |
| Jul (17 days) | YR 4 | 155.72 | (x) 41.68 (=) | 6,490.41 | 2% | 129.81 |
| **Active Total** | | | | 57,581.77 | 2% | 1,151.64 |
| **TOTAL** | | | | 138,705.20 | 2% | **2,781.74** |

Since 90 days have passed since January 11, 2017, the date I returned last year, please disburse my CY2016 profit sharing payment immediately.

Thank you for supporting our company's Servicemembers.

V/R



Scott Wolford
A320 First Officer (664496) - LAX

909.268.0059 Mobile



NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer.

SCANLAN_00000554

12/21/2021, 12:39 PM

# EXHIBIT 23

Page 1

```
 1                                    Volume: 1
 2                                    Pages: 1-175
 3                                    Exhibits:  5
 4            IN THE UNITED STATES DISTRICT COURT
 5          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 6      - - - - - - - - - - - - - - x
 7      JAMES P. SCANLAN, on behalf
 8      of himself and all others
 9      similarly situated,
10                      Plaintiff       Case No.
11             VS.                      2:18-cv-04040-HB
12      AMERICAN AIRLINES GROUP, INC.
13      and AMERICAN AIRLINES, INC.,
14                      Defendants
15      - - - - - - - - - - - - - - x
16           DEPOSITION of DARIN LEE, Ph.D., a witness
17      called by and on behalf of the Plaintiff, taken
18      pursuant to the provisions of the Federal Rules of
19      Civil Procedure, before Arlene R. Boyer, a
20      Certified Verbatim Reporter and Notary Public in
21      and for the Commonwealth of Massachusetts, at Block
22      & Leviton LLP, 260 Franklin Street, Boston,
23      Massachusetts, 02110, on Thursday, June 30, 2022,
24      commencing at 9:30 a.m.
```

1     delivered about these transition conflicts?
2  A   Well, that PBS, by its nature, will only
3     construct or only award schedules that don't
4     have these transition conflicts.
5  Q   The header to Part IV of your report includes
6     in the second clause, "Paid Military Leave
7     Would Amplify Those Differences." Can you
8     explain to me how paid military leave would
9     amplify the differences in the structure and
10    availability of military leave? If you need
11    to refer me to some part of this section,
12    that's fine.
13  A   So what paid military leave would do would
14    create economic incentives for pilots to
15    generate a conflict between their company
16    flying and their military flying, right, and
17    the reason being that for many pilots, the
18    compensation that they would receive from
19    American Airlines would be greater than what
20    they would receive from the military for that
21    same day of work.
22        And so if it were paid -- so just
23    take, for example, a pilot of American that
24    makes, you know, $250 an hour, and maybe call

1     it a typical day -- you know, it might be for
2     six hours or something like that -- and if you
3     were to compare that for what that same pilot
4     would earn -- and again, that depends on their
5     rank and their years of service with the
6     military -- it would -- you know, for many of
7     them, that compensation would be substantially
8     less than what they would get at American.
9        And so if it were the case that
10    American were required to pay for -- pay the
11    pilots, even the differential, then pilots
12    would have really the economic incentive for
13    every time they went on military leave to try
14    to create a schedule conflict so that American
15    would essentially have to pay them the
16    differential, again, in a differential claim,
17    between what they would have earned in the
18    military and what they would have earned at
19    American Airlines for that same day of
20    military work.
21        And so by creating that additional
22    incentive, then it really amplifies, in my
23    view, the differences in the amount of
24    military leave that would be taken because you

1     would now try to shift all of your -- or not
2     all, but certainly pilots would be
3     incentivized to shift military work that they
4     normally would do on their days off onto to
5     days on to create those conflicts and get
6     extra compensation.
7  Q   So just to be clear, when you talk about --
8     when you write about amplifying differences in
9     the structure and availability of military
10    leave, you are referring to this increased
11    incentive to create conflicts between military
12    and American flying schedules?
13  A   Yeah, the conflicts would create more of --
14    more military leave that is not on days off.
15  Q   You are not suggesting that there would be
16    more opportunities for military service
17    available to pilots, correct?
18  A   Well, I think, you know, as I've seen in
19    Captain Joseph's report, you know, there
20    certainly are voluntary assignments, right,
21    and so not all military leave is, you know,
22    you get an order unexpectedly. I mean, there
23    are certainly times where if you decided that
24    you wanted to take on more military leave

1     through some additional proficiency training
2     and things like that, you could take on more
3     -- extra leave, and there's also other types
4     of assignments that you can take on, as well.
5        And so yeah, I think if it were the
6     case that a pilot that in the alternative was
7     only going to know that they were getting
8     their military compensation, and instead maybe
9     that compensation doubles, certainly that
10    creates an incentive for that pilot to take on
11    more of that leave than they otherwise would.
12  Q   Right. So what I want to get at is the
13    difference here. You write -- in this
14    section, you talk about how "pilots would not
15    only have significant opportunity, but also
16    significant economic incentive to adjust their
17    schedules to create conflicts"?
18  A   Um-hmm.
19  Q   I just want to make sure. You're not opining
20    that paid military leave would increase the
21    number of voluntary opportunities that pilots
22    would have available to them, correct?
23        MR. MORALES: Objection, asked and
24    answered.

Page 114

```
 1   A   I don't -- I just think it's whether or not
 2       they would avail themselves of those
 3       opportunities.  Now --
 4   Q   How about --
 5   A   Oh, sorry.
 6   Q   How about structure?  I understand what you're
 7       saying about the availability of opportunities
 8       to fly for the military.
 9   A   Um-hmm.
10   Q   When you refer to structure, the structure of
11       military leave, what are you referring to?
12   A   Let me just read this here.  You know, I think
13       here, what I'm really just looking at is the
14       -- kind of the overall difference in kind of
15       the distributions of the two.  So, you know, I
16       think of the structure of military leave, it's
17       -- it's more frequent, it's longer than the
18       other types of leave.  And so, you know, to
19       the extent that you're increasing the
20       frequency of military leave, that that's one
21       of the elements of I think of kind of the
22       overall structure of military leave as
23       compared to like bereavement or jury duty, is
24       that frequency element.
```

Page 115

```
 1           And so I think when you have that
 2       paid military leave, you're -- the structure
 3       is already different in terms of frequency,
 4       but now if you layer on top of that the paid
 5       element that now incentivizes pilots to take
 6       more military leave on their -- by kind of
 7       shifting their military leave so that it's on
 8       days of work at American versus days off, then
 9       that's really changing the structure of the
10       leave from one that used to happen more on
11       days off to more on days on to create that --
12       to take -- avail themselves of that economic
13       incentive to earn more money.
14   Q   Have you developed an opinion about the
15       magnitude of the impact on American's
16       operations of such a change?
17   A   From such a change of what?
18   Q   The paid military leave.
19   A   No -- or under -- what type of paid military
20       leave, just in particular, do you have in
21       mind?
22   Q   Whichever one you were opining about in
23       Section IV of your report.
24   A   So --
```

Page 116

```
 1   Q   You were making claims of a hypothetical
 2       implementation of paid military leave, so
 3       whatever set of assumptions underlie that
 4       opinion, I'd like to understand whether you've
 5       done a quantitative analysis to figure out
 6       what the impact on American's operations would
 7       be of the changes you are opining about here.
 8   A   I appreciate that.  So the only -- the reason
 9       why I wanted to kind of understand -- because
10       -- the answer is I haven't quantified it.  The
11       reason I asked under what kind of theory is
12       because I think, for example -- and I know
13       that -- I think, at least, that the damages
14       claim here or the compensation claim here is
15       for differential.  But in the hypothetical
16       that it were not a differential pay, but
17       essentially a double pay, then I think the
18       degree of amplification of those economic
19       incentives become even greater.  So that was
20       mainly the reason why I was --
21   Q   Sure.
22   A   -- asking that clarification.
23   Q   Is your opinion in Section IV of your report
24       based on a double pay assumption, or is it
```

Page 117

```
 1       based on a differential pay scenario?
 2   A   Currently, I've been thinking about this case
 3       without -- I know that we're not in a portion
 4       yet where we're really thinking about damages
 5       because we're awaiting further discovery, but
 6       at least as I understand it, it's a
 7       differential claim.  So when I write this, I'm
 8       thinking about it in a differential claim.
 9   Q   And just to make sure I understand your
10       testimony, you have not quantified what the
11       impact on American's operations would be of
12       implementing differential pay for military
13       leave?
14   A   I have at this juncture not been asked to
15       quantify any difference -- any operational
16       impact, that's correct.
17   Q   Do you have any qualitative sense of the
18       magnitude of the disruption that would be
19       caused by such a change in policy?
20   A   Well, I think that it could be quite
21       substantial.  I mean, as you probably are
22       aware from watching the news, the pilot supply
23       is quite tight right now, and, you know, many
24       airlines are having to -- you know, I know
```

30 (Pages 114 - 117)

Page 118

1    that American, for example, not American
2    mainline, but American -- their regional
3    carriers had to -- you know, I think there's
4    about 100 aircraft at American Eagle that
5    aren't flying right now because of a shortage
6    of pilots at American Eagle.
7        So right now, in this moment in
8    time, it's very important, I think, that
9    American, or any carrier, for that matter, is
10   able to have a really good understanding of
11   who's going to be showing up for work on any
12   given day in terms of a pilot because the
13   market for -- not the market, but the supply
14   of pilots is very, very tight right now.
15   Q   And just to clarify, are you suggesting that
16   the magnitude of the impact on American's
17   operations of differential pay for short-term
18   military leave would be similar to the impact
19   of coronavirus catalyzed early retirements
20   that have generated a wave of pilot shortages
21   in the present?  Are you comparing the
22   magnitude of those two events?
23   A   No, no.  What I'm saying is that military
24   leave, especially that which occurs, you know,

Page 119

1    when someone just maybe drops a trip, is one
2    of the things that reserve pilots attempt to
3    cover to the extent there's reserve
4    availability.  And all I'm saying is that in
5    the current environment, where pilot staffing
6    at all airlines in the United States and many
7    -- not only in the United States, but other
8    places is quite tight, that the operational
9    impacts are kind of accentuated.
10   Q   Are you aware that prior to 2013, American had
11   a paid military leave benefit?
12   A   I don't have any knowledge, one way or
13   another, about a paid military benefit before
14   2013.  I haven't looked into that.
15   Q   I'd like to direct you to Paragraph 72 of your
16   report.  In Paragraph 72, you write,
17   "Importantly, among other things, this field"
18   -- referring to the ROW_EXPIRY_DT field --
19   "tracks (i) when reported military leave is
20   canceled before it begins; and (ii) when
21   reported military leave is shortened to
22   actually capture the actual length of the
23   military leave taken." How did you come to
24   that understanding of the meaning of the

Page 120

1    ROW_EXPIRY_DT field?
2    A   Principally, that is based off the deposition
3    of Ms. Saddy, I believe.
4        MR. DOWNES:  I'm marking a document
5    as Exhibit 3.
6        (Exhibit Number 3, Ms. Saddy's
7        Deposition Transcript, was
8        Marked for Identification.)
9    Q   Is this the deposition transcript that you're
10   referring to?
11   A   It is.
12   Q   Can you point me to where in Ms. Saddy's
13   deposition you found the basis for the
14   statement that I just recited?
15   A   Yeah, I think many of these are just
16   encapsulated in Footnote 64, as well.  So, you
17   know, throughout her deposition, and
18   particularly in these areas that I quote here,
19   is she's walking through that it's a change
20   database, so it tracks changes.
21        And so these are some of the types
22   of changes that could happen.  And then in
23   combination with looking at the data itself,
24   you know, you can see ones that were canceled

Page 121

1    before it begins.  I think I provide some
2    examples of that.
3        So for example, in Exhibit 29, when
4    you see, you know, this leave that was going
5    to be between 7/12 and 7/17, it was going to
6    be, you know, a six-day leave, and then it was
7    changed on 6/6.  So it expired.  Essentially,
8    it became -- it expired before it began.  So I
9    think --
10   Q   How did you come to an understanding that the
11   6/6 recorded in the ROW_EXPIRY_DT field
12   indicated that that leave had been canceled on
13   June 6, 2020?
14   A   You know, I think what the -- what Ms. Saddy
15   says in her deposition is that the ROW
16   effective and then the expiration date
17   indicates, you know, if -- that line of data
18   is only kind of valid up until that period of
19   time, right, and so that --
20   Q   Let's stop there.  Where is that in Ms.
21   Saddy's deposition?
22   A   It's right at 64.  So 39:4-10, "And then the
23   next one appears to be" -- you have" [sic] "a
24   record expires.  What does that mean?"  She

31 (Pages 118 - 121)

# EXHIBIT 24

      

# YOUR RIGHTS UNDER USERRA
## THE UNIFORMED SERVICES EMPLOYMENT
## AND REEMPLOYMENT RIGHTS ACT

USERRA protects the job rights of individuals who voluntarily or involuntarily leave employment positions to undertake military service or certain types of service in the National Disaster Medical System. USERRA also prohibits employers from discriminating against past and present members of the uniformed services, and applicants to the uniformed services.

## REEMPLOYMENT RIGHTS

You have the right to be reemployed in your civilian job if you leave that job to perform service in the uniformed service and:

☆ you ensure that your employer receives advance written or verbal notice of your service;
☆ you have five years or less of cumulative service in the uniformed services while with that particular employer;
☆ you return to work or apply for reemployment in a timely manner after conclusion of service; and
☆ you have not been separated from service with a disqualifying discharge or under other than honorable conditions.

If you are eligible to be reemployed, you must be restored to the job and benefits you would have attained if you had not been absent due to military service or, in some cases, a comparable job.

## RIGHT TO BE FREE FROM DISCRIMINATION AND RETALIATION

If you:

☆ are a past or present member of the uniformed service;
☆ have applied for membership in the uniformed service; or
☆ are obligated to serve in the uniformed service;

then an employer may not deny you:

☆ initial employment;
☆ reemployment;
☆ retention in employment;
☆ promotion; or
☆ any benefit of employment

because of this status.

In addition, an employer may not retaliate against anyone assisting in the enforcement of USERRA rights, including testifying or making a statement in connection with a proceeding under USERRA, even if that person has no service connection.

## HEALTH INSURANCE PROTECTION

☆ If you leave your job to perform military service, you have the right to elect to continue your existing employer-based health plan coverage for you and your dependents for up to 24 months while in the military.

☆ Even if you don't elect to continue coverage during your military service, you have the right to be reinstated in your employer's health plan when you are reemployed, generally without any waiting periods or exclusions (e.g., pre-existing condition exclusions) except for service-connected illnesses or injuries.

## ENFORCEMENT

☆ The U.S. Department of Labor, Veterans Employment and Training Service (VETS) is authorized to investigate and resolve complaints of USERRA violations.

☆ For assistance in filing a complaint, or for any other information on USERRA, contact VETS at **1-866-4-USA-DOL** or visit its website at https://www.dol.gov/agencies/vets/. An interactive online USERRA Advisor can be viewed at https://webapps.dol.gov/elaws/vets/userra

☆ If you file a complaint with VETS and VETS is unable to resolve it, you may request that your case be referred to the Department of Justice or the Office of Special Counsel, as applicable, for representation.

☆ You may also bypass the VETS process and bring a civil action against an employer for violations of USERRA.

The rights listed here may vary depending on the circumstances. The text of this notice was prepared by VETS, and may be viewed on the internet at this address: https://www.dol.gov/agencies/vets/programs/userra/poster Federal law requires employers to notify employees of their rights under USERRA, and employers may meet this requirement by displaying the text of this notice where they customarily place notices for employees.

  

**U.S. Department of Labor**
**1-866-487-2365**

 

**U.S. Department of Justice**

 

**Office of Special Counsel**



**1-800-336-4590**

Publication Date — May 2022

1109

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, on behalf of
himself and all others similarly situated,

              Plaintiff,

    -vs.-

AMERICAN AIRLINES GROUP, INC.,
and AMERICAN AIRLINES, INC.,

              Defendants.

Civil Action No. 2:18-cv-04040-HB

## DECLARATION OF TODD F. JEWETT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Todd F. Jewett, pursuant to 28 U.S.C. §1746, declare under penalty of perjury that the following statements are true and correct:

1.      I am over the age of 18.

2.      I have personal knowledge of the facts set forth in this declaration.  If called upon to testify as to the facts contained within this declaration, I would do so competently and truthfully.

3.      I work at American Airlines, Inc. ("American") in Fort Worth, Texas, as Managing Director Labor Relations – Flight.  I have held this position since September 2017.  My job responsibilities include negotiation and administration of the collective bargaining agreement applicable to pilots.  I am also familiar with the departments and employees responsible for administering pilot leaves of absence from January 1, 2013 to the present.  Between July 2014 and September 2017, I was Senior Manager-Labor Relations at American, and my area of responsibility was the pilot work group.  Prior to being hired by American, I

worked as a Labor Relations Consultant for F&H Solutions Group in Washington, D.C., from December 2005 until July 2014, with a focus on airline-industry clients. And, between August 1986 and December 10, 2005, I worked for US Airways, Inc. ("US Airways"), where my last position was Manager-Labor Relations.

4.      American is the product of multiple airline mergers and is a wholly-owned subsidiary of American Airlines Group Inc. ("AAG"). On December 9, 2013, a subsidiary of American's then parent corporation merged with and into US Airways' parent corporation, with a wholly-owned subsidiary of AAG as the surviving entity. On December 30, 2015, as part of AAG's integration efforts, US Airways merged with and into American, at which point former US Airways employees became employees of American. The former US Airways employees, in turn, included employees who had worked for America West Airlines, Inc. ("America West") before it merged with US Airways in September 2005.

5.      Pilots employed by American before it merged with US Airways are referred to as Legacy American Airlines Pilots ("LAA Pilots").

6.      Pilots employed by American who were previously employed by America West before it merged with US Airways are referred to as Legacy US Airways West Pilots ("LUS West Pilots").

7.      Pilots employed by American who were previously employed by US Airways before it merged with American (except for LUS West Pilots) are referred to as Legacy US Airways East Pilots ("LUS East Pilots").

8.      All American pilots are currently represented by the Allied Pilots Association ("APA"), and have been from September 16, 2014 to the present. From January 1, 2013 (which I understand to be the start of the class period) to September 16, 2014, LAA Pilots were

represented by the APA, and pilots who were employees of pre-merger US Airways (i.e., LUS West Pilots and LUS East Pilots) were represented by the US Airline Pilots Association ("USAPA"). Prior to being represented by USAPA, LUS West Pilots were represented by the Air Line Pilots Association, International ("ALPA").

9.     I have reviewed and am familiar with the collective bargaining agreements produced by Defendants in this litigation at AA-SCANLAN-0006012-6467, AA-SCANLAN-0005557-6011, AA-SCANLAN-0003261-3700, AA-SCANLAN-0005123-5556, AA-SCANLAN-0004673-5122, AA-SCANLAN-0004234-4672, AA-SCANLAN-0003719-4233, AA-SCANLAN-0019331-19730, and AA-SCANLAN-0002368-3155.

10.    The collective bargaining agreements identified in paragraph 9 above are the only collective bargaining agreements applicable to pilots who have worked at American from January 1, 2013 to the present.

11.    AA-SCANLAN-0006012-6467 is the Joint Collective Bargaining Agreement between American and the airline pilots in the service of American and US Airways as represented by the APA, effective November 1, 2015 ("Current JCBA"). The Current JCBA applies to all American pilots, including LAA Pilots, LUS West Pilots, and LUS East Pilots, effective November 1, 2015 to the present, including as modified from time to time by letters of agreement. Attached as Exhibit A is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the Current JCBA.

12.    AA-SCANLAN-0005557-6011 is the Joint Collective Bargaining Agreement between American and the airline pilots in the service of American and US Airways as represented by the APA, effective January 30, 2015 ("January 2015 JCBA"). The January 2015 JCBA applied to all American pilots, including LAA Pilots, LUS West Pilots, and LUS East

Pilots, from January 30, 2015 to October 31, 2015.  Attached as Exhibit B is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the January 2015 JCBA.

13.     AA-SCANLAN-0003261-3700 is the Merger Transition Agreement between American and the pilots in the service of American as represented by the APA, effective December 9, 2013 ("2013 American MTA").  The 2013 American MTA applied to LAA pilots from December 9, 2013 to January 29, 2015.  Attached as Exhibit C is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the 2013 American MTA.

14.     AA-SCANLAN-0005123-5556 is the Merger Transition Agreement between US Airways and the airline pilots in the service of US Airways as represented by USAPA, effective December 9, 2013 ("2013 US Airways MTA").  The 2013 US Airways MTA applied to LUS West and LUS East pilots from December 9, 2013 to January 29, 2015.  Attached as Exhibit D is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the 2013 US Airways MTA.

15.     AA-SCANLAN-0004673-5122 is the Collective Bargaining Agreement between American and the pilots in the service of American as represented by the APA, effective May 24, 2013 ("May 2013 American CBA").  The May 2013 American CBA applied to LAA pilots from May 24, 2013 to December 8, 2013.  Attached as Exhibit E is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the May 2013 American CBA.

16.     AA-SCANLAN-0004234-4672 is the Collective Bargaining Agreement between American and the pilots in the service of American as represented by the APA, effective March 8, 2013 ("March 2013 American CBA").  The March 2013 American CBA applied to LAA pilots from March 8, 2013 to May 23, 2013.  Attached as Exhibit F is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the March 2013 American CBA.

17.     AA-SCANLAN-0003719-4233 is the Collective Bargaining Agreement between American and the pilots in the service of American as represented by the APA, effective January 1, 2013 ("January 2013 American CBA").  The January 2013 American CBA applied to LAA pilots from January 1, 2013 to March 7, 2013.  Attached as Exhibit G is a true and correct copy of Sections 2, 5, 11, 15, and 26 of the January 2013 American CBA.

18.     AA-SCANLAN-0019331-19730 is the Collective Bargaining Agreement between America West and the pilots in service of America West as represented by the ALPA, dated December 2003 ("2004 America West CBA").  The 2004 American West CBA applied to all pilots employed by American West before its merger with US Airways from December 30, 2003 to December 8, 2013.  Attached as Exhibit H is a true and correct copy of Sections 2, 4, 12, 13, 25, and 30 of the 2004 American West CBA.

19.     AA-SCANLAN-0002368-3155 is the Collective Bargaining Agreement between US Airways and the airline pilots in its service as represented by the USAPA, dated January 1, 1998 ("1998 US Airways CBA"), although the 1998 US Airways CBA was negotiated by the ALPA.  The 1998 US Airways CBA applied to pilots employed by US Airways before its merger with American, except for LUS West pilots, from January 1, 1998 to December 8, 2013, including as modified from time to time by letters of agreement.  Attached as Exhibit I is a true and correct copy of Sections 2, 12, 13, 25, 26, and 30 of the 1998 US Airways CBA.

Executed this 28th day of July, 2022, in Fort Worth, Texas.

_____
Todd F. Jewet

# EXHIBIT A

# JOINT COLLECTIVE BARGAINING AGREEMENT (JCBA)

between

## AMERICAN AIRLINES, INC.

and

## THE AIRLINE PILOTS

in the service of

## AMERICAN AIRLINES, INC.
## and
## US AIRWAYS, INC.

as represented by the

## ALLIED PILOTS ASSOCIATION

## EFFECTIVE: JANUARY 30, 2015

AA-SCANLAN-0006012

# SECTION 2

## DEFINITIONS

### A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

### B. Bid Lines

1. "Bid line" means any monthly regular or reserve flying assignment.

### C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply.

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30 (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – September 30th | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December 1st | 31 |
| December | December 2nd – December 31st | 30 |

### D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

### E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

AA-SCANLAN-0006036

## F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

## G. Company date

 In most cases it is the same as your <XREF>date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

## H. Co-terminals as used in this Agreement shall mean:

1. Kennedy/Newark/LaGuardia

2. Midway/O'Hare

3. Dallas/Fort Worth International Airport/Love Field

4. Washington/Dulles International

5. Tampa/St. Petersburg

6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

## I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B.

## J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with SECTION 15 Hours of Service.

## K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

## L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

## M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

AA-SCANLAN-0006037

## N. Divisions

1. Domestic Division
   The Domestic Division is comprised of only Domestic Sequences.

2. International Division
   The International Division is comprised of both Domestic and International Sequences, provided that where an International Division is co-located with a Domestic Division on the same Equipment, domestic sequences may be included only as necessary to:

   a. meet a particular month MALV, or

   b. provide opportunities to maintain currency, or

   c. minimize TDYs, or

   d. meet guidelines agreed to by the Joint Scheduling Committee.

## O. Domicile

A common location where a group of pilots are based.

## P. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

## Q. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later. (30 minutes for an International Sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

## R. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

## S. Flight Time

1. Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2. Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

AA-SCANLAN-0006038

## T. Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

## U. Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

## V. Last Trip of the Month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

## W. Management pilot

A pilot who occupies a management position in the Flight Department.

## X. Midnight cutoff

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

## Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105,15-39 ]

## Z. Night Flying

Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

## AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

## BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly and, if applicable, international override pay.

## CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in SECTION 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (SECTION 4), apportionment pay (Section 6.C.2.).

AA-SCANLAN-0006039

## DD. Pilot

"Pilot" shall include and mean <u>Captain</u>, First Officer, and International Officer.

## EE. Proficiency Displacement



A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer obligated for such trip. The displacing pilot assumes the obligation to cover the displaced pilot's trip. (See Q&A <mark>#28)</mark>

## FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence. The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

## GG. Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

## HH. Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight to base" is the flight(s) that arrives at the base the earliest. The flight(s) may be direct or indirect.

## II. Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

## JJ. Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| | Ontario (ONT) / Santa Ana (SNA) / |
| Los Angeles | Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

## KK. Schedule

"Schedule" means the operating schedule used by the Company in its operations.

AA-SCANLAN-0006040

## LL.  Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

## MM.  Sequence

1. Domestic Sequence

A Domestic Sequence is a series of flight segments solely comprised of flying between the 48 Contiguous states of the US, and including Canada, plus non-overwater flights to Mexico.

2. International Sequence

An International Sequence is any sequence that is not a Domestic Sequence.

## NN.  Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

## OO.  Sick if needed

A reserve pilot who is sick may call and so notify the Company.  The pilot will not be charged sick leave until such pilot is assigned to fly.  At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

## PP.  Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status.  In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process.  Once in the new bid status, pilots will use their own seniority number.  The pilot is subject to a lock-in per Section 17L.

## QQ.  Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot.  Crewmember is paid schedule for displacement plus greater of schedule/actual time flown.  If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

## RR.  Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of SUPPLEMENT O, or may be appointed to a supervisory position during the course of the month.

## SS.  32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period.  This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.J.13.j.

AA-SCANLAN-0006041

## TT.   Section 2 Question and Answers

*2-1.   Q.     Is the pay and credit associated with a midnight cut-off considered to be "fly-through" time?*

A.   Yes

AA-SCANLAN-0006042

# SECTION 5

## PAY AND CREDIT
## PILOT RELIEVED OF FLYING DUTIES

**A. Pay - General  [See Q&A 15-28, 15-30]**

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement,

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

**B. Pay - Regularly Scheduled Pilot  [See Q&A 15-28, 15-30]**

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E ,15.F and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A 6-21, 15-2]

**C. Pay - Reserve Pilot**

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one-eighteenth (1/18th) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than:
   a. seventy-three (73:00) hours of pay for a Long Call Reserve line, or
   b. seventy-six (76:00) hours of pay for a Short Call Reserve line

   at the pilot's base hourly rate.

**D. Unpaid Absences**

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one-eighteenth (1/18th) for each day of reserve availability missed.

**E. Credit - Regularly Scheduled Pilot**

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

**F. Credit - Reserve Pilot**

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-eighteenth (1/18th) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed:

**G. Jury Duty Pay**

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

AA-SCANLAN-0006071

## H. Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of Section 11.

## I. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C., unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.5.f. and 15.H.11. (removal code RA-AA) [See Q&A 6-21, 15-2]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C.

AA-SCANLAN-0006072

# SECTION 11

# LEAVES OF ABSENCE

## A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

## B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored.  Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

## C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

## D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty.  A leave of absence for sickness or injury shall not commence until after a pilot has exhausted

AA-SCANLAN-0006108

accrued sick leave credits in accordance with Section I0.C.8 of this Agreement. Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years.  Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

## E. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification
   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.
      (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.
   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question.

7. Vacation
   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled).  The rescheduled vacation must be taken within the current vacation fiscal year.
      (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and
      (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
|---|---|---|
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |
| | Jan. ABC | Jan. C to Aug. B |
| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |

AA-SCANLAN-0006109

| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
|---|---|---|
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

(1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

(2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

(3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

(4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

AA-SCANLAN-0006110

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

## F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Company's benefit plans available to active pilots, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

## G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

## H. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0006111

## I.   Section 11 Questions and Answers

11-1.   Q.   Reserved

11-2.   Q.   *Is a reserve pilot's guarantee reduced if a pilot changes his military leave request after trip selections close that result in a decrease of reserve availability?*

A.   A reserve pilot who changes a military leave request after trip selections close will have his/her guarantee reduced for each additional day of reserve availability missed. Such pilot's guarantee will not be reduced for any additional day of reserve availability missed for which the pilot has offset by moving a DFP to cover.

11-3.   Q.   *In order to receive the pay guarantees of Section 11.E.8 is a pilot required to verify the military service in question, and if so what type of verification is required?*

A.   If a pilot satisfies the conditions of Section 11.E.8.a, verification is not required.  With respect to the pay guarantee in Section 11.E.8.c,  the Company reserves the right to request verification in connection with military leave of absence.  Upon request by the Company, an individual pilot must verify the specific military service for which the pilot received the pay guarantee under Section 11.E.8.c.  A Leave and Earnings Statement, DD-214 or an endorsed copy of orders are each examples of sufficient verification for this purpose.

AA-SCANLAN-0006112

# SECTION 15

# HOURS OF SERVICE and WORK RULES

**Table of Contents**

15.A General

15.B Notification

15.C Flight Time and Duty Time Limits

15.D Line Construction

15.E Minimum Pay and Credit

15.F. Time Away From Base

15.G Duty Period - Average and Minimum

15.H. Application of Minimum Flight Time Pay and Flight Time Credit

15.I Premium Pay

15.J Reserve Flying

15.K Fatigue Events

15.L Filling of Open Time

15.M Temporary Assignment/Temporary Duty

15.N Reassignments

15.O Substitution of Equipment

15.P Trip Trade System (TTS)

## A. General

1. Joint Scheduling Committee

   a. The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC). The JSC may evaluate and make recommendations concerning:

      (1) Sequence construction, generation, and review;

      (2) Bid line awards;

      (3) Training bids and awards;

      (4) Reserve line awards, staffing and utilization;

      (5) Trip Trade System (TTS) and trip trades with open time;

      (6) Vacations;

      (7) Block hour adjustment;

      (8) PBS line construction parameters;

      (9) Domicile and Home Base block hour allocations by equipment; and

      (10) Fatigue mitigation recommendations from the FRC; and

      (11) Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

AA-SCANLAN-0006130

b. The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c. Data Access

   (1) The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

   (2) It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

d. Meetings

   (1) Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

   (2) The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

   (3) The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

   (1) Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

   (2) The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

   (3) The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2. Periodic Review of Forecast Accuracy

   The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section17.F.1.d. of the Agreement.

3. Preferential Bidding System (PBS)

   a. At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

   b. Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

   c. The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

   d. All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

   e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

      (1) known absences;

      (2) bid preferences;

AA-SCANLAN-0006131

(3) seniority.

4. Preferential Bidding System Working Group (PWG)

    a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

        (1) Company Members: Managing Director of Operations Planning or equivalent and two additional Company representatives;

        (2) Association Members: APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

        (3) Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

    b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

    c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

        (1) In the first six months after PBS implementation, the PWG will meet at least monthly;

        (2) In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

        (3) Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

    d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

## B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances. At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. Reserve pilots are responsible for being contactable while on Short or Long Call Duty, and are expected to respond to Crew Schedule without unreasonable delay.

5. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

6. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

7. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

8. Pursuant to protecting a pilot's sleep, calls between 0000 and 0700 to inform a pilot of an assignment, delay or cancellation of an assigned flight should be made as late as possible.

AA-SCANLAN-0006132

The intent is to avoid interrupting rest with telephone calls that can be made at a different time.

9. Recording of Phone Calls

    a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

    b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

    c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

    d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

    e. The Company shall retain the recorded phone calls for a period of ninety (90) days, and absent an identified request or legal requirement as specified in this paragraph, all recordings will be automatically deleted at the 90-day point. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved. Nothing in this paragraph is intended to limit the Company's ability to satisfy its legal obligations with regard to the preservation of evidence, provided that in the event the Company determines it is legally obligated to preserve any recording covered by this paragraph the Company shall promptly notify the Association of such determination and provide an explanation of the nature of the legal obligation requiring preservation and when the obligation arose.

    f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

    g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

    h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

## C. Flight Time and Duty Time Limits

1. Monthly Maximums

    a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

    b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The Company Limit on Voluntary Flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

    a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

AA-SCANLAN-0006133

(2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

(3) The number that remains is the current month's IMAX.

b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N. and 15.I

c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This limit will never be less than that particular bid status' MALV + 7 hours.

b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

a. Reserve pilots can be assigned flying up to eighty-five (85) hours. Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

b. Flying on, into, or out of a Reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a Reserve pilot a sequence on a DFP, pay for that sequence will be applied above guarantee or PPROJ (whichever is greater), no credit.



Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

(1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

(2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the following exceptions:

(1) Home Base Time (HBT) will be used to determine on duty periods under this Section, unless a flight crew member is acclimated, as defined in 14 CFR Part 117, in a theater that does not include his home base.

(2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

(3) Flights with a scheduled block time of greater than sixteen (16) hours will be scheduled with a crew complement of two (2) Captains and two (2) First Officers. The Company is not required to crew two (2) Captains and two (2) First Officers for flights with scheduled block times of less than or equal to 16:00 hours in instances where the flight plan exceeds 16:00 hours.

(4) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

(5) Delays while on layover in the Long Haul environment

The Company may notify crews on layovers prior to:

(a) scheduled transoceanic international flights, or

(b) flights to or from Hawaii and Alaska, or

AA-SCANLAN-0006134

(c)  flights to or from destinations south of Equator,

of departure delays via the following procedures:

(i) At anytime prior to ten (10) hours before originally scheduled sign-in time the Company may notify the crew of the delayed departure time permitting the commencement of a new ten (10) hour rest period (twelve (12) hours rest period if the rescheduled departure time would cause the FDP to sign-in before and operate into the WOCL) and corresponding new FDP based on the delayed departure time.

(ii) If within ten (10) hours of the originally scheduled sign-in time, the Company is made aware of a departure delay, the Company may notify the layover crew of a departure delay provided the notification is made no later than two (2) hours before originally scheduled hotel departure time by:

[1] Silent insertion of delay note under hotel room door and/or silent operation of message waiting light in hotel room.

[2] Adjustment of any scheduled wake-up calls commensurate with the amount of the delay.

[3] This notification will qualify for the use of the FAR 117 short call reserve RAP/FDP provisions to provide a larger duty window within which to complete the flight by placing the pilot in a RAP starting at the originally scheduled sign-in time.

[4] The steps in [1] and [2] above should be accomplished as soon as possible after Company becomes aware of the delay so as to maximize crew rest.

(6) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

(a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

(b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

(c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

(d) When shifting to an earlier RAP as a result of DOTC processing, a Short Call Reserve pilot, during the verification process between 1500-1600 HBT, will:

(i) verify their current RAP's adjusted completion time and commencement time of a RAP (if any) for the following day.



(ii) be released from the current RAP at the adjusted completion time in order to provide a minimum of ten (10) hours rest prior to commencement of the follow-on RAP.

(e) The shifting limits do not apply following a DFP or other planned absence.

(7) Upon completion of a sequence, which includes debrief, Reserve pilots shall have a 12-hour Domicile Rest period.

b. A pilot shall not remain on duty beyond the limitations of paragraph a. above.

c. In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

d. A pilot's scheduled or rescheduled on duty period shall commence:

(1) One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic Sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International Sequences. [See Q&A 15-3, 15-4, 15-5]

(2) Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

e. The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

f. A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base. [See Q&A 15-6]

g. In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

h. If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

i. The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6. Required 30 Hour Rest Period Placement

Required 30 hour rest periods on a Duty Free Period (DFP) will be positioned to end at the later of:

a. the end of the DFP, or

b. the beginning of the pre-assigned RAP, if applicable, following the DFP.

7. Fly Through Time

Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

8. No pilot shall be assigned any duty with the Company during any rest period.

9. Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during flight time.

10. Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

11. Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the Captain elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed,

and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

12. The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require an FAR required rest period.

13. Maximum Flight Time Pay and Flight Time Credit

   a. Except as set forth in H.10. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

   b. A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

   c. The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over. In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

   In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

## D. Line Construction

1. General

   a. Lines will be built for each monthly bid period using a Preferential Bidding System (PBS). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

   b. The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

      (1) For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

      (2) For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

      (3) Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

   c. The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II - V. The LCW may be modified by mutual agreement of the parties.

   d. The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

      (1) For Group I aircraft ........................ 74 and 86 credited hours

      (2)  For Groups II through V aircraft ……. 74 and 82 credited hours

  e.  The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

      (1)  Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

      (2)  For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

      (3)  The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

      NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

  f.  Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

  g.  A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

2.  Continuing Qualification Training - Bidding and Awarding

  a.  Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

  b.  CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3.  Line Construction - Bidding and Awarding

  a.  Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned.  Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

  b.  The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

  c.  Available sequences for bidding may include planned charters, ferries and extra sections.

  d.  The Company will not post sequences that would require a pilot to possess dual qualifications.

  e.  The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of Section 15.N.

  f.  A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the month prior, except when

AA-SCANLAN-0006138

unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

g.  With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

h.  Sequences will be awarded / assigned in the PBS line construction process.

i.  Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

j.  Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

k.  A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

l.  A pilot will not be awarded flying during designated OE days.

m.  A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.h. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

n.  Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

(1)  Fly through time from the current bid period.

(2)  Known Planned Absences for the upcoming bid period and future bid period.



(3)  Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

(4)  Qualification and Continuing Qualification training days.

(5)  Operating Experience Status - estimated completion date.

(6)  Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

(7)  Additional information as determined by the PBS Committee.

o.  Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |

AA-SCANLAN-0006139

| | | | |
|---|---|---|---|
| 25 | 9 | 10 | 4 |
| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
| | | 1 | 1 |

    p.   A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid. In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

    q.   A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

    r.   A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4.   Reserve Lines - Bidding and Awarding

    a.   Long Call Reserve Lines

       (1)   Long Call reserve lines will represent, at a minimum, twenty percent (20%) of all reserve lines awarded in a particular four-part bid status for a contractual month.

    b.   Short Call Reserve Lines

       (1)   Short Call reserve lines will represent, at a minimum, thirty percent (30%) of all reserve lines awarded in a particular four-part bid status for a contractual month.

    c.   Monthly Short Call RAP bidding

       (1)   Pilots awarded a Short Call reserve line in the primary monthly bidding process will participate in a secondary bidding process to determine the RAP to be associated with their Short Call reserve line. These RAPs will be awarded/assigned by four-part bid status in seniority order. The awarded/assigned RAPs will be those for the first reserve available day after a Duty Free Period (DFP) or Planned Absence.

       (2)   The Company will publish the available RAPs for bidding for each four-part bid status.

       (3)   Bidding for RAPs will commence no later than the 22nd of the month prior and will close no later than 2000 HBT on the 26th day of the month.

       (4)   Awards will be made available no later than 1800 HBT on the 27th day of the month.

       (5)   No more than thirty-five percent (35%) of Short Call Reserve pilots in any four-part bid status may be awarded/assigned RAPs with start times prior to 0700 HBT.

    d.   Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

AA-SCANLAN-0006140

e. Except as provided for in 15.J.11.b., reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

f. Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

g. In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

h. In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.k.

i. In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

j. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.k.

k. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

| Days Available | Reserve Days | Days Available | Reserve Days |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
| | | 31 | 18 |

AA-SCANLAN-0006141

## E.  Minimum Pay and Credit

1.  A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

    a.  Flight time pay and flight time credit actually earned.

    b.  One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.5.d of this Section.

    c.  One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph  C.5.g. of this Section.

    The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.5.d. and C.5.g. of this Section.

    A flight which lands at a co-terminal for the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2.  Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

    a.  a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A  6-4]

    b.  a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

        (1)  engine, instrument, plane, and radio test flights,

        (2)  experimental and airway aid test flights,

    c.  a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

        (1)  charter, contract, or scenic,

        (2)  courtesy or publicity.

    When no flying is performed under E.2.a., E.2.b. or E.2.c. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report.

3.  Miscellaneous Taxi

    a.  An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi. Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

    b.  A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

    c.  A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

    d.  A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

        (1)  the on duty provisions provided under Section 15.C.5.

        (2)  The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G.

        (3)  The reassignment provisions of Section 15.N.

    e.  The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

AA-SCANLAN-0006142

f. Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

4. **1:2 Pay For Scheduled Sit Times over 2 Hours**

   Duty periods with scheduled sit times greater than two (2) hours shall receive one (1) minute of pay for every two (2) minutes of sit time in excess of two (2) hours. This provision applies to scheduled sit-times only (i.e. as allocated), the time is not credited and the pay only applies to the time above the first two (2) hours and will be paid in addition to any other pay earned in accordance with Section 15.E., F. or G.

## F. Time Away From Base

1. A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

   a. one (1) minute pay and flight time credit for each three and one-half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

   b. one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

   The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2. For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.

## G. Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five hours and ten minutes (5:10) flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

## H. Application of Minimum Flight Time Pay and Flight Time Credit

1. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section applies when a lineholder pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection.

2. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

   a. Two (2) hours' flight time pay. Pay under this provision shall be on the basis of rates of pay as provided in Section 4.B., or

   b. One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section.

3. Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

   a. all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

   b. deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

AA-SCANLAN-0006143

c. deadheading at the pilot's request as set forth in paragraph C.5.f. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period. [See Q&A 15-6]

Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.

4. For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.5 below.

5. A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6. The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7. The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5, 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8. Computation of flight time pay and flight time credit applicable under Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9. When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10. When a pilot performs or reports to perform flying set forth in E.2.a., E.2.b. and E.2.c. of this Section, before, during or after an on duty period involving flying not covered under E.2.a., E.2.b. or E.2.c., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

a. flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.a., E.2.b. or E.2.c., plus,

b. one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.a., E.2.b., or E.2.c., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

11. If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading. However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period. [See Q&A 15-6]

## I. Premium Pay

1. In accordance with Section 15.L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as specified in Section 3 (total is the base rate plus fifty percent of the base rate), including international override as applicable.

2. Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3. A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium

AA-SCANLAN-0006144

sequence at the premium rate. In the event the credited time of the replacement flying is greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

Example: If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4. A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5. A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6. Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7. Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8. Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

Example: A pilot uses sick leave for a 10 hours during the month. In the same month, the pilot picks up 12 hours of premium sequence(s) (12 hours credit, 18 hours pay). For the purpose of calculating the net premium pay for the month, subtract the total sick hours used from the total premium hours. In this example the pilot's premium pay for the month will be the 12 hours of premium sequence(s) reduced by the 10 sick hours used, leaving 2 hours to be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium sequence(s).

9. Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

10. Reassignment - if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

## J. Reserve Flying

1. Definitions.

   a. Calendar Day. For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b. Calendar Day Block. For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1) One (1) calendar day block

      (2) Two (2) calendar day block

      (3) Three (3) calendar day block

      (4) Four-plus (4+) calendar day block

   c. Domicile Rest. For a Reserve pilot a rest period of 12-hours in duration commencing at the end of debrief following a sequence.

   d. Long Call Duty. A Reserve duty status in which a Reserve pilot is contactable and available for assignments with a minimum of twelve (12) hours notice prior to sequence sign-in or RAP start time.

e. Short Call Duty . A Reserve status in which a Reserve pilot is contactable and available for assignments with less than twelve (12) hours notice within the RAP they are currently assigned.

f. Reserve Group. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability, determined as follows:

(1) One (1) day reserve

(2) Two (2) day reserve

(3) Three (3) day reserve

(4) Four plus (4+) day reserve

g. Reserve Classification:

(1) Long Call Reserve pilot

A Long Call Reserve pilot is a pilot who was awarded a Long Call line as a part of the monthly line award process. Long Call Reserve pilots can only be assigned sequences or RAPs with a minimum of twelve (12) hours between assignment and sequence sign-in or RAP start time.

(2) Short Call Reserve pilot

A Short Call Reserve pilot is a pilot who was awarded a Short Call line as a part of the monthly line award process. Short Call Reserve pilots are normally assigned sequences within a RAP with less than twelve (12) hours between sequence assignment and sequence sign-in. A short call reserve pilot must be able to promptly report for an awarded or assigned sequence.

h. Must fly list. For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

i. Total Available Hours = (85 hours) - (Planned Absence Credit); includes Vacation, Training, Union Leave

j. Hours Remaining = (Total Available Hours - Hours Flown); Hours Flown includes all credited time (Pay and Credit)

AA-SCANLAN-0006146

k.  Recent Work Factor - A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

AA-SCANLAN-0006147

l. Reserve Priority Value (RPV). For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status. The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked in the previous (five) 5 days. Specifically, the equation will be:

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

m. Verify / Verification. The term "verify" or "verification" means an action performed by the pilot, where required in this Section, whereby the Reserve pilot accesses Company provided information for the purpose of becoming aware of a scheduled sequence, RAP or rest period placed on the pilot's schedule by the Company. Pilots are not required to affirmatively respond to the Company when the verify/verification task is accomplished, however pilots are responsible for the assignment/award.

n. Contactable. The term "contactable", when used in this Section, means a Reserve pilot being available to the Company for the purpose of communicating scheduling/operational information. These communication methods include, but are not limited to electronic notification (e.g., text or email) or telephone.

2. Reserve Notification Process - Sequence / RAP / 30-Hour Rest

The following procedures describe the various responsibilities of a Reserve pilot and the Company with regard to awards, assignments, notification and verification.

a. General

To the extent possible, electronic notification and verification will be used for reserve assignments. Absent electronic notification capabilities, Crew Schedule will make first person contact for all assignments outside DOTC unless verified by other means. Awards of preferences must be verified through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

b. On a Duty Free Period (DFP) or Planned Absence

(1) A pilot has no requirement to perform any duty on a DFP or Planned Absence.

(2) Reserve pilots may voluntarily participate in DOTC for the following day while on a DFP or Planned Absence and verify assignment between 1500-1600 HBT.

Such pilots will end up with one of the following results in DOTC:

(a) Long Call Reserve pilot - Assigned/awarded a sequence for the next day, otherwise remain on Long Call for the next day.

(b) Short Call Reserve pilot - Awarded/assigned a sequence or RAP for the next day (the RAP may be other than awarded on the reserve line).

c. On a Reserve Available Day

(1) On the first reserve available day following DFP or Planned Absence:

(a) Long Call Reserve pilots will go on duty at 0001 HBT on first reserve available day.

(b) Short Call Reserve pilots will assume the RAP associated with their bid line award on first reserve available day (RAP may be changed by mutual agreement by the pilot and Crew Schedule).

(2) Following DOTC.

(a) Pilots on Reserve Duty and available for flying the next day will verify awards/ assignments between 1500 and 1600 HBT.

(b) Reserve pilots on an FAR rest period during the period between 1500 and 1600 HBT, and available for flying the next day, upon commencement of Reserve Duty will verify any awards/assignments for the next calendar day.

AA-SCANLAN-0006148

(c) Absent an award/assignment made during DOTC for the next calendar day, a Short Call Reserve pilot in a RAP will exit that current RAP on Long Call Duty.

(3) A pilot on a sequence and available for flying the next day:

 (a) Upon block-in, Reserve pilots shall check their activity record for awards or assignments that are for the period following Domicile Rest.

 (b) If an assignment (sequence or RAP) has been placed on the pilot's schedule that commences after Domicile Rest the pilot is released from any duty until sign-in of the sequence or RAP start time.

 (c) If the sequence ended prior to DOTC conclusion (1500 HBT) and no next assignment (sequence or RAP) is on a pilot's schedule, that pilot's next responsibility is to:

  (i) Verify schedule for DOTC assignment between 1500 - 1600 HBT for the next day's assignment.

  (ii) Absent an assignment made during DOTC, the pilot will commence Long Call Duty at the end of Domicile Rest. Pilots will verify assignments made during Domicile Rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's Domicile Rest.

 (d) If the sequence ended after DOTC conclusion (1500 HBT) and no next assignment is on a pilot's schedule, that pilot will commence Long Call Duty at the end of Domicile Rest. Pilots will verify assignments made during Domicile Rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's Domicile Rest.

 (e) A Reserve pilot who completes an FDP that signed-in before and operates at least 2 hours into the WOCL (0200 - 0559 HBT) who finds no next activity placed on his/her schedule at the end of that sequence shall not be assigned a RAP starting prior to 0600 HBT time the next calendar day. The earliest sequence such pilot may be assigned shall not sign-in prior to 0800 HBT the next calendar day.

(4) A pilot completing training without a post-training DFP(s):



 (a) Shall receive at least ten (10) hours of post-training rest at the completion of a training program (including any required deadhead) prior to resuming Reserve Duty.

 (b) Upon completion of training or completion of post training deadhead to domicile, Reserve pilots shall check their activity record for awards or assignments that are for the period following post training rest. Such assignments:

  (i) For a Short Call Reserve pilot - must not have a sign-in for a sequence, or have a RAP start time, earlier than ten (10) hours.

  (ii) For a Long Call Reserve pilot - must not have a sign-in for a sequence earlier than twelve (12) hours.

 (c) If an assignment (sequence or RAP) has been placed on the pilot's schedule that commences after post-training rest, the pilot is released from any duty until sign-in of the sequence or RAP start time.

 (d) Absent an assignment the pilot will commence Long Call Duty at the end of post-training rest.

 (e) Pilots will verify assignments made during post-training rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's post-training rest.

(5) During Domicile Rest

A pilot:

AA-SCANLAN-0006149

(a) will be contacted for award or assignment while in Domicile Rest. Pilot has no obligation to respond while in Domicile Rest. Crew Schedule will, at the time of any assignment/award, forward a message to the pilot.

(b) may use the preference ballot to submit preferences.

(c) if assigned a sequence or RAP while in Domicile Rest, that pilot's next duty commences at sign-in of the sequence or RAP start time.

(d) electing not to respond when on Domicile Rest will be responsible for any assignments made during Domicile Rest for which a message was forwarded.

(6) FAR required rest periods:

(a) If assigned a 30-hour rest period during reserve available days the Company will notify the pilot via:

(i) Positive contact with the pilot during a period where the pilot is on Reserve Duty, for a 30-hour rest period that will commence immediately, or

(ii) The verification process during 1500-1600, if applicable, for a rest period beginning at 1600 or later, or

(iii) Upon block-in, at the completion of a sequence, in accordance with 15.J.2.c.(3)(a) above.

(b) Notification for a 30-hour rest period will include:

(i) Commencement time of the 30 hour rest period (not retrospectively)

(ii) Duration of the rest period (can be greater than 30 hours)

(iii) Assignment or award upon completion of the 30-hour rest period, otherwise the pilot exits the 30-hour rest period on Long Call duty.

(c) Pilots on an FAR required rest period during 1500 – 1600 HBT:

(i) Short Call Reserve pilot will have been assigned/awarded, prior to the rest period, a RAP or sequence to commence at the end of required rest period, otherwise the pilot exits the rest period on Long Call Duty.

(ii) Long Call Reserve pilots on a rest period during the 1500-1600 period, and available for flying the next day:

[1] May use the Preference ballot to submit preferences.

[2] Will not be contacted for proffer, awards or assignments while in a required rest period.

[3] If a pilot is assigned a sequence or RAP, while in a required rest period, that pilot's next duty commences at sign-in of the sequence or RAP start time.

(iii) Short Call Reserve pilots available for flying after the conclusion of the 30-hour rest period, if given an assignment/award with a sign-in within their follow-on RAP, will be contacted for any awards/assignments within that RAP.

(iv) Long Call Reserve pilots available for flying after the conclusion of the 30-hour rest period, upon commencement of Reserve Duty, will verify any follow-on awards/assignments.

d. Sick Clearance for Reserve Pilots

(1) Short Call pilots must clear using first person contact with Crew Schedule.

(2) Long Call pilots may clear sick via AVRS, other electronic means or first person contact with Crew Schedule.

(3) Sick Clearance at or before 1000 HBT

(a) A Reserve pilot who clears sick prior to 1000 HBT will not be charged sick for that calendar day.

(i) Short Call Reserve pilots clearing sick:

[1] Accept that they have had an FAR required 10-hour rest period

AA-SCANLAN-0006150

immediately preceding sick clearance.

[2] Clear sick with the understanding they will be assigned:

    [2.1] a RAP commencing immediately, or

    [2.2] a RAP commencing no less than 10-hours after sick clearance, or

    [2.3] Long Call Duty.

  (ii) Long Call pilots clearing sick commence Long Call Duty.

(4) Sick Clearance between 1000 and 2359 HBT

  (a) A Short Call Reserve pilot shall be charged sick for that day unless assigned (by mutual agreement) a RAP commencing immediately upon sick clearance. Absent an immediate RAP assignment the Short Call pilot will:

    (i) Be assigned a RAP commencing no earlier than 1000 HBT for the following day, or

    (ii) commence Long Call Duty at 0001 HBT the following day.

  (b) A Long Call Reserve pilot will be charged sick for that calendar day unless awarded (by mutual agreement):

    (i) a sequence commencing the same calendar day.

    (ii) Long Call Duty for the remainder of the calendar day.

    If not assigned in accordance with (b) above, a Long Call Reserve pilot will commence Long Call Duty at 0001 the next reserve available day.

3. Reserve Assignment.

  a. General

    (1) Reserve assignments made during DOTC will be available for verification no later than 1500 HBT.

    (2) The reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's reserve classification and days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences.

    (3) Sequences awarded or assigned at least twelve (12) hours in advance of sequence sign-in will be made to Long Call Reserve pilots. Short Call Reserve pilots can be awarded or assigned a sequence more than twelve (12) hours in advance but only in the case where there is no Long Call Reserve pilot available to be assigned such sequence. See c. below.

    (4) Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h.. When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

  b. Reserve assignment will be made as follows:

    The assignment process begins with the one (1) calendar day block. Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below. After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below. For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

    (1) If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list. A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score. Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

(a) If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

(b) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

(c) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

(d) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2) If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

(3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

(c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible. All remaining uncovered open time sequences will be dropped to the next block.

AA-SCANLAN-0006152

(e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1). (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

 c. The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed. In the event open time sequences still remain, Crew Schedule may:

(1) re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process, or

(2) resolve the remaining open time sequences utilizing Short Call Reserve pilots via the steps described in b.(1) through b.(3) above.

d. The assigned reserve pilots will be notified pursuant to Section 15.J.2.a. above, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

e. Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest.

f. Reserve pilots in their last day of reserve availability prior to a DFP or planned absence will not have a RAP assigned that commences after 1000 HBT. Reserve pilots may, however, be awarded a RAP commencing after 1000 HBT.

g. A Short Call Reserve pilot who is not assigned a RAP defaults to Long Call Duty for the purpose of being assigned a RAP with 12 hours notice.

4. Long Call to Short Call Duty Conversion

a. The Company may convert a Long Call Reserve pilot to Short Call Duty with the following provisions:

(1) Each conversion shall be for a single RAP.

(2) All conversions require, at a minimum, 12 hours notice prior to commencement of a RAP.

(a) Pilots converted to a RAP during DOTC will remain on Long Call Duty until twelve (12) hours prior to the commencement of the RAP.

(b) Pilots converted to Short Call Duty outside of DOTC are released until the commencement of the RAP.

(3) Long Call Reserve pilots converted to Short Call Duty during DOTC (1000 – 1500 HBT) will be awarded/assigned a RAP commencing no earlier than 0300 HBT the next day.

(4) Long Call Reserve pilots may use their Reserve Preference Ballot (RPB) (or future equivalent) to preference for Short Call Duty conversion award.

(5) The Company may award / assign Long Call Reserve to Short Call Duty conversions considering the pilot's Reserve Group (days of availability).

(a) Long Call Reserve to Short Call Duty award will be made by Reserve Group using seniority order.

(b) Long Call Reserve to Short Call Duty assignment will be made by Reserve Group in inverse seniority order.

(6) A Long Call Reserve pilot may be assigned to Short Call Duty no more than five (5) times per contractual month. There is no limit to the number of times a Long Call Reserve pilot may be awarded Short Call Duty.

(7) Each time that a Long Call Reserve pilot is converted to Short Call Duty will generate thirty (30) minutes of pay, no credit, to be paid above the greater of guarantee or PPROJ for each RAP assigned/awarded. (see Q&A 15-4, 15-34, 15-35)

5. A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ). Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a. & b.).

6. Release of Reserve Pilots upon Assignment

   - except as provided for in Section 4.C.5 the following will apply:

   a. Pilots awarded trips that originate during their current RAP shall be released until sign-in.

   b. A Reserve pilot in a RAP, who is awarded/assigned a sequence that commences more than 12 hours in the future, shall remain on call in the current RAP until the end of the current RAP, but not later than 12 hours prior to sign in for the awarded/assigned sequence. If a Short Call Reserve pilot was assigned a RAP for the next day and was subsequently assigned a sequence (with at least 12 hours notice), that pilot's next duty day commences upon sign-in of the sequence. Any pre-existing RAP is removed for that next day.

   c. A Long Call Reserve pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in.

   d. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

      (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

      (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

      (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

7. Release from Current RAP

   Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours unless released earlier in accordance with Section 15.C.5.a(6)(d) above. (If on last Reserve available day see below.) Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

8. Release of Reserve Pilots preceding any DFP or other Planned Absence

   a. Pilots on Short Call Duty in their last day of reserve availability, who have not been assigned a sequence in that RAP will be automatically released from any responsibility for further duty in the current RAP six (6) hours after commencement of the RAP.

   b. Pilots on Long Call Duty in their last day of reserve availability, who have not been assigned a sequence by 1000 HBT will be automatically released from any responsibility for further duty at 1000 HBT.

9. Reserve Flying on Days Off

   a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

10. Reserve Proficiency Flying

   a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A 6-2]

    b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

   c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

AA-SCANLAN-0006154

11. Reserve Duty Free Periods

   a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

   b. Must Have DFPs for Reserve pilots are golden DFPs awarded during the monthly Line Construction process. Each pilot may designate, during the monthly bidding process, Must Have DFPs. Must Have DFPs are subject to the following requirements and conditions:

      (1) No more than four (4) Must Have DFPs may be awarded to a pilot per calendar year.

      (2) Must Have DFPs may be split any way the pilot chooses (four individual days, all 4 together, 2/1/1, 2/2, etc.)

      (3) Must Have DFPs may not be awarded which create illegalities.

      (4) Must Have DFP awards may not reduce the number of Reserve pilots available on a particular day, in a given bid status, below the Company-designated minimum number of Reserve pilots required.

      (5) Except to meet the requirements of (4) above, Must Have Days are awarded without regard to seniority.

      (6) Must Have DFPs are included in the Reserve pilot's normal monthly DFPs as specified in 15.D.4.f.

      (7) This functionality may not be in the first release of PBS.

      (8) Must Have DFPs may not be awarded on the following "blackout" dates:

         (a) Dec 31 – 2 January

         (b) Friday – Monday of Super Bowl Weekend

         (c) Thurs – Monday of Easter Weekend

         (d) July 3 – 5

         (e) Tues – Monday of Thanksgiving Week

         (f) December 24 – 26

         (g) Sat – Tues of Federal Holiday Weekends

   c. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination.

   d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

   e. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

   f. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f. This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot. (Q&A #'s 66, 114, 120)

   g. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

   h. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A 15-17)

   i. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment. When such temporary assignment is for more than one (1) trip or trip

AA-SCANLAN-0006155

sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base. Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

j. Golden DFP. A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training. A golden DFP may be moved only with the consent of the reserve pilot.

k. Moveable DFP. The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

(1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

(2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

(3) A reserve pilot shall be given notice no later than 1000 HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

(4) If a sequence becomes available after 1000 HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

(5) Each movable DFP may only be moved once during a contractual month.

(6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence. However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

(a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

(b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

12. DFP Trades.

a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

b. Movable DFPs may not be traded.

c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

e. The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

f. The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

g. The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

## K. Fatigue Events

1. General

a. This Section K applies to all pilots. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed

AA-SCANLAN-0006156

for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

b. The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

c. The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2. Definitions and Functions

a. Fatigue Risk Analysis Team (FRAT):

The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company. The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

b. Fatigue Event Review Team (FERT):

The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company. The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review. The FERT will make every attempt to reach a consensus. If a consensus cannot be reached, then the Chief Pilot of Line Operations or his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

c. Fatigue Review Committee (FRC):

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures. The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

d. Memorandum of Understanding (MOU):

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3. Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

a. Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

b. Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

c. All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

d. The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

AA-SCANLAN-0006157

e. Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

f. Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

g. PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

h. When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

i. Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4. Reserve Pilots - On Call

a. When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

b. Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

c. At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5. All Pilots - Mid-Sequence Fatigue

a. Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

(1) Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

(2) Deadhead the pilot to base following the completion of a rest period.

(3) Following rest, assign the pilot to any portion of the original sequence.

(4) Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

b. Any assignment other than the above four options shall be considered a reassignment.

c. The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to equivalent flying within the footprint of the original sequence.

d. An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

e. The pilot shall not be contacted during the rest period except for delay or cancellation information.

f. The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

AA-SCANLAN-0006158

6. All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

  a. Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

  b. If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

  c. Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

    (1) Any portion of the original sequence for regularly scheduled pilots.

    (2) Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

  d. Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

  e. Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7. Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

  a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

  b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

  c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

## L. Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time - Basic Rules

  a. 08:00 home base time (HBT) - sick removals and sequences placed into open time.

  b. 10:00 HBT - Begin Filling of Open Time for any open flying for the next day.

  c. A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

AA-SCANLAN-0006159

d. Unless a Reserve pilot is the only QLA pilot, Reserve pilots awarded/assigned FDPs will be buffered with thirty (30) minutes from FAR 117 FDP limitations measured from the beginning of a pilot's scheduled RAP if on Short Call Duty, or from the sequence sign-in if on Long Call Duty. This provision may be waived with pilot consent.

e. To the extent possible the Filling of Open Time should be completed no later than 1500 HBT however, the intent is to complete DOTC by 1300 HBT, or earlier. In accordance with Section 15.J.2, reserve assignments made during DOTC will be available for verification no later than 1500 HBT

Note: The times in 3.a., b., and d. may be modified by mutual agreement between the Company and the JSC.

4. Filling of Open Time - Order

a. Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

b. Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs. DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

(1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

c. Pick-up in Base

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division , including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced. [See Q&A 15-33]

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

d. Pick-up out of Base

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced.

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

(5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

e. At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

f. Reserve Assignment/Award

(1) Long Call Reserve Pilots

Sequences awarded or assigned at least twelve (12) hours in advance of sequence sign-in will be made to Long Call Reserve pilots except as provided for in (b) below.



(a) The Company shall select, at its option, one or more of the following categories in (i) through (vi) below. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f. From this single pool of

AA-SCANLAN-0006160

pilots, reserve assignments/awards will be prioritized in the following order: Block, RPV and Seniority in accordance with Section 15.J.3.

(i) In Division, assign to a reserve without a DFP conflict.

(ii) In opposite Division, award to a reserve without a DFP conflict.

(iii) In opposite Division, assign to a reserve without a DFP conflict. If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(iv) In Division, assign to a reserve flying into a DFP (up to 1200 HBT).

(b) Short Call Reserve pilots may be awarded or assigned a sequence more than twelve (12) hours in advance as follows:

(i) If there is no Long Call Reserve pilot available to be assigned such sequence.

(ii) In such case the Short Call Reserve pilot(s) will be selected based on RPV and shall be included in the single pool described in Section 15.L.4.f.(1).(a).

(2) Sequences with less than 12 hours until sign-in will be awarded/assigned to pilots on Short Call Duty.



(a) The Company shall select, at its option, one or more of the following categories in (i) through (vi) below. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.(2).(a). From this single pool of pilots, reserve assignments/awards will be prioritized in the following order: Block, RPV and Seniority in accordance with Section 15.J.3.

(i) In Division, assign to a reserve without a DFP conflict.

(ii) In opposite Division, award to a reserve without a DFP conflict.

(iii) In opposite Division, assign to a reserve without a DFP conflict. If an International reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(iv) In Division, assign to a reserve flying into a DFP (up to 1200 HBT).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

g. Company option to use a CKA, Flight Test or Management pilot.

h. Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

i. Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

5. At Company option, the filling of open time processes in 4. above may be bypassed to permit a qualified and legal pilot, who is in position, to be awarded an open time segment(s). Such pilot will be paid, but not credited for the greater of scheduled or actual for the segment(s) actually flown. When the company avails itself of this option, a sequence must be created which would have otherwise resolved the open segment(s) and be awarded, or assigned, to a pilot via the processes of 4. above. The pilot who is awarded, or assigned, such created sequence shall be displaced from such sequence and will be paid and credited for the value of the created sequence.

6. General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

a. Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement. However, in accordance with Section 5.I., scheduled flying, not actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying. [See Q&A 15-2]

b. In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-

AA-SCANLAN-0006161

up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ). [See Q&A #117]

c. Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

d. Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced. [See Q&A 15-31]

e. Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)



8. Crew Schedule Errors

a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.C.

b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of a seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

1. Full Month Temporary Assignment Within a Base

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

(1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

(2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up. However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

(3) A hotel room at Company expense during the assignment within the following parameters:

(a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

AA-SCANLAN-0006162

    (b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence. For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

e. In the event a pilot in the International Division is assigned to the Domestic Division as provided in paragraph c. above, the Domestic Sequences performed by such pilot shall be paid at International rates of pay.

f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

    (1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

    (2) if not filled per (1) above, in system seniority to all pilots.

g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

d. In the event a pilot in the International Division pilot is assigned to the Domestic Division as provided in paragraph c. above, the Domestic Sequences performed by such pilot shall be paid at International rates of pay.

e. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

f. The number of vacancies which may be filled under paragraph M.2. shall not be limited.

g. Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

h. Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

3. Vacancy Obligation

a. In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

AA-SCANLAN-0006163

b. Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4. Less Than a Full Month Temporary Assignment Between Bases

   a. During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

      (1) For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

      (2) For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

   b. The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

   c. Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

   d. The number of temporary assignments permitted under paragraph M.4. shall not be limited.

   e. Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

   f. Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5. Temporary Duty - One Trip Sequence Only

   a. When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of not more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

   b. Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered. Such pilots shall be covered under the provisions of Section 15.E., 15.F. and 15.G. from the time they leave their base until they return to their base.

   c. Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

   d. The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6. Limitations On Temporary Assignments

   A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7. Temporary Duty Assigned - Deadheading

   a. Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

   b. If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

      (1) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

      (2) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

AA-SCANLAN-0006164

c. If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

    (1) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

    (2) The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

    (3) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

    (4) The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

d. Options for TDY Deadheads.

    (1) A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day. In such case:

        (a) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

        (b) The pilot shall be provided a hotel room.

        (c) The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

        (d) The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

    (2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order to be available for additional flying.

    (3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day. In such case:

        (a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

        (b) The pilot shall be provided a hotel room.

        (c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e. A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead. A double deadhead is defined as:

    (1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

    (2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead. If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the

AA-SCANLAN-0006165

deadhead to report to/from the TDY base. In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

f. In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

g. In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

8. Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

## N. Reassignments

1. Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e. [See Q&A 142]

2. A pilot reassigned shall be paid and credited the greater of;

a. the value of the original sequence, or

b. the value of the reassignment sequence.

3. In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

a. pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

b. Any additional flight time pay and credit associated with paragraphs E.,F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4. A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) or the Company Limit on Voluntary Flying, if applicable, shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX, or the Company Limit on Voluntary Flying, if applicable (which shall not be cumulative with the payment in Section 15.N.3).

5. A pilot who was reassigned above his IMAX or the Company Limit on Voluntary Flying, if applicable, will have his credited projection (PROJ) reduced to or below his IMAX or the Company Limit on Voluntary Flying, if applicable, in accordance with the following:

a. Remove the pilot with pay, but no credit, from one or more whole sequences.

b. Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

c. Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

d. When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

AA-SCANLAN-0006166

e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

## O. Substitution of Equipment

Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

## P. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:
   a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)
   b. Comply with FAR/CBA/Qualification Limitations
      (1) Legalities based upon FAR 117
      (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS
   c. Trip Trade System acts as an agent to complete the following types of trades:
      (1) Multiple pilot trades
      (2) Conditional (if then ballot)
      (3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)
   d. The capability for pilots to execute manual trades.
   e. A preference ballot which will:
      (1) Contain pilot preferences for trip trades, drops and pick-ups;
      (2) Be updatable at any time.
   f. Reviewable reporting with transparency
   g. Communication
      (1) Variable mediums (email, text messaging, phone)
      (2) Robust (automated phone contact)
   h. TTS will run on a schedule mutually agreed to by the Association and the Company.

AA-SCANLAN-0006167

4. The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5. Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6. Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7. Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time)

## Q. Section 15 Questions and Answers

15-1. Q. *At what time is a pilot legal to report for a pick-up sequence following displacement?*

A. (1) If the pilot was displaced from a Domestic Sequence it is legal to report 15 minutes after the scheduled arrival of the trip from which displaced.

(2) If the pilot was displaced from an International Sequence it is legal to report 30 minutes after the scheduled arrival of the trip from which displaced.

15-2. Q. *When removed from a trip sequence, under what circumstances does a pilot not have to be "paper legal"?*

A. A pilot relieved from flying duties shall not assume the legality of a sequence(s) from which removed for the purpose of F.A.R. limitations or rest provisions of the Agreement except when deadheading to base earlier than scheduled in accordance with Section 15.C.5.f and 15.H.11. (removal code RA/AA).

If a pilot performs flying following the sequence from which removed under this provision, the actual on-duty period may not begin until after the scheduled debrief time associated with the sequence from which removed.

In the event that a pilot performs flying prior to the sequence from which removed under this provision, the debrief period associated with such sequence must be scheduled to be completed prior to the scheduled sign-in associated with the sequence from which removed.

15-3. Q. *May the thirty minute (:30) report for deadhead be extended as a result of an operational necessity?*

A. Yes, with proper notification, pilots may be required to report in excess of thirty minutes (:30) and the on-duty period shall be adjusted accordingly.

15-4. Q. *A Long Call Reserve pilot is converted to Short Call Reserve Duty and assigned a RAP. During the RAP the pilot is assigned/awarded a sequence. Is this pilot still entitled to the 30 minutes (:30) of conversion pay?*

A. Yes. The conversion pay is paid above the greater of guarantee or PPROJ for each RAP assigned/awarded and cannot be offset by the assigned/awarded sequence.

15-5. Q. *What is the required debrief for an International Division pilot at the completion of a Domestic Sequence?*

A. The required debrief is fifteen (15) minutes.

AA-SCANLAN-0006168

15-6.  Q.  *If a pilot is scheduled to fly out and deadhead back on a turn-around basis, is the pilot paid the original duty period if permission is requested to return on an earlier or later flight?*

A.  Yes. Section 15.H.11. applies.

15-7.  Q.  *What is the guarantee of a reserve pilot returning from a leave of absence effective on the twenty-fifth (25th) day of a thirty (30) day contractual month?*

A.  The pilot has 6 days remaining in the contractual month. According to the chart in Section 15.D.3.q, this pilot will receive four (4) days of reserve availability and two (2) days of duty-free periods. Each day of Reserve availability is valued at 4:03 per day for a Long Call Reserve pilot and 4:13 per day for a Short Call Reserve pilot. This pilot's guarantee will be:

(1)  16:12 (4:03 times 4 days) for a Long Call Reserve, or

(2)  16:52 (4:13 times 4 days) for a Short Call Reserve.

Note: A reserve pilot with no previously awarded Reserve line returns from a leave of absence as a Long Call Reserve pilot.

15-8.  Q.  *May the Company displace and assign reserve pilots for qualification purposes, e.g., take-offs and landings, line check, and Hit Cities when they are not the junior reserve available?*

A.  Yes

15-9.  Q.  *Can the Company assign a reserve pilot to fly over the monthly maximum of eighty-five (85:00) hours PROJ?*

A.  No. The Company may not assign a reserve pilot to exceed the monthly maximum (85:00) based on the pilot's PROJ.

15-10.  Q.  *What is the maximum number of hours that a reserve pilot can be awarded for flying on his days off?*

A.  A reserve pilot may be awarded flying on days off up to the lesser of

(a)  the pilot's IMAX or,

(b)  the Company Limit on Voluntary Flying, if applicable.

However, the Company retains the option to restrict a reserve pilot's flying on days off in order to preserve the ability of a reserve pilot to be assigned 85:00 hours of flying on his actual reserve available days.

The following examples show how reserve flying on days off is counted against the 85:00 hour reserve assignment maximum.

Example 1.: The Company has placed a 90:00 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15:00 hour credited sequence entirely on days off. The 15:00 hour pick-up sequence is treated as follows:

(1) 15:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

(2) The first 5 hours of the sequence is attributed to the difference between the 85:00 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts against the 85:00 hour reserve assignment maximum.

Example 2.: The Company has no Company Voluntary Limit and the pilot's IMAX is 98:00. The reserve pilot picks-up a 10:00 hour credited sequence entirely on days off. The 10:00 hour pick-up sequence is treated as follows:

(1) 10:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

AA-SCANLAN-0006169

(2) All 10:00 hours of the sequence falls between the 13:00 hour difference between the 85:00 hour reserve assignment maximum and the 98:00 hour IMAX. The Company retains full access to the 85:00 hour reserve assignment maximum.

Note: In this example 2, should the pilot subsequently acquire additional flying on days off, the first 3:00 hours of the additional flying would not count against the Company's ability to assign reserve flying. The flying above 3:00 hours would count against the 85:00 hour assignment maximum.

15-11.   Q. *Prior to the implementation of the new Reserve Assignment System, which pilots are considered when forming variance groups in accordance with Section 18.G.6.d.?*

A.   All reserve pilots in the four part bid status are considered for the purpose of forming variance groups. Once variance groups are formed only qualified, legal and available (QLA) reserves are eligible for coverage of open time, short call or long call assignments.

15-12.   Q. *What is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves?*

A.   Prior to implementation of the new Reserve Assignment System, when a reserve pilot is the senior pilot in the appropriate variance group, legal and available for open flying and such pilot is denied such open flying in order to be available to cover a future trip shown on the open time list, such reserve pilot shall receive flight time pay and credit for the scheduled flight time of the trip sequence denied, including applicable credits, or flight time pay and credit for the future trip sequence, if flown, whichever is greater.  In all cases, the future trip on the open flying list is still open flying and must be proffered to pilots by Variance Group and GTD during the normal time period for the filling of such open trip.

15-13.   Q. *If a reserve pilot is bypassed for an open trip sequence but does other flying on the days the bypassed sequence was scheduled to operate, does the other flying affect the pilot's GTD credit or reduce the amount of time to be added to the reserve pilot's pay projection (PPROJ) at the end of the month?*

A.   The entire scheduled value of the bypassed trip sequence is always added to the reserve pilot's pay projection (PPROJ) at the end of the month, regardless of other flying, whether by proffer or by assignment, which the reserve may have performed on the days the bypassed sequence was scheduled to operate.  Any time in the PPROJ above the monthly maximum will be placed in the pilot's CPA at one for one.  If the pilot's actual flight time worked was more than was credited on the days the bypassed trip was scheduled to operate, the additional flight time worked is also added to the pilot's GTD.

15-14.   Q. *Reserved*

15-15.   Q. *Can a reserve pilot be assigned a trip that originates after 2400 but terminates prior to noon on the first day of a forty-eight (48)?*

A.   No. The flight must originate prior to 2400.

15-16.   Q. *A reserve pilot is available for only one day because of a duty free period that starts at midnight. To what length trip could this pilot be assigned?*

A.   In this case, the reserve pilot could only be assigned a trip that was scheduled to terminate at the pilot's crew base no later than midnight. However, if no other pilots were available, the above pilot could be assigned a trip that flew the pilot into the duty free period, as long as it returns the pilot to the pilot's crew base no later than 1200 local base time on the first day of the duty free period. No pilot can be assigned to fly into a duty free period as long as there is a pilot available that can be assigned the trip and not flown into their duty free period. A pilot can only be assigned to fly into two (2) duty free periods per month.

AA-SCANLAN-0006170

15-17.  *Q. When is a reserve pilot who completes a Domestic Sequence legal again if such pilot is scheduled and arrives at 0300 the first day of a 72 hour duty-free period which is scheduled in the current month?*

A.   0300 + 0:15 debrief + 12 hours + 72 hours.

15-18.  *Q. Reserved*

15-19.  *Q. How is a "Short Notice" open sequence awarded/assigned?*

A.   When an open sequence is considered a "Short Notice" assignment, Crew Schedule will first identify and contact the appropriate QLA Reserve pilot on Short Call Duty in accordance with the reserve assignment process to establish the time needed for final notification in order to make the scheduled departure of the sequence. During this designated established period of time until final notification, Crew Schedule will proffer the open sequence per the rules of Section 15.L (Filling of Open Flying Time) to as many pilots as possible until reaching the notification deadline of the identified reserve pilot.

15-20.  *Q. May a reserve pilot move a Duty Free Period (DFP)?*

A.   A reserve pilot's DFP's may be moved by mutual consent between the pilot and the Company in any combination.

15-21.  *Q. How does the Company schedule a free standing 24 hour DFP for a reserve pilot?*

A.   The bid sheet cannot include a free standing 24 hour DFP for a reserve pilot. Once the month begins, the Company may either (1) move a moveable DFP and place it contiguous to an existing DFP leaving 24 hours of the original DFP as a stand alone 24, or (2) move a moveable 24 and place it as a free standing 24 leaving a minimum of 48 hours in the original DFP. In no case may the Company create more than one free standing 24 hour DFP in any one contractual month by the movement of moveable DFP's.

15-22.  *Q. Can the Company schedule a normal duty free period (DFP), or a moveable DFP, contiguous to the beginning of a reserve pilot's golden DFP?*

A.   Yes.  However, a normal DFP scheduled contiguous to a golden DFP must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the normal DFP.  A moveable DFP can be scheduled contiguous to a golden DFP, or contiguous to a normal DFP which is contiguous to a golden DFP.  A moveable DFP scheduled this way can be moved in accordance with Section 15.D.2.c.  However, if the moveable DFP is not moved, it too must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the moveable DFP.  Once the month begins a moveable DFP can be moved and placed contiguous to a golden DFP, in which case it must also be treated the same as the golden DFP.

15-23.  *Q. Can a pilot trade a golden DFP?*

A.   Yes. However:

A golden DFP that is traded contiguous to a normal or moveable DFP reverts to a normal DFP.

An entire golden DFP that is traded for a normal DFP will no longer be considered a golden DFP and the normal DFP received will revert to a golden DFP unless it is contiguous to a normal or moveable DFP.

A portion of a golden DFP that is traded will no longer be considered a golden DFP unless the trade is for another golden DFP and is not contiguous to a normal or moveable DFP.

AA-SCANLAN-0006171

15-24.  Q.  *A pilot in pick-up is eligible for a trip that requires a supervisory pilot but due to Company requirement (not FAR) is denied such trip due to lack of availability of a supervisory pilot. Is the pilot entitled to pay and credit for the trip?*

A.  No, a pilot must be qualified legal and available in order to be awarded a trip in pick-up.

15-25.  Q.  *A pilot on reserve needing a twenty-five hour (25:00) line check with a supervisory pilot is bypassed for an open trip due to the unavailability of a supervisory pilot. Is the reserve entitled to pay and credit for the trip?*

A.  No.

15-26.  Q.  *May the Company schedule regular layovers (off-duty periods) of less than 10 hours?*

A.  No. In accordance with Section 7.A.7, all regularly scheduled layovers (off-duty periods) must be no less than ten (10) hours plus one (1) hour reporting and fifteen (15) minutes debriefing (11 hours 15 minutes -- 11 hours 30 minutes International)

15-27.  Q.  *Is a pilot allowed to use pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying when retiring on the 25th or should the month be prorated?*

A.  Yes, the pilot may pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying.

15-28.  Q.  *A pilot in pick-up was proffered and awarded a trip sequence via the Daily Open Time Coverage (DOTC) process. The pilot subsequently advised the Company he/she was sick and would not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?*

A.  No. A pilot removed from a trip sequence due to an illness will only be paid for sequences acquired via a PBS line award, SEP, TTS or a trip-trade with another pilot.

15-29.  Q.  *Is a pilot (pick-up or reserve) who is qualified, legal and available in the current contractual month entitled to proffer a sequence that will create a conflict with scheduled recurrent or requalification training consisting of six (6) days or less?*

A.  Yes. The pilot must be paper legal, in accordance with Section 5.I., for the awarded sequence in conjunction with the first (1st) scheduled sequence in the next contractual month. The Company will have the option to reschedule the training or remove and pay the pilot for the fly through trip sequence. If the training is moved, the pilot will be paid for the sequence(s) actually flown or displaced from, if applicable.

15-30.  Q.  *A pilot in pick-up proffered and was awarded a trip sequence. Such pilot reported and signed in for the pick-up sequence. Prior to departure of the first (1st) flight of the sequence, the pilot advises the Company he/she is sick and will not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?*

A.  Yes. A pilot is considered on duty one (1) hour prior to the scheduled or rescheduled departure time of the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time of a deadhead flight. Once a regular scheduled pilot commences a duty period and is unable to fly due to an illness, such pilot is entitled to the pay of this pick-up sequence.

15-31.  Q.  *Is a regularly scheduled pilot entitled to open time for the next day's flying if the pilot arrives at base and is scheduled for a forty-eight (48) on arrival?*

A.  Yes, provided the pilot changes or drops such duty-free period before the start of DOTC. After the start of DOTC the pilot must contact Crew Schedule to be eligible for remaining open time.

AA-SCANLAN-0006172

15-32.  Q.  Reserved

15-33.  Q.  *May a pilot in the International Division accept a proffer of open time in the Domestic Division or vice-versa? How would the pilot be paid?*

A.  Yes, provided the pilot's PROJ would not exceed the lower of that pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status, if applicable. The pilot would be paid at their hourly base pay rate plus International override for flying actually performed when applicable.

15-34.  Q.  *If a Long Call Reserve pilot does not exceed his guarantee of 73:00 hours for the month, and was converted from Long Call Duty to Short Call Duty three times during the month, how would the conversion pay be applied?*

A.  The conversion pay of one hour thirty minutes (30 minutes for each conversion) is added to the guarantee.

15-35.  Q.  *If a Long Call Reserve pilot exceeds his guarantee of 73:00 hours for the month, and was converted from Long Call Duty to Short Call Duty twice during the month, how would the conversion pay be applied?*

A.  The conversion pay of one hour (30 minutes for each conversion) is added to the PPROJ.

15-36.  Q.  *May a pilot trade a trip if it would increase the pilot's Projection (PROJ) over the pilot's IMAX or the Company Limit on Voluntary Flying for the month?*

A.  No, a pilot may not trade a trip if the trade would result in the pilot exceeding the lower of his/her 1.) IMAX or 2.) the Company Limit on Voluntary Flying for the month.

15-37.  Q.  *May a pilot in the International Division trade sequences within a contractual month with a pilot in the Domestic Division and vice versa?*

A.  Yes, within category, provided the pilots are QLA and the trade does not result in either pilot's PROJ exceeding the lower of the pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status. Such trades are limited to pilot-to-pilot trades only.

15-38.  Q.  *I attempt to travel to work. I am unable to make my departure time. Am I covered by the Commuter Policy?*

A.  Yes.

15-39.  Q.  Reserved

15-40.  Q.  *Does pay and credit apply to delays at stations where deicing is performed on the gate (Miscellaneous Code 59)?*

A.  No.  However, at those stations where Company aircraft are being deiced at a location other than the gate, pay and credit is applied to cover delays at the gate awaiting pushback, powerback or taxiout due to aircraft or vehicular traffic congestion at the deicing location by filing a Miscellaneous Code 59 through ACARS.

15-41.  Q.  *Prior to the implementation of PBS, how does the Company determine a trip selection award commensurate with seniority when a pilot fails to submit a trip selection preference for a given month or fails to submit a trip selection preference containing a sufficient number of selections (bids)?*

A.  In this event, the Company will utilize the trip selection preferences of the next most senior pilot in the appropriate bid status who has already been awarded a trip selection, and continue the awarding process from the point of the more senior pilot's award until such time as the more junior pilot is awarded a trip selection.  If the more junior pilot is

AA-SCANLAN-0006173

unable to be awarded a trip selection (other than reserve) after exhausting all of the more senior pilots' preferences, such pilot will be awarded:

-The highest paying trip selection available.

-A vacation relief selection.

-A second round trip selection which is available.

-A reserve trip selection.

15-42.  Q.  at is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves after the implementation of the new Reserve Assignment System?

A.  Reserve pilot assignments will be handled in accordance with Section 15.L.4.f.


AGREED TO UNDERSTANDINGS OF THE BASIC AGREEMENT


A.          FUEL LANDING


When a landing for fuel is required for the operation of a Domestic Sequence, and such landing is pre-planned in the flight release prior to the departure of the crew from a station, the additional time of such fuel landing shall not be considered a reassignment under the provisions of Section 15.N. However, if such assignment causes a pilot's PROJ to exceed the lower of that pilot's IMAX or the Limit on Voluntary Flying, such excess time created as a result of the fuel landing will be paid to such pilot at the rate of one and one-half (1-1/2) minutes for each one (1) minute.


B.          DEADHEAD - FIRST AVAILABLE


If a pilot is canceled or misconnects away from base, and is legal and available to deadhead to his base on the next AA flight operating, but no space is available on such flight, and as a result of a later deadhead is illegal for his next regularly scheduled sequence, such pilot shall be protected under Section 15.N. only for the sequence missed.

AA-SCANLAN-0006174

# SECTION 26

## AMENDMENTS TO AGREEMENT, EFFECT ON PRIOR AGREEMENTS, AND DURATION

### A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

### B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

### C. Duration

This Agreement shall become effective on January 30, 2015, except as otherwise stated herein, and shall continue in full force and effect until January 1, 2020, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least thirty (30) days prior to January 1, 2020, or January 1 of any subsequent year.

### D. Early Opener

If written notice is provided by either party at least thirty (30) days prior to January 1, 2019, the parties agree to commence negotiations in January 2019, in accordance with Section 6, Title I, of the Railway Labor Act, as amended.


IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the 30th day of January, 2015.

WITNESS:


FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THE ALLIED PILOTS ASSOCIATION          FOR AMERICAN AIRLINES, INC.



/signed/_____          /signed/ _____
Captain Keith Wilson                     Paul Jones
President                                Senior Vice President & General Counsel

AA-SCANLAN-0006221

/signed/_____
Norman G. Miller
Negotiating Committee Chairman

/signed/_____
Beth Holdren
Managing Director Labor Relations, Flight

/signed/_____
Charles Hairston
Director, Pilot Contract Negotiations

/signed/_____
Todd Jewett
Senior Manager Labor Relations, Flight

/signed/_____
David C. Brown
Negotiating Committee Member

/signed/_____
Keith Austin
Manager, Labor Relations, Flight

/signed/_____
Dean Colello
Negotiating Committee Member

/signed/_____
James Eaton
Senior Manager - Pilot Negotiations

/signed/_____
Carrie Giles
Negotiating Committee Member

/signed/_____
Lyle Hogg
Vice President, Flight Operations, US Airways Inc.

/signed/_____
Ken Holmes
Negotiating Committee Member

/signed/_____
Brian Smith
Negotiating Committee Member

/signed/_____
Jeff Thurstin
Negotiating Committee Member

AA-SCANLAN-0006222

# EXHIBIT B

# JOINT COLLECTIVE BARGAINING AGREEMENT (JCBA)

between

## AMERICAN AIRLINES, INC.

and

## THE AIRLINE PILOTS

in the service of

## AMERICAN AIRLINES, INC.
and
## US AIRWAYS, INC.

as represented by the

## ALLIED PILOTS ASSOCIATION

EFFECTIVE: JANUARY 30, 2015

AA-SCANLAN-0005557

# SECTION 2

# DEFINITIONS

## A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

## B. Bid Lines

1.  "Bid line" means any monthly regular or reserve flying assignment.

## C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply.

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30 (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – September 30th | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December 1st | 31 |
| December | December 2nd – December 31st | 30 |

## D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

## E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

1/180

AA-SCANLAN-0005580

## F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

## G. Company date

In most cases it is the same as your <XREF>date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

## H. Co-terminals as used in this Agreement shall mean:

1.  Kennedy/Newark/LaGuardia
2.  Midway/O'Hare
3.  Dallas/Fort Worth International Airport/Love Field
4.  Washington/Dulles International
5.  Tampa/St. Petersburg
6.  Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

## I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B.

## J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with SECTION 15 Hours of Service.

## K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

## L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

## M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

AA-SCANLAN-0005581

### N. Divisions

1. Domestic Division

    The Domestic Division is comprised of only Domestic Sequences.

2. International Division

    The International Division is comprised of both Domestic and International Sequences, provided that where an International Division is co-located with a Domestic Division on the same Equipment, domestic sequences may be included only as necessary to:

    a. meet a particular month MALV, or

    b. provide opportunities to maintain currency, or

    c. minimize TDYs, or

    d. meet guidelines agreed to by the Joint Scheduling Committee.

## O. Domicile

A common location where a group of pilots are based.

## P. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

## Q. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later. (30 minutes for an International Sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

## R. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

## S. Flight Time

1. Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2. Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

AA-SCANLAN-0005582

## T. Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

## U. Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

## V. Last Trip of the Month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

## W. Management pilot

A pilot who occupies a management position in the Flight Department.

## X. Midnight cutoff

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

## Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105,15-39 ]

## Z. Night Flying

Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

## AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

## BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly and, if applicable, international override pay.

## CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in SECTION 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (SECTION 4), apportionment pay (Section 6.C.2.)

AA-SCANLAN-0005583

## DD. Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

## EE. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer obligated for such trip. The displacing pilot assumes the obligation to cover the displaced pilot's trip. (See Q&A #28)

## FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence. The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

## GG. Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

## HH. Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight to base" is the flight(s) that arrives at the base the earliest. The flight(s) may be direct or indirect.

## II. Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

## JJ. Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| | Ontario (ONT) / Santa Ana (SNA) / |
| Los Angeles | Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

## KK. Schedule

"Schedule" means the operating schedule used by the Company in its operations.

AA-SCANLAN-0005584

## LL.  Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

## MM.  Sequence

1. Domestic Sequence

   A Domestic Sequence is a series of flight segments solely comprised of flying between the 48 Contiguous states of the US, and including Canada, plus non-overwater flights to Mexico.

2. International Sequence

   An International Sequence is any sequence that is not a Domestic Sequence.

## NN.  Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

## OO.  Sick if needed

A reserve pilot who is sick may call and so notify the Company.  The pilot will not be charged sick leave until such pilot is assigned to fly.  At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

## PP.  Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status.  In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process.  Once in the new bid status, pilots will use their own seniority number.  The pilot is subject to a lock-in per Section 17L.

## QQ.  Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot. Crewmember is paid schedule for displacement plus greater of schedule/actual time flown.  If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

## RR.  Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of SUPPLEMENT O, or may be appointed to a supervisory position during the course of the month.

## SS.  32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period.  This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.J.13.j.

AA-SCANLAN-0005585

## TT.   Section 2 Question and Answers

*2-1.  Q.      Is the pay and credit associated with a midnight cut-off considered to be "fly-through" time?*

A.   Yes

AA-SCANLAN-0005586

# SECTION 5

## PAY AND CREDIT
## PILOT RELIEVED OF FLYING DUTIES

### A. Pay - General  [See Q&A 15-28, 15-30]

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement,

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

### B. Pay - Regularly Scheduled Pilot  [See Q&A 15-28, 15-30]

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E ,15.F and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A 6-21, 15-2]

### C. Pay - Reserve Pilot

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one-eighteenth (1/18th) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than:
   a. seventy-three (73:00) hours of pay for a Long Call Reserve line, or
   b. seventy-six (76:00) hours of pay for a Short Call Reserve line

   at the pilot's base hourly rate.

### D. Unpaid Absences

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one-eighteenth (1/18th) for each day of reserve availability missed.

### E. Credit - Regularly Scheduled Pilot

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

### F. Credit - Reserve Pilot

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-eighteenth (1/18th) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed:

### G. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

AA-SCANLAN-0005615

## H. Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of Section 11.

## I. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C., unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.5.f. and 15.H.11. (removal code RA-AA) [See Q&A 6-21, 15-2]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C.

AA-SCANLAN-0005616

# SECTION 11

# LEAVES OF ABSENCE

## A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

## B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored. Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

## C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

## D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty. A leave of absence for sickness or injury shall not commence until after a pilot has exhausted

AA-SCANLAN-0005652

accrued sick leave credits in accordance with Section I0.C.8 of this Agreement. Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years.  Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

## E. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification
   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.
      (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.
   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question.

7. Vacation
   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled).  The rescheduled vacation must be taken within the current vacation fiscal year.
      (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and
      (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
|---|---|---|
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |
| | Jan. ABC | Jan. C to Aug. B |
| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |

AA-SCANLAN-0005653

| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

(1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

(2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

(3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

(4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

AA-SCANLAN-0005654

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

## F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Company's benefit plans available to active pilots, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

## G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

## H. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0005655

## I. Section 11 Questions and Answers

*11-1.  Q.  Reserved*

*11-2.  Q.  Is a reserve pilot's guarantee reduced if a pilot changes his military leave request after trip selections close that result in a decrease of reserve availability?*

A.   A reserve pilot who changes a military leave request after trip selections close will have his/her guarantee reduced for each additional day of reserve availability missed. Such pilot's guarantee will not be reduced for any additional day of reserve availability missed for which the pilot has offset by moving a DFP to cover.

*11-3.  Q.  In order to receive the pay guarantees of Section 11.E.8 is a pilot required to verify the military service in question, and if so what type of verification is required?*

A.   If a pilot satisfies the conditions of Section 11.E.8.a, verification is not required.  With respect to the pay guarantee in Section 11.E.8.c,  the Company reserves the right to request verification in connection with military leave of absence.  Upon request by the Company, an individual pilot must verify the specific military service for which the pilot received the pay guarantee under Section 11.E.8.c.  A Leave and Earnings Statement, DD-214 or an endorsed copy of orders are each examples of sufficient verification for this purpose.

AA-SCANLAN-0005656

# SECTION 15

# HOURS OF SERVICE and WORK RULES

**Table of Contents**

15.A General

15.B Notification

15.C Flight Time and Duty Time Limits

15.D Line Construction

15.E Minimum Pay and Credit

15.F. Time Away From Base

15.G Duty Period - Average and Minimum

15.H. Application of Minimum Flight Time Pay and Flight Time Credit

15.I Premium Pay

15.J Reserve Flying

15.K Fatigue Events

15.L Filling of Open Time

15.M Temporary Assignment/Temporary Duty

15.N Reassignments

15.O Substitution of Equipment

15.P Trip Trade System (TTS)

## A. General

1. Joint Scheduling Committee

   a. The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC). The JSC may evaluate and make recommendations concerning:

      (1) Sequence construction, generation, and review;

      (2) Bid line awards;

      (3) Training bids and awards;

      (4) Reserve line awards, staffing and utilization;

      (5) Trip Trade System (TTS) and trip trades with open time;

      (6) Vacations;

      (7) Block hour adjustment;

      (8) PBS line construction parameters;

      (9) Domicile and Home Base block hour allocations by equipment; and

      (10) Fatigue mitigation recommendations from the FRC; and

      (11) Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

AA-SCANLAN-0005674

b. The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c. Data Access

(1) The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

(2) It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

d. Meetings

(1) Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

(2) The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

(3) The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

(1) Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

(2) The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

(3) The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2. Periodic Review of Forecast Accuracy

The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section 17.F.1.d. of the Agreement.

3. Preferential Bidding System (PBS)

a. At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

b. Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

c. The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

d. All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

(1) known absences;

(2) bid preferences;

AA-SCANLAN-0005675

(3) seniority.

4. Preferential Bidding System Working Group (PWG)

    a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

        (1) Company Members: Managing Director of Operations Planning or equivalent and two additional Company representatives;

        (2) Association Members: APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

        (3) Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

    b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

    c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

        (1) In the first six months after PBS implementation, the PWG will meet at least monthly;

        (2) In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

        (3) Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

    d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

## B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances. At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. Reserve pilots are responsible for being contactable while on Short or Long Call Duty, and are expected to respond to Crew Schedule without unreasonable delay.

5. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

6. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

7. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

8. Pursuant to protecting a pilot's sleep, calls between 0000 and 0700 to inform a pilot of an assignment, delay or cancellation of an assigned flight should be made as late as possible.

AA-SCANLAN-0005676

The intent is to avoid interrupting rest with telephone calls that can be made at a different time.

9. Recording of Phone Calls

   a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

   b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

   c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

   d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

   e. The Company shall retain the recorded phone calls for a period of ninety (90) days, and absent an identified request or legal requirement as specified in this paragraph, all recordings will be automatically deleted at the 90-day point. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved. Nothing in this paragraph is intended to limit the Company's ability to satisfy its legal obligations with regard to the preservation of evidence, provided that in the event the Company determines it is legally obligated to preserve any recording covered by this paragraph the Company shall promptly notify the Association of such determination and provide an explanation of the nature of the legal obligation requiring preservation and when the obligation arose.

   f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

   g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

   h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

## C. Flight Time and Duty Time Limits

1. Monthly Maximums

   a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

   b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The Company Limit on Voluntary Flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

   a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

AA-SCANLAN-0005677

(2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

(3) The number that remains is the current month's IMAX.

b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N. and 15.I

c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This limit will never be less than that particular bid status' MALV + 7 hours.

b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

a. Reserve pilots can be assigned flying up to eighty-five (85) hours. Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

b. Flying on, into, or out of a Reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a Reserve pilot a sequence on a DFP, pay for that sequence will be applied above guarantee or PPROJ (whichever is greater), no credit.

Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

(1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

(2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the following exceptions:

(1) Home Base Time (HBT) will be used to determine on duty periods under this Section, unless a flight crew member is acclimated, as defined in 14 CFR Part 117, in a theater that does not include his home base.

(2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

(3) Flights with a scheduled block time of greater than sixteen (16) hours will be scheduled with a crew complement of two (2) Captains and two (2) First Officers. The Company is not required to crew two (2) Captains and two (2) First Officers for flights with scheduled block times of less than or equal to 16:00 hours in instances where the flight plan exceeds 16:00 hours.

(4) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

(5) Delays while on layover in the Long Haul environment

The Company may notify crews on layovers prior to:

(a) scheduled transoceanic international flights, or

(b) flights to or from Hawaii and Alaska, or

AA-SCANLAN-0005678

(c)   flights to or from destinations south of Equator,

of departure delays via the following procedures:

(i)   At anytime prior to ten (10) hours before originally scheduled sign-in time the Company may notify the crew of the delayed departure time permitting the commencement of a new ten (10) hour rest period (twelve (12) hours rest period if the rescheduled departure time would cause the FDP to sign-in before and operate into the WOCL) and corresponding new FDP based on the delayed departure time.

(ii)  If within ten (10) hours of the originally scheduled sign-in time, the Company is made aware of a departure delay, the Company may notify the layover crew of a departure delay provided the notification is made no later than two (2) hours before originally scheduled hotel departure time by:

[1] Silent insertion of delay note under hotel room door and/or silent operation of message waiting light in hotel room.

[2] Adjustment of any scheduled wake-up calls commensurate with the amount of the delay.

[3] This notification will qualify for the use of the FAR 117 short call reserve RAP/FDP provisions to provide a larger duty window within which to complete the flight by placing the pilot in a RAP starting at the originally scheduled sign-in time.

[4] The steps in [1] and [2] above should be accomplished as soon as possible after Company becomes aware of the delay so as to maximize crew rest.

(6) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

(a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

(b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

(c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

(d) When shifting to an earlier RAP as a result of DOTC processing, a Short Call Reserve pilot, during the verification process between 1500-1600 HBT, will:

(i)   verify their current RAP's adjusted completion time and commencement time of a RAP (if any) for the following day.

(ii)  be released from the current RAP at the adjusted completion time in order to provide a minimum of ten (10) hours rest prior to commencement of the follow-on RAP.

(e) The shifting limits do not apply following a DFP or other planned absence.

(7) Upon completion of a sequence, which includes debrief, Reserve pilots shall have a 12-hour Domicile Rest period.

b.  A pilot shall not remain on duty beyond the limitations of paragraph a. above.

c.  In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

AA-SCANLAN-0005679

d. A pilot's scheduled or rescheduled on duty period shall commence:

    (1) One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic Sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International Sequences. [See Q&A 15-3, 15-4, 15-5]

    (2) Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

e. The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

f. A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base. [See Q&A 15-6]

g. In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

h. If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

i. The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6. Required 30 Hour Rest Period Placement

    Required 30 hour rest periods on a Duty Free Period (DFP) will be positioned to end at the later of:

    a. the end of the DFP, or

    b. the beginning of the pre-assigned RAP, if applicable, following the DFP.

7. Fly Through Time

    Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

8. No pilot shall be assigned any duty with the Company during any rest period.

9. Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during flight time.

10. Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

11. Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the Captain elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed,

AA-SCANLAN-0005680

and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

12. The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require an FAR required rest period.

13. Maximum Flight Time Pay and Flight Time Credit

    a. Except as set forth in H.10. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

    b. A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

    c. The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over. In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

## D. Line Construction

1. General

    a. Lines will be built for each monthly bid period using a Preferential Bidding System (PBS). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

    b. The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

        (1) For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

        (2) For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

        (3) Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

    c. The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II - V. The LCW may be modified by mutual agreement of the parties.

    d. The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

        (1) For Group I aircraft ........................ 74 and 86 credited hours

AA-SCANLAN-0005681

    (2)  For Groups II through V aircraft ....... 74 and 82 credited hours

e.  The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

    (1)  Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

    (2)  For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

    (3)  The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

    NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

f.  Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

g.  A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

2.  Continuing Qualification Training - Bidding and Awarding

a.  Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

b.  CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3.  Line Construction - Bidding and Awarding

a.  Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned.  Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

b.  The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

c.  Available sequences for bidding may include planned charters, ferries and extra sections.

d.  The Company will not post sequences that would require a pilot to possess dual qualifications.

e.  The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of Section 15.N.

f.  A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the month prior, except when

AA-SCANLAN-0005682

unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

g.  With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

h.  Sequences will be awarded / assigned in the PBS line construction process.

i.  Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

j.  Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

k.  A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

l.  A pilot will not be awarded flying during designated OE days.

m.  A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.h. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

n.  Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

(1)  Fly through time from the current bid period.

(2)  Known Planned Absences for the upcoming bid period and future bid period.

(3)  Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

(4)  Qualification and Continuing Qualification training days.

(5)  Operating Experience Status - estimated completion date.

(6)  Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

(7)  Additional information as determined by the PBS Committee.

o.  Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |

AA-SCANLAN-0005683

| | | | |
|---|---|---|---|
| 25 | 9 | 10 | 4 |
| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
| | | 1 | 1 |

p. A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid. In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

q. A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

r. A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4. Reserve Lines - Bidding and Awarding

a. Long Call Reserve Lines

(1) Long Call reserve lines will represent, at a minimum, twenty percent (20%) of all reserve lines awarded in a particular four-part bid status for a contractual month.

b. Short Call Reserve Lines

(1) Short Call reserve lines will represent, at a minimum, thirty percent (30%) of all reserve lines awarded in a particular four-part bid status for a contractual month.

c. Monthly Short Call RAP bidding

(1) Pilots awarded a Short Call reserve line in the primary monthly bidding process will participate in a secondary bidding process to determine the RAP to be associated with their Short Call reserve line. These RAPs will be awarded/assigned by four-part bid status in seniority order. The awarded/assigned RAPs will be those for the first reserve available day after a Duty Free Period (DFP) or Planned Absence.

(2) The Company will publish the available RAPs for bidding for each four-part bid status.

(3) Bidding for RAPs will commence no later than the 22nd of the month prior and will close no later than 2000 HBT on the 26th day of the month.

(4) Awards will be made available no later than 1800 HBT on the 27th day of the month.

(5) No more than thirty-five percent (35%) of Short Call Reserve pilots in any four-part bid status may be awarded/assigned RAPs with start times prior to 0700 HBT.

d. Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

AA-SCANLAN-0005684

e. Except as provided for in 15.J.11.b., reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

f. Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

g. In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

h. In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.h.

i. In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

j. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.h.

k. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

| Days Available | Reserve Days | Days Available | Reserve Days |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
| | | 31 | 18 |

AA-SCANLAN-0005685

## E. Minimum Pay and Credit

1. A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

   a. Flight time pay and flight time credit actually earned.

   b. One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.5.d of this Section.

   c. One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.g. of this Section.

   The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.5.d. and C.5.g. of this Section.

   A flight which lands at a co-terminal for the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2. Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

   a. a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A 6-4]

   b. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

      (1) engine, instrument, plane, and radio test flights,

      (2) experimental and airway aid test flights,

   c. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

      (1) charter, contract, or scenic,

      (2) courtesy or publicity.

   When no flying is performed under E.2.a., E.2.b. or E.2.c. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report.

3. Miscellaneous Taxi

   a. An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi. Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

   b. A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

   c. A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

   d. A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

      (1) the on duty provisions provided under Section 15.C.5.

      (2) The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G.

      (3) The reassignment provisions of Section 15.N.

   e. The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

AA-SCANLAN-0005686

f.   Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

4.   **1:2 Pay For Scheduled Sit Times over 2 Hours**

Duty periods with scheduled sit times greater than two (2) hours shall receive one (1) minute of pay for every two (2) minutes of sit time in excess of two (2) hours. This provision applies to scheduled sit-times only (i.e. as allocated), the time is not credited and the pay only applies to the time above the first two (2) hours and will be paid in addition to any other pay earned in accordance with Section 15.E., F. or G.

## F.   Time Away From Base

1.   A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

a.   one (1) minute pay and flight time credit for each three and one-half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

b.   one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2.   For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.

## G.   Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five hours and ten minutes (5:10) flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

## H.   Application of Minimum Flight Time Pay and Flight Time Credit

1.   The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section  applies when a lineholder pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection.

2.   The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

a.   Two hours' flight time pay.  Pay under this provision shall be on the basis of rates of pay as provided in Section 4.B., or

b.   One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section.

3.   Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

a.   all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

b.   deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

AA-SCANLAN-0005687

    c.   deadheading at the pilot's request as set forth in paragraph C.5.f. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period.  [See Q&A  15-6]

Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.

4.   For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.5 below.

5.   A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6.   The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7.   The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5. 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8.   Computation of flight time pay and flight time credit applicable under  Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9.   When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10.  When a pilot performs or reports to perform flying set forth in E.2.a., E.2.b. and E.2.c. of this Section, before, during or after an on duty period involving flying not covered under E.2.a., E.2.b. or E.2.c., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

    a.   flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.a., E.2.b. or E.2.c., plus,

    b.   one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.a., E.2.b., or E.2.c., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

11.  If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading.  However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period.  [See Q&A  15-6]

## I.  Premium Pay

1.   In accordance with Section 15.L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as specified in Section 3 (total is the base rate plus fifty percent of the base rate),   including international override as applicable.

2.   Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3.   A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium

AA-SCANLAN-0005688

sequence at the premium rate. In the event the credited time of the replacement flying is greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

Example:  If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4.  A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5.  A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6.  Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7.  Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8.  Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

Example: A pilot uses sick leave for a 10 hours during the month. In the same month, the pilot picks up 12 hours of premium sequence(s)  (12 hours credit, 18 hours pay). For the purpose of calculating the net premium pay for the month, subtract the total sick hours used from the total premium hours.  In this example the pilot's premium pay for the month will be  the 12 hours of premium sequence(s) reduced by the 10 sick hours used, leaving 2 hours to be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium sequence(s).

9.  Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

10. Reassignment - if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

## J.  Reserve Flying

1.  Definitions.

   a.  Calendar Day.  For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b.  Calendar Day Block.  For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1)  One (1) calendar day block

      (2)  Two (2) calendar day block

      (3)  Three (3) calendar day block

      (4)  Four-plus (4+) calendar day block

   c.  Domicile Rest. For a Reserve pilot a rest period of 12-hours in duration commencing at the end of debrief following a sequence.

   d.  Long Call Duty. A Reserve duty status in which a Reserve pilot is contactable and available for assignments with a minimum of twelve (12) hours notice prior to sequence sign-in or RAP start time.

AA-SCANLAN-0005689

- header omitted as illegible overlap

e. Short Call Duty . A Reserve status in which a Reserve pilot is contactable and available for assignments with less than twelve (12) hours notice within the RAP they are currently assigned.

f. Reserve Group. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability, determined as follows:

    (1) One (1) day reserve

    (2) Two (2) day reserve

    (3) Three (3) day reserve

    (4) Four plus (4+) day reserve

g. Reserve Classification:

    (1) Long Call Reserve pilot

    A Long Call Reserve pilot is a pilot who was awarded a Long Call line as a part of the monthly line award process. Long Call Reserve pilots can only be assigned sequences or RAPs with a minimum of twelve (12) hours between assignment and sequence sign-in or RAP start time.

    (2) Short Call Reserve pilot

    A Short Call Reserve pilot is a pilot who was awarded a Short Call line as a part of the monthly line award process. Short Call Reserve pilots are normally assigned sequences within a RAP with less than twelve (12) hours between sequence assignment and sequence sign-in. A short call reserve pilot must be able to promptly report for an awarded or assigned sequence.

h. Must fly list. For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

i. Total Available Hours = (85 hours) - (Planned Absence Credit); includes Vacation, Training, Union Leave

j. Hours Remaining = (Total Available Hours - Hours Flown); Hours Flown includes all credited time (Pay and Credit)

AA-SCANLAN-0005690

k. **Recent Work Factor** - A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

AA-SCANLAN-0005691

l. Reserve Priority Value (RPV). For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status. The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked within the previous (five) 5 days. Specifically, the equation will be:

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

m. Verify / Verification. The term "verify" or "verification" means an action performed by the pilot, where required in this Section, whereby the Reserve pilot accesses Company provided information for the purpose of becoming aware of a scheduled sequence, RAP or rest period placed on the pilot's schedule by the Company. Pilots are not required to affirmatively respond to the Company when the verify/verification task is accomplished, however pilots are responsible for the assignment/award.

n. Contactable. The term "contactable", when used in this Section, means a Reserve pilot being available to the Company for the purpose of communicating scheduling/operational information. These communication methods include, but are not limited to electronic notification (e.g., text or email) or telephone.

2. Reserve Notification Process - Sequence / RAP / 30-Hour Rest

The following procedures describe the various responsibilities of a Reserve pilot and the Company with regard to awards, assignments, notification and verification.

a. General

To the extent possible, electronic notification and verification will be used for reserve assignments. Absent electronic notification capabilities, Crew Schedule will make first person contact for all assignments outside DOTC unless verified by other means. Awards of preferences must be verified through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

b. On a Duty Free Period (DFP) or Planned Absence

(1) A pilot has no requirement to perform any duty on a DFP or Planned Absence.

(2) Reserve pilots may voluntarily participate in DOTC for the following day while on a DFP or Planned Absence and verify assignment between 1500-1600 HBT.

Such pilots will end up with one of the following results in DOTC:

(a) Long Call Reserve pilot - Assigned/awarded a sequence for the next day, otherwise remain on Long Call for the next day.

(b) Short Call Reserve pilot - Awarded/assigned a sequence or RAP for the next day (the RAP may be other than awarded on the reserve line).

c. On a Reserve Available Day

(1) On the first reserve available day following DFP or Planned Absence:

(a) Long Call Reserve pilots will go on duty at 0001 HBT on first reserve available day.

(b) Short Call Reserve pilots will assume the RAP associated with their bid line award on first reserve available day (RAP may be changed by mutual agreement by the pilot and Crew Schedule).

(2) Following DOTC.

(a) Pilots on Reserve Duty and available for flying the next day will verify awards/ assignments between 1500 and 1600 HBT.

(b) Reserve pilots on an FAR rest period during the period between 1500 and 1600 HBT, and available for flying the next day, upon commencement of Reserve Duty will verify any awards/assignments for the next calendar day.

AA-SCANLAN-0005692

        (c) Absent an award/assignment made during DOTC for the next calendar day, a Short Call Reserve pilot in a RAP will exit that current RAP on Long Call Duty.

  (3)  A pilot on a sequence and available for flying the next day:

        (a) Upon block-in, Reserve pilots shall check their activity record for awards or assignments that are for the period following Domicile Rest.

        (b) If an assignment (sequence or RAP) has been placed on the pilot's schedule that commences after Domicile Rest the pilot is released from any duty until sign-in of the sequence or RAP start time.

        (c) If the sequence ended prior to DOTC conclusion (1500 HBT) and no next assignment (sequence or RAP) is on a pilot's schedule, that pilot's next responsibility is to:

            (i)  Verify schedule for DOTC assignment between 1500 - 1600 HBT for the next day's assignment.

            (ii)  Absent an assignment made during DOTC, the pilot will commence Long Call Duty at the end of Domicile Rest.Pilots will verify assignments made during Domicile Rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's Domicile Rest.

        (d) If the sequence ended after DOTC conclusion (1500 HBT) and no next assignment is on a pilot's schedule, that pilot will commence Long Call Duty at the end of Domicile Rest. Pilots will verify assignments made during Domicile Rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's Domicile Rest.

        (e) A Reserve pilot who completes an FDP that signed-in before and operates at least 2 hours into the WOCL (0200 - 0559 HBT) who finds no next activity placed on his/her schedule at the end of that sequence shall not be assigned a RAP starting prior to 0600 HBT time the next calendar day. The earliest sequence such pilot may be assigned shall not sign-in prior to 0800 HBT the next calendar day.

  (4)  A pilot completing training without a post-training DFP(s):

        (a) Shall receive at least ten (10) hours of post-training rest at the completion of a training program (including any required deadhead) prior to resuming Reserve Duty.

        (b) Upon completion of training or completion of post training deadhead to domicile, Reserve pilots shall check their activity record for awards or assignments that are for the period following post training rest. Such assignments:

            (i)  For a Short Call Reserve pilot - must not have a sign-in for a sequence, or have a RAP start time, earlier than ten (10) hours.

            (ii)  For a Long Call Reserve pilot - must not have a sign-in for a sequence earlier than twelve (12) hours.

        (c) If an assignment (sequence or RAP) has been placed on the pilot's schedule that commences after post-training rest, the pilot is released from any duty until sign-in of the sequence or RAP start time.

        (d) Absent an assignment the pilot will commence Long Call Duty at the end of post-training rest.

        (e) Pilots will verify assignments made during post-training rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's post-training rest.

  (5)  During Domicile Rest

    A pilot:

AA-SCANLAN-0005693

(a) will be contacted for award or assignment while in Domicile Rest. Pilot has no obligation to respond while in Domicile Rest. Crew Schedule will, at the time of any assignment/award, forward a message to the pilot.

(b) may use the preference ballot to submit preferences.

(c) if assigned a sequence or RAP while in Domicile Rest, that pilot's next duty commences at sign-in of the sequence or RAP start time.

(d) electing not to respond when on Domicile Rest will be responsible for any assignments made during Domicile Rest for which a message was forwarded.

(6) FAR required rest periods:

(a) If assigned a 30-hour rest period during reserve available days the Company will notify the pilot via:

(i) Positive contact with the pilot during a period where the pilot is on Reserve Duty, for a 30-hour rest period that will commence immediately, or

(ii) The verification process during 1500-1600, if applicable, for a rest period beginning at 1600 or later, or

(iii) Upon block-in, at the completion of a sequence, in accordance with 15.J.2.c.(3)(a) above.

(b) Notification for a 30-hour rest period will include:

(i) Commencement time of the 30 hour rest period (not retrospectively)

(ii) Duration of the rest period (can be greater than 30 hours)

(iii) Assignment or award upon completion of the 30-hour rest period, otherwise the pilot exits the 30-hour rest period on Long Call duty.

(c) Pilots on an FAR required rest period during 1500 – 1600 HBT:

(i) Short Call Reserve pilot will have been assigned/awarded, prior to the rest period, a RAP or sequence to commence at the end of required rest period, otherwise the pilot exits the rest period on Long Call Duty.

(ii) Long Call Reserve pilots on a rest period during the 1500-1600 period, and available for flying the next day:

[1] May use the Preference ballot to submit preferences.

[2] Will not be contacted for proffer, awards or assignments while in a required rest period.

[3] If a pilot is assigned a sequence or RAP, while in a required rest period, that pilot's next duty commences at sign-in of the sequence or RAP start time.

(iii) Short Call Reserve pilots available for flying after the conclusion of the 30-hour rest period, if given an assignment/award with a sign-in within their follow-on RAP, will be contacted for any awards/assignments within that RAP.

(iv) Long Call Reserve pilots available for flying after the conclusion of the 30-hour rest period, upon commencement of Reserve Duty, will verify any follow-on awards/assignments.

d. Sick Clearance for Reserve Pilots

(1) Short Call pilots must clear using first person contact with Crew Schedule.

(2) Long Call pilots may clear sick via AVRS, other electronic means or first person contact with Crew Schedule.

(3) Sick Clearance at or before 1000 HBT

(a) A Reserve pilot who clears sick prior to 1000 HBT will not be charged sick for that calendar day.

(i) Short Call Reserve pilots clearing sick:

[1] Accept that they have had an FAR required 10-hour rest period

AA-SCANLAN-0005694

immediately preceding sick clearance.

[2] Clear sick with the understanding they will be assigned:

[2.1] a RAP commencing immediately, or

[2.2] a RAP commencing no less than 10-hours after sick clearance, or

[2.3] Long Call Duty.

(ii)  Long Call pilots clearing sick commence Long Call Duty.

(4)  Sick Clearance between 1000 and 2359 HBT

(a)  A Short Call Reserve pilot shall be charged sick for that day unless assigned (by mutual agreement) a RAP commencing immediately upon sick clearance. Absent an immediate RAP assignment the Short Call pilot will:

(i)  Be assigned a RAP commencing no earlier than 1000 HBT for the following day, or

(ii)  commence Long Call Duty at 0001 HBT the following day.

(b)  A Long Call Reserve pilot will be charged sick for that calendar day unless awarded (by mutual agreement):

(i)  a sequence commencing the same calendar day.

(ii)  Long Call Duty for the remainder of the calendar day.

If not assigned in accordance with (b) above, a Long Call Reserve pilot will commence Long Call Duty at 0001 the next reserve available day.

3.  Reserve Assignment.

a.  General

(1)  Reserve assignments made during DOTC will be available for verification no later than 1500 HBT.

(2)  The reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's reserve classification and days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences.

(3)  Sequences awarded or assigned at least twelve (12) hours in advance of sequence sign-in will be made to Long Call Reserve pilots. Short Call Reserve pilots can be awarded or assigned a sequence more than twelve (12) hours in advance but only in the case where there is no Long Call Reserve pilot available to be assigned such sequence. See c. below.

(4)  Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h.. When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

b.  Reserve assignment will be made as follows:

The assignment process begins with the one (1) calendar day block. Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below.  After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below.  For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

(1)  If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list.  A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score.  Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

AA-SCANLAN-0005695

(a) If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

(b) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

(c) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

(d) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2) If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

(3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

(c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible. All remaining uncovered open time sequences will be dropped to the next block.

AA-SCANLAN-0005696

(e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1). (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

c. The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed. In the event open time sequences still remain, Crew Schedule may:

(1) re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process, or

(2) resolve the remaining open time sequences utilizing Short Call Reserve pilots via the steps described in b.(1) through b.(3) above.

d. The assigned reserve pilots will be notified pursuant to Section 15.J.2.a. above, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

e. Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest.

f. Reserve pilots in their last day of reserve availability prior to a DFP or planned absence will not have a RAP assigned that commences after 1000 HBT. Reserve pilots may, however, be awarded a RAP commencing after 1000 HBT.

g. A Short Call Reserve pilot who is not assigned a RAP defaults to Long Call Duty for the purpose of being assigned a RAP with 12 hours notice.

4. Long Call to Short Call Duty Conversion

a. The Company may convert a Long Call Reserve pilot to Short Call Duty with the following provisions:

(1) Each conversion shall be for a single RAP.

(2) All conversions require, at a minimum, 12 hours notice prior to commencement of a RAP.

(a) Pilots converted to a RAP during DOTC will remain on Long Call Duty until twelve (12) hours prior to the commencement of the RAP.

(b) Pilots converted to Short Call Duty outside of DOTC are released until the commencement of the RAP.

(3) Long Call Reserve pilots converted to Short Call Duty during DOTC (1000 – 1500 HBT) will be awarded/assigned a RAP commencing no earlier than 0300 HBT the next day.

(4) Long Call Reserve pilots may use their Reserve Preference Ballot (RPB) (or future equivalent) to preference for Short Call Duty conversion award.

(5) The Company may award / assign Long Call Reserve to Short Call Duty conversions considering the pilot's Reserve Group (days of availability).

(a) Long Call Reserve to Short Call Duty award will be made by Reserve Group using seniority order.

(b) Long Call Reserve to Short Call Duty assignment will be made by Reserve Group in inverse seniority order.

(6) A Long Call Reserve pilot may be assigned to Short Call Duty no more than five (5) times per contractual month. There is no limit to the number of times a Long Call Reserve pilot may be awarded Short Call Duty.

(7) Each time that a Long Call Reserve pilot is converted to Short Call Duty will generate thirty (30) minutes of pay, no credit, to be paid above the greater of guarantee or PPROJ for each RAP assigned/awarded. (see Q&A 15-4, 15-34, 15-35)

AA-SCANLAN-0005697

5. A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ). Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a. & b.).

6. Release of Reserve Pilots upon Assignment

   - except as provided for in Section 4.C.5 the following will apply:

   a. Pilots awarded trips that originate during their current RAP shall be released until sign-in.

   b. A Reserve pilot in a RAP, who is awarded/assigned a sequence that commences more than 12 hours in the future, shall remain on call in the current RAP until the end of the current RAP, but not later than 12 hours prior to sign in for the awarded/assigned sequence. If a Short Call Reserve pilot was assigned a RAP for the next day and was subsequently assigned a sequence (with at least 12 hours notice), that pilot's next duty day commences upon sign-in of the sequence. Any pre-existing RAP is removed for that next day.

   c. A Long Call Reserve pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in.

   d. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

      (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

      (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

      (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

7. Release from Current RAP

   Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours unless released earlier in accordance with Section 15.C.5.a(6)(d) above. (If on last Reserve available day see below.) Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

8. Release of Reserve Pilots preceding any DFP or other Planned Absence

   a. Pilots on Short Call Duty in their last day of reserve availability, who have not been assigned a sequence in that RAP will be automatically released from any responsibility for further duty in the current RAP six (6) hours after commencement of the RAP.

   b. Pilots on Long Call Duty in their last day of reserve availability, who have not been assigned a sequence by 1000 HBT will be automatically released from any responsibility for further duty at 1000 HBT.

9. Reserve Flying on Days Off

   a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

10. Reserve Proficiency Flying

    a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A 6-2]

    b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

    c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

AA-SCANLAN-0005698

11. Reserve Duty Free Periods

   a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

   b. Must Have DFPs for Reserve pilots are golden DFPs awarded during the monthly Line Construction process. Each pilot may designate, during the monthly bidding process, Must Have DFPs. Must Have DFPs are subject to the following requirements and conditions:

      (1) No more than four (4) Must Have DFPs may be awarded to a pilot per calendar year.

      (2) Must Have DFPs may be split any way the pilot chooses (four individual days, all 4 together, 2/1/1, 2/2, etc.).

      (3) Must Have DFPs may not be awarded which create illegalities.

      (4) Must Have DFP awards may not reduce the number of Reserve pilots available on a particular day, in a given bid status, below the Company-designated minimum number of Reserve pilots required.

      (5) Except to meet the requirements of (4) above, Must Have Days are awarded without regard to seniority.

      (6)  Must Have DFPs are included in the Reserve pilot's normal monthly DFPs as specified in 15.D.4.f.

      (7) This functionality may not be in the first release of PBS.

      (8) Must Have DFPs may not be awarded on the following "blackout" dates:

         (a) Dec 31 – 2 January

         (b) Friday – Monday of Super Bowl Weekend

         (c) Thurs – Monday of Easter Weekend

         (d) July 3 – 5

         (e) Tues – Monday of Thanksgiving Week

         (f)  December 24 – 26

         (g) Sat – Tues of Federal Holiday Weekends

   c. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination.

   d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

   e. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

   f. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f.  This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot. (Q&A #'s 66, 114, 120)

   g. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

   h. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A 15-17)

   i. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment.   When such temporary assignment is for more than one (1) trip or trip

AA-SCANLAN-0005699

sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base. Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

j. Golden DFP. A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training. A golden DFP may be moved only with the consent of the reserve pilot. (Q&A #54)

k. Moveable DFP. The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

    (1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

    (2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

    (3) A reserve pilot shall be given notice no later than 1000 HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

    (4) If a sequence becomes available after 1000 HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

    (5) Each movable DFP may only be moved once during a contractual month.

    (6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence. However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

        (a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

        (b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

12. DFP Trades.

a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

b. Movable DFPs may not be traded.

c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

e. The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

f. The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

g. The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

## K. Fatigue Events

1. General

a. This Section K applies to all pilots. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed

AA-SCANLAN-0005700

for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

b.  The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

c.  The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2.  Definitions and Functions

a.  Fatigue Risk Analysis Team (FRAT):

The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company.  The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

b.  Fatigue Event Review Team (FERT):

The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company.  The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review.  The FERT will make every attempt to reach a consensus.  If a consensus cannot be reached, then the Chief Pilot of Line Operations or his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

c.  Fatigue Review Committee (FRC):

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures.  The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

d.  Memorandum of Understanding (MOU):

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3.  Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

a.  Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

b.  Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

c.  All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

d.  The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

AA-SCANLAN-0005701

e. Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

f. Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

g. PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

h. When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

i. Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4. Reserve Pilots - On Call

a. When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

b. Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

c. At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5. All Pilots - Mid-Sequence Fatigue

a. Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

(1) Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

(2) Deadhead the pilot to base following the completion of a rest period.

(3) Following rest, assign the pilot to any portion of the original sequence.

(4) Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

b. Any assignment other than the above four options shall be considered a reassignment.

c. The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to equivalent flying within the footprint of the original sequence.

d. An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

e. The pilot shall not be contacted during the rest period except for delay or cancellation information.

f. The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

AA-SCANLAN-0005702

6. All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

 a. Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

 b. If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

 c. Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

 (1) Any portion of the original sequence for regularly scheduled pilots.

 (2) Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

 d. Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

 e. Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7. Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

 a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

 b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

 c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

## L. Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time - Basic Rules

 a. 08:00 home base time (HBT) - sick removals and sequences placed into open time.

 b. 10:00 HBT - Begin Filling of Open Time for any open flying for the next day.

 c. A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

AA-SCANLAN-0005703

d. Unless a Reserve pilot is the only QLA pilot, Reserve pilots awarded/assigned FDPs will be buffered with thirty (30) minutes from FAR 117 FDP limitations measured from the beginning of a pilot's scheduled RAP if on Short Call Duty, or from the sequence sign-in if on Long Call Duty. This provision may be waived with pilot consent.

e. To the extent possible the Filling of Open Time should be completed no later than 1500 HBT however, the intent is to complete DOTC by 1300 HBT, or earlier. In accordance with Section 15.J.2, reserve assignments made during DOTC will be available for verification no later than 1500 HBT

Note: The times in 3.a., b., and d. may be modified by mutual agreement between the Company and the JSC.

4. Filling of Open Time - Order

a. Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

b. Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs. DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

(1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

c. Pick-up in Base

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division , including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced. [See Q&A 15-33]

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

d. Pick-up out of Base

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on, into or out of a DFP. DFP will not be replaced.

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

(5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

e. At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

f. Reserve Assignment/Award

(1) Long Call Reserve Pilots

Sequences awarded or assigned at least twelve (12) hours in advance of sequence sign-in will be made to Long Call Reserve pilots except as provided for in (b) below.

(a) The Company shall select, at its option, one or more of the following categories in (i) through (vi) below. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f. From this single pool of

pilots, reserve assignments/awards will be prioritized in the following order: Block, RPV and Seniority in accordance with Section 15.J.3.

    (i)  In Division, assign to a reserve without a DFP conflict.

    (ii)  In opposite Division, award to a reserve without a DFP conflict.

    (iii)  In opposite Division, assign to a reserve without a DFP conflict. If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

    (iv)  In Division, assign to a reserve flying into a DFP (up to 1200 HBT).

  (b)  Short Call Reserve pilots may be awarded or assigned a sequence more than twelve (12) hours in advance as follows:

    (i)  If there is no Long Call Reserve pilot available to be assigned such sequence.

    (ii)  In such case the Short Call Reserve pilot(s) will be selected based on RPV and shall be included in the single pool described in Section 15.L.4.f.(1).(a).

 (2)  Sequences with less than 12 hours until sign-in will be awarded/assigned to pilots on Short Call Duty.

  (a)  The Company shall select, at its option, one or more of the following categories in (i) through (vi) below. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.(2).(a). From this single pool of pilots, reserve assignments/awards will be prioritized in the following order: Block, RPV and Seniority in accordance with Section 15.J.3.

    (i)  In Division, assign to a reserve without a DFP conflict.

    (ii)  In opposite Division, award to a reserve without a DFP conflict.

    (iii)  In opposite Division, assign to a reserve without a DFP conflict. If an International reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

    (iv)  In Division, assign to a reserve flying into a DFP (up to 1200 HBT).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

  g.  Company option to use a CKA, Flight Test or Management pilot.

  h.  Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

5.  Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

6.  At Company option, the filling of open time processes in 4. above may be bypassed to permit a qualified and legal pilot, who is in position, to be awarded an open time segment(s). Such pilot will be paid, but not credited for the greater of scheduled or actual for the segment(s) actually flown. When the company avails itself of this option, a sequence must be created which would have otherwise resolved the open segment(s) and be awarded, or assigned, to a pilot via the processes of 4. above. The pilot who is awarded, or assigned, such created sequence shall be displaced from such sequence and will be paid and credited for the value of the created sequence.

7.  General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

  a.  Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement. However, in accordance with Section 5.I., scheduled flying, or actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying. [See Q&A #9, #13, 15-2]

  b.  In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-

AA-SCANLAN-0005705

up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ). [See Q&A #117]

    c. Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

    d. Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced. [See Q&A 15-31]

    e. Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

    f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)

  8. Crew Schedule Errors

    a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.C.

    b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of a seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

  1. Full Month Temporary Assignment Within a Base

    a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

    b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

    c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

    d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

      (1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

      (2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up. However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

      (3) A hotel room at Company expense during the assignment within the following parameters:

        (a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

AA-SCANLAN-0005706

(b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence. For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

e. In the event a pilot in the International Division is assigned to the Domestic Division as provided in paragraph c. above, the Domestic Sequences performed by such pilot shall be paid at International rates of pay.

f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

(1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

(2) if not filled per (1) above, in system seniority to all pilots.

g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

d. In the event a pilot in the International Division pilot is assigned to the Domestic Division as provided in paragraph c. above, the Domestic Sequences performed by such pilot shall be paid at International rates of pay.

e. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

f. The number of vacancies which may be filled under paragraph M.2. shall not be limited.

g. Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

h. Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

3. Vacancy Obligation

a. In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

AA-SCANLAN-0005707

b. Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4. Less Than a Full Month Temporary Assignment Between Bases

a. During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

(1) For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

(2) For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

b. The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

c. Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

d. The number of temporary assignments permitted under paragraph M.4. shall not be limited.

e. Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

f. Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5. Temporary Duty - One Trip Sequence Only

a. When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of not more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

b. Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered. Such pilots shall be covered under the provisions of Section 15.E., 15.F. and 15.G. from the time they leave their base until they return to their base.

c. Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

d. The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6. Limitations On Temporary Assignments

A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7. Temporary Duty Assigned - Deadheading

a. Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

b. If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

AA-SCANLAN-0005708

c. If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

    (1) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

    (2) The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

    (3) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

    (4) The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

d. Options for TDY Deadheads.

    (1) A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day.  In such case:

        (a) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

        (b) The pilot shall be provided a hotel room.

        (c) The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

        (d) The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

    (2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order to be available for additional flying.

    (3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day.  In such case:

        (a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

        (b) The pilot shall be provided a hotel room.

        (c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e. A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead.  A double deadhead is defined as:

    (1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

    (2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead. If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the

AA-SCANLAN-0005709

deadhead to report to/from the TDY base. In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

    f.   In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

    g.   In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

8.   Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

## N. Reassignments

1.   Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e. [See Q&A 142]

2.   A pilot reassigned shall be paid and credited the greater of;

    a.   the value of the original sequence, or

    b.   the value of the reassignment sequence.

3.   In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

    a.   pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

    b.   Any additional flight time pay and credit associated with paragraphs E.,F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4.   A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) or the Company Limit on Voluntary Flying, if applicable, shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX, or the Company Limit on Voluntary Flying, if applicable (which shall not be cumulative with the payment in Section 15.N.3).

5.   A pilot who was reassigned above his IMAX or the Company Limit on Voluntary Flying, if applicable, will have his credited projection (PROJ) reduced to or below his IMAX or the Company Limit on Voluntary Flying, if applicable, in accordance with the following:

    a.   Remove the pilot with pay, but no credit, from one or more whole sequences.

    b.   Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

    c.   Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

    d.   When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

AA-SCANLAN-0005710

e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

## O. Substitution of Equipment

Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

## P. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:

   a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)

   b. Comply with FAR/CBA/Qualification Limitations

      (1) Legalities based upon FAR 117

      (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS

   c. Trip Trade System acts as an agent to complete the following types of trades:

      (1) Multiple pilot trades

      (2) Conditional (if then ballot)

      (3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)

   d. The capability for pilots to execute manual trades.

   e. A preference ballot which will:

      (1) Contain pilot preferences for trip trades, drops and pick-ups;

      (2) Be updatable at any time.

   f. Reviewable reporting with transparency

   g. Communication

      (1) Variable mediums (email, text messaging, phone)

      (2) Robust (automated phone contact)

   h. TTS will run on a schedule mutually agreed to by the Association and the Company.

AA-SCANLAN-0005711

4. The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5. Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6. Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7. Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time)

## Q. Section 15 Questions and Answers

15-1. Q. *At what time is a pilot legal to report for a pick-up sequence following displacement?*

A. (1) If the pilot was displaced from a Domestic Sequence it is legal to report 15 minutes after the scheduled arrival of the trip from which displaced.

(2) If the pilot was displaced from an International Sequence it is legal to report 30 minutes after the scheduled arrival of the trip from which displaced.

15-2. Q. *When removed from a trip sequence, under what circumstances does a pilot not have to be "paper legal"?*

A. A pilot relieved from flying duties shall not assume the legality of a sequence(s) from which removed for the purpose of F.A.R. limitations or rest provisions of the Agreement except when deadheading to base earlier than scheduled in accordance with Section 15.C.5.f and 15.H.11. (removal code RA/AA).

If a pilot performs flying following the sequence from which removed under this provision, the actual on-duty period may not begin until after the scheduled debrief time associated with the sequence from which removed.

In the event that a pilot performs flying prior to the sequence from which removed under this provision, the debrief period associated with such sequence must be scheduled to be completed prior to the scheduled sign-in associated with the sequence from which removed.

15-3. Q. *May the thirty minute (:30) report for deadhead be extended as a result of an operational necessity?*

A. Yes, with proper notification, pilots may be required to report in excess of thirty minutes (:30) and the on-duty period shall be adjusted accordingly.

15-4. Q. *A Long Call Reserve pilot is converted to Short Call Reserve Duty and assigned a RAP. During the RAP the pilot is assigned/awarded a sequence. Is this pilot still entitled to the 30 minutes (:30) of conversion pay?*

A. Yes. The conversion pay is paid above the greater of guarantee or PPROJ for each RAP assigned/awarded and cannot be offset by the assigned/awarded sequence.

15-5. Q. *What is the required debrief for an International Division pilot at the completion of a Domestic Sequence?*

A. The required debrief is fifteen (15) minutes.

AA-SCANLAN-0005712

15-6. Q. If a pilot is scheduled to fly out and deadhead back on a turn-around basis, is the pilot paid the original duty period if permission is requested to return on an earlier or later flight?

A. Yes. Section 15.H.11. applies.

15-7. Q. What is the guarantee of a reserve pilot returning from a leave of absence effective on the twenty-fifth (25th) day of a thirty (30) day contractual month?

A. The pilot has 6 days remaining in the contractual month. According to the chart in Section 15.D.3.q, this pilot will receive four (4) days of reserve availability and two (2) days of duty-free periods. Each day of Reserve availability is valued at 4:03 per day for a Long Call Reserve pilot and 4:13 per day for a Short Call Reserve pilot. This pilot's guarantee will be:

(1) 16:12 (4:03 times 4 days) for a Long Call Reserve, or

(2) 16:52 (4:13 times 4 days) for a Short Call Reserve.

Note: A reserve pilot with no previously awarded Reserve line returns from a leave of absence as a Long Call Reserve pilot.

15-8. Q. May the Company displace and assign reserve pilots for qualification purposes, e.g., take-offs and landings, line check, and Hit Cities when they are not the junior reserve available?

A. Yes

15-9. Q. Can the Company assign a reserve pilot to fly over the monthly maximum of eighty-five (85:00) hours PROJ?

A. No. The Company may not assign a reserve pilot to exceed the monthly maximum (85:00) based on the pilot's PROJ.

15-10. Q. What is the maximum number of hours that a reserve pilot can be awarded for flying on his days off?

A. A reserve pilot may be awarded flying on days off up to the lesser of

(a) the pilot's IMAX or,

(b) the Company Limit on Voluntary Flying, if applicable.

However, the Company retains the option to restrict a reserve pilot's flying on days off in order to preserve the ability of a reserve pilot to be assigned 85:00 hours of flying on his actual reserve available days.

The following examples show how reserve flying on days off is counted against the 85:00 hour reserve assignment maximum.

Example 1.: The Company has placed a 90:00 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15:00 hour credited sequence entirely on days off. The 15:00 hour pick-up sequence is treated as follows:

(1) 15:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

(2) The first 5 hours of the sequence is attributed to the difference between the 85:00 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts against the 85:00 hour reserve assignment maximum.

Example 2.: The Company has no Company Voluntary Limit and the pilot's IMAX is 98:00. The reserve pilot picks-up a 10:00 hour credited sequence entirely on days off. The 10:00 hour pick-up sequence is treated as follows:

(1) 10:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

AA-SCANLAN-0005713

(2) All 10:00 hours of the sequence falls between the 13:00 hour difference between the 85:00 hour reserve assignment maximum and the 98:00 hour IMAX. The Company retains full access to the 85:00 hour reserve assignment maximum.

Note: In this example 2, should the pilot subsequently acquire additional flying on days off, the first 3:00 hours of the additional flying would not count against the Company's ability to assign reserve flying. The flying above 3:00 hours would count against the 85:00 hour assignment maximum.

15-11.  Q. *Prior to the implementation of the new Reserve Assignment System, which pilots are considered when forming variance groups in accordance with Section 18.G.6.d.?*

A.  All reserve pilots in the four part bid status are considered for the purpose of forming variance groups. Once variance groups are formed only qualified, legal and available (QLA) reserves are eligible for coverage of open time, short call or long call assignments.

15-12.  Q. *What is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves?*

A.  Prior to implementation of the new Reserve Assignment System, when a reserve pilot is the senior pilot in the appropriate variance group, legal and available for open flying and such pilot is denied such open flying in order to be available to cover a future trip shown on the open time list, such reserve pilot shall receive flight time pay and credit for the scheduled flight time of the trip sequence denied, including applicable credits, or flight time pay and credit for the future trip sequence, if flown, whichever is greater.  In all cases, the future trip on the open flying list is still open flying and must be proffered to pilots by Variance Group and GTD during the normal time period for the filling of such open trip.

15-13.  Q. *If a reserve pilot is bypassed for an open trip sequence but does other flying on the days the bypassed sequence was scheduled to operate, does the other flying affect the pilot's GTD credit or reduce the amount of time to be added to the reserve pilot's pay projection (PPROJ) at the end of the month?*

A.  The entire scheduled value of the bypassed trip sequence is always added to the reserve pilot's pay projection (PPROJ) at the end of the month, regardless of other flying, whether by proffer or by assignment, which the reserve may have performed on the days the bypassed sequence was scheduled to operate.  Any time in the PPROJ above the monthly maximum will be placed in the pilot's CPA at one for one.  If the pilot's actual flight time worked was more than was credited on the days the bypassed trip was scheduled to operate, the additional flight time worked is also added to the pilot's GTD.

15-14.  Q. *Reserved*

15-15.  Q. *Can a reserve pilot be assigned a trip that originates after 2400 but terminates prior to noon on the first day of a forty-eight (48)?*

A.  No. The flight must originate prior to 2400.

15-16.  Q. *A reserve pilot is available for only one day because of a duty free period that starts at midnight. To what length trip could this pilot be assigned?*

A.  In this case, the reserve pilot could only be assigned a trip that was scheduled to terminate at the pilot's crew base no later than midnight. However, if no other pilots were available, the above pilot could be assigned a trip that flew the pilot into the duty free period, as long as it returns the pilot to the pilot's crew base no later than 1200 local base time on the first day of the duty free period. No pilot can be assigned to fly into a duty free period as long as there is a pilot available that can be assigned the trip and not flown into their duty free period. A pilot can only be assigned to fly into two (2) duty free periods per month.

AA-SCANLAN-0005714

15-17. Q. *When is a reserve pilot who completes a Domestic Sequence legal again if such pilot is scheduled and arrives at 0300 the first day of a 72 hour duty-free period which is scheduled in the current month?*

A. 0300 + 0:15 debrief + 12 hours + 72 hours.

15-18. Q. *Reserved*

15-19. Q. *How is a "Short Notice" open sequence awarded/assigned?*

A. When an open sequence is considered a "Short Notice" assignment, Crew Schedule will first identify and contact the appropriate QLA Reserve pilot on Short Call Duty in accordance with the reserve assignment process to establish the time needed for final notification in order to make the scheduled departure of the sequence. During this designated established period of time until final notification, Crew Schedule will proffer the open sequence per the rules of Section 15.L (Filling of Open Flying Time) to as many pilots as possible until reaching the notification deadline of the identified reserve pilot.

15-20. Q. *May a reserve pilot move a Duty Free Period (DFP)?*

A. A reserve pilot's DFP's may be moved by mutual consent between the pilot and the Company in any combination.

15-21. Q. *How does the Company schedule a free standing 24 hour DFP for a reserve pilot?*

A. The bid sheet cannot include a free standing 24 hour DFP for a reserve pilot. Once the month begins, the Company may either (1) move a moveable DFP and place it contiguous to an existing DFP leaving 24 hours of the original DFP as a stand alone 24, or (2) move a moveable 24 and place it as a free standing 24 leaving a minimum of 48 hours in the original DFP. In no case may the Company create more than one free standing 24 hour DFP in any one contractual month by the movement of moveable DFP's.

15-22. Q. *Can the Company schedule a normal duty free period (DFP), or a moveable DFP, contiguous to the beginning of a reserve pilot's golden DFP?*

A. Yes. However, a normal DFP scheduled contiguous to a golden DFP must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the normal DFP. A moveable DFP can be scheduled contiguous to a golden DFP, or contiguous to a normal DFP which is contiguous to a golden DFP. A moveable DFP scheduled this way can be moved in accordance with Section 15.D.2.c. However, if the moveable DFP is not moved, it too must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the moveable DFP. Once the month begins a moveable DFP can be moved and placed contiguous to a golden DFP, in which case it must also be treated the same as the golden DFP.

15-23. Q. *Can a pilot trade a golden DFP?*

A. Yes. However:

A golden DFP that is traded contiguous to a normal or moveable DFP reverts to a normal DFP.

An entire golden DFP that is traded for a normal DFP will no longer be considered a golden DFP and the normal DFP received will revert to a golden DFP unless it is contiguous to a normal or moveable DFP.

A portion of a golden DFP that is traded will no longer be considered a golden DFP unless the trade is for another golden DFP and is not contiguous to a normal or moveable DFP.

AA-SCANLAN-0005715

15-24.  Q.  *A pilot in pick-up is eligible for a trip that requires a supervisory pilot but due to Company requirement (not FAR) is denied such trip due to lack of availability of a supervisory pilot. Is the pilot entitled to pay and credit for the trip?*

A.  No, a pilot must be qualified legal and available in order to be awarded a trip in pick-up.

15-25.  Q.  *A pilot on reserve needing a twenty-five hour (25:00) line check with a supervisory pilot is bypassed for an open trip due to the unavailability of a supervisory pilot. Is the reserve entitled to pay and credit for the trip?*

A.  No.

15-26.  Q.  *May the Company schedule regular layovers (off-duty periods) of less than 10 hours?*

A.  No. In accordance with Section 7.A.5.b., all regularly scheduled layovers (off-duty periods) must be no less than ten (10) hours plus one (1) hour reporting and fifteen (15) minutes debriefing (11 hours 15 minutes -- 11 hours 30 minutes International)

15-27.  Q.  *Is a pilot allowed to use pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying when retiring on the 25th or should the month be prorated?*

A.  Yes, the pilot may pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying.

15-28.  Q.  *A pilot in pick-up was proffered and awarded a trip sequence via the Daily Open Time Coverage (DOTC) process. The pilot subsequently advised the Company he/she was sick and would not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?*

A.  No. A pilot removed from a trip sequence due to an illness will only be paid for sequences acquired via a PBS line award, SEP, TTS or a trip-trade with another pilot.

15-29.  Q.  *Is a pilot (pick-up or reserve) who is qualified, legal and available in the current contractual month entitled to proffer a sequence that will create a conflict with scheduled recurrent or requalification training consisting of six (6) days or less?*

A.  Yes. The pilot must be paper legal, in accordance with Section 5.I., for the awarded sequence in conjunction with the first (1st) scheduled sequence in the next contractual month. The Company will have the option to reschedule the training or remove and pay the pilot for the fly through trip sequence. If the training is moved, the pilot will be paid for the sequence(s) actually flown or displaced from, if applicable.

15-30.  Q.  *A pilot in pick-up proffered and was awarded a trip sequence. Such pilot reported and signed in for the pick-up sequence. Prior to departure of the first (1st) flight of the sequence, the pilot advises the Company he/she is sick and will not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?*

A.  Yes. A pilot is considered on duty one (1) hour prior to the scheduled or rescheduled departure time of the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time of a deadhead flight. Once a regular scheduled pilot commences a duty period and is unable to fly due to an illness, such pilot is entitled to the pay of this pick-up sequence.

15-31.  Q.  *Is a regularly scheduled pilot entitled to open time for the next day's flying if the pilot arrives at base and is scheduled for a forty-eight (48) on arrival?*

A.  Yes, provided the pilot changes or drops such duty-free period before the start of DOTC. After the start of DOTC the pilot must contact Crew Schedule to be eligible for remaining open time.

AA-SCANLAN-0005716

15-32.   Q.   *Reserved*

15-33.   Q.   *May a pilot in the International Division accept a proffer of open time in the Domestic Division or vice-versa? How would the pilot be paid?*

A.   Yes, provided the pilot's PROJ would not exceed the lower of that pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status, if applicable. The pilot would be paid at their hourly base pay rate plus International override for flying actually performed when applicable.

15-34.   Q.   *If a Long Call Reserve pilot does not exceed his guarantee of 73:00 hours for the month, and was converted from Long Call Duty to Short Call Duty three times during the month, how would the conversion pay be applied?*

A.   The conversion pay of one hour thirty minutes (30 minutes for each conversion) is added to the guarantee.

15-35.   Q.   *If a Long Call Reserve pilot exceeds his guarantee of 73:00 hours for the month, and was converted from Long Call Duty to Short Call Duty twice during the month, how would the conversion pay be applied?*

A.   The conversion pay of one hour (30 minutes for each conversion) is added to the PPROJ.

15-36.   Q.   *May a pilot trade a trip if it would increase the pilot's Projection (PROJ) over the pilot's IMAX or the Company Limit on Voluntary Flying for the month?*

A.   No, a pilot may not trade a trip if the trade would result in the pilot exceeding the lower of his/her 1.) IMAX or 2.) the Company Limit on Voluntary Flying for the month.

15-37.   Q.   *May a pilot in the International Division trade sequences within a contractual month with a pilot in the Domestic Division and vice versa?*

A.   Yes, within category, provided the pilots are QLA and the trade does not result in either pilot's PROJ exceeding the lower of the pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status. Such trades are limited to pilot-to-pilot trades only.

15-38.   Q.   *I attempt to travel to work. I am unable to make my departure time. Am I covered by the Commuter Policy?*

A.   Yes.

15-39.   Q.   *Reserved*

15-40.   Q.   *Does pay and credit apply to delays at stations where deicing is performed on the gate (Miscellaneous Code 59)?*

A.   No.  However, at those stations where Company aircraft are being deiced at a location other than the gate, pay and credit is applied to cover delays at the gate awaiting pushback, powerback or taxiout due to aircraft or vehicular traffic congestion at the deicing location by filing a Miscellaneous Code 59 through ACARS.

15-41.   Q.   *Prior to the implementation of PBS, how does the Company determine a trip selection award commensurate with seniority when a pilot fails to submit a trip selection preference for a given month or fails to submit a trip selection preference containing a sufficient number of selections (bids)?*

A.   In this event, the Company will utilize the trip selection preferences of the next most senior pilot in the appropriate bid status who has already been awarded a trip selection, and continue the awarding process from the point of the more senior pilot's award until such time as the more junior pilot is awarded a trip selection.  If the more junior pilot is

AA-SCANLAN-0005717

unable to be awarded a trip selection (other than reserve) after exhausting all of the more senior pilots' preferences, such pilot will be awarded:

-The highest paying trip selection available.

-A vacation relief selection.

-A second round trip selection which is available.

-A reserve trip selection.

15-42.  Q.  at is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves after the implementation of the new Reserve Assignment System?

A.  Reserve pilot assignments will be handled in accordance with Section 15.L.4.f.


AGREED TO UNDERSTANDINGS OF THE BASIC AGREEMENT


A.        FUEL LANDING


When a landing for fuel is required for the operation of a Domestic Sequence, and such landing is pre-planned in the flight release prior to the departure of the crew from a station, the additional time of such fuel landing shall not be considered a reassignment under the provisions of Section 15.N. However, if such assignment causes a pilot's PROJ to exceed the lower of that pilot's IMAX or the Limit on Voluntary Flying, such excess time created as a result of the fuel landing will be paid to such pilot at the rate of one and one-half (1-1/2) minutes for each one (1) minute.


B.        DEADHEAD - FIRST AVAILABLE


If a pilot is canceled or misconnects away from base, and is legal and available to deadhead to his base on the next AA flight operating, but no space is available on such flight, and as a result of a later deadhead is illegal for his next regularly scheduled sequence, such pilot shall be protected under Section 15.N. only for the sequence missed.

AA-SCANLAN-0005718

# SECTION 26

## AMENDMENTS TO AGREEMENT,
## EFFECT ON PRIOR AGREEMENTS,
## AND DURATION

## A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

## B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

## C. Duration

This Agreement shall become effective on January 30, 2015, except as otherwise stated herein, and shall continue in full force and effect until January 1, 2020, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least thirty (30) days prior to January 1, 2020, or January 1 of any subsequent year.

## D. Early Opener

If written notice is provided by either party at least thirty (30) days prior to January 1, 2019, the parties agree to commence negotiations in January 2019, in accordance with Section 6, Title I, of the Railway Labor Act, as amended.


IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the 30th day of January, 2015.

WITNESS:


FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THE ALLIED PILOTS ASSOCIATION          FOR AMERICAN AIRLINES, INC.



/signed/_____          /signed/ _____
Captain Keith Wilson                     Paul Jones
President                                Senior Vice President & General Counsel

AA-SCANLAN-0005765

/signed/_____
Norman G. Miller
Negotiating Committee Chairman

/signed/ _____
Beth Holdren
Managing Director Labor Relations, Flight

/signed/_____
Charles Hairston
Director, Pilot Contract Negotiations

/signed/_____
Todd Jewett
Senior Manager Labor Relations, Flight

/signed/_____
David C. Brown
Negotiating Committee Member

/signed/_____
Keith Austin
Manager, Labor Relations, Flight

/signed/_____
Dean Colello
Negotiating Committee Member

/signed/_____
James Eaton
Senior Manager - Pilot Negotiations

/signed/_____
Carrie Giles
Negotiating Committee Member

/signed/_____
Lyle Hogg
Vice President, Flight Operations, US Airways Inc.

/signed/_____
Ken Holmes
Negotiating Committee Member

/signed/_____
Brian Smith
Negotiating Committee Member

/signed/_____
Jeff Thurstin
Negotiating Committee Member

AA-SCANLAN-0005766

# EXHIBIT C

MERGER TRANSITION AGREEMENT (MTA)

between

AMERICAN AIRLINES, INC

and

THE AIRLINE PILOTS

in the service of

AMERICAN AIRLINES, INC.

as represented by the

ALLIED PILOTS ASSOCIATION

EFFECTIVE: DECEMBER 09, 2013

AA-SCANLAN-0003261

# SECTION 2

## DEFINITIONS

### A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

### B. Bid Lines

1. "Bid line" means any monthly regular or reserve flying assignment.

### C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply.

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30 (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – September 30th | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December 1st | 31 |
| December | December 2nd – December 31st | 30 |

### D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

### E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

AA-SCANLAN-0003284

## F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

## G. Company date

In most cases it is the same as your <XREF>date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

## H. Co-terminals as used in this Agreement shall mean:

1. Kennedy/Newark/LaGuardia

2. Midway/O'Hare

3. Dallas/Fort Worth International Airport/Love Field

4. Washington/Dulles International

5. Tampa/St. Petersburg

6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

## I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B.

## J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with SECTION 15 Hours of Service.

## K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

## L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

## M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

AA-SCANLAN-0003285

## N. Domicile

A common location where a group of pilots are based.

## O. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

## P. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later.  (30 minutes for International trip sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

## Q. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

## R. Flight Time

1. Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2. Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

## S. Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

## T. Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

## U. [Reserved]

## V. Last Trip of the Month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

AA-SCANLAN-0003286

## W. Management pilot

A pilot who occupies a management position in the Flight Department.

## X. Midnight cutoff

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

## Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105,15-39 ]

## Z. Night Flying

Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

## AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

## BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly, gross weight, mileage and, if applicable, international override pay.

## CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in SECTION 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (SECTION 4), apportionment pay (Section 6.C.2.)

## DD. Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

## EE. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer obligated for such trip. The displacing pilot assumes the obligation to cover the displaced pilot's trip. (See Q&A #28)

## FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence. The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

AA-SCANLAN-0003287

## GG. Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

## HH. Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight to base" is the flight(s) that arrives at the base the earliest. The flight(s) may be direct or indirect.

## II. Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

## JJ. Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| Los Angeles | Ontario (ONT) / Santa Ana (SNA) / Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

## KK. Schedule

"Schedule" means the operating schedule used by the Company in its operations.

## LL. Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

## MM. Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

## NN. Sick if needed

A reserve pilot who is sick may call and so notify the Company. The pilot will not be charged sick leave until such pilot is assigned to fly. At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

AA-SCANLAN-0003288

## OO. Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status. In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process. Once in the new bid status, pilots will use their own seniority number. The pilot is subject to a lock-in per Section 17L.

## PP. Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot. Crewmember is paid schedule for displacement plus greater of schedule/actual time flown. If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

## QQ. Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of SUPPLEMENT O, or may be appointed to a supervisory position during the course of the month.

## RR. 32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period. This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.J.13.j.

## SS. Section 2 Question and Answers

2-1. Q.   *Is the pay and credit associated with a midnight cut-off considered to be "fly-through" time?*

A.   Yes

AA-SCANLAN-0003289

# SECTION 5

## PAY AND CREDIT
## PILOT RELIEVED OF FLYING DUTIES

### A. Pay - General  [See Q&A 15-28, 15-30]

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement,

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

### B. Pay - Regularly Scheduled Pilot  [See Q&A 15-28, 15-30]

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E ,15.F and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A 6-21, 15-2]

### C. Pay - Reserve Pilot

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one-eighteenth ($1/18^{th}$) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than:
   a. seventy-three (73:00) hours of pay for a Long Call Reserve line, or
   b. seventy-six (76:00) hours of pay for a Short Call Reserve line
   at the pilot's base hourly rate.

### D. Unpaid Absences

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one-eighteenth (1/18th) for each day of reserve availability missed.

### E. Credit - Regularly Scheduled Pilot

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

### F. Credit - Reserve Pilot

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-eighteenth ($1/18^{th}$) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed:

### G. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

AA-SCANLAN-0003317

## H.  Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of Section 11.

## I.  Paper Legality

1.  A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C., unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.5.f. and 15.H.11. (removal code RA-AA) [See Q&A  6-21,  15-2]

2.  A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C.

AA-SCANLAN-0003318

# SECTION 11

# LEAVES OF ABSENCE

## A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

## B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored. Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

## C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

## D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty. A leave of absence for sickness or injury shall not commence until after a pilot has exhausted

AA-SCANLAN-0003353

accrued sick leave credits provided under Section l0 of this Agreement.  Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years.  Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

## E. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification

   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.

      (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.

   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question.

7. Vacation

   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled).  The rescheduled vacation must be taken within the current vacation fiscal year.

      (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and

      (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

   | Military Duty Dates | Scheduled VC | Rescheduled VC |
   |---|---|---|
   | Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
   | | Jan. AB & Mar. A | Mar. A to Aug. B |
   | | Jan. ABC | Jan. C to Aug. B |
   | Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |

AA-SCANLAN-0003354

| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

(1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

(2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

(3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

(4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

AA-SCANLAN-0003355

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

# F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Pilot Retirement Plan and the Company Group Insurance Plan, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

# G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

# H. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0003356

## I. Section 11 Questions and Answers

11-1. Q. Reserved

11-2. Q. Is a reserve pilot's guarantee reduced if a pilot changes his military leave request after trip selections close that result in a decrease of reserve availability?

A. A reserve pilot who changes a military leave request after trip selections close will have his/her guarantee reduced for each additional day of reserve availability missed. Such pilot's guarantee will not be reduced for any additional day of reserve availability missed for which the pilot has offset by moving a DFP to cover.

11-3. Q. In order to receive the pay guarantees of Section 11.E.8 is a pilot required to verify the military service in question, and if so what type of verification is required?

A. If a pilot satisfies the conditions of Section 11.E.8.a, verification is not required. With respect to the pay guarantee in Section 11.E.8.c, the Company reserves the right to request verification in connection with military leave of absence. Upon request by the Company, an individual pilot must verify the specific military service for which the pilot received the pay guarantee under Section 11.E.8.c. A Leave and Earnings Statement, DD-214 or an endorsed copy of orders are each examples of sufficient verification for this purpose.

AA-SCANLAN-0003357

# SECTION 15

# HOURS OF SERVICE and WORK RULES

**Table of Contents**

15.A General

15.B Notification

15.C Flight Time and Duty Time Limits

15.D Line Construction

15.E Minimum Pay and Credit

15.F. Time Away From Base

15.G Duty Period - Average and Minimum

15.H. Application of Minimum Flight Time Pay and Flight Time Credit

15.I Premium Pay

15.J Reserve Flying

15.K Fatigue Events

15.L Filling of Open Time

15.M Temporary Assignment/Temporary Duty

15.N Reassignments

15.O Substitution of Equipment

15.P Trip Trade System (TTS)

## A. General

1. Joint Scheduling Committee

   a. The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC). The JSC may evaluate and make recommendations concerning:

      (1) Sequence construction, generation, and review;

      (2) Bid line awards;

      (3) Training bids and awards;

      (4) Reserve line awards, staffing and utilization;

      (5) Trip Trade System (TTS) and trip trades with open time;

      (6) Vacations;

      (7) Block hour adjustment;

      (8) PBS line construction parameters;

      (9) Domicile and Home Base block hour allocations by equipment; and

      (10) Fatigue mitigation recommendations from the FRC; and

      (11) Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

AA-SCANLAN-0003375

b. The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c. Data Access

(1) The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

(2) It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

d. Meetings

(1) Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

(2) The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

(3) The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

(1) Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

(2) The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

(3) The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2. Periodic Review of Forecast Accuracy

The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section 17.F.1.d. of the Agreement.

3. Preferential Bidding System (PBS)

a. At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

b. Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

c. The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

d. All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

(1) known absences;

(2) bid preferences;

AA-SCANLAN-0003376

        (3) seniority.

4. Preferential Bidding System Working Group (PWG)

    a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

        (1) Company Members:  Managing Director of Operations Planning or equivalent and two additional Company representatives;

        (2) Association Members:  APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

        (3) Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

    b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

    c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

        (1) In the first six months after PBS implementation, the PWG will meet at least monthly;

        (2) In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

        (3) Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

    d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

## B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances.  At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. Reserve pilots are responsible for being contactable while on Short or Long Call Duty, and are expected to respond to Crew Schedule without unreasonable delay.

5. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

6. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

7. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

8. Pursuant to protecting a pilot's sleep, calls between 0000 and 0700 to inform a pilot of an assignment, delay or cancellation of an assigned flight should be made as late as possible.

AA-SCANLAN-0003377

The intent is to avoid interrupting rest with telephone calls that can be made at a different time.

9. Recording of Phone Calls

   a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

   b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

   c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

   d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

   e. The Company shall retain the recorded phone calls for a period of ninety (90) days. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved.

   f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

   g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

   h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

## C. Flight Time and Duty Time Limits

1. Monthly Maximums

   a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

   b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The Company Limit on Voluntary Flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

   a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

      (2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

      (3) The number that remains is the current month's IMAX.

   b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N. and 15.I

AA-SCANLAN-0003378

c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

   a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This limit will never be less than that particular bid status' MALV + 7 hours.

   b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

   a. Reserve pilots can be assigned flying up to eighty-five (85) hours. Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

   b. Flying on a reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a reserve pilot a sequence that would exceed the limit, the time in excess of the limit will go towards the assignment maximum.

   Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

   (1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

   (2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

   a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the following exceptions:

   (1) The determination of on duty periods shall be based on home base time (HBT).

   (2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

   (3) Flights with a scheduled block time of greater than sixteen (16) hours will be scheduled with a crew complement of two (2) Captains and two (2) First Officers. The Company is not required to crew two (2) Captains and two (2) First Officers for flights with scheduled block times of less than or equal to 16:00 hours in instances where the flight plan exceeds 16:00 hours.

   (4) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

   (5) Delays while on layover in the Long Haul environment

   The Company may notify crews on layovers prior to:

   (a) scheduled transoceanic international flights, or

   (b) flights to or from Hawaii and Alaska, or

   (c) flights to or from destinations south of Equator,

   of departure delays via the following procedures:

   (i) At anytime prior to ten (10) hours before originally scheduled sign-in time the Company may notify the crew of the delayed departure time permitting the commencement of a new ten (10) hour rest period (twelve (12) hours rest period if the rescheduled departure time would cause the FDP to sign-in before and operate into the WOCL) and corresponding new FDP based on the delayed departure time.

AA-SCANLAN-0003379

      (ii) If within ten (10) hours of the originally scheduled sign-in time, the Company is made aware of a departure delay, the Company may notify the layover crew of a departure delay provided the notification is made no later than two (2) hours before originally scheduled hotel departure time by:

          [1] Silent insertion of delay note under hotel room door and/or silent operation of message waiting light in hotel room.

          [2] Adjustment of any scheduled wake-up calls commensurate with the amount of the delay.

          [3] This notification will qualify for the use of the FAR 117 short call reserve RAP/FDP provisions to provide a larger duty window within which to complete the flight by placing the pilot in a RAP starting at the originally scheduled sign-in time.

          [4] The steps in [1] and [2] above should be accomplished as soon as possible after Company becomes aware of the delay so as to maximize crew rest.

(6) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

    (a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

    (b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

      Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

    (c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

    (d) When shifting to an earlier RAP as a result of DOTC processing, a Short Call Reserve pilot, during the verification process between 1500-1600 HBT, will:

      (i) verify their current RAP's adjusted completion time and commencement time of a RAP (if any) for the following day.

      (ii) be released from the current RAP at the adjusted completion time in order to provide a minimum of ten (10) hours rest prior to commencement of the follow-on RAP.

    (e) The shifting limits do not apply following a DFP or other planned absence.

(7) Upon completion of a sequence, which includes debrief, Reserve pilots shall have a 12-hour Domicile Rest period.

b.  A pilot shall not remain on duty beyond the limitations of paragraph a. above.

c.  In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

d.  A pilot's scheduled or rescheduled on duty period shall commence:

(1) One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International sequences. [See Q&A 15-3, 15-4, 15-5]

AA-SCANLAN-0003380

(2) Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

e. The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

f. A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base. [See Q&A 15-6]

g. In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

h. If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

i. The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6. Required 30 Hour Rest Period Placement

Required 30 hour rest periods on a Duty Free Period (DFP) will be positioned to end at the later of:

a. the end of the DFP, or

b. the beginning of the pre-assigned RAP, if applicable, following the DFP.

7. Fly Through Time

Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

8. No pilot shall be assigned any duty with the Company during any rest period.

9. Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during flight time.

10. Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

11. Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the Captain elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed, and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

12. The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require an FAR required rest period.

13. Maximum Flight Time Pay and Flight Time Credit

a. Except as set forth in H.10. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

b. A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in

AA-SCANLAN-0003381

this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

    c.  The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over. In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

# D. Line Construction

    1.  General

        a.  Lines will be built for each monthly bid period using a Preferential Bidding System (PBS). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

        b.  The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

            (1)  For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

            (2)  For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

            (3)  Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

        c.  The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II - V. The LCW may be modified by mutual agreement of the parties.

        d.  The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

            (1)  For Group I aircraft ………………….. 74 and 86 credited hours

            (2)  For Groups II through V aircraft ……. 74 and 82 credited hours

        e.  The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

            (1)  Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

            (2)  For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the

AA-SCANLAN-0003382

Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

(3) The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

f. Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

g. A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

2. Continuing Qualification Training - Bidding and Awarding

a. Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

b. CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3. Line Construction - Bidding and Awarding

a. Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned. Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

b. The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

c. Available sequences for bidding may include planned charters, ferries and extra sections.

d. The Company will not post sequences that would require a pilot to possess dual qualifications.

e. Sequences identified as domestic will contain flying assignments allocated to the domestic division only.

f. Sequences identified as international will contain flying assignments allocated to the international division only, except that domestic sequences may be included in the International Division only as necessary to meet

(1) a particular month MALV, or

(2) to provide opportunities to maintain currency, or

(3) to minimize TDY's, or

(4) guidelines agreed to by the Joint Scheduling Committee.

g. The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of Section 15.N.

h. A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the month prior, except when unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

AA-SCANLAN-0003383

i. With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

j. Sequences will be awarded / assigned in the PBS line construction process.

k. Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

l. Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

m. A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

n. A pilot will not be awarded flying during designated OE days.

o. A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.h. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

p. Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

(1) Fly through time from the current bid period.

(2) Known Planned Absences for the upcoming bid period and future bid period.

(3) Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

(4) Qualification and Continuing Qualification training days.

(5) Operating Experience Status - estimated completion date.

(6) Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

(7) Additional information as determined by the PBS Committee.

q. Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |
| 25 | 9 | 10 | 4 |

AA-SCANLAN-0003384

| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
|    |   | 1 | 1 |

r.  A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid. In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

s.  A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

t.  A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4. Reserve Lines - Bidding and Awarding

a.  Long Call Reserve Lines

   (1) Long Call reserve lines will represent, at a minimum, twenty percent (20%) of all reserve lines awarded in a particular four-part bid status for a contractual month.

b.  Short Call Reserve Lines

   (1) Short Call reserve lines will represent, at a minimum, thirty percent (30%) of all reserve lines awarded in a particular four-part bid status for a contractual month.

c.  Monthly Short Call RAP bidding

   (1) Pilots awarded a Short Call reserve line in the primary monthly bidding process will participate in a secondary bidding process to determine the RAP to be associated with their Short Call reserve line. These RAPs will be awarded/assigned by four-part bid status in seniority order. The awarded/assigned RAPs will be those for the first reserve available day after a Duty Free Period (DFP) or Planned Absence.

   (2) The Company will publish the available RAPs for bidding for each four-part bid status.

   (3) Bidding for RAPs will commence no later than the 22nd of the month prior and will close no later than 2000 HBT on the 26th day of the month.

   (4) Awards will be made available no later than 1800 HBT on the 27th day of the month.

   (5) No more than thirty-five percent (35%) of Short Call Reserve pilots in any four-part bid status may be awarded/assigned RAPs with start times prior to 0700 HBT.

d.  Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

e.  Reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

AA-SCANLAN-0003385

f. Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

g. In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

h. In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.h.

i. In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

j. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.h.

k. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

| Days Available | Reserve Days | Days Available | Reserve Days |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
| | | 31 | 18 |

## E. Minimum Pay and Credit

1. A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

   a. Flight time pay and flight time credit actually earned.

AA-SCANLAN-0003386

b. One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.5.d of this Section.

c. One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.g. of this Section.

The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.5.d. and C.5.g. of this Section.

A flight which lands at a co-terminal of the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2. Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

a. a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A 6-4]

b. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

(1) engine, instrument, plane, and radio test flights,

(2) experimental and airway aid test flights,

c. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

(1) charter, contract, or scenic,

(2) courtesy or publicity.

When no flying is performed under E.2.a., E.2.b. or E.2.c. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report, at day rates.

3. Miscellaneous Taxi

a. An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi. Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

b. A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

c. A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

d. A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

(1) the on duty provisions provided under Section 15.C.5.

(2) The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G.

(3) The reassignment provisions of Section 15.N.

e. The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

f. Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

4. 1:2 Pay For Scheduled Sit Times over 2 Hours

Duty periods with scheduled sit times greater than two (2) hours shall receive one (1) minute of pay for every two (2) minutes of sit time in excess of two (2) hours. This provision applies

AA-SCANLAN-0003387

to scheduled sit-times only (i.e. as allocated), the time is not credited and the pay only applies to the time above the first two (2) hours and will be paid in addition to any other pay earned in accordance with Section 15.E., F. or G.

## F. Time Away From Base

1. A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

   a. one (1) minute pay and flight time credit for each three and one-half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

   b. one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

   The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2. For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.

## G. Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five (5) hours flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

## H. Application of Minimum Flight Time Pay and Flight Time Credit

1. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section  applies when a lineholder pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection.

2. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

   a. Two (2) hours' flight time pay.  Pay under this provision shall be on the basis of day rates of pay as provided in Section 4.B., or

   b. One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section.

3. Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

   a. all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

   b. deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

   c. deadheading at the pilot's request as set forth in paragraph C.5.f. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period.  [See Q&A  15-6]

   Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.

AA-SCANLAN-0003388

4. For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.5 below.

5. A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6. The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7. The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5, 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8. Computation of flight time pay and flight time credit applicable under Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9. When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

   In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10. When a pilot performs or reports to perform flying set forth in E.2.a., E.2.b. and E.2.c. of this Section, before, during or after an on duty period involving flying not covered under E.2.a., E.2.b. or E.2.c., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

   a. flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.a., E.2.b. or E.2.c., plus,

   b. one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.a., E.2.b., or E.2.c., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

11. If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading. However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period. [See Q&A 15-6]

## I. Premium Pay

1. In accordance with Section 15.L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as specified in Section 3 (total is the base rate plus fifty percent of the base rate), including international override as applicable.

2. Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3. A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium sequence at the premium rate. In the event the credited time of the replacement flying is

AA-SCANLAN-0003389

greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

Example: If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4. A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5. A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6. Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7. Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8. Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

Example: A pilot uses sick leave for a 10 hours during the month. In the same month, the pilot picks up 12 hours of premium sequence(s) (12 hours credit, 18 hours pay). For the purpose of calculating the net premium pay for the month, subtract the total sick hours used from the total premium hours. In this example the pilot's premium pay for the month will be the 12 hours of premium sequence(s) reduced by the 10 sick hours used, leaving 2 hours to be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium sequence(s).

9. Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

10. Reassignment - if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

## J. Reserve Flying

1. Definitions.

   a. Calendar Day. For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b. Calendar Day Block. For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1) One (1) calendar day block

      (2) Two (2) calendar day block

      (3) Three (3) calendar day block

      (4) Four-plus (4+) calendar day block

   c. Domicile Rest. For a Reserve pilot a rest period of 12-hours in duration commencing at the end of debrief following a sequence.

   d. Long Call Duty. A Reserve duty status in which a Reserve pilot is contactable and available for assignments with a minimum of twelve (12) hours notice prior to sequence sign-in or RAP start time.

AA-SCANLAN-0003390

e.  Short Call Duty . A Reserve status in which a Reserve pilot is contactable and available for assignments with less than twelve (12) hours notice within the RAP they are currently assigned.

f.  Reserve Group. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability, determined as follows:

(1)  One (1) day reserve

(2)  Two (2) day reserve

(3)  Three (3) day reserve

(4)  Four plus (4+) day reserve

g.  Reserve Classification:

(1)  Long Call Reserve pilot

A Long Call Reserve pilot is a pilot who was awarded a Long Call line as a part of the monthly line award process. Long Call Reserve pilots can only be assigned sequences or RAPs with a minimum of twelve (12) hours between assignment and sequence sign-in or RAP start time.

(2)  Short Call Reserve pilot

A Short Call Reserve pilot is a pilot who was awarded a Short Call line as a part of the monthly line award process. Short Call Reserve pilots are normally assigned sequences within a RAP with less than twelve (12) hours between sequence assignment and sequence sign-in.

h.  Must fly list. For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

i.  Total Available Hours = (85 hours) - (Planned Absence Credit); includes Vacation, Training, Union Leave

j.  Hours Remaining = (Total Available Hours - Hours Flown); Hours Flown includes all credited time (Pay and Credit)

AA-SCANLAN-0003391

k.  Recent Work Factor - A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

AA-SCANLAN-0003392

l.   Reserve Priority Value (RPV). For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status. The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked within the previous (five) 5 days. Specifically, the equation will be:

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

m.   Verify / Verification. The term "verify" or "verification" means an action performed by the pilot, where required in this Section, whereby the Reserve pilot accesses Company provided information for the purpose of becoming aware of a scheduled sequence, RAP or rest period placed on the pilot's schedule by the Company. Pilots are not required to affirmatively respond to the Company when the verify/verification task is accomplished, however pilots are responsible for the assignment/award.

n.   Contactable. The term "contactable", when used in this Section, means a Reserve pilot being available to the Company for the purpose of communicating scheduling/operational information. These communication methods include, but are not limited to electronic notification (e.g., text or email) or telephone.

2.   Reserve Notification Process - Sequence / RAP / 30-Hour Rest

The following procedures describe the various responsibilities of a Reserve pilot and the Company with regard to awards, assignments, notification and verification.

a.   General

To the extent possible, electronic notification and verification will be used for reserve assignments. Absent electronic notification capabilities, Crew Schedule will make first person contact for all assignments outside DOTC unless verified by other means. Awards of preferences must be verified through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

b.   On a Duty Free Period (DFP) or Planned Absence

(1)   A pilot has no requirement to perform any duty on a DFP or Planned Absence.

(2)   Reserve pilots may voluntarily participate in DOTC for the following day while on a DFP or Planned Absence and verify assignment between 1500-1600 HBT.

Such pilots will end up with one of the following results in DOTC:

(a)   Long Call Reserve pilot - Assigned/awarded a sequence for the next day, otherwise remain on Long Call for the next day.

(b)   Short Call Reserve pilot - Awarded/assigned a sequence or RAP for the next day (the RAP may be other than awarded on the reserve line).

c.   On a Reserve Available Day

(1)   On the first reserve available day following DFP or Planned Absence:

(a)   Long Call Reserve pilots will go on duty at 0001 HBT on first reserve available day.

(b)   Short Call Reserve pilots will assume the RAP associated with their bid line award on first reserve available day (RAP may be changed by mutual agreement by the pilot and Crew Schedule).

(2)   Following DOTC.

(a)   Pilots on Reserve Duty and available for flying the next day will verify awards/ assignments between 1500 and 1600 HBT.

(b)   Reserve pilots on an FAR rest period during the period between 1500 and 1600 HBT, and available for flying the next day, upon commencement of Reserve Duty will verify any awards/assignments for the next calendar day.

AA-SCANLAN-0003393

    (c) Absent an award/assignment made during DOTC for the next calendar day, a Short Call Reserve pilot in a RAP will exit that current RAP on Long Call Duty.

(3)  A pilot on a sequence and available for flying the next day:

    (a) Upon block-in, Reserve pilots shall check their activity record for awards or assignments that are for the period following Domicile Rest.

    (b) If an assignment (sequence or RAP) has been placed on the pilot's schedule that commences after Domicile Rest the pilot is released from any duty until sign-in of the sequence or RAP start time.

    (c) If the sequence ended prior to DOTC conclusion (1500 HBT) and no next assignment (sequence or RAP) is on a pilot's schedule, that pilot's next responsibility is to:

        (i)  Verify schedule for DOTC assignment between 1500 - 1600 HBT for the next day's assignment.

        (ii) Absent an assignment made during DOTC, the pilot will commence Long Call Duty at the end of Domicile Rest.Pilots will verify assignments made during Domicile Rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's Domicile Rest.

    (d) If the sequence ended after DOTC conclusion (1500 HBT) and no next assignment is on a pilot's schedule, that pilot will commence Long Call Duty at the end of Domicile Rest. Pilots will verify assignments made during Domicile Rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's Domicile Rest.

    (e) A Reserve pilot who completes an FDP that signed-in before and operates at least 2 hours into the WOCL (0200 - 0559 HBT) who finds no next activity placed on his/her schedule at the end of that sequence shall not be assigned a RAP starting prior to 0600 HBT time the next calendar day. The earliest sequence such pilot may be assigned shall not sign-in prior to 0800 HBT the next calendar day.

(4) A pilot completing training without a post-training DFP(s):

    (a) Shall receive at least ten (10) hours of post-training rest at the completion of a training program (including any required deadhead) prior to resuming Reserve Duty.

    (b) Upon completion of training or completion of post training deadhead to domicile, Reserve pilots shall check their activity record for awards or assignments that are for the period following post training rest. Such assignments:

        (i)  For a Short Call Reserve pilot - must not have a sign-in for a sequence, or have a RAP start time, earlier than ten (10) hours.

        (ii) For a Long Call Reserve pilot - must not have a sign-in for a sequence earlier than twelve (12) hours.

    (c) If an assignment (sequence or RAP) has been placed on the pilot's schedule that commences after post-training rest, the pilot is released from any duty until sign-in of the sequence or RAP start time.

    (d) Absent an assignment the pilot will commence Long Call Duty at the end of post-training rest.

    (e) Pilots will verify assignments made during post-training rest upon commencement of Long Call Duty. Such assignments must not sign-in for a sequence, or have a RAP start time, earlier than twelve (12) hours after the end of the pilot's post-training rest.

(5) During Domicile Rest

    A pilot:

AA-SCANLAN-0003394

(a) will be contacted for award or assignment while in Domicile Rest. Pilot has no obligation to respond while in Domicile Rest. Crew Schedule will, at the time of any assignment/award, forward a message to the pilot.

(b) may use the preference ballot to submit preferences.

(c) if assigned a sequence or RAP while in Domicile Rest, that pilot's next duty commences at sign-in of the sequence or RAP start time.

(d) electing not to respond when on Domicile Rest will be responsible for any assignments made during Domicile Rest for which a message was forwarded.

(6) FAR required rest periods:

(a) If assigned a 30-hour rest period during reserve available days the Company will notify the pilot via:

(i) Positive contact with the pilot during a period where the pilot is on Reserve Duty, for a 30-hour rest period that will commence immediately, or

(ii) The verification process during 1500-1600, if applicable, for a rest period beginning at 1600 or later, or

(iii) Upon block-in, at the completion of a sequence, in accordance with 15.J.2.c.(3)(a) above.

(b) Notification for a 30-hour rest period will include:

(i) Commencement time of the 30 hour rest period (not retrospectively)

(ii) Duration of the rest period (can be greater than 30 hours)

(iii) Assignment or award upon completion of the 30-hour rest period, otherwise the pilot exits the 30-hour rest period on Long Call Duty.

(c) Pilots on an FAR required rest period during 1500 – 1600 HBT:

(i) Short Call Reserve pilot will have been assigned/awarded, prior to the rest period, a RAP or sequence to commence at the end of required rest period, otherwise the pilot exits the rest period on Long Call Duty.

(ii) Long Call Reserve pilots on a rest period during the 1500-1600 period, and available for flying the next day:

[1] May use the Preference ballot to submit preferences.

[2] Will not be contacted for proffer, awards or assignments while in a required rest period.

[3] If a pilot is assigned a sequence or RAP, while in a required rest period, that pilot's next duty commences at sign-in of the sequence or RAP start time.

(iii) Short Call Reserve pilots available for flying after the conclusion of the 30-hour rest period, if given an assignment/award with a sign-in within their follow-on RAP, will be contacted for any awards/assignments within that RAP.

(iv) Long Call Reserve pilots available for flying after the conclusion of the 30-hour rest period, upon commencement of Reserve Duty, will verify any follow-on awards/assignments.

d. Sick Clearance for Reserve Pilots

(1) Short Call pilots must clear using first person contact with Crew Schedule.

(2) Long Call pilots may clear sick via AVRS, other electronic means or first person contact with Crew Schedule.

(3) Sick Clearance at or before 1000 HBT

(a) A Reserve pilot who clears sick prior to 1000 HBT will not be charged sick for that calendar day.

(i) Short Call Reserve pilots clearing sick:

[1] Accept that they have had an FAR required 10-hour rest period

AA-SCANLAN-0003395

immediately preceding sick clearance.

[2] Clear sick with the understanding they will be assigned:

[2.1] a RAP commencing immediately, or

[2.2] a RAP commencing no less than 10-hours after sick clearance, or

[2.3] Long Call Duty.

(ii) Long Call pilots clearing sick commence Long Call Duty.

(4) Sick Clearance between 1000 and 2359 HBT

(a) A Short Call Reserve pilot shall be charged sick for that day unless assigned (by mutual agreement) a RAP commencing immediately upon sick clearance. Absent an immediate RAP assignment the Short Call pilot will:

(i) Be assigned a RAP commencing no earlier than 1000 HBT for the following day, or

(ii) commence Long Call Duty at 0001 HBT the following day.

(b) A Long Call Reserve pilot will be charged sick for that calendar day unless awarded (by mutual agreement):

(i) a sequence commencing the same calendar day.

(ii) Long Call Duty for the remainder of the calendar day.

If not assigned in accordance with (b) above, a Long Call Reserve pilot will commence Long Call Duty at 0001 the next reserve available day.

3. Reserve Assignment.

a. General

(1) Reserve assignments made during DOTC will be available for verification no later than 1500 HBT.

(2) The reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's reserve classification and days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences.

(3) Sequences awarded or assigned at least twelve (12) hours in advance of sequence sign-in will be made to Long Call Reserve pilots. Short Call Reserve pilots can be awarded or assigned a sequence more than twelve (12) hours in advance but only in the case where there is no Long Call Reserve pilot available to be assigned such sequence. See c. below.

(4) Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h.. When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

b. Reserve assignment will be made as follows:

The assignment process begins with the one (1) calendar day block. Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below. After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below. For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

(1) If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list. A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score. Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

AA-SCANLAN-0003396

(a) If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

(b) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

(c) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

(d) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2) If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

(3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

(c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible. All remaining uncovered open time sequences will be dropped to the next block.

AA-SCANLAN-0003397

(e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1). (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

c. The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed. In the event open time sequences still remain, Crew Schedule may:

(1) re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process, or

(2) resolve the remaining open time sequences utilizing Short Call Reserve pilots via the steps described in b.(1) through b.(3) above.

d. The assigned reserve pilots will be notified pursuant to Section 15.J.2.a. above, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

e. Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest.

f. Reserve pilots in their last day of reserve availability prior to a DFP or planned absence will not have a RAP assigned that commences after 1000 HBT. Reserve pilots may, however, be awarded a RAP commencing after 1000 HBT.

g. A Short Call Reserve pilot who is not assigned a RAP defaults to Long Call Duty for the purpose of being assigned a RAP with 12 hours notice.

4. Long Call to Short Call Duty Conversion

a. The Company may convert a Long Call Reserve pilot to Short Call Duty with the following provisions:

(1) Each conversion shall be for a single RAP.

(2) All conversions require, at a minimum, 12 hours notice prior to commencement of a RAP.

(a) Pilots converted to a RAP during DOTC will remain on Long Call Duty until twelve (12) hours prior to the commencement of the RAP.

(b) Pilots converted to Short Call Duty outside of DOTC are released until the commencement of the RAP.

(3) Long Call Reserve pilots converted to Short Call Duty during DOTC (1000 – 1500 HBT) will be awarded/assigned a RAP commencing no earlier than 0300 HBT the next day.

(4) Long Call Reserve pilots may use their Reserve Preference Ballot (RPB) (or future equivalent) to preference for Short Call Duty conversion award.

(5) The Company may award / assign Long Call Reserve to Short Call Duty conversions considering the pilot's Reserve Group (days of availability).

(a) Long Call Reserve to Short Call Duty award will be made by Reserve Group using seniority order.

(b) Long Call Reserve to Short Call Duty assignment will be made by Reserve Group in inverse seniority order.

(6) A Long Call Reserve pilot may be assigned to Short Call Duty no more than five (5) times per contractual month. There is no limit to the number of times a Long Call Reserve pilot may be awarded Short Call Duty.

(7) Each time that a Long Call Reserve pilot is converted to Short Call Duty will generate thirty (30) minutes of pay, no credit, to be paid above the greater of guarantee or PPROJ for each RAP assigned/awarded. (see Q&A 15-4, 15-34, 15-35)

AA-SCANLAN-0003398

5. A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ). Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a. & b.).

6. Release of Reserve Pilots upon Assignment

   - except as provided for in Section 4.C.5 the following will apply:

   a. Pilots awarded trips that originate during their current RAP shall be released until sign-in.

   b. A Reserve pilot in a RAP, who is awarded/assigned a sequence that commences more than 12 hours in the future, shall remain on call in the current RAP until the end of the current RAP, but not later than 12 hours prior to sign in for the awarded/assigned sequence. If a Short Call Reserve pilot was assigned a RAP for the next day and was subsequently assigned a sequence (with at least 12 hours notice), that pilot's next duty day commences upon sign-in of the sequence. Any pre-existing RAP is removed for that next day.

   c. A Long Call Reserve pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in.

   d. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

      (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

      (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

      (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

7. Release from Current RAP

   Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours unless released earlier in accordance with Section 15.C.5.a(6)(d) above. (If on last Reserve available day see below.) Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

8. Release of Reserve Pilots preceding any DFP or other Planned Absence

   a. Pilots on Short Call Duty in their last day of reserve availability, who have not been assigned a sequence in that RAP will be automatically released from any responsibility for further duty in the current RAP six (6) hours after commencement of the RAP.

   b. Pilots on Long Call Duty in their last day of reserve availability, who have not been assigned a sequence by 1000 HBT will be automatically released from any responsibility for further duty at 1000 HBT.

9. Reserve Flying on Days Off

   a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

10. Reserve Proficiency Flying

    a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A 6-2]

    b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

    c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

AA-SCANLAN-0003399

11. Reserve Duty Free Periods

a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

b. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination

c. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

e. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f.  This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot. (Q&A #'s 66, 114, 120)

f. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

g. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A 15-17)

h. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment.  When such temporary assignment is for more than one (1) trip or trip sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base.  Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

i. Golden DFP.  A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training.  A golden DFP may be moved only with the consent of the reserve pilot.  (Q&A #54)

j. Moveable DFP.  The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

(1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

(2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

(3) A reserve pilot shall be given notice no later than 1000 HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

(4) If a sequence becomes available after 1000 HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

(5) Each movable DFP may only be moved once during a contractual month.

(6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence. However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

(a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

AA-SCANLAN-0003400

      (b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

12. DFP Trades.

  a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

  b. Movable DFPs may not be traded.

  c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

  d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

  e. The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

  f. The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

  g. The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

## K. Fatigue Events

1. General

  a. This Section K applies to all Domestic and International pilots, both lineholders and reserves. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

  b. The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

  c. The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2. Definitions and Functions

  a. Fatigue Risk Analysis Team (FRAT):

  The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company. The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

  b. Fatigue Event Review Team (FERT):

  The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company. The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review. The FERT will make every attempt to reach a consensus. If a consensus cannot be reached, then the Chief Pilot of Line Operations or

AA-SCANLAN-0003401

his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

  c.  **Fatigue Review Committee (FRC):**

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures. The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

  d.  **Memorandum of Understanding (MOU):**

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3. Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

  a.  Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

  b.  Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

  c.  All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

  d.  The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

  e.  Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

  f.  Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

  g.  PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

  h.  When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

  i.  Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4. Reserve Pilots - On Call

  a.  When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

  b.  Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

  c.  At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5. All Pilots - Mid-Sequence Fatigue

  a.  Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

    (1) Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

AA-SCANLAN-0003402

      (2) Deadhead the pilot to base following the completion of a rest period.

      (3) Following rest, assign the pilot to any portion of the original sequence.

      (4) Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

  b. Any assignment other than the above four options shall be considered a reassignment.

  c. The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to equivalent flying within the footprint of the original sequence.

  d. An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

  e. The pilot shall not be contacted during the rest period except for delay or cancellation information.

  f. The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

6. All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

  a. Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

  b. If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

  c. Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

      (1) Any portion of the original sequence for regularly scheduled pilots.

      (2) Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

  d. Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

  e. Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7. Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

  a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or

AA-SCANLAN-0003403

information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

## L. Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time - Basic Rules

   a. 08:00 home base time (HBT) - sick removals and sequences placed into open time.

   b. 10:00 HBT - Begin Filling of Open Time for any open flying for the next day.

   c. A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

   d. To the extent possible the Filling of Open Time should be completed no later than 1500 HBT however, the intent is to complete DOTC by 1300 HBT, or earlier. In accordance with Section 15.J.2, reserve assignments made during DOTC will be available for verification no later than 1500 HBT

   Note: The times in 3.a., b., and d. may be modified by mutual agreement between the Company and the JSC.

4. Filling of Open Time - Order

   a. Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

   b. Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs. DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

      (1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

   c. Pick-up in Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced. [See Q&A 15-33]

      (3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

      (4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

   d. Pick-up out of Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

AA-SCANLAN-0003404

(2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

(5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

e.  At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

f.  Reserve Assignment/Award

(1) Long Call Reserve Pilots

Sequences awarded or assigned at least twelve (12) hours in advance of sequence sign-in will be made to Long Call Reserve pilots except as provided for in (b) below.

(a) The Company shall select, at its option, one or more of the following categories in (i) through (vi) below. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f. From this single pool of pilots, reserve assignments/awards will be prioritized in the following order:  Block, RPV and Seniority in accordance with Section 15.J.3.

(i)  In Division, assign to a reserve without a DFP conflict.

(ii)  In opposite Division, award to a reserve without a DFP conflict.

(iii) In Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(iv) In opposite Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(v)  In opposite Division, assign to a reserve without a DFP conflict. If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(vi) In Division, assign to a reserve flying into a DFP (up to 1200 HBT).

(b) Short Call Reserve pilots may be awarded or assigned a sequence more than twelve (12) hours in advance as follows:

(i)  If there is no Long Call Reserve pilot available to be assigned such sequence.

(ii)  In such case the Short Call Reserve pilot(s) will be selected based on RPV and shall be included in the single pool described in Section 15.L.4.f.(1).(a).

(2) Sequences with less than 12 hours until sign-in will be awarded/assigned to pilots on Short Call Duty.

(a) The Company shall select, at its option, one or more of the following categories in (i) through (vi) below. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.(2).(a). From this single pool of pilots, reserve assignments/awards will be prioritized in the following order: Block, RPV and Seniority in accordance with Section 15.J.3.

(i)  In Division, assign to a reserve without a DFP conflict.

(ii)  In opposite Division, award to a reserve without a DFP conflict.

(iii) In Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced)

(iv) In opposite Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

AA-SCANLAN-0003405

(v) In opposite Division, assign to a reserve without a DFP conflict. If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(vi) In Division, assign to a reserve flying into a DFP (up to 1200 HBT).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

g. Company option to use a CKA, Flight Test or Management pilot.

h. Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

i. Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

5. General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

a. Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement. However, in accordance with Section 5.I., scheduled flying, not actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying. [See Q&A #9, #13, 15-2]

b. In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ). [See Q&A #117]

c. Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

d. Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced. [See Q&A 15-31]

e. Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)

6. Crew Schedule Errors

a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.C.

b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of a seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

1. Full Month Temporary Assignment Within a Base

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

AA-SCANLAN-0003406

b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

(1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

(2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up. However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

(3) A hotel room at Company expense during the assignment within the following parameters:

(a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

(b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence. For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

e. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

(1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

(2) if not filled per (1) above, in system seniority to all pilots.

g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid

AA-SCANLAN-0003407

status.  A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

d.  In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

e.  If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

f.  The number of vacancies which may be filled under paragraph M.2. shall not be limited.

g.  Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

h.  Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

3.  Vacancy Obligation

a.  In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

b.  Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4.  Less Than a Full Month Temporary Assignment Between Bases

a.  During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

(1)  For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

(2)  For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

b.  The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

c.  Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

d.  The number of temporary assignments permitted under paragraph M.4. shall not be limited.

e.  Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

f.  Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5.  Temporary Duty - One Trip Sequence Only

a.  When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of not more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

b.  Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered.  Such pilots shall be covered under the

AA-SCANLAN-0003408

provisions of Section 15.E., 15.F. and 15.G. from the time they leave their base until they return to their base.

   c.  Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

   d.  The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6.  Limitations On Temporary Assignments

A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7.  Temporary Duty Assigned - Deadheading

   a.  Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

   b.  If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

      (1)  The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

      (2)  The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

   c.  If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

      (1)  The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

      (2)  The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

      (3)  The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

      (4)  The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

   d.  Options for TDY Deadheads.

      (1)  A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day. In such case:

         (a)  The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

         (b)  The pilot shall be provided a hotel room.

         (c)  The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

         (d)  The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

(2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order to be available for additional flying.

(3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day. In such case:

    (a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

    (b) The pilot shall be provided a hotel room.

    (c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e. A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead. A double deadhead is defined as:

(1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

(2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead. If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the deadhead to report to/from the TDY base. In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

f. In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

g. In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

8. Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

# N. Reassignments

1. Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e. [See Q&A 142]

2. A pilot reassigned shall be paid and credited the greater of;

a. the value of the original sequence, or

b. the value of the reassignment sequence.

AA-SCANLAN-0003410

3. In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

   a. pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

   b. Any additional flight time pay and credit associated with paragraphs E.,F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4. A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) or the Company Limit on Voluntary Flying, if applicable, shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX, or the Company Limit on Voluntary Flying, if applicable (which shall not be cumulative with the payment in Section 15.N.3).

5. A pilot who was reassigned above his IMAX or the Company Limit on Voluntary Flying, if applicable, will have his credited projection (PROJ) reduced to or below his IMAX or the Company Limit on Voluntary Flying, if applicable, in accordance with the following:

   a. Remove the pilot with pay, but no credit, from one or more whole sequences.

   b. Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

   c. Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

   d. When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

   e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

## O. Substitution of Equipment

Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

## P. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:

   a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)

   b. Comply with FAR/CBA/Qualification Limitations

      (1) Legalities based upon FAR 117

      (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS

   c. Trip Trade System acts as an agent to complete the following types of trades:

      (1) Multiple pilot trades

AA-SCANLAN-0003411

(2) Conditional (if then ballot)

(3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)

d.  The capability for pilots to execute manual trades.

e.  A preference ballot which will:

(1) Contain pilot preferences for trip trades, drops and pick-ups;

(2) Be updatable at any time.

f.  Reviewable reporting with transparency

g.  Communication

(1) Variable mediums (email, text messaging, phone)

(2) Robust (automated phone contact)

h.  TTS will run on a schedule mutually agreed to by the Association and the Company.

4.  The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5.  Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6.  Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7.  Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time)

## Q.  Section 15 Questions and Answers

15-1.  Q.  *At what time is a pilot legal to report for a pick-up sequence following displacement?*

A.  (1) If the pilot was displaced from a Domestic sequence it is legal to report 15 minutes after the scheduled arrival of the trip from which displaced.

(2) If the pilot was displaced from an International sequence it is legal to report 30 minutes after the scheduled arrival of the trip from which displaced.

15-2.  Q.  *When removed from a trip sequence, under what circumstances does a pilot not have to be "paper legal"?*

A.  A pilot relieved from flying duties shall not assume the legality of a sequence(s) from which removed for the purpose of F.A.R. limitations or rest provisions of the Agreement except when deadheading to base earlier than scheduled in accordance with Section 15.C.5.f and 15.H.11. (removal code RA/AA).

If a pilot performs flying following the sequence from which removed under this provision, the actual on-duty period may not begin until after the scheduled debrief time associated with the sequence from which removed.

In the event that a pilot performs flying prior to the sequence from which removed under this provision, the debrief period associated with such sequence must be scheduled to be completed prior to the scheduled sign-in associated with the sequence from which removed.

AA-SCANLAN-0003412

15-3.  Q.  *May the thirty minute (:30) report for deadhead be extended as a result of an operational necessity?*

A.  Yes, with proper notification, pilots may be required to report in excess of thirty minutes (:30) and the on-duty period shall be adjusted accordingly.

15-4.  Q.  *A Long Call Reserve pilot is converted to Short Call Reserve Duty and assigned a RAP. During the RAP the pilot is assigned/awarded a sequence. Is this pilot still entitled to the 30 minutes (:30) of conversion pay?*

A.  Yes. The conversion pay is paid above the greater of guarantee or PPROJ for each RAP assigned/awarded and cannot be offset by the assigned/awarded sequence.

15-5.  Q.  *What is the required debrief for an International pilot at the completion of a Domestic sequence?*

A.  The required debrief is fifteen (15) minutes.

15-6.  Q.  *If a pilot is scheduled to fly out and deadhead back on a turn-around basis, is the pilot paid the original duty period if permission is requested to return on an earlier or later flight?*

A.  Yes. Section 15.H.11. applies.

15-7.  Q.  *What is the guarantee of a reserve pilot returning from a leave of absence effective on the twenty-fifth (25th) day of a thirty (30) day contractual month?*

A.  The pilot has 6 days remaining in the contractual month. According to the chart in Section 15.D.3.q, this pilot will receive four (4) days of reserve availability and two (2) days of duty-free periods. Each day of Reserve availability is valued at 4:03 per day for a Long Call Reserve pilot and 4:13 per day for a Short Call Reserve pilot. This pilot's guarantee will be:

(1) 16:12 (4:03 times 4 days) for a Long Call Reserve, or

(2) 16:52 (4:13 times 4 days) for a Short Call Reserve.

Note: A reserve pilot with no previously awarded Reserve line returns from a leave of absence as a Long Call Reserve pilot.

15-8.  Q.  *May the Company displace and assign reserve pilots for qualification purposes, e.g., take-offs and landings, line check, and Hit Cities when they are not the junior reserve available?*

A.  Yes

15-9.  Q.  *Can the Company assign a reserve pilot to fly over the monthly maximum of eighty-five (85:00) hours PROJ?*

A.  No. The Company may not assign a reserve pilot to exceed the monthly maximum (85:00) based on the pilot's PROJ.

15-10.  Q.  *What is the maximum number of hours that a reserve pilot can be awarded for flying on his days off?*

A.  A reserve pilot may be awarded flying on days off up to the lesser of

(a) the pilot's IMAX or,

(b) the Company Limit on Voluntary Flying, if applicable.

However, the Company retains the option to restrict a reserve pilot's flying on days off in order to preserve the ability of a reserve pilot to be assigned 85:00 hours of flying on his actual reserve available days.

AA-SCANLAN-0003413

The following examples show how reserve flying on days off is counted against the 85:00 hour reserve assignment maximum.

Example 1.: The Company has placed a 90:00 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15:00 hour credited sequence entirely on days off. The 15:00 hour pick-up sequence is treated as follows:

(1) 15:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

(2) The first 5 hours of the sequence is attributed to the difference between the 85:00 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts against the 85:00 hour reserve assignment maximum.

Example 2.: The Company has no Company Voluntary Limit and the pilot's IMAX is 98:00. The reserve pilot picks-up a 10:00 hour credited sequence entirely on days off. The 10:00 hour pick-up sequence is treated as follows:

(1) 10:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

(2) All 10:00 hours of the sequence falls between the 13:00 hour difference between the 85:00 hour reserve assignment maximum and the 98:00 hour IMAX. The Company retains full access to the 85:00 hour reserve assignment maximum.

Note: In this example 2, should the pilot subsequently acquire additional flying on days off, the first 3:00 hours of the additional flying would not count against the Company's ability to assign reserve flying. The flying above 3:00 hours would count against the 85:00 hour assignment maximum.

15-11. Q. *Prior to the implementation of the new Reserve Assignment System, which pilots are considered when forming variance groups in accordance with Section 18.G.6.d.?*

A.   All reserve pilots in the four part bid status are considered for the purpose of forming variance groups. Once variance groups are formed only qualified, legal and available (QLA) reserves are eligible for coverage of open time, short call or long call assignments.

15-12. Q. *What is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves?*

A.   Prior to implementation of the new Reserve Assignment System, when a reserve pilot is the senior pilot in the appropriate variance group, legal and available for open flying and such pilot is denied such open flying in order to be available to cover a future trip shown on the open time list, such reserve pilot shall receive flight time pay and credit for the scheduled flight time of the trip sequence denied, including applicable credits, or flight time pay and credit for the future trip sequence, if flown, whichever is greater.  In all cases, the future trip on the open flying list is still open flying and must be proffered to pilots by Variance Group and GTD during the normal time period for the filling of such open trip.

15-13. Q. *If a reserve pilot is bypassed for an open trip sequence but does other flying on the days the bypassed sequence was scheduled to operate, does the other flying affect the pilot's GTD credit or reduce the amount of time to be added to the reserve pilot's pay projection (PPROJ) at the end of the month?*

A.   The entire scheduled value of the bypassed trip sequence is always added to the reserve pilot's pay projection (PPROJ) at the end of the month, regardless of other flying, whether by proffer or by assignment, which the reserve may have performed on the days the bypassed sequence was scheduled to operate.  Any time in the PPROJ above the monthly maximum will be placed in the pilot's CPA at one for one.  If the pilot's actual flight time worked was more than was credited on the days the bypassed trip was scheduled to operate, the additional flight time worked is also added to the pilot's GTD.

AA-SCANLAN-0003414

15-14.  Q. *Reserved*

15-15.  Q. *Can a reserve pilot be assigned a trip that originates after 2400 but terminates prior to noon on the first day of a forty-eight (48)?*

A.   No. The flight must originate prior to 2400.

15-16.  Q. *A reserve pilot is available for only one day because of a duty free period that starts at midnight. To what length trip could this pilot be assigned?*

A.   In this case, the reserve pilot could only be assigned a trip that was scheduled to terminate at the pilot's crew base no later than midnight. However, if no other pilots were available, the above pilot could be assigned a trip that flew the pilot into the duty free period, as long as it returns the pilot to the pilot's crew base no later than 1200 local base time on the first day of the duty free period. No pilot can be assigned to fly into a duty free period as long as there is a pilot available that can be assigned the trip and not flown into their duty free period. A pilot can only be assigned to fly into two (2) duty free periods per month.

15-17.  Q. *When is a domestic reserve pilot legal again if such pilot is scheduled and arrives at 0300 the first day of a 72 hour duty-free period which is scheduled in the current month?*

A.   0300 + :15 debrief + 12 hours + 72 hours.

15-18.  Q. *Reserved*

15-19.  Q. *How is a "Short Notice" open sequence awarded/assigned?*

A.   When an open sequence is considered a "Short Notice" assignment, Crew Schedule will first identify and contact the appropriate QLA Reserve pilot on Short Call Duty in accordance with the reserve assignment process to establish the time needed for final notification in order to make the scheduled departure of the sequence. During this designated established period of time until final notification, Crew Schedule will proffer the open sequence per the rules of Section 15.L (Filling of Open Flying Time) to as many pilots as possible until reaching the notification deadline of the identified reserve pilot.

15-20.  Q. *May a reserve pilot move a Duty Free Period (DFP)?*

A.   A reserve pilot's DFP's may be moved by mutual consent between the pilot and the Company in any combination.

15-21.  Q. *How does the Company schedule a free standing 24 hour DFP for a reserve pilot?*

A.   The bid sheet cannot include a free standing 24 hour DFP for a reserve pilot. Once the month begins, the Company may either (1) move a moveable DFP and place it contiguous to an existing DFP leaving 24 hours of the original DFP as a stand alone 24, or (2) move a moveable 24 and place it as a free standing 24 leaving a minimum of 48 hours in the original DFP. In no case may the Company create more than one free standing 24 hour DFP in any one contractual month by the movement of moveable DFP's.

15-22.  Q. *Can the Company schedule a normal duty free period (DFP), or a moveable DFP, contiguous to the beginning of a reserve pilot's golden DFP?*

A.   Yes.  However, a normal DFP scheduled contiguous to a golden DFP must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the normal DFP.  A moveable DFP can be scheduled contiguous to a golden DFP, or contiguous to a normal DFP which is contiguous to a golden DFP.  A moveable DFP scheduled this way can be moved in accordance with Section 15.D.2.c.  However, if the moveable DFP is not moved, it too must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the moveable DFP.  Once the month begins a moveable DFP can be moved and placed contiguous to a golden DFP, in which case it must also be treated the same as the golden DFP.

AA-SCANLAN-0003415

15-23.  Q.  *Can a pilot trade a golden DFP?*

  A.  Yes. However:

  A golden DFP that is traded contiguous to a normal or moveable DFP reverts to a normal DFP.

  An entire golden DFP that is traded for a normal DFP will no longer be considered a golden DFP and the normal DFP received will revert to a golden DFP unless it is contiguous to a normal or moveable DFP.

  A portion of a golden DFP that is traded will no longer be considered a golden DFP unless the trade is for another golden DFP and is not contiguous to a normal or moveable DFP.

15-24.  Q.  *A pilot in pick-up is eligible for a trip that requires a supervisory pilot but due to Company requirement (not FAR) is denied such trip due to lack of availability of a supervisory pilot. Is the pilot entitled to pay and credit for the trip?*

  A.  No, a pilot must be qualified legal and available in order to be awarded a trip in pick-up.

15-25.  Q.  *A pilot on reserve needing a twenty-five hour (25:00) line check with a supervisory pilot is bypassed for an open trip due to the unavailability of a supervisory pilot. Is the reserve entitled to pay and credit for the trip?*

  A.  No.

15-26.  Q.  *May the Company schedule regular layovers (off-duty periods) of less than 10 hours?*

  A.  No. In accordance with Section 7.A.5.b., all regularly scheduled layovers (off-duty periods) must be no less than ten (10) hours plus one (1) hour reporting and fifteen (15) minutes debriefing (11 hours 15 minutes -- 11 hours 30 minutes International)

15-27.  Q.  *Is a pilot allowed to use pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying when retiring on the 25th or should the month be prorated?*

  A.  Yes, the pilot may pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying.

15-28.  Q.  *A pilot in pick-up was proffered and awarded a trip sequence via the Daily Open Time Coverage (DOTC) process. The pilot subsequently advised the Company he/she was sick and would not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?*

  A.  No. A pilot removed from a trip sequence due to an illness will only be paid for sequences acquired via a PBS line award, SEP, TTS or a trip-trade with another pilot.

15-29.  Q.  *Is a pilot (pick-up or reserve) who is qualified, legal and available in the current contractual month entitled to proffer a sequence that will create a conflict with scheduled recurrent or requalification training consisting of six (6) days or less?*

  A.  Yes. The pilot must be paper legal, in accordance with Section 5.I., for the awarded sequence in conjunction with the first (1st) scheduled sequence in the next contractual month. The Company will have the option to reschedule the training or remove and pay the pilot for the fly through trip sequence. If the training is moved, the pilot will be paid for the sequence(s) actually flown or displaced from, if applicable.

15-30.  Q.  *A pilot in pick-up proffered and was awarded a trip sequence. Such pilot reported and signed in for the pick-up sequence. Prior to departure of the first (1st) flight of the*

AA-SCANLAN-0003416

*sequence, the pilot advises the Company he/she is sick and will not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?*

A.   Yes. A pilot is considered on duty one (1) hour prior to the scheduled or rescheduled departure time of the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time of a deadhead flight. Once a regular scheduled pilot commences a duty period and is unable to fly due to an illness, such pilot is entitled to the pay of this pick-up sequence.

15-31.   *Q.   Is a regularly scheduled pilot entitled to open time for the next day's flying if the pilot arrives at base and is scheduled for a forty-eight (48) on arrival?*

A.   Yes, provided the pilot changes or drops such duty-free period before the start of DOTC. After the start of DOTC the pilot must contact Crew Schedule to be eligible for remaining open time.

15-32.   *Q.   Reserved*

15-33.   *Q.   May a pilot in the International Division accept a proffer of open time in the Domestic Division or vice-versa? How would the pilot be paid?*

A.   Yes, provided the pilot's PROJ would not exceed the lower of that pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status, if applicable. The pilot would be paid at their hourly base pay rate plus International override for flying actually performed when applicable.

15-34.   *Q.   If a Long Call Reserve pilot does not exceed his guarantee of 73:00 hours for the month, and was converted from Long Call Duty to Short Call Duty three times during the month, how would the conversion pay be applied?*

A.   The conversion pay of one hour thirty minutes (30 minutes for each conversion) is added to the guarantee.

15-35.   *Q.   If a Long Call Reserve pilot exceeds his guarantee of 73:00 hours for the month, and was converted from Long Call Duty to Short Call Duty twice during the month, how would the conversion pay be applied?*

A.   The conversion pay of one hour (30 minutes for each conversion) is added to the PPROJ.

15-36.   *Q.   May a pilot trade a trip if it would increase the pilot's Projection (PROJ) over the pilot's IMAX or the Company Limit on Voluntary Flying for the month?*

A.   No, a pilot may not trade a trip if the trade would result in the pilot exceeding the lower of his/her 1.) IMAX or 2.) the Company Limit on Voluntary Flying for the month.

15-37.   *Q.   May International pilots trade trips within a contractual month with Domestic pilots and vice versa?*

A.   Yes, within category, provided the pilots are QLA and the trade does not result in either pilot's PROJ exceeding the lower of the pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status. Such trades are limited to pilot-to-pilot trades only.

15-38.   *Q.   I attempt to travel to work. I am unable to make my departure time. Am I covered by the Commuter Policy?*

A.   Yes.

AA-SCANLAN-0003417

15-39.  Q.  Reserved

15-40.  Q.  *Does pay and credit apply to delays at stations where deicing is performed on the gate (Miscellaneous Code 59)?*

A.  No.  However, at those stations where Company aircraft are being deiced at a location other than the gate, pay and credit is applied to cover delays at the gate awaiting pushback, powerback or taxiout due to aircraft or vehicular traffic congestion at the deicing location by filing a Miscellaneous Code 59 through ACARS.

15-41.  Q.  *Prior to the implementation of PBS, how does the Company determine a trip selection award commensurate with seniority when a pilot fails to submit a trip selection preference for a given month or fails to submit a trip selection preference containing a sufficient number of selections (bids)?*

A.  In this event, the Company will utilize the trip selection preferences of the next most senior pilot in the appropriate bid status who has already been awarded a trip selection, and continue the awarding process from the point of the more senior pilot's award until such time as the more junior pilot is awarded a trip selection.  If the more junior pilot is unable to be awarded a trip selection (other than reserve) after exhausting all of the more senior pilots' preferences, such pilot will be awarded:

-The highest paying trip selection available.

-A vacation relief selection.

-A second round trip selection which is available.

-A reserve trip selection.

15-42.  Q.  *at is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves after the implementation of the new Reserve Assignment System?*

A.  Reserve pilot assignments will be handled in accordance with Section 15.L.4.f.


AGREED TO UNDERSTANDINGS OF THE BASIC AGREEMENT


A.        FUEL LANDING


When a landing for fuel is required for the operation of a domestic trip, and such landing is pre-planned in the flight release prior to the departure of the crew from a station, the additional time of such fuel landing shall not be considered a reassignment under the provisions of Section 15.N. However, if such assignment causes a pilot's PROJ to exceed the lower of that pilot's IMAX or the Limit on Voluntary Flying, such excess time created as a result of the fuel landing will be paid to such pilot at the rate of one and one-half (1-1/2) minutes for each one (1) minute.


B.        DEADHEAD - FIRST AVAILABLE


If a pilot is canceled or misconnects away from base, and is legal and available to deadhead to his base on the next AA flight operating, but no space is available on such flight, and as a result of a later deadhead is illegal for his next regularly scheduled sequence, such pilot shall be protected under Section 15.N. only for the sequence missed.

AA-SCANLAN-0003418

# SECTION 26

## AMENDMENTS TO AGREEMENT,
## EFFECT ON PRIOR AGREEMENTS,
## AND DURATION

### A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

### B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

### C. Duration

This Agreement shall become effective January 1, 2013, except as otherwise dated herein, and shall continue in full force and effect until January 1, 2019, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior to January 1, 2019, or January 1 of any subsequent year.

### D. Early Opener

At any time following January 1, 2017, but prior to January 1, 2019, with sixty (60) days prior written notice by either party, the parties will commence negotiations in accordance with Section 6, Title I, of the Railway Labor Act, as amended.

AA-SCANLAN-0003462

IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the 1<sup>st</sup> day of January, 2013.

WITNESS:

FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THE ALLIED PILOTS ASSOCIATION          FOR AMERICAN AIRLINES, INC.


*/signed/*_____
Keith Wilson
President

*/signed/* _____
Laura Einspanier
Vice-President, Employee Relations


*/signed/*_____
Neil Roghair
Negotiating Committee Chairman

*/signed/* _____
Dennis Newgren
Managing Director, Employee Relations


*/signed/*_____
David C. Brown
Negotiating Committee Member

*/signed/*_____
Jim Anderson
Senior Principal, Employee Relations


*/signed/*_____
Per J. Lovfald
Negotiating Committee Member

*/signed/*_____
Keith Austin
Principal, Employee Relations


*/signed/*_____
William R. Boyd
Negotiating Committee Member

*/signed/*_____
Ed Garza
Coordinator, Contract Administration


*/signed/*_____
Jim Thomas
Director of Pilot Engagement


*/signed/*_____
Michael Burtzlaff
Principal, Finance

AA-SCANLAN-0003463

# EXHIBIT D

MERGER TRANSITION AGREEMENT (MTA)

between

US AIRWAYS, INC

and

THE AIRLINE PILOTS

in the service of

US AIRWAYS, INC

as represented by the

US AIRLINE PILOTS ASSOCIATION

EFFECTIVE: DECEMBER 09, 2013

AA-SCANLAN-0005123

# SECTION 2

# DEFINITIONS

## A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

## B. Bid Lines

1. "Bid line" means any monthly regular or reserve flying assignment.

## C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply.

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30 (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – Septemer 30th | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December 1st | 31 |
| December | December 2nd – December 31st | 30 |

## D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

## E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

AA-SCANLAN-0005147

## F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

## G. Company date

In most cases it is the same as your <XREF>date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

## H. Co-terminals as used in this Agreement shall mean:

1. Kennedy/Newark/LaGuardia
2. Midway/O'Hare
3. Dallas/Fort Worth International Airport/Love Field
4. Washington/Dulles International
5. Tampa/St. Petersburg
6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

## I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B.

## J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with SECTION 15 Hours of Service.

## K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

## L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

## M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

AA-SCANLAN-0005148

## N. Domicile

A common location where a group of pilots are based.

## O. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

## P. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later. (30 minutes for International trip sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

## Q. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

## R. Flight Time

1. Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2. Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

## S. Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

## T. Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

## U. [Reserved]

## V. Last Trip of the Month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

AA-SCANLAN-0005149

## W. Management pilot

A pilot who occupies a management position in the Flight Department.

## X. Midnight cutoff

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

## Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105,15-39 ]

## Z. Night Flying

Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

## AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

## BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly, gross weight, mileage and, if applicable, international override pay.

## CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in SECTION 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (SECTION 4), apportionment pay (Section 6.C.2.)

## DD. Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

## EE. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer obligated for such trip. The displacing pilot assumes the obligation to cover the displaced pilot's trip. (See Q&A #28)

## FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence. The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

AA-SCANLAN-0005150

## GG.  Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

## HH.  Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight to base" is the flight(s) that arrives at the base the earliest.  The flight(s) may be direct or indirect.

## II.  Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

## JJ.  Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| | Ontario (ONT) / Santa Ana (SNA) / |
| Los Angeles | Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

## KK.  Schedule

"Schedule" means the operating schedule used by the Company in its operations.

## LL.  Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

## MM. Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

## NN.  Sick if needed

A reserve pilot who is sick may call and so notify the Company.  The pilot will not be charged sick leave until such pilot is assigned to fly.  At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

## OO.  Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status.  In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process.  Once in the new bid status, pilots will use their own seniority number.  The pilot is subject to a lock-in per Section 17L.

## PP.  Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot.  Crewmember is paid schedule for displacement plus greater of schedule/actual time flown.  If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

## QQ.  Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of SUPPLEMENT O, or may be appointed to a supervisory position during the course of the month.

## RR.  32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period.  This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.J.13.j.

## SS.  Section 2 Question and Answers

2-1.  Q.    *Is the pay and credit associated with a midnight cut-off considered to be "fly-through" time?*

A.   Yes

AA-SCANLAN-0005152

# SECTION 5

## PAY AND CREDIT
## PILOT RELIEVED OF FLYING DUTIES

### A. Pay - General  [See Q&A #47, #48]

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement, [See Q&A #3]

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

### B. Pay - Regularly Scheduled Pilot  [See Q&A #47, #48]

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E ,15.F and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A #28, #107]

### C. Pay - Reserve Pilot

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one-eighteenth (1/18th) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than seventy-three hours (73:00) of pay at the pilot's base hourly rate.

### D. Unpaid Absences

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one-eighteenth (1/18th) for each day of reserve availability missed.

### E. Credit - Regularly Scheduled Pilot

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

### F. Credit - Reserve Pilot

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-eighteenth (1/18th) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed:

### G. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

AA-SCANLAN-0005180

## H. Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of Section 11.

## I. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C., unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.5.f. and 15.H.11. (removal code RA-AA) [See Q&A #9, #13, #28, #107]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C.

AA-SCANLAN-0005181

# SECTION 11

# LEAVES OF ABSENCE

## A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

## B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored. Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

## C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

## D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty. A leave of absence for sickness or injury shall not commence until after a pilot has exhausted

AA-SCANLAN-0005216

accrued sick leave credits provided under Section I0 of this Agreement. Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years. Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

## E. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification

   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.

   (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.

   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question.

7. Vacation

   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled). The rescheduled vacation must be taken within the current vacation fiscal year.

   (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and

   (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
| --- | --- | --- |
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |
| | Jan. ABC | Jan. C to Aug. B |
| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |

AA-SCANLAN-0005217

| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
|---|---|---|
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

(1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

(2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

(3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

(4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

AA-SCANLAN-0005218

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

## F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Pilot Retirement Plan and the Company Group Insurance Plan, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

## G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

## H. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0005219

## I. Section 11 Questions and Answers

11-1.  Q.   Reserved

11-2.  Q.   *Is a reserve pilot's guarantee reduced if a pilot changes his military leave request after trip selections close that result in a decrease of reserve availability?*

A.   A reserve pilot who changes a military leave request after trip selections close will have his/her guarantee reduced for each additional day of reserve availability missed. Such pilot's guarantee will not be reduced for any additional day of reserve availability missed for which the pilot has offset by moving a DFP to cover.

11-3.  Q.   *In order to receive the pay guarantees of Section 11.E.8 is a pilot required to verify the military service in question, and if so what type of verification is required?*

A.   If a pilot satisfies the conditions of Section 11.E.8.a, verification is not required.  With respect to the pay guarantee in Section 11.E.8.c,  the Company reserves the right to request verification in connection with military leave of absence.  Upon request by the Company, an individual pilot must verify the specific military service for which the pilot received the pay guarantee under Section 11.E.8.c.  A Leave and Earnings Statement, DD-214 or an endorsed copy of orders are each examples of sufficient verification for this purpose.

AA-SCANLAN-0005220

# SECTION 15

# HOURS OF SERVICE and WORK RULES

## Table of Contents

15.A  General

15.B  Notification

15.C  Flight Time and Duty Time Limits

15.D  Line Construction

15.E  Minimum Pay and Credit

15.F.  Time Away From Base

15.G  Duty Period - Average and Minimum

15.H.  Application of Minimum Flight Time Pay and Flight Time Credit

15.I  Premium Pay

15.J  Reserve Flying

15.K  Fatigue Events

15.L  Filling of Open Time

15.M  Temporary Assignment/Temporary Duty

15.N  Reassignments

15.O  Substitution of Equipment

15.P  Trip Trade System (TTS)

## A. General

1. Joint Scheduling Committee

   a. The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC).  The JSC may evaluate and make recommendations concerning:

      (1) Sequence construction, generation, and review;

      (2) Bid line awards;

      (3) Training bids and awards;

      (4) Reserve staffing and utilization;

      (5) Trip Trade System (TTS) and trip trades with open time;

      (6) Vacations;

      (7) Block hour adjustment;

      (8) PBS line construction parameters;

      (9) Domicile and Home Base block hour allocations by equipment; and

      (10) Fatigue mitigation recommendations from the FRC; and

      (11) Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

AA-SCANLAN-0005238

b. The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c. Data Access

(1) The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

(2) It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

d. Meetings

(1) Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

(2) The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

(3) The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

(1) Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

(2) The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

(3) The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2. Periodic Review of Forecast Accuracy

The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section17.F.1.d. of the Agreement.

3. Preferential Bidding System (PBS)

a. At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

b. Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

c. The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

d. All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

(1) known absences;

(2) bid preferences;

AA-SCANLAN-0005239

(3) seniority.

4. Preferential Bidding System Working Group (PWG)

    a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

        (1) Company Members: Managing Director of Operations Planning or equivalent and two additional Company representatives;

        (2) Association Members: APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

        (3) Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

    b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

    c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

        (1) In the first six months after PBS implementation, the PWG will meet at least monthly;

        (2) In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

        (3) Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

    d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

## B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances. At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

5. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

6. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

7. Recording of Phone Calls

    a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

AA-SCANLAN-0005240

b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

e. The Company shall retain the recorded phone calls for a period of ninety (90) days. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved.

f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

## C. Flight Time and Duty Time Limits

1. Monthly Maximums

   a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

   b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The Company Limit on Voluntary Flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

   a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

      (2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

      (3) The number that remains is the current month's IMAX.

   b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N. and 15.I

   c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

   a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This limit will never be less than that particular bid status' MALV + 7 hours.

   b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be

AA-SCANLAN-0005241

dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

   a. Reserve pilots can be assigned flying up to eighty-five (85) hours. Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

   b. Flying on a reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a reserve pilot a sequence that would exceed the limit, the time in excess of the limit will go towards the assignment maximum.

      Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

      (1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

      (2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

   a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the follo wing exceptions:

      (1) The determination of on duty periods shall be based on home base time (HBT).

      (2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

      (3) Flights with a scheduled block time of greater than sixteen (16) hours will be scheduled with a crew complement of two (2) Captains and two (2) First Officers. The Company is not required to crew two (2) Captains and two (2) First Officers for flights with scheduled block times of less than or equal to 16:00 hours in instances where the flight plan exceeds 16:00 hours.

      (4) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

      (5) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

         (a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

         (b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

         (c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

         (d) When shifting to an earlier RAP, a pilot must be notified and released from the previous RAP to provide a minimum of nine (9) hours rest (PTP).

            Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

         (e) The shifting limits do not apply following a DFP or other planned absence.

   b. A pilot shall not remain on duty beyond the limitations of paragraph a. above.

   c. In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree

AA-SCANLAN-0005242

to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

d. A pilot's scheduled or rescheduled on duty period shall commence:

   (1) One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International sequences. [See Q&A 15-3, 15-4, 15-5]

   (2) Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

e. The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

f. A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base. [See Q&A 15-6]

g. In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

h. If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

i. The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6. Fly Through Time

   Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

7. No pilot shall be assigned any duty with the Company during any rest period.

8. Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during flight time.

9. Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

10. Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the Captain elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed,

AA-SCANLAN-0005243

and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

11. The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require a twenty-four (24) hour break to avoid seven (7) consecutive days on duty.

12. Maximum Flight Time Pay and Flight Time Credit

   a. Except as set forth in H.10. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

   b. A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

   c. The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over. In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

   In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

## D. Line Construction

1. General

   a. Lines will be built for each monthly bid period using a Preferential Bidding System (PBS). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

   b. The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

      (1) For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

      (2) For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

      (3) Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

   c. The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II - V. The LCW may be modified by mutual agreement of the parties.

   d. The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

AA-SCANLAN-0005244

(1) For Group I aircraft ………………….. 74 and 86 credited hours

(2) For Groups II through V aircraft ……. 74 and 82 credited hours

e.  The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

(1) Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

(2) For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

(3) The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

f.  Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

g.  A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

2.  Continuing Qualification Training - Bidding and Awarding

a.  Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

b.  CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3.  Line Construction - Bidding and Awarding

a.  Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned.  Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

b.  The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

c.  Available sequences for bidding may include planned charters, ferries and extra sections.

d.  The Company will not post sequences that would require a pilot to possess dual qualifications.

e.  Sequences identified as domestic will contain flying assignments allocated to the domestic division only.

AA-SCANLAN-0005245

f. Sequences identified as international will contain flying assignments allocated to the international division only, except that domestic sequences may be included in the International Division only as necessary to meet

(1) a particular month MALV, or

(2) to provide opportunities to maintain currency, or

(3) to minimize TDY's, or

(4) guidelines agreed to by the Joint Scheduling Committee.

g. The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of Section 15.N.

h. A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the month prior, except when unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

i. With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

j. Sequences will be awarded / assigned in the PBS line construction process.

k. Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

l. Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

m. A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

n. A pilot will not be awarded flying during designated OE days.

o. A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.h. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

p. Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

(1) Fly through time from the current bid period.

(2) Known Planned Absences for the upcoming bid period and future bid period.

(3) Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

(4) Qualification and Continuing Qualification training days.

(5) Operating Experience Status - estimated completion date.

(6) Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

(7) Additional information as determined by the PBS Committee.

q. Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

AA-SCANLAN-0005246

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |
| 25 | 9 | 10 | 4 |
| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
| | | 1 | 1 |

r. A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid. In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

s. A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

t. A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4. Reserve Lines - Bidding and Awarding

a. Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

b. Reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

c. Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

AA-SCANLAN-0005247

d. In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

e. In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.h.

f. In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

g. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.h.

h. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

| Days Available | Reserve Days | Days Available | Reserve Days |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
|  |  | 31 | 18 |

## E. Minimum Pay and Credit

1. A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

   a. Flight time pay and flight time credit actually earned.

   b. One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.5.d of this Section.

   c. One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.g. of this Section.

   The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be

AA-SCANLAN-0005248

computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.5.d. and C.5.g. of this Section.

A flight which lands at a co-terminal for the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2. Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

    a. a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A 6-4]

    b. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

        (1) engine, instrument, plane, and radio test flights,

        (2) experimental and airway aid test flights,

    c. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

        (1) charter, contract, or scenic,

        (2) courtesy or publicity.

When no flying is performed under E.2.a., E.2.b. or E.2.c. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report, at day rates.

3. Miscellaneous Taxi

    a. An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi. Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

    b. A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

    c. A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

    d. A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

        (1) the on duty provisions provided under Section 15.C.5.

        (2) The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G.

        (3) The reassignment provisions of Section 15.N.

    e. The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

    f. Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

4. 1:2 Pay For Scheduled Sit Times over 2 Hours

Effective January 1, 2014, duty periods with scheduled sit times greater than two (2) hours shall receive one (1) minute of pay for every two (2) minutes of sit time in excess of two (2) hours. This provision applies to scheduled sit-times only (i.e. as allocated), the time is not credited and the pay only applies to the time above the first two (2) hours and will be paid in addition to any other pay earned in accordance with Section 15.E., F. or G.

AA-SCANLAN-0005249

## F. Time Away From Base

1. A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

   a. one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

   b. one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

   The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2. For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.

## G. Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five (5) hours flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

## H. Application of Minimum Flight Time Pay and Flight Time Credit

1. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section applies when a lineholder pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection.

2. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such reserve pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

   a. Two (2) hours' flight time pay. Pay under this provision shall be on the basis of day rates of pay as provided in Section 4.B., or

   b. One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section.

3. Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

   a. all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

   b. deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

   c. deadheading at the pilot's request as set forth in paragraph C.5.f. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period.  [See Q&A  15-6]

   Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.

AA-SCANLAN-0005250

4. For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.5 below.

5. A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6. The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7. The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5. 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8. Computation of flight time pay and flight time credit applicable under Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9. When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

   In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10. When a pilot performs or reports to perform flying set forth in E.2.a., E.2.b. and E.2.c. of this Section, before, during or after an on duty period involving flying not covered under E.2.a., E.2.b. or E.2.c., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

    a. flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.a., E.2.b. or E.2.c., plus,

    b. one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.a., E.2.b., or E.2.c., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

11. If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading. However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period. [See Q&A 15-6]

## I. Premium Pay

1. In accordance with Section 15.L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as specified in Section 3 (total is the base rate plus fifty percent of the base rate), including international override as applicable.

2. Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3. A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium sequence at the premium rate. In the event the credited time of the replacement flying is

AA-SCANLAN-0005251

greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

Example: If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4. A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5. A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6. Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7. Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8. Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

Example: A pilot uses sick leave for a 10 hours during the month. In the same month, the pilot picks up 12 hours of premium sequence(s) (12 hours credit, 18 hours pay). For the purpose of calculating the net premium pay for the month, subtract the total sick hours used from the total premium hours. In this example the pilot's premium pay for the month will be the 12 hours of premium sequence(s) reduced by the 10 sick hours used, leaving 2 hours to be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium sequence(s).

9. Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

10. Reassignment - if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

## J. Reserve Flying

1. Definitions.

   a. Calendar Day. For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b. Calendar Day Block. For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1) One (1) calendar day block

      (2) Two (2) calendar day block

      (3) Three (3) calendar day block

      (4) Four-plus (4+) calendar day block

   c. Reserve Classification. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability:

      (1) One (1) day reserve

      (2) Two (2) day reserve

AA-SCANLAN-0005252

    (3)  Three (3) day reserve

    (4)  Four plus (4+) day reserve

d.  Must fly list.  For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

e.  Total Available Hours = (85 hours) - (Planned Absence Credit); includes Vacation, Training, Union Leave

f.  Hours Remaining = (Total Available Hours - Hours Flown); Hours Flown includes all credited time (Pay and Credit)

AA-SCANLAN-0005253

g. Recent Work Factor - A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

AA-SCANLAN-0005254

h.  Reserve Priority Value (RPV).  For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status.  The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked within the previous (five) 5 days. Specifically, the equation will be:

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

2.  Reserve Assignment.

a.  Generally, the reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences.  Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h..  When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

b.  Reserve assignment will be made as follows:

The assignment process begins with the one (1) calendar day block.  Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below.  After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below.  For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

(1)  If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list.  A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score.  Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

(a)  If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

(b)  Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

(c)  If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

(d)  In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2)  If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a)  Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

AA-SCANLAN-0005255

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

(3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

(c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible.  All remaining uncovered open time sequences will be dropped to the next block.

(e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1).  (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

c. The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed.  In the event open time sequences still remain, Crew Schedule may re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process.  The assigned reserve pilots will be notified pursuant to Section 15.J.4. below, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

d. Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest. Reserve pilots not assigned a RAP during DOTC will be placed on Long Call.

3. A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ).  Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a. & b.).

4. Confirmation is required for all reserve assignments. To the extent possible, electronic notification and acknowledgment will be used for reserve assignments. When electronic notification is not possible flight assignments require Crew Schedule to make first person contact with the pilot unless confirmed by other means. Awards of preferences must be confirmed through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

5. Reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT. A pilot electing to not answer the phone or return calls when on a DFP, DO,

AA-SCANLAN-0005256

domicile rest or other planned absence will be responsible for any assignments made during DOTC.

Reserve pilots are responsible for being contactable while on short or long call, and are expected to respond to Crew Schedule without unreasonable delay.

6. For any assignment made during the domicile rest period, the pilot shall not be required to report any earlier than 14 hours after the start of domicile rest. A Short Call RAP may be scheduled immediately following the completion of the domicile rest.

7. Release of Reserve Pilots upon Assignment - except as provided for in Section 4.C.5 the following will apply:

   a. Pilots shall have a 12-hour domicile rest period.

   b. Pilots awarded trips that originate during their current RAP shall be released until sign-in.

   c. A Short Call pilot awarded/assigned a trip outside the current RAP shall remain on call until the end of the RAP or 12 hours prior to sign in for the assigned trip sequence, whichever is earlier.

   d. A Long Call pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in or until assigned, if within 12 hours.

   e. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

      (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

      (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

      (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

8. Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours. Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

9. Preceding any DFP or other planned absence, pilots are automatically released from their RAP at midnight HBT if not assigned duty.

10. A pilot that is not contactable during the domicile rest period:

    a. Assumes responsibility for confirming the award/assignment of any trip sequence made during that period.

    b. Is responsible for verifying a subsequent Short Call assignment made during that period.

11. Reserve Flying on Days Off

    a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

12. Reserve Proficiency Flying

    a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A 6-2]

    b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

    c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

13. Reserve Duty Free Periods

AA-SCANLAN-0005257

a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

b. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination

c. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

e. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f. This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot. (Q&A #'s 66, 114, 120)

f. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

g. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A 15-17)

h. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment. When such temporary assignment is for more than one (1) trip or trip sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base. Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

i. Golden DFP. A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training. A golden DFP may be moved only with the consent of the reserve pilot. (Q&A #54)

j. Moveable DFP. The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

(1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

(2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

(3) A reserve pilot shall be given notice no later than noon (1200) HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

(4) If a sequence becomes available after noon (1200) HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

(5) Each movable DFP may only be moved once during a contractual month.

(6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence. However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

(a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

AA-SCANLAN-0005258

  (b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

14. DFP Trades.

 a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

 b. Movable DFPs may not be traded.

 c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

 d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

 e. The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

 f. The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

 g. The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

## K. Fatigue Events

1. General

 a. This Section K applies to all Domestic and International pilots, both lineholders and reserves. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

 b. The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

 c. The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2. Definitions and Functions

 a. Fatigue Risk Analysis Team (FRAT):

  The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company. The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

 b. Fatigue Event Review Team (FERT):

  The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company. The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review. The FERT will make every attempt to reach a consensus. If a consensus cannot be reached, then the Chief Pilot of Line Operations or

AA-SCANLAN-0005259

his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

  c. Fatigue Review Committee (FRC):

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures. The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

  d. Memorandum of Understanding (MOU):

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3. Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

  a. Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

  b. Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

  c. All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

  d. The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

  e. Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

  f. Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

  g. PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

  h. When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

  i. Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4. Reserve Pilots - On Call

  a. When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

  b. Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

  c. At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5. All Pilots - Mid-Sequence Fatigue

  a. Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

    (1) Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

AA-SCANLAN-0005260

       (2) Deadhead the pilot to base following the completion of a rest period.

       (3) Following rest, assign the pilot to any portion of the original sequence.

       (4) Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

b. Any assignment other than the above four options shall be considered a reassignment.

c. The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to equivalent flying within the footprint of the original sequence.

d. An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

e. The pilot shall not be contacted during the rest period except for delay or cancellation information.

f. The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

6. All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

   a. Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

   b. If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

   c. Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

       (1) Any portion of the original sequence for regularly scheduled pilots.

       (2) Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

   d. Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

   e. Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7. Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

AA-SCANLAN-0005261

a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

## L. Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time - Basic Rules

   a. 10:00 home base time (HBT) - sick removals and sequences placed into open time.

   b. 12:00 HBT (or earlier) - Begin Filling of Open Time for any open flying for the next day.

   c. A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

   d. To the extent possible the Filling of Open Time should be completed no later than 1700 HBT however, the intent is to complete DOTC by 1500 HBT, or earlier. In accordance with Section 15.J.5, reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT

   Note: The times in 3.a., b., and d. may be modified by mutual agreement between the Company and the JSC.

4. Filling of Open Time - Order

   a. Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

   b. Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs. DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

      (1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

   c. Pick-up in Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced. [See Q&A 15-33]

      (3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

      (4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

   d. Pick-up out of Base

AA-SCANLAN-0005262

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

(5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

e. At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

f. Reserve Assignment/Award.  The Company shall select, at its option, one or more of the following categories.  The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.  From this single pool of pilots, reserve assignments/awards will be prioritized in the following order:  Block, RPV and Seniority.

(1) In Division, assign to a reserve without a DFP conflict.

(2) In opposite Division, award to a reserve without a DFP conflict.

(3) In Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(4) In opposite Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(5) In opposite Division, assign to a reserve without a DFP conflict.  If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(6) In Division, assign to a reserve flying into a DFP (up to 1200).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

g. Company option to use a CKA, Flight Test or Management pilot.

h. Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

i. Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

5. General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

a. Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement. However, in accordance with Section 5.I., scheduled flying, not actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying. [See Q&A #9, #13, 15-2]

b. In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ). [See Q&A #117]

c. Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

d. Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced. [See Q&A 15-31]

e. Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

AA-SCANLAN-0005263

f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)

6. Crew Schedule Errors

a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.C.

b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of a seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

1. Full Month Temporary Assignment Within a Base

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

(1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

(2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up. However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

(3) A hotel room at Company expense during the assignment within the following parameters:

(a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

(b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence. For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

e. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

AA-SCANLAN-0005264

(1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

(2) if not filled per (1) above, in system seniority to all pilots.

g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

   a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

   b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

   c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

   d. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

   e. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

   f. The number of vacancies which may be filled under paragraph M.2. shall not be limited.

   g. Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

   h. Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

3. Vacancy Obligation

   a. In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

   b. Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4. Less Than a Full Month Temporary Assignment Between Bases

   a. During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

      (1) For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

      (2) For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

AA-SCANLAN-0005265

b. The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

c. Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

d. The number of temporary assignments permitted under paragraph M.4. shall not be limited.

e. Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

f. Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5. Temporary Duty - One Trip Sequence Only

a. When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of no more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

b. Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered.  Such pilots shall be covered under the provisions of Section 15.E., 15.F. and 15.G. from the time they leave their  base until they return to their base.

c. Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

d. The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6. Limitations On Temporary Assignments

A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7. Temporary Duty Assigned - Deadheading

a. Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

b. If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

c. If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

(3) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

(4) The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

d. Options for TDY Deadheads.

AA-SCANLAN-0005266

(1) A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day. In such case:

    (a) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

    (b) The pilot shall be provided a hotel room.

    (c) The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

    (d) The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

(2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order to be available for additional flying.

(3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day. In such case:

    (a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

    (b) The pilot shall be provided a hotel room.

    (c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e. A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead. A double deadhead is defined as:

(1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

(2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead. If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the deadhead to report to/from the TDY base. In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

f. In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

g. In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

AA-SCANLAN-0005267

8. Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

## N. Reassignments

1. Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e. [See Q&A 142]

2. A pilot reassigned shall be paid and credited the greater of;

   a. the value of the original sequence, or

   b. the value of the reassignment sequence.

3. In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

   a. pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

   b. Any additional flight time pay and credit associated with paragraphs E.,F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4. A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) or the Company Limit on Voluntary Flying, if applicable, shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX, or the Company Limit on Voluntary Flying, if applicable (which shall not be cumulative with the payment in Section 15.N.3).

5. A pilot who was reassigned above his IMAX or the Company Limit on Voluntary Flying, if applicable, will have his credited projection (PROJ) reduced to or below his IMAX or the Company Limit on Voluntary Flying, if applicable, in accordance with the following:

   a. Remove the pilot with pay, but no credit, from one or more whole sequences.

   b. Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

   c. Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

   d. When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

   e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

## O. Substitution of Equipment

Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

AA-SCANLAN-0005268

## P. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:

   a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)

   b. Comply with FAR/CBA/Qualification Limitations

      (1) Legalities based upon FAR 117

      (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS

   c. Trip Trade System acts as an agent to complete the following types of trades:

      (1) Multiple pilot trades

      (2) Conditional (if then ballot)

      (3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)

   d. The capability for pilots to execute manual trades.

   e. A preference ballot which will:

      (1) Contain pilot preferences for trip trades, drops and pick-ups;

      (2) Be updatable at any time.

   f. Reviewable reporting with transparency

   g. Communication

      (1) Variable mediums (email, text messaging, phone)

      (2) Robust (automated phone contact)

   h. TTS will run on a schedule mutually agreed to by the Association and the Company.

4. The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5. Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6. Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7. Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time)

## Q. Section 15 Questions and Answers

15-1. Q. *At what time is a pilot legal to report for a pick-up sequence following displacement?*

   A. (1) If the pilot was displaced from a Domestic sequence it is legal to report 15 minutes after the scheduled arrival of the trip from which displaced.

AA-SCANLAN-0005269

(2) If the pilot was displaced from an International sequence it is legal to report 30 minutes after the scheduled arrival of the trip from which displaced.

15-2. Q. *When removed from a trip sequence, under what circumstances does a pilot not have to be "paper legal"?*

A. A pilot relieved from flying duties shall not assume the legality of a sequence(s) from which removed for the purpose of F.A.R. limitations or rest provisions of the Agreement except when deadheading to base earlier than scheduled in accordance with Section 15.C.5.f and 15.H.11. (removal code RA/AA).

If a pilot performs flying following the sequence from which removed under this provision, the actual on-duty period may not begin until after the scheduled debrief time associated with the sequence from which removed.

In the event that a pilot performs flying prior to the sequence from which removed under this provision, the debrief period associated with such sequence must be scheduled to be completed prior to the scheduled sign-in associated with the sequence from which removed.

15-3. Q. *May the thirty minute (:30) report for deadhead be extended as a result of an operational necessity?*

A. Yes, with proper notification, pilots may be required to report in excess of thirty minutes (:30) and the on-duty period shall be adjusted accordingly.

15-4. Q. *Reserved*

15-5. Q. *What is the required debrief for an International pilot at the completion of a Domestic sequence?*

A. The required debrief is fifteen (15) minutes.

15-6. Q. *If a pilot is scheduled to fly out and deadhead back on a turn-around basis, is the pilot paid the original duty period if permission is requested to return on an earlier or later flight?*

A. Yes. Section 15.H.11. applies.

15-7. Q. *What is the guarantee of a reserve pilot returning from a leave of absence effective on the twenty-fifth (25th) day of a thirty (30) day contractual month?*

A. This pilot's guarantee will be 16:12. The pilot has 6 days remaining in the contractual month. According to the chart in Section 15.D.4.h, this pilot will receive four (4) days of reserve availability and two (2) days of duty-free periods. Each day of reserve availability is valued at 4:03 per day (73:00 divided by 18 days).

15-8. Q. *May the Company displace and assign reserve pilots for qualification purposes, e.g., take-offs and landings, line check, and Hit Cities when they are not the junior reserve available?*

A. Yes

15-9. Q. *Can the Company assign a reserve pilot to fly over the monthly maximum of eighty-five (85:00) hours PROJ?*

A. No. The Company may not assign a reserve pilot to exceed the monthly maximum (85:00) based on the pilot's PROJ.

15-10. Q. *What is the maximum number of hours that a reserve pilot can be awarded for flying on his days off?*

A. A reserve pilot may be awarded flying on days off up to the lesser of

AA-SCANLAN-0005270

(a) the pilot's IMAX or,

(b) the Company Limit on Voluntary Flying, if applicable.

However, the Company retains the option to restrict a reserve pilot's flying on days off in order to preserve the ability of a reserve pilot to be assigned 85:00 hours of flying on his actual reserve available days.

The following examples show how reserve flying on days off is counted against the 85:00 hour reserve assignment maximum.

Example 1.: The Company has placed a 90:00 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15:00 hour credited sequence entirely on days off. The 15:00 hour pick-up sequence is treated as follows:

(1) 15:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

(2) The first 5 hours of the sequence is attributed to the difference between the 85:00 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts against the 85:00 hour reserve assignment maximum.

Example 2.: The Company has no Company Voluntary Limit and the pilot's IMAX is 98:00. The reserve pilot picks-up a 10:00 hour credited sequence entirely on days off. The 10:00 hour pick-up sequence is treated as follows:

(1) 10:00 hours is added to the pilot's PROJ, and the pay is applied above guarantee.

2) All 10:00 hours of the sequence falls between the 13:00 hour difference between the 85:00 hour reserve assignment maximum and the 98:00 hour IMAX. The Company retains full access to the 85:00 hour reserve assignment maximum.

Note: In this example 2, should the pilot subsequently acquire additional flying on days off, the first 3:00 hours of the additional flying would not count against the Company's ability to assign reserve flying. The flying above 3:00 hours would count against the 85:00 hour reserve assignment maximum.

15-11.  Q. *Prior to the implementation of the new Reserve Assignment System, which pilots are considered when forming variance groups in accordance with Section 18.G.6.d.?*

A.   All reserve pilots in the four part bid status are considered for the purpose of forming variance groups. Once variance groups are formed only qualified, legal and available (QLA) reserves are eligible for coverage of open time, short call or long call assignments.

15-12.  Q. *What is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves?*

A.   Prior to implementation of the new Reserve Assignment System, when a reserve pilot is the senior pilot in the appropriate variance group, legal and available for open flying and such pilot is denied such open flying in order to be available to cover a future trip shown on the open time list, such reserve pilot shall receive flight time pay and credit for the scheduled flight time of the trip sequence denied, including applicable credits, or flight time pay and credit for the future trip sequence, if flown, whichever is greater. In all cases, the future trip on the open flying list is still open flying and must be proffered to pilots by Variance Group and GTD during the normal time period for the filling of such open trip.

15-13.  Q. *If a reserve pilot is bypassed for an open trip sequence but does other flying on the days the bypassed sequence was scheduled to operate, does the other flying affect the pilot's GTD credit or reduce the amount of time to be added to the reserve pilot's pay projection (PPROJ) at the end of the month?*

A.   The entire scheduled value of the bypassed trip sequence is always added to the reserve pilot's pay projection (PPROJ) at the end of the month, regardless of other flying, whether by proffer or by assignment, which the reserve may have performed on the days the bypassed sequence was scheduled to operate. Any time in the PPROJ above the monthly maximum will be placed in the pilot's CPA at one for one. If the pilot's actual flight

AA-SCANLAN-0005271

time worked was more than was credited on the days the bypassed trip was scheduled to operate, the additional flight time worked is also added to the pilot's GTD.

15-14.  Q.  Reserved

15-15.  Q.  *Can a reserve pilot be assigned a trip that originates after 2400 but terminates prior to noon on the first day of a forty-eight (48)?*

A.  No. The flight must originate prior to 2400.

15-16.  Q.  *A reserve pilot is available for only one day because of a duty free period that starts at midnight. To what length trip could this pilot be assigned?*

A.  In this case, the reserve pilot could only be assigned a trip that was scheduled to terminate at the pilot's crew base no later than midnight. However, if no other pilots were available, the above pilot could be assigned a trip that flew the pilot into the duty free period, as long as it returns the pilot to the pilot's crew base no later than 1200 local base time on the first day of the duty free period. No pilot can be assigned to fly into a duty free period as long as there is a pilot available that can be assigned the trip and not flown into their duty free period. A pilot can only be assigned to fly into two (2) duty free periods per month.

15-17.  Q.  *When is a domestic reserve pilot legal again if such pilot is scheduled and arrives at 0300 the first day of a 72 hour duty-free period which is scheduled in the current month?*

A.  0300 + :15 debrief + 12 hours + 72 hours.

15-18.  Q.  Reserved

15-19.  Q.  *How is a "Short Notice" open sequence awarded/assigned?*

A.  When an open sequence is considered a "Short Notice" assignment, Crew Schedule will first identify and contact the appropriate QLA reserve in accordance with the reserve assignment process to establish the time needed for final notification in order to make the scheduled departure of the sequence. During this designated established period of time until final notification, Crew Schedule will proffer the open sequence per the rules of Section 15.L (Filling of Open Flying Time) to as many pilots as possible until reaching the notification deadline of the identified reserve pilot.

15-20.  Q.  *May a reserve pilot move a Duty Free Period (DFP)?*

A.  A reserve pilot's DFP's may be moved by mutual consent between the pilot and the Company in any combination.

15-21.  Q.  *How does the Company schedule a free standing 24 hour DFP for a reserve pilot?*

A.  The bid sheet cannot include a free standing 24 hour DFP for a reserve pilot. Once the month begins, the Company may either (1) move a moveable DFP and place it contiguous to an existing DFP leaving 24 hours of the original DFP as a stand alone 24, or (2) move a moveable 24 and place it as a free standing 24 leaving a minimum of 48 hours in the original DFP. In no case may the Company create more than one free standing 24 hour DFP in any one contractual month by the movement of moveable DFP's.

15-22.  Q.  *Can the Company schedule a normal duty free period (DFP), or a moveable DFP, contiguous to the beginning of a reserve pilot's golden DFP?*

A.  Yes.  However, a normal DFP scheduled contiguous to a golden DFP must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the normal DFP.  A moveable DFP can be scheduled contiguous to a golden DFP, or contiguous to a normal DFP which is contiguous to a golden DFP.  A moveable DFP scheduled this way can be moved in accordance with Section 15.D.2.c.  However, if the moveable DFP is not moved, it too must be treated the same as the golden DFP; that is, the Company cannot schedule or assign any flying into the moveable DFP.  Once the

AA-SCANLAN-0005272

month begins a moveable DFP can be moved and placed contiguous to a golden DFP, in which case it must also be treated the same as the golden DFP.

15-23. Q. Can a pilot trade a golden DFP?

A. Yes. However:

A golden DFP that is traded contiguous to a normal or moveable DFP reverts to a normal DFP.

An entire golden DFP that is traded for a normal DFP will no longer be considered a golden DFP and the normal DFP received will revert to a golden DFP unless it is contiguous to a normal or moveable DFP.

A portion of a golden DFP that is traded will no longer be considered a golden DFP unless the trade is for another golden DFP and is not contiguous to a normal or moveable DFP.

15-24. Q. A pilot in pick-up is eligible for a trip that requires a supervisory pilot but due to Company requirement (not FAR) is denied such trip due to lack of availability of a supervisory pilot. Is the pilot entitled to pay and credit for the trip?

A. No, a pilot must be qualified legal and available in order to be awarded a trip in pick-up.

15-25. Q. A pilot on reserve needing a twenty-five hour (25:00) line check with a supervisory pilot is bypassed for an open trip due to the unavailability of a supervisory pilot. Is the reserve entitled to pay and credit for the trip?

A. No.

15-26. Q. May the Company schedule regular layovers (off-duty periods) of less than 10 hours?

A. No. In accordance with Section 7.A.5.b., all regularly scheduled layovers (off-duty periods) must be no less than ten (10) hours plus one (1) hour reporting and fifteen (15) minutes debriefing (11 hours 15 minutes -- 11 hours 30 minutes International)

15-27. Q. Is a pilot allowed to use pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying when retiring on the 25th or should the month be prorated?

A. Yes, the pilot may pick-up and fly to that pilot's IMAX or the Company Limit on Voluntary Flying.

15-28. Q. A pilot in pick-up was proffered and awarded a trip sequence via the Daily Open Time Coverage (DOTC) process. The pilot subsequently advised the Company he/she was sick and would not be able to fly the awarded pick-up sequence. Is the pilot entitled to the pay for this pick-up sequence?

A. No. A pilot removed from a trip sequence due to an illness will only be paid for sequences acquired via a PBS line award, SEP, TTS or a trip-trade with another pilot.

15-29. Q. Is a pilot (pick-up or reserve) who is qualified, legal and available in the current contractual month entitled to proffer a sequence that will create a conflict with scheduled recurrent or requalification training consisting of six (6) days or less?

A. Yes. The pilot must be paper legal, in accordance with Section 5.I., for the awarded sequence in conjunction with the first (1st) scheduled sequence in the next contractual month. The Company will have the option to reschedule the training or remove and pay the pilot for the fly through trip sequence. If the training is moved, the pilot will be paid for the sequence(s) actually flown or displaced from, if applicable.

AA-SCANLAN-0005273

15-30.  Q.  A pilot in pick-up proffered and was awarded a trip sequence. Such pilot reported and signed in for the pick-up sequence. Prior to departure of the first (1st) flight of the sequence, the pilot advises the Company he/she is sick and will not be able to fly the awarded pick-up sequence? Is the pilot entitled to the pay for this pick-up sequence?

A.  Yes. A pilot is considered on duty one (1) hour prior to the scheduled or rescheduled departure time of the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time of a deadhead flight. Once a regular scheduled pilot commences a duty period and is unable to fly due to an illness, such pilot is entitled to the pay of this pick-up sequence.

15-31.  Q.  Is a regularly scheduled pilot entitled to open time for the next day's flying if the pilot arrives at base and is scheduled for a forty-eight (48) on arrival?

A.  Yes, provided the pilot changes or drops such duty-free period before the start of DOTC. After the start of DOTC the pilot must contact Crew Schedule to be eligible for remaining open time.

15-32.  Q.  Reserved

15-33.  Q.  May a pilot in the International Division accept a proffer of open time in the Domestic Division or vice-versa? How would the pilot be paid?

A.  Yes, provided the pilot's PROJ would not exceed the lower of that pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status, if applicable. The pilot would be paid at their hourly base pay rate plus International override for flying actually performed when applicable.

15-34.  Q.  Reserved

15-35.  Q.  Reserved

15-36.  Q.  May a pilot trade a trip if it would increase the pilot's Projection (PROJ) over the pilot's IMAX or the Company Limit on Voluntary Flying for the month?

A.  No, a pilot may not trade a trip if the trade would result in the pilot exceeding the lower of his/her 1.) IMAX or 2.) the Company Limit on Voluntary Flying for the month.

15-37.  Q.  May International pilots trade trips within a contractual month with Domestic pilots and vice versa?

A.  Yes, within category, provided the pilots are QLA and the trade does not result in either pilot's PROJ exceeding the lower of the pilot's IMAX or the Company Limit on Voluntary Flying for that pilot's four-part bid status. Such trades are limited to pilot-to-pilot trades only.

15-38.  Q.  I attempt to travel to work. I am unable to make my departure time. Am I covered by the Commuter Policy?

A.  Yes.

15-39.  Q.  Reserved

15-40.  Q.  Does pay and credit apply to delays at stations where deicing is performed on the gate (Miscellaneous Code 59)?

A.  No.  However, at those stations where Company aircraft are being deiced at a location other than the gate, pay and credit is applied to cover delays at the gate awaiting pushback, powerback or taxiout due to aircraft or vehicular traffic congestion at the deicing location by filing a Miscellaneous Code 59 through ACARS.

15-41.  Q.  Prior to the implementation of PBS, how does the Company determine a trip selection award commensurate with seniority when a pilot fails to submit a trip selection preference

AA-SCANLAN-0005274

*for a given month or fails to submit a trip selection preference containing a sufficient number of selections (bids)?*

A.   In this event, the Company will utilize the trip selection preferences of the next most senior pilot in the appropriate bid status who has already been awarded a trip selection, and continue the awarding process from the point of the more senior pilot's award until such time as the more junior pilot is awarded a trip selection.  If the more junior pilot is unable to be awarded a trip selection (other than reserve) after exhausting all of the more senior pilots' preferences, such pilot will be awarded:

-The highest paying trip selection available.

-A vacation relief selection.

-A second round trip selection which is available.

-A reserve trip selection.

*15-42.  Q.  at is the Company's policy with respect to the assignment of reserves to open time in conjunction with the availability of reserves after the implementation of the new Reserve Assignment System?*

A.   Reserve pilot assignments will be handled in accordance with Section 15.L.4.f.


AGREED TO UNDERSTANDINGS OF THE BASIC AGREEMENT


A.        FUEL LANDING


When a landing for fuel is required for the operation of a domestic trip, and such landing is pre-planned in the flight release prior to the departure of the crew from a station, the additional time of such fuel landing shall not be considered a reassignment under the provisions of Section 15.N. However, if such assignment causes a pilot's PROJ to exceed the lower of that pilot's IMAX or the Limit on Voluntary Flying, such excess time created as a result of the fuel landing will be paid to such pilot at the rate of one and one-half (1-1/2) minutes for each one (1) minute.


B.        DEADHEAD - FIRST AVAILABLE


If a pilot is canceled or misconnects away from base, and is legal and available to deadhead to his base on the next AA flight operating, but no space is available on such flight, and as a result of a later deadhead is illegal for his next regularly scheduled sequence, such pilot shall be protected under Section 15.N. only for the sequence missed.

AA-SCANLAN-0005275

# SECTION 26

## AMENDMENTS TO AGREEMENT,
## EFFECT ON PRIOR AGREEMENTS,
## AND DURATION

## A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

## B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

## C. Duration

This Agreement shall become effective January 1, 2013, except as otherwise dated herein, and shall continue in full force and effect until January 1, 2019, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior to January 1, 2019, or January 1 of any subsequent year.

## D. Early Opener

At any time following January 1, 2017, but prior to January 1, 2019, with sixty (60) days prior written notice by either party, the parties will commence negotiations in accordance with Section 6, Title I, of the Railway Labor Act, as amended.

AA-SCANLAN-0005319

IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the 1st day of January, 2013.

WITNESS:

FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THEALLIED PILOTS ASSOCIATION          FOR AMERICAN AIRLINES, INC.


*/signed/*_____          */signed/* _____
Keith Wilson                                Laura Einspanier
President                                   Vice-President, Employee Relations


*/signed/*_____          */signed/* _____
Neil Roghair                                Dennis Newgren
Negotiating Committee Chairman              Managing Director, Employee Relations


*/signed/*_____          */signed/*_____
David C. Brown                              Jim Anderson
Negotiating Committee Member                Senior Principal, Employee Relations


*/signed/*_____          */signed/*_____
Per J. Lovfald                              Keith Austin
Negotiating Committee Member                Principal, Employee Relations


*/signed/*_____          */signed/*_____
William R. Boyd                             Ed Garza
Negotiating Committee Member                Coordinator, Contract Administration


                                            */signed/*_____
                                            Jim Thomas
                                            Director of Pilot Engagement


                                            */signed/*_____
                                            Michael Burtzlaff
                                            Principal, Finance

AA-SCANLAN-0005320

# EXHIBIT E

AGREEMENT

between

AMERICAN AIRLINES, INC

and

THE AIRLINE PILOTS

in the service of

AMERICAN AIRLINES, INC.

as represented by the

ALLIED PILOTS ASSOCIATION

EFFECTIVE: JANUARY 1, 2013

*Revision 2.0 - May 24, 2013*

AA-SCANLAN-0004673

# SECTION 2

## DEFINITIONS

### A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

### B. Bid Lines

1. "Bid line" means any monthly regular or reserve flying assignment.

### C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply.

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30 (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – September 30th | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December 1st | 31 |
| December | December 2nd – December 31st | 30 |

### D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

### E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

AA-SCANLAN-0004698

## F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

## G. Company date

In most cases it is the same as your <XREF>date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

## H. Co-terminals as used in this Agreement shall mean:

1. Kennedy/Newark/LaGuardia

2. Midway/O'Hare

3. Dallas/Fort Worth International Airport/Love Field

4. Washington/Dulles International

5. Tampa/St. Petersburg

6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

## I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B.

## J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with SECTION 15 Hours of Service.

## K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

## L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

## M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

AA-SCANLAN-0004699

## N. Domicile

A common location where a group of pilots are based.

## O. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

## P. Duty period

The elapsed time between sign-in time and release time;

1.  Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2.  Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later. (30 minutes for International trip sequence).

3.  Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

## Q. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

## R. Flight Time

1.  Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2.  Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

## S. Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

## T. Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

## U. [Reserved]

## V. Last Trip of the Month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

AA-SCANLAN-0004700

## W. Management pilot

A pilot who occupies a management position in the Flight Department.

## X. Midnight cutoff

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

## Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105, #106]

## Z. Night Flying

Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

## AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

## BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly, gross weight, mileage and, if applicable, international override pay.

## CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in SECTION 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (SECTION 4), apportionment pay (Section 6.C.2.)

## DD. Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

## EE. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer obligated for such trip. The displacing pilot assumes the obligation to cover the displaced pilot's trip. (See Q&A #28)

## FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence. The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

AA-SCANLAN-0004701

## GG.  Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

## HH.  Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight to base" is the flight(s) that arrives at the base the earliest.  The flight(s) may be direct or indirect.

## II.   Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

## JJ.   Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| | Ontario (ONT) / Santa Ana (SNA) / |
| Los Angeles | Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

## KK.  Schedule

"Schedule" means the operating schedule used by the Company in its operations.

## LL.   Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

## MM. Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

## NN.  Sick if needed

A reserve pilot who is sick may call and so notify the Company.  The pilot will not be charged sick leave until such pilot is assigned to fly.  At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

AA-SCANLAN-0004702

## OO. Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status.  In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process.  Once in the new bid status, pilots will use their own seniority number.  The pilot is subject to a lock-in per Section 17L.

## PP.  Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot.  Crewmember is paid schedule for displacement plus greater of schedule/actual time flown.  If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

## QQ. Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of SUPPLEMENT O, or may be appointed to a supervisory position during the course of the month.

## RR.  32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period.  This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.J.13.j.

AA-SCANLAN-0004703

# SECTION 5

## PAY AND CREDIT
## PILOT RELIEVED OF FLYING DUTIES

### A. Pay - General  [See Q&A #47, #48]

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement, [See Q&A #3]

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

### B. Pay - Regularly Scheduled Pilot  [See Q&A #47, #48]

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E ,15.F and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A #28, #107]

### C. Pay - Reserve Pilot

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one-eighteenth (1/18th) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than seventy-three hours (73:00) of pay at the pilot's base hourly rate.

### D. Unpaid Absences

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one-eighteenth (1/18th) for each day of reserve availability missed.

### E. Credit - Regularly Scheduled Pilot

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

### F. Credit - Reserve Pilot

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-eighteenth (1/18th) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed:

### G. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

AA-SCANLAN-0004731

## H. Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of Section 11.

## I. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C., unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.5.f. and 15.H.11. (removal code RA-AA) [See Q&A #9, #13, #28, #107]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C.

AA-SCANLAN-0004732

# SECTION 11

# LEAVES OF ABSENCE

## A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

## B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored.  Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

## C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

## D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty.  A leave of absence for sickness or injury shall not commence until after a pilot has exhausted

AA-SCANLAN-0004762

accrued sick leave credits provided under Section l0 of this Agreement. Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years. Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

## E. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification

   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.

      (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.

   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question. [See Q&A #140]

7. Vacation

   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled). The rescheduled vacation must be taken within the current vacation fiscal year.

      (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and

      (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
|---|---|---|
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |
| | Jan. ABC | Jan. C to Aug. B |

AA-SCANLAN-0004763

| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |
| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

   a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

   b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

   c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

   Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

    a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

       (1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

       (2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

       (3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

       (4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

    b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

AA-SCANLAN-0004764

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

   a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

   b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

   c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

   d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

   e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

## F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Pilot Retirement Plan and the Company Group Insurance Plan, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

## G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

AA-SCANLAN-0004765

## H.  Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots.  If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0004766

# SECTION 15

# HOURS OF SERVICE and WORK RULES

**Table of Contents**

15.A  General

15.B  Notification

15.C  Flight Time and Duty Time Limits

15.D  Line Construction

15.E  Minimum Pay and Credit

15.F.  Time Away From Base

15.G  Duty Period - Average and Minimum

15.H.  Application of Minimum Flight Time Pay and Flight Time Credit

15.I  Premium Pay

15.J  Reserve Flying

15.K  Fatigue Events

15.L  Filling of Open Time

15.M  Temporary Assignment/Temporary Duty

15.N  Reassignments

15.O  Substitution of Equipment

15.P  Trip Trade System (TTS)

## A.  General

1.  Joint Scheduling Committee

   a.  The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC).  The JSC may evaluate and make recommendations concerning:

   (1) Sequence construction, generation, and review;

   (2) Bid line awards;

   (3) Training bids and awards;

   (4) Reserve staffing and utilization;

   (5) Trip Trade System (TTS) and trip trades with open time;

   (6) Vacations;

   (7) Block hour adjustment;

   (8) PBS line construction parameters;

   (9) Domicile and Home Base block hour allocations by equipment; and

   (10) Fatigue mitigation recommendations from the FRC; and

AA-SCANLAN-0004784

(11) Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

b. The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c. Data Access

(1) The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

(2) It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

d. Meetings

(1) Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

(2) The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

(3) The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

(1) Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

(2) The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

(3) The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2. Periodic Review of Forecast Accuracy

The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section17.F.1.d. of the Agreement.

3. Preferential Bidding System (PBS)

a. At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

b. Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

c. The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

d. All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

AA-SCANLAN-0004785

        (1) known absences;

        (2) bid preferences;

        (3) seniority.

4. Preferential Bidding System Working Group (PWG)

    a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

        (1) Company Members:  Managing Director of Operations Planning or equivalent and two additional Company representatives;

        (2) Association Members:  APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

        (3) Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

    b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

    c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

        (1) In the first six months after PBS implementation, the PWG will meet at least monthly;

        (2) In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

        (3) Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

    d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

## B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances.  At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

5. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

6. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

7. Recording of Phone Calls

    a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls

AA-SCANLAN-0004786

between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

e. The Company shall retain the recorded phone calls for a period of ninety (90) days. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved.

f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

## C. Flight Time and Duty Time Limits

1. Monthly Maximums

   a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

   b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The Company Limit on Voluntary Flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

   a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

      (2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

      (3) The number that remains is the current month's IMAX.

   b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N. and 15.I

   c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

   a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This  limit will never be less than that particular bid status' MALV + 7 hours.

AA-SCANLAN-0004787

b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

   a. Reserve pilots can be assigned flying up to eighty-five (85) hours. Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

   b. Flying on a reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a reserve pilot a sequence that would exceed the limit, the time in excess of the limit will go towards the assignment maximum.

   Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

   (1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

   (2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

   a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the following exceptions:

   (1) The determination of on duty periods shall be based on home base time (HBT).

   (2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

   (3) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

   (4) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

   (a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

   (b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

   (c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

   (d) When shifting to an earlier RAP, a pilot must be notified and released from the previous RAP to provide a minimum of nine (9) hours rest (PTP).

   Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

   (e) The shifting limits do not apply following a DFP or other planned absence.

   b. A pilot shall not remain on duty beyond the limitations of paragraph a. above.

   c. In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

AA-SCANLAN-0004788

d. A pilot's scheduled or rescheduled on duty period shall commence:

   (1) One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International sequences. [See Q&A #59, #60, #61]

   (2) Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

e. The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

f. A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base. [See Q&A #63]

g. In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

h. If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

i. The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6. Fly Through Time

   Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

7. No pilot shall be assigned any duty with the Company during any rest period.

8. Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during flight time.

9. Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

10. Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the Captain elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed, and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

11. The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require a twenty-four (24) hour break to avoid seven (7) consecutive days on duty.

12. Maximum Flight Time Pay and Flight Time Credit

   a. Except as set forth in H.10. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

   b. A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's

return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

c. The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over.  In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

## D.  Line Construction

1.  General

a.  Lines will be built for each monthly bid period using a Preferential Bidding System (PBS). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

b.  The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

(1)  For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

(2)  For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

(3)  Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

c.  The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II - V. The LCW may be modified by mutual agreement of the parties.

d.  The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

(1)  For Group I aircraft ………………….. 74 and 86 credited hours

(2)  For Groups II through V aircraft ……. 74 and 82 credited hours

e.  The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

(1)  Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

AA-SCANLAN-0004790

(2) For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

(3) The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

f. Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

g. A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

2. Continuing Qualification Training - Bidding and Awarding

a. Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

b. CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3. Line Construction - Bidding and Awarding

a. Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned. Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

b. The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

c. Available sequences for bidding may include planned charters, ferries and extra sections.

d. The Company will not post sequences that would require a pilot to possess dual qualifications.

e. Sequences identified as domestic will contain flying assignments allocated to the domestic division only.

f. Sequences identified as international will contain flying assignments allocated to the international division only, except that domestic sequences may be included in the International Division only as necessary to meet

(1) a particular month MALV,or

(2) to provide opportunities to maintain currency,or

(3) to minimize TDY's, or

(4) guidelines agreed to by the Joint Scheduling Committee.

g. The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of Section 15.N.

h. A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the month prior, except when

AA-SCANLAN-0004791

unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

i.  With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

j.  Sequences will be awarded / assigned in the PBS line construction process.

k.  Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

l.  Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

m.  A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

n.  A pilot will not be awarded flying during designated OE days.

o.  A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.h. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

p.  Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

(1) Fly through time from the current bid period.

(2) Known Planned Absences for the upcoming bid period and future bid period.

(3) Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

(4) Qualification and Continuing Qualification training days.

(5) Operating Experience Status - estimated completion date.

(6) Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

(7) Additional information as determined by the PBS Committee.

q.  Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |

AA-SCANLAN-0004792

| 25 | 9 | 10 | 4 |
| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
|  |  | 1 | 1 |

r. A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid. In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

s. A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

t. A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4. Reserve Lines - Bidding and Awarding

a. Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

b. Reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

c. Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

d. In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

e. In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.h.

f. In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

AA-SCANLAN-0004793

g. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.h.

h. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

AA-SCANLAN-0004794

| Days Available | Reserve Days | Days Available | Reserve Days |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
| | | 31 | 18 |

## E. Minimum Pay and Credit

1. A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

   a. Flight time pay and flight time credit actually earned.

   b. One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.5.d of this Section.

   c. One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.g. of this Section.

   The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.5.d. and C.5.g. of this Section.

   A flight which lands at a co-terminal for the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2. Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

   a. a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A #15]

   b. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

      (1) engine, instrument, plane, and radio test flights,

      (2) experimental and airway aid test flights,

   c. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

AA-SCANLAN-0004795

(1)  charter, contract, or scenic,

(2)  courtesy or publicity.

When no flying is performed under E.2.a., E.2.b. or E.2.c. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report, at day rates.

3.  Miscellaneous Taxi

a.  An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi.  Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

b.  A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

c.  A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

d.  A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

(1)  the on duty provisions provided under Section 15.C.5.

(2)  The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G

(3)  The reassignment provisions of Section 15.N.

e.  The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

f.  Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

## F.  Time Away From Base

1.  A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

a.  one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

b.  one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2.  For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.

## G.  Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five (5) hours flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

## H.  Application of Minimum Flight Time Pay and Flight Time Credit

1.  The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section  applies when a lineholder pilot reports for a duty period which begins at such pilot's

AA-SCANLAN-0004796

base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection. [See Q&A #69]

2. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

   a. Two (2) hours' flight time pay. Pay under this provision shall be on the basis of day rates of pay as provided in Section 4.B., or

   b. One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section. [See Q&A #70]

3. Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

   a. all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

   b. deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

   c. deadheading at the pilot's request as set forth in paragraph C.5.f. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period. [See Q&A #63]

   Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.

4. For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.5 below.

5. A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6. The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7. The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5, 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8. Computation of flight time pay and flight time credit applicable under Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9. When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

   In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10. When a pilot performs or reports to perform flying set forth in E.2.a., E.2.b. and E.2.c. of this Section, before, during or after an on duty period involving flying not covered under E.2.a., E.2.b. or E.2.c., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

    a. flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.a., E.2.b. or E.2.c., plus,

    b. one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.a., E.2.b., or E.2.c., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

AA-SCANLAN-0004797

11.  If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading.  However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period.  [See Q&A #63]

## I.  Premium Pay

1.  In accordance with Section 15.L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as specified in Section 3 (total is the base rate plus fifty percent of the base rate),  including international override as applicable.

2.  Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3.  A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium sequence at the premium rate. In the event the credited time of the replacement flying is greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

    Example:  If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4.  A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5.  A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6.  Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7.  Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8.  Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

    Example: A pilot uses sick leave for a 10 hours during the month. In the same month, the pilot picks up 12 hours of premium sequence(s)  (12 hours credit, 18 hours pay). For the purpose of calculating the net premium pay for the month, subtract the total sick hours used from the total premium hours.  In this example the pilot's premium pay for the month will be  the 12 hours of premium sequence(s) reduced by the 10 sick hours used, leaving 2 hours to be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium sequence(s).

9.  Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

10. Reassignment - if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

AA-SCANLAN-0004798

## J. Reserve Flying

1. Definitions.

   a. Calendar Day. For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b. Calendar Day Block. For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1) One (1) calendar day block

      (2) Two (2) calendar day block

      (3) Three (3) calendar day block

      (4) Four-plus (4+) calendar day block

   c. Reserve Classification. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability:

      (1) One (1) day reserve

      (2) Two (2) day reserve

      (3) Three (3) day reserve

      (4) Four plus (4+) day reserve

   d. Must fly list. For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

   e. Total Available Hours = (85 hours) - (Planned Absence Credit); includes Vacation, Training, Union Leave

   f. Hours Remaining = (Total Available Hours - Hours Flown); Hours Flown includes all credited time (Pay and Credit)

AA-SCANLAN-0004799

g. Recent Work Factor - A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

AA-SCANLAN-0004800

h. Reserve Priority Value (RPV). For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status. The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked within the previous (five) 5 days. Specifically, the equation will be:

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

2. Reserve Assignment.

a. Generally, the reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences. Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h.. When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

b. Reserve assignment will be made as follows:

The assignment process begins with the one (1) calendar day block. Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below. After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below. For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

(1) If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list. A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score. Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

(a) If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

(b) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

(c) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

(d) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2) If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

AA-SCANLAN-0004801

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

(3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

(c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible. All remaining uncovered open time sequences will be dropped to the next block.

(e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1). (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

c. The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed. In the event open time sequences still remain, Crew Schedule may re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process. The assigned reserve pilots will be notified pursuant to Section 15.J.4. below, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

d. Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest. Reserve pilots not assigned a RAP during DOTC will be placed on Long Call.

3. A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ). Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a. & b.).

4. Confirmation is required for all reserve assignments. To the extent possible, electronic notification and acknowledgement will be used for reserve assignments. When electronic notification is not possible flight assignments require Crew Schedule to make first person contact with the pilot unless confirmed by other means. Awards of preferences must be confirmed through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

5. Reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT. A pilot electing to not answer the phone or return calls when on a DFP, DO,

AA-SCANLAN-0004802

domicile rest or other planned absence will be responsible for any assignments made during DOTC.

Reserve pilots are responsible for being contactable while on short or long call, and are expected to respond to Crew Schedule without unreasonable delay.

6. For any assignment made during the domicile rest period, the pilot shall not be required to report any earlier than 14 hours after the start of domicile rest. A Short Call RAP may be scheduled immediately following the completion of the domicile rest.

7. Release of Reserve Pilots upon Assignment - except as provided for in Section 4.C.5 the following will apply:

   a. Pilots shall have a 12-hour domicile rest period.

   b. Pilots awarded trips that originate during their current RAP shall be released until sign-in.

   c. A Short Call pilot awarded/assigned a trip outside the current RAP shall remain on call until the end of the RAP or 12 hours prior to sign in for the assigned trip sequence, whichever is earlier.

   d. A Long Call pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in or until assigned, if within 12 hours.

   e. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

      (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

      (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

      (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

8. Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours. Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

9. Preceding any DFP or other planned absence, pilots are automatically released from their RAP at midnight HBT if not assigned duty.

10. A pilot that is not contactable during the domicile rest period:

    a. Assumes responsibility for confirming the award/assignment of any trip sequence made during that period.

    b. Is responsible for verifying a subsequent Short Call assignment made during that period.

11. Reserve Flying on Days Off

    a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

12. Reserve Proficiency Flying

    a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A #11]

    b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

    c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

13. Reserve Duty Free Periods

AA-SCANLAN-0004803

a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

b. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination

c. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

e. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f. This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot. (Q&A #'s 66, 114, 120)

f. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

g. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A #65)

h. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment. When such temporary assignment is for more than one (1) trip or trip sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base. Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

i. Golden DFP. A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training. A golden DFP may be moved only with the consent of the reserve pilot. (Q&A #54)

j. Moveable DFP. The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

(1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

(2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

(3) A reserve pilot shall be given notice no later than noon (1200) HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

(4) If a sequence becomes available after noon (1200) HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

(5) Each movable DFP may only be moved once during a contractual month.

(6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence. However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

(a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

AA-SCANLAN-0004804

(b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

14. DFP Trades.

a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

b. Movable DFPs may not be traded.

c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

e. The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

f. The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

g. The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

## K. Fatigue Events

1. General

a. This Section K applies to all Domestic and International pilots, both lineholders and reserves. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

b. The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

c. The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2. Definitions and Functions

a. Fatigue Risk Analysis Team (FRAT):

The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company. The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

b. Fatigue Event Review Team (FERT):

The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company. The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review. The FERT will make every attempt to reach a consensus. If a consensus cannot be reached, then the Chief Pilot of Line Operations or

his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

c. Fatigue Review Committee (FRC):

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures. The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

d. Memorandum of Understanding (MOU):

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3. Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

a. Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

b. Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

c. All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

d. The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

e. Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

f. Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

g. PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

h. When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

i. Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4. Reserve Pilots - On Call

a. When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

b. Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

c. At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5. All Pilots - Mid-Sequence Fatigue

a. Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

(1) Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

AA-SCANLAN-0004806

(2) Deadhead the pilot to base following the completion of a rest period.

(3) Following rest, assign the pilot to any portion of the original sequence.

(4) Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

b. Any assignment other than the above four options shall be considered a reassignment.

c. The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to equivalent flying within the footprint of the original sequence.

d. An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

e. The pilot shall not be contacted during the rest period except for delay or cancellation information.

f. The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

6. All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

a. Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

b. If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

c. Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

(1) Any portion of the original sequence for regularly scheduled pilots.

(2) Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

d. Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

e. Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7. Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

AA-SCANLAN-0004807

a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

## L. Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time - Basic Rules

   a. 10:00 home base time (HBT) - sick removals and sequences placed into open time.

   b. 12:00 HBT (or earlier) - Begin Filling of Open Time for any open flying for the next day.

   c. A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

   d. To the extent possible the Filling of Open Time should be completed no later than 1700 HBT however, the intent is to complete DOTC by 1500 HBT, or earlier. In accordance with Section 15.J.5, reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT

   Note: The times in 3.a., b., and d. may be modified by mutual agreement between the Company and the JSC.

4. Filling of Open Time - Order

   a. Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

   b. Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs. DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

      (1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

   c. Pick-up in Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

      (4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

   d. Pick-up out of Base

AA-SCANLAN-0004808

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

(5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

e. At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

f. Reserve Assignment/Award. The Company shall select, at its option, one or more of the following categories. The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.. From this single pool of pilots, reserve assignments/awards will be prioritized in the following order: Block, RPV and Seniority.

(1) In Division, assign to a reserve without a DFP conflict.

(2) In opposite Division, award to a reserve without a DFP conflict.

(3) In Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(4) In opposite Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(5) In opposite Division, assign to a reserve without a DFP conflict. If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(6) In Division, assign to a reserve flying into a DFP (up to 1200).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

g. Company option to use a CKA, Flight Test or Management pilot.

h. Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

i. Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

5. General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

a. Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement. However, in accordance with Section 5.I., scheduled flying, not actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying.  [See Q&A #9, #13, #107]

b. In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ). [See Q&A #117]

c. Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

d. Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced. [See Q&A #64]

e. Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

AA-SCANLAN-0004809

f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)

6. Crew Schedule Errors

   a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.C.

   b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of a seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

1. Full Month Temporary Assignment Within a Base

   a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

   b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

   c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

   d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

      (1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

      (2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up. However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

      (3) A hotel room at Company expense during the assignment within the following parameters:

         (a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

         (b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence. For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

   e. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

   f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

AA-SCANLAN-0004810

      (1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

      (2) if not filled per (1) above, in system seniority to all pilots.

  g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

  h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

  a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

  b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

  c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

  d. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

  e. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

  f. The number of vacancies which may be filled under paragraph M.2. shall not be limited.

  g. Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

  h. Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

3. Vacancy Obligation

  a. In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

  b. Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4. Less Than a Full Month Temporary Assignment Between Bases

  a. During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

      (1) For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

      (2) For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

AA-SCANLAN-0004811

b. The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

c. Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

d. The number of temporary assignments permitted under paragraph M.4. shall not be limited.

e. Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

f. Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5. Temporary Duty - One Trip Sequence Only

a. When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of no more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

b. Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered. Such pilots shall be covered under the provisions of Section 15.E., 15.F. and 15.G. from the time they leave their base until they return to their base.

c. Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

d. The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6. Limitations On Temporary Assignments

A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7. Temporary Duty Assigned - Deadheading

a. Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

b. If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

c. If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

(3) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

(4) The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

d. Options for TDY Deadheads.

AA-SCANLAN-0004812

(1) A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day.  In such case:

(a) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(b) The pilot shall be provided a hotel room.

(c) The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

(d) The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

(2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order to be available for additional flying.

(3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day.  In such case:

(a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

(b) The pilot shall be provided a hotel room.

(c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e.  A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead.  A double deadhead is defined as:

(1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

(2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead.  If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the deadhead to report to/from the TDY base.  In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

f.  In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

g.  In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

AA-SCANLAN-0004813

8. Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

## N. Reassignments

1. Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e. [See Q&A 142]

2. A pilot reassigned shall be paid and credited the greater of;

   a. the value of the original sequence, or

   b. the value of the reassignment sequence.

3. In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

   a. pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

   b. Any additional flight time pay and credit associated with paragraphs E.,F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4. A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) or the Company Limit on Voluntary Flying, if applicable, shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX, or the Company Limit on Voluntary Flying, if applicable (which shall not be cumulative with the payment in Section 15.N.3).

5. A pilot who was reassigned above his IMAX or the Company Limit on Voluntary Flying, if applicable, will have his credited projection (PROJ) reduced to or below his IMAX or the Company Limit on Voluntary Flying, if applicable, in accordance with the following:

   a. Remove the pilot with pay, but no credit, from one or more whole sequences.

   b. Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

   c. Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

   d. When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

   e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

## O. Substitution of Equipment

Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

AA-SCANLAN-0004814

## P. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:

   a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)

   b. Comply with FAR/CBA/Qualification Limitations

      (1) Legalities based upon FAR 117

      (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS

   c. Trip Trade System acts as an agent to complete the following types of trades:

      (1) Multiple pilot trades

      (2) Conditional (if then ballot)

      (3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)

   d. The capability for pilots to execute manual trades.

   e. A preference ballot which will:

      (1) Contain pilot preferences for trip trades, drops and pick-ups;

      (2) Be updatable at any time.

   f. Reviewable reporting with transparency

   g. Communication

      (1) Variable mediums (email, text messaging, phone)

      (2) Robust (automated phone contact)

   h. TTS will run on a schedule mutually agreed to by the Association and the Company.

4. The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5. Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6. Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7. Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time)

AA-SCANLAN-0004815

# SECTION 26

## AMENDMENTS TO AGREEMENT, EFFECT ON PRIOR AGREEMENTS, AND DURATION

### A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

### B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

### C. Duration

This Agreement shall become effective January 1, 2013, except as otherwise dated herein, and shall continue in full force and effect until January 1, 2019, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior to January 1, 2019, or January 1 of any subsequent year.

### D. Early Opener

At any time following January 1, 2017, but prior to January 1, 2019, with sixty (60) days prior written notice by either party, the parties will commence negotiations in accordance with Section 6, Title I, of the Railway Labor Act, as amended.

AA-SCANLAN-0004858

IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the 1st day of January, 2013.

WITNESS:

FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THE ALLIED PILOTS ASSOCIATION                FOR AMERICAN AIRLINES, INC.


/signed/_____              /signed/ _____
Keith Wilson                                 Laura Einspanier
President                                    Vice-President, Employee Relations


/signed/_____              /signed/ _____
Neil Roghair                                 Dennis Newgren
Negotiating Committee Chairman               Managing Director, Employee Relations


/signed/_____              /signed/_____
David C. Brown                               Jim Anderson
Negotiating Committee Member                 Senior Principal, Employee Relations


/signed/_____              /signed/_____
Per J. Lovfald                               Keith Austin
Negotiating Committee Member                 Principal, Employee Relations


/signed/_____              /signed/_____
William R. Boyd                              Ed Garza
Negotiating Committee Member                 Coordinator, Contract Administration


                                             /signed/_____
                                             Jim Thomas
                                             Director of Pilot Engagement


                                             /signed/_____
                                             Michael Burtzlaff
                                             Principal, Finance

AA-SCANLAN-0004859

# EXHIBIT F

AGREEMENT

between

AMERICAN AIRLINES, INC

and

THE AIRLINE PILOTS

in the service of

AMERICAN AIRLINES, INC.

as represented by the

ALLIED PILOTS ASSOCIATION

EFFECTIVE: JANUARY 1, 2013

*Revision 1 - March 08, 2013*

AA-SCANLAN-0004234

## SECTION 2

## DEFINITIONS

### A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

### B. Bid Lines

1. "Bid line" means any monthly regular or reserve flying assignment.

### C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply.

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30 (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – September 30th | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December 1st | 31 |
| December | December 2nd – December 31st | 30 |

### D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

### E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

AA-SCANLAN-0004259

## F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

## G. Company date

In most cases it is the same as your <XREF>date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

## H. Co-terminals as used in this Agreement shall mean:

1. Kennedy/Newark/LaGuardia

2. Midway/O'Hare

3. Dallas/Fort Worth International Airport/Love Field

4. Washington/Dulles International

5. Tampa/St. Petersburg

6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

## I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B.

## J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with SECTION 15 Hours of Service.

## K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

## L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

## M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

AA-SCANLAN-0004260

## N. Domicile

A common location where a group of pilots are based.

## O. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

## P. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later.  (30 minutes for International trip sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

## Q. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

## R. Flight Time

1. Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2. Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

## S. Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

## T. Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

## U. [Reserved]

## V. Last Trip of the Month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

AA-SCANLAN-0004261

## W. Management pilot

A pilot who occupies a management position in the Flight Department.

## X. Midnight cutoff

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

## Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105, #106]

## Z. Night Flying

Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

## AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

## BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly, gross weight, mileage and, if applicable, international override pay.

## CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in SECTION 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (SECTION 4), apportionment pay (Section 6.C.2.)

## DD. Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

## EE. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer obligated for such trip. The displacing pilot assumes the obligation to cover the displaced pilot's trip. (See Q&A #28)

## FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence. The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

AA-SCANLAN-0004262

## GG. Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

## HH. Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight to base" is the flight(s) that arrives at the base the earliest. The flight(s) may be direct or indirect.

## II. Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

## JJ. Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| Los Angeles | Ontario (ONT) / Santa Ana (SNA) / Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

## KK. Schedule

"Schedule" means the operating schedule used by the Company in its operations.

## LL. Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

## MM. Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

## NN. Sick if needed

A reserve pilot who is sick may call and so notify the Company. The pilot will not be charged sick leave until such pilot is assigned to fly. At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

AA-SCANLAN-0004263

## OO. Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status. In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process. Once in the new bid status, pilots will use their own seniority number. The pilot is subject to a lock-in per Section 17L.

## PP. Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot. Crewmember is paid schedule for displacement plus greater of schedule/actual time flown. If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

## QQ. Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of SUPPLEMENT O, or may be appointed to a supervisory position during the course of the month.

## RR. 32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period. This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.J.13.j.

AA-SCANLAN-0004264

# SECTION 5

## PAY AND CREDIT
## PILOT RELIEVED OF FLYING DUTIES

### A. Pay - General  [See Q&A #47, #48]

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement, [See Q&A #3]

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

### B. Pay - Regularly Scheduled Pilot  [See Q&A #47, #48]

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E ,15.F and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A #28, #107]

### C. Pay - Reserve Pilot

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one-eighteenth (1/18th) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than seventy-three hours (73:00) of pay at the pilot's base hourly rate.

### D. Unpaid Absences

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one-eighteenth (1/18th) for each day of reserve availability missed.

### E. Credit - Regularly Scheduled Pilot

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

### F. Credit - Reserve Pilot

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-eighteenth (1/18th) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed:

### G. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

AA-SCANLAN-0004292

## H. Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of <u>Section 11</u>.

## I. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of <u>Section 15.C.</u>, unless the removal is to deadhead to base earlier than scheduled, in accordance with <u>Section 15.C.5.f.</u> and <u>15.H.11.</u> (removal code RA-AA) [See Q&A <u>#9</u>, <u>#13</u>, <u>#28</u>, <u>#107</u>]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of <u>Section 15.C.</u>

AA-SCANLAN-0004293

Case 2:22-cv-09404 Document 24-1 Page 601 Date Filed 03/23/2023

# SECTION 11

# LEAVES OF ABSENCE

## A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

## B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored. Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

## C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

## D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty. A leave of absence for sickness or injury shall not commence until after a pilot has exhausted

AA-SCANLAN-0004323

accrued sick leave credits provided under Section l0 of this Agreement.  Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years.  Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

## E.  Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification

   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.

      (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.

   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question. [See Q&A #140]

7. Vacation

   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled).  The rescheduled vacation must be taken within the current vacation fiscal year.

      (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and

      (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
|---|---|---|
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |
| | Jan. ABC | Jan. C to Aug. B |

AA-SCANLAN-0004324

| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |
|---|---|---|
| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

(1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

(2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

(3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

(4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

AA-SCANLAN-0004325

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

## F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Pilot Retirement Plan and the Company Group Insurance Plan, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

## G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

AA-SCANLAN-0004326

## H. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0004327

# SECTION 15

## HOURS OF SERVICE and WORK RULES

**Table of Contents**

15.A  General

15.B  Notification

15.C  Flight Time and Duty Time Limits

15.D  Line Construction

15.E  Minimum Pay and Credit

15.F.  Time Away From Base

15.G  Duty Period - Average and Minimum

15.H.  Application of Minimum Flight Time Pay and Flight Time Credit

15.I  Premium Pay

15.J  Reserve Flying

15.K  Fatigue Events

15.L  Filling of Open Time

15.M  Temporary Assignment/Temporary Duty

15.N  Reassignments

15.O  Substitution of Equipment

15.P  Trip Trade System (TTS)

## A. General

1. Joint Scheduling Committee

   a. The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC).  The JSC may evaluate and make recommendations concerning:

      (1) Sequence construction, generation, and review;

      (2) Bid line awards;

      (3) Training bids and awards;

      (4) Reserve staffing and utilization;

      (5) Trip Trade System (TTS) and trip trades with open time;

      (6) Vacations;

      (7) Block hour adjustment;

      (8) PBS line construction parameters;

      (9) Domicile and Home Base block hour allocations by equipment; and

      (10) Fatigue mitigation recommendations from the FRC; and

AA-SCANLAN-0004345

(11) Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

b. The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c. Data Access

    (1) The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

    (2) It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

d. Meetings

    (1) Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

    (2) The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

    (3) The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

    (1) Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

    (2) The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

    (3) The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2. Periodic Review of Forecast Accuracy

The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section17.F.1.d. of the Agreement.

3. Preferential Bidding System (PBS)

a. At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

b. Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

c. The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

d. All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

AA-SCANLAN-0004346

       (1) known absences;

       (2) bid preferences;

       (3) seniority.

4. Preferential Bidding System Working Group (PWG)

   a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

       (1) Company Members: Managing Director of Operations Planning or equivalent and two additional Company representatives;

       (2) Association Members:  APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

       (3) Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

   b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

   c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

       (1) In the first six months after PBS implementation, the PWG will meet at least monthly;

       (2) In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

       (3) Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

   d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

## B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances.  At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

5. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

6. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

7. Recording of Phone Calls

   a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls

AA-SCANLAN-0004347

between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

e. The Company shall retain the recorded phone calls for a period of ninety (90) days. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved.

f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

## C. Flight Time and Duty Time Limits

1. Monthly Maximums

   a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

   b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The Company Limit on Voluntary Flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

   a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

      (2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

      (3) The number that remains is the current month's IMAX.

   b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N. and 15.I

   c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

   a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This limit will never be less than that particular bid status' MALV + 7 hours.

AA-SCANLAN-0004348

b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

   a. Reserve pilots can be assigned flying up to eighty-five (85) hours. Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

   b. Flying on a reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a reserve pilot a sequence that would exceed the limit, the time in excess of the limit will go towards the assignment maximum.

      Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

      (1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

      (2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

   a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the following exceptions:

      (1) The determination of on duty periods shall be based on home base time (HBT).

      (2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

      (3) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

      (4) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

         (a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

         (b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

         (c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

         (d) When shifting to an earlier RAP, a pilot must be notified and released from the previous RAP to provide a minimum of nine (9) hours rest (PTP).

            Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

         (e) The shifting limits do not apply following a DFP or other planned absence.

   b. A pilot shall not remain on duty beyond the limitations of paragraph a. above.

   c. In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

AA-SCANLAN-0004349

    d.  A pilot's scheduled or rescheduled on duty period shall commence:

        (1)  One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International sequences. [See Q&A #59, #60, #61]

        (2)  Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

    e.  The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

    f.  A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base. [See Q&A #63]

    g.  In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

    h.  If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

    i.  The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6.  Fly Through Time

    Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

7.  No pilot shall be assigned any duty with the Company during any rest period.

8.  Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during flight time.

9.  Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

10.  Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the Captain elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed, and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

11.  The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require a twenty-four (24) hour break to avoid seven (7) consecutive days on duty.

12.  Maximum Flight Time Pay and Flight Time Credit

    a.  Except as set forth in H.10. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

    b.  A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's

AA-SCANLAN-0004350

return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

c. The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over. In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

## D. Line Construction

1. General

   a. Lines will be built for each monthly bid period using a Preferential Bidding System (PBS). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

   b. The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

      (1) For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

      (2) For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

      (3) Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

   c. The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II - V. The LCW may be modified by mutual agreement of the parties.

   d. The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

      (1) For Group I aircraft ......................... 74 and 86 credited hours

      (2) For Groups II through V aircraft ....... 74 and 82 credited hours

   e. The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

      (1) Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

AA-SCANLAN-0004351

(2) For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

(3) The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

f. Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

g. A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

2. Continuing Qualification Training - Bidding and Awarding

a. Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

b. CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3. Line Construction - Bidding and Awarding

a. Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned. Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

b. The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

c. Available sequences for bidding may include planned charters, ferries and extra sections.

d. The Company will not post sequences that would require a pilot to possess dual qualifications.

e. Sequences identified as domestic will contain flying assignments allocated to the domestic division only.

f. Sequences identified as international will contain flying assignments allocated to the international division only, except that domestic sequences may be included in the International Division only as necessary to meet

(1) a particular month MALV,or

(2) to provide opportunities to maintain currency,or

(3) to minimize TDY's, or

(4) guidelines agreed to by the Joint Scheduling Committee.

g. The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of Section 15.N.

h. A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the month prior, except when

AA-SCANLAN-0004352

unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

i. With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

j. Sequences will be awarded / assigned in the PBS line construction process.

k. Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

l. Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

m. A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

n. A pilot will not be awarded flying during designated OE days.

o. A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.h. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

p. Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

(1) Fly through time from the current bid period.

(2) Known Planned Absences for the upcoming bid period and future bid period.

(3) Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

(4) Qualification and Continuing Qualification training days.

(5) Operating Experience Status - estimated completion date.

(6) Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

(7) Additional information as determined by the PBS Committee.

q. Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |

AA-SCANLAN-0004353

| 25 | 9 | 10 | 4 |
|----|---|----|---|
| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
|    |   | 1 | 1 |

    r.  A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid. In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

    s.  A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

    t.  A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4.  Reserve Lines - Bidding and Awarding

    a.  Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

    b.  Reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

    c.  Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

    d.  In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

    e.  In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.h.

    f.  In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

AA-SCANLAN-0004354

g. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.h.

h. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

AA-SCANLAN-0004355

| Days Available | Reserve Days | Days Available | Reserve Days |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
| | | 31 | 18 |

## E. Minimum Pay and Credit

1. A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

    a. Flight time pay and flight time credit actually earned.

    b. One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.5.d of this Section.

    c. One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.g of this Section.

    The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.5.d and C.5.g of this Section.

    A flight which lands at a co-terminal for the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2. Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

    a. a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A #15]

    b. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

        (1) engine, instrument, plane, and radio test flights,

        (2) experimental and airway aid test flights,

    c. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

AA-SCANLAN-0004356

(1)  charter, contract, or scenic,

(2)  courtesy or publicity.

When no flying is performed under E.2.a., E.2.b. or E.2.c. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report, at day rates.

3.  Miscellaneous Taxi

a.  An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi.  Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

b.  A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

c.  A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

d.  A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

(1)  the on duty provisions provided under Section 15.C.5.

(2)  The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G.

(3)  The reassignment provisions of Section 15.N.

e.  The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

f.  Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

## F.  Time Away From Base

1.  A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

a.  one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

b.  one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2.  For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.

## G.  Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five (5) hours flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

## H.  Application of Minimum Flight Time Pay and Flight Time Credit

1.  The minimum flight time pay and flight time credit provided under E.1.,  F.1., and G. of this Section  applies when a lineholder pilot reports for a duty period which begins at such pilot's

AA-SCANLAN-0004357

base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection. [See Q&A #69]

2. The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

   a. Two (2) hours' flight time pay. Pay under this provision shall be on the basis of day rates of pay as provided in Section 4.B., or

   b. One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section. [See Q&A #70]

3. Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

   a. all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

   b. deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

   c. deadheading at the pilot's request as set forth in paragraph C.5.f. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period. [See Q&A #63]

   Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.

4. For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.5 below.

5. A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6. The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7. The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5, 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8. Computation of flight time pay and flight time credit applicable under Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9. When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

   In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10. When a pilot performs or reports to perform flying set forth in E.2.a., E.2.b. and E.2.c. of this Section, before, during or after an on duty period involving flying not covered under E.2.a., E.2.b or E.2.c., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

    a. flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.a., E.2.b. or E.2.c., plus,

    b. one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.a., E.2.b., or E.2.c., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

AA-SCANLAN-0004358

11.  If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading.  However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period.  [See Q&A #63]

## I.  Premium Pay

1.  In accordance with Section 15.L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as specified in Section 3 (total is the base rate plus fifty percent of the base rate),  including international override as applicable.

2.  Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3.  A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium sequence at the premium rate. In the event the credited time of the replacement flying is greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

    Example:  If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4.  A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5.  A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6.  Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7.  Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8.  Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

    Example: A pilot uses sick leave for a 10 hours during the month. In the same month, the pilot picks up 12 hours of premium sequence(s)  (12 hours credit, 18 hours pay). For the purpose of calculating the net premium pay for the month, subtract the total sick hours used from the total premium hours.  In this example the pilot's premium pay for the month will be  the 12 hours of premium sequence(s) reduced by the 10 sick hours used, leaving 2 hours to be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium sequence(s).

9.  Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

10. Reassignment - if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

AA-SCANLAN-0004359

**J. Reserve Flying**

1. Definitions.

   a. Calendar Day. For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b. Calendar Day Block. For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1) One (1) calendar day block

      (2) Two (2) calendar day block

      (3) Three (3) calendar day block

      (4) Four-plus (4+) calendar day block

   c. Reserve Classification. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability:

      (1) One (1) day reserve

      (2) Two (2) day reserve

      (3) Three (3) day reserve

      (4) Four plus (4+) day reserve

   d. Must fly list. For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

   e. Total Available Hours = (85 hours) - (Planned Absence Credit); includes Vacation, Training, Union Leave

   f. Hours Remaining = (Total Available Hours - Hours Flown); Hours Flown includes all credited time (Pay and Credit)

AA-SCANLAN-0004360

g.  Recent Work Factor - A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

AA-SCANLAN-0004361

h. Reserve Priority Value (RPV). For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status. The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked within the previous (five) 5 days. Specifically, the equation will be:

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

2. Reserve Assignment.

a. Generally, the reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences. Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h.. When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

b. Reserve assignment will be made as follows:

The assignment process begins with the one (1) calendar day block. Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below. After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below. For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

(1) If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list. A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score. Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

(a) If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

(b) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

(c) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

(d) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2) If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

AA-SCANLAN-0004362

      (b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

    (3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

      (a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

      (b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

      (c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

      (d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible.  All remaining uncovered open time sequences will be dropped to the next block.

      (e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1).  (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

  c. The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed.  In the event open time sequences still remain, Crew Schedule may re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process.  The assigned reserve pilots will be notified pursuant to Section 15.J.4. below, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

  d. Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest. Reserve pilots not assigned a RAP during DOTC will be placed on Long Call.

3. A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ).  Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a. & b.).

4. Confirmation is required for all reserve assignments. To the extent possible, electronic notification and acknowledgment will be used for reserve assignments. When electronic notification is not possible flight assignments require Crew Schedule to make first person contact with the pilot unless confirmed by other means. Awards of preferences must be confirmed through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

5. Reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT. A pilot electing to not answer the phone or return calls when on a DFP, DO,

AA-SCANLAN-0004363

domicile rest or other planned absence will be responsible for any assignments made during DOTC.

Reserve pilots are responsible for being contactable while on short or long call, and are expected to respond to Crew Schedule without unreasonable delay.

6. For any assignment made during the domicile rest period, the pilot shall not be required to report any earlier than 14 hours after the start of domicile rest. A Short Call RAP may be scheduled immediately following the completion of the domicile rest.

7. Release of Reserve Pilots upon Assignment - except as provided for in Section 4.C.5 the following will apply:

   a. Pilots shall have a 12-hour domicile rest period.

   b. Pilots awarded trips that originate during their current RAP shall be released until sign-in.

   c. A Short Call pilot awarded/assigned a trip outside the current RAP shall remain on call until the end of the RAP or 12 hours prior to sign in for the assigned trip sequence, whichever is earlier.

   d. A Long Call pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in or until assigned, if within 12 hours.

   e. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

      (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

      (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

      (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

8. Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours. Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

9. Preceding any DFP or other planned absence, pilots are automatically released from their RAP at midnight HBT if not assigned duty.

10. A pilot that is not contactable during the domicile rest period:

    a. Assumes responsibility for confirming the award/assignment of any trip sequence made during that period.

    b. Is responsible for verifying a subsequent Short Call assignment made during that period.

11. Reserve Flying on Days Off

    a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

12. Reserve Proficiency Flying

    a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A #11]

    b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

    c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

13. Reserve Duty Free Periods

AA-SCANLAN-0004364

a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

b. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination

c. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

e. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f.  This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot.  (Q&A #'s 66, 114, 120)

f. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

g. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A #65)

h. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment.   When such temporary assignment is for more than one (1) trip or trip sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base.  Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

i. Golden DFP.  A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training.  A golden DFP may be moved only with the consent of the reserve pilot.  (Q&A #54)

j. Moveable DFP.  The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

   (1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

   (2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

   (3) A reserve pilot shall be given notice no later than noon (1200) HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

   (4) If a sequence becomes available after noon (1200) HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

   (5) Each movable DFP may only be moved once during a contractual month.

   (6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence.  However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

      (a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

AA-SCANLAN-0004365

      (b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

14. DFP Trades.

  a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

  b. Movable DFPs may not be traded.

  c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

  d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

  e. The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

  f. The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

  g. The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

## K. Fatigue Events

1. General

  a. This Section K applies to all Domestic and International pilots, both lineholders and reserves. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

  b. The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

  c. The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2. Definitions and Functions

  a. Fatigue Risk Analysis Team (FRAT):

  The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company. The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

  b. Fatigue Event Review Team (FERT):

  The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company. The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review. The FERT will make every attempt to reach a consensus. If a consensus cannot be reached, then the Chief Pilot of Line Operations or

AA-SCANLAN-0004366

his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

c. Fatigue Review Committee (FRC):

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures. The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

d. Memorandum of Understanding (MOU):

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3. Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

a. Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

b. Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

c. All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

d. The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

e. Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

f. Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

g. PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

h. When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

i. Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4. Reserve Pilots - On Call

a. When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

b. Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

c. At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5. All Pilots - Mid-Sequence Fatigue

a. Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

(1) Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

AA-SCANLAN-0004367

(2) Deadhead the pilot to base following the completion of a rest period.

(3) Following rest, assign the pilot to any portion of the original sequence.

(4) Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

b. Any assignment other than the above four options shall be considered a reassignment.

c. The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to equivalent flying within the footprint of the original sequence.

d. An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

e. The pilot shall not be contacted during the rest period except for delay or cancellation information.

f. The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

6. All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

a. Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

b. If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

c. Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

(1) Any portion of the original sequence for regularly scheduled pilots.

(2) Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

d. Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

e. Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7. Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

AA-SCANLAN-0004368

a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

## L. Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time - Basic Rules

   a. 10:00 home base time (HBT) - sick removals and sequences placed into open time.

   b. 12:00 HBT (or earlier) - Begin Filling of Open Time for any open flying for the next day.

   c. A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

   d. To the extent possible the Filling of Open Time should be completed no later than 1700 HBT however, the intent is to complete DOTC by 1500 HBT, or earlier. In accordance with Section 15.J.5, reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT

   Note: The times in 4.a., b., and d. may be modified by mutual agreement between the Company and the JSC.

4. Filling of Open Time - Order

   a. Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

   b. Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs. DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

      (1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

   c. Pick-up in Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (3) At Company Option: Pick-up with conflict, in Division first, then in the opposite Division.

      (4) At Company Option: Greater of Pick-up with conflict, in Division first, then in the opposite Division.

   d. Pick-up out of Base

SECTION 15 - 25

1445

AA-SCANLAN-0004369

(1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

(3) At Company Option:  Pick-up with conflict, in Division first, then in the opposite Division.

(4) At Company Option:  Greater of Pick-up with conflict, in Division first, then in the opposite Division.

(5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

e. At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

f. Reserve Assignment/Award.  The Company shall select, at its option, one or more of the following categories.  The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.  From this single pool of pilots, reserve assignments/awards will be prioritized in the following order:  Block, RPV and Seniority.

(1) In Division, assign to a reserve without a DFP conflict.

(2) In opposite Division, award to a reserve without a DFP conflict.

(3) In Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(4) In opposite Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).

(5) In opposite Division, assign to a reserve without a DFP conflict.  If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.

(6) In Division, assign to a reserve flying into a DFP (up to 1200).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

g. Company option to use a CKA, Flight Test or Management pilot.

h. Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

i. Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

5. General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

a. Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement.  However, in accordance with Section 5.I., scheduled flying, not actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying.  [See Q&A #9, #13, #107]

b. In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ).  [See Q&A #117]

c. Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

d. Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced.  [See Q&A #64]

e. Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

AA-SCANLAN-0004370

    f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)

6. Crew Schedule Errors

    a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.C.

    b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of a seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

1. Full Month Temporary Assignment Within a Base

    a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

    b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

    c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status.  A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

    d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

      (1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

      (2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up.  However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

      (3) A hotel room at Company expense during the assignment within the following parameters:

        (a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

        (b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence.  For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

    e. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

    f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

AA-SCANLAN-0004371

      (1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

      (2) if not filled per (1) above, in system seniority to all pilots.

  g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

  h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

  a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

  b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

  c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

  d. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

  e. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

  f. The number of vacancies which may be filled under paragraph M.2. shall not be limited.

  g. Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

  h. Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

  i. 3.Vacancy Obligation

3.

  a. In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

  b. Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4. Less Than a Full Month Temporary Assignment Between Bases

  a. During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

      (1) For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

      (2) For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary

AA-SCANLAN-0004372

assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

b. The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

c. Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

d. The number of temporary assignments permitted under paragraph M.4. shall not be limited.

e. Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

f. Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5. Temporary Duty - One Trip Sequence Only

a. When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of not more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

b. Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered. Such pilots shall be covered under the provisions of Section 15.E., 15.F. and 15.G. from the time they leave their base until they return to their base.

c. Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

d. The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6. Limitations On Temporary Assignments

A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7. Temporary Duty Assigned - Deadheading

a. Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

b. If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

c. If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

(3) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

AA-SCANLAN-0004373

(4) The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

d. Options for TDY Deadheads.

(1) A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day. In such case:

(a) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(b) The pilot shall be provided a hotel room.

(c) The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

(d) The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

(2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order to be available for additional flying.

(3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day. In such case:

(a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

(b) The pilot shall be provided a hotel room.

(c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e. A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead. A double deadhead is defined as:

(1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

(2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead. If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the deadhead to report to/from the TDY base. In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

f. In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

g. In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be

AA-SCANLAN-0004374

reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

8. Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

## N. Reassignments

1. Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e. [See Q&A 142]

2. A pilot reassigned shall be paid and credited the greater of;

   a. the value of the original sequence, or

   b. the value of the reassignment sequence.

3. In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

   a. pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

   b. Any additional flight time pay and credit associated with paragraphs E.,F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4. A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) or the Company Limit on Voluntary Flying, if applicable, shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX, or the Company Limit on Voluntary Flying, if applicable (which shall not be cumulative with the payment in Section 15.N.3).

5. A pilot who was reassigned above his IMAX or the Company Limit on Voluntary Flying, if applicable, will have his credited projection (PROJ) reduced to or below his IMAX or the Company Limit on Voluntary Flying, if applicable, in accordance with the following:

   a. Remove the pilot with pay, but no credit, from one or more whole sequences.

   b. Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

   c. Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

   d. When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

   e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

## O. Substitution of Equipment

Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

AA-SCANLAN-0004375

## P. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:

   a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)

   b. Comply with FAR/CBA/Qualification Limitations

      (1) Legalities based upon FAR 117

      (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS

   c. Trip Trade System acts as an agent to complete the following types of trades:

      (1) Multiple pilot trades

      (2) Conditional (if then ballot)

      (3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)

   d. The capability for pilots to execute manual trades.

   e. A preference ballot which will:

      (1) Contain pilot preferences for trip trades, drops and pick-ups;

      (2) Be updatable at any time.

   f. Reviewable reporting with transparency

   g. Communication

      (1) Variable mediums (email, text messaging, phone)

      (2) Robust (automated phone contact)

   h. TTS will run on a schedule mutually agreed to by the Association and the Company.

4. The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5. Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6. Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7. Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time)

AA-SCANLAN-0004376

# SECTION 26

## AMENDMENTS TO AGREEMENT,
## EFFECT ON PRIOR AGREEMENTS,
## AND DURATION

### A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

### B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

### C. Duration

This Agreement shall become effective January 1, 2013, except as otherwise dated herein, and shall continue in full force and effect until January 1, 2019, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior to January 1, 2019, or January 1 of any subsequent year.

### D. Early Opener

At any time following January 1, 2017, but prior to January 1, 2019, with sixty (60) days prior written notice by either party, the parties will commence negotiations in accordance with Section 6, Title I, of the Railway Labor Act, as amended.

AA-SCANLAN-0004419

IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the 1st day of January, 2013.

WITNESS:

FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THEALLIED PILOTS ASSOCIATION          FOR AMERICAN AIRLINES, INC.


*/signed/*_____          */signed/*_____
Keith Wilson                                Laura Einspanier
President                                   Vice-President, Employee Relations


*/signed/*_____          */signed/*_____
Neil Roghair                                Dennis Newgren
Negotiating Committee Chairman              Managing Director, Employee Relations


*/signed/*_____          */signed/*_____
David C. Brown                              Jim Anderson
Negotiating Committee Member                Senior Principal, Employee Relations


*/signed/*_____          */signed/*_____
Per J. Lovfald                              Keith Austin
Negotiating Committee Member                Principal, Employee Relations


*/signed/*_____          */signed/*_____
William R. Boyd                             Ed Garza
Negotiating Committee Member                Coordinator, Contract Administration


                                            */signed/*_____
                                            Jim Thomas
                                            Director of Pilot Engagement


                                            */signed/*_____
                                            Michael Burtzlaff
                                            Principal, Finance

AA-SCANLAN-0004420

# EXHIBIT G

AGREEMENT

between

AMERICAN AIRLINES, INC

and

THE AIRLINE PILOTS

in the service of

AMERICAN AIRLINES, INC.

as represented by the

ALLIED PILOTS ASSOCIATION

EFFECTIVE: January 1, 2013

AA-SCANLAN-0003719

SECTION 2

DEFINITIONS

A. Air Freight Feed Operation

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

B. Bid Lines

"Bid line" means any monthly regular or reserve flying assignment.

C. Calendar Month

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes the following shall apply:

| Calendar Month | Contractual Month | # Days in Contractual Month |
|---|---|---|
| January | January 1st – January 30th | 30 |
| February | January 31st – March 1st | 30  (31 in Leap Year) |
| March | March 2nd – March 31st | 30 |
| April | April 1st – May 1st | 31 |
| May | May 2nd – June 1st | 31 |
| June | June 2nd – July 1st | 30 |
| July | July 2nd – July 31st | 30 |
| August | August 1st – August 30th | 30 |
| September | August 31st – September | 31 |
| October | October 1st – October 31st | 31 |
| November | November 1st – December | 31 |
| December | December 2nd – December | 30 |

D. Captain

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way,

Section 2-1

1457

AA-SCANLAN-0003748

including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

E. Changeover pairings / prior removal sequence

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

F. Classification date

A pilot's Classification Date is assigned concurrent with such pilots' occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

G. Company date

In most cases it is the same as your date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

H. Co-terminals as used in this Agreement shall mean:

1. Kennedy/Newark/LaGuardia

2. Midway/O'Hare

3. Dallas/Fort Worth International Airport/Love Field

4. Washington/Dulles International

5. Tampa/St. Petersburg

6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

I. Contractual Month

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated bid lines shall be effective, in accordance with Section 2.B. (

J. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum

Section 2-2

AA-SCANLAN-0003749

pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in <u>Section 5</u>, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with <u>Section 15</u> Hours of Service.

K. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

L. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

N. Domicile

A common location where a group of pilots are based.

O. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

P. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later. (30 minutes for International trip sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

Q. First Officer

Section 2-3

AA-SCANLAN-0003750

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the <u>Captain</u> in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown. For purposes of displacement to an open position on international flights requiring more than a two (2) pilot cockpit crew, the FO, FB and FC positions will be considered interchangeable (e.g. a displaced FO may be assigned to an open FB or FC position.

R.  Flight Time

1.  Actual – that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2.  Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

S.  Fly-through

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

T.  Furlough

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

U.  International Officer

"International Officer" means a pilot who is assigned to international flights and who holds, in addition to a First Officer qualification, an ATPC and a type rating on the equipment flown, and whose duties as specified by the Company and as directed by the pilot in command, include the assistance or relief of the <u>Captain</u> or First Officer.

V.  Last trip of the month

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

W.  Management pilot

A pilot who occupies a management position in the Flight Department.

X.  Midnight cutoff

Section 2-4

AA-SCANLAN-0003751

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

Y. Misconnect

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105, #106]

Z. Night Flying

"Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

AA. Occupational date

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

BB. Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly, gross weight, mileage and, if applicable, international override pay.

CC. Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (Section 4), apportionment pay (Section 6.C.2.), CPA fill up (Section 15.A.6.a.), CPA spill back (Section 15.A.6.b.) and CPA pay out.

DD. Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

EE. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying. The displaced pilot, once removed from the trip, is no longer

<div align="center">Section 2-5</div>

AA-SCANLAN-0003752

obligated for such trip.  The displacing pilot assumes the obligation to cover the displaced pilot's trip.  (See Q&A #28)

FF. Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence.  The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

GG.  Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

HH.  Reschedule

A pilot shall be deemed rescheduled when assigned flying that is contained within the original sequence footprint or within the pilot's replacement flying window, as applicable, following a disruption to the pilot's scheduled sequence. The original sequence footprint or replacement flying window may be extended if the pilot flies or is deadheaded on the first available flight(s) to base. The "first available flight(s) to base" is the flight(s) that arrives at the base the earliest. The flight(s) may be direct or indirect.

II.  Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

JJ. Satellite Base

A satellite base is a station other than the pilot's domicile which contains sequences that originate and terminate at the same station. Satellite base sequences may only be bid and awarded to pilots domiciled at the crew base to which the satellite base is assigned to. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
|  | Ontario (ONT) / Santa Ana (SNA) |
| Los Angeles | Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

Section 2-6

AA-SCANLAN-0003753

KK.  Schedule

"Schedule" means the operating schedule used by the Company in its operations.


LL. Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

MM. Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

NN.  Sick if needed

A reserve pilot who is sick may call and so notify the Company.  The pilot will not be charged sick leave until such pilot is assigned to fly.  At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date.

OO.  Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status.  In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process.  Once in the new bid status, pilots will use their own seniority number.  The pilot is subject to a lock-in per Section 17L.

PP.  Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot.  Crewmember is paid schedule for displacement plus greater of schedule/actual time flown.  If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

QQ.  Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of Supplement O, or may be appointed to a supervisory position during the course of the month.


RR.  32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.


Section 2-7

AA-SCANLAN-0003754

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period.  This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with <u>Section 15.D.2.c</u>

Section 2-8

AA-SCANLAN-0003755

SECTION 5

PAY AND CREDIT
PILOT RELIEVED OF FLYING DUTIES

C. Pay - General  [See Q&A #47, #48]

The pay provisions of this Section shall apply to a pilot who is relieved of scheduled flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement,  [See Q&A #3]

2. To engage in a training program other than training on a regular day off,

3. To serve as a juror in response to official summons.

D. Pay - Regularly Scheduled Pilot  [See Q&A #47, #48]

A regular scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly. [See Q&A #28, #107]

E. Pay - Reserve Pilot

1. A reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A of this Section, shall be paid and credited with one eighteenth (1/18th) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than seventy-three hours (73:00) of pay at the pilot's base hourly rate.

F. Unpaid Absences

1. A regularly scheduled pilot's PROJ and PPROJ will be reduced by the scheduled value of any sequence(s), or part thereof, dropped by the pilot, excluding time lost as a result of a cancellation, illegality or misconnect.

2. A reserve pilot's guarantee will be reduced by one eighteenth (1/18th) for each day of reserve availability missed.

G. Credit - Regularly Scheduled Pilot

For purposes of calculating a pilot's Individual Monthly Maximum (IMAX) a regularly scheduled pilot who is relieved of scheduled flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly.

H. Credit - Reserve Pilot

AA-SCANLAN-0003789

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of a day(s) of reserve availability, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one eighteenth (1/18th) of reserve guarantee for each calendar day of the period of relief for each day of reserve availability missed.

I. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

J. Reserve Pilot - Military Leave of Absence

Pay for a reserve pilot who attends any military drill, or participates in any military activity, will be handled in accordance with the provisions of Section 11.

K. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C. or Supplement I Section 7.D., as applicable, unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.3.d. and 15.H.10. (removal code RA-AA) [See Q&A #9, #13, #28, #107]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C. or Supplement I Section 7.D., as applicable.

AA-SCANLAN-0003790

# SECTION 11

# LEAVES OF ABSENCE

A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored. Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

AA-SCANLAN-0003828

J. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

K. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty. A leave of absence for sickness or injury shall not commence until after a pilot has exhausted accrued sick leave credits provided under Section l0 of this Agreement. Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years. Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

L. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification

a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant

Section 11 - 2

AA-SCANLAN-0003829

circumstances, the giving of such notice is otherwise impossible or unreasonable.

(1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.

6. Verification of military duty will not normally be required by the Company.

When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question. [See Q&A #140]

7. Vacation

a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled). The rescheduled vacation must be taken within the current vacation fiscal year.

(1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and

(2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
|---|---|---|
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |
| | Jan. ABC | Jan. C to Aug. B |
| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |
| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
| | Jan. ABC | Jan. AB or BC to Aug. BC |

b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation

Section 11 - 3

AA-SCANLAN-0003830

fiscal year.

    d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

    a. A reserve pilot's guarantee will be reduced by 1/18th for each day of reserve availability missed as a result of military leave.

    b. A reserve pilot whose military leave request(s) (after bid closing and in compliance with paragraph 5.a.(1) above) increases days of reserve unavailability may move DFPs such that they cover the increased unavailable days. In such case, the Company may move remaining DFPs to alleviate illegalities or insufficient availability periods.

    c. A reserve pilot may elect to cover the unpaid reserve available days from the pilot's vacation bank provided there is sufficient time remaining in the pilot's vacation bank to cover any remaining scheduled vacation.

9. Crediting

    Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) in compliance with the Notice and Verification provisions will be uncredited, unpaid.

10. Bid Status Following Military Duty.

    a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

        (1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

        (2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

        (3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

        (4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

Section 11 - 4

AA-SCANLAN-0003831

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days' notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month in which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

Section 11 - 5

AA-SCANLAN-0003832

M. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Pilot Retirement Plan and the Company Group Insurance Plan, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

N. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

O. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

AA-SCANLAN-0003833

SECTION 15

A.  General

1.  Joint Scheduling Committee

a.  The Association and the Company will form individual Scheduling Committees that together will comprise the Joint Scheduling Committee (JSC).  The JSC may evaluate and make recommendations concerning:

(1)  Sequence construction, generation, and review;

(2)  Bid line awards;

(3)  Training bids and awards;

(4)  Reserve staffing and utilization;

(5)  Trip Trade System (TTS) and trip trades with open time;

(6)  Vacations;

(7)  Block hour adjustment;

(8)  PBS line construction parameters;

(9)  Domicile and Home Base block hour allocations by equipment; and

(10)  Fatigue mitigation recommendations from the FRC; and

(11)  Other scheduling related issues of mutual interest agreed upon by the Association and the Company.

b.  The JSC may enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the scheduling functions in paragraph a. above. The two (2) month consecutive bid period may be extended by mutual agreement.

c.  Data Access

(1)  The Association members of the JSC shall be provided access to and will use all methods, data, and reference materials that it determines are reasonable and necessary to affect their work. The JSC shall coordinate the timely exchange of data and reports, as well as the format, content, and media of such information. To the extent possible, the Association members shall have independent access from locations other than Company locations.

(2)  It is understood by the parties that some information may be identified by the Company as privileged. The Association agrees to keep this information confidential until informed otherwise by the Company.

Section 15-1

AA-SCANLAN-0003855

d. Meetings

    (1)    Meetings shall be held quarterly, or more often, as deemed appropriate by the JSC, and in a place of its choosing.

    (2)    The Association and the Company will exchange, maintain, and update points of contact between their respective subcommittees. The respective committees need not physically meet as a whole to complete their work. However, both the Association and the Company must be equally engaged before recommendations are approved.

    (3)    The Company shall provide the APA JSC participants with Association leave from flying duties when the requirements of the Company permit.

e. Recommendations

    (1)    Contemplated changes to crew resource methodologies pertinent to the future allocation and line construction process will be discussed jointly prior to their implementation.

    (2)    The Company will consider recommendations made by the JSC regarding the priority to be placed on controllable variables used in the production of allocations (i.e. sequences) and other areas reviewed by the JSC.

    (3)    The Company shall implement mutually agreed upon recommendations of the JSC in a timely manner.

2.  Periodic Review of Forecast Accuracy

The JSC will develop methods for improving the usefulness and accuracy of the three and six month pilot job forecast information that is provided to pilots in accordance with Section 17.F.1.d. of the Agreement.

3.  Preferential Bidding System (PBS)

a.  At the appropriate time and before implementation, but not later than June 30, 2013, the Company and the Association shall negotiate in good faith a PBS Memorandum of Understanding (MOU).

b.  Both the Company and the Association shall mutually agree on subsequent changes to the PBS MOU.

c.  The most recent PBS Memorandum of Understanding (MOU) shall govern PBS.

d.  All PBS algorithms, logic, bidding options, interface, PBS versions, etc, shall be mutually agreed upon and shall not be changed without mutual agreement. The Company shall not substitute, alter, or modify the software or hardware in a way that affects the functionality of the PBS without the prior written consent of the PBS Working Group.

Section 15-2

AA-SCANLAN-0003856

e. PBS will allow each pilot in a four part bid status to bid for and be awarded a line based on programmed award logic, FARs, the Collective Bargaining Agreement and the pilot's:

    (1)    known absences;

    (2)    bid preferences;

    (3)    seniority.

4. Preferential Bidding System Working Group (PWG)

a. The PWG is a subcommittee of the Joint Scheduling Committee and shall be comprised of six voting members and others as designated below:

    (1)    Company Members:  Managing Director of Operations Planning or equivalent and two additional Company representatives;

    (2)    Association Members:  APA Deputy Chairman/Scheduling and two additional representatives of the Technical Analysis and Scheduling Committee (TASC);

    (3)    Additional non-voting Company and/or Association representatives may be added to the PWG as necessary by the mutual consent of the Managing Director of Operations Planning and the APA (TASC) Deputy Chairman/Scheduling.

b. The PWG will be responsible for the oversight of the development, training, implementation, introduction schedule, and continuing administration and operation of PBS as set forth herein. In carrying out these responsibilities, the PWG will consider both operational efficiency and pilot quality of life.

c. The PWG will meet at a mutually acceptable time and place to ensure this Agreement continues to provide both realistic operational efficiency and pilot quality of life as described below:

    (1)    In the first six months after PBS implementation, the PWG will meet at least monthly;

    (2)    In the second six months after PBS implementation, the PWG will meet at least bimonthly; and

    (3)    Thereafter, the PWG will meet at least quarterly unless mutually agreed otherwise.

d. The PWG shall have regular and timely access to the PBS vendor, PBS servers, and communications between the Company, the Association and the PBS vendor necessary to oversee and administer PBS as set forth herein.

B. Notification

1. The Company shall maintain a standard method of notifying pilots of the scheduled departure time of their sequences. When the scheduled departure

Section 15-3

AA-SCANLAN-0003857

time is appreciably delayed, pilots shall be notified as far in advance as is practicable, consistent with the circumstances. At originating stations, every effort shall be made to promptly notify pilots of any cancellation, delay or deferment of their trips.

2. To the maximum extent possible, electronic notification and acknowledgment between the Company and pilots will be used for open time assignments.

3. While on duty, pilots are expected to respond to Company attempts to notify them of changes to their current sequence.

4. The Company may notify the crewmember via ACARS of schedule changes provided that the notification can be made during non sterile periods.

5. Pilots shall not be required to keep the Company advised of their whereabouts on days off, while on vacation or while on layover, except that pilots on international layovers will leave contact information if they do not use the layover facilities provided by the Company.

6. It shall be the responsibility of pilots who are unable to report for duty to notify, as far in advance as possible, the controlling Chief Pilot or a designated representative of this fact, giving the reason for their inability to report for duty.

7. Recording of Phone Calls

   a. Where such recordings are permissible with applicable legal and/or regulatory requirements, the Company shall create and maintain recordings of telephone calls between pilots and Crew Schedule/Tracking, Planning and Pay Compensation. Conversations shall be recorded and stored digitally.

   b. The intent of recording incoming and outgoing phone calls is to raise the level of decorum and professionalism within and between the parties, and to assist in the resolution of scheduling and pay-related issues as necessary.

   c. All parties will be notified as soon as practicable, but in no case less than thirty (30) days in advance that audio recordings will be implemented.

   d. A recording notification disclaimer shall be included on initial contact. The recording shall run continuously for the duration of each call, with no ability to selectively start and stop such recording.

Section 15-4

AA-SCANLAN-0003858

e. The Company shall retain the recorded phone calls for a period of ninety (90) days. Either party may request retention of a relevant recording associated with contractual issues on pay, planning or scheduling beyond the ninety (90) day period. Such recording(s) will be retained until both parties agree that the specific issue has been resolved.

f. When an issue is identified by either party, the call may be reviewed by a representative of both the Company and the Association. A recorded conversation may only be copied or transcribed to hard copy with the mutual consent of all parties involved. The specific details of the recorded call shall remain confidential.

g. Recordings, transcripts, copies, or information obtained from a recorded conversation may not be used in any disciplinary proceeding or process.

h. The Association may terminate the telephonic recording system with a minimum of thirty (30) days' notice. Upon termination, Supplement G (Commuter Policy) shall be replaced by the May 19, 2004 version.

C. Flight Time and Duty Time Limits

1. Monthly Maximums

   a. Pilots flying Group I aircraft may pick-up as restricted only by FAR limits.

   b. Pilots flying Group II through V aircraft may pick-up to the lower of the following:

      (1) That pilot's particular Individual Monthly Maximum (IMAX) as defined in 2. below

      (2) The limit on voluntary flying established by the Company for that pilot's bid status for a particular month.

      (3) FAR limits

2. Individual Monthly Maximum (IMAX)

   a. A pilot's IMAX is calculated by subtracting the Retrospective Factor and the Prospective Factor from 1080.

      (1) The Retrospective Factor is the total of the pilot's credited projection (PROJ) for the previous eight (8) months not counting the current month. A pilot's actual PROJ in the most recent of the previous eight (8) months will be used in determining the Retrospective Factor.

      (2) The Prospective Factor is the estimated credited projection for the next three (3) months (e.g. 246 hours assuming the PROJ is 82 hours).

      (3) The number that remains is the current month's IMAX.

   b. The IMAX is intended to limit a pilot to an average of ninety (90) credited hours per month in a rolling twelve (12) month period, except as provided for in Section 15.N.

Section 15-5

AA-SCANLAN-0003859

c. The JSC will make appropriate adjustments to the Prospective Factor, if needed, to yield a result that meets the intent of b. above.

3. Limit on Voluntary Flying

a. The Company may establish a limit on voluntary flying for any particular bid status for any contractual month. This limit will never be less than that particular bid status' MALV + 7 hours.

b. In any bid status in which the Company establishes a limit on voluntary flying, a pilot may exceed the limit only if the sequence to be picked up from another pilot could not be dropped into open time, and the sequence could not be dropped to another pilot in the same bid status without the pilot exceeding the limit.

4. Reserve Pilot Limits:

a. Reserve pilots can be assigned flying up to eighty-five (85) hours.  Reserve pilots may elect to fly on days off at Company option and will be paid above guarantee. Total credited hours of flying on days off and on reserve days shall not exceed the lesser of the pilot's IMAX or the greater of eighty-five (85) hours or the limit on voluntary flying established by the Company for their bid status.

b. Flying on a reserve pilot's days off will be excluded in the eighty-five (85) hour assignment maximum. In the event the Company awards a reserve pilot a sequence that would exceed the limit, the time in excess of the limit will go towards the assignment maximum.

Example: The Company has placed a 90 hour limit on voluntary flying for a particular month. A reserve pilot picks-up a 15 hour sequence on his days off. The 15 hour pick-up sequence is treated as follows:

(1) 15 hours is added to the pilot's PROJ, and the pay is applied above guarantee

(2) The first 5 hours of the sequence is attributed to the difference between the 85 hour reserve assignment maximum and the Company Imposed Maximum, and the remaining 10 hours counts towards the 85 hour reserve assignment maximum.

5. Hours of Service

a. Flight time limitations, duty limitations and rest requirements shall be as specified in the Federal Aviation Regulations, 14 CFR Part 117, with the following exceptions:

(1) The determination of on duty periods shall be based on home base time (HBT).

(2) Flight Duty Periods scheduled with flying greater than eight (8) hours and that touch the WOCL (0200-0559 HBT) require three (3) pilots.

Section 15-6

AA-SCANLAN-0003860

(3) A crew bunk(s) is required for flights scheduled for greater than twelve (12) hours for each additional crewmember.

(4) Shifting Limits: The following provisions apply to any assignment within the 24 hours following the start of a Short Call RAP assignment that is not contained within the Short Call RAP:

   (a) A subsequent RAP or trip sequence that does not impinge on the WOCL shall not commence or sign in any earlier than nineteen (19) hours after the start time of the previous RAP.

   (b) A subsequent RAP or trip sequence that impinges on the WOCL shall not commence or sign in any earlier than twenty-one (21) hours after the start time of the previous RAP.

   (c) A Short Call pilot may not be released from the current RAP and assigned to a later RAP or trip sequence that violates the above limits.

   (d) When shifting to an earlier RAP, a pilot must be notified and released from the previous RAP to provide a minimum of nine (9) hours rest (PTP).

   Example: A pilot in a 0700 RAP may only be shifted as early as 0400 from one day to the next (21 hours for a WOCL RAP), while a pilot in a 1100 RAP may be shifted to a RAP as early as 0600 (19 hours for a non-WOCL RAP).

   (e) The shifting limits do not apply following a DFP or other planned absence.

b. A pilot shall not remain on duty beyond the limitations of paragraph a. above

c. In the event FAR 14 CFR Part 117 is amended in a way that results in relaxing the previous standards required by the Regulations, the Company and the Association agree to review the specific provisions of Section 15 impacted by the amendment. Such relaxed standards and any related changes to Section 15 shall only be implemented by mutual agreement between the parties.

d. A pilot's scheduled or rescheduled on duty period shall commence:

(1) One (1) hour prior to the scheduled or rescheduled departure time for a pilot flying the first flight of a duty period, or thirty (30) minutes prior to the scheduled or rescheduled departure time for a pilot deadheading on the first flight of a duty period, and shall continue until fifteen (15) minutes after the scheduled arrival time of the duty period's last flight assignment for Domestic sequences and thirty (30) minutes after scheduled arrival time of the duty period's last flight assignment for International sequences. [See Q&A #59, #60, #61]

(2) Such scheduled or rescheduled on duty period shall run continuously unless broken by a scheduled or rescheduled rest period.

Section 15-7

AA-SCANLAN-0003861

e.  The required reporting times of one (1) hour, or thirty (30) minutes, and the fifteen (15) or thirty (30) minutes debriefing times, are to be considered a part of all on duty periods.

f.  A pilot deadheading shall be considered on duty, provided that the Company may approve such pilot's request to exceed on duty limitations for the purpose of deadheading to the pilot's base.  [See Q&A #63]

g.  In actual operations, an on-duty period shall commence at the required reporting time, specified in C.5.d.(1) and C.5.e. above, but in any event not less than one (1) hour before departure and shall run continuously unless broken by a required rest period.

h.  If sequence termination at the pilot's base is at a co-terminal other than the original point of departure, there shall be added one (1) hour to the on duty period for the purpose of allowing for the use of Company furnished transportation as set forth in Section 24.J. of this Agreement. However, this hour shall not be construed to be a part of the on duty period.

i.  The Company, with input from the JSC and the FRC, shall establish and publish any appropriate buffers, restrictions and limitations to be used in both scheduled and actual operations in addition to the FAR Flight Time and Duty Time limitations and rest requirements. These additional requirements will be used to facilitate schedule and operational reliability and address fatigue issues as identified by the JSC and FRC.

6.  Fly Through Time

Fly through time from one month to another shall be paid and credited in the month in which the sequence terminates. All fly through time on a pilot's schedule at the time the bid lines are being awarded shall be credited towards a pilot's monthly bid line maximum.

7.  No pilot shall be assigned any duty with the Company during any rest period.

8.  Duty aloft includes the entire period during which a pilot is assigned as a member of an airplane crew during <u>flight time</u>.

9.  Scheduled for duty aloft means the assignment of a pilot on the basis of the flight time established in the operations schedules rather than actual flight time.

10. Flight time is the time from the moment the airplane first moves for the purpose of flight until it comes to rest at the next point of landing (block-to-block time). However, when the <u>Captain</u> elects to delay starting engines due to quoted takeoff delays, flight time will, at the option of the Captain, be considered to begin at the time the aircraft would normally have departed, and such delay time shall apply for pay and credit purposes and monthly credited time, but will not be included in duty aloft time.

11. The Company will maintain a computer tracking and alert system in order to provide prospective notification to crewmembers who may require a twenty-four (24) hour break to avoid seven (7) consecutive days on duty.

Section 15-8

AA-SCANLAN-0003862

12. Maximum Flight Time Pay and Flight Time Credit

   a. Except as set forth in H.9. of this Section, flight time pay and flight time credits provided in paragraphs E., F. and G. of this Section are not cumulative, but only the greater will apply.

   b. A pilot shall be entitled to only the flight time pay and flight time credit for scheduled or rescheduled time away from base, as provided in F.1. of this Section, when the pilot's return to base is delayed by a strike or work stoppage which substantially affects the operation of the Company; provided, if the pilot is returned to base by the Company, in this specific case, the return deadhead transportation to the pilot's base is called "pilot's convenience", and no reschedule is involved.

   c. The provisions of F.1 of this Section shall not apply beyond the first twenty-four (24) hours of excess time away from base resulting from the delay in a pilot's return to base due to an official NOTAM which closes, for a period of twenty-four (24) hours or more, the airport at which such pilot is laying over or at which such pilot is forced to layover as the result of such airport closing, provided that such pilot is assigned by the Company to deadhead to base via the first available deadhead transportation, or assigned by the Company to deadhead to base via air transportation within six (6) hours after the first American Airlines flight operates into or out of the airport at which such pilot is laying over. In this instance, excess time away from base shall be the difference between the time such pilot actually arrives at base and the time such pilot would have arrived had there been no airport closing.

In the circumstances set forth above, when such pilot is assigned by the Company to remain at the layover station, the normal provisions of E.1., F.1. and G. of this Section shall be applicable.

D. Line Construction

  1. General

   a. Lines will be built for each monthly bid period using a Preferential Bidding System ("PBS"). Pilots will be awarded lines based on their seniority given their individual preferences for days off, sequences, recurrent training, layover cities, and other criteria, as applicable.

   b. The Monthly Average Line Value (MALV) will be determined by the Company for each four-part bid status as follows:

    (1) For Group I aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-eight (88) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

    (2) For Group II thru V aircraft the MALV will be no less than seventy-two (72) hours nor greater than eighty-four (84) credited hours in any four-part bid status (Base, Equipment, Category, Division) for any contractual month.

    (3) Basing the MALV on a four-part bid status may be modified by mutual agreement of the parties.

Section 15-9

AA-SCANLAN-0003863

c. The Line Construction Window (LCW) will be based on the MALV for each individual bid status. The LCW shall be plus / minus four (4) hours for pilots in Group I, and plus / minus seven (7) hours for pilots in Groups II – V. The LCW may be modified by mutual agreement of the parties.

d. The Rolling Average Line Value (RALV) is the average of the most recent twelve (12) contractual month MALVs for a particular bid status. The RALV must be maintained between:

(1) For Group I aircraft …………………….     74 and 86 credited hours
(2) For Groups II through V aircraft …….     74 and 82 credited hours

e. The Company has the authority to increase the upper limit of the MALV and RALV for bid statuses in Groups II through V by one (1) hour commencing with calendar year 2015 if:

(1) Lineholder projection (including any uncredited premium flying and displacement pickup) during the "Measurement Period" (May through August), averages less than the RALV + five (5) hours, the "Measurement", then the MALV and RALV shall be increased by one (1) hour to a maximum 85 MALV and a maximum 83 RALV for the following calendar year. For purposes of the Measurement, the RALV will be calculated for each two-part bid status (Seat and Equipment) in September, looking back over the previous twelve (12) months.

(2) For any calendar year in which the MALV and RALV are 85 and 83 respectively, the "Measurement" (including any uncredited premium pickup and displacement pickup) shall be reduced to RALV + four (4) hours for the "Measurement Period". If the Measurement of RALV + four (4) hours is achieved, the MALV and RALV will revert to 84 and 82 respectively and the Measurement of lineholder projection for that year will be RALV + five (5) hours.

(3) The data for any bid status in any month of the measurement period in which pick-up was limited by the Company shall be excluded from the calculation in 1. and 2. above.

NOTE: The Measurement Period will commence in 2014 and each year thereafter. The MALV / RALV adjustment, if required, will commence in 2015 and each year thereafter.

f. Known Planned Absences will be credited for line construction purposes at a Daily Rate of two hours and forty-five minutes (2:45).

g. A newly upgraded Captain assigned First Officer flying to acquire experience will be given a temporary bid to that First Officer status and will bid for trip sequences according to seniority within that First Officer status. Such pilot will be paid rates of pay according to the current status or the assigned status, whichever is greater.

Section 15-10

AA-SCANLAN-0003864

2. Continuing Qualification Training - Bidding and Awarding

   a. Pilots eligible for Continuing Qualification (CQ) training will be identified on the monthly bid sheet.

   b. CQ training sequences will be available for monthly bidding in the same manner as allocated sequences. CQ training sequences may be awarded in advance of any trip pairings either as a separate process or in conjunction with the trip pairings. In the event an eligible pilot (Grace or Due month) does not bid, such pilot will be assigned a CQ training sequence in the bidding process.

3. Line Construction – Bidding and Awarding

   a. Pilots may only select sequences from those available for their individual bid status, or the bid status to which temporarily assigned. Pilots, including pilots on full month temporary assignment, shall be awarded regular or reserve lines in accordance with their system seniority and their individual preferences (PBS).

   b. The PBS Bid Package for each bid status will be made available to pilots electronically no later than the 8th of the month for the following month. The information shall include the Monthly Average Line Value (MALV), the Line Construction Window (LCW), the bidding deadline, the bid closing and award dates, the projected number of line holders and reserves, the available sequences and the specific pilots eligible to bid.

   c. Available sequences for bidding may include planned charters, ferries and extra sections.

   d. The Company will not post sequences that would require a pilot to possess dual qualifications.

   e. Sequences identified as domestic will contain flying assignments allocated to the domestic division only (from 18.B.1.g)

   f. Sequences identified as international will contain flying assignments allocated to the international division only, except that domestic sequences may be included in the International Division only as necessary to meet

      (1) a particular month MALV,or
      (2) to provide opportunities to maintain currency,or
      (3) to minimize TDY's, or
      (4) guidelines agreed to by the Joint Scheduling Committee.

   g. The Company may make changes to published sequences up to twenty-four (24) hours prior to bid closing. Changes after that time, through the end of the line construction process, will be subject to the provisions of 15.N.

   h. A pilot's final bid award shall be available for review in PBS, accessible through the internet, no later than the eighteenth (18th) calendar day of the

Section 15-11

AA-SCANLAN-0003865

month prior, except when unforeseen circumstances prevent such deadline from being met. (Reference to PBS Section for further details)

i. With the exception of sequences identified and selected by Flight Standards, all known flying will be available for bidding within each bid status. Sequences selected by Flight Standards will be placed in open time if and when it has been determined they will not be required.

j. Sequences will be awarded / assigned in the PBS line construction process.

k. Pilots may not access the Trip Trade System during the bidline awarding process (the period of time after bidding is closed when the actual PBS line construction process is active) for trips that originate in the last six (6) calendar days of the current bid period.

l. Fly through conflicts and FAR illegalities will be prohibited in the line construction process. The JSC (or PBS Committee) will determine appropriate buffers between sequences in order to balance the risk of any illegalities with line construction quality.

m. A pilot scheduled to complete Qualification Training and OE during any calendar month will be credited for each day in training / OE status at the Daily Rate (2:45 hrs).

n. A pilot will not be awarded flying during designated OE days.

o. A line holder who completes OE earlier than the days blocked for OE on his or her schedule may pick up additional sequences or trip trade during that time. A reserve pilot who completes OE earlier than the days blocked for OE on his schedule may be assigned additional reserve days in accordance with 4.j. below. When assigning additional reserve days the Company will take into consideration the particular preferences of the pilot when selecting the additional days.

p. Pilots will be able to access their personal information pertaining to the monthly bidding process electronically. Such information will include, but not be limited to:

    (1) Fly through time from the current bid period.

    (2) Known Planned Absences for the upcoming bid period and future bid period.

    (3) Vacation (vacation slides and vacation trades for vacations in the next succeeding calendar month must be completed prior to the close of bidding for the upcoming bid month).

    (4) Qualification and Continuing Qualification training days.

    (5) Operating Experience Status – estimated completion date.

    (6) Other Planned Absences (e.g. military leave, jury duty, union business, Company business, etc.).

Section 15-12

AA-SCANLAN-0003866

(7)  Additional information as determined by the PBS Committee.

q.  Bid lines will be constructed with a minimum of ten (10) calendar days off, prorated in the event a pilot is available for less than a full month of service. Fractions will be rounded up to the next whole number.

| Days of Availability | Calendar Days Off | Days of Availability | Calendar Days Off |
|---|---|---|---|
| 31 | 10 | 16 | 6 |
| 30 | 10 | 15 | 5 |
| 29 | 10 | 14 | 5 |
| 28 | 10 | 13 | 5 |
| 27 | 9 | 12 | 4 |
| 26 | 9 | 11 | 4 |
| 25 | 9 | 10 | 4 |
| 24 | 8 | 9 | 3 |
| 23 | 8 | 8 | 3 |
| 22 | 8 | 7 | 3 |
| 21 | 7 | 6 | 2 |
| 20 | 7 | 5 | 2 |
| 19 | 7 | 4 | 2 |
| 18 | 6 | 3 | 1 |
| 17 | 6 | 2 | 1 |
| | | 1 | 1 |

r.  A pilot may keep a Standing Preference Bid on file to be used when the pilot fails to bid.  In the event a pilot fails to bid and does not have a Standing Preference Bid on file, a default bid will be used to assign the bid line.

s.  A First Officer will not be awarded a sequence in the event both the Captain and the First Officer have not met the minimum experience requirements or are both age sixty (60) or older.

t.  A pilot who retires within a bid period will be credited with the Daily Rate for line construction purposes only, for each calendar day beyond his last day of service to the end of the bid month.

4.  Reserve Lines – Bidding and Awarding

a.  Daily reserve requirements will take into consideration blocks of available days required for each day of the month and known planned absences that may affect reserve staffing.

b.  Reserve days off will be awarded in seniority order based on a pilot's Preference Ballot, subject to any staffing requirements determined in a manner consistent with a. above.

c.  Reserve lines will be constructed with eleven (11) immovable calendar days off. In any thirty (30) day calendar month during the contract, one (1) additional moveable day off will be scheduled. In any thirty-one (31) day calendar month during the contract, two (2) additional moveable days off will be scheduled. A moveable DFP will be designated and scheduled contiguous to immovable DFP's and will not be scheduled in the middle of immovable DFP's. Moveable DFPs may be moved in accordance with Section 15.J.

Section 15-13

AA-SCANLAN-0003867

d. In a full month, unless waived by the pilot, reserve days off will be awarded or assigned with a minimum of one group of four (4) consecutive days off and no less than two (2) consecutive days off in any other group. At a pilot's option, a single day off may be scheduled in a reserve line. A pilot may designate up to three (3) consecutive days off as golden days, or, if/when manning permits, four (4) consecutive days off may be designated as golden days.

e. In a partial month, (i.e. available less than thirty (30) or thirty-one (31) days, as applicable), the reserve days off requirements in d. above will be reduced accordingly, in a manner consistent with the required reserve days in 15.D.4.h.

f. In a full month, reserve lines will consist of blocks of consecutive days of reserve availability of no less than four (4) and a maximum of twelve (12) days, as determined by the staffing requirements of the Company, except that the minimum number of available days may be reduced to two (2) days at the beginning or end of a contractual month.

g. In a partial month, the minimum and maximum reserve days of availability in f. above may be reduced as necessary to meet the required number of available reserve days in 15.D.4.h.

h. The number of reserve days will be prorated for any period that is less than a full calendar month in accordance with the following chart:

| DAYS AVAILABLE | RESERVE DAYS | DAYS AVAILABLE | RESERVE DAYS |
|---|---|---|---|
| 1 | 1 | 16 | 10 |
| 2 | 2 | 17 | 10 |
| 3 | 2 | 18 | 11 |
| 4 | 3 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 5 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 6 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 8 | 29 | 18 |
| 15 | 9 | 30 | 18 |
| | | 31 | 18 |

E. Minimum Pay and Credit

1. A pilot who reports for any flight duty period (including deadheading) shall receive the greatest of the following:

a. Flight time pay and flight time credit actually earned.

Section 15-14

AA-SCANLAN-0003868

b. One (1) minute flight time pay and flight time credit for each two (2) minutes of a scheduled or rescheduled on duty period as set forth in paragraph C.3.a. of this Section.

c. One (1) minute flight time pay and flight time credit for each two (2) minutes of an actual on duty period as set forth in paragraph C.3.b. of this Section.

d. As an exception to b. above, a pilot who reports for any international flight duty period (including deadheading) and does no flying shall be guaranteed the greater of:

    (1) One (1) minute flight time pay for each one and three quarters (1-3/4) minutes of an actual on-duty period.  [See Q&A #70]

    (2) Two (2) hours' flight time pay.

    (3) Pay under this provision shall be on the basis of day rates for such pilot's international flying assignment, including international override pay.

    (4) The above pay provision shall not be applicable if the pilot is notified prior to reporting for duty.  If the Company attempts to notify the pilot three (3) or more hours prior to the original departure time of the trip, but is unsuccessful, the pilot shall be considered notified.

The difference between flight time pay and flight time credit earned during such on duty period and the minimum flight time pay and flight time credit provided above shall be computed as an extension of the trip which brings the pilot to a station for an off duty break as set forth in paragraph C.3.a. and C.3.b. of this Section.

A flight which lands at a co-terminal for the airport of departure as the result of a mechanical interruption shall be paid and credited under this paragraph.

2. Notwithstanding the provisions of paragraph H.1. of this Section, the provisions of E.1. above shall apply, except that the minimum set forth in paragraph G. of this Section shall be two (2) hours' flight time pay and flight time credit if:

a. a pilot performs or reports to perform any flying between co-terminals which is not contained in a regular publication prepared by the Company in conjunction with each reselection of pilot flying assignments, or [See Q&A #15]

b. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport or co-terminals:

    (1) engine, instrument, plane, and radio test flights,

    (2) experimental and airway aid test flights,

c. a pilot performs or reports to perform flying as set forth below, when such flying is confined to a single airport:

    (1) charter, contract, or scenic,

Section 15-15

AA-SCANLAN-0003869

(2) courtesy or publicity.

When no flying is performed under E.2.b., E.2.c. or E.2.d. above, flight time pay and flight time credit shall be based on the equipment type involved in the assignment for which the pilot was required to report, at day rates.

3. Miscellaneous Taxi

a. An aircraft movement which is not part of, and not in conjunction with, a pilot's specific flying assignment shall be termed miscellaneous taxi. Such miscellaneous taxi shall be performed by the required crew complement for the respective aircraft.

b. A pilot assigned to a miscellaneous taxi shall be notified of such taxi assignment(s) in the same manner as are pilots who are notified for flying assignments.

c. A pilot assigned to miscellaneous taxi will be provided with a written release to operate each taxi so assigned.

d. A pilot performing a miscellaneous taxi assignment(s) will be covered, if applicable, for the duration of such taxi assignment(s), under the following provisions of the Basic Agreement:

(1) the on duty provisions provided under Section 15.C.5.

(2) The pay and credit provisions provided under Section(s) 15.E., 15.F., and/or 15.G.

(3) The reassignment provisions of Section 15.N.

e. The provisions of Section 15.H. shall be applicable to any pilot who reports for, but does not perform, a miscellaneous taxi assignment.

f. Actual taxi time involved in miscellaneous taxi assignment shall be considered as if it were flight time as defined in Section 15.C.10. (block-to-block time), but shall not be considered flight time for the application of Section 15.C.8.

F. Time Away From Base

1. A pilot who reports for any flight duty (including deadheading) which involves two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base, shall receive the greater of the following:

a. one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of scheduled or rescheduled time away from such pilot's base;

b. one (1) minute pay and flight time credit for each three and one- half (3-1/2) minutes of actual time away from such pilot's base.

The difference between flight time pay and flight time credit earned during such period of time away from base and the minimum flight time pay and

Section 15-16

AA-SCANLAN-0003870

flight time credit provided above shall be computed as an extension of the trip which brings the pilot back to the pilot's base for legal rest.

2.   For purposes of paragraphs F.1. and G. of this Section, on duty periods and off duty periods shall be as set forth in paragraph C.5. of this Section.


G.   Duty Period - Average and Minimum

A pilot who reports for any flight duty (including deadheading) shall receive a minimum of five (5) hours flight time pay and flight time credit multiplied by the number of duty periods contained in such pilot's trip sequence, provided however, that a pilot who performs two (2) or more on duty periods broken by at least one (1) off duty period away from such pilot's base shall receive, for each duty period provided in E.1. above, a minimum of three (3) hours flight time pay and flight time credit.

H.   Application of Minimum Flight Time Pay and Flight Time Credit

1.   The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section  applies when a lineholder pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading, provided a lineholder complies with the applicable provisions of Section 4.C - Sequence Protection.  [See Q&A #69]

2.   The minimum flight time pay and flight time credit provided under E.1., F.1., and G. of this Section shall not apply when a reserve pilot reports for a duty period which begins at such pilot's base but completes no takeoff or does no deadheading. In lieu thereof, such reserve pilot shall be guaranteed the greater of:

a.   Two (2) hours' flight time pay.  Pay under this provision shall be on the basis of day rates of pay as provided in Section 4.B., or

b.   One (1) minute flight time pay for each two (2) minutes of an actual on duty period as set forth in paragraph C.5.d of this Section.  [See Q&A #70]

3.   Deadheading covered under the provisions of E.1., F.1. and G. of this Section shall include:

a.   all deadheading by Company assignment, except in connection with route checks and training under Section 6.D.;

b.   deadheading at the pilot's request to pick up the next trip in a sequence when such action does not trigger a double deadhead;

c.   deadheading at the pilot's request as set forth in paragraph C.3.d. of this Section. Duty time spent in the accomplishment of such deadheading shall be considered an extension of the pilot's on duty period.  [See Q&A #63]

Except as noted above, deadheading at the pilot's request shall not be covered under the provisions of E.1., F.1. and G. of this Section.


Section 15-17

AA-SCANLAN-0003871

4. For purposes of E.1.b. and F.1.a. of this Section, the rescheduled on duty period shall apply whenever a pilot has been rescheduled as set forth in H.4. below.

5. A pilot is considered to be rescheduled any time there is a change or cancellation in such pilot's flying assignment, including deadheading.

6. The provisions of E.1. and F.1. of this Section shall not be applicable to excess duty hours or excess time away from base resulting from the pilot's request to be rescheduled to deadhead on a flight other than that for which such pilot is legally scheduled or rescheduled by the Company.

7. The provisions of E.1.b., F.1.a., and G. of this Section shall apply, under Sections 5, 6.B., 6.C., 6.D.3. and 15.L. of this Agreement, to pilots who hold bid lines.

8. Computation of flight time pay and flight time credit applicable under Section 15.N. of this Agreement shall include all flight time pay and flight time credit due under the provisions of Section 15.E., 15.F. and 15.G.

9. When a pilot's arrival at such pilot's base or scheduled layover station is by way of surface transportation, the arrival time, for purposes of C.5.a., E.1, F.1 and G. of this Section, shall be considered to be the scheduled departure time of the surface transportation to be used, plus the normal air time and debriefing time.

   In this case, an off duty period shall start at the scheduled arrival time of the surface transportation used.

10. When a pilot performs or reports to perform flying set forth in E.2.b., E.2.c. and E.2.d. of this Section, before, during or after an on duty period involving flying not covered under E.2.b., E.2.c. or E.2.d., or while on layover involving an off duty break between such on duty periods, such pilot shall receive:

   a. flight time pay and flight time credit in accordance with E.1., F.1. or G. of this Section, as applicable, for the on duty periods not involving flying covered under E.2.b., E.2.c. or E.2.d., plus,

   b. one (1) minute flight time pay and flight time credit for each two (2) minutes of actual on duty time for the period involving flying covered under E.2.b., E.2.c., or E.2.d., but not less than the flight time pay and flight time credit actually earned and, in any event, not less than two (2) hours minimum flight time pay and flight time credit.

11. If a pilot flies from A to B, and due to the hourly limitation set forth in this Section, must be scheduled to layover and then deadhead from B to A, such pilot may request under Section 15.C.5.f. to be permitted to deadhead home in the first duty period, and the Company may, if it chooses, permit such deadheading. However, the pilot shall be paid and credited for the scheduled second duty period in lieu of the extension of the first duty period. [See Q&A #63]

I. Premium Pay

   1. In accordance with Section 15. L., the Company may designate at any time any sequence as a premium pay sequence. Such sequence(s) will pay a premium of fifty percent (50%) over the pilot's base hourly pay rate as

Section 15-18

1490

AA-SCANLAN-0003872

specified in Section 3 (total is the base rate plus fifty percent of the base rate), including international override as applicable.

2. Premium pay may be applied to an entire sequence, or portion of a sequence, as applicable in the Agreement.

3. A sequence picked-up from open time (TTS) which is designated as a premium pay sequence will have the fifty percent (50%) premium applied to all flown hours including any Pay and Credit in the sequence. A pilot pay protected for a premium pay sequence who is assigned replacement flying will be pay protected for the value of a cancelled premium sequence at the premium rate. In the event the credited time of the replacement flying is greater than the credited value of the cancelled flying, the pilot will be paid for the additional time at the regular hourly rate.

   Example:  If the credited value of the cancelled sequence is 8 hours, the pilot will be pay protected for 12 hours. If the credited time of the replacement flying is 10 hours, the pilot will be paid an additional 2 hours at the regular hourly rate, for a total of 14 hours.

4. A pilot awarded or assigned a premium pay sequence will be pay protected for the scheduled value of the sequence, including the fifty percent (50%) premium.

5. A premium pay sequence that is traded to another pilot will have the premium designation removed and such sequence will be paid at the base hourly pay rate.

6. Premium pay will not apply in the event a pilot does not operate the premium sequence due to any voluntary action by the pilot, i.e calling in sick, fatigued, drops or trades the sequence to another pilot. Premium pay will apply in the event a pilot does not operate the premium sequence due to Company actions such as a reassignment, displacement, or any other Company-enacted removal. Premium pay will apply to any removal that qualifies for Sequence Protection as described in Section 4.C.

7. Recovery obligation replacement flying due to sequence cancellation and reserve assignments will be paid at regular hourly pay rates. Premium pay does not apply to such assignments.

8. Premium hours flown in the same month that a pilot uses sick leave will be offset by the number of sick hours charged. Any remaining premium hours after the offset is applied will be paid at the premium rate.

   Example: A pilot uses sick leave for a 10 hour trip during the month. In the same month, the pilot picks up a premium trip with a credited value of 12 hours. The 12 hour premium sequence will be offset by the 10 hours of sick charged to the pilot, and the remaining 2 hours will be paid at 1.5 X, for a total of 1 hour additional pay (13 hours total pay for the premium trip).

9. Premium hours flown will be uncredited towards a pilot's IMAX, but will be applied towards FAR limitations. The pilot's PPROJ will be adjusted to include the fifty percent (50%) premium.

Section 15-19

AA-SCANLAN-0003873

10. Reassignment – if a pilot is reassigned outside the footprint of the pilot's original sequence, the fifty percent (50%) premium is pay only. The pilot will be credited with the greater of scheduled or what was actually flown. The premium does not apply to any additional credits under 15.E., 15.F. or 15.G that were generated solely as a result of the reassignment.

J. Reserve Flying

1. Definitions.

   a. Calendar Day. For the purpose of reserve assignment system, "calendar day" means 0000 - 2400 Home Base Time (HBT), and may be redefined by mutual agreement.

   b. Calendar Day Block. For the purpose of assignment to available reserves, open time sequences within any four-part bid-status will be grouped into the following calendar day blocks, which is inclusive of the time spent for sign-in and debrief for each sequence:

      (1) One (1) calendar day block
      (2) Two (2) calendar day block
      (3) Three (3) calendar day block
      (4) Four-plus (4+) calendar day block

   c. Reserve Classification. For the purpose of determining which reserve pilots will be required to cover existing open time in their four-part bid-status, such reserve pilots will be classified by continuous, calendar-day availability:

      (1) One (1) day reserve
      (2) Two (2) day reserve
      (3) Three (3) day reserve
      (4) Four plus (4+) day reserve

   d. Must fly list. For purposes of reserve assignment, must fly means a list of reserve pilots who will be required to fly an open time sequence.

   e. Total Available Hours = (85 hours) – (Planned Absence Credit); includes Vacation, Training, Union Leave

   f. Hours Remaining = (Total Available Hours – Hours Flown);
      Hours Flown includes all credited time (Pay and Credit)

   g. Recent Work Factor – A day worked is any day where flying or training takes place for that pilot. Days recently worked are weighted as follows; where yesterday = 1, day before yesterday = 2, etc.

Section 15-20

AA-SCANLAN-0003874

| Days Worked / When | Recent Work Factor |
|---|---|
| 1,2,3,4,5 | 0.010 |
| 1,2,3,4 | 0.032 |
| 1,2,3,5 | 0.065 |
| 1,2,3 | 0.097 |
| 1,2,4,5 | 0.129 |
| 1,2,4 | 0.161 |
| 1,2,5 | 0.194 |
| 1,2 | 0.226 |
| 1,3,4,5 | 0.258 |
| 1,3,4 | 0.290 |
| 1,3,5 | 0.323 |
| 1,3 | 0.355 |
| 1,4,5 | 0.387 |
| 1,4 | 0.419 |
| 1,5 | 0.452 |
| 1 | 0.484 |
| 2,3,4,5 | 0.516 |
| 2,3,4 | 0.548 |
| 2,3 | 0.613 |
| 2,4,5 | 0.645 |
| 2,4 | 0.677 |
| 2,5 | 0.710 |
| 2 | 0.742 |
| 3,4,5 | 0.774 |
| 3,4 | 0.806 |
| 3,5 | 0.839 |
| 3 | 0.871 |
| 4,5 | 0.903 |
| 4 | 0.935 |
| 5 | 0.968 |
| None | 1.000 |

h. Reserve Priority Value (RPV). For purposes of determining which reserve pilots will be selected for assignment, a Reserve Priority Value (RPV) will be calculated for each reserve pilot in the four-part bid-status. The RPV calculation for a pilot will consider the percent of that pilot's credited hours remaining in the month compared to the percent of that pilot's available days remaining in the month and the number and proximity of days worked within the previous (five) 5 days. Specifically, the equation will be:

Section 15-21

AA-SCANLAN-0003875

RPV = ((Hours Remaining) / (Total Available Hours)) / (Available Days Remaining / Total Available Days) * Recent Days Worked Factor

2. Reserve Assignment.

   a. Generally, the reserve assignment process optimizes the assignment of reserves by matching a reserve pilot's days of availability with the length of the open sequences, while minimizing late-in, early-out assignment of sequences. Reserve pilots will be selected for assignment based on a Reserve Priority Value (RPV) as described in J.1.g and J.1.h. When assigning or awarding open sequences, reserve pilots may use the preference ballot to express preferences. The preferences shall be considered for any award or assignment where seniority is considered.

   b. Reserve assignment will be made as follows:

   The assignment process begins with the one (1) calendar day block. Assign one (1) day reserve pilots to open time sequences in the one (1) calendar day block (i.e., n=1) in accordance with a.(1) through a.(3) below. After completion of assignments of open time sequences in n-calendar day block, proceed to the next block (n+1) and repeat the assignment process for the next block in accordance with a.(1) through a.(3) below. For purposes of assignment, open time sequences include any sequences that were dropped into that block from a prior block.

   (1) If the number of n-day reserve pilots exceeds the number of open time sequences in the n-calendar day block, the reserve pilots' RPV scores will determine which reserve pilots will be assigned to the must fly list. A reserve pilot with a higher RPV score will be assigned to the must fly list before one with a lower RPV score. Pilots will be added to the must fly list until the number of pilots on the must fly list matches the number of open time sequences.

       (a) If due to equivalent RPV scores, there are more n-day reserve pilots than needed to cover the open time sequences in the n-calendar day block, such tie will be resolved by allowing the more senior of the reserve pilots on the must fly list who are "tied" to opt-out of flying any of the open time sequences (based on individual preferences, and in seniority order), provided doing so does not prevent coverage for all open sequences in that block.

       (b) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of all open time sequences in the block using the reserve pilots on the list.

       (c) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of all remaining open time sequences in the block.

Section 15-22

AA-SCANLAN-0003876

(d) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(2) If the number of n-day reserve pilots is equal to the number of open time sequences in that block, and all open time sequences can be covered by those pilots, each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned to open time sequences by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block.

(3) If the number of open time sequences in the n-calendar day block exceeds the number of n-day reserve pilots available, then each pilot will be added to the must fly list.

(a) Reserve pilots on the must fly list are assigned by order of seniority, with the most senior reserve pilot, who will be assigned an open time sequence based on preference, but only to the extent doing so does not prevent coverage of the maximum number of open time sequences in the block using the reserve pilots on the list.

(b) If not all reserve pilots on the must fly list have indicated preferences for open time sequences, then assign remaining open time sequences on a first-in, first-out basis, but only to the extent that the maximum number of open time sequences is covered.

(c) In the event not all pilots are legal and qualified for all sequences, trips may be assigned out of seniority order only to the extent that the maximum number of open time sequences is covered.

(d) In the event open time sequences from a prior block (or blocks) have been dropped into this block, and there are not enough reserve pilots in this block to cover all open time sequences due to the inclusion of the dropped open time sequences, then (1) those dropped open time sequences from the prior block(s) will be assigned only to the extent doing so does not prevent coverage of the maximum number of original open time sequences in this block; and (2) in the event the dropped open sequences are from more than one prior block, then the dropped open sequences will be assigned in the order of the block with the highest calendar days to the block with the lowest calendar days to the extent possible. All remaining uncovered open time sequences will

Section 15-23

AA-SCANLAN-0003877

be dropped to the next block.

    (e) All uncovered open time sequence(s) from this block are dropped to the next block (n+1).  (For example, if there are not enough 2-day reserve pilots to cover all open day sequences in the 2-calendar day block, those uncovered open time sequences are dropped to the 3-day calendar block.)

c.  The reserve assignment process for a four-part bid-status is not complete until all blocks have been processed.  In the event open time sequences still remain, Crew Schedule may re-run the reserve assignment process with a modified set of open time sequences in combination with earlier steps in the open time coverage process.  The assigned reserve pilots will be notified pursuant to Section 15.J.4. below, once Crew Schedule has completed and accepted the open time solution for the four-part bid-status.

d.  Reserve Availability Periods (RAPs) will be assigned at the completion of the reserve assignment process, honoring preferences and seniority to the extent possible, and in accordance with the FAR limitations on reserve rest. Reserve pilots not assigned a RAP during DOTC will be placed on Long Call.

3.  A reserve pilot may be assigned reserve flying up to eighty-five (85) hours (PROJ).  Voluntary flying on days off is excluded in the assignment maximum, unless approved in advance by the Company (see Section 15.C.4.a & b.).

4.  Confirmation is required for all reserve assignments. To the extent possible, electronic notification and acknowledgement will be used for reserve assignments. When electronic notification is not possible flight assignments require Crew Schedule to make first person contact with the pilot unless confirmed by other means. Awards of preferences must be confirmed through AVRS, Personal Mode, Crew Schedule or the Internet. In all cases, if a pilot cannot be contacted, Crew Schedule shall leave messages when possible.

5.  Reserve assignments made during DOTC will be available for confirmation no later than 1700 HBT. A pilot electing to not answer the phone or return calls when on a DFP, DO, domicile rest or other planned absence will be responsible for any assignments made during DOTC.

    Reserve pilots are responsible for being contactible while on short or long call, and are expected to return calls to Crew Schedule without unreasonable delay.

6.  For any assignment made during the domicile rest period, the pilot shall not be required to report any earlier than 14 hours after the start of domicile rest. A Short Call RAP may be scheduled immediately following the completion of the domicile rest.

7.  Release of Reserve Pilots upon Assignment - except as provided for in Section 4.C. the following will apply:

a.  Pilots shall have a 12-hour domicile rest period.

b.  Pilots awarded trips that originate during their current RAP shall be released until sign-in.

<div align="center">Section 15-24</div>

AA-SCANLAN-0003878

c. A Short Call pilot awarded/assigned a trip outside the current RAP shall remain on call until the end of the RAP or 12 hours prior to sign in for the assigned trip sequence, whichever is earlier.

d. A Long Call pilot awarded/assigned a trip sequence shall remain on call until 12 hours prior to sign-in or until assigned, if within 12 hours.

e. The following procedures shall apply when a Short Call pilot is subsequently assigned a trip originating in the current RAP after being assigned a trip outside the current RAP:

    (1) The pilot shall only be assigned/awarded a subsequent trip sequence if the pilot is the only pilot that is qualified, legal and available.

    (2) A pilot who is legal to fly both trips shall fly both trips and receive pay and credit for both trips.

    (3) If the assignment makes the pilot illegal for the previously assigned trip, the trip shall be returned to open time and filled in accordance with the procedures for filling of open time contained in Section 15.L of the Basic Agreement.

8. Pilots shall be automatically released from any responsibility for duty in the current RAP after 12 hours. Pilots shall remain contactable until the end of the RAP. If not already otherwise assigned, the pilot shall revert to long call at the end of the RAP and remain contactable.

9. Preceding any DFP or other planned absence, pilots are automatically released from their RAP at midnight HBT if not assigned duty.

10. A pilot that is not contactable during the domicile rest period:

a. Assumes responsibility for confirming the award/assignment of any trip sequence made during that period.

b. Is responsible for verifying a subsequent Short Call assignment made during that period.

11. Reserve Flying on Days Off

a. Reserve pilots may elect to fly on days off at Company option. Reference Section 15.C.4.a & b. for limitations.

12. Reserve Proficiency Flying

a. A reserve pilot, in order to maintain proficiency, may request additional flying hours not available through the normal processing of open time. Local Flight Management, in coordination with Crew Schedule, may approve such a request and arrange such flying on a displacement basis. [See Q&A #11]

b. Should such request be approved, the displaced pilot will be relieved of scheduled flying in accordance with the procedures set forth in Section 6.D.3.

Section 15-25

AA-SCANLAN-0003879

c. For the purpose of assigning reserve flying, credit time involved in such displacement flying will not be made part of the pilot's Reserve Priority Value (RPV) for determining a low on time assignment as provided for in Section 15.J.2 above and 15.L (Filling of Open Time).

13. Reserve Duty Free Periods

   a. Duty Free Periods (DFPs) for reserve pilots shall be scheduled to run from midnight to midnight.

   b. By mutual agreement between the reserve pilot and the Company, DFPs may be moved in any combination

   c. By mutual agreement between the reserve pilot and the Company, a reserve pilot may be scheduled to fly beyond noon (1200) HBT of the first day of a DFP.

   d. By mutual agreement between the reserve pilot and the Company, a reserve pilot may move a scheduled DFP to a later date if the flying to be done is after noon (1200) HBT on the first day of such DFP.

   e. Except for a golden DFP, the Company may require a pilot to change a scheduled DFP to a later date, but only if that pilot is scheduled to fly a sequence that is scheduled to terminate at the pilot's base no later than noon (1200) HBT on the first day of the DFP involved in accordance with Section 15.L.4.f. This provision may be exercised by the Company no more than two (2) times during each contractual month for a reserve pilot. (Q&A #'s 66, 114, 120)

   f. A pilot's scheduled DFP may not be changed retroactively, except that a pilot may drop a DFP that has already commenced.

   g. A reserve pilot who is assigned flying into a DFP shall take the required off duty break and then commence a DFP equal to the number of days of the interrupted DFP. (Q&A #65)

   h. A pilot who is temporarily assigned to a base other than the pilot's domicile for purposes other than training will be entitled to scheduled DFPs in accordance with Section 15.D.4., except that such scheduled DFPs as are normal to the trip selection or reserve flying assignment to which such pilot is assigned will be taken at the base of temporary assignment. When such temporary assignment is for more than one (1) trip or trip sequence but less than a full month, the DFPs will be those in the reserve flying assignment which was awarded the pilot at that pilot's base. Such pilot shall be given priority pass privileges to the pilot's base, or the American Airlines station closest to the pilot's residence, to be used at the pilot's option during any scheduled DFP for two (2) days or more taken at the base of temporary assignment.

   i. Golden DFP. A golden DFP is one during which a reserve pilot will not be involuntarily scheduled for flight assignment, company business or training. A

Section 15-26

AA-SCANLAN-0003880

golden DFP may be moved only with the consent of the reserve pilot. (Q&A #54)

j. Moveable DFP. The Company may move a reserve pilot's movable DFP(s) during a contractual month under the following conditions:

(1) A reserve pilot shall be given notice at least twelve (12) hours prior to the start of the DFP.

(2) Once a DFP has begun, no moveable DFP may be appended to or removed from such DFP grouping.

(3) A reserve pilot shall be given notice no later than noon (1200) HBT if the movement of a movable DFP(s) will change that pilot's days of availability.

(4) If a sequence becomes available after noon (1200) HBT and there is no pilot available for that sequence, the Company may move a reserve pilot's movable DFP(s) in order for such pilot to fly the sequence, provided the movement of such DFP is in compliance with (1) and (2) above.

(5) Each movable DFP may only be moved once during a contractual month.

(6) A movable DFP must be placed contiguous to another DFP, and not in the middle of a sequence or during a planned absence. However, the Company may, if necessary, create only one (1) stand-alone DFP in any contractual month by the movement of a movable DFP for a reserve pilot where:

(a) The movable DFP was in a DFP grouping of at least three (3) days, in which case the moveable DFP may stand alone; or

(b) The moveable DFP was moved from being contiguous with an immovable DFP to an existing DFP, in which case the immovable DFP from the original grouping may stand alone.

14. DFP Trades.

a. A reserve pilot may trade with another pilot an equal number of DFPs under the following conditions:

b. Movable DFPs may not be traded.

c. Scheduled DFPs may not be traded into or out of any planned absences, or immediately before or after a movable DFP.

d. A multiple pilot trade that includes more than two (2) pilots is not allowed. A trade that inhibits the Company's ability to maintain a pilot's qualifications is not allowed.

Section 15-27

AA-SCANLAN-0003881

e.  The trade must not result in, for either pilot, a period of seven (7) or more consecutive reserve available days, or less than four (4) consecutive reserve available days, exclusive of planned absences.

f.  The trade must be submitted to the Company as soon as possible but no later than three (3) days prior to the first day of the traded DFP.

g.  The Company will process those trades timely submitted as soon as practicable, but no later than the earlier of five (5) calendar days after submission of the trade or twenty-four (24) hours prior to the first day of the traded DFPs.

K.  Fatigue Events

1.  General

a.  This Section K applies to all Domestic and International pilots, both lineholders and reserves. Pilots should not commence or continue any flight segment they anticipate being unable to safely complete due to fatigue. Pilots removed for fatigue shall be removed with a designated fatigue removal code. A pilot's decision to declare fatigue shall be accepted by the Company and the pilot will advise Crew Schedule / Tracking with the time of subsequent availability following rest.

b.  The Company and the Association agree to jointly monitor the use of fatigue through the Fatigue Risk Management System (FRMS), in a cooperative effort of the Fatigue Risk Management Department, Chief Pilots and the Association's Professional Standards and Flight Time / Duty Time Committees. In the event a review indicates a suspected misuse or abuse, nothing in this Section K. shall abrogate the rights of either party pursuant to the Basic Agreement.

c.  The Company shall provide a reasonable amount of Company paid Union Leave to pilots directly involved in the FRMS, as determined by the Managing Director, Corporate Safety or designee.

2.  Definitions and Functions

a.  Fatigue Risk Analysis Team (FRAT):

The FRAT shall be comprised of AA FRMS Staff. The FRAT will be supplemented by a member of the APA Flight Time / Duty Time Committee. All FRAT members will be provided the appropriate fatigue training by the Company.  The routine day to day functions of the FRAT will be handled by the FRMS Staff, with periodic assistance from the APA representative in a collaborative and advisory capacity.

b.  Fatigue Event Review Team (FERT):

The FERT shall consist of the Chief Pilot, Line Operations, the Senior Manager, FRMS and the Association Flight Time / Duty Time Chairman or

Section 15-28

AA-SCANLAN-0003882

other representative designated by the Association. All members of the FERT will be provided the appropriate, and mutually agreed upon, fatigue training by the Company. The FERT will review de-identified pilot fatigue occurrences referred by the FRAT, for either further action by APA Professional Standards Committee or referral outside the Professional Standards process for an independent review. The FERT will make every attempt to reach a consensus. If a consensus cannot be reached, then the Chief Pilot of Line Operations or his designee will have the final decision on any reviews affecting pay and /or any event the FERT determines involves apparent misuse of the policy.

c. Fatigue Review Committee (FRC):

The FRC consists of fatigue stakeholders from both the Company and the APA who meet monthly to review summary reports, trends and recommendations provided by the FRAT. The FRC reviews systemic or operational causes of fatigue and oversees implementation of corrective measures. The FRC follows up with relevant departments and ensures compliance with previously requested corrective measures and elevates risk items as required through the Safety Management System (SMS).

d. Memorandum of Understanding (MOU):

The Company and the Association shall define details of the FRMS program and Association participation as well as the Fatigue Removal Event review process in an MOU.

3. Pilots shall be paid for time lost due to a fatigue subject to the following procedures:

a. Any removal from duty or availability due to fatigue shall be termed a Fatigue Removal Event (FRE).

b. Pilots are required to file a Fatigue Report for any FRE within 48 hours of the event or, if mid-sequence, 48 hours of return to base, providing details relevant to the fatigue call.

c. All FREs for lineholders and reserve pilots shall be reviewed by the Fatigue Risk Analysis Team (FRAT) for appropriate use of the fatigue policy, including the length of the rest period requested by the pilot.

d. The FERT shall review Fatigue Removal Events involving possible inappropriate use of the fatigue policy as determined by the Fatigue Review Analysis Team (FRAT).

e. Lineholders shall be pay protected for the value of their sequence at the time a fatigue event occurs. Pay will be the greater of the original sequence value or what the pilot actually flies.

f. Pilots shall not be pay protected for any additional flying assigned (not part of the pilot's sequence) when declaring fatigue at the time of such assignment.

g. PROJ shall be reduced by the amount of any time lost as the result of a fatigue event.

Section 15-29

AA-SCANLAN-0003883

h. When a fatigue event is the result of a non-operational matter beyond the control of the pilot or is of a personal nature, the pilot should contact their Chief Pilot or the Chief Pilot on Duty for an EO.

AA-SCANLAN-0003884

    i.  Any decision affecting pay following a review based on the procedures herein shall be the decision of the Base Chief Pilot.

4.  Reserve Pilots – On Call

    a.  When a reserve pilot declines a flight or reserve assignment due to fatigue, the pilot shall advise Crew Schedule and include an estimated time that he/she will be sufficiently rested and available for duty. At that time, the reserve pilot may be placed on a RAP subsequent to the established available time.

    b.  Crew Schedule shall not contact the pilot for any subsequent assignments until after the estimated clear time. Crew Schedule may assign the pilot to any RAP or sequence for which the pilot is legal, following the normal process for the filling of open time, once the pilot has provided notification that he/she is available for duty.

    c.  At the time of the fatigue call, a reserve pilot's guarantee will not be reduced.

5.  All Pilots - Mid-Sequence Fatigue

    a.  Pilots who have commenced (signed in for) a sequence and who determine that they cannot safely continue due to fatigue shall advise Crew Tracking. Once advised, Crew Tracking shall, if not releasing the pilot at home base, choose one of the following four options under which the pilot may be rescheduled:

        (1)  Deadhead the pilot to base in the same duty period, if legal, or, when not legal, if it is mutually agreeable in keeping with current procedures.

        (2)  Deadhead the pilot to base following the completion of a rest period.

        (3)  Following rest, assign the pilot to any portion of the original sequence.

        (4)  Following rest, assign the pilot to any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence). This in no way prohibits Crew Tracking from reassigning a pilot following the rest period

    b.  Any assignment other than the above four options shall be considered a reassignment.

    c.  The rescheduling of a pilot to any one of the four options above is at the discretion of Crew Tracking. However, reasonable consideration will be given to rescheduling a pilot back on their original sequence if practical, or, to

Section 15-31

AA-SCANLAN-0003885

equivalent flying within the footprint of the original sequence.

   d.  An election by Crew Tracking to deadhead a pilot back to base in the same duty period (option (1) above) must be made at the time the pilot declares fatigue. If Crew Tracking does not elect option (1) at the time the pilot declares fatigue, it must decide on one of the other three (3) options by the end of the pilot's rest period.

   e.  The pilot shall not be contacted during the rest period except for delay or cancellation information.

   f.  The rest period following a fatigue call shall be ten (10) hours, and may be increased beyond ten (10) hours at the Company's option or if the pilot requests more time to obtain sufficient rest. In the event the pilot requests additional rest beyond ten (10) hours and is subsequently deadheaded to home base at the completion of the rest period, the calculation for compensation and expense purposes shall be based on the first available deadhead following a ten (10) hour rest period.

6.  All Pilots - Fatigue Prior to Sign-in for a Scheduled Sequence

   a.  Pilots who have not signed in for a scheduled sequence and who anticipate being unable to safely operate due to fatigue must advise Crew Schedule. The pilot shall be removed from the initial flight segment for Fatigue.

   b.  If, in the pilot's judgment, such fatigue is the result of a non-operational event beyond the control of the pilot or is of a personal nature, the pilot should contact the Chief Pilot on Duty for an EO.

   c.  Subsequent availability shall be based upon the time that is needed to obtain adequate rest, which shall be provided by the pilot at the time of the fatigue call. Following rest, the pilot may be assigned to:

      (1)  Any portion of the original sequence for regularly scheduled pilots.

      (2)  Any other flying within the footprint of the original sequence (return to home base by the scheduled end of the original sequence) for regularly scheduled pilots.

   d.  Any assignment beyond the end of the original sequence footprint other than the first available flight to base shall be considered a reassignment for regularly scheduled pilots.

   e.  Reserve pilots shall be handled as described in paragraphs 4. and 9. of this Section 15.K.

7.  Any replacement flying assigned that extends beyond the footprint of the original sequence (or sequence at the time of the fatigue event if different) shall be

Section 15-32

AA-SCANLAN-0003886

handled as a reassignment and paid according to the reassignment provisions.

8. Sequence protection provisions shall apply when the scheduling of any assignment other than the original sequence as in 4. above results in a contractual or FAR illegality for any subsequent sequence on a pilot's schedule at the time of the assignment.

9. A reserve pilot who calls in fatigued after sign in but prior to departure on the first leg of a sequence shall be paid based on the time spent on duty prior to the fatigue call. Such event and resultant pay is subject to review within the FRMS and Fatigue Policy as outlined above.

10. When a pilot declares fatigue:

   a. The identifying information in the report shall remain confidential and available only to the FRAT unless indicated otherwise by the pilot. When unusual circumstances or information contained in the Fatigue Report indicate cause for immediate concern, such situation may be discussed between the FRMS Manager and the APA FERT member to establish an agreed course of action.

   b. Fatigue Reports and Information Slips will be forwarded to the FRAT for analysis of the fatigue event. The FRAT will classify each event depending on the likelihood of fatigue and fatigue risk, store the information in the fatigue database and recommend follow up action as appropriate to the FRC or FERT.

   c. The Fatigue Removal Event (FRE) procedures and subsequent reviews will be governed by the process outlined herein and in the FRMS MOU.

L Filling of Open Time

1. The Company may at its option identify and award any sequence at any time in the process as one that pays premium pay.

2. The Filling of Open Time shall be handled as much as practical via an automated process (e.g. TTS, preference ballot, text messaging for Aggressive Pick-Up) to award open sequences.

3. Filling of Open Time – Basic Rules

   a. 10:00 home base time (HBT) – sick removals and sequences placed into open time.

   b. 12:00 HBT (or earlier) – Begin Filling of Open Time for any open flying for the next day.

      (Note: The start time of a. and b. may be modified by mutual agreement between the Company and the Association).

Section 15-33

AA-SCANLAN-0003887

   c.  A pilot must be qualified, legal and available (QLA) to be awarded / assigned open time.

4.  Filling of Open Time – Order

   a.  Sequence Protection Recovery pilots in accordance with the provisions of Section 4.C.4.

   b.  Aggressive Pick-up - Within three (3) hours of scheduled or rescheduled departure Aggressive Pick-up is open on a first-come, first-served basis via a mutually agreed upon process for in base and out of base pilots, including at Company option, reserve pilots on DFPs.  DFP will not be replaced. Aggressive Pick-up pilots are required to make an on time departure.

      (1) If unable to make scheduled sign in, pilot must advise Crew Schedule of an expected sign in time that is consistent with an on time departure. In the event the pilot is unable to make an on time departure, the Company has the option to replace the Aggressive Pick-up pilot, in which case the pilot will be handled in accordance with the Commuter Policy.

   c.  Pick-up in Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.
      (2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.

      (3) At Company Option:  Pick-up with conflict, in Division first, then in the opposite Division.
      (4) At Company Option:  Greater of Pick-up with conflict, in Division first, then in the opposite Division.

   d.  Pick-up out of Base

      (1) Regular Pick-up, in Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.
      (2) Regular Pick-up, opposite Division, including, at Company option, eligible reserve pilots volunteering to fly on a DFP. DFP will not be replaced.
      (3) At Company Option:  Pick-up with conflict, in Division first, then in the opposite Division.
      (4) At Company Option:  Greater of Pick-up with conflict, in Division first, then in the opposite Division.
      (5) Pay, credit and legalities in (1) through (4) above apply as if flown by in base pilot.

   e.  At Company option, Crew Schedule may split or transfer sequences and/or reallocate flight legs and commence again, following steps a. through d. above.

   f.  Reserve Assignment/Award.  The Company shall select, at its option, one or more of the following categories.  The pilots in the selected categories will be considered in a single pool for the purposes of this Section 15.L.4.f.  From this single pool of pilots, reserve assignments/awards will be prioritized in the

Section 15-34

AA-SCANLAN-0003888

following order:  Block, RPV and Seniority.

(1) In Division, assign to a reserve without a DFP conflict.
(2) In opposite Division, award to a reserve without a DFP conflict.
(3) In Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).
(4) In opposite Division, award to a reserve volunteering to fly into or out of a DFP (flying on DFP paid above guarantee, affected DFPs not replaced).
(5) In opposite Division, assign to a reserve without a DFP conflict.  If an International Division reserve is assigned to a sequence in the Domestic Division, International override will be paid for that sequence.
(6) In Division, assign to a reserve flying into a DFP (up to 1200).

NOTE: Prior to proceeding to steps (g) through (i) below, all remaining open time must have been offered as premium flying in steps (b) through (d).

g.  Company option to use a CKA, Flight Test or Management pilot.

h.  Inverse Assign (reserve pilot) in Division, then in opposite Division (premium pay (and flight time credit) paid above guarantee for flying on days off or premium pay with conflict for flying that conflicts with next month sequence, whichever is applicable).

i.  Inverse Assign (regular pilot) in Division, then in opposite Division (premium pay, or premium pay with conflict, whichever is applicable).

5.  General rules to be followed for the coverage of open time shall include, but not be limited to, the following:

a.  Pilots awarded or assigned open time must be qualified, legal and available in respect to all limitations required by the FAA and by this Agreement. However, in accordance with Section 5.I., scheduled flying, not actually performed, for which flight time credit is applied, shall have no effect on pilots' legality for other flying.  [See Q&A #9, #13, #107]

b.  In accordance with Section 15.L.4., a pilot may volunteer for pick-up flying in Division, or in the opposite Division up to that individual pilot's IMAX or the Company designated pick-up maximum for that pilot's particular bid status (whichever is lower). This calculation is measured against the pilot's projection (PROJ).  [See Q&A #117]

c.  Pilots may not pick up open time that would create a conflict with any sequence in their monthly schedule unless such transaction is permitted by the TTS or Crew Schedule.

d.  Lineholders may move a duty free period, if such movement is accomplished prior to the start of such duty free period. Furthermore, a lineholder may voluntarily drop any duty free period during the course of a contractual month including a duty free period that has already commenced.  [See Q&A #64]

e.  Pilots who desire open flying time are restricted to the category in which they are serving at that time (e.g., captain not allowed to make up as a first officer).

Section 15-35

AA-SCANLAN-0003889

 f. Pilots who desire to pick-up open flying time must make proper notification via the mechanisms provided. (e.g. a TTS preference ballot, or other established means.)

 6. Crew Schedule Errors

 a. If a lineholder is inadvertently bypassed for pick-up flying, the pilot will be protected for the original scheduled value of the bypassed sequence, provided the pilot promptly notifies the Company and is available for replacement flying in accordance with the Sequence Protection recovery obligations found in Section 4.E.

 b. If a reserve pilot is assigned a trip sequence of lesser value than one which should have been assigned as a result of seniority based preference (within the reserve assignment process), the difference in the credited value of the two trip sequences will be immediately added to the pilot's PROJ. At the end of the month, the difference in the pay value of the two trip sequences will be added to the reserve pilot's pay projection (PPROJ).

## M. Temporary Assignment/Temporary Duty

 1. Full Month Temporary Assignment Within a Base

 a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those currently qualified and available pilots in the opposite division in the same category, equipment and base.

 b. Such temporary vacancy may only be bid by pilots in the opposite division in the same category, equipment and base, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

 c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot in the opposite division in the same category, equipment and base, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in such bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

 d. A pilot assigned in accordance with c. above who does not reside at the base shall receive the following:

  (1) Priority transportation between the base and the American Airlines station nearest the pilot's residence.

  (2) Expenses in accordance with Section 7.B.2. of the Basic Agreement during the assignment, except that the payment of such expenses will commence with the pilot's first flying assignment or day of reserve availability/make-up and continue through the pilot's last flying assignment or day of reserve availability/make-up. However, any time a pilot elects to leave the base while not assigned to fly or be available as a reserve shall not be compensable.

Section 15-36

AA-SCANLAN-0003890

(3) A hotel room at Company expense during the assignment within the following parameters:

(a) A pilot holding a reserve selection will be eligible for a hotel room beginning the night before the pilot's first day of reserve availability and continuing through the pilot's last day of availability.

(b) A pilot holding a regular trip selection will be eligible for a hotel room the night before and after a flying assignment and during any duty free periods and days off during which the pilot elects to remain at the base prior to the completion of such pilot's last scheduled trip sequence. For a pilot who desires make-up flying, a hotel room will be provided for additional days if authorized by a Chief Pilot.

e. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

f. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.1., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process in the following order

(1) to pilots in the opposite division in the same category, equipment and base, provided the awarding of such vacancy does not create a subsequent vacancy, then

(2) if not filled per (1) above, in system seniority to all pilots.

g. The number of vacancies which may be filled under paragraph M.1. shall not be limited.

h. Pilots awarded/assigned temporary vacancies in accordance with provision M.1., shall exercise system seniority among the pilots regularly assigned to the bid status to which they are temporarily assigned for the purposes of bidding trip selections and filling open time.

2. Full Month Temporary Assignment Between Bases

a. If there is a temporary shortage of pilots in a bid status, the Company may create a temporary vacancy and make it available only to those pilots at another base, in the same category and equipment, who are currently qualified and available.

b. Such temporary vacancy may only be bid by pilots in the bid status to which it is made available, and the vacancy shall be awarded to the senior such bidder who is currently qualified and available to fill the vacancy.

c. In the event such temporary vacancy is not filled by the voluntary selection of a currently qualified and available pilot, such vacancy shall be filled by the assignment, in reverse order of system seniority, of a currently qualified and available pilot in the appropriate bid status. A pilot so assigned will be pay protected on the trip selection that the pilot could have held.

Section 15-37

AA-SCANLAN-0003891

d. In the event an International pilot is assigned to the Domestic division as provided in paragraph c. above, the Domestic flying performed by such pilot shall be paid at International rates of pay.

e. If a temporary vacancy in the same bid status is filled for two (2) consecutive months under the provisions of paragraph M.2., except under the provisions of Section 9.C.2.d., a permanent vacancy in the appropriate bid status shall be made available in the next bid award process. The awarding of such vacancy shall be made in accordance with Section 17.

f. The number of vacancies which may be filled under paragraph M.2. shall not be limited.

g. Pilots awarded/assigned temporary vacancies in accordance with provision M.2., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

h. Pilots awarded/assigned a temporary assignment in accordance with provision M.2., will be allowed expenses while away from their regular base in accordance with Section 7.

3. Vacancy Obligation

a. In the event the provisions of paragraphs M.1. and M.2. are utilized for two (2) consecutive months for the purpose of filling a temporary vacancy in the same bid status, except under the provisions of Section 9.C.2.d., and such temporary vacancy is required in the third (3rd) consecutive month, a permanent vacancy in the appropriate bid status shall be made available in the next bid award process.

b. Such permanent vacancy shall be awarded or assigned as provided in M.1.f. or M.2.e. as determined by the manner in which such temporary vacancy was filled in two (2) of the three (3) consecutive months.

4. Less Than a Full Month Temporary Assignment Between Bases

a. During the course of a contractual month, the Company may proffer and then assign reserve pilots to temporary assignments at another base for the coverage of reserve flying, in accordance with 15.L. in the procedures for the filling of open time.

(1) For temporary assignments of twenty (20) days or less, only pilots who are available for the entire period of the temporary assignment may be proffered or assigned.

(2) For temporary assignments of more than twenty (20) days, pilots who have a planned absence of not more than five (5) consecutive days during the period of the temporary assignment shall be proffered or assigned, in addition to pilots who are available for the entire period of the temporary assignment.

b. The provisions of 7. below shall apply to deadheads to or from the base of temporary duty.

Section 15-38

AA-SCANLAN-0003892

c. Pilots who are not returned to their base when legal to do so after the completion of a trip sequence at the base to which temporarily assigned, will be considered to be on temporary assignment at such base.

d. The number of temporary assignments permitted under paragraph M.4. shall not be limited.

e. Pilots awarded/assigned temporary vacancies in accordance with provision M.4., shall exercise system seniority for the purposes of bidding trip selections and filling open time.

f. Pilots awarded/assigned a temporary assignment in accordance with provision M.4., will be allowed expenses while away from their regular base in accordance with Section 7.

5. Temporary Duty - One Trip Sequence Only

a. When during the course of a contractual month, it becomes necessary to provide an additional pilot from another base for the coverage of not more than one (1) trip sequence, the Company shall follow the procedures outlined in Section 15.L..

b. Such pilots will receive the flight time pay and flight time credit, including deadheading, for the trip sequence which is being covered.  Such pilots shall be covered under the provisions of Section 15.E., 15.F. and 15.G. from the time they leave their  base until they return to their base.

c. Such pilots will receive expenses while away from their base in accordance with Section 7. of this Agreement.

d. The number of temporary duty assignments permitted under paragraph M.5. shall not be limited.

6. Limitations On Temporary Assignments

A pilot may be assigned under the provisions of M.2. and/or M.4. of this Section, provided, however, such pilot may not be assigned in excess of one (1) month in any twelve (12) month period unless all pilots who have been subject to such assignment have been assigned once.

7. Temporary Duty Assigned - Deadheading

a. Pilots assigned a full or partial month temporary assignment (TDY) between bases, in accordance with Section 15.M.2. or 15.M.4., shall have their PPROJ credited for the deadhead to and the deadhead from the base to which they are temporarily assigned.

b. If the deadhead to or from the assigned TDY base is not scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

Section 15-39

AA-SCANLAN-0003893

(2) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

c.  If the deadhead to or from the assigned TDY base is scheduled in conjunction with a flying assignment:

(1) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(2) The pilot's on duty period shall be based on the flying assignment and the scheduled time for the deadhead combined.

(3) The pilot's expenses for the TDY assignment, as provided in Section 7.B.2., shall begin at the scheduled departure time of the deadhead to the assigned TDY base and end at the scheduled arrival time of the deadhead from the assigned TDY base.

(4) The computation of credited time for the flying assignment (Section 15.E. and F.) will be based on the flying assignment, including report and debrief, not including the deadhead.

d.  Options for TDY Deadheads.

(1) A pilot scheduled to deadhead to a TDY base in conjunction with a flying assignment, or a reserve pilot scheduled to deadhead on a day of reserve availability, or a pilot who would otherwise be removed from a scheduled sequence at a TDY base because a deadhead could not be scheduled in compliance with the Basic Agreement, may not be assigned but at such pilot's option may elect to deadhead to the TDY base on the previous day, which may be a duty free period, an unscheduled day, a day of scheduled flying, or a day of reserve availability, and may also be the last day of the previous contractual month, provided such deadhead does not conflict with the pilot's scheduled flying or reserve availability on such day.  In such case:

(a) The pilot's PPROJ shall be credited with the value of the average day, as provided in Section 15.G., or the scheduled time of the deadhead, whichever is greater.

(b) The pilot shall be provided a hotel room.

(c) The pilot's expenses for the TDY assignment shall begin at the scheduled departure time of the actual deadhead.

(d) The only contractual requirement for performing the deadhead is to receive the minimum rest, as provided in Section 15.C.5., prior to such pilot's next flying assignment.

(2) The provisions of d.(1) above shall also apply if a pilot, who is assigned a TDY and who holds a regular scheduled trip selection at the TDY base, elects to report to the TDY base earlier in the month than required in order

Section 15-40

AA-SCANLAN-0003894

to be available for additional flying.

(3) A pilot scheduled to return from a TDY on a deadhead to base in conjunction with a flying assignment may elect to deadhead the following day.  In such case:

(a) The pilot's PPROJ shall be credited with the value of the minimum day, as provided in Section 15.G., or the scheduled time of the originally scheduled deadhead, whichever is greater.

(b) The pilot shall be provided a hotel room.

(c) The pilot's expenses for the TDY assignment shall end at the scheduled arrival time of the actual deadhead.

e. A pilot may be proffered, assigned, or reassigned to fly a trip sequence which would cause a double deadhead.  A double deadhead is defined as:

(1) A normal deadhead to report to the TDY base at the beginning of the month followed by a trip sequence the first leg of which has a deadhead back to the pilot's home base; or

(2) A last trip sequence of the month the last leg of which is a deadhead from the pilot's home base to the TDY base followed by a normal deadhead to return from the TDY base to the pilot's home base at the end of the month.

Such pilot may elect to fly or not fly such double deadhead.  If the pilot elects not to deadhead, such pilot will assume the legality of the sequence deadhead but not the deadhead to report to/from the TDY base.  In all cases, the pilot shall be paid and credited for the scheduled sequence deadhead and additionally such pilot's PPROJ shall be credited according to the provisions of M.7. for the deadhead to/from the TDY base.

f. In the unusual circumstances where a pilot is assigned a full or partial month TDY for two or more consecutive months, the provisions in M.7. shall apply to each month as a separate TDY assignment.

g. In the event a pilot assigned temporary duty, in accordance with Section 15.M.5., is extended by assignment or reassignment for any reason and is thereby assigned a partial month TDY in accordance with Section 15.M.4.c., the pilot's sequence shall be reconstructed so that the provisions of M.7. apply and the actual deadhead time from the sequence will be subtracted from the pilot's pay and credit.

8. Temporary Duty Lodging

A pilot on temporary duty, in accordance with the provisions of Section 15.M., who is eligible for a hotel, other than a pilot on temporary duty for one trip sequence only (Section 15.M.5.), shall be provided lodging in accordance with Section 7.

K.  Reassignments

Section 15-41

AA-SCANLAN-0003895

1. Reassignment occurs if a regularly scheduled pilot is legal in all respects for such pilot's next regularly scheduled flight(s) or sequence(s), but instead is assigned by the Company to perform other flying in lieu of such pilot's regularly scheduled flight(s) or sequence(s). The sequence footprint is the originally scheduled flight departure (OUT) time on the first day of the sequence to the end of the originally scheduled flight termination (IN) time on the last day of the sequence, as defined in Section 4.C.2.e.

2. A pilot reassigned shall be paid and credited the greater of;

   a. the value of the original sequence, or

   b. the value of the reassignment sequence.

3. In addition to 2. above, when a pilot is reassigned to flying that resides outside of the originally scheduled sequence footprint that pilot shall also receive a premium of:

   a. pay, no credit, at a rate of one-half (50 percent) times the pilot's hourly base pay rate for that time flown outside of the footprint of the pilot's regularly scheduled sequence footprint.

   b. Any additional flight time pay and credit associated with paragraphs E., F. or G that was generated as a result of the reassignment outside the original sequence footprint does not qualify for the premium described in a. above.

4. A pilot reassigned above the pilot's Individual Monthly Maximum (IMAX) shall be paid at a rate of 1.5 times the pilot's hourly base pay rate for time above the IMAX (which shall not be cumulative with the payment in Section 15.N.3)

5. A pilot who was reassigned above his IMAX will have his credited projection (PROJ) reduced to or below his IMAX in accordance with the following:

   a. Remove the pilot with pay, but no credit, from one or more whole sequences.

   b. Remove the pilot with pay, but no credit, from a portion of a sequence, provided that the removal must be from the beginning or end of the sequence, (i.e., no mid-sequence removals.)

   c. Following the completion of the reassignment, if the pilot has no other scheduled flying remaining in the current month, reduce the pilot's PROJ in the following contractual month by following step 5.a. and/or 5.b. above.

   d. When reducing the pilot's PROJ in the current month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence.

   e. When reducing the pilot's PROJ in the next month, such reduction shall occur within 24-hours of the conclusion (debrief) of the reassignment sequence or the 25th of the current month, whichever is later.

Section 15-42

AA-SCANLAN-0003896

L. Substitution of Equipment

1. Substitution of Equipment is defined as the substitution of aircraft to a type that is different from the pilot's current bid status and/or for which the pilot is not qualified to fly. A pilot whose regular trip or trip sequence becomes subject to a Substitution of Equipment will be pay protected in accordance with the pay provisions of Section 4. The pilot's Replacement Flying Window in the event of a Substitution of Equipment will be the Sequence Footprint, as defined in Section 4.C.2.e.

M. Trip Trade System (TTS)

1. The current Trip Trade with Open Time (TTOT) and Schedule Enhancement Period (SEP) system will be replaced with a new Trip Trade System (TTS).

2. The TTS shall be developed by the Company, with APA oversight from the TTS Development sub-committee. The new system will be based upon the "proof-of-concept" that was completed in 2011 by the Company with the participation of APA.

3. Desired features of the new system to be included in the Requirements Document are:

    a. Honor Seniority in turn (as defined in the proof-of-concept, or modified by mutual agreement)

    b. Comply with FAR/CBA/Qualification Limitations

        (1) Legalities based upon FAR 117

        (2) Buffers defined by mutual agreement between the Company and APA, and consistent with buffers defined under PBS

    c. Trip Trade System acts as an agent to complete the following types of trades:

        (1) Multiple pilot trades

        (2) Conditional (if then ballot)

        (3) Pick-up, trade or drop with other pilots or open time (subject to Company control of open time)

    d. The capability for pilots to execute manual trades.

    e. A preference ballot which will:

        (1) Contain pilot preferences for trip trades, drops and pick-ups;

        (2) Be updatable at any time.

    f. Reviewable reporting with transparency

    g. Communication

Section 15-43

AA-SCANLAN-0003897

(1) Variable mediums (email, text messaging, phone)

(2) Robust (automated phone contact)

   h.  TTS will run on a schedule mutually agreed to by the Association and the Company.

4.  The full development of a new TTS will be phased in order to provide value as quickly as possible and to provide time for integration of ballot functionality with other systems (primarily, PBS and DOTC).

5.  Phase 1 will focus on multiple pilot trading on a daily (or more frequent basis) prior to DOTC. This was the focus of the proof-of-concept. Communication requirements should be minimal in this phase.

6.  Work will begin no later than 2 months after a contract has been signed for PBS. Development time will be dependent upon the complexity of requirements and the availability of resources. The initial target for implementation is 1Q14 (post-PBS and post-FAR 117 implementation). An updated target date will be anticipated at start-of-work + 2 months.

7.  Subsequent phases will integrate Phase 1 functionality with processes that control trip-trading much closer to departure time (i.e., DOTC and real-time).

Section 15-44

AA-SCANLAN-0003898

## ASSIGNMENT AND AUTHORIZATION FOR
## PAYMENT OF
## ASSOCIATION SERVICE CHARGE AND DUES

TO: AMERICAN AIRLINES

I, _____, hereby authorize and direct American
(Print Initials and Last Name)

Airlines to deduct from my pay such monthly dues and assessments as are now or may
hereafter be established in accordance with the Constitution and Bylaws of the
Association, or a service charge in an amount equal to such dues for remittance to the
Allied Pilots Association.

I agree that this authorization shall be irrevocable for one year from the date of that I
sign this authorization or until termination of the check-off agreement between American
Airlines and the Association, whichever occurs sooner. If the check-off agreement is
terminated, this authorization will be automatically terminated. In the absence of a
termination of the check-off agreement, this authorization may be revoked effective as
of any anniversary date of the signing hereof by written notice given by me to American
Airlines and the Association by Certified Mail, Return Receipt Requested, during the ten
(10) days immediately preceding any such anniversary.

Signature of Pilot _____ Date _____

Address of Pilot _____

Employee Number _____ Domicile _____

Section 25-5

AA-SCANLAN-0003953

SECTION 26

AMENDMENTS TO AGREEMENT,
EFFECT ON PRIOR AGREEMENTS,
AND DURATION

A.  Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

B.  Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement.  All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

C.  Duration

This Agreement shall become effective January 1, 2013, except as otherwise dated herein, and shall continue in full force and effect until January 1, 2019, and shall renew itself without change until each succeeding January 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior to January 1, 2019, or January 1 of any subsequent year.

D.  Early Opener

At any time following January 1, 2017, but prior to January 1, 2019, with sixty (60) days prior written notice by either party, the parties will commence negotiations in accordance with Section 6, Title I, of the Railway Labor Act, as amended.

AA-SCANLAN-0003954

# EXHIBIT H

# Contract 2004

Agreement between
America West Airlines,
Inc.
and the Pilots
in service of
America West Airlines,
Inc.
as represented by the
Air Line Pilots
Association,
International



December 2003



AA-SCANLAN-0019331

## SECTION 2
## DEFINITIONS

ACTIVE SERVICE
Time during which the Pilot is in training, on vacation, holding a regular line of time, sitting reserve, on an ALPA leave of absence, on restricted duty, or serving as a Supervisory Pilot.

A320 FAMILY
The Airbus 318, 319, 320 and 321 aircraft models.

ASSOCIATION
Air Line Pilots Association, International.

AVERAGE LINE VALUE
The average line value of the Pilot's Position is the total time in the Position's regular lines divided by the number of regular lines in the Position for the applicable bid period.

BLOCK-TO-BLOCK
A period of time beginning when an aircraft first moves from the blocks for the purpose of flight and ending when the aircraft comes to rest at the blocks.

CALENDAR DAY
A twenty-four hour (24:00) period from 0001 HDT to 0000 HDT, except that on the last scheduled calendar day of a pairing a pilot may be scheduled for duty until 0230 HDT of the following calendar day, with an additional one hour (1:00) for irregular operations (e.g., late flight returning the Pilot to the Pilot's domicile). This time period from 0001 HDT to 0330 HDT shall be considered an extension of the previous calendar day and shall not be considered an encroachment into a Day Off (DO), Golden Day (GD), Moveable Day, or Vacation Day.

CAPTAIN
The Pilot in command of an aircraft who is directly responsible for, and who is the final authority for the operation of, the aircraft. The Captain shall also have authority over, and be responsible for, the performance of duties of the other crew members assigned to that aircraft.

CATEGORY
A grouping of equipment, for pay purposes, consisting of the following equipment: B-737, A320 family, B-757, or such others as may be added pursuant to this Agreement.

CHECK AIRMAN
A Pilot certified by the Federal Aviation Administration to conduct instruction and/or proficiency and route/line checking. All the provisions of this Agreement shall bind Check Airmen.

2 1

AA-SCANLAN-0019348

COLLATERAL DUTY
An assignment by the Company that does not involve flight or training duties, and is not otherwise considered management business or company business.

COMPANY
America West Airlines, Inc.

CREDIT
Block hours, trip rig, duty rig, duty period guarantees, long rate rig, vacation, sick leave, training and any applicable pay protection, except premiums provided at pay, no credit, pursuant to this Agreement.

CREDIT CAP
Maximum credit hours for which a Pilot may be paid per bid period.

CURRENT
When the Pilot has completed all required ground and flight training, including all applicable examinations and checks, inclusive of route and airport qualifications and ninety (90) calendar days recent experience necessary to immediately perform flight duties in an aircraft type.

DATE OF HIRE
The date the Pilot first reports to the Company's Pilot training program as evidenced by the class sign-in sheet.

DAY OFF (DO)
A twenty-four hour (24:00) period free from duty at the Pilot's domicile beginning at 0001 HDT and ending at 0000 HDT, except that on the last scheduled calendar day of a pairing a Pilot may be scheduled for duty until 0230 HDT of the following calendar day, with an additional one hour (1:00) for irregular operations. This time period from 0001 HDT to 0330 HDT shall be considered an extension of the previous calendar day and shall not be considered an encroachment into a DO. For purposes of FAR legality, any consecutive twenty-four hour (24:00) period free from duty shall meet this requirement.

DEADHEADING
Time spent by a Pilot, at Company request, in air or surface travel between two (2) points for the purpose of protecting a pairing or returning to the Pilot's domicile, or otherwise positioning a Pilot for Company business.

DOMICILE
The geographic location where a Pilot is based.

DUTY PERIOD
The time from sixty (60) minutes beginning at check-in at domicile and forty-five (45) minutes beginning at report to the gate at RON stations prior to scheduled departure or the actual report time, whichever is later, and continuing until fifteen (15) minutes after scheduled block in time when the Pilot does not have to clear Customs and thirty (30) minutes after scheduled block

22

AA-SCANLAN-0019349

in time when the Pilot does have to clear Customs or until the Pilot is re-
leased by the Company, whichever is later.

EQUIPMENT
Aircraft type, B-737, A320 family or B-757, or such others as may be added
pursuant to this Agreement.

FIRST OFFICER
A Pilot designated by the Company and qualified under the FARs to assist or
relieve the Captain. The First Officer shall be directly responsible to the
Captain and is next in command of the aircraft.

FLIP FLOP PAIRING
Any pairing in which a Pilot operates or deadheads through 0200 HDT and
immediately has a rest period of between twenty-one hours (21:00) and
twenty-nine hours (29:00) at a RON station.

GOLDEN DAY (GD)
A twenty-four hour (24:00) period at the Pilot's domicile beginning at 0001
HDT and ending at 0000 HDT, and during which the Pilot's day off is not
subject to Company-initiated movement or cancellations, except that on the
last scheduled calendar day of a pairing a Pilot may be scheduled for duty
until 0230 HDT of the following calendar day, with an additional one hour
(1:00) for irregular operations. This time period from 0001 HDT to 0330
HDT shall be considered an extension of the previous calendar day and
shall not be considered an encroachment into a Golden Day.

HDT
The time in the Pilot's current domicile.

HOLIDAY
Easter, Memorial Day, July 4, Labor Day, Thanksgiving, Christmas Eve, Christ-
mas Day, New Year's Eve, New Year's Day.

LAYOVER
The period of time within a pairing between release and report when a Pilot
is relieved from duty while away from domicile.

LEG
A segment of a pairing from block out to block in.

LINEHOLDER
A Pilot holding a regular line of time in the applicable bid period, not including
a reserve Pilot.

LONG COURSE TRAINING
Initial Equipment, Transition and Upgrade Training and Re-qualification Train-
ing longer than five (5) training days.

LONGEVITY
All time spent in Active Service with the Company as a Pilot.

2 3

AA-SCANLAN-0019350

MISCELLANEOUS FLYING
All non-revenue flying including but not limited to maintenance flights, ferry flights, delivery flights, test flights, photo flights, training flights and public relation flights.

MOVEABLE DAYS
A twenty-four hour (24:00) period at the Pilot's domicile beginning at 0001 HDT and ending at 0000 HDT, and during which the reserve Pilot's day off may be subject to Company-initiated movement or cancellation on account of a pairing assignment, except that on the last scheduled calendar day of a pairing a Pilot may be scheduled for duty until 0230 HDT of the following calendar day, with one additional hour (1:00) for irregular operations. This time period from 0001 HDT to 0330 HDT shall be considered an extension of the previous calendar day and shall not be considered an encroachment into a Moveable Day.

NIGHT PAIRING
Any pairing with a duty period that operates or deadheads during the hours of midnight to 0400 HDT.

OPEN TIME
All pairings by Position which are not currently assigned.

PAIRING
A series of one (1) or more flight segments designated by a number.

PBS
The preferential bidding system or other substantially equivalent electronic bidding interface system.

PILOT
A person whose name appears on the America West Airlines, Inc. Pilots' System Seniority List.

POSITION
Domicile, Seat and Equipment.

PRIMARY VACANCY
A vacancy published in a bid.

QUALIFIED
A Pilot who has completed all necessary training and checks, holds all necessary FAA aircraft type ratings where applicable, and meets all FAR requirements exclusive of route and airport qualifications and ninety (90) calendar days recent experience necessary to immediately perform flight duties in an aircraft type.

RED FLAGGED PAIRING
A pairing designated by Crew Scheduling as incentive flying to be paid in accordance with Subsection 4.G.

2-4

AA-SCANLAN-0019351

RESERVE OPEN TIME (RO)
Blocks of between one (1) and five (5) days of reserve availability that are placed into Open Time for self-assignment by Lineholders.

RON
Remain over night.  *See* Layover.

SEAT
The classification of a Pilot as a Captain or First Officer.

SECONDARY VACANCY
The vacated Position made available when a Pilot is awarded a Primary Vacancy published in a bid (e.g., an A320 Captain vacancy is published in the bid and awarded to an A320 First Officer – the vacated A320 First Officer Position is the Secondary Vacancy resulting from the A320 Captain Primary Vacancy).

SHUFFLE BID
A procedure which allows a Pilot to change the Pilot's awarded vacation slot.

SPECIAL CATEGORY FLYING
Any flying during which the flight deck crew is required to assess specific aircraft systems or aerodynamic performance, or is required to conduct any test procedures, including aircraft and airport proving flights, certain maintenance ferry, test, functional check, and acceptance flights, and aircraft acceptance and delivery flights.  Ferrying an aircraft in accordance with applicable MEL and ferry permits does not constitute Special Category Flying.

STATUS
A Pilot's current standing, e.g., in training, on reserve, on vacation, on a leave, etc.

SUPERVISORY PILOT
An employee of the Company assigned to perform flight operations management or supervisory duties. Supervisory Pilots include: Vice President, Flight Operations; Senior Director, Line Flying; Director, Flight Technical and Training; Chief Pilot(s); Assistant Chief Pilots; Director, Flight Standards; Director, Flight Crew Training; Manager, Flight Standards; Manager, Flight Operations Regulatory Compliance; Fleet Managers; or other positions established by the Company with substantially similar duties, responsibility and authority.

TEMPORARY DUTY ASSIGNMENT (TDY)
An assignment to perform Pilot duties at a location other than the Pilot's domicile for up to a full bid period.

TEMPORARY VACANCY
A vacancy existing for at least one (1) full bid period and not more than three (3) full bid periods at a Pilot domicile.

2 5

AA-SCANLAN-0019352

TIME AWAY FROM BASE (TAFB)
Measured from actual or scheduled report time, whichever is later, at the Pilot's domicile, to scheduled or actual release time, at the Pilot's domicile, whichever is later.

VACATION DAY
A vacation day shall be a twenty-four hour (24:00) period awarded through the vacation bid during which the Pilot is free from all duty at the Pilot's domicile beginning at 0001 HDT and ending at 0000 HDT, except that on the last scheduled calendar day of a pairing a Pilot may be scheduled for duty until 0230 HDT of the following calendar day, with an additional one hour (1:00) for irregular operations.  This time period from 0001 HDT to 0330 HDT shall be considered an extension of the previous calendar day and shall not be considered an encroachment into a vacation day.

VOLUNTARY TERMINATION
A Pilot's resignation or early retirement, not including medical or FAR mandatory retirement.

YELLOW FLAGGED PAIRING
A pairing designated by Crew Scheduling as available for self-assignment by an aggressive reserve Pilot on scheduled days off or vacation days if the pairing has been in Open Time for a minimum of twenty-four hours (24:00) and the report date is not more than seven (7) calendar days from date of self-assignment.

2-6

AA-SCANLAN-0019353

## SECTION 4
## MINIMUM PAY GUARANTEES

A.  MINIMUM BID PERIOD GUARANTEES

The minimum bid period pay and credit for all regular lineholders shall be seventy-eight hours (78:00). The minimum bid period guarantee for lineholders in a flex month shall be increased by the amount of the flex for the applicable Position. For reserve Pilots, the minimum bid period pay and credit shall be seventy-seven hours (77:00), which shall not be increased in a flex month.

*(Lineholder guarantee = 78:00)*

*(Reserve guarantee = 77:00)*

B.  PAY AND CREDIT

1.  Except as provided in Subsections 4.B.2. and 4.B.3., a Pilot shall be paid and credited a minimum of the following for each pairing, whichever is greater:

a.  Five hours and fifteen minutes (5:15) for a single duty period or the average of five hours and fifteen minutes (5:15) for a multiple duty period. For any pairing that contains a scheduled layover of twenty-four hours (24:00) or greater, each scheduled layover period of twenty-four hours (24:00) shall be considered a duty period for purposes of this Subsection 4.B.1.a. (e.g.: a pairing with two duty periods of flying with a 48-hour scheduled layover in between would pay a minimum of 21:00 hours of pay and credit; a pairing with 7:00 scheduled credit hours during the first duty period, followed by a 24:00 scheduled layover, followed by 8:00 scheduled credit hours would pay a minimum of 15:45 pay and credit);

b.  Scheduled block, as shown on the original pairing, or actual Block-to-Block, whichever is greater;

c.  A minimum of one hour (1:00) for each two hours (2:00) during a duty period; or

d.  A minimum of one hour (1:00) for each three hours and forty-five minutes (3:45) that the Pilot is scheduled to be, or actually remains, away from the Pilot's domicile.

2.  If a lineholder's pairing encroaches onto a con-

4-1

AA-SCANLAN-0019356

*(Lineholder encroachment into subsequent pairing)*

secutive pairing as a result of irregular operations, the Pilot shall receive not less than the originally scheduled or actual pairing credit of the two (2) combined pairings, whichever is greater.

*(Guarantees applicable to split pairings)*

3. For split pairings, pay and credit for the unaffected day(s) shall be as set forth in Subsection 4.B.1. and Subsection 25.U.3.c. if applicable. On the day(s) of the pairing on which the pairing was split, the average and minimum duty period guarantee in Subsection 4.B.1.a. shall not apply. This Subsection 4.B.3. shall not apply to split pairings involuntarily assigned to a lineholder Pilot or assigned by the Company to a reserve Pilot.

*(Involuntary or incentive assignment paid, not credited)*

4. Any involuntary or incentive assignment pay or other additional pay as provided for in this Agreement shall be paid, not credited, in addition to Subsection 4.B.1.

*(Credit for transition pairings)*

5. A Pilot who operates a pairing that reports in one (1) bid period and releases in the following bid period shall be credited with the hours actually flown in the respective bid period.

C. DUTY RIG

A Pilot shall receive one hour (1:00) of pay and credit for each two hours (2:00) during a duty period.

D. TRIP RIG

A Pilot shall receive one hour (1:00) of pay and credit for each three hours and forty-five minutes (3:45) that the Pilot is scheduled to be, or actually remains, away from the Pilot's domicile.

E. LONG RATE RIG

For any scheduled, rescheduled or rerouted pairing that contains a scheduled layover of twenty-four hours (24:00) or greater, each scheduled layover period of twenty-four hours (24:00) shall be considered a duty period.

F. COMPANY BUSINESS

*(Pay, credit, and days off for full bid period)*

1. Except for Supervisory Pilots, a Pilot removed from an entire line or classified as a non-bidder for Company Business shall receive pay and credit equal to the Average Line Value and shall receive a mini-

4-2

AA-SCANLAN-0019357

mum of twelve (12) days off in a thirty (30) day month and thirteen (13) days off in a thirty-one (31) day month, or the number of days off on the Pilot's original line, whichever is greater. Additionally, the Pilot shall be provided the average bid period per diem based upon the Pilot's Position.

2. A lineholder removed from a portion of a line for Company Business shall receive pay and credit equal to the value of the pairing(s) not flown, and shall receive the applicable per diem for that pairing(s). A reserve Pilot removed from reserve duty for a portion of a bid period shall receive pay and credit of four hours and seventeen minutes (4:17) for each day of reserve duty not performed. Such reserve Pilot shall receive a prorated number of days off consistent with the table in Subsection 12.G.5.

*(Pay, credit, and days off for partial bid period)*

G. INCENTIVE FLYING

Incentive flying shall be paid at one hundred twenty-five percent (125%) of the total credit.

H. INVOLUNTARY ASSIGNMENT

Involuntary assignments shall be paid at one hundred fifty percent (150%) of the total pairing or leg credit, as applicable.

I. VACATION PAY

Each Pilot shall receive pay and credit at the rate of three hours and forty minutes (3:40) per day for each calendar day of vacation taken.

J. TRAINING PAY

1. Pilots in Long Course Training for a full bid period shall receive pay and credit equal to the Pilot's Average Line Value.

*(Pay for full bid period of training)*

2. Pilots in Long Course Training for a partial bid period shall receive pay and credit equal to two hours and forty-five minutes (2:45) per day while assigned to Long Course Training in a thirty-one (31) day month, and two hours and fifty minutes (2:50) per day while assigned to Long Course Training in a thirty (30) day month.

*(Pay for partial bid period of training)*

4 3

AA-SCANLAN-0019358

| | | |
|---|---|---|
| (Recurrent training pay) | 3. | Pilots shall receive three hours (3:00) pay and credit for each calendar day of recurrent training ground school. |
| (PC and PT pay) | 4. | Pilots shall receive four hours and seventeen minutes (4:17) pay and credit for each simulator Proficiency Check and Proficiency Training. |
| (Additional training pay) | 5. | Pilots shall receive one hour (1:00) of pay and credit for every two hours (2:00) of any partial day of simulator or classroom training, or one hour (1:00) of pay and credit, whichever is greater. |
| (Home study pay) | 6. | Home study courses shall be paid at a rate of forty dollars ($40.00) per FAA approved credit hour on the first pay exception check following the month in which the home study course is issued to the Pilot. |

**K.   PRORATION OF PAY**

| | | |
|---|---|---|
| (Duty period) | 1. | Five hours and fifteen minutes (5:15) per duty period. |
| (Lineholder proration) | 2. | Lineholder Pilots available for less than a full bid period shall receive a prorated monthly bid period guarantee at the rate of four hours and twenty minutes (4:20) for each scheduled duty day. |
| (Reserve proration) | 3. | Reserve Pilots available for less than a full bid period shall receive a prorated monthly bid period guarantee at the rate of four hours and seventeen minutes (4:17) for each day of reserve availability. |
| | 4. | Lineholders who voluntarily drop below the bid period guarantee shall incur a loss in pay equal to the credit dropped. |

**L.   BEREAVEMENT PAY**

| | | |
|---|---|---|
| (Definition of "immediate family" for purposes of bereavement pay) | 1. | The Company shall provide a Pilot who is on Active Service or a Family Medical Leave of Absence time off commensurate with each individual situation for the death of a member of the Pilot's immediate family. This time off must first be authorized by the Chief Pilot. For purposes of this Subsection 4.L., the Pilot's immediate family shall include the Pilot's spouse, children, stepchildren, father, stepfather, father-in-law, mother, stepmother, mother-in-law, legal guardian, brothers, sisters, grandparents, grandchildren, committed partner and parents or children of a committed |

4-4

AA-SCANLAN-0019359

partner as defined by Company policy, and the Pilot's spouse's brothers and sisters.

2. Lineholders shall receive pay and credit for any pairing(s) or portion thereof missed for up to three (3) consecutive calendar days. Reserve Pilots shall receive four hours and seventeen minutes (4:17) pay and credit for each duty day missed for up to three (3) consecutive calendar days. Pilots who receive additional time off will incur a prorated loss in pay for the bid period unless the Pilot uses sick leave or vacation credit to receive compensation up to the Pilot's Average Line Value.

*(Bereavement pay)*

3. The Company shall attempt to expedite the transportation needs of the Pilot traveling due to bereavement to include on-line, positive-space passes or transportation arrangements on other carriers.

*(Transportation for bereavement purposes)*

M. JURY DUTY

A lineholder on a leave of absence for jury duty shall receive pay and credit for any pairing(s) or portion thereof missed due to service on a jury. A reserve Pilot shall receive four hours and seventeen minutes (4:17) pay and credit for any reserve day of availability missed due to service on a jury.

N. COLLATERAL DUTY

Pilots performing Collateral Duty (e.g., serving on hiring committee) at the request of the Company shall receive three hours (3:00) pay and no credit for each calendar day of Collateral Duty performed. Such pay is in addition to all other pay and credit and shall not be limited by the maximum credit cap.

O. PILOT PAY CHECKS

1. Paydays shall be no later than fourteen (14) days after the new bid period starts and the last day of each bid period.

2. If a payday falls on Saturday, Sunday or a Holiday, payment shall be made on the preceding business day.

3. On the first paycheck of each month, a Pilot shall be paid for forty-five hours (45:00) of credit, plus or minus any pay adjustments due from the previous month. On the second paycheck of each

4-5

AA-SCANLAN-0019360

month, a Pilot shall be paid for forty-five hours (45:00) of credit or half the actual credit accrued from the immediately previous month, whichever is less.

4. The Company shall furnish Pilot paychecks in sealed envelopes to the Pilot's domicile mail-box, or provide direct deposit.

5. Except where authorized by law, the Company shall not make payroll deductions without written authorization.

P. PAY ERRORS

1. If the Company denies any item of pay or ex-penses, the Pilot shall be notified in writing.

2. Company pay errors in excess of fifty dollars ($50.00) shall be paid to the Pilot within three (3) business days.

3. Company pay errors of less than fifty dollars ($50.00) shall be paid on the next paycheck.

4. Pay errors shall be processed through the Flight Operations Department.

5. If a Pilot is overpaid, the Pilot shall select one (1) of the following options:

    a. A new check shall be written immediately;

    b. Reimburse the Company the total amount; or

    c. Reimburse the Company through payroll deduction spread equally over four (4) bid periods. If the Pilot does not select an op-tion, this method will be the default.

4-6

AA-SCANLAN-0019361

## SECTION 12
## HOURS OF SERVICE

A.  MAXIMUM CREDIT CAP

The maximum credit cap for all Pilots in any one (1) bid period, including flexes, shall be ninety-nine hours (99:00) of credit.

*(99:00 credit cap)*

B.  EXCESS CREDIT

If a lineholder's actual credit during a bid period exceeds ninety-nine hours (99:00), the excess credit shall be applied to the Pilot's line prior to the PBS line build in the second bid period after incurring the credit. This Subsection 12.B. shall not be construed to mean that a Pilot may be scheduled in excess of ninety-nine hours (99:00).

*(Excess credit applied to a subsequent bid period)*

C.  BID PERIOD FLEX

1.  Crew Scheduling may increase the minimum and maximum line build values provided in Subsection 25.G.3. by Position(s), a maximum of six (6) times per Position per calendar year subject to the following:

*(Maximum of six flexes per year)*

a.  Five (5) occurrences not to exceed three hours (3:00) and one (1) occurrence not to exceed four hours (4:00); and

b.  The total amount of increase for any Position may not exceed sixteen hours (16:00) in a single calendar year.

2.  The minimum bid period guarantee for a lineholder in the Position flexed shall be raised by an amount equal to the flex increase.

*(Flexes only applicable to lineholders)*

3.  Crew Scheduling shall provide the Association notice of a flex as far in advance as practical, but in no instance later than when the bid period bid packets are published, and shall meet with the Association's Scheduling Committee to ensure proper compliance with this Section 12 and Section 25.

D.  DUTY LIMITATIONS

1.  A Pilot's flight and duty time limitations shall be governed by Federal Aviation Regulations or this Agreement, whichever is more restrictive.

*(More restrictive of contract or FARS controls duty limitations)*

12 1

AA-SCANLAN-0019406

2. Duty limitations for duty periods that report between the times listed in the following table are:

| Report Time (HDT) | Maximum Scheduled Duty Period | Max. Actual Duty Period | Maximum Scheduled Landings | Maximum Scheduled Deadhead Extension |
|---|---|---|---|---|
| 02:31-04:00 | 10:00 | 11:00 | 3 | 1:00 |
| 04:01-05:00 | 10:30 | 12:00 | 5 | 1:00 |
| 05:01-06:00 | 12:00 | 13:00 | 5 | 1:00 |
| 06:01-13:00 | 13:00 | 14:30 | 7 | 1:00 |
| 13:01-14:00 | 12:30 | 14:00 | 6 | 1:00 |
| 14:01-15:00 | 12:00 | 14:00 | 6 | 1:00 |
| 15:01-16:00 | 11:30 | 14:00 | 5 | 1:00 |
| 16:01-17:00 | 11:00 | 13:30 | 5 | 1:00 |
| 17:01-19:00 | 10:30 | 13:00 | 5 | 1:00 |
| 19:01-22:00 | 10:00 | 12:30 | 4 | 1:00 |
| 22:01-02:30 | 09:30 | 10:30 | 3 | 1:00 |

3. For purposes of pairing construction, the maximum scheduled duty period may be extended by the time provided in the "Maximum Scheduled Deadhead Extension" column provided in Subsection 12.D.2.

*(Extension of duty period due to irregular operations)*

4. During irregular operations, on the last day of a pairing, Crew Scheduling may extend the Pilot's originally scheduled day by an additional three hours (3:00) not to exceed a total of four hours (4:00) to return the Pilot to domicile. Any scheduled or actual deadhead extension shall not exceed the maximum duty limits in Subsection 12.D.2.

*(No back to back red eyes)*

5. Pairings shall not be constructed with two (2) consecutive duty periods in two (2) consecutive calendar days that operate or deadhead through 0200 HDT.

*(Early morning arrivals)*

6. Pairings shall be constructed so that if a Pilot operates or deadheads through 0400 local, the Pilot shall be released for legal rest at the termination of such flight. This Subsection 12.D.6. shall not restrict a Pilot from one (1) additional landing

12 2

AA-SCANLAN-0019407

on account of an operational diversion provided that the Pilot does not exceed the maximum duty time as provided in Subsection 12.D.2.

E.   REPORT AND RELEASE TIMES

1.   A duty period shall begin at report time.  For this purpose, report times shall be as follows:    *(Report times)*

   a.   One hour (1:00) prior to the originally scheduled departure or actual report time, whichever is later, at domicile; and

   b.   Forty-five minutes (:45) prior to the originally scheduled departure or actual report time, whichever is later, at RONs.

2.   The duty period shall end at release time.  For this purpose, release times shall be as follows:    *(Release times)*

   a.   Fifteen minutes (:15) after the originally scheduled or actual block-in time when the Pilot does not have to clear Customs or when the Pilot is released by Crew Scheduling, whichever is later; and

   b.   Thirty minutes (:30) after the originally scheduled or actual block-in time when the Pilot must clear Customs or when the Pilot is released by Crew Scheduling, whichever is later.

F.   MINIMUM REST

1.   A lineholder shall be entitled to ten hours (10:00) of rest at the Pilot's domicile beginning at the Pilot's release time.  Such rest period shall not be reduced by Crew Scheduling.    *(Rest at domicile for lineholders)*

   a.   This Subsection 12.F.1. shall not prevent a Pilot from self-assigning an additional pairing through Open Time or Pilot-to-Pilot trades on either a calendar day in which the Pilot has no scheduled duty or a calendar day in which the Pilot has scheduled duty, provided that the Pilot is capable of completing all scheduled duty within the constraints of the duty times provided in Subsection 12.D. and applicable FAR limitations.

12 3

AA-SCANLAN-0019408

<table>
<tr><td>(Rest at domicile for reserves)</td><td>2.</td><td>A reserve Pilot shall receive eleven hours (11:00) of rest at domicile between a pairing or assignment and a subsequent standby reserve duty period(s). Such rest shall begin at the Pilot's release time, and shall not be reduced by Crew Scheduling.</td></tr>
</table>

(Rest at domicile for reserves)

2. A reserve Pilot shall receive eleven hours (11:00) of rest at domicile between a pairing or assignment and a subsequent standby reserve duty period(s). Such rest shall begin at the Pilot's release time, and shall not be reduced by Crew Scheduling.

(Rest for all Pilots at RONs)

3. Except as provided in Subsection 12.F.4., a lineholder or reserve Pilot shall be scheduled for no less than nine hours and thirty minutes (9:30) of rest at all RONs, beginning at the Pilot's release time. This rest shall not be reduced by Crew Scheduling or the pilot.

(Rest for Pilots who operate or deadhead through 0400 local)

4. For pairings where a Pilot operates or deadheads through 0400 local, a lineholder or reserve Pilot shall be scheduled for no less than ten hours and thirty minutes (10:30) of rest at all RONs, beginning at the Pilot's release time.

G. MINIMUM DAYS FREE FROM DUTY

(One in Seven rule)

1. Each Pilot shall receive one (1) calendar day free from duty at the Pilot's domicile in any seven (7) consecutive days, or the Pilot may elect to accept twenty-four hours (24:00) free from duty at the Pilot's domicile in any seven (7) consecutive days.

(Lineholder days off)

2. Lineholders shall receive a minimum of twelve (12) days off in a thirty (30) day bid period, and thirteen (13) days off in a thirty-one (31) day bid period.

(Reserve days off)

3. Reserve Pilots shall receive twelve (12) days off in a 30-day bid period, with ten (10) of these days off as Golden Days (GD) and two (2) of those days off as movable days (DO). Reserve Pilots shall receive thirteen (13) days off in a 31-day bid period, with ten (10) of those days off as Golden Days (GD) and three (3) of those days off as movable days (DO). The Company shall not place any restrictions on the pattern of reserve Pilots' days off in PBS except that:

a. There must always be a minimum of two (2) consecutive days off, unless a reserve Pilot only has one (1) day off due to the proration tables in Subsections 7.B.1., 11.M.2.f. or 12.G.5. or as a result of the application of Subsection 25.K.5 ; and

12-4

AA-SCANLAN-0019409

b. Every movable day off (DO) must immedi-
ately follow a reserve day of availability.

4. Reserve Pilots' days of availability must be in four
(4) or five (5) day blocks, unless creation of a four
(4) or five (5) day block is impossible due to the
proration tables in Subsections 7.B.1., 11.M.2.f.
or 12.G.5. or as a result of the application of Sub-
section 25.K.5.

5. The chart below shall be used to determine the *(Proration of*
number of days free from duty for a Pilot who is *days off for*
available for less than the entire bid period. This *reserve Pilots)*
chart shall be used to determine the number of
days free from duty during the Pilot's days of
availability in a partial bid period.  Reserve Pilot
minimum days off are contained in parenthe-
ses.

| Days of Availability | Days Off in 30-Day Month | Days Off in 31-Day Month |
|---|---|---|
| 1 | 0 | 0 |
| 2 | 1 (1 GD, 0 DO) | 1 (1 GD, 0 DO) |
| 3 | 1 (1 GD, 0 DO) | 1 (1 GD, 0 DO) |
| 4 | 2 (2 GD, 0 DO) | 2 (2 GD, 0 DO) |
| 5 | 2 (2 GD, 0 DO) | 2 (2 GD, 0 DO) |
| 6 | 2 (2 GD, 0 DO) | 3 (2 GD, 1 DO) |
| 7 | 3 (2 GD, 1 DO) | 3 (2 GD, 1 DO) |
| 8 | 3 (2 GD, 1 DO) | 3 (2 GD, 1 DO) |
| 9 | 4 (3 GD, 1 DO) | 4 (3 GD, 1 DO) |
| 10 | 4 (3 GD, 1 DO) | 4 (3 GD, 1 DO) |
| 11 | 4 (3 GD, 1 DO) | 5 (4 GD, 1 DO) |
| 12 | 5 (4 GD, 1 DO) | 5 (4 GD, 1 DO) |
| 13 | 5 (4 GD, 1 DO) | 5 (4 GD, 1 DO) |
| 14 | 6 (5 GD, 1 DO) | 6 (5 GD, 1 DO) |
| 15 | 6 (5 GD, 1 DO) | 6 (5 GD, 1 DO) |
| 16 | 6 (5 GD, 1 DO) | 7 (5 GD, 2 DO) |
| 17 | 7 (6 GD, 1 DO) | 7 (5 GD, 2 DO) |
| 18 | 7 (6 GD, 1 DO) | 8 (6 GD, 2 DO) |
| 19 | 8 (7 GD, 1 DO) | 8 (6 GD, 2 DO) |
| 20 | 8 (7 GD, 1 DO) | 8 (6 GD, 2 DO) |
| 21 | 8 (7 GD, 1 DO) | 9 (7 GD, 2 DO) |
| 22 | 9 (7 GD, 2 DO) | 9 (7 GD, 2 DO) |
| 23 | 9 (7 GD, 2 DO) | 10 (8 GD, 2 DO) |
| 24 | 10 (8 GD, 2 DO) | 10 (8 GD, 2 DO) |
| 25 | 10 (8 GD, 2 DO) | 10 (8 GD, 2 DO) |
| 26 | 10 (8 GD, 2 DO) | 11 (8 GD, 3 DO) |
| 27 | 11 (9 GD, 2 DO) | 11 (8 GD, 3 DO) |
| 28 | 11 (9 GD, 2 DO) | 12 (9 GD, 3 DO) |
| 29 | 12 (10 GD, 2 DO) | 12 (9 GD, 3 DO) |
| 30 | 12 (10 GD, 2 DO) | 13 (10 GD, 3 DO) |
| 31 | N/A | 13 (10 GD, 3 DO) |

12 5

AA-SCANLAN-0019410

6. No Pilot shall be required to keep Crew Scheduling advised of the Pilot's whereabouts on a day free from duty.

H. CO-TERMINAL OPERATIONS

1. The Company shall only utilize this Subsection 12.H. for actual pairing construction and shall not reroute a Pilot to a pairing, or portion thereof, which reports at or releases from a domicile co terminal airport other than the airport to which the Pilot was originally scheduled to report or release.

*(Co terminals used in pairing construction only)*

2. When a Pilot is assigned to a domicile with a co-terminal airport(s), that Pilot may be required to operate a pairing at a co-terminal airport as provided for in this Subsection 12.H. A Pilot who is assigned to a domicile with a co-terminal airport:

*(Co terminal domicile operations )*

a. Shall report to the airport that is the point of origination for the first flight leg of the pairing;

b. Shall be reimbursed for parking at the co terminal airport where the pairing initially reports; and

c. Shall have available at the co-terminal air port a sufficient supply of all applicable Company required documents.

3. A Pilot who is assigned to a domicile with a co-terminal airport and completes a pairing at a co terminal airport or domicile other than the airport where the pairing began shall be provided:

*(Completion of pairing at co terminal other than where pairing origi nated)*

a. Transportation back to the airport where the Pilot reported for the pairing; and

b. Two hours (2:00) of rest in addition to the minimum rest provided in Subsection 12.F.

4. The following times shall be used to extend the duty period involving a deadhead to the point of pairing origination. Such times shall be considered as scheduled deadhead time at full flight time credit in accordance with Subsection 8.A. In the event that the Company seeks to add additional city pairs, it shall meet and agree with the Association upon the city pairs and applicable duty times.

*(Duty period extension for deadhead purposes)*

12 6

AA-SCANLAN-0019411

| City Pairs | Duty Time |
|---|---|
| DCA-IAD | 1:15 |
| DCA-BWI | 1:15 |
| EWR-LGA | 1:30 |
| FLL-PBI | 1:00 |
| IAD-BWI | 1:45 |
| JFK-EWR | 2:00 |
| LAX-BUR | 1:15 |
| LAX-ONT | 2:15 |
| LAX-SNA | 2:00 |
| LGA-JFK | 1:30 |
| LGB-SNA | 1:00 |
| MIA-FLL | 1:45 |
| MIA-PBI | 2:00 |
| ORD-MDW | 2:00 |
| SEA-BFI | :45 |
| SFO OAK | 1:00 |
| SFO-SJC | 1:00 |

12 7

AA-SCANLAN-0019412

(This page intentionally left blank.)

128

AA-SCANLAN-0019413

**SECTION 13**
**LEAVES OF ABSENCE**

A.  PERSONAL LEAVE OF ABSENCE

1.  All Pilots are eligible to request an unpaid personal leave of absence.                                    *(Eligibility)*

2.  A Pilot may request and the Company may grant a personal leave of absence, which shall not exceed two (2) years. At the Company's discretion, a Pilot's personal leave of absence may be extended beyond two (2) years for periods not to exceed six (6) months each.    *(Duration of leave)*

3.  A Pilot shall accrue seniority during the personal leave of absence. A Pilot on a personal leave of absence shall accrue longevity for the first thirty-one (31) calendar days of the leave.    *(Seniority and longevity accrual)*

4.  A Pilot on a personal leave of absence shall accrue vacation and sick leave for the first thirty-one (31) calendar days of the leave.    *(Vacation and sick accrual)*

5.  Health care coverage shall continue for a Pilot on a personal leave of absence on the same terms as active Pilots until the end of the month in which the leave commenced. Thereafter, the Pilot may purchase continuation health care coverage in accordance with applicable federal law.    *(Health care coverage)*

6.  Short-Term Disability/Long-Term Disability (STD/LTD) Coverage    *(STD/LTD coverage; reinstatement)*

    a.  STD/LTD coverage shall continue for a Pilot on a personal leave of absence on the same terms as active Pilots for the first thirty-one (31) calendar days of the leave.

    b.  The Pilot's STD/LTD coverage shall be reinstated on the date the Pilot returns to Active Service.

7.  A Pilot on a personal leave of absence, and the Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots for the first six (6) months of the leave.    *(Pass travel)*

8.  Any personal leave of absence in excess of thirty one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on.    *(Lock on)*

13 1

AA-SCANLAN-0019414

(Probation)

9. Any personal leave of absence shall not be counted toward satisfying a Pilot's probationary period.

10. Notification of Leave and Return to Work

    a. A grant of a personal leave of absence in excess of thirty-one (31) calendar days must first be authorized in writing by the Vice President of Flight Operations or a designee. Shorter personal leaves of absence must first be authorized by the Chief Pilot. Extensions of any personal leave of absence must first be authorized in writing by the Vice President of Flight Operations or the designee who authorized the initial grant of the personal leave of absence.

    b. The Company shall notify the Association of the name, Position and leave dates of any Pilot granted a personal leave of absence in excess of thirty-one (31) calendar days.

    c. A Pilot may return from a personal leave of absence prior to the expiration date of the leave if approved by the Company. At the Pilot's option, a Pilot may return from a personal leave of absence prior to the expiration date of the leave if requested to do so by the Company.

B. MILITARY LEAVE OF ABSENCE

(Eligibility)

1. All Pilots are eligible to request an unpaid military leave of absence.

2. A Pilot shall be granted a military leave of absence for service in the uniformed services in accordance with applicable federal law, 38 USC §§ 4301 et seq., as the same may be amended from time to time.

(Seniority and longevity accrual)

3. A Pilot on a military leave of absence shall accrue seniority and longevity during the leave.

(Vacation and sick accrual)

4. A Pilot on a military leave of absence shall accrue vacation and sick leave for the first thirty-one (31) calendar days of the leave.

(Health care coverage)

5. Health care coverage shall continue for a Pilot on a military leave of absence on the same terms as active Pilots until the end of the month following the month in which the leave commenced. Thereafter,

13 2

AA-SCANLAN-0019415

the Pilot may purchase continuation health care coverage in accordance with applicable federal law.

6. STD/LTD Coverage

   a. STD/LTD coverage shall not continue for a Pilot on a military leave of absence.

   b. The Pilot's STD/LTD coverage shall be reinstated on the date the Pilot returns to Active Service.

*(STD/LTD coverage; reinstatement)*

7. A Pilot on a military leave of absence, and the Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots for the first six (6) months of the leave.

*(Pass travel)*

8. Any military leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on.

*(Lock on)*

9. Any military leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period.

*(Probation)*

10. Notification of Leave and Return to Work

   a. A Pilot shall notify the Chief Pilot of the dates of anticipated military duty as soon as known to the Pilot and shall forward a copy of the written orders directing the military duty to the Chief Pilot upon the Pilot's receipt of the orders.

   b. A Pilot shall provide the Chief Pilot with notice of the Pilot's intent to return to Active Service, and shall report to the Company for Active Service, in accordance with applicable federal law, 38 USC §§ 4301 et seq., as the same may be amended from time to time.

   c. If a Pilot returning to Active Service following a military leave of absence requires training, the Pilot shall be placed in the next available training class within one hundred and twenty (120) calendar days of return to Active Service. After return to Active Service and prior to the start of such training, the Pilot shall be pay protected at the Average Line Value based on the Pilot's Position prior to the leave.

11. At the Pilot's option, a Pilot on a military leave of absence may request and shall be paid accrued

*(Accrued vacation pay)*

13 3

AA-SCANLAN-0019416

vacation pay.

C.   FAMILY MEDICAL LEAVE OF ABSENCE (FMLA)

*(Eligibility)*        1.   All Pilots who are eligible under the provisions of the Family Medical Leave Act (FMLA) or applicable State law, whichever is greater, may request an unpaid FMLA leave of absence.

                       2.   The Company shall grant a FMLA leave of absence under the circumstances and for the period specified in applicable law. A grant of a FMLA leave of absence must first be authorized in writing by the Chief Pilot in accordance with applicable law.

*(Seniority and*       3.   A Pilot on a FMLA leave of absence shall accrue
*longevity*                 seniority and longevity during the leave.
*accrual)*

*(Vacation and*        4.   A Pilot on a FMLA leave of absence shall accrue
*sick accrual)*             vacation and sick leave during the leave.

*(Health care*         5.   Health care coverage shall continue for a Pilot on
*coverage)*                 a FMLA leave of absence on the same terms as active Pilots.

*(STD/LTD*             6.   STD/LTD coverage shall continue for a Pilot on a
*coverage)*                 FMLA leave of absence on the same terms as active Pilots.

*(Pass travel)*        7.   A Pilot on a FMLA leave of absence, and the Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots.

*(Lock on)*            8.   Any FMLA leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on.

*(Probation)*          9.   Any FMLA leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period.

                      10.   Notification of Leave and Return to Work

                             a.   The Company shall require a Pilot who requests a FMLA leave of absence to first present a reasonably sufficient report from the health care provider certifying the Pilot's need for medical leave. In the event there is a dispute concerning the Pilot's need for FMLA leave, the dispute will be resolved in accordance with federal law.

13-4

AA-SCANLAN-0019417

b.   Prior to returning to Active Service from a FMLA leave of absence for the Pilot's serious health condition, the Company shall require a Pilot to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to Active Service. In the event there is a dispute concerning the Pilot's fitness to return to Active Service, the dispute will be resolved in accordance with Section 15.

11.   A Pilot on a FMLA leave of absence may request and shall be paid accrued vacation pay or sick leave. *(Accrued vacation pay and sick pay)*

12.   To the extent permitted by law, FMLA leaves of absence shall run concurrently with Personal, Medical, OJI, and Maternity/Paternity/Adoption leaves of absence. *(FMLA runs concurrently with certain other leaves)*

## D.   MEDICAL LEAVE OF ABSENCE

1.   All Pilots are eligible to request a medical leave of absence.  Except to the extent that a Pilot is eligible for and receives sick pay while on a medical leave of absence, all medical leaves of absence shall be unpaid. A Pilot on medical leave of absence may apply for STD/LTD benefits, in accordance with the applicable plan. *(Eligibility)*

2.   The Company shall grant a Pilot a medical leave of absence not to exceed eight (8) years or until the Pilot reaches age 60, whichever occurs first, for a non-occupational illness or injury.  If expiration of the eight-year period occurs first, the Pilot shall be medically retired. If the Pilot reaches age 60 first, the Pilot shall be mandatorily retired. *(Duration of leave)*

3.   A Pilot on a medical leave of absence shall accrue seniority during the leave.  A Pilot on a medical leave of absence shall accrue longevity for the first thirty-one (31) calendar days of the leave, except as otherwise provided under FMLA. *(Seniority and longevity accrual)*

4.   A Pilot on a medical leave of absence shall accrue vacation and sick leave for the first thirty-one (31) calendar days of the leave, except as otherwise provided under FMLA. *(Vacation and sick accrual)*

5.   Health care coverage shall continue for a Pilot on a medical leave of absence on the same terms *(Health care coverage)*

13 5

AA-SCANLAN-0019418

as active Pilots for the first four (4) years following the date on which the leave commenced. Thereafter, the Pilot may purchase continuation health care coverage in accordance with applicable federal law.

*(STD/LTD coverage; reinstatement)*

6.  STD/LTD Coverage

    a.  If a Pilot on a medical leave of absence is receiving STD/LTD benefits, then STD/LTD coverage shall continue for the Pilot on the same terms as active Pilots for the first four (4) years of the medical leave. If a Pilot on a medical leave of absence is not receiving STD/LTD benefits, then STD/LTD coverage shall not continue for the Pilot.

    b.  The Pilot's STD/LTD coverage shall be reinstated on the date the Pilot returns to Active Service.

*(Pass travel)*

7.  A Pilot on a medical leave of absence, and the Pilot's eligible dependents, shall maintain online pass travel privileges on the same terms as active Pilots for the first six (6) months of the leave. The Chief Pilot may authorize space available passes, where appropriate, for a Pilot on a medical leave of absence and the Pilot's eligible dependents following expiration of the six-month period. This policy is intended to provide travel for medical purposes. The Chief Pilot may require documentation of the circumstances giving rise to the request.

*(Lock on)*

8.  Any medical leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on.

*(Probation)*

9.  Any medical leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period.

10. Notification of Leave and Return to Work

    a.  A grant of a medical leave of absence must first be authorized in writing by the Chief Pilot.

    b.  The Company shall require a Pilot who requests a medical leave of absence to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's need for medical leave. In the event

13 6

AA-SCANLAN-0019419

there is a dispute concerning the Pilot's need for medical leave, the dispute will be resolved in accordance with Section 15.

c.   Prior to returning to Active Service from a medical leave of absence, the Company shall require a Pilot to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to Active Service. In the event there is a dispute concerning the Pilot's fitness to return to Active Service, the dispute will be resolved in accordance with Section 15.

11.   A Pilot on a medical leave of absence who is not receiving STD/LTD benefits may request and shall be paid accrued vacation pay or sick leave.

*(Accrued vacation pay and sick pay)*

12.   The treatment of a Captain who is unable to meet the requirements for a First Class Medical Certificate but who can meet the requirements for a Second Class Medical Certificate shall be in accordance with Section 15.

E.   OJI LEAVE OF ABSENCE

1.   All Pilots eligible for workers' compensation benefits due to an on-the-job injury or illness (OJI) are eligible for a leave of absence in accordance with the applicable workers' compensation laws for the state in which the Pilot is domiciled.

*(Eligibility)*

2.   The Company shall grant a Pilot an OJI leave of absence not to exceed eight (8) years or until the Pilot reaches age 60, whichever occurs first, for an OJI illness or injury. If expiration of the eight-year period occurs first, the Pilot shall be medically retired. If the Pilot reaches age 60 first, the Pilot shall be mandatorily retired.

*(Duration of leave)*

3.   A Pilot on an OJI leave of absence shall accrue seniority and longevity during the leave.

*(Seniority and longevity accrual)*

4.   A Pilot on an OJI leave of absence shall accrue vacation and sick leave for the first thirty-one (31) calendar days of the leave, except as otherwise provided under FMLA.

*(Vacation and sick accrual)*

5.   Health care coverage shall continue for a Pilot on an OJI leave of absence on the same terms as active Pilots for the first four (4) years following the date on which the leave commenced. There-

*(Health care coverage)*

13 7

AA-SCANLAN-0019420

after, the Pilot may purchase continuation health care coverage in accordance with applicable federal law.

*(STD/LTD coverage; reinstatement)*

6. STD/LTD Coverage

    a. If a Pilot on an OJI leave of absence is receiving workers' compensation or LTD benefits, then STD/LTD coverage shall continue for the Pilot on the same terms as active Pilots for the first four (4) years of the leave. If a Pilot on an OJI leave of absence is not receiving workers' compensation or LTD benefits, then STD/LTD coverage shall not continue for the Pilot.

    b. The Pilot's STD/LTD coverage shall be reinstated on the date the Pilot returns to Active Service.

    c. A Pilot receiving OJI benefits may be eligible for LTD insurance benefits for that disability, with the OJI benefits offsetting any LTD benefits which might otherwise be paid, subject to the terms of the Company's applicable plan and Section 27. The Pilot shall provide the LTD claims administrator with timely notification of the disability within thirty (30) calendar days after six (6) months after the commencement of the injury or illness for which LTD benefits are claimed.

*(Pass travel)*

7. A Pilot on an OJI leave of absence, and the Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots for the first six (6) months of the leave. The Chief Pilot may authorize space available passes, where appropriate, for a Pilot on an OJI leave of absence and the Pilot's eligible dependents following expiration of the six-month period. This policy is intended to be for travel for medical purposes. The Chief Pilot may require documentation of the circumstances giving rise to the request.

*(Lock on)*

8. Any OJI leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on.

*(Probation)*

9. Any OJI leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period.

13 8

AA-SCANLAN-0019421

10. Notification of Leave and Return to Work

   a. A Pilot must immediately notify the Chief Pilot of the occurrence of an OJI. The Pilot is responsible for completing all necessary forms as soon as practical.

   b. A grant of an OJI leave of absence must first be authorized in writing by the Chief Pilot.

   c. The Company shall require a Pilot who requests an OJI leave of absence to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's need for OJI leave. In the event there is a dispute concerning the Pilot's need for OJI leave, the dispute will be resolved in accordance with Section 15.

   d. Prior to returning to Active Service from an OJI leave of absence, the Company shall require a Pilot to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to Active Service. In the event there is a dispute concerning the Pilot's fitness to return to Active Service, the dispute will be resolved in accordance with Section 15.

11. Treatment of a Captain who is unable to meet the requirements for a First Class Medical Certificate but who can meet the requirements for a Second Class Medical Certificate shall be in accordance with Section 15.

F. MATERNITY/PATERNITY/ADOPTION (MPA) LEAVE OF ABSENCE

   1. All Pilots are eligible to request an unpaid MPA leave of absence. *(Eligibility)*

   2. The Company shall grant a Pilot a MPA leave of absence for up to one hundred and twenty (120) calendar days for the birth or adoption of a child. The MPA leave shall commence upon the date of birth or adoption and shall continue no later than one hundred and twenty (120) calendar days after that date. The date of adoption shall be considered the date on which the adoptive parent takes custody of the child. *(Duration of leave)*

13 9

AA-SCANLAN-0019422

*(Seniority and longevity accrual)*

3. A Pilot on a MPA leave of absence shall accrue seniority during the leave. Except as provided in Subsection 13.F.3.a. or as otherwise provided under FMLA, a Pilot on a MPA leave of absence shall accrue longevity for the first thirty-one (31) calendar days of the MPA leave. However, if the MPA leave immediately follows another leave of absence in which the Pilot accrued longevity for thirty-one (31) calendar days, then the Pilot shall not accrue any additional longevity during the MPA leave.

   a. If a Pilot on a MPA leave of absence is receiving STD/LTD benefits as a result of a pregnancy, then the Pilot shall accrue longevity for the period of the disability.

*(Vacation and sick accrual)*

4. A Pilot on a MPA leave of absence shall accrue vacation and sick leave for the first thirty-one (31) calendar days of the leave, except as otherwise provided under FMLA. However, if the MPA leave immediately follows another leave of absence in which the Pilot accrued vacation and sick leave for thirty-one (31) calendar days, then the Pilot shall not accrue any additional vacation and sick leave during the MPA leave.

*(Health care coverage)*

5. If a Pilot on a MPA leave of absence is also on a concurrent FMLA leave of absence or is receiving STD/LTD benefits, then health insurance coverage shall continue for the Pilot on the same terms as active Pilots. If a Pilot on a MPA leave is not on a concurrent FMLA leave of absence or is not receiving STD/LTD benefits, then health insurance coverage shall continue for the Pilot on the same terms as active Pilots until the end of the month in which the leave commenced. Thereafter, the Pilot may extend health care coverage for the remaining duration of the MPA leave by purchasing continuation health care coverage in accordance with applicable federal law.

*(STD/LTD coverage; reinstatement)*

6. If a Pilot on a MPA leave of absence is also on a concurrent FMLA leave of absence or is receiving STD/LTD benefits, then STD/LTD coverage shall continue for the Pilot on the same terms as active Pilots. If a Pilot on a MPA leave of absence is not on a concurrent FMLA leave of absence or is not receiving STD/LTD benefits, then STD/LTD coverage shall not continue for the Pilot on the leave. The Pilot's STD/LTD coverage shall be reinstated on the same terms as active Pilots on the date the Pilot returns to Active Service.

13 10

AA-SCANLAN-0019423

7. A Pilot on a MPA leave of absence, and a Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots. However, pass travel privileges will be discontinued for the Pilot and the Pilot's eligible dependents if the MPA leave immediately follows any other leave(s) of absence in excess of six (6) months. The Chief Pilot may authorize space available passes, where appropriate, for a Pilot on a MPA leave and the Pilot's eligible dependents following expiration of the six-month period. This policy is intended to be for travel for medical purposes. The Company may require documentation of the circumstances giving rise to the request. *(Pass travel)*

8. Any MPA leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on. *(Lock on)*

9. Any MPA leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period. *(Probation)*

10. Notification of Leave and Return to Work

   a. A Pilot must provide reasonable notice in writing to the Chief Pilot no later than thirty (30) calendar days in advance of the birth or adoption, if practicable, that the Pilot intends to utilize MPA leave.

   b. A grant of an MPA leave must first be authorized in writing by the Chief Pilot.

   c. Prior to returning to Active Service from a MPA leave that immediately follows a medical leave of absence, the Company shall require a Pilot to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to Active Service. In the event there is a dispute concerning the Pilot's fitness to return to Active Service, the dispute will be resolved in accordance with Section 15.

   d. The Pilot may request and the Company may grant an extension of a Pilot's MPA leave beyond one hundred and twenty (120) calendar days if the Pilot requests an extension of the leave not less than thirty (30) calendar days in advance of the expiration of the Pilot's leave.

13 11

AA-SCANLAN-0019424

| | |
|---|---|
| *(Accrued vacation pay and sick pay)* | 11. At the Pilot's option, a Pilot on a MPA leave of absence may request and shall be paid accrued vacation pay or sick leave. |

G. ALPA LEAVE OF ABSENCE

| | |
|---|---|
| *(Eligibility)* | 1. Unless the Company and the Association mutually agree otherwise in writing, only non-probationary Pilots are eligible to request an ALPA leave of absence. |
| *(Leave for ALPA national position)* | 2. An eligible Pilot shall be granted an ALPA leave of absence commensurate with the term of the Pilot's national office or position of national or industry-wide significance (e.g., aircraft certification, air safety regulatory activities, etc.) with the Association. This Subsection 13.G shall not apply to leaves of absence or other time off granted to MEC/LEC officers or committee members for the performance of their MEC/LEC duties. Subsection 26.X. shall govern such leaves or other time off. |
| *(Seniority and longevity accrual)* | 3. A Pilot on an ALPA leave of absence shall accrue seniority and longevity during the leave. |
| *(Vacation and sick accrual)* | 4. A Pilot on an ALPA leave of absence shall accrue vacation and sick leave during the leave. |
| *(Health care coverage)* | 5. Health care coverage shall continue for a Pilot on an ALPA leave of absence on the same terms as active Pilots. |
| *(STD/LTD coverage)* | 6. STD/LTD coverage shall continue for a Pilot on an ALPA leave of absence on the same terms as active Pilots. |
| *(Pass travel)* | 7. A Pilot on an ALPA leave of absence, and the Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots. |
| *(Lock on)* | 8. Any ALPA leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on. |
| *(Probation)* | 9. Any ALPA leave of absence in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period. |

13 12

AA-SCANLAN-0019425

10. Notification of Leave and Return to Work

    a.   A grant of an ALPA leave of absence must first be authorized in writing by the Vice President of Flight Operations or a designee.

    b.   A Pilot may return from an ALPA leave of absence prior to the expiration date of the leave if approved by the Company. At the Pilot's option, a Pilot may return from an ALPA leave of absence prior to the expiration date of the leave if requested to do so by the Company.

    c.   If a Pilot returning to Active Service following an ALPA leave of absence requires training, the Pilot shall be placed in the next available training class within one hundred and twenty (120) calendar days of return to Active Service. After return to Active Service and prior to the start of such training, the Pilot shall be pay protected at the Average Line Value based on the Pilot's Position prior to the leave.

11. A Pilot on an ALPA leave of absence is eligible to bid and hold a different Position from the Pilot's Position at the time the leave commenced. However, the Pilot shall not be trained for the new Position until the Pilot returns to Active Service.

12. Except for Pilots granted leave under this Subsection 13.G. for whom the Association assumes direct responsibility for compensation and benefits, Pilots on an ALPA leave of absence shall continue to be paid by the Company. The Association shall reimburse the Company for the cost of the Pilot's pay and benefits as provided in Subsection 26.X.

## H.  JURY DUTY

1. All Pilots who are on Active Service or a Family Medical Leave of Absence are eligible to request a leave of absence for jury duty.

    *(Eligibility)*

2. The Company shall grant a leave of absence for jury duty to all Pilots summoned by a court of competent jurisdiction commensurate with the duration of the required jury service.

3. A Pilot on a leave of absence for jury duty shall accrue seniority and longevity during the leave.

    *(Seniority and longevity accrual)*

13 13

AA-SCANLAN-0019426

| | | |
|---|---|---|
| *(Vacation and sick accrual)* | 4. | A Pilot on a leave of absence for jury duty shall accrue vacation and sick leave during the leave. |
| *(Health care coverage)* | 5. | Health care coverage shall continue for a Pilot on a leave of absence for jury duty on the same terms as active Pilots. |
| *(STD/LTD coverage)* | 6. | STD/LTD coverage shall continue for a Pilot on a leave of absence for jury duty on the same terms as active Pilots. |
| *(Pass travel)* | 7. | A Pilot on a leave of absence for jury duty, and the Pilot's eligible dependents, shall maintain on-line pass travel privileges on the same terms as active Pilots. |
| *(Lock on)* | 8. | Any leave of absence for jury duty in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's equipment lock-on. |
| *(Probation)* | 9. | Any leave of absence for jury duty in excess of thirty-one (31) calendar days shall not be counted toward satisfying a Pilot's probationary period. |
| *(Notice to Chief Pilot before leave begins)* | 10. | A grant of a leave of absence for jury duty must first be authorized by the Chief Pilot. A Pilot shall notify the Chief Pilot of the dates of anticipated jury service as soon as known, and shall forward a copy of the summons directing the jury duty to the Chief Pilot upon the Pilot's receipt of the summons. |
| | 11. | A Pilot on a leave of absence for jury duty is eligible to bid and hold a different Position from the Pilot's Position at the time the leave commenced. However, the Pilot will not be trained for the new Position until the Pilot returns to Active Service. |
| *(Pay and credit)* | 12. | A lineholder on a leave of absence for jury duty shall receive pay and credit for any pairing(s) or portion thereof missed due to service on a jury. A reserve Pilot shall receive four hours and seventeen minutes (4:17) pay and credit for any duty day missed due to service on a jury. If the Pilot is a non-bidder due to leave of absence for jury duty, then in that bid period the Pilot shall receive the Average Line Value for that Pilot's Position. |

I. GENERAL

| | | |
|---|---|---|
| *(Standing bids must be on file)* | 1. | A Pilot on a leave of absence shall ensure that the Pilot's standing bid is current while on leave. |

13 14

AA-SCANLAN-0019427

Pilots may change their standing bid while on a leave of absence.

2. A Pilot on a leave of absence shall be furloughed in accordance with Section 23 when the first Pilot senior to the Pilot on leave is furloughed. *(Furlough while on LOA)*

3. A Pilot on a leave of absence is responsible for notifying the Chief Pilot of any change in the Pilot's home address, telephone number or other contact information. *(Address changes while on LOA)*

4. A Pilot on a leave of absence shall bid vacation in accordance with Section 7. *(Vacation bidding)*

5. Except as otherwise expressly provided for in this Section 13, any applicable training of a Pilot returning to Active Service following a leave of absence shall be in accordance with Sections 11 and 24. *(Training while on a LOA)*

6. Scheduling of a Pilot returning to Active Service following a leave of absence shall be in accordance with Section 25. *(Scheduling)*

7. All extensions of a leave of absence shall be considered and treated as part of the same initial leave. *(Extension of LOA)*

8. If a Pilot requests and is paid accrued vacation, sick leave, STD/LTD or workers' compensation benefits during the term of an otherwise unpaid leave of absence, the Pilot's receipt of such compensation shall not convert an otherwise unpaid leave of absence into a paid leave of absence. *(No conversion of leaves for pay purposes)*

9. A Pilot seeking additional time off following expiration of an approved leave of absence may request a personal leave of absence in accordance with Subsection 13.A. *(Secondary personal LOA)*

10. A Pilot on an unpaid leave of absence is responsible for paying any applicable insurance premiums or benefit plan contributions directly to the Company's Benefits Department or a designee. Premiums are due on the first day of each month for that month's coverage with a twenty (20) day grace period. *(Pilot responsibility to pay insurance premiums)*

11. A Pilot on a leave of absence shall have basic life insurance and AD&D insurance coverage on the same terms as active Pilots until the end of the *(Continuation of life insurance and AD&D insurance)*

13 15

AA-SCANLAN-0019428

twelfth (12) month of the leave. During this period, the Pilot must pay for any supplemental life or AD&D insurance in which the Pilot is enrolled and wishes to continue. If the Pilot is totally disabled, before the end of the twelve-month period the Pilot may apply for continued life insurance coverage under a total disability waiver of premium provision of the policy. If that waiver is denied by the insurance carrier or, alternatively, at the Pilot's choice, after the twelve-month period of coverage, the Pilot may purchase a whole or universal life conversion policy within thirty-one (31) calendar days of the end of coverage without evidence of insurability.

*(401(k) contributions while on LOA)*

12. 401(k) contributions cease during an unpaid leave of absence, except to the extent the Pilot receives 401(k)-eligible compensation during the leave. 401(k) loan payments for loans initiated before the leave began must be remitted directly to the 401(k) Plan Recordkeeper. No new loans are available during a leave of absence.

*(Tax Free Spending Account)*

13. Tax Free Spending Account contributions are suspended during an unpaid leave of absence. The Pilot's per pay period contribution will be adjusted upon the Pilot's return to Active Service to meet annual Tax Free Spending Account pledge(s). Dependent care expenses incurred during an unpaid leave of absence are ineligible for reimbursement under the Tax Free Spending Account. Health care expenses incurred during an unpaid leave of absence are eligible for reimbursement under the Tax Free Spending Account, but if those reimbursed expenses exceed the pledge contributions made by the Pilot prior to the leave of absence and the Pilot does not return from the leave of absence by the end of the calendar year or does not return from the leave of absence in time to contribute sufficient amounts to the Pilot's Tax Free Spending Account by the end of the calendar year, the Pilot is responsible for repaying the difference to the Company by March 31 of the following year.

13 16

AA-SCANLAN-0019429

**SECTION 25**
**SCHEDULING**

A. SCHEDULING COMMITTEE

1. The Association's Scheduling Committee shall represent the Association in all scheduling related matters. The Scheduling Committee shall, for each bid period, monitor the building of all pairings and lines to ensure compliance with the parameters set forth in this Agreement. The Association and Company may, by mutual agreement between the Association's Scheduling Committee and the Director of Crew Scheduling or a designee, enter into agreements, in the form of a temporary memorandum of understanding, of no greater than two (2) consecutive bid periods in order to modify or integrate the following scheduling functions:

   a. Pairing construction, generation, and review;

   b. Bid award;

   c. Training bids and awards;

   d. Reserve staffing and utilization;

   e. Drop and pick-up trades with Open Time;

   f. Vacations;

   g. Block hour adjustment;

   h. Pilot-to-Pilot personal trade system;

   i. Domicile block hour allocation by equipment; and

   j. Other scheduling related issues mutually agreed upon.

25 1

AA-SCANLAN-0019502

2. For purposes of pairing review, the following schedule shall apply:

| Function | Day |
|---|---|
| Scheduling Committee Provided with the Weekly Solution | 27th day of month two (2) months prior to bid period at 1200 PHX |
| Scheduling Committee Response to the Weekly Solution Due | 29th day of month two (2) months prior to bid period at 1200 PHX (except Scheduling Committee Response to the Weekly Solutions for April bid period due March 1) |
| Scheduling Committee Provided with the Final Period Solution | 6th day of month prior to bid period at 1200 PHX |
| Scheduling Committee Response to the Final Period Solution Due | 7th day of month prior to bid period at 1200 PHX |
| Scheduling Committee Provided with Final Pairings | 8th day of month prior to bid period at 1200 PHX |

*(Scheduling Committee review of pairings)*

3. The Scheduling Committee Chairman, and/or designee(s), up to a maximum of two (2) Pilots, shall be provided an opportunity to review the weekly and final period solutions in accordance with the timeline provided in Subsection 25.A.2. as follows:

a. Crew Scheduling shall place a planned absence code to ensure that the Scheduling Committee Chairman and/or designee(s) are available during the dates reflected in Subsection 25.A.2.

b. If Crew Scheduling fails to provide the pairing solution on time, it shall ensure that the Scheduling Committee Chairman and/or designee(s) shall have additional time equal to the amount of the delay in order to conduct the pairing review. If such additional time results in a conflict necessitating a pairing drop, the Company shall drop the affected pairing(s) and shall pay protect the applicable Pilot(s) for such pairing(s).

c. If the Association's Scheduling Committee fails to respond in accordance with this timeline, the Association's Scheduling Com-

25 2

AA-SCANLAN-0019503

mittee shall be deemed to have accepted the provided solution. The Association's Scheduling Committee may not then raise an objection to the final period solution if the objection could have been raised during review of the weekly solution.

4. Crew Scheduling shall give due consideration to all changes suggested by the Association's Scheduling Committee. Any pairing identified by the Association's Scheduling Committee that does not meet the parameters of this Agreement shall be rebuilt to comply with the Agreement.

*(Committee changes to pairings)*

5. The Company shall give the Association's Scheduling Committee advance notice of seasonal or other similarly significant schedule changes. The Company shall allow the Association's Scheduling Committee the opportunity to review such schedule changes and provide recommendations.

*(Seasonal change notice)*

6. The Company shall permit the Association's Scheduling Committee to have read-only access to crew tracking software; provided, however, that the Company may foreclose the Association's Scheduling Committee from access to internal communications between Crew Scheduling personnel. Only those members of the Association's Scheduling Committee who have signed a confidentiality agreement in a form mutually agreed by the Association and the Company shall be permitted such access.

*(Association access to scheduling data)*

7. The Association shall identify two (2) representatives and the Company shall identify two (2) representatives to serve on a standing PBS Committee. The PBS Committee shall be tasked with the responsibility of implementing, modifying, and administering PBS and shall meet when required, but in no event, less than quarterly.

*(Creation and duties of PBS Committee)*

a. The Association representatives of the PBS Committee shall be provided with a report each bid period showing the system settings used in that bid period and the results generated by PBS including all bid award results. Such report shall be furnished within twelve hours (12:00) of the completion of the PBS award. Further, upon request, the Association representatives of the PBS Committee shall be provided with any data or reports readily available by PBS

*(PBS Committee to be provided report of system settings and awards within 12 hours of PBS award)*

25 3

AA-SCANLAN-0019504

*(PBS Committee dispute resolution)*

    b.   In the event that a dispute arises between the Association and the Company Committee representatives involving systemic PBS implementation, modification, or administration issues, the parties agree to utilize the expedited dispute resolution mechanism provided for in Subsection 21.G. For purposes of this Subsection 25.A.7., a dispute shall arise when a disagreement exists between the Association and Company pertaining to PBS or a unanimous decision cannot be reached by the joint PBS Committee.

*(Company must notify in advance of any vendor change)*

    c.   In the event that the Company desires to change PBS vendors, it shall provide the Association notice of its intent to change vendors, and shall meet with the Association to discuss and review the quality and function of the proposed vendor's product. A dispute arising under this Subsection 25.A.7.c. shall be resolved in accordance with the expedited dispute resolution mechanism provided for in Subsection 21.G.

    d.   The Company shall give due consideration to the recommendations of the Association's PBS Committee members.

B.   CREW CONTACT

   1.   Telephone Recordings

*(Only Daily and Irregular OPS lines recorded)*

    a.   All telephone conversations between Pilots and the Daily or Irregular Operations Scheduling departments involving scheduling matters shall be recorded.

    b.   Recordings shall be kept for a minimum of ninety (90) calendar days.

*(Access to recorded conversations)*

    c.   Access to recorded conversations shall be limited to the Association's Officers, Scheduling and Grievance Committee Chairmen or their designee(s), Crew Scheduling personnel and Flight Operations management for the purpose of investigating and resolving disputes and/or disciplinary matters. Upon request, the Company shall provide facilities and user training on the relevant equipment, if necessary, for these Association representatives to review the recording(s) at issue.

25-4

AA-SCANLAN-0019505

d. The Association's Contract Administrator may request and shall be provided with an electronic version (and any necessary software) of any conversation(s) that may be the subject of an investigation or dispute. Such recording shall be provided within five (5) business days from the Company's receipt of a written request. In the event of a dispute, the Association's Scheduling Committee may request any recording(s) be kept until the dispute is settled.

*(Contract Administrator shall have access to copies of recordings)*

2. In order to minimize disruption of crew rest, Crew Scheduling shall use its judgment when contacting a Pilot at a layover station, and normally should not contact a Pilot prior to two (2) hours before scheduled departure time.

3. Each Pilot shall provide Crew Scheduling with a primary contact telephone number for use by Crew Scheduling when it seeks to contact a Pilot regarding scheduling matters. Such telephone number may include cellular telephones and hotel telephone numbers. Pilots shall also be permitted to provide Crew Scheduling with a second contact number. This contact number may be a pager (including toll free pagers), cellular telephone, or other telephone numbers.

*(Pilot shall provide Crew Scheduling with primary telephone number)*

4. Crew Schedulers shall contact Pilots from an unblocked telephone line and identify themselves as representatives from Crew Scheduling upon initial contact with the Pilot. In each instance, the Scheduler shall leave a message if the contact number is so equipped. When a Crew Scheduler relays an assignment to a Pilot that the Crew Scheduler in good faith believes complies with this Agreement, the Pilot's options are to accept the assignment or accept the assignment under protest. A Pilot's failure to expressly choose one of these options shall be treated as refusing the assignment. The Pilot may subsequently submit a summary of the event to the Flight Operations Duty Officer and/or the Scheduling Committee.

*(Schedulers must call from unblocked telephone numbers and identify themselves)*

C. CREW UTILIZATION REPORTS

In addition to the information provided for in Subsection 25.A.6., the Association's Scheduling Committee shall have read only electronic access to the following additional crew tracking information through the procedures provided for in Subsection 25.A.6.:

25 5

AA-SCANLAN-0019506

1. Involuntary and incentivized assignments by Position;

2. Block hours flown by all Supervisory Pilots;

3. Credit hours flown by each reserve Pilot by Position;

4. Total sick leave hours used during the bid period;

5. Pilots whose vacations were canceled by Crew Scheduling in the bid period by Position;

6. Daily assignments for reserve Pilots by Position and date;

7. All charter flights and the Pilots operating those flights;

8. Canceled training events by Position;

9. "RO" days per bid period by Position;

10. All training displacements; and

11. All charter displacements.

D. BID PERIODS

1. Calendar month bid periods for bidding, pay and scheduling purposes shall be as follows:

| Month | Days | Date |
|---|---|---|
| January | 30 | Jan. 01 - Jan. 30 |
| February | 30 | Jan. 31 - Mar. 01 |
| March | 30 | Mar. 02 Mar. 31 |
| April | 30 | Apr. 01 - Apr. 30 |
| May | 31 | May 01 - May 31 |
| June | 30 | Jun. 01 - Jun. 30 |
| July | 31 | Jul. 01 - Jul. 31 |
| August | 31 | Aug. 01 - Aug. 31 |
| September | 30 | Sep. 01 - Sep. 30 |
| October | 31 | Oct. 01 - Oct. 31 |
| November | 30 | Nov. 1 Nov. 30 |
| December | 31 | Dec. 01 - Dec. 31 |

25 6

AA-SCANLAN-0019507

2. Crew Scheduling may modify these dates with concurrence of the Association's Scheduling Committee on an annual basis prior to the distribution of the vacation bid package, but in no case shall any bid period be modified to less than thirty (30) or more than thirty-one (31) calendar days.

E. PAIRING GENERATION

1. All pairings shall meet the parameters of this Agreement. For purposes of this Section 25, a night pairing shall be defined as any pairing with a duty period that operates or deadheads during the hours of midnight to 0400 HDT. *(Night pairing definition)*

2. Pairings shall not be constructed with two (2) consecutive duty periods in two (2) consecutive calendar days that operate or deadhead through 0200 HDT. *(No back to back red eyes)*

3. For purposes of this Section 25, a flip-flop pairing shall be defined as any pairing in which a Pilot operates or deadheads through 0200 HDT and immediately has a rest period of between twenty-one (21) to twenty-nine (29) hours at a RON station. Pairings shall be constructed so that following a flip-flop, a Pilot shall be limited to one (1) additional duty period that contains a maximum of one (1) operating leg followed by a maximum of one (1) deadhead leg. *(Flip flop pairing definition and limitations)*

4. Pairings shall be constructed so that if a Pilot operates or deadheads through 0400 local, the Pilot shall be released for legal rest at the termination of such flight. *(Rest following early morning arrivals)*

5. Pairings shall not be constructed with more than one (1) duty period beginning within the same Calendar Day, including the time from 0001 HDT to 0230 HDT of the following Calendar Day.

6. All pairings shall be built so as not to exceed four (4) duty periods over four (4) calendar days, and shall begin and end in domicile unless otherwise provided for in this Agreement.

7. When constructing pairings, Crew Scheduling shall attempt to limit aircraft swaps to a maximum of three (3) per duty period. *(Maximum of 3 aircraft swaps per duty period)*

8. The AOS pairing optimizer long rate shall be set at one (1) for all pairing construction.

25 7

AA-SCANLAN-0019508

F.   PAIRING BID PACKAGES AND BIDDING

*(Bid package available in electronic form on 9th day of month prior; bid closes on 14th day of month prior)*

1.   Electronic bid packages (in printable format) shall be distributed through PBS monthly no later than the 9th day of the month prior to the bid period at 1200 PHX. In addition, the Company shall provide a reasonable number of printed copies in PHX, LAS and any similarly sized hubs. The bid shall close on the 14th day of the month prior to the bid period at 1200 PHX.

2.   Each monthly bid package shall include, at a minimum, the following information:

   a.   An updated qualification list that includes each Pilot's name and seniority number, sorted by Position in seniority order;

   b.   A list of Pilots considered non-bidders; and

   c.   A list identifying each RON hotel, the applicable location and contact (telephone and facsimile) numbers, and available discounts and amenities.

3.   Once the bid package has been distributed, pairings shall not be changed prior to the published bid award.

*(Mandatory information contained in bid package and actual pairing)*

4.   The following information shall be published on each pairing in the bid package and subsequent pairings produced in the crew tracking system:

   a.   Credit hours;

   b.   Block hours;

   c.   Duty time;

   d.   Time away from base;

   e.   Pairing numbers;

   f.   Pairing departure and termination times;

   g.   Pairing credit;

   h.   RON cities;

   i.   Transportation and hotel contact telephone numbers; and

25 8

AA-SCANLAN-0019509

j.  Crew meal schedule.

5.  Upon written request, the Chief Pilot's office shall forward, at no cost to the Company, bid packages to a Pilot on vacation or a leave of absence.

6.  A Pilot in Long Course Training shall be eligible to bid in the regular monthly bid if the Pilot is projected to complete Initial Operating Experience or the last planned training event no later than the 26th day of the month prior to the bid period.  If the Pilot does not successfully complete such training prior to the start of the bid period, Crew Scheduling shall drop pairings or reserve availability days, as applicable, from the Pilot's awarded line as needed until the Pilot successfully completes training.

    *(Bidding eligibility for Pilots in Long Course Training)*

7.  A Pilot in Long Course Training projected to complete Initial Operating Experience or the last planned training event after the 26th day of the month prior to the bid period shall be a reserve Pilot for the remainder of the current bid period, if applicable, and shall bid for a reserve line in the next bid period according to the following:

    *(Bidding eligibility for Pilots completing training toward end of month)*

    a.  Planned absences will be placed on the Pilot's line for the projected days in training, along with the associated training credit.  The remaining reserve line shall be given a pro-rated credit value and awarded consistent with the Pilot's seniority and bid preferences.

    b.  If a Pilot does not successfully complete training on the date projected, the Pilot's line shall be adjusted in accordance with Subsection 25.F.7.a. to reflect the actual completion date.  The Pilot's reserve days off shall be prorated in accordance with Subsection 11.M.2.f. and shall be removed or added as necessary to the Pilot's awarded line.

8.  All Pilots shall ensure that a standing regular and training bid is on file, which may be modified at the Pilot's discretion.  Crew Scheduling shall process a Pilot's submitted regular or training bid unless the Pilot neglects to bid, in which case the Pilot's standing bid shall be processed.

    *(Pilot to ensure a standing bid and training bid on file)*

9.  All Pilots shall bid their monthly schedules through PBS.  Pilots may access PBS using their home computers.

25 9

AA-SCANLAN-0019510

*(Bidding and crew tracking will be available from Pilot's home)*

10. The Company will provide crew tracking and bidding-related systems that are electronically accessible from home for the purpose of bidding, Open Time and Pilot-to-Pilot transactions. Pilots will be responsible for the costs of connectivity and any Internet service provider, however, any software necessary to facilitate any scheduling or bidding system shall be provided to Pilots at no cost. When software upgrades are made, they shall be provided to the Pilots at no cost. The Company shall provide a minimum of fifty (50) ports and home access shall be restricted to thirty (30) minute blocks. Additionally, the Company shall provide a reasonable number of operable terminals, as determined by the PBS Committee, for the exclusive use of accessing the scheduling and bidding systems at any America West hub or domicile. The PBS Committee will review issues related to system access on an ongoing basis.

11. Unanticipated system outages shall be responded to expeditiously. The Company shall notify the Association's Scheduling Committee, or designee, of unanticipated system maintenance or if a significant system outage occurs.

12. Bidding for Training

*(Training bid packages available through PBS)*

a. Electronic training bid packages (in printable format) shall be distributed through PBS to eligible Pilots. Upon request a hard copy shall be provided to eligible Pilots. The training bid package shall contain a list identifying each Pilot's base month and a schedule for biddable training events.

b. Pilots shall bid for recurrent ground training and simulator training according to the following schedule:

| Function | Day |
|---|---|
| Training Bid Opens | 1st day of month prior to bid period at 1200 PHX |
| Training Bid Closes | 6th day of month prior to bid period at 1200 PHX |
| Training Bid Awarded | 7th day of month prior to bid period at 1200 PHX |

25 10

AA-SCANLAN-0019511

c.  A Pilot shall bid for recurrent ground training to occur on dates preceding those for simulator training. A Pilot shall bid for and the Company shall award recurrent ground training and simulator training to occur within thirty (30) calendar days of each other and in accordance with the PBS programming parameters in effect on the date this Agreement is signed.

*(Pilots shall bid for ground training before simulator training)*

d.  Each Pilot shall bid for recurrent ground training and simulator training in the Pilot's base month. If insufficient Pilots with a base month exist to fill available training periods, the Company shall accept Pilots who have volunteered for such training. If uncovered training periods still exist, the Company may assign a Pilot to recurrent ground training and simulator training in the Pilot's early month by Position in inverse seniority order unless a conflict (e.g., pairing, vacation, or other conflict) would exist. In such instances, the Company shall assign the next Pilot in inverse seniority order to the training. Once the Company has established the Pilots available for training in the bid period, Pilot bid preferences shall be honored in seniority order.

*(Order for filling recurrent and simulator training slots)*

e.  In the event that special training is mandated by the Company, Federal Aviation Administration or other governmental agency where classroom or simulator training is required, training periods shall be made available for bid and awarded in seniority order. This Subsection 25.F.12.e. shall not apply to such training where insufficient time exists for a Pilot to bid in accordance with this Subsection 25.F.12.e.

*(Bidding for special training mandated by FAA or Company)*

f.  A Pilot must report a potential training misaward to the PBS Help Desk no later than 1200 HDT on the 12th day of the month prior to the bid period. A training misaward occurring as a result of Subsection 25.F.12.d. shall be handled in the following manner and so as to ensure that simulator training and recurrent ground school occur within thirty (30) calendar days of each other:

*(Training misawards)*

i.  If the training period(s) that the Pilot originally bid for is available, or subsequently becomes available, the Pilot shall be awarded that training period(s). If as a result of this award, a pairing is removed

25 11

AA-SCANLAN-0019512

from the Pilot's line, the Pilot shall be pay protected for that pairing and the training pay.

    ii.   If the training period(s) is not available, the Pilot shall be offered a training period(s) in that bid period that is acceptable to the Pilot. If a training period is not acceptable to the Pilot, the Company shall allow the Pilot to bid a training period in the next bid period, unless that next bid period is the Pilot's grace bid period, in which case the Pilot must accept a training period offered in the base period.

    g.   Training dates awarded or assigned to a Pilot shall be designated as planned absences in PBS.

*(Pilots with base months in December and January)*

    h.   Pilots with a base month in December shall not be awarded recurrent ground school training in January. Pilots with a base month in January shall not be awarded recurrent ground school training in December.

G.   PREFERENTIAL BIDDING LINE CONSTRUCTION

*(Initial PBS settings provided to PBS Committee)*

1.   The Association members of the PBS Committee shall be provided the initial system settings prior to the start of the PBS award process and may make recommendations pertaining to the initial system settings to the Company members of the PBS Committee.

*(Maximum open time no less than 1%)*

2.   During the bid award process, the maximum amount of Open Time shall not be set in PBS to less than one percent (1%) of the total bid period pairing credit by Position, which shall not be less than the equivalent of one (1) line of time at the minimum line guarantee value. In the event that an equipment type listed in this Agreement declines to six (6) or less aircraft, the PBS Committee shall meet to modify this Open Time limit for the affected equipment.

*(Regular line construction: 78 to 92 credit hours; 12 or 13 days off in domicile)*

3.   Regular lines shall be constructed to create lines of flying containing a minimum of seventy-eight credit hours (78:00), and a maximum of ninety two credit hours (92:00) per bid period by Position. Regular lines shall be constructed with a minimum of twelve (12) calendar days off in a

25 12

AA-SCANLAN-0019513

thirty (30) day bid period and thirteen (13) days off in a thirty-one (31) day bid period, except as provided in Subsections 7.B.1., 11.M.2.f., or 12.G.5. Such days off shall be provided in domicile.

4. Reserve Pilots shall receive twelve (12) days off in a 30-day bid period, with ten (10) of those days off as Golden Days (GD) and two (2) of those days off as moveable days off (DO). Reserve Pilots shall receive thirteen (13) days off in a 31-day bid period, with ten (10) of those days off as Golden Days (GD) and three (3) of those days off as movable days off (DO). The Company shall not place any restrictions on the pattern of reserve Pilots' days off in PBS except that:

*(Reserve line construction: minimum 12 or 13 days off)*

   a. There must always be a minimum of two (2) consecutive days off, unless a reserve Pilot only has one (1) day off due to the proration tables in Subsections 7.B.1., 11.M.2.f. or 12.G.5. or as a result of the application of Subsection 25.K.5.; and

*(Minimum of 2 consecutive days off in a block unless prorated)*

   b. Every movable day off (DO) must immediately follow a reserve day of availability

*(DO must follow RV day)*

5. Reserve Pilots' days of availability must be in four (4) or five (5) day blocks, unless creation of a four (4) or five (5) day block is impossible due to the proration tables in Subsections 7.B.1., 11.M.2.f. or 12.G.5. or as a result of the application of Subsection 25.K.5.

*(Reserve blocks of availability)*

6. Reserve lines may contain reserve blocks of availability that transition into the following bid period not to exceed three (3) calendar days into the new bid period. If a Pilot is awarded a regular line of time in the following bid period such days shall be credited with the greater of four hours and seventeen minutes (4:17) per day or the pairing credit flown.

*(Reserve blocks that transition into next bid period)*

7. PBS shall honor a Pilot's conditional bid request provided that a reserve Pilot is available to accept that conditional line of time. PBS shall assign the conditional line of time to the most senior reserve Pilot desiring a regular line of time who does not have a conflict interfering with the conditional line of time. If an insufficient number of reserve Pilots desiring a regular line of time ex-

*(Conditional bidding procedure)*

25 13

AA-SCANLAN-0019514

ist, PBS shall then assign the conditional line of time in inverse seniority order to a reserve Pilot.

*(Back to back pairing con struction limit)*

8. Lines shall not be constructed with back-to-back pairings that would create duty periods in consecutive calendar days in which a Pilot is operating or deadheading through 0200 HDT.

H.  BID AWARDS

*(PBS bid awards published no later than 19th day of month prior to bid at 17:00 PHX)*

1. A Pilot's initial line shall be the line made available through PBS. Crew Scheduling shall publish each Pilot's initial bid award for the following bid period when the initial bid award for that equipment is completed, but in no event later than the 19th day of the month prior to the bid period at 1700 PHX. The following information shall be included in each awarded line and any subsequent pairing produced after the bid award:

a.  Projected credit hours;

b.  Projected block hours;

c.  Projected time away from base;

d.  Actual number of days off;

e.  Pairing numbers;

f.  Pairing report and release times;

g.  Projected credit for each pairing;

h.  Layover cities;

i.  Days off and days of availability blocks for reserve Pilots;

j.  Training assignments;

k.  Vacation days; and

l.  Planned absences.

*(Final line available on 20th day of month prior)*

2. A Pilot's final line shall be the line made available through the crew tracking system on the 20th day of the month prior to the bid period at 1200 PHX.

3. All bids shall be processed in seniority order. All bid awards shall be generated in accordance

25 14

AA-SCANLAN-0019515

with the PBS program parameters as set forth by the joint PBS Committee.

4. Check Airman Training Lines

    a. For purposes of this Subsection 25.H.4., line training shall be defined as all training or checking events in which a Check Airman occupies a Captain or First Officer seat. *(Definition of line training)*

    b. Check Airmen shall bid pairings for the purpose of line training from the regular bid package and be awarded lines based upon seniority. The pairings awarded to designated Check Airmen for line training purposes shall not be awarded to First Officers. Any pairing that is awarded to a Check Airman and not assigned for line training purposes shall be placed in Open Time prior to being assigned to a reserve Pilot. *(Check Airmen bidding provision)*

    c. Pilots requiring line training during the bid period shall not bid for pairings from the regular bid package. Instead, Crew Scheduling shall assign such Pilots pairings awarded to Check Airmen pursuant to Subsection 25.H.4.b. *(Pilots requiring line training do not bid for pairing)*

    d. Any lineholder Pilot who is displaced from an assigned pairing to accommodate line training shall be credited the value of the pairing from which the lineholder was displaced and shall not be subject to reassignment. *(Lineholder displacement for line training)*

5. A Pilot completing the high minimum requirement or completing the initial one hundred (100) hours in equipment requirement shall bid and be awarded a schedule in accordance with Subsection 25.F. If necessary to ensure the Pilot completes the applicable requirements within 120 calendar days, the Company shall displace lineholder Pilots from assigned pairings to accommodate the Pilot. Any such displaced lineholder Pilots shall be credited the value of the pairing(s) from which displaced and shall not be subject to reassignment. *(High minimums or initial 100 hours bidding provision)*

25 15

AA-SCANLAN-0019516

6.  PBS Misawards

*(Definition of PBS misaward)*

a.  A misaward shall be defined as:

    i.   A Pilot submitted a bid but did not receive a line award;

    ii.   A Pilot with a standing bid on file did not receive a line award;

    iii.   A Pilot received an award that was inconsistent with the established PBS programming parameters (e.g., failure to honor seniority and preferences); or

    iv.   A Pilot encountered a right-to-fly violation.

        a)   For purposes of this Subsection 25.H.6.a.iv., a right-to-fly violation occurs when a senior Pilot bids for a specific pairing by date and number but that pairing is instead awarded to a junior Pilot to complete the junior Pilot's line of flying and such pairing could have been awarded to the senior Pilot to create a legal line of flying and, if substituted on the legal line of flying, would have produced a higher satisfaction score for the senior Pilot as measured by PBS.

        b)   In those circumstances where a pairing only operates once in the bid period, the Pilot need not bid the specific date, only the specific pairing number, for a right-to-fly violation to exist.

*(PBS misaward protest provision)*

b.  A Pilot must report a potential misaward to the PBS help desk no later than the 24th day of the month prior to the bid period; provided, however, that if the Pilot is on vacation from the 20th to the 24th days of the month prior to the bid award, then the Pilot must report a potential misaward to the PBS help desk no later than the 29th day of the month prior to the bid period.

*(PBS Committee determines misaward)*

c.  If timely notified of a potential misaward pursuant to Subsection 25.H.6.b., the PBS Committee shall determine whether a misaward within the meaning of Subsection 25.H.6.a.

25 16

AA-SCANLAN-0019517

has occurred. If a misaward has occurred, the Manager of Daily Operations shall work with the Pilot to craft a remedy commensurate with the particular misaward that has occurred.

i.  If a lineholder Pilot submitted a bid or had a standing bid on file but did not receive a line award, the Pilot shall be guaranteed the Average Line Value. The Manager of Daily Operations shall work with the Pilot to build a line, which may include available for time ("AT") days, commensurate with the Pilot's bid choices and seniority. The Pilot may accept a line in excess of or below the Average Line Value, and shall be paid according to this Agreement.

*(Remedy for no PBS line award)*

ii. If a lineholder Pilot received an award that was inconsistent with the established PBS programming parameters (e.g., failure to honor seniority and preferences), the Pilot shall have the following options:

*(Remedy for PBS award that was inconsistent with programming)*

    a)  Fly the line as published;

    b)  Drop the affected pairing(s) and be placed on AT; or

    c)  Exchange the pairing(s) with a like pairing(s) in Open Time.

    d)  In each of the foregoing cases a. through c., the Pilot shall be pay protected for any difference in credit between the pairing(s) that should have been awarded, and the pairing(s) actually awarded.

iii. If a reserve Pilot received an award that was inconsistent with the established PBS programming parameters (e.g., failure to honor days off in accordance with seniority and preferences), the Pilot shall receive days off commensurate with the Pilot's seniority and bid preferences.

*(Remedy for reserve Pilot misawards)*

25 17

AA-SCANLAN-0019518

I.   CREW CONFLICT

1.   First Officer Crew Conflicts

*(First Officer no fly list pro cessed first)*

PBS shall identify and automatically process First Officer crew conflicts. In such instances where a First Officer has listed a particular Captain as a "no fly" on the bid and PBS has assigned a pairing to that conflicted crew, the Captain shall retain the awarded pairing and the First Officer shall be awarded the next available bid choice.

2.   Captain Crew Conflicts

a.   PBS shall identify each potential crew conflict based upon each of the respective Pilot's recorded "No Fly" preferences. PBS will then resolve a Captain "No Fly" conflict by removing the Captain from the pairing and placing that pairing into Open Time.

*(Captains removed due to no fly shall have "RC" on their lines)*

b.   The Captain's awarded line shall depict a Removed for Conflict ("RC") on each day that the original pairing would have been placed. For purposes of this Subsection 25.I.2., the word "days" shall refer to calendar days, as opposed to duty periods.

*(RC obligations)*

c.   In order for the Captain Removed for Conflict to be guaranteed the original pairing value, that Captain must complete the RC obligation in the following manner:

i.   The Captain shall be obligated for assignment only on the original RC days. However, the Captain may contact Crew Scheduling and request a pairing from Open Time that operates on other than such RC days to meet the obligation. Reserve assignments shall not be used to satisfy RC obligations. A Captain shall also meet the obligation by accumulating the amount of the guaranteed pairing credit or the number of RC days, whichever comes first; i.e., "credit or days."

ii.   The Captain's obligation for "credit or days" may be satisfied on or outside of the actual RC days and in the following manner:

25 18

AA-SCANLAN-0019519

a) On the RC days originally scheduled:

   1) Before 0900 PHX on the day prior to an RC day, Crew Scheduling shall assign a like pairing(s) (day versus night), or the Captain may request or self-assign any pairing from Open Time.

   2) After 0900 PHX on the day prior to an RC day, Crew Scheduling is not obligated to assign a like pairing, unless such a pairing exists in Open Time. The Captain shall verify the Captain's schedule through the crew tracking system or by contacting Crew Scheduling after 1400 PHX on the day prior to an RC day for an assignment. If no assignment has been made by 1400 PHX, the Captain shall be released from any obligation until 1400 PHX on the next RC day, unless that is the last RC day. Upon completing this process, despite the possibility that the Captain was not assigned a pairing, the Captain shall have fulfilled the RC obligation.

b) Outside RC days originally scheduled:

   1) The Captain may contact Crew Scheduling and request any pairing from Open Time. The pairing may be placed on the Captain's line upon mutual agreement between the Captain and Crew Scheduling.

   2) Crew Scheduling may contact the Captain and offer any pairing from Open Time. The pairing may be placed on the Captain's line upon mutual agreement between the Captain and Crew Scheduling.

25 19

AA-SCANLAN-0019520

3) A Captain who has fulfilled a portion, but not all of the RC obligation under this Subsection 25.I.2.c.ii.b. shall select the remaining RC day(s) upon which to complete the remaining RC obligation.

3. Crew Separation

a. The term "crew separation" constitutes the process whereby Crew Scheduling resolves crew conflicts that arise after completion of the monthly PBS bid award process in the following two (2) sets of circumstances:

i. Where a reserve Pilot(s) reports for flight duty and either that Pilot or the other Pilot is on one another's No Fly list; or where a Pilot is involuntarily assigned to a pairing and a similar crew conflict becomes evident at report time; or

ii. Where, during the operation of a pairing, it becomes evident that continuing the flight with the assigned Pilots would present an actual or potential problem concerning the safe operation of the flight or the professional conduct of the flight.

b. Crew Scheduling shall at the earliest possible convenience contact the Professional Standards Committee Chairman, or the Chairman's designee, and inform the Chairman or designee of the crew separation.

c. In the event that either Subsection 25.I.3.a.i. or 25.I.3.a.ii. occurs, Crew Scheduling shall continue to handle the crew separation consistent with the current practice on the effective date of this Agreement.

J. OPEN TIME

*(All unassigned and split pairings are placed and remain in Open Time)*

1. Except as otherwise provided in this Agreement, all unassigned pairings, including all split pairings, shall be placed into and remain in Open Time until assigned as provided in this Agreement. Once a pairing is placed into Open Time, the pairing shall be time stamped to reflect when the pairing first appeared in Open Time.

25 20

AA-SCANLAN-0019521

2. The Company may hold for up to two (2) hours any pairing that becomes available in Open Time within twelve (12) hours of departure time.

*(Company may hold certain pairings from Open Time for two hours)*

3. For purposes of calculating FAR legality, each RO day shall contain a block time value equal to five hours and fifteen minutes (5:15).

4. Red Flagging Open Time

   a. At any time prior to departure, Crew Scheduling may red flag a pairing in Open Time. Red flagged pairings shall be paid at the rate of 125%, and credited at 100%.

   *(Red flagged pairings paid at 125%)*

   b. Except as provided in Subsections 25.L.2.b. and 25.T.3., red flagged pairings shall be available for self-assignment or trade by legal and available non-reserve, non-AT Pilots on a real-time, first come first served basis.

   *(Red flagged pairings availability)*

   c. Except as provided in Subsection 25.L.2.f.2., Crew Scheduling shall not be required to pay the premium rate for any red flag pairing that is assigned to either a reserve Pilot or a Supervisory Pilot.

   *(Premium pay exceptions)*

   d. All pairings in Open Time as of 0900 HDT that depart on the following day and are not assigned by 1400 HDT during the daily reserve award shall be automatically red flagged.

   *(Pairings that are automatically flagged)*

   e. Crew Scheduling may remove the red flag designation and its corresponding premium from any pairing in Open Time at any time prior to 1400 HDT the day prior to departure.

   *(Crew Scheduling removal of flagged pairings)*

5. Simulator seat support assignments that become available shall be placed in Open Time and treated as a single calendar day pairing. Credit associated with such a pairing shall be equal to the minimum duty period guarantee.

   *(Simulator seat support assignments placed into Open Time)*

K. RESERVES

1. The Company shall create and provide Pilots access to an electronic reserve system providing real-time information that allows Pilots to view the following. The system shall run continuously. Technology permitting, this system shall be made available via the Internet.

   *(Electronic reserve tracking system shall provide the following information)*

25 21

AA-SCANLAN-0019522

a. Reserve Pilots' Position, current bucket, reserve standby shift and bids for desire simulator support;

b. Date, pairing number and release time of last assignment;

c. Total bid period-to date earned credit;

d. Days of availability remaining;

e. Number of moveable days off adjacent to last day of reserve availability; and

f. Technology permitting, real time updating of when reserve Pilots receive assignments.

*(No involuntary assignments on GDs)*

2. Reserve Pilots may not be involuntarily assigned on a Golden Day.

*(Rules for Pilot trades of RV blocks)*

3. Pilot-to-Pilot trades of reserve availability days shall be approved through an automated trade board, available on a continuous basis, subject to the following:

a. The trade cannot result in a reserve Pilot having an isolated day off unless the reserve Pilot had an isolated day off prior to the trade as a result of the proration tables in Subsections 7.B.1., 11.M.2.f. or 12.G.5. or as a result of the application of Subsection 25.K.5.;

b. The trade cannot result in a reserve Pilot having a block of other than four (4) or five (5) days of reserve availability unless the reserve Pilot had a block of other than four (4) or five (5) days of reserve availability prior to the trade as a result of the proration tables in Subsections 7.B.1., 11.M.2.f. or 12.G.5. or as a result of the application of Subsection 25.K.5., in which case the reserve Pilot may maintain a block of reserve availability days containing the same number of days as prior to the trade;

c. The trade cannot result in a moveable day off (DO) immediately following any day other than a reserve availability day;

d. Trades shall not be processed from 1200 PHX on the 13th day of the bid period to 1200 PHX on the 20th day of the bid period

25 22

AA-SCANLAN-0019523

for trades involving days of availability which touch upon days twenty-four (24) through to the end of the current bid period; and

e.   Trades shall not be processed after 0900 PHX for trades of reserve availability days affecting the following day.

4.   Reserve Pilots scheduled to be lineholders in the following bid period shall not be assigned duty that transitions into the following bid period unless the Pilot was awarded a block of reserve availability days that transition into the following bid period. *(Limitations on transition reserve obligations)*

5.   Reserve Pilots required to fly on a moveable day off (DO) shall receive another day off adjacent to an existing day off in the same bid period, if available.   If not available, the Pilot shall receive another day off of the Pilot's choice adjacent to an existing day off in the next bid period.   The rescheduled day(s) off shall then become Golden. Rescheduled days off will not be placed on a Holiday, unless approved by Crew Scheduling. *(Rules for reserves required to fly on a DO)*

6.   Buy Back of Moveable Day Off

a.   As part of their monthly PBS bid, reserve Pilots may volunteer to sell back one (1) moveable day off (DO) per bid period. *(Procedures for reserves to sell back 1 DO)*

b.   Crew Scheduling shall determine the number of movable days off (DO) to be bought back by Position prior to publishing the final PBS reserve awards.

c.   The buy back of movable days off (DO) shall be awarded in seniority order by Position. Crew Scheduling shall notify any Pilot whose movable day off (DO) has been purchased.

d.   If awarded the sale of a movable day off (DO), the reserve Pilot shall have one less movable day off (DO) in the final PBS reserve award and the reserve Pilot's minimum bid period guarantee shall be increased to eighty-one hours and seventeen minutes (81:17) for that bid period.

7.   Reserve Pilots with remaining days of availability may have their original pairing extended to a maximum of four (4) consecutive calendar days, *(Extension of Reserve duties)*

25 23

AA-SCANLAN-0019524

including the original day of report. All such assignments must comport with the pairing construction and line build parameters provided in this Section 25; be of like kind pairings; and the scheduled departure time shall be no more than four hours (4:00) from the Pilot's actual block-in at domicile.

    a.   Reserve Pilots shall not be extended in accordance with this Subsection 25.K.7. following a flip-flop pairing.

    b.   Reserve Pilots shall not be extended in accordance with this Subsection 25.K.7. on the last duty period of a pairing if that reserve Pilot is scheduled for a Golden Day (GD) following the last duty period of the pairing and that reserve Pilot is projected to have less than four hours (4:00) of scheduled duty remaining following the arrival of the last leg of the pairing.

L.   AGGRESSIVE RESERVE OPTION

   1.   Self-Assignment on Days of Reserve Availability

*(Aggressive reserve is on a first come, first served basis)*

    a.   An aggressive reserve Pilot may self-assign to a pairing on a first come, first served basis in accordance with this Subsection 25.L.1. by contacting Crew Scheduling or through an automated system approved by the Association's Scheduling Committee. This aggressive reserve option shall continuously run throughout each bid period.

*(After 1400 for following day)*

    b.   All pairings in Open Time that are available for the next calendar day may be picked up by aggressive reserve Pilots after 1400 PHX on the previous day, provided that the pairing does not depart in more than thirteen hours (13:00).

*(On day of departure, can assign pairing departing between 1 and 13 hours away)*

    c.   All pairings in Open Time that are available during the current calendar day may be picked up by aggressive reserve Pilots, provided that the pairing does not depart in more than thirteen hours (13:00) or less than one hour (1:00). An aggressive reserve Pilot self-assigning under this provision shall be responsible for reporting for duty as provided in Section 12.

25 24

AA-SCANLAN-0019525

d. The aggressive reserve Pilot may only self-assign to a pairing that the Pilot is legal to operate in accordance with the crew tracking system and the established legality buffers and does not create a crew conflict. The Pilot may only self-assign to a pairing that operates during the Pilot's standby reserve duty shift for the current or the following day, and the pairing length equals or is one (1) calendar day less than the Pilot's days of availability. Crew Scheduling may approve other pairing self-assignments outside of these parameters.

*(Legality buffers apply; pairing assigned must be equal to or 1 day less than RV block)*

e. A pairing that Crew Scheduling has red-flagged for self-assignment by lineholder Pilots shall not be available for self-assignment by an aggressive reserve Pilot in accordance with this Subsection 25.L.1.

*(Red flag pairings not available to aggressive reserves)*

f. An aggressive reserve Pilot currently on reserve standby duty who has been assigned a pairing or has self-assigned a pairing in accordance with this Subsection 25.L.1. for the next calendar day shall remain on duty and available for an assignment. If the Company assigns a pairing for the current day that would not prevent operation of the self-assigned pairing for the following day, the Pilot shall retain that self-assigned pairing. If the Company assigns a pairing for the current day that prevents operation of the self-assigned pairing for the following day, the self-assigned pairing shall be returned to Open Time.

*(RV duties and conflicts with self assigned pairings)*

g. A reserve Pilot who has already earned sixty-five hours (65:00) of credit that has been applied toward the Pilot's minimum bid period guarantee in the bid period may not exercise the aggressive reserve option pursuant to this Subsection 25.L.1.

2. Self-Assignment on Days Off

a. An aggressive reserve Pilot may self-assign to a pairing on a first come, first served basis in accordance with this Subsection 25.L.2. by contacting Crew Scheduling or through an automated system approved by the Association's Scheduling Committee. This

*(Aggressive reserves may self assign on days off and vacation days)*

25 25

AA-SCANLAN-0019526

aggressive reserve option shall continuously run throughout each bid period.

*(Reserves on days off or vacation may self assign red and yellow flagged pairings)*

b. All pairings in Open Time that are either yellow-flagged or red-flagged may be picked up by aggressive reserve Pilots pursuant to this Subsection 25.L.2. provided that the yellow-flagged pairing's report date is not more than seven (7) calendar days from the date of self-assignment. The Company shall not yellow flag a pairing until the pairing has been in Open Time for twenty-four hours (24:00).

*(Legality buffers apply; may encroach onto RV days)*

c. The aggressive reserve Pilot may only self-assign to a pairing that the Pilot is legal to operate in accordance with the crew tracking system and the established legality buffers and that does not create a crew conflict. The Pilot may only self-assign to a pairing that operates during the Pilot's days off or vacation days in the bid period. Crew Scheduling may approve other pairing self-assignments outside of these parameters. An aggressive reserve Pilot may self-assign to a pairing that encroaches upon a reserve day of availability provided that the other parameters of this Subsection 25.L.2. are met and Crew Scheduling approves the assignment.

*(Reserve Pilot may not exceed the credit cap)*

d. A reserve Pilot who is projected to exceed the credit cap in the bid period may not exercise the aggressive reserve option pursuant to this Subsection 25.L.2. For purposes of this Subsection 25.L.2.d., a reserve Pilot is projected to exceed the credit cap if the sum of the following is greater than ninety-nine hours (99:00):

i. the credit of the pairing the reserve Pilot wishes to self-assign;

ii. the actual credit hours already earned by the reserve Pilot in the bid period;

iii. the reserve Pilot's remaining days of reserve availability in the bid period multiplied by four hours and seventeen minutes (4:17); and

iv. any future credit projected for the reserve Pilot in the bid period due to training, vacation or other planned absences.

25 26

AA-SCANLAN-0019527

e. Any days off or vacation days on which an aggressive reserve Pilot self-assigns a pairing in accordance with this Subsection 25.L.2. shall not be repaid with additional days off or vacation days.

f. Pay and Credit

1. Yellow-flagged pairings self-assigned by an aggressive reserve Pilot pursuant to this Subsection 25.L.2. shall be paid and credited at the rate of 100%.

   *(Yellow flagged pairings paid at 100% pay and credit)*

2. Red-flagged pairings self-assigned by an aggressive reserve Pilot pursuant to this Subsection 25.L.2. shall be paid and credited as follows: Those duty periods in the red-flagged pairing that report or release on a day off or vacation day shall be paid at the rate of 125% and credited at the rate of 100%. All other duty periods in the red-flagged pairing shall be paid and credited at the rate of 100%.

   *(Only days off and vacation days receive the red flag premium)*

3. If a pairing self-assigned by an aggressive reserve Pilot pursuant to this Subsection 25.L.2. operates entirely on days off and/or vacation days, all of the pay and credit for the self-assigned pairing shall be paid above the reserve Pilot's minimum bid period guarantee.

   *(Pay for flying only on days off/ vacation days)*

4. If, pursuant to Subsection 25.L.2.c., Crew Scheduling approves self-assignment of a pairing by an aggressive reserve Pilot that operates in part on days off and/or vacation days, and in part on days of reserve availability, the block hours from the duty periods of the self assigned pairing which start or end on days off and/or vacation days shall be paid above the reserve Pilot's minimum bid period guarantee. All remaining block hours of the self-assigned pairing shall be applied toward the reserve Pilot's minimum bid period guarantee. Any soft credit associated with the self-assigned pairing shall be prorated between the number of actual block hours flown in the duty periods of the self assigned pairing which start or end on days off and/or vacation days and the number of

   *(Pay for flying on days off/vacation days and RV days)*

25 27

AA-SCANLAN-0019528

actual block hours flown on the remaining duty periods of the self-assigned pairing. That portion of the soft credit prorated with the actual block hours flown in the duty periods of the self-assigned pairing which start or end on days off and/or vacation days shall be paid above the reserve Pilot's minimum bid period guarantee, and all remaining soft credit shall be applied toward the reserve Pilot's minimum bid period guarantee.

g.  If, pursuant to Subsection 25.L.2.c., Crew Scheduling approves self-assignment of a pairing by an aggressive reserve Pilot that operates in part on days off and/or vacation days, and in part on days of reserve availability, the reserve Pilot shall be entitled to rejoin the pairing in accordance with Subsection 25.W.1.f. only during those duty periods of the self-assigned pairing that start or end on days off and/or vacation days.

*(Treatment of rerouted aggressive reserve Pilots on days off/vacation days)*

h.  If, pursuant to Subsection 25.L.2.c., Crew Scheduling approves self-assignment of a pairing by an aggressive reserve Pilot that operates in part on days off and/or vacation days, and in part on days of reserve availability, the reserve Pilot may be rerouted in accordance with Subsections 25.W.2., 25.W.3. and 25.W.4. only during those duty periods of the self-assigned pairing that start or end on days off and/or vacation days. During all other duty periods of the self-assigned pairing, the reserve Pilot may be rerouted in accordance with Subsection 25.W.5., except that the reserve Pilot may only be rerouted in accordance with Subsection 25.W.3. during the last duty period of the self-assigned pairing.

i.  Sick Calls

    1.  If a Pilot calls in sick prior to reporting for a pairing self-assigned in accordance with this Subsection 25.L.2., the pairing shall be removed from the Pilot's line and placed into Open Time. The Pilot shall not receive any pay and credit for that pairing above the minimum bid period guarantee.

25 28

AA-SCANLAN-0019529

2. If a Pilot calls in sick after reporting for a pairing self-assigned in accordance with this Subsection 25.L.2., those duty periods of the self-assigned pairing that start or end on days off and/or vacation days shall be treated in accordance with Subsection 14.B.1.a. Any remaining duty periods of the self-assigned pairing shall be treated in accordance with Subsection 14.B.3.

*(Sick call after reporting)*

3. If a Pilot calls in sick prior to reporting for a pairing self-assigned in accordance with this Subsection 25.L.2., the Pilot shall not be entitled to rejoin the self-assigned pairing in accordance with Subsection 14.C.3.

*(Cannot rejoin if sick call made before reporting)*

4. If a Pilot calls in sick after reporting for a pairing self-assigned in accordance with this Subsection 25.L.2., the Pilot shall be entitled to rejoin the self-assigned pairing in accordance with Subsection 14.C.3. only during those duty periods of the self-assigned pairing that start or end on days off and/or vacation days.

*(May rejoin if sick call made after reporting)*

M. LONG CALL STANDBY RESERVE DUTY

1. Long call reserve Pilots shall be available for an assignment beginning at 0001 on the first day of reserve duty and ending at 0000 on the last day of reserve duty. Each long call assignment made shall include twelve hours (12:00) of rest before the assignment begins.

*(Long call period; rest period)*

2. A Pilot awarded a long call standby reserve duty shift shall be available for contact twelve hours (12:00) before the first day of reserve duty and shall be released from further assignment no less than twelve hours (12:00) before the scheduled conclusion of the last day of reserve duty.

*(Pilot shall be available for contact 12 hours before first day of reserve duty)*

3. A long call reserve Pilot shall have at least twelve hours (12:00) to report for a pairing from the first attempt to contact. The Pilot may acknowledge an assignment at any time, but the Pilot must acknowledge an assignment at least three hours (3:00) prior to departure. A Pilot who fails to acknowledge an assignment or acknowledges an assignment less than three hours (3:00) prior to departure shall be charged with a no show.

*(Reporting, acknowledgment procedures)*

25 29

AA-SCANLAN-0019530

*(No additional duty once assigned)*

4. Once assigned a pairing, a long call reserve Pilot shall not be required to remain available for contact in the twelve hours (12:00) prior to report of the assigned pairing.

*(Return to long call after an assignment)*

5. Once a long call reserve Pilot has completed a pairing or assignment, that Pilot may, at Pilot option, be placed back onto long call reserve status provided that the Pilot has at least four (4) days of availability.

*(Bidding for long call; return to long call status)*

6. If a long call reserve Pilot has less than four (4) days of availability, the Company may place the Pilot on short call reserve status until the Pilot's next block of days off.

N. MONTHLY LONG CALL RESERVE BID

1. A Pilot shall bid for long call reserve status through PBS. Once awarded long call reserve status, the Pilot shall remain on that status for the entire bid period, unless moved up to short call reserve status for the remainder of that reserve availability block as provided in Subsections 25.Q.1. and 25.Q.2.; thereafter the reserve Pilot shall be returned to long call status.

*(Long call is voluntary)*

2. Long call reserve lines shall only be awarded to those Pilots bidding for long call reserve duty.

*(Minimum numbers of long call lines)*

3. In each bid period, Crew Scheduling shall offer long call reserve lines by Position as follows:

a. For fleets with fifty one (51) or more aircraft, Crew Scheduling shall offer long call reserve lines to a minimum of fifteen percent (15%) of the total reserve Pilots in each seat on that equipment.

b. For fleets with twenty one (21) to fifty (50) aircraft, Crew Scheduling shall offer long call reserve lines to a minimum of ten percent (10%) of the total reserve Pilots in each seat on that equipment.

c. For fleets with eleven (11) to twenty (20) aircraft, Crew Scheduling shall offer long call reserve lines to a minimum of five percent (5%) of the total reserve Pilots in each seat on that equipment.

d. For fleets with ten (10) or less aircraft, Crew

25 30

AA-SCANLAN-0019531

Scheduling shall not offer long call reserve lines to reserve Pilots on that equipment.

e. For Subsections 25.N.3.a. through 25.N.3.c., if the calculation results in less than a whole number, the result will be rounded up to the next whole number.

4. Reserve availability blocks and days off for long call and short call reserve Pilots shall be distributed separately.

O. SHORT CALL STANDBY RESERVE DUTY SHIFTS

1. There shall be not more than four (4) standby reserve duty shifts. *(Maximum of 4 shifts)*

2. Each bid period, Crew Scheduling shall publish in the bid package the start times for each standby reserve duty shift for the following bid period. All shifts shall begin on the whole hour. The duty period for each shift shall be twelve hours or until 0300 PHX, whichever is earlier. *(Shift start and end times; length of shift)*

3. Reserve Pilots shall be available to report for an assignment during their standby reserve duty shift. Crew Scheduling shall give reserve Pilots as much advance notice of pairing assignments as possible. In the event of a short notice call, a reserve Pilot shall check in at the airport within two hours (2:00). All reserve Pilots must respond to Crew Scheduling within ten (10) minutes after the initial call from Crew Scheduling. Crew Scheduling shall accept a maximum of two (2) contact numbers. *(Minimum report time to airport = 2:00)*

4. A reserve Pilot shall be scheduled for flight duty in accordance with Section 12 or the FARs, whichever is more restrictive. If a reserve Pilot departs the gate on the last leg of a duty period in compliance with Section 12 and subsequently incurs a delay, the reserve Pilot's duty limitations shall be in accordance with the FARs. *(Reserve Pilot duty exception on last leg of a duty period)*

P. DAILY RESERVE BID

1. Each reserve Pilot shall submit an actual daily bid for the following day by 0900 PHX the day prior to the Pilot's duty period, or ensure that a standing daily bid is on file with Crew Scheduling. Such standing or actual daily bid shall be submitted through an automated system ap- *(Daily reserve bid due by 0900 PHX on day prior)*

25 31

AA-SCANLAN-0019532

proved by the Association's Scheduling Committee.  If the Company opens a domicile with more than a two hour (2:00) time difference from PHX, the Company will meet and agree with the Association on the deadline for submittal of daily bids in that domicile.

*(Reserve bid options)*

2.  A reserve Pilot may have a standing daily bid on file or actual daily bid for the following options:

    a.  Specific pairings;

    b.  Generic day pairings or night pairings;

    c.  Desire simulator support; or

    d.  A specific standby reserve duty shift (i.e., A, B, C, or D).

*(Reserve Pilot bidding exclusions)*

3.  A reserve Pilot who has reached or is projected to reach sixty-five credit hours (65:00) when bidding for a reserve shift shall be precluded from bidding options under Subsection 25.P.2.a.-b.

*(Standing bid used if no daily bid available)*

4.  Crew Scheduling shall utilize the Pilot's standing daily bid to complete reserve assignments when a Pilot has not otherwise submitted an actual daily bid.  If a standing daily bid is not on file and the Pilot fails to submit an actual daily bid, Crew Scheduling shall assign that Pilot to any reserve assignment.

Q.  DAILY RESERVE AWARD

*(Moving long call reserve Pilots to short call reserve)*

1.  During daily reserve assignments, Crew Scheduling may move long call reserve Pilots up to short call reserve status to maintain the percentage of long call reserve Pilot coverage indicated in Subsection 25.N.3.

*(Process for moving long call to short call)*

2.  If a long call reserve Pilot is moved up to short call standby reserve duty, it shall be completed in the following manner:

    a.  Crew Scheduling shall move a long call reserve Pilot to short call based upon inverse seniority order by Position;

    b.  The Pilot shall be assigned to a standby duty shift in seniority order by Position based upon the reserve Pilot's standing or actual daily bid; and

25 32

AA-SCANLAN-0019533

c. If moved up to short call standby reserve duty for the following day, the long call reserve Pilot shall finish the Pilot's current long call reserve duty and be released from long call reserve status no later than 0000 or eleven hours (11:00) prior to the start of the Pilot's short call standby reserve duty shift, whichever is earlier.

3. Open Time Pairing Assignments to Reserves for Following Day

a. All pairings in Open Time for the following day, except red flagged pairings, shall be assigned to legal and available reserve Pilots in the following order:

*(Order of assignment for following day)*

i. Reserve Pilots required to fly to attain or maintain currency or qualifications whose reserve availability bucket equals the number of calendar days of the pairing;

ii. At the option of Crew Scheduling, inbound reserve Pilots with remaining days of availability in accordance with Subsection 25.K.7.;

iii. Lineholders on AT or RC days in inverse seniority order;

iv. Lineholders on RO days in seniority order whose reserve availability bucket equals the number of calendar days of the pairing;

v. At the option of Crew Scheduling, long call reserve Pilots whose reserve availability bucket equals or is greater than the number of calendar days of the pairing who have bid a specific or generic pairing in accordance with Subsection 25.P. in seniority order;

vi. At the option of Crew Scheduling, remaining long call reserve Pilots whose reserve availability bucket equals or is greater than the number of calendar days of the pairing in order of least credit earned to date during the bid period, and if two (2) or more such Pilots have an equal amount of credit, in inverse seniority order;

25 33

AA-SCANLAN-0019534

vii. Short call reserve Pilots whose reserve availability bucket equals the number of calendar days of the pairing who have bid a specific or generic pairing in accordance with Subsection 25.P. in seniority order;

viii. Remaining short call reserve Pilots in the following order:

    a) Reserve Pilots whose reserve availability bucket equals the number of calendar days of the pairing;

    b) Reserve Pilots whose reserve availability bucket is two (2) more than the number of calendar days of the pairing, followed by reserve Pilots whose reserve availability bucket is three (3) more than the number of calendar days of the pairing, etc.;

    c) Reserve Pilots whose reserve availability bucket is one (1) more than the number of calendar days of the pairing; and

    d) At Crew Scheduling option, to reserve Pilots whose reserve availability bucket is less than the number of calendar days of the pairing but whose reserve availability bucket and adjacent moveable days off equal or are more than the number of calendar days of the pairing.

    e) Within each of the categories in Subsections 25.Q.3.a.viii.a-d., the reserve Pilot with the least amount of credit earned to date during the bid period shall be assigned first. If two (2) or more reserve Pilots have an equal amount of credit earned to date, the pairing shall be assigned to the junior reserve Pilot.

b. A reserve Pilot assigned a pairing the day prior to departure shall complete the reserve Pilot's reserve duty for that day. This shall not preclude reassignment of a reserve Pilot if contacted by Crew Scheduling.

25 34

AA-SCANLAN-0019535

c. Open Time simulator seat support assignments shall be awarded in seniority order based on the reserve availability bucket to those reserve Pilots who have bid for simulator seat support. If no reserve Pilots are available who have bid for simulator seat support, the simulator seat support assignment shall be treated and awarded as a single day pairing and assigned in accordance with Subsection 25.Q.3.a.iii.-viii. All simulator seat support assignments under this Section 25 shall comply with the requirements in Subsection 11.K.

*(Simulator assignments)*

4. Standby Duty Shift Assignments to Reserves for Following Day

*(Shift assignments for following day)*

a. Crew Scheduling shall determine the number of reserve Pilots to assign to each standby duty shift the following day.

b. Reserve Pilots will be assigned to a standby duty shift in seniority order by Position based upon the reserve Pilots' standing or actual daily bid and the reserve Pilots' days of availability, provided that the reserve Pilot is legal and available for the entire standby duty shift. If there are no reserve Pilots with matching days of availability legal and available for an entire standby duty shift, Crew Scheduling shall assign reserve Pilots with the greatest percentage of shift availability in seniority order by Position based upon the reserve Pilots' standing or actual daily bid.

*(Shifts assigned in seniority order)*

c. Reserve Pilots assigned to a standby duty shift shall be placed in reserve availability buckets based on their remaining days of availability. Reserve availability buckets shall be established for one (1) day of availability, two (2) days of availability, three (3) days of availability, and four (4) or more days of availability.

*(Reserve bucket assignments)*

d. Crew Scheduling shall award and publish reserve standby duty assignments for the following day no later than 1400 PHX. Such awards shall be published through an automated system approved by the Association's Scheduling Committee.

*(Awards published by 1400 PHX day prior)*

e. If there are more reserve Pilots available in a Position and in a bucket than required, the

25 35

AA-SCANLAN-0019536

Company may release Pilots in that Position and bucket from duty in seniority order.

R. PAIRING ASSIGNMENTS TO RESERVE PILOTS ON DAY OF DEPARTURE

*(Order of assignment for day of departure)*

1. Pairings that remain or become open on the day of departure shall be assigned in the following order:

   a. To legal and available reserve Pilots required to fly to attain or maintain currency or qualifications whose reserve availability bucket equals the number of calendar days of the pairing;

   b. At the option of Crew Scheduling, to legal and available inbound reserve Pilots with remaining days of availability in accordance with Subsection 25.K.7.;

   c. To lineholders on RO days whose reserve availability bucket equals the number of calendar days in the pairing;

   d. At the option of Crew Scheduling, to legal and available reserve Pilots on long call reserve status in the following order:

      i. Whose reserve availability bucket equals the number of calendar days of the pairing;

      ii. Whose reserve availability bucket is two (2) more than the number of calendar days of the pairing, followed by Pilots whose reserve availability bucket is three (3) more than the number of calendar days of the pairing, etc., then

      iii. Whose reserve availability bucket is one (1) more day than the number of calendar days of the pairing.

   e. To legal and available reserve Pilots on standby duty shifts. If a pairing is legal for multiple shifts, Crew Scheduling shall select the shift from which to assign a reserve Pilot. Pairings shall be assigned in the following order:

25 36

AA-SCANLAN-0019537

  i. To Pilots whose reserve availability bucket equals the number of calendar days of the pairing;

  ii. To Pilots whose reserve availability bucket is two (2) more than the number of calendar days of the pairing, followed by Pilots whose reserve availability bucket is three (3) more than the number of calendar days of the pairing, etc., then

  iii. Whose reserve availability bucket is one (1) more day than the number of calendar days of the pairing.

  iv. Within each of the categories in Subsections 25.R.e.i.-iii., the reserve Pilot with the least amount of credit earned to date during the bid period shall be assigned first, and if two (2) or more reserve Pilots have an equal amount of credit earned to date, the trip shall be assigned to the junior reserve Pilot.

 f. To legal and available reserve Pilots on moveable days off.

2. Open time simulator seat support assignments shall be awarded in seniority order based on the reserve availability bucket to those reserve Pilots who have bid for simulator seat support. If no reserve Pilots are available who have bid for simulator seat support, the simulator seat support assignment shall be treated and awarded as a single day pairing and assigned in accordance with Subsection 25.R.1.c.-f. All simulator seat support assignments under this Section 25 shall comply with the requirements in Subsection 11.K.  *(Open time seat support award procedures)*

3. A reserve Pilot assigned a pairing on the same day the pairing is scheduled to depart shall be free from all duty until report time.

S. PAIRING VERIFICATION AND PILOT CHECK-IN

1. Each time a lineholder Pilot logs into the crew tracking system, the lineholder Pilot shall be required to electronically acknowledge all changes to assignments remaining on the lineholder Pilot's line in the current bid period (or the next  *(Pilot requirement to acknowledge all assignment changes)*

25 37

AA-SCANLAN-0019538

bid period, if applicable), before proceeding to any other function in the crew tracking system.

2.  Each lineholder Pilot who trades an assignment pursuant to Subsection 25.T. or Subsection 25.U. shall be deemed to have acknowledged and accepted the assignment upon acceptance of the transaction.

*(Failure to acknowledge)*

3.  If a Pilot fails to acknowledge an assignment(s) as required by this Subsection 25.S., Crew Scheduling may remove the Pilot from the affected pairing. In that case, the Pilot shall forfeit all pay and credit associated with the pairing.

4.  If a Pilot has not checked in for a pairing within ten (10) minutes past the scheduled report time, Crew Scheduling may remove the Pilot from the affected pairing. In that case, the Pilot shall forfeit all pay and credit associated with the pairing.

*(Reserves must check sched ules upon completing an assignment)*

5.  Upon completing any assignment, reserve Pilots must personally log into the crew tracking system with their own password or call Crew Scheduling to see if their schedules have changed.

T.  PAIRING TRADES WITH OPEN TIME

*(Lineholder Open Time trading; legality buffers)*

1.  Lineholders may drop, self-assign, and/or trade a pairing(s) and/or RO blocks with Open Time. The Company shall provide an electronic means to allow Pilots to conduct transactions with Open Time. Crew Scheduling shall utilize the current PBS line build parameters for the bid period to establish block time buffers to ensure transactions meet FAR requirements.

*(Period in which to trade; first come, first served basis)*

2.  Transactions under this Subsection 25.T. shall run continuously except as provided in Subsections 25.T.2.a.-c., and shall be processed and awarded instantaneously on a first come, first served basis.

    a.  Transactions shall not be processed from 1200 PHX on the 5th day of the bid period to 1200 PHX on the 7th day of the bid period for pairings which touch upon days twenty-four (24) through to the end of the current bid period for Pilots classified in their early, base or grace recurrent training month for the fol-

25 38

AA-SCANLAN-0019539

lowing bid period, unless the Pilot has pre-
viously been awarded training.

b. Transactions for all Pilots shall not be pro-
cessed from 1200 PHX on the 13th day of
the bid period to 1200 PHX on the 20th day
of the bid period for pairings which touch
upon days twenty-four (24) through to the
end of the current bid period.

c. Transactions with Open Time for the follow-
ing day shall not be processed between the
hours of 0900 and 1400 PHX the calendar
day prior to departure.

3. A Pilot shall be allowed to drop a pairing in accor-
dance with Subsection 25.T.4. to pickup a red
flagged pairing in Open Time. The red flagged
pairing shall not have scheduled duty on more
than one (1) calendar day of the original pairing
that was dropped. A Pilot shall not drop a one (1)
day non-incentive pairing in order to pick-up a
one (1) day red flag pairing on that same calen-
dar day.

*(Dropping
pairing to pick
up red flagged
pairing)*

4. Crew Scheduling shall approve trades with Open
Time provided that the total number of legal and
available reserve Pilots continues to equal or ex-
ceed the minimum reserve Pilots required for the
calendar day(s) affected by such trades. If the
total number of legal and available reserve Pilots
is less than the minimum required for the calen-
dar days affected by such trades, the following
shall apply:

*(Crew Schedul
ing approves
Open Time
trades)*

a. Trades with Open Time shall be approved if
the Pilot is trading from a less negative re-
serve coverage day into a more negative re-
serve coverage day; and

b. The self-assigned pairing must equal or ex-
ceed the number of calendar day(s) of the
pairing being dropped.

5. Crew Scheduling may construct reserve open
time (RO) blocks containing up to five (5) days of
availability and shall place these blocks into Open
Time for self-assignment by lineholders. Such
RO blocks shall be paid and credited at five hours
and fifteen minutes (5:15) or the pairing credit
flown, whichever is greater.

*(Reserve blocks
put into Open
Time)*

25 39

AA-SCANLAN-0019540

(Pilots may pick up on vacation and pay protected days)

6. A Pilot may conduct transactions under this Subsection 25.T. that would result in actual flying on a vacation day, or on a day(s) pay protected by any other portion of this Section 25.

(Transactions on days when Pilot has worked)

7. A Pilot may self-assign or trade to operate an additional pairing during a calendar day wherein the Pilot is already scheduled for duty to the extent permitted by Section 12 or the FARs, whichever is more restrictive.

(Cannot exceed credit cap)

8. A Pilot may not self-assign or trade a pairing that would project the Pilot above the credit cap or result in a crew conflict.

U. PILOT-TO-PILOT TRADES

(Lineholders may trade with other lineholders; legality buffers)

1. Lineholder Pilots may drop, self-assign, and/or trade a pairing(s) and/or RO block(s) with other lineholder Pilots. The Company shall provide an electronic means to allow personal trades among Pilots. Crew Scheduling shall utilize the current PBS line build parameters for the bid period to establish block time buffers to ensure transactions meet FAR requirements.

(Period in which to trade; first come, first served basis)

2. Transactions under this Subsection 25.U. shall run continuously except as provided in Subsection 25.U.2.a. and 25.U.2.b., and shall be processed and awarded instantaneously on a first come, first served basis.

   a. Transactions shall not be processed from 1200 PHX on the 5th day of the bid period to 1200 PHX on the 7th day of the bid period for pairings which touch up on days twenty-four (24) through to the end of the current bid period for Pilots classified in their early, base or grace recurrent training month for the following bid period, unless the Pilot has previously been awarded training.

   b. Transactions for all Pilots shall not be processed from 1200 PHX on the 13th day of the bid period to 1200 PHX on the 20th day of the bid period for pairings which touch upon days twenty four (24) through to the end of the current bid period.

(Pilots may split pairings to trade)

3. A Pilot may split an assigned pairing(s) for posting on the Pilot to Pilot trade system. The total

25-40

AA-SCANLAN-0019541

credit of the pairings created by splitting a pairing shall be equal to the original pairing's credit.

a. Pairings may only be split when passing through a Pilot domicile. Requests to split a pairing at a point other than when passing through a Pilot domicile requires Crew Scheduling approval. *(Splits must occur at domicile)*

b. A Pilot who desires to split a pairing shall, except in unusual circumstances, use the crew tracking system.

c. A Pilot who splits a pairing shall not be eligible for minimum duty period guarantee on the day a pairing is split. The Pilot who splits a pairing shall retain any credit associated with the original pairing that resulted from any rig protections. *(No minimum duty period guarantee on day of split)*

d. When a Pilot self-assigns a split pairing, such Pilot shall only receive credit for the greater of the scheduled or actual block hours flown on the day of the split.

4. Pilot-to-Pilot pairing trades shall not be processed less than one hour (1:00) before the pairing's departure time. A Pilot conducting transactions under this provision shall be responsible for reporting for duty as provided in Section 12. *(Pilot to Pilot trades not processed less than one hour before departure)*

5. A Pilot may self-assign or trade to operate an additional pairing during a calendar day wherein the Pilot is already scheduled for duty to the extent permitted by Section 12 or the FARs, whichever is more restrictive. *(Transactions on days when Pilot has worked)*

6. A Pilot may not self-assign or trade a pairing that would project the Pilot above the credit cap or result in a crew conflict. *(Cannot exceed credit cap)*

7. A Pilot may conduct trades under this Subsection 25.U. that would result in actual flying on a vacation day, or on a day(s) pay protected by any other portion of this Section 25. *(Pilot may trade on vacation and pay protected days)*

8. Crew Scheduling may pick-up pairings that are available on the Pilot-to-Pilot trade board for reassignment to a Pilot requiring time for the purposes of currency, training, checking, or returning from a leave of absence. Before Crew Scheduling picks up such a pairing, a pairing in Open

25-41

AA-SCANLAN-0019542

Time must not exist that could satisfy the particular Pilot's requirements.

*(Pilots may drop down to 40:00)*

9. A Pilot may conduct transactions under this Subsection 25.U. down to a minimum line credit of forty hours (40:00) in a bid period.

V. INVOLUNTARY ASSIGNMENTS

*(Involuntary assignments paid at 150%)*

1. All involuntary assignments shall be paid at 150% and credited at 100% for the leg or duty period affected, as applicable.

*(Assigned in inverse seniority order)*

2. Involuntary assignments shall be assigned to legal and available lineholder Pilots in inverse seniority order by Position.

*(Conditions permitting involuntary assignments)*

3. Before Crew Scheduling may involuntary assign a lineholder Pilot, following the award of pairings at 1400 PHX for the following day, the number of pairings in Open Time that report in a standby reserve duty shift must be equal to or greater than the number of remaining reserve Pilots in that standby reserve duty shift. Crew Scheduling shall not intentionally staff reserve Pilots solely to take advantage of this Subsection 25.V.3.

*(Limitations on involuntary assignments)*

4. If Crew Scheduling involuntarily assigns a lineholder, the following limitations shall apply:

   a. The assignment cannot be made earlier than twenty four hours (24:00) before the scheduled report time and the pairing's report time must fall within the standby reserve duty shift in which the conditions provided in Subsection 25.V.3. were satisfied;

   b. An involuntary assignment shall not reduce a lineholder Pilot below ten (10) calendar days off per bid period;

   c. A Pilot shall not be involuntarily assigned while on vacation or on blocks of days off that touch a vacation block;

   d. A Pilot shall not be involuntarily assigned more than twice per bid period;

   e. A Pilot may not be assigned to an involuntary assignment that would project the Pilot above the credit hour cap; and

25-42

AA-SCANLAN-0019543

f.   Crew Scheduling shall only use a Pilot's con-
tact numbers when calling to make an invol-
untary assignment.

W.  RESCHEDULE, REROUTE, AND AVAILABLE FOR
TIME

1.   General

a.   Crew Scheduling shall notify a Pilot when
pairings are changed as soon as practicable
after the reschedule occurs, but not less than
two (2) hours before scheduled departure
time unless the change occurred within two
(2) hours of scheduled departure time or
during periods of operational disruption.
Crew Scheduling shall use its best judgment
to avoid interrupting crew rest, especially
between the hours of 2300 and 0700 HDT.

*(Scheduler's notification limits)*

b.   A lineholder shall not be assigned reserve
duty.

c.   A lineholder who is rescheduled or rerouted
shall receive pay and credit for the actual
pairing flown or the originally scheduled pair-
ing, whichever is greater.

d.   A lineholder who is rescheduled, rerouted or
assigned to AT shall not be assigned to a
pairing(s) that starts more than one (1) duty
period in the same calendar day.

e.   A Pilot may be required to deadhead to a RON
or the next station in order to rejoin the origi-
nal pairing.

f.   A lineholder Pilot who has been rescheduled
or rerouted shall rejoin that Pilot's originally
awarded pairing at any station or domicile
where the originally awarded pairing inter-
sects with the Pilot's rescheduled or rerouted
pairing, provided that an operational delay
will not occur as a result of this process. Crew
Scheduling may offer the lineholder Pilot the
option to stay on the rescheduled or rerouted
pairing and the Pilot may accept, but thereaf-
ter the Pilot shall not receive any involuntary
assignment pay for the rescheduled or re-
routed pairing.

*(Rejoining original pairing)*

25-43

AA-SCANLAN-0019544

AA-SCANLAN-0019545

*(Provision for falling below minimum days off in a bid period due to reroute)*

g. If as a result of a reroute, a lineholder falls below the minimum days off in a bid period, at the Pilot's option, the Company shall provide the Pilot with either: (1) involuntary assignment pay pursuant to Subsection 25.V.1. for that portion of the pairing that encroached upon the Pilot's day off; or (2) an additional day off mutually agreeable to the Pilot and Crew Scheduling.

2. Reschedule of a Lineholder Before Pairing Report Time

   a. A lineholder whose full or partial pairing is canceled before the pairing's report time shall accept assignments offered by Crew Scheduling to replace the original assignment; or Crew Scheduling may offer and the Pilot may accept a combination of a specific pairing and AT days, or AT days alone. Alternatively, the Pilot may request and Crew Scheduling may approve release from duty in which event the Pilot shall forfeit pay protection for that pairing(s) and all applicable line guarantees associated with that release.

*(Restrictions on pairing rescheduled)*

   b. The rescheduled pairing shall be restricted to the same number of calendar days, or less, as existed in the originally awarded pairing; shall maintain the same pattern of assignments (days and/or nights); and shall not report earlier than the Pilot's originally scheduled pairing or release later than six hours (6:00) after the Pilot's originally scheduled pairing. In such instances, Crew Scheduling shall pay the Pilot one (1) additional hour of pay, no credit, if the Pilot returns later than four hours (4:00) after the Pilot's original release time. The duty period(s) in the rescheduled pairing shall comply with the limitations in Section 12. A Pilot may agree to waive any or all limitations in this Subsection 25.W.2.b., however, a Pilot shall not be allowed to waive any limitations in Section 12.

3. Reroute of a Lineholder After Report Time

*(Mid trip swaps permitted; 150% if rerouted to a different RON)*

   a. Crew Scheduling may reroute a lineholder in accordance with this Subsection 25.W.3. even if the lineholder's pairing operates as scheduled. No involuntary assignment pay shall be issued if the Pilot is returned to the

25 44

Pilot's original pairing the same calendar day. If such a lineholder is rerouted to a different RON or rerouted to the Pilot's originally scheduled RON so late that the lineholder is not legal to operate the lineholder's original pairing the following day, the Pilot shall receive involuntary assignment pay pursuant to Subsection 25.V.1. for the rescheduled portion of the pairing.

b.    The reroute shall be restricted to the same number of calendar days, or less, as existed in the originally awarded pairing; shall maintain the same pattern of assignments (days and/or nights); and shall not report earlier than the Pilot's originally scheduled pairing or release later than six hours (6:00) after the Pilot's originally scheduled pairing. In such instances, Crew Scheduling shall pay the Pilot one (1) additional hour of pay, no credit, if the Pilot returns later than four hours (4:00) after the Pilot's original release time. The duty period(s) in the rescheduled pairing shall comply with the limitations in Section 12. A Pilot may agree to waive any or all limitations in this Subsection 25.W.3.b., however, a Pilot shall not be allowed to waive any limitations in Section 12. When circumstances beyond the Company's control prevent the Pilot from being returned to domicile as provided in this Subsection 25.W.3.b., the Pilot shall be returned to domicile on the first available on-line flight. The Pilot may be required to serve as an operating crewmember on the return flight. *(Restrictions on rerouted pairings)*

4.    Available for Time (AT)

a.    A lineholder Pilot may be given an AT day(s) in accordance with this Agreement. When placed on AT, the lineholder Pilot's pay and credit for the originally scheduled pairing is guaranteed except as provided in this Subsection 25.W.4. Crew Scheduling shall complete all assignments under this Subsection 25.W.4. prior to 1400 PHX the day prior to each assignment. *(Lineholders may be given AT; assignments completed by 1400 day prior)*

b.    When assigned to an AT day(s), the Pilot shall contact Crew Scheduling after 1400 PHX the day prior to each AT day to ascertain the Pilot's assignment, if any, for the following AT day. *(Pilot responsibility to verify AT assignments)*

25-45

AA-SCANLAN-0019546

The Pilot may verify this through the crew tracking system or by personally contacting Crew Scheduling.

*(Restrictions on AT pairings)*

c. An AT assignment shall be restricted to the same or fewer number of calendar days as existed in the originally scheduled pairing; shall maintain the same pattern of assignment (days and/or nights); and shall not report earlier than the Pilot's originally scheduled pairing or release later than six hours (6:00) after the Pilot's originally scheduled pairing. In such instances, Crew Scheduling shall pay the Pilot one (1) additional hour of pay, no credit, if the Pilot returns later than four hours (4:00) after the Pilot's original release time. A Pilot may agree to waive any or all limitations in this Subsection 25.W.4.c., however, a Pilot shall not be allowed to waive any limitations in Section 12.

d. The Pilot may request, and Crew Scheduling may approve, release from an assignment under this Subsection 25.W.4. In the event such request is approved, the Pilot shall forfeit all applicable pay protection for the originally scheduled pairing(s) and all applicable line guarantees associated with that release.

5. Reschedule and Reroute of a Reserve Pilot

a. Crew Scheduling may reschedule or reroute a reserve Pilot in accordance with this Subsection 25.W.5. even if the reserve Pilot's pairing operates as published.

*(Reschedule prior to airport arrival)*

*(Reschedule more than 2:00 before report)*

b. Reschedule of a Reserve Pilot Prior to Report Time

i. If Crew Scheduling reschedules a reserve Pilot more than two hours (2:00) prior to the Pilot's originally scheduled report time, the Pilot may be immediately reassigned to another pairing or continue the standby duty shift. If no standby duty shift was originally assigned and no pairing exists for assignment, the Pilot shall assume standby duty for the duration of the shift in which the pairing originally reported. If the pairing originally reported in multiple

25-46

AA-SCANLAN-0019547

standby duty shifts, Crew Scheduling shall assign the Pilot to the later shift. If the Pilot is immediately reassigned to another pairing, that pairing shall not depart more than four hours (4:00) from the scheduled report time of the original assignment. Crew Scheduling shall attempt to contact the reserve Pilot to advise of the reschedule at the Pilot's contact numbers designated pursuant to Subsection 25.O.3.

ii. If Crew Scheduling reschedules a reserve Pilot less than or equal to two hours (2:00) prior to the Pilot's originally scheduled report time, the Pilot may be immediately reassigned to another pairing or continue the standby duty shift. If the Pilot is required to continue the standby duty shift, the Pilot shall receive two hours (2:00) pay and credit applied toward the Pilot's minimum bid period guarantee, in addition to any applicable minimum duty period guarantee if the Pilot is assigned a pairing later in that standby duty shift. If no standby duty shift was originally assigned and no pairing exists for assignment, the Pilot shall assume standby duty for the duration of the shift in which the pairing originally reported. If the pairing originally reported in multiple standby duty shifts, Crew Scheduling shall assign the Pilot to the later shift. If the Pilot is immediately reassigned to another pairing, that pairing shall not depart more than four hours (4:00) from the scheduled report time of the original assignment.

*(Reschedule less than 2:00 before report)*

c. If Crew Scheduling reroutes a reserve Pilot after the Pilot's originally scheduled report time, the following shall apply:

*(Rules for reroute of a reserve Pilot)*

i. The reserve Pilot shall immediately be reassigned to another pairing or shall be released for the remainder of the reserve shift and credited with the minimum duty period guarantee.

ii. If the reserve Pilot is immediately reassigned to another pairing, that pairing shall not depart more than four hours

25-47

AA-SCANLAN-0019548

(4:00) from the scheduled report time of the original assignment or the reserve Pilot's actual block-in time from that reserve Pilot's previous pairing.

iii. If the reserve Pilot is not immediately reassigned in accordance with Subsection 25.W.5.c.ii., the reserve Pilot shall resume standby reserve duty on the following calendar day in the applicable reserve availability bucket and be awarded the standby reserve duty shift based upon the Pilot's standing or actual bid.

iv. A reserve Pilot on the last duty period of a flip-flop pairing shall not be subject to a reroute unless such reroute returns the Pilot to the Pilot's domicile and is limited to one (1) operating leg followed by a maximum of one (1) deadhead leg.

d. A reserve Pilot shall not be assigned AT days, except as provided in Subsection 11.N.

X. CHARTERS

*(Bidding and assignments of charter pairings)*

1. Pairings containing only charter flying shall be assigned a pairing number that distinguishes it as a charter pairing. Such known pairing(s) shall be bid and awarded through PBS. Any charter pairing(s) that becomes known after the approval of the final pairing solution shall be made available for bid in Open Time. Any charter pairing(s) that becomes available after 0900 PHX for the following day shall be assigned by the Company in accordance with this Section 25.

*(Assignments; displacements)*

2. All charter operations shall be assigned to eligible bidders in accordance with this Section 25. In the event that a particular Pilot(s), including a Supervisory Pilot(s), is required to operate the pairing due to the needs or demands of the charterer, Crew Scheduling shall displace, pay protect, and release the Pilot(s) originally assigned the pairing.

*(Charter pairing alteration)*

3. Crew Scheduling may alter the report, departure, and arrival times and intermediate stops of charter pairing flight legs. In such instances, the Pilot(s) assigned to the flight legs shall not be considered rescheduled or rerouted, but shall

25-48

AA-SCANLAN-0019549

be scheduled to return to domicile no later than eight hours (8:00) after the Pilot's originally scheduled arrival time, provided that such assignment does not extend more than four hours (4:00) into the Pilot's calendar day off. Any encroachment of more than four hours (4:00) into a lineholder Pilot's minimum day(s) off shall be handled in accordance with Subsection 25.W.1.g. The Pilot shall be compensated for the greater of the actual or scheduled pairing credit.

25-49

AA-SCANLAN-0019550

(This page intentionally left blank.)

AA-SCANLAN-0019551

## SECTION 30
## DURATION

A.   This Agreement shall become effective upon the date of signing, and shall remain in full force and effect until December 30, 2006, and shall renew itself without change each succeeding December 31 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I of the Railway Labor Act, as amended, by either party hereto at least sixty (60) calendar days prior to the date the parties may commence negotiations pursuant to Subsection 30.B. or a subsequent anniversary of such date, unless the parties agree otherwise.

B.   The parties shall commence negotiations pursuant to Section 6 of the Railway Labor Act, as amended, six (6) months prior to December 30, 2006, or the date the Company repays in full the loan issued to the Company pursuant to the Loan Agreement guaranteed by the Air Transportation Stabilization Board, whichever occurs first. If no successor agreement is reached by January 1, 2007, the parties agree to jointly petition the National Mediation Board, invoking its mediation services under the Railway Labor Act, as amended. Each party agrees that there shall be no objection to invoking the mediation process at that time.

30 1

AA-SCANLAN-0019578

IN WITNESS WHEREOF, the parties hereto have signed this Pilots' Agreement on this thirtieth day of December, 2003.

|  | FOR THE AIR LINE PILOTS<br>IN THE SERVICE OF |
|---|---|
| FOR AMERICA WEST AIR LINES, INC. | AMERICA WEST AIR LINES, INC. |

_____

W. Douglas Parker, Chairman, President
and Chief Executive Officer

Duane Woerth, President
Air Line Pilots Association

_____

Jeffrey D. McClelland
Executive Vice President, Operations and
Chief Operating Officer

WITNESS:                           WITNESS:

_____

Joseph Chronic
Vice President, Flight Operations

Terry Stadler, Chairman
AWA Master Executive Council

_____

David G. Seymour, Vice President
Operations Control & Planning

Douglas Dotter, Chairman
AWA MEC Negotiating Committee

_____

Erin F. Lewin
Senior Director & Associate General Counsel

Bruce Beckington, Member
AWA MEC Negotiating Committee

_____

Michael Finn
Director, Crew Resources

Clem Deschenes, Member
AWA MEC Negotiating Committee

_____

Thomas G. Chiodo
Manager, Contract Administration

Roy Weinberg, Member
AWA MEC Negotiating Committee

_____

Matthew Bernier
Manager, Labor Relations

Andrew J. Shostack, Esquire
ALPA Contract Administrator

30 2

AA-SCANLAN-0019579

# EXHIBIT I



# U·S AIRWAYS

## Agreement with the
# Air Line Pilots Association, International



### January 01, 1998 to January 02, 2003



1610

AA-SCANLAN-0002368

## SECTION 2 - DEFINITIONS:

As used in this Agreement, the terms:

**(A)** **"Block-to-Block"** flying for pay purposes means that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

**(B)** **"Block Hour Average"** shall mean the total number of credited hours available in a position at the time lines of time are constructed, divided by the number of lineholders in such position, but in all cases such block hour average shall be not less than eighty-five (85) hours of credited time. NOTE: This paragraph will be superseded by Section 25(B)2.a. effective with the introduction of the new scheduling system.

**(C)** **"Captain"** is the pilot in command of an aircraft who is directly responsible for and is the final authority as to the operation of that aircraft. He has authority over and is responsible for the performance of duties of other crew members.

**(D)** **"Check Engineer"** means any pilot whose name appears on the US Airways, Inc. Pilots' System Seniority List properly trained and qualified to conduct Flight Engineer proficiency checks in a simulator and/or aircraft.

**(E)** **"Check Pilot"** means any Captain whose name appears on the US Airways, Inc. Pilots' System Seniority List properly trained and qualified to conduct proficiency checks in simulator and/or aircraft.

**(F)** **"Day Flying"** means all flying from the hours of 6:00 a.m. through 5:59 p.m. **"Night Flying"** means all flying from the hours of 6:00 p.m. and 5:59 a.m. based on the prevailing time in effect at the pilot's domicile. In all cases, the time of departure used shall be the time of block departure of the airplane.

**(G)** **"Duty Break"** means a time period free from all duty. Such duty break shall begin fifteen (15) minutes after the block-in time of the last flight flown or deadheaded, or actual release time, whichever is later, and shall continue until one (1) hour prior to the next scheduled departure flight or deadhead. For those flights that operate internationally as defined in Section 2(Q) below, the report time shall be one hour and thirty minutes (1:30) and the release time shall be thirty minutes (0:30). See exception in Section 18(H).

AA-SCANLAN-0002401

1 **(H) "Duty Period/Duty Time"** means the time from which a pilot is required to report
2 for duty, one (1) hour prior to flight or deadhead and continuing until such pilot is
3 released from duty, fifteen (15) minutes after block-in time of the last flight segment
4 flown or deadheaded, or scheduled arrival, or actual release time, whichever is later. For
5 those flights that operate internationally as defined in Section 2(Q) below, the report time
6 shall be one hour and thirty minutes (1:30) and the release time shall be thirty minutes
7 (0:30). See exception in Section 18(H).
8

9 **(I) "Domicile"** means a station which is the common location of a pilot or group of
10 pilots from which scheduled, extra section and miscellaneous flying is accomplished.
11

12 **(J) "Equipment"** means an aircraft type on which a pilot is serving or holds a bid in
13 accordance with Section 24 (Filling of Vacancies). Each aircraft for which a separate
14 rate of pay is established in Section 3, or such list as may be amended in accordance
15 with Section 6 (New Equipment), or is included in a Pay Group in accordance with the
16 provisions of Section 3, will be considered as an aircraft type.
17

18 **(K) "First Officer"** means a pilot, any part of whose duty is to assist or relieve the
19 Captain. He shall be directly responsible to the Captain in the discharge of any and all
20 duties which may be assigned by the Captain and shall be second in command of the
21 aircraft.
22

23 **(L) "Flight"** means the movement of an aircraft for the purpose of flying from a given
24 block departure to its next block arrival.
25

26 **(M) "Flight Engineer Instructor"** means any pilot whose name appears on the US
27 Airways, Inc. Pilots' System Seniority List properly trained and qualified to conduct Flight
28 Engineer simulator and/or aircraft training.
29

30 **(N) "Flight Simulator Instructor"** means any pilot whose name appears on the US
31 Airways, Inc. Pilots' System Seniority List properly trained and qualified to conduct
32 simulator and/or aircraft training.
33

34 **(O) "Flying for Pay Purposes"** means hours, mileage and gross weight on a
35 scheduled, extra section flight, proficiency checks, and the following non-scheduled
36 flights: cargo, charter, flight instruction in aircraft, publicity, scenic, re-routed flights,
37 attempted flights, ferry, engine, instrument, aircraft and radio test flights, experimental
38 and airway aid test flights for which pilots receive pay as outlined in this Agreement.
39 Flight instruction and proficiency checks shall not be posted for open bid.
40

41 **(P) "Higher Paying Equipment"** is determined on the basis of aircraft groupings
42 applicable to the aircraft types. It is understood that eighty-five (85) hours shall be used
43 in establishing the equipment pay ranking for Lineholders and the Reserve guarantee
44 shall be used in establishing the equipment pay ranking for Reserve pilots.

AA-SCANLAN-0002402

1   **(Q)**  **"International Flight"** means any flying outside the forty-eight (48) contiguous
2   United States with the exception of the Bahama Islands, Canada and Alaska.  This
3   exception does not apply if a flight originates outside the contiguous forty-eight (48)
4   United States and proceeds non-stop to Canada or Alaska.  International pay rates shall
5   apply to those segments originating from within the United States and terminating
6   outside the United States and return.
7
8       EXAMPLE:  PIT-PHL-BDA -- The PHL-BDA segment is at
9       International pay rates.
10
11  **(R)**  **"International Relief Officer"** means a pilot, any part of whose duty is to assist
12  the Captain.  He shall be directly responsible to the Captain in the discharge of any and
13  all duties which may be assigned to him by the Captain and shall be third in command of
14  the aircraft.
15
16  **(S)**  **"Lineholder"**  is a pilot who is awarded a "line of time" (including a secondary line
17  of time) in such pilot's position as a result of the monthly schedule bidding process.
18
19  **(T)**  **"Line Instructor"** means Bidholding Line Captains trained and qualified to occupy
20  the right seat and conduct initial operating experience line flights.
21
22  **(U)**  A **"Line of Flying"** is a line of time or a Reserve's scheduled days on duty.
23
24  **(V)**  A **"Line of Time"** shall mean a monthly unit of flying consisting of not less than
25  seventy (70) hours of credited time and not exceeding eighty-five (85) hours (eighty-nine
26  (89) hours international) of credited time scheduled to be flown in a month (or prorated
27  on a portion of a month when caused by a schedule change) from a domicile.
28
29  **(W)**  **"Month"** means the period from and including the first day of, to and including the
30  last day of, each calendar month of the year, except that:
31
32      1.A thirty-one (31) day month may be used to stabilize a line of time by utilizing one
33  (1) day from the thirty-one (31) day month to increase the flight time for schedule
34  purposes in a short month.
35
36      2.As an exception to (W)1. above, December 1 may be included in the calendar
37  month of November; and the days December 31 and January 1 may not be moved from
38  their respective calendar months for any purposes.
39
40      The Company shall post the list of adjusted months by September 1 of the
41  preceding year.
42
43  **(X)**  **"Pilot"** means a Captain, First Officer, International Relief Officer and Second
44  Officer whose name appears on the US Airways Pilots' System Seniority List and who
45  holds a currently effective airman's certificate authorizing him to serve as such.

AA-SCANLAN-0002403

2(Y)
**Definitions**
"Position"

1 **(Y) "Position"** means a pilot's awarded status, equipment and domicile.

2

3 **(Z) "Reserve "** means a pilot who is not a lineholder.

4

5 **(AA) "Second Officer"** means a pilot who is the third flight deck crew member and
6 third in command of the aircraft and whose duties as a member of the flight crew are to
7 assist the Captain and First Officer in the analysis, operation and monitoring of the
8 mechanical and electrical systems of the aircraft, to inspect the aircraft before flight, and
9 who is properly qualified to serve as such Second Officer, including a Commercial Pilot's
10 License and Instrument Rating and Flight Engineer's certificate.

11

12 **(AB) "Status"** means a pilot's awarded designation as Captain, First Officer,
13 International Relief Officer or Second Officer.

14

15 **(AC) "Sufficiently Qualified"** for the purpose of this Agreement means that a pilot
16 meets the minimum Federal regulatory requirements for his status, exclusive of routine
17 familiarization flights.

18

19 **(AD) "Trip"** means all the flights encompassed by a trip hour period, as defined in
20 Section 2(AE).

21

22 **(AE) "Trip Hours"** means all the time which is accrued from the time a pilot is
23 required to report, one (1) hour before scheduled departure at the airport of his domicile
24 or actual reporting time, whichever is later, prior to proposed flight departure, until the
25 time a pilot is released a minimum of fifteen (15) minutes after the arrival at his domicile
26 for a minimum required rest period.  For those flights that operate internationally as
27 defined in Section 2(Q) above, the report time shall be one hour and thirty minutes
28 (1:30) and the release time shall be thirty minutes (0:30).  See exception in Section
29 18(H).

AA-SCANLAN-0002404

**PERSONAL NOTES:**

AA-SCANLAN-0002405

2
Personal Notes

# PERSONAL NOTES:

AA-SCANLAN-0002406

1   **SECTION 12 - HOURS OF SERVICE:**
2
3   **(A)**   Eighty-five (85:00) credited hours shall constitute the monthly maximum for pilots
4   except that a pilot may exceed 85 credited hours by:
5
6       1.    The sum of any duty or trip rig pay, VM pay or DH pay on the pilot's last trip
7   of the month plus the cumulative amount of the pilot's under-schedule time for the month
8   to a maximum of ninety (90:00) credited hours; plus,
9
10       2.    The amount of any negative bank time that the pilot is flying back in a
11   month.
12
13   **(B)**   This Agreement contemplates that pilots shall devote their entire professional
14   flying service to the Company.  However, nothing in this Agreement shall prohibit any
15   pilot from affiliating or assuming any duties with the military services of the United
16   States.
17
18   **(C)**   Actual flight time block-to-block and all credited flight time as provided for
19   elsewhere in this Agreement shall be used for flight time limitation purposes.  Credited
20   flight time shall include the hours of flight pay for:
21
22       1.    Duty and VM rigs* (Section 12(J) )
23       2.    Trip rig hours pay* (Section 12(J) )
24       3.    Training (Section 11(F)2)
25       4.    Proficiency checks and LOFTs (Section 11(F)3)
26       5.    Deadheading* (Section 8)
27       6.    Sick Leave** (Section 14)
28       7.    Vacation (Section 7)
29       8.    Simulator (Section 11(F)3)
30       9.    ALPA flight pay loss time (Section 26)
31      10.   Two hours (2:00) minimum reporting pay and credit (Section 12(F))
32      11.   Jury duty (Section 26(E))
33      12.   Differences Training (Section 11(F)4)
34      13.   Requalification Training (Section 11(F)4)
35      14.   International Training (Section 11(F)4)
36
37        * Subject to Section 12(A) and Section 8(E).
38
39        ** May be flown back at a pilot's option.
40
41   **Note:**     That portion of items 3., 4., 8., 12., 13., and 14. which involve pay without
42   credit shall become pay and credit prior to an impending furlough, and for the duration of
43   any furlough.

AA-SCANLAN-0002469

1 **(D)**    Pay and credit due a pilot under this Section shall be computed on a daily basis
2 and as a continuation of the last leg of the trip in the applicable duty or trip hour period.
3 When the pay and credit due a pilot under this Section involves deadheading, the pilot
4 shall be paid at rates equal to the equipment he was originally scheduled to fly on the
5 last leg of the trip.
6
7 **(E)**    When a flight departure is delayed for more than three (3) hours, the pilots who
8 are scheduled for such flight shall not be required to stand by and shall be relieved of
9 duty at their request, provided that other pilots are available to replace them without
10 increasing the delay.  The pilots desiring to be relieved shall remain on duty until the
11 relief pilots report for duty.
12
13 **(F)**    When a pilot reports to the airport to fly and fails to fly or flies less than two hours
14 (2:00), he shall be paid and credited a minimum of two hours (2:00), but not less than
15 actual flight time.
16
17 **(G)    Scheduled Days Off**
18
19    1.        All mainline pilots shall be given a minimum of eleven (11) days
20 off each month at their domicile free of all duty.  US2 Lineholders shall be given a
21 minimum of fourteen (14) days off each month at their domicile free of all duty, of
22 which two (2) days may be voluntarily reduced at pilot option to allow the pilot to pick
23 up additional flying.  US2 Reserves shall be given a minimum of twelve (12) days off
24 each month at their domicile free of all duty.  Days off shall begin at 0001 hours and
25 shall end at 2400 hours.
26
27    **2.        Reserve pilots shall have their days off scheduled as follows:**
28
29    a.        For Short Call Reserves, days off shall be scheduled in groups of
30 no less than two (2) days off and no more than five (5) days off.  Short Call Reserve
31 pilots may not voluntarily fly on a day off.
32
33    b.        For Regular Reserves, days off shall be scheduled prior to and
34 contiguously with reserve open trips.  Such days off shall be scheduled in groups of no
35 less than two (2) days and no more than five (5) days off.  Regular Reserve pilots may
36 not voluntarily fly on a day off.
37
38    c.        Reserves shall not be scheduled "on duty" for more than six (6)
39 consecutive days in any month.
40
41    3.    The Company will make a reasonable effort to honor pilot initiated requests
42 for days off consistent with the needs of the airline.

AA-SCANLAN-0002470

1 **(H)     Duty Periods**
2
3 **NOTE:** This Section 12(H) does not apply to Transoceanic duty periods.  See Section
4 18(H) for Transoceanic duty periods.
5
6          **1.     "Standard" Duty Periods**
7
8               a.     "Standard Duty Period" does not contain any scheduled flight
9 segments which involve any portion of the on-duty hours of 0100 to 0500.
10
11              b.     A pilot shall not be scheduled for a standard duty period of more
12 than fourteen (14) hours. At pilot option, he may elect to be scheduled for a fifteen (15)
13 hour duty period at his domicile for the purpose of combining trips in accordance with
14 12(L) below.
15
16              c.     A pilot on a standard duty period may be required by the Company
17 to remain on duty for up to fifteen (15) hours to complete a duty period originally
18 scheduled for fourteen (14) hours or less.
19
20              d.     A pilot originally scheduled on a standard duty period may be
21 rescheduled in actual operation, including into the duty hours of 0100 to 0500, as long
22 as the provisions of 12(H)1.b. and 12(H)1.c. above are not exceeded.
23
24          **2.     "Back-of-the-Clock" Duty Periods**
25
26              a.     "Back-of-the-Clock Duty Period" contains at least one scheduled
27 flight segment which involves a portion of the on-duty hours of 0100 to 0500, but does
28 not involve all of the on-duty hours of 0100 to 0500.
29
30              b.     A pilot shall not be scheduled for a back-of-the-clock duty period
31 nor shall he schedule himself for a back-of-the-clock duty period of more than twelve
32 (12) hours.
33
34              c.     A pilot on a back-of-the-clock duty period may be required by the
35 Company to remain on duty up to fifteen (15) hours to complete a duty period originally
36 scheduled for twelve (12) hours or less.
37
38              d.     A pilot on a back-of-the-clock duty period may only be rescheduled
39 to fly one additional segment, either prior to or subsequent to the scheduled rest break,
40 but in no event more than one additional segment may be flown.  (NOTE:  See Letter
41 #45 for additional parameters.)
42
43              e.     Trips which involve a portion of the on-duty hours of 0200 to 0500
44 shall be limited to two (2) flight segments except for stand-alone charter trips
45 constructed in accordance with Section 9(C)3. (Charters).

AA-SCANLAN-0002471

1     **3.**     **"On Duty All Nighter" (ODAN) Duty Periods**
2
3         a.     An "ODAN Period" includes all the on-duty hours of 0100 to 0500.
4
5         b.     Trips that are scheduled to operate in an ODAN period shall be
6 limited to two (2) flight segments. Except as provided in paragraph c. below, an ODAN
7 period shall not be scheduled for more than ten (10) hours and a pilot may not schedule
8 himself for an ODAN period of more than ten (10) hours.
9
10         c.     As an exception to paragraph b. above, an ODAN period that has  a
11 "rest period" of at least four (4) hours may be scheduled for up to fourteen (14) hours.  In
12 this case, such ODAN period shall be scheduled as a stand-alone duty period, that is,
13 such ODAN period shall not be incorporated with any other duty period in a trip, and
14 shall not contain any flight segment greater than two (2) hours block-to-block.
15
16         d.     A pilot on an ODAN duty period may be required by the Company
17 to remain on duty up to fifteen (15) hours to complete a duty period originally scheduled
18 under the provisions of 12(H)3.b. and 12(H)3.c. above.
19
20         e.     A pilot on an ODAN duty period may only be rescheduled to fly one
21 additional flight segment. This additional flight segment may be flown either prior to or
22 subsequent to the scheduled rest break. In no event may more than one additional flight
23 segment be flown.
24
25     **4.**     **"Duty Period/Duty Time":** The time from which a pilot is required to
26 report for duty, one (1) hour prior to flight or deadhead and continuing until such pilot is
27 released from duty, fifteen (15) minutes after block-in time of the last flight segment
28 flown or deadheaded, or scheduled arrival, or actual release time, whichever is later.
29
30     **5.**     **"Duty Break":** A time period free from all duty. Such duty break shall
31 begin fifteen (15) minutes after the block-in time of the last flight flown or deadheaded,
32 or actual release time, whichever is later, and shall continue until one (1) hour prior to
33 the next scheduled departure flight or deadhead.
34
35     6.     When a pilot is required to standby, such standby time shall be considered
36 on-duty time.
37
38     7.     The one (1) hour report time before scheduled departure and the fifteen
39 (15) minutes release time after the actual arrival shall also apply to deadheading by air
40 or surface transportation except for stand-alone charter trips constructed in accordance
41 with Section 9(C)3. (Charters).

AA-SCANLAN-0002472

**(I)    Rest Provisions**

A pilot's on duty period cannot be broken by an off duty period of less than eight hours and thirty minutes (8:30) (i.e., 8:30 duty break/9:45 block-to-block) with the following exceptions:

1.    A pilot's on duty period cannot be broken by an off duty period at his domicile of less than nine (9:00) hours (i.e., 9:00 duty break/10:15 block-to-block).

2.    a.    For scheduling purposes, when the combined scheduled duty periods before and after a duty break are twenty-two (22:00) hours or less and the scheduled duty period following the duty break does not exceed twelve (12:00) hours, a pilot shall be scheduled for an off duty period of not less than eight hours and thirty minutes (8:30) (i.e., 8:30 duty break/9:45 block-to-block).

b.    In actual operation, when the combined scheduled duty periods before and after a duty break are twenty-two (22:00) hours or less, the actual off duty period shall be no less than eight hours (8:00) (i.e., 8:00 duty break/9:15 block-to-block). The scheduled duty period following the duty break shall not exceed twelve (12:00) hours.

3.    a.    For scheduling purposes, when the combined scheduled duty periods before and after a duty break are more than twenty-two (22:00) hours, the off duty period shall be no less than nine hours and forty-five minutes(9:45) (i.e., 9:45 duty break/11:00 block-to-block).

b.    In actual operation, when the combined scheduled duty periods before and after a duty break are more than twenty-two (22:00) hours, the actual off duty period shall be no less than eight hours and thirty minutes (8:30) (i.e., 8:30 duty break/ 9:45 block-to-block).

4.    It is intended that a pilot may, at his option, waive the nine hour (9:00) duty break/ten hours and fifteen minutes (10:15) block-to-block rest provisions of Paragraph (I)1 above to an eight hour (8:00) duty break/nine hours and fifteen minutes (9:15) block-to-block, at his domicile subject to flight time limitations of the Federal Aviation Regulations and to Paragraph (H) above.

AA-SCANLAN-0002473

1 **(J)    Rigs**
2
3     **1.    Duty Rig Pay and Credit**
4
5         a.    A pilot shall receive a minimum of one (1) hour of flight pay and
6 flight time credit for every two (2) hours of actual on-duty time between the hours of 0600
7 and 2159 and one (1) hour of flight pay and flight time credit for each one and three
8 quarter (1-3/4) hours prorated on a minute-by-minute basis of actual on-duty time
9 between the hours of 2200 and 0559.
10
11         **EXAMPLE:**  On a trip which originates before 2200 and terminates
12 after 2200, the minimum flight time pay and credit is computed at one for two (1 for 2)
13 hours up to 2200 and added to the minimum flight time pay and credit computed after
14 2200 at one for one and three quarter (1 for 1-3/4) hours.  From this total, the scheduled
15 or actual flight time flown is subtracted to determine "On Duty" claim time whether the
16 time flown was before or after 2200.
17
18         b.    In the event that the Company needs to create a temporary training
19 float for the purpose of adding new or additional aircraft to the fleet, an expanded duty
20 rig may be utilized.  The Company will request approval for such temporary action by
21 demonstrating to the Master Executive Council the desired changes to the duty rigs set
22 forth in Paragraph (J) of this Section to be applied by position.   After agreement has
23 been reached, pilots will be notified in writing and the trip pairings will be printed to
24 reflect the new values.
25
26     **2.    Variable Minimum (VM) Pay and Credit**
27
28         When a Lineholder or a Reserve departs his domicile on a scheduled trip,
29 he shall receive an average of five (5:00) hours for each on-duty period (except as
30 outlined in 12(J)2.b. below) as follows:
31
32         a.    When trips are constructed, the Company shall establish the
33 Variable Duty Period Minimum (VM) for each duty period at any value it chooses
34 between four (4:00) and six (6:00) hours provided the sum of the established variable
35 duty period minimum(s) for all the duty periods in any given trip equals no less than five
36 (5) times the number of duty periods in the trip.
37
38         b.    The following on-duty periods are excluded from the provisions of
39 Paragraph (J)2.a. above:
40
41         (1)    An on-duty period in which a landing was not made at an
42 airport other than the airport of takeoff, test flights, training flights, or deadhead at a
43 pilot's request.  Actual time or two hours (2:00) pay and credit shall apply, whichever is
44 greater.

AA-SCANLAN-0002474

1           (2)     An on-duty period composed solely of deadhead when such
2 on-duty period is contained in a portion of a trip assigned to a Reserve or awarded to a
3 pilot from the Availability/Improvement List when such trip was not constructed in the
4 published pairings. Actual time or two hours (2:00) pay and credit shall apply, whichever
5 is greater.
6
7           (3)     Split trips (see Section 12(K) below)
8
9       c.     A pilot is not entitled to more than five hours (5:00) VM rig pay for a
10 single duty period unless the pilot "doubles up", i.e., he would otherwise complete his
11 duty period but is either assigned or opts to pick up another published trip eligible for VM
12 pay in accordance with Section 12(L) below.  In no event is a pilot eligible for more than
13 two VM minimum day pay claims for a single duty period.
14
15       d.     The difference between flight credits and the variable duty period
16 minimum will be calculated for each on-duty period in a trip.  Where the VM is greater
17 than scheduled or actual flight credits, such difference will be added to scheduled or
18 actual credits to determine credits applicable to such trip.
19
20 **EXAMPLES:**
21

| | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|
| 1. | | | | | |
| Scheduled | 4:40 | 5:10 | 7:05 | 2:15 | 19:10 |
| Designated VM | 4:50 | 5:10 | 6:00 | 4:00 | 20:00 |
| Actual | 4:40 | 5:20 | 7:10 | 2:20 | 19:30 |
| Credit (VM) | 0:10 | - | - | 1:40 | 1:50 |
| | | | | | 21:20 |

| | 1 | 2 | | | TOTAL |
|---|---|---|---|---|---|
| 2. | | | | | |
| Scheduled | 0:50 | 7:40 | | | 8:30 |
| Designated VM | 4:00 | 6:00 | | | 10:00 |
| Actual | 0:55 | 8:15 | | | 9:10 |
| Credit (VM) | 3:05 | - | | | 3:05 |
| | | | | | 12:15 |

| | 1 | 2 | 3 | | TOTAL |
|---|---|---|---|---|---|
| 3. | | | | | |
| Scheduled | 4:07 | 4:20 | 6:10 | | 14:37 |
| Designated VM | 4:07 | 4:53 | 6:00 | | 15:00 |
| Actual | 4:53 | 4:30 | 6:50 | | 16:13 |
| Credit (VM) | - | 0:23 | - | | 0:23 |
| | | | | | 16:36 |

AA-SCANLAN-0002475

1     **3.**     **Trip Rig Pay and Credit**
2
3   For each trip, a pilot shall be credited with a minimum of one (1) hour of flight time pay
4   and flight time credit for each three hours and thirty minutes (3:30) trip hours,
5   prorated.
6
7     **4.**     **Claims**
8
9     Claims submitted for pay and/or credit under Paragraphs (J)1, (J)2 and (J)3
10   above must include all applicable credit time as set forth in Paragraph 12(C) during
11   the trip hour period.
12
13   **(K)**   **Split Trips**
14
15     1.     A pilot may not split a trip out of domicile unless for an emergency of a
16   personal nature, sick, legality purposes, at Company request, reserve days off or for
17   reserves maximizing time.
18
19     **2.**     **A pilot who splits a trip** will be paid and credited as follows:
20
21     a.     Duty rig (1 for 2, 1 for 1-3/4) shall apply only when the split is due
22   to an emergency of a personal nature, legality purposes, for reserve days off or for
23   reserves maximizing time.
24
25     b.     VM rig (minimum day pay) shall be adjusted to two hours and
26   thirty minutes (2:30) (for US2 operations, 2:45) or actual time flown, whichever is
27   greater, for the day of the split. If the pilot split the trip for an emergency of a personal
28   nature, legality purposes, for reserve days off or for reserves maximizing time, he shall
29   additionally be paid and credited any non-scheduled deadhead time generated by
30   splitting the trip.
31
32     c.     Trip rig (1 for 3:30) shall also apply when the split is due to an
33   emergency of a personal nature, legality purposes, for reserve days off or for reserves
34   maximizing time.
35
36     d.     A pilot who schedules himself in excess of 28:30 and must split a
37   trip due to a 30 in 7 legality will not be entitled to the pay and credit provisions of
38   paragraph (K)2.a. and (K)2.c. above. For international flying covered by the 32 in 7
39   legality rule, a pilot who schedules himself in excess of 30:30 and must split a trip due
40   to a 32 in 7 legality will not be entitled to the pay and credit provisions of paragraph
41   (K)2.a. and (K)2.c. above.

AA-SCANLAN-0002476

1 **3.** **A pilot who assumes a trip that was split** by another pilot will be paid
2 and credited as follows:
3
4 a. The pilot's duty period for duty rig (1 for 2, 1 for 1-3/4) purposes will
5 be calculated using his actual on-duty time (including deadhead if applicable).
6
7 b. The pilot's VM rig (minimum day pay) will be adjusted to two hours
8 and thirty minutes (2:30) (for US2 operations, 2:45) or actual time flown (including
9 deadhead) in the split duty period, whichever is greater. For subsequent completed duty
10 periods, the VM rig shall apply.
11
12 c. The pilot's trip rig (1 for 3:30) will be calculated using his actual trip
13 time (including deadhead if applicable).
14
15 **(L)** **Combined Trips**
16
17 A pilot may combine two separate trips as follows:
18
19 1. A Lineholder may pick up, or a Reserve may pick up or be assigned, a
20 combination of trips, or portion of a trip(s), prior to release. A Lineholder who combines
21 two (2) separate trips is entitled to trip (1 for 3:30), duty (1 for 2,1 for 1-3/4), and VM rig
22 pay and credit as called for in the monthly published trip pairings. Such additional flying
23 for a Reserve pilot does not result in additional VM rig pay unless the additional trip(s)
24 was published or established as a VM rig pay trip.
25
26 2. A Reserve pilot may be released but called back to duty prior to a
27 minimum rest period to fly another trip. Such additional flying will result in additional VM
28 rig pay.
29
30 3. In no event shall a pilot be paid more than two minimum days as a result of
31 combining trips pursuant to Paragraphs (L)1. and (L)2. above.
32
33 **(M)** **Trips Extending Into Another Month**
34
35 In the event that the trip hour period extends from one (1) calendar month into
36 another, the accumulated pay and credit will be credited to the first calendar month in an
37 amount necessary to total eighty-five (85) credited hours. Any amount in excess of
38 eighty-five (85) credited hours will be credited to the succeeding calendar month.

AA-SCANLAN-0002477

**(N)      Pay Bank, Notification and Overprojection**

      **1.      General**

In those months in which a pilot's credited pay hours exceed eighty-five (85:00) hours, he shall be paid for eighty-five (85:00) hours and the balance of his pay for credited hours for the month shall be added to his bank subject to the provisions of Paragraph (N)3, Positive Bank, below.  "Pay no credit" hours in excess of eighty-five (85:00) pay hours will be paid to the pilot for that month and not added to his pay bank.

      a.      In those months in which a pilot's credited pay hours are less than eighty-five (85:00) hours, his "Positive Bank", if any, shall be debited to increase his pay to eighty-five (85:00) hours.  If accumulated pay in his bank is insufficient to increase his pay to eighty-five (85:00) hours, and if the pilot is a lineholder, he may elect to use "Negative Bank" subject to the restrictions outlined in Paragraph (N)4, Negative Bank, below.

Bank balances are intended to allow a pilot to receive pay for the monthly maximum so long as pay is available within his bank.  Bank pay is not to be removed in any form other than as pay for credited hours, so long as the pilot remains in payroll status.  This provision is not intended nor does it permit a pilot to pick-up time to be used to fly additional time for his own purposes or at the request of the Company, except as provided in Paragraph (N)4, Negative Bank, below.

      **2.      Notification**

Each pilot will be notified of his bank balance on his Pilot Personal Flight Time Report.  Each pilot's Personal Flight Time Report will indicate adjustments, plus or minus, as well as the balance remaining in his bank at the end of the previous month.  Such balance will be expressed not only in dollars but also in hours and minutes applicable to his longevity, equipment and status.

In each domicile, the Company shall post each pilot's accumulated bank balance expressed in hours and minutes as soon as possible following tabulation of each month's flying.  In addition, the MEC Chairman shall be promptly provided a computer record of any and all pilots who have an accumulation in excess of twenty-seven hours and thirty minutes (27:30) for any reason.

      **3.      Positive Bank**

      a.      Any pay for credited time for a month in excess of eighty-five (85) hours shall be added to the pilot's pay bank.

AA-SCANLAN-0002478

1          b.     Credited time placed in a pilot's pay bank shall be recorded in
2 hours and as an equivalent dollar amount based on the actual pay that was banked.
3 When the pilot changes longevity, equipment, or status such that his hourly rate
4 changes, the pay bank equivalent dollar amount remains constant, but the hours are
5 restated to reflect the new pay rate. When the pilot draws from his pay bank, he shall be
6 paid at night rates.
7
8          c.     Once a pilot's pay bank exceeds or is projected to exceed twenty-
9 seven hours and thirty minutes (27:30), the pilot must immediately take steps to drop
10 time to reduce his pay bank accordingly by notifying Crew Scheduling of his preference
11 of trip(s) to be dropped within the current month and/or subsequent month.
12
13          d.     The Company will make reasonable efforts to allow the pilot to drop
14 the trip of his choice within the current month. However, if coverage requirements do not
15 permit dropping the trip of choice in the current month, the pilot may be required to drop
16 a different trip in the current month or a trip in the subsequent month. Should the pilot
17 be notified that the trip of his choice may not be dropped, the Company shall, within
18 twenty-four (24) hours of such notification, notify the pilot as to which trip(s) shall be
19 dropped. With notification to Crew Scheduling, the pilot may utilize SAP to reduce his
20 time in the subsequent month. After such notification, should the pilot not elect to utilize
21 SAP or be unsuccessful in utilizing SAP to drop time, Crew Scheduling will notify the
22 pilot of which trip(s) are to be dropped by the 5th of the subsequent month.
23
24          e.     In no event shall any balance in a pilot's bank be used to offset pay
25 credit due as a result of guarantees (including any US2 pay protection), sick leave,
26 vacation, training, ALPA leave or a rescheduling shortage. Bank time shall be used
27 automatically in addition to guarantee, sick leave, vacation, training or ALPA leave up to
28 his allowable maximum.
29
30     **4.    Negative Bank**
31
32          a.     In any month a Lineholder's accumulated bank time is insufficient
33 to increase his monthly flight time credit to his monthly maximum, the Company, at pilot
34 request, shall provide flight time pay equivalent to that necessary to increase the pilot's
35 monthly pay to his monthly maximum. Pilots are limited to a maximum deficit of ten
36 (10:00) hours per month and fifteen (15:00) hours cumulative. This pay allocation will
37 apply to pilots on ALPA leave but will not apply to pilots receiving Reserve guarantee, or
38 pilots on any authorized leave of absence.
39
40          b.     Bank Time paid shall be based on the position the pilot flew in the
41 bid period requiring the use of such bank time. Day/night ratio shall be that of the line
42 flown. In subsequent periods, the pilot shall repay any negative bank time owed in an
43 amount equal to the dollar amount used before accumulating positive bank time.

AA-SCANLAN-0002479

**12(N)4.c.**
**Negative Bank**

1          c.          If a pilot has a negative bank balance at the beginning of the
2    month, he may increase his monthly maximum to eighty-five (85:00) hours plus his
3    negative bank balance.  The pilot, at his option, may pick up time to reduce the negative
4    bank.
5
6          d.          Should a pilot maintain the cumulative maximum in the negative
7    bank for a period of six consecutive months, he shall be required to reduce below such
8    maximum by picking up time if available to him.  In the event he fails to reduce below the
9    accumulative maximum within the next three (3) months, the Company may assign him
10   a trip to effect said reduction.  If necessary, any bank time owed will be deducted from a
11   retiring or terminated pilot's final pay.
12
13       **5.    Overprojection**
14
15          If application of duty rigs as defined in 12(J) above or deadhead on a
16   pilot's last trip of the month combined with the cumulative amount of under-schedule
17   time for the month would project him over eighty-five (85:00) credited hours, then such
18   excess pay and credit time shall be added to his bank.  However, this paragraph shall
19   not be used to project over ninety (90:00) pay hours except to fly back negative bank
20   time.  The provisions of this Paragraph shall not be used to require a pilot to exceed the
21   limits of Paragraph 12(A) above.
22
23   **(O)    Cancellation of Last Trip**
24
25          When a pilot's last series of trip(s) in a month is canceled for any reason, he shall
26   be paid and credited for the original value of his trip, except if the pilot is rescheduled in
27   accordance with Section 25(F).
28
29       **NOTE:**          Unless explicitly addressed in Section 18 for International pilots, or
30   the Supplemental Agreement for US2 Operations, the provisions of this Section shall
31   apply to all pilots.

AA-SCANLAN-0002480

1  **PERSONAL NOTES:**
2
3  _____
4
5  _____
6
7  _____
8
9  _____
10
11 _____
12
13 _____
14
15 _____
16
17 _____
18
19 _____
20
21 _____
22
23 _____
24
25 _____
26
27 _____
28
29 _____
30
31 _____
32
33 _____
34
35 _____
36
37 _____
38
39 _____
40
41 _____
42
43 _____
44
45 _____

AA-SCANLAN-0002481

12
Personal Notes

# PERSONAL NOTES:

1
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
26 _____
27 _____
28 _____
29 _____
30 _____
31 _____
32 _____
33 _____
34 _____
35 _____
36 _____
37 _____
38 _____
39 _____
40 _____
41 _____
42 _____
43 _____
44 _____
45 _____

AA-SCANLAN-0002482

1    **SECTION 13 - LEAVE OF ABSENCE:**
2
3    **(A)**    When the requirements of the Company will permit, a pilot may be granted a
4    leave of absence.  When such leave is granted, a pilot shall retain and continue to
5    accrue seniority.  Seniority shall not accrue for more than twelve (12) consecutive
6    months except for leaves of absence for military service and service with the
7    Association, provided such period of accrual may be extended with the approval of the
8    Company and the Pilots' Master Executive Council.  Length of service for base pay or
9    salary purposes shall not accrue during leaves of absence, except leaves granted in the
10   interest of the Company, leaves to permit attendance as pilot representatives at
11   conferences with the Company or for duty with the military services of the United States.
12   In the event of refusal, the Company will respond in writing, stating the reasons for such
13   refusal.  If a pilot takes a leave of absence for reasons other than military service and
14   service with the Association, he will not be eligible for any additional leave until he has
15   served in flying status for a period equal to such leave.  If a pilot is refused a leave of
16   absence, no other pilot shall be granted a leave until the pilot whose leave was refused
17   has been given an opportunity to go on leave unless otherwise agreed between the
18   Company and the Pilots' Master Executive Council.
19
20   **(B)**    The Company may require a pilot who returns from a leave of absence to fly as a
21   First Officer for a six (6) month period at First Officer rates of pay consistent with his
22   seniority, until qualified for Captain assignment.  A First Officer shall be paid at rates
23   consistent with his seniority until qualified, except that a pilot shall not receive pay while
24   unqualified for First Officer assignment in excess of sixty (60) days unless the Company
25   elects to extend this time limit.  A Second Officer shall be paid at Second Officer rates
26   consistent with his seniority until he is qualified, except that he shall not receive pay
27   while unqualified for assignment in excess of sixty (60) days unless the Company elects
28   to extend this time limit.
29
30   **(C)**    A pilot on leave of absence shall not engage in aviation employment as a pilot
31   without prior written permission of the Company.  In no case shall such pilot engage in
32   employment which may bring discredit upon the Company.
33
34          **NOTE:**  See Section 12(B) concerning military flying.
35
36   **(D)**    A pilot elected or appointed to a National Office position with the Association shall
37   be granted a leave of absence with no loss of seniority.  Such pilot will retain and
38   continue to accrue seniority and longevity for pay and benefit accrual purposes.  Leaves
39   of absence granted to accept a position with the Federal Government in an executive
40   capacity on aviation matters will be subject to mutual agreement between the Company
41   and the Association.

AA-SCANLAN-0002483

1   **(E)**    Any pilot who is involuntarily ordered to active military service, or who volunteers
2   for such service in the event war is declared by the United States of America, or who is
3   involuntarily ordered to active military duty in a partial or total emergency shall be
4   automatically granted a military leave of absence by the Company during such periods
5   of service until a maximum of ninety (90) days after it is possible for such pilot to secure
6   a release or discharge from such active service. During such military leave, the pilot
7   shall retain and continue to accrue seniority, including seniority for pay purposes. If a
8   pilot had not checked out as Captain at the beginning of his military leave, but would
9   have been checked out prior to the ending of such leave, he shall be given the same
10  pilot seniority date for pay purposes as the next pilot promoted to Captain who is junior
11  to him and who was not on military leave of absence. Return to duty after such military
12  leave of absence shall be subject to a reasonable qualifying period, not to exceed:
13
14      1.    Three (3) months if he has been on flying status in the military service.
15
16      2.    Six (6) months if he has been on non-flying status in the military service.
17
18        a.    During such qualifying period, such pilot shall receive no less than
19  the First Officer pay to which he is entitled in accordance with his seniority. A pilot must
20  serve an unexpired portion of his probationary period upon return from military leave of
21  absence and shall be subject to the same employment requirements as though his
22  service with the Company had not been interrupted. Such pilot will be compensated on
23  the basis of probationary wages then in effect during any unexpired probationary period.
24  At the completion of his probationary period, such pilot's compensation will be
25  determined on the basis of his total seniority including the time spent on military leave.
26  A pilot discharged by the Armed Forces of the United States due to partial disability will
27  be allowed sufficient time to regain his certificates in accordance with the provisions of
28  the Agreement.
29
30        b.    Nothing herein shall apply when a pilot voluntarily goes on active
31  duty for normal training periods each year, in which case the pilot shall be entitled to a
32  leave of absence during such period if the requirements of the service permit. He shall
33  continue to retain and accrue seniority during such leave.
34
35        c.    Upon return to active flying status, re-employment rights and
36  benefits shall be governed and limited to the protection afforded under applicable
37  Federal Statutes.
38
39   **(F)**    A pilot on leave of absence for personal reasons under the provisions of
40  Paragraph (A) above shall notify the Company of his intention to return to duty not less
41  than thirty (30) days prior to the expiration of such leave of absence. If his return to duty
42  requires initial or transition training which would not have been required if such pilot had
43  not taken a leave of absence, he shall be reimbursed the same amount as pilots
44  covered by Section 5(A) and (B)1 only, and will be returned to pay status upon the
45  completion of such training.

AA-SCANLAN-0002484

1  **(G)**   A pilot granted a leave of absence in excess of thirty (30) days shall not accrue
2 vacation or sick leave credits during such period of absence. A pilot on military leave
3 pursuant to Paragraph (E) above will accrue sick leave for the first six (6) consecutive
4 months of the leave.
5
6  **(H)**   **Medical and Group Insurance**
7
8     1.   A pilot granted a leave of absence under the provisions of Paragraph (A)
9 above will have his medical and group insurance continued for the first thirty (30) days of
10 such leave. Thereafter coverage will be based on his application to continue such
11 coverage by his paying to the Company, in advance and on a monthly basis, the
12 equivalent of the group rate paid by the Company.
13
14     2.   A pilot who commences a leave of absence and who is entitled to remain
15 in the Company's medical plans may select Option A or Option B coverage (as
16 described in the Letter of Understanding, dated July 9, 1992) during the first thirty (30)
17 days of such leave. He shall retain such option for the duration of his leave.
18
19     3.   A pilot on military leave pursuant to Paragraph (E) above will have his
20 medical and group insurance continued for the first six (6) consecutive months of the
21 leave. Thereafter, Paragraph (H)1 above would apply.
22
23  **(I)**   **Permanent Bid Procedure for Pilots on Leave**
24
25     1.   A pilot granted a leave of absence will maintain his then current bid for
26 reinstatement purposes.
27
28     2.   A pilot on leave will be required to maintain and participate in the
29 permanent bid process in the same manner as an active pilot. In addition to the normal
30 bid submission process, bids will be accepted by telephone (followed by written
31 confirmation), fax, or telex. Bids received after the closing date will be considered on an
32 individual basis.
33
34     3.   A pilot on leave who is awarded a change in his permanent bid will have
35 that bid recorded as a change for reinstatement purposes only.
36
37     4.   A pilot returning from a leave will be reinstated to the bid he currently
38 holds.

AA-SCANLAN-0002485

13
Personal Notes

## PERSONAL NOTES:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

AA-SCANLAN-0002486

1  **SECTION 25 - SCHEDULING:**
2
3  **NOTE:** Dates and times marked herein with an asterisk (*) reflect current book, but with
4  the mutual understanding of the parties that such dates and times may be updated, as
5  mutually agreed, subsequent to the introduction of new processes or automation as
6  discussed in these negotiations.
7
8  **(A)**    **Scheduling Committees**
9
10          **1.     Central Scheduling Committee**
11
12                  a.      The Central Scheduling Committee shall meet prior to schedule
13  changes at the request of either of the parties to this Agreement, for the purpose of
14  making recommendations to the Company which will assist in establishing or modifying
15  uniform policy, procedures or parameters for the scheduling of pilots, including domicile
16  trip pairings and assignments.
17
18                  b.      The Central Scheduling Committee will meet upon the request of
19  either its pilot or Company representatives to resolve matters referred to it by:
20
21                          (1)     Either a Local Scheduling Committee or a Chief Pilot when
22  such matter(s) remain unresolved following discussions conducted in accordance with
23  Paragraph 3 below.
24
25                          (2)     Either the MEC Chairman, Vice President - Flight Operations,
26  or Director of Scheduling.
27
28      2.      A Local Scheduling Committee shall be established at each domicile to work
29  with the respective Chief Pilot, or his designee, on any problems related to schedules and
30  scheduling as they affect local pilots.
31
32          **3.     Line Building Committee**
33
34                  a.      The Line Building Committee shall be advised of any proposed
35  change in trip pairings at least thirty (30) days prior to the effective date of such change, if
36  possible.
37
38                  b.      The Committee shall take into consideration the effect of the
39  schedule upon the working conditions of the pilots, including the number of landings per
40  duty period which shall not exceed eight (8), (ten (10) in US2 operations), unless approved
41  by the pilot members of the Line Building Committee.

AA-SCANLAN-0002553

1 **(B)    Line Construction Process**
2
3    The Company and the Line Building Committee shall jointly construct lines in a
4 similar manner for all domiciles.  For example, the distribution of trips within lines of time
5 shall be uniform to the extent possible.  Construction of Primary and Secondary lines and
6 allocation of flying shall be in accordance with the following:
7
8    **1.    General**
9
10    a.    All Primary and Secondary Lines of Time shall be targeted to
11 average 78 hours.
12
13    b.    In accordance with Section 2(V), domestic Primary and Secondary
14 Lines of Time shall be constructed between 70 and 85 hours.
15
16    c.    Pure transoceanic Lines of Time (i.e., any mix of pure transoceanic
17 trip pairings, such as four (4) Rome trip pairings and one Madrid trip pairing) shall be
18 constructed between 70 and 89 hours.
19
20    d.    Domestic pairings may be combined with transoceanic and non-
21 transoceanic international pairings when constructing international Lines of Time.  Non-
22 transoceanic pairings may be combined with domestic pairings when constructing
23 domestic Lines of Time.
24
25    **NOTE:**  See Section 18 for additional Transoceanic International/Domestic
26 trip and line construction parameters.
27
28    e.    When, in actual operations the scheduled block-to-block time is
29 found to be improper, hearings shall be held at the request of the MEC Chairman for the
30 purpose of establishing proper scheduled times to be used for pay purposes.
31
32    **2.    Primary Lines of Time**
33
34    a.    Primary lines of time within a position shall be established and
35 awarded in accordance with Section 24 (Filling of Vacancies) of this Agreement.  To
36 determine that adequate flying time is available for the primary lines of time in each
37 position, the total scheduled monthly pay hours for each position shall be divided by
38 eighty-five (85).  The result must equal or exceed the number of Primary lines specified for
39 each position.  Should the result be less than the number of Primary lines specified for
40 each position, then each pilot awarded a Primary Line of Time containing less than eighty
41 (80) hours shall be credited with the difference between the line value and eighty (80)
42 hours at the beginning of the month.  This credited time shall not be reduced regardless of
43 what the pilot chooses to fly.

AA-SCANLAN-0002554

Case 2:22-cv-02404-Document 24-1 Page 822 Filed 07/28/22 Page 822 of 1090

1          b.     There shall be a minimum of five percent (5%) of the total time for
2 each position, or 40 hours, whichever is greater, as open time after Primary line
3 construction.
4
5     **3.     Secondary Lines of Time**
6
7 Secondary lines of time shall be constructed after the SAP awards. There shall be a
8 minimum of five percent (5%) of the total time for each position, or 40 hours, whichever is
9 greater, as open time after Secondary line construction.
10
11     **4.     Reserve Lines of Flying**
12
13          a.     Reserve lines shall be designated as Regular reserve lines of flying
14 or Short Call reserve lines of flying.
15
16          b.     The Company shall build Regular reserve and Short Call reserve
17 Lines of Flying after the awarding of Secondary lines.
18
19          c.     All trips that remain open after Secondary lines have been awarded
20 shall be placed into Regular Reserve Lines of Flying and shall be known as "Reserve
21 Open Time." These trips shall remain available on the Availability/Improvement List for
22 pick up by Lineholders. Trips which open up after the awarding of Regular Reserve
23 lines shall be placed into open time.
24
25          d.     The Director of Crew Scheduling and the Chairman - ALPA
26 Scheduling Committee will meet to discuss the total number of Reserve lines within a
27 position which shall be designated as Short Call Reserve Lines, and the construction of
28 Short Call Reserve Lines with sequential days off. (See MOU September 4, 1998.)
29
30          e.     Reserve days off shall be provided in accordance with Section
31 12(G).
32
33          f.     For Regular reserves, days off shall be scheduled prior to and
34 contiguously with Reserve open time trips, where applicable, except for Reserve open time
35 trips available on the first or second day of the bid month. For the first day of the bid
36 month, a Reserve open time trip may be placed in a Reserve line even though not
37 preceded by any days off. For the second day of the bid month, a Reserve open time trip
38 may be placed in a Reserve line and the first day of the bid month shall be a regular
39 reserve duty day. In such a case, the Reserve pilot awarded this line shall be permitted to
40 trip improve on the first day of the month to a trip with an equal or greater number of duty
41 days than the number of duty days for the trip scheduled on the second day of the month.
42 Such Reserve pilot may also fly a one day trip on the first day of the month so long as
43 such one day does not interfere with the trip scheduled on the second day of the month.
44 In addition to the above, a Reserve open time trip may be placed in a reserve line
45 immediately following another Reserve open time trip in that line. All days off shall be
46 scheduled in groups of no less than two (2) days and no more than five (5) days.

AA-SCANLAN-0002555

1   **(C)**   **Monthly Bid and Line Award Process**
2
3         **1.**   **General**
4
5               a.   It shall be the pilot's responsibility to place his bids.  Errors or
6   omissions from outside vendors (e.g., CompuServe, Winbid, etc.) shall not be the
7   responsibility of the Company.
8
9               b.   All times herein are local domicile time unless otherwise specified.
10
11              c.   During any month a pilot is on vacation, sick leave, jury duty, military
12   leave, or other Company approved assignment other than flying at the time the lines are
13   available for bid, he may request his domicile Chief Pilot to mail him a copy of the trip
14   pairings and lines at the address then supplied by the pilot.  The pilot may then call in his
15   monthly bid to the Domicile Chief Pilot's office by telephone prior to close out.  Such
16   mailing or call in of the bid does not in any way negate the pilot's bidding responsibility.
17
18              d.   Copies of the trip pairings and lines will be made available for pilots
19   at training locations.
20
21              e.   A full Line of Time, except lines left open by vacations, that is
22   vacated prior to the closing of Primary or Secondary lines will be awarded to the most
23   senior Reserve in the position desiring a Primary or Secondary line after all pilots who
24   have bid for such lines have been awarded a line in seniority order.  A Reserve being
25   "slipped" into a Primary or Secondary line shall assume the responsibilities of a
26   Lineholder and shall exercise his seniority on the Availability/Improvement List as a
27   Lineholder.
28
29              f.   A First/Second/International Relief Officer may be assigned to
30   different trips at the direction of his Chief Pilot for the purpose of training, observation, or to
31   provide additional flying for a junior pilot.  A First/Second/International Relief Officer who is
32   removed from his line to allow a probationary pilot to fly will be compensated for trips
33   missed.  He will be subject to duty only under emergency conditions and will have his
34   choice of open trips under such conditions.
35
36              g.   Trips at each domicile shall be flown by the pilots at such domicile,
37   except as provided in Section 9(C) (Charters), Section 25(D) (Open Trip Processing and
38   Assignment of Trips), Section 25(H) (T.D.Y.) and Section 25(J)4. (Coverage of Reserve
39   Trip Splits Out of Domicile).
40
41        **2.**   **Primary Lines of Time**
42
43              a.   The Company shall publish Primary lines at all pilot domiciles at the
44   earliest possible date but not later than the first* day of the preceding month.  Schedules
45   shall be posted for a minimum of five (5) days.

AA-SCANLAN-0002556

1           b.      The Company shall not close the Primary lines before 1200* (noon)
2  of the fifth* (5th) day of the preceding month.  Awards shall be posted before 1200* (noon)
3  of the day following closing.  A pilot who does not bid on a Primary line or who bids an
4  insufficient number of times shall be assumed to have bid the Primary line with the most
5  time, that remains available, based on his system seniority, unless that pilot indicated
6  through his/her bid a desire to bid a Secondary or Reserve line of time.   A pilot who is
7  awarded a Primary line may use the Schedule Adjustment Period (SAP) in accordance
8  with paragraph 3 below, but will not be eligible to bid for a Secondary line.
9
10      **3.**    **Schedule Adjustment Period (SAP)**
11
12           a.      A compilation of all unassigned flying (including flying dropped on
13  account of known vacation periods, known sick leave, known Leaves of Absence, known
14  training, known ALPA open time, other known open time, and flying that has become
15  available following the construction of lines) will be displayed before 1200* (noon) on the
16  sixth* (6th) day of the preceding month.
17
18           b.      Primary Lineholders, by position, may bid for the available
19  unassigned flying described in Paragraph a. above during a five (5) day period
20  immediately following the monthly bid award period.  Pilots may bid for such flying as
21  follows:
22
23                 (1)      A specific posted trip on a specific date.
24
25                 (2)      A specific trip that operates on any date(s) that becomes
26                            available during the SAP process.
27
28                 (3)      Any 4, 3, 2, or 1 day trip that originates on a specific date or
29                            day of the week that becomes available during the SAP
30                            process.
31
32           c.      When bidding for available unassigned flying, pilots shall indicate
33  which trip(s) they wish to drop if they are awarded unassigned flying.  Trip(s) dropped shall
34  become part of unassigned flying and available for award to other pilots.  The SAP system
35  shall be enhanced to perform multiple iterations through the choices of those pilots
36  bidding, upon completion of the necessary programming.
37
38           d.      Unassigned flying will be awarded in seniority order, provided the
39  pilot's resultant projection is lower than the applicable monthly maximum and greater than
40  seventy (70:00) hours.  In order for the Schedule Adjustment trip to be awarded, the pilot's
41  line must meet all contractual and FAR legalities. Pilots will be responsible for determining
42  their line adjustment award by either accessing terminal displays at each crew domicile or
43  telephoning Crew Scheduling. This information shall be available no later than noon on
44  the eleventh* (11th)  day of the preceding month.

AA-SCANLAN-0002557

1          e.      A maximum of thirty (30) percent of the pilots, by position, scheduled
2 to fly on a designated holiday may drop trips during the Schedule Adjustment Period. This
3 thirty (30) percent will not include pilots on vacation, sick leave, or training.
4
5          f.      A pilot with a negative bank may use his pay bank time to adjust his
6 schedule during SAP. Such pilot's line value after SAP may exceed eighty-five (85) hours
7 by the amount of time in the pilot's negative bank.
8
9          g.      A pilot using SAP shall be required to fly to the lesser of his originally
10 awarded Primary line value or seventy-five (75:00) hours.
11
12      **4.**      **Secondary Lines of Time**
13
14          a.      After the processing of SAP, the Company shall publish Secondary
15 lines at all pilot domiciles at the earliest possible date but not later than the fifteenth* (15th)
16 day of the preceding month. Schedules shall be posted for a minimum of five days.
17
18          b.      The Company shall not close the Secondary lines before 1200*
19 (noon) of the fifteenth* (15th) day of the preceding month. Awards shall be posted before
20 1200* (noon) of the day following closing.
21
22          c.      A pilot who has not been awarded a Primary line of time may bid for
23 a Secondary line of time. A pilot who does not bid for a Secondary line or who bids an
24 insufficient number of times shall be assumed to have bid the Secondary line with the
25 most time that remains available, based on his system seniority, unless that pilot has
26 indicated through his bid a desire to bid a Reserve line of time.
27
28          d.      There shall be no SAP process for a Secondary lineholder.
29
30      **5.**      **Reserve Lines of Flying**
31
32          a.      Reserve lines shall be published no later than 1200* (noon) on the
33 twenty-fourth* (24th) day of the preceding month and shall close at midnight on the twenty-
34 seventh* (27th) day of the preceding month.
35
36 **(D)**      **Open Trip Processing ("Bid Sheet") and Assignment of Trips**
37
38      **NOTE:** The parties agree to pursue the automation of the Availability/Improvement
39 List processing, subject to its ability to be iterative and to support a close-out two (2) days
40 prior to the day of trip origination.

AA-SCANLAN-0002558

1      **1.**    **General**

2

3               a.    At each domicile, the Company shall display a daily list of all flying
4   assignments for that domicile. Such list may be displayed electronically and shall remain
5   available until the end of the succeeding month

6

7               b.    If, at Company request, a pilot consents to fly a trip, he may exercise
8   his seniority in the selection of the remaining trips to be covered, or he will be paid and
9   credited for the remaining trip to which his seniority would have entitled him.

10

11             c.    At any time Crew Scheduling places a telephone call to a pilot, the
12   crew scheduler shall initiate the conversation by identifying himself as a US Airways Crew
13   Scheduler.

14

15             d.    A pilot, at the time the trip is awarded, will be responsible to be legal
16   and available to fly the origination of the trip for which he has bid on the Availability/
17   Improvement List or for trips awarded through the Primary, SAP, Secondary, and Reserve
18   bid processes. However,

19

20                  (1)    If, after the time of award the pilot becomes illegal for the
21   origination of such trip, he will be permitted to pick up such trip once he becomes legal at
22   the point the trip passes through his domicile. If the trip does not pass through the pilot's
23   domicile, he will be permitted to pick up the trip at the point where he becomes legal.

24

25                  (2)    If, after the time of award a pilot remains legal for the
26   origination but is projected illegal to complete such trip, he will be permitted to originate
27   such trip and will be required to split the trip at the latest point it passes through his
28   domicile. If the trip does not pass through his domicile prior to him becoming illegal, he
29   will be required to split the trip at the point where he becomes illegal.

30

31             e.    If a pilot decides for any reason that he does not wish to fly the trip or
32   trips he has been awarded from the Availability/Improvement List, he shall make every
33   reasonable effort to contact the Company and decline the award prior to the close out of
34   the Availability/Improvement List processing. The Company will be responsible to properly
35   administer the Availability/Improvement List in accordance with bidding pilots' seniority.
36   However, if a pilot declines an award in accordance with this paragraph, the Company will
37   not be required to reprocess the list prior to the point at which the pilot notifies the
38   Company that he is declining the award.

AA-SCANLAN-0002559

**2. Future Scheduling - Lineholders**

    **a. Eligibility and Bidding**

        (1) Crew Scheduling will maintain a listing of open trips, by position, including trips withheld in accordance with Sections 25(B)3 (Open Time Minimum) and 25(B)4.c. (Reserve Open Time). A Lineholder wishing to bid for such open time shall notify Crew Scheduling or enter their pertinent bid data via CATCREW, VRS, or other electronic means accessible to the pilots for trips available on the Availability/ Improvement List. A lineholder seeking an open trip(s) will indicate which trip(s) in order of preference the pilot wishes to fly due to:

        - Loss of time
        - Under projection
        - Sick fly-back
        - Negative bank fly-back
        - Trip improvement

        (2) Trips which are not covered by 1000*, or, in the case of the implementation of staggered times, an appropriate alternative as mutually agreed by the parties, two (2) days prior to the operation shall be processed by the Availability/ Improvement List as set forth below.

        (3) In order to be eligible to use the Availability/Improvement List to bid for all uncovered open time on a given day of operation, a pilot must enter his bid no later than 1000* hours two (2) days prior to the day of operation. If his bid is entered later than 1000* hours two (2) days prior to the day of operation, he shall be eligible for any open time that remains at that time.

        (4) A lineholder's eligibility for use of the Availability/Improvement List shall be further predicated on his compliance with paragraph 25(J)2 below (Overprojection) and Section 14(F) (Excessive Sick Usage).

        (5) A lineholder may use the Availability/Improvement List on his day off or on a day for which he is scheduled to fly. Trips from the Availability/Improvement List shall be awarded in seniority order within position.

    **b. Availability/Improvement List Processing**

        The processing of the Availability/Improvement List shall begin at 1000* hours two (2) days prior to the day the open trip is scheduled to originate.

AA-SCANLAN-0002560

1         **c.**    **Lineholder Open Time Award**
2
3            (1)    Once a lineholder has been signed in for a trip by use of the
4 Availability/Improvement List, he shall be obligated to the trip unless released pursuant to
5 Paragraph (J)4 (Legality) below, and he may not use the Availability/Improvement List on
6 the day prior to the operation of his trip. Further, he will not be displaced by a more senior
7 pilot except as provided in Paragraph (J)8.c. (Displacement) below.
8
9            (2)    A lineholder who places his name on the Availability/
10 Improvement List after 1000* hours shall bid only for those trips that have not already
11 been covered. A lineholder who is not awarded time from the Availability/Improvement
12 List may, at his option, be passed to Daily Scheduling and shall be contacted if a trip of
13 his choice becomes available. A lineholder must specify the day he wants to be
14 available for a trip from Daily Scheduling (today, tomorrow or two days from now) and
15 must specify if he wants to be available for a late opening trip (trip opening within three
16 hours of departure).
17
18     **3.**    **Future Scheduling - Reserves**
19
20         **a.**    **Reserve Assignment List Processing**
21
22            (1)    Reserve pilots shall be awarded/assigned future trips during a
23 reserve assignment list processing window beginning at 1000* local domicile time one (1)
24 day prior to the day of operation.
25
26            (2)    Reserve pilots who will not be available to be called by Future
27 Scheduling on a day off prior to a scheduled duty day shall contact Future Scheduling in
28 advance of the reserve assignment list processing window. A Reserve pilot who makes
29 use of this advance contact provision must also contact Scheduling to sign in for the
30 awarded/assigned trip. A Reserve pilot who is not available to be contacted by Future
31 Scheduling on a day off prior to a scheduled duty day, nor who makes use of the advance
32 contact and sign-in provisions above, and who is awarded/assigned a trip by Future
33 Scheduling during the reserve assignment list processing window, will be contacted by
34 Crew Scheduling beginning at 0001 of the pilot's duty day for the purpose of notifying the
35 pilot of his awarded/assigned trip. Such trip may depart prior to 0900.
36
37         **b.**    **Vacancy Designation**
38
39            (1)    Regular Reserves who have trips taken by lineholders shall
40 have a vacancy designation, "V", placed in their line on the same days that had been
41 occupied by the trip taken.
42
43            (2)    A Regular Reserve who is awarded or assigned a trip over a
44 "V" day(s) that also conflicts with another trip already placed in his reserve line shall fly the
45 awarded or assigned trip and shall have the "V" designation(s) moved to the remaining
46 days in his line that were originally occupied by the conflicting trip.

AA-SCANLAN-0002561

**25(D)3.b.**
**Open Trip Processing**
**Future - Reserves**
**Vacancy Designation**

1                     (3)     "V" days may only be created or moved by operation of
2  Paragraphs 25(D)3.b.(1) and 25(D)3.b.(2) above.
3
4         **c.**     **Reserve Passing Rules**
5
6                   Regular Reserves, Short Call Reserves, and pilots with a "V"
7  designation may pass a trip to a more junior pilot during future reserve assignment list
8  processing except,
9
10                     (1)     Trips may not be passed out of category.
11
12                     (2)     Trips may not be passed if such pass would result in the
13  creation of a trip split. However, trips that would require a split by all available reserves
14  within category may be passed. (See Section 25(J)4.b. for split trip selection criteria.)
15
16                     (3)     Trips may not be passed if such pass would result in a conflict
17  with a Reserve Open Time trip scheduled in another pilot's line.
18
19                     (4)     Trips may not be passed to a junior pilot in the same Reserve
20  category as the pilot passing if the junior pilot has ten (10) more credited hours than the
21  senior pilot. This restriction is intended to apply to the pilot's actual credited hours, not
22  projected pay hours, for the month.
23
24         **d.**     **Reserve Trip Improvement**
25
26        Reserve pilots holding trips in their line may trip improve by picking up a trip or
27  series of trips with an equal or greater number of duty days. Trip improvement by a
28  reserve pilot cannot result in a reduction of duty days but may result in a reduction of pay
29  time.
30
31         **e.**     **Reserve Processing by Category**
32
33                     (1)     Reserve pilots in any of the following categories shall
34  participate in reserve assignment list processing for their trip award/improvement on that
35  day. Such reserves shall be grouped in categories and arranged within such category by
36  seniority for trip bidding and trip assignment. The categories shall be as follows:
37
38                             (a)     Reserves with a "V" designation or Reserves holding
39                                     Reserve Open Time;
40                           (b)     Reserves holding a Regular Reserve duty day;
41                           (c)     Reserves holding a Short Call Reserve duty day
42
43                     (2)     Trips shall be awarded/assigned in seniority order to pilots
44  within each Reserve category as defined in (1) above and in accordance with paragraph
45  (J)4., Trip Splits, below. Each Reserve category shall be processed in the following
46  order:

25-10
1644

AA-SCANLAN-0002562

|  |  |  |
|---|---|---|
| | (a) | Reserves with a "V" designation or Reserve holding Reserve Open Time (grouped together and arranged by seniority) |
| | (b) | Reserves holding a Regular Reserve duty day (arranged by seniority) |
| | (c) | Reserves holding a Short Call Reserve duty day (arranged by seniority) |

**(3)** **Priority of trip assignment** for trips that remain uncovered after the application of Future Scheduling in accordance with paragraphs (D)2. and (D)3., above, is as follows:

|  |  |  |
|---|---|---|
| | (a) | Available and qualified lineholders from another domicile who have placed their name with Daily Scheduling. |
| | (b) | Available and qualified Regular Reserves from another domicile who are scheduled for duty but do not have an assigned or awarded trip. |
| | (c) | In-domicile Short Call Reserve pilots who must fly on days off to cover the trip (most junior first). |
| | (d) | In-domicile Regular Reserve pilots who must fly on days off or split another trip to cover the trip (most junior first). |
| | (e) | In-domicile Lineholders on days off (most junior first). |
| | (f) | Available and qualified Regular Reserves from another domicile who must fly on days off or split another trip to cover the trip (most junior first). |

**4.** **Daily Scheduling - General**

a. Trips that open after completion of future reserve assignment list processing will be covered by Daily Scheduling.

b. Lineholders who have made themselves available to Daily Scheduling will be offered such trips in seniority order, and ahead of all reserves. A lineholder in this category may pass the trip offered, except if he has made himself available for trips within three hours (3:00) of departure.

**5.** **Daily Scheduling Procedures**

a. Trips that open after completion of future reserve assignment list processing shall be covered by Daily Scheduling.

b. After completion of the future reserve trip awards, reserves holding a "V" designation for the following day shall be re-categorized as Regular Reserves, i.e. shall have such "V" designation dropped for the following day.

AA-SCANLAN-0002563

1          c.    Trips that become available **more than nine (9) hours** prior to
2    departure shall be awarded/assigned in the following order:
3
4          (1)    Lineholders who have made themselves available to Daily
5    Scheduling shall be offered the trip in seniority order.  A pilot in this category may pass the
6    trip.
7
8          (2)    Reserves scheduled for a Regular duty day shall be offered
9    the trip in seniority order, except that the Company may bypass a pilot if he could not fly
10   the trip in its entirety; for example, without causing a split.  In the event that all Reserves
11   scheduled for a Regular duty day would have to split the trip, the Company may not
12   bypass a pilot and must offer the trip in seniority order.  A Reserve pilot in this category
13   may pass the trip to a more junior pilot except:
14
15            (a)    Trips may not be passed out of category.
16            (b)    Trips may not be passed if such pass would result in
17                 the creation of a trip split. However, trips that would
18                 require a split by all available reserves within category
19                 may be passed.  (See Section 25(J)4.b. for split trip
20                 selection criteria.)
21            (c)    Trips may not be passed if such pass would result in a
22                 conflict with a Reserve Open Time trip scheduled in
23                 another pilot's line.
24            (d)    Trips may not be passed to a junior pilot in the same
25                 Reserve category as the pilot passing if the junior pilot
26                 has ten (10) hours more pay time than the senior pilot.
27                 This restriction is intended to apply to the pilot's actual
28                 pay time, not projected pay for the month.
29
30          (3)    Reserves scheduled for a Short Call "S" day beginning with
31   the pilot who has the lowest time and who could fly the entire trip without splitting.  Such
32   pilot may not pass the trip.
33
34          (4)    Priority of trip assignment in accordance with paragraph
35   (D)5.e.(4) below.
36
37          d.    Trips that become available **less than nine (9) hours, but more
38   **than four (4) hours** prior to departure shall be awarded/assigned in the following order:
39
40          (1)    Lineholders who have made themselves available to Daily
41   Scheduling shall be offered the trip in seniority order.  A pilot in this category may pass the
42   trip.

AA-SCANLAN-0002564



1                    (2)     Reserves scheduled for a Regular duty day who make
2  themselves available to Daily Scheduling for such trips shall be offered the trip in seniority
3  order. However, in no event may the Company require a Regular Reserve to waive his
4  nine (9) hour call-out time unless at pilot option. A Reserve pilot in this category may
5  pass the trip unless the Company determines there is not adequate coverage by Short Call
6  Reserves to cover the needs of the current day's schedule. The Company may bypass a
7  pilot if he could not fly the trip in its entirety; for example, without causing a split.
8
9                    (3)     Reserves scheduled for a Short Call "S" day beginning with
10  the pilot who has the lowest time and who could fly the entire trip without splitting. Such
11  pilot may not pass the trip.
12
13                 (4)     Priority of trip assignment in accordance with paragraph
14  (D)5.e.(4) below.
15
16        e.     Trips that become available **less than four (4) hours** prior to
17  departure shall be awarded/assigned in the following order:
18
19                 (1)     Lineholders who have made themselves available to Daily
20  Scheduling for such trips shall be assigned the trip in seniority order. However, the
21  Company may bypass a pilot who could not fly the trip in its entirety; for example, without
22  causing a split. A lineholder in this category may pass trips offered more than three (3)
23  hours prior to departure; however, if he has identified himself to Daily Scheduling as being
24  willing to take trips within three (3) hours of departure, he may not pass such trips if
25  offered.
26
27                 (2)     Reserves scheduled for a Regular duty day who have made
28  themselves available to Daily Scheduling for such trips shall be assigned the trip in
29  seniority order. However, the Company may bypass a pilot who could not fly the trip in
30  its entirety; for example, without causing a split. A pilot in this category may not pass
31  the trip.
32
33                 (3)     Reserves scheduled for a Short Call "S" day beginning with
34  the pilot who has the lowest time and who could fly the entire trip without splitting. Such
35  pilot may not pass the trip.

AA-SCANLAN-0002565

1          **(4)**    **Priority of trip assignment** for trips that remain uncovered
2 after the application of Daily Scheduling in accordance with (D)4 (Daily Scheduling -
3 General) and (D)5 (Daily Scheduling Procedures) above is as follows:
4

5         (a)    Available and qualified lineholders from another
6     domicile who have placed their name with Daily
7     Scheduling and who can be in position without causing
8     a delay. Scheduling may bypass this category for trips
9     opening within four (4) hours of departure.
10

11         (b)    Available and qualified Regular Reserves from another
12     domicile who are scheduled for duty but do not have
13     an assigned or awarded trip and who can be in
14     position without causing a delay. Scheduling may
15     bypass this category for trips opening within four (4)
16     hours of departure.
17         (c)    In-domicile Short Call Reserve pilots who must fly into
18     or on days off to complete the trip (most junior first).
19         (d)    In-domicile Regular Reserve pilots who must fly into or
20     on days off or split another trip to complete the trip
21     (most junior first).
22         (e)    In-domicile Lineholders on days off (most junior first).
23         (f)    Available and qualified Regular Reserves from another
24     domicile who must fly on days off or split another trip to
25     complete the trip (most junior first).
26
27 **(E)**    **Reserve Rules**
28
29     **1.**    **Regular Reserve Call-Out Time**
30
31     When called by Daily Scheduling, Reserve pilots scheduled for Regular
32 reserve days shall be given nine (9) hours to report to domicile operations. Following a
33 day off, a Regular Reserve pilot will not be required to report to domicile operations prior to
34 0900, unless the pilot has waived this requirement. Crew Scheduling may contact a pilot
35 beginning at 0001 on a duty day immediately after a day off to inform the pilot of a trip that
36 was awarded/assigned from Future Scheduling during the reserve award/assignment list
37 processing window. Such trip may depart prior to 0900.
38
39     **2.**    **Short Call Reserve Call-Out Time**
40
41     When called by Daily Scheduling, Reserve pilots scheduled for Short Call
42 reserve days must be in their domicile on their scheduled duty days. The area considered
43 within domicile is defined as the geographical area within ninety (90) minutes normal
44 driving time to the airport.

AA-SCANLAN-0002566

1     **3.    Transition to Short Call Reserve**
2
3        a.    Using reverse seniority, a Regular Reserve's duty sequence (i.e., the
4 duty days remaining until his next day off) may be changed by the Company to a Short
5 Call sequence.
6
7        b.    If the pilot is assigned a trip in conjunction with being transitioned to a
8 Short Call Reserve, he shall have a minimum of nine (9) hours notice to report for duty. If
9 he is transitioned to a Short Call Reserve without a trip assignment, he shall have nine (9)
10 hours to be in domicile, and thereafter shall conform to the provisions applying to all Short
11 Call Reserves.
12
13        c.    When a pilot is transitioned to Short Call status, his monthly pay
14 guarantee shall be increased by an amount equal to: (x) the number of duty days in his
15 sequence that were converted to Short Call status; divided by (y) his total number of
16 duty days in the month; multiplied by (z) the difference between the Short Call Reserve
17 monthly guarantee and the Regular Reserve monthly guarantee. However, in no event
18 can the pilot's monthly pay guarantee exceed the monthly pay guarantee for a Short
19 Call Reserve.
20
21     **4.    Reserves Flying on Days Off**
22
23        Reserve pilots may not voluntarily fly on a day off. However, if a pilot is
24 required to fly on his day off as a result of a trip assignment, the Company shall reinstate
25 his day off adjacent to a days off sequence in the same month if coverage permits. With
26 mutual agreement, a pilot may also elect to accept a day off in the same month which is
27 not adjacent to a days off sequence. If coverage does not permit reinstatement in the
28 same month, the pilot may choose to have a day reinstated in the following month (choice
29 of day to be at the sole discretion of the Company in accordance with Section 12(G)2.), or
30 to have an additional vacation day added to an existing vacation period or to his accrual at
31 his option. Such choice must be communicated to Crew Administration promptly and, once
32 made, such choice is irrevocable.
33
34 **5.    Reserve Trip Splits**
35
36        Reserve pilots awarded a trip may split the trip for days off, to maximize time, and
37 for legalities in accordance with Sections 12(K) (Split Trips), 25(D)3. (Future Scheduling -
38 Reserves) and 25(D)5. (Daily Scheduling Procedures).

AA-SCANLAN-0002567

1       **6.      Reserve Sick**
2
3               A Reserve pilot shall be charged sick time for scheduled duty days when
4       unavailable due to illness.  The Reserve pilot's sick bank shall be charged a daily rate
5       equal to:  (x) the sum of the previous three "full" months pay hours (i.e., for a pilot who is
6       sick in June, the months of February, March and April are considered the most recent
7       previous three "full" months due to record keeping requirements), excluding pay no
8       credit, vacation fly back, flex cap, and any other unusual pay items, divided by three;
9       divided by (y) the number of scheduled duty days in the current month.  If no previous
10      three-month history is available, the applicable guarantee will be divided by the pilot's
11      number of scheduled duty days for that month.  If, in any of the previous three months a
12      pilot claimed fifty percent or more of his scheduled duty days as sick or Occupational
13      Injury or Illness, such months shall not be used in the calculation and a previous "full"
14      month shall be used instead.  If previous or subsequent flying during the month, when
15      added to the amount of monthly sick charge, is greater than his reserve guarantee, the
16      Reserve pilot may reduce the sick charge so as to be paid an amount no less than his
17      reserve guarantee.  If previous or subsequent flying during the month, when added to
18      the amount of monthly sick charge, is greater than the monthly pay cap, the Company
19      will reduce the sick charge so the Reserve pilot will be paid an amount equal to the cap.
20
21      **7.      Reserve Reassignment Prior to Report**
22
23               a.      A Regular Reserve pilot who is scheduled for a flight, and has
24      complied with Paragraph (J)6. below, shall not be subject to displacement for a period of
25      one (1) day prior to scheduled departure, except with his consent or to meet an emergency
26      beyond the control of the Company.  This does not apply to crews substituted in
27      accordance with Paragraph (F) (Rescheduling) below.
28
29               b.      A Short Call Reserve pilot who is scheduled for a flight, and has
30      complied with Paragraph (J)6. below, shall not be subject to displacement for a period of
31      twelve (12) hours prior to scheduled departure, except with his consent.
32
33               c.      A Regular Reserve pilot who has been awarded a charter in
34      accordance with Section 9(C) shall not be displaced for a period of two (2) days prior to
35      scheduled departure.  This does not apply to crews substituted in accordance with
36      Paragraph (F) (Rescheduling) below.
37
38      **8.      Reserve Telephone and Pager Rules**
39
40               The following reserve telephone contact and pager rules do not release reserve
41      pilots of their responsibilities under paragraphs (E)1. (Regular Reserve Call-Out Time) and
42      (E)2. (Short Call Reserve Call-Out Time) above.

AA-SCANLAN-0002568

1           a.    Reserve pilots shall have a primary telephone contact during the
2  periods which they are available for duty. A primary telephone contact means a telephone
3  where the Company can speak to a pilot if needed on his available duty days. This
4  includes cellular telephones and hotel telephones.
5
6           b.    Reserve pilots are also permitted to have a secondary contact during
7  the periods which they are available for duty and not available at a primary contact. This
8  contact can be a pager (including 800 pagers), cellular telephone, or other local telephone
9  numbers.
10
11          c.    When the Company wishes to contact a pilot scheduled for an
12  available duty day, the Company will call the number the pilot designates as primary and, if
13  no answer, will establish contact by using the secondary contact number.
14
15          d.    Pilots are expected to respond within a reasonable time period when
16  paged. The Scheduler may bypass the pilot and cover the trip if there is no response
17  within ten (10) minutes.
18
19  **(F)**    **Rescheduling**
20

21     1.    Once a pilot reports for a trip, the Company may reschedule such pilot to
22  maintain schedule or substitute another crew on a part of his trip to maintain scheduled
23  operations in accordance with published timetables at any time during his trip subject to
24  the provisions of this Paragraph (F) and Section 12(H) above. Such pilot will be advised of
25  his new duty assignment within two (2) hours (during normal operations) or three (3) hours
26  (during system irregular operations as declared by the Director of Crew Scheduling or his/
27  her designee) of his being notified that he has been rescheduled.
28

29     2.    Any pilot who is rescheduled in accordance with Paragraph 1 above will be
30  guaranteed the pay value of his originally awarded or assigned trip, as published in the
31  monthly trip pairing sheets (irrespective of canceled segments), or actual time, whichever
32  is greater. A trip which does not appear on the monthly trip pairing sheets, e.g., ferry
33  flights, extra sections, etc., will be pay protected to the posted value of the trip prior to its
34  award or assignment. This pay protection will also apply to a pilot who is replaced as a
35  result of a crew or equipment substitution.
36

37     3.    The Company shall make a reasonable effort to schedule such pilot to
38  arrive back in his domicile no later than the time he was originally scheduled to return, but
39  in no event later than six (6) hours (during normal operations) or eight (8) hours (during
40  system irregular operations as declared by the Director of Crew Scheduling or his/her
41  designee), unless beyond the control of the Company.

AA-SCANLAN-0002569

25(F)4.
Rescheduling

1        4.     It is the intent of this paragraph to allow for orderly rescheduling procedures
2    in the event of operational irregularities, and to use applicable award/assignment
3    provisions pertaining to pilots as specified in this Section 25 (Scheduling) and other related
4    sections of this Agreement.  The provisions of this paragraph (F)1. through 4. may be used
5    when time constraints and/or lack of available crew resources would create a high
6    probability of  causing a delay, cancellation, or further disruption.
7
8    **(G)**    **Compensation for Equipment Substitution**
9
10        When a pilot is awarded a line of time or a trip and different equipment is
11   substituted, he shall be paid the greater of time lost on his originally scheduled trip as
12   published or actual time.  For purposes of this Paragraph, "awarded" when applied to
13   the original lineholder shall mean the time the monthly bids were closed out, and in the
14   case of a pilot flying open trips, the time he signed in for such trip.  In the event the
15   original equipment is subsequently in place prior to or at scheduled departure and the
16   original crew member is available, the crew member shall be responsible for the trip.  At
17   Company option, the original crew member may be required to return to his original trip
18   at any time prior to the termination of such trip.
19
20    **(H)**    **Temporary Duty Assignments**
21
22        **1.**    **Determination and Duration of Temporary Duty**
23
24        If the Company determines that additional pilot(s) are required for the
25   number of Reserve Lines needed to meet the flying requirements in a domicile, and the
26   need for such additional pilot(s) is for not more than ninety (90) days' duration, the
27   Company may post vacancies for Temporary Duty for bid among pilots in the position at
28   other domiciles where the Company has determined that pilots are available to cover such
29   Temporary Duty.  Any pilot in the domicile where the TDY is posted (Lineholder or
30   Reserve) shall be able to bid the vacancy.  Temporary Duty is not intended to preclude the
31   posting of permanent positions, which must be published for bid in the event that the
32   requirement for Temporary Duty exceeds ninety (90) days duration in any twelve (12)
33   months in that position.
34
35        **2.**    **Limitations to Award/Assignment**
36
37           a.    Temporary Duty vacancies will be for Reserve lines of time only.
38
39           b.    Such vacancies will be available for bid monthly and will be awarded
40   in accordance with Section 22(C) (Seniority).
41
42             (1)    For full month TDY, once the domicile and positions are
43   determined, the TDY bids will be distributed to the pilots with the regular monthly bids.
44   The TDY bids will have the same closing date as the regular monthly bids (prior to the
45   closing of SAP).

AA-SCANLAN-0002570

1              (2)    For short duration TDY (two (2) weeks) the bid will be
2 posted as soon as the vacancies are known and for no less than twenty-four (24) hours.
3 The Company will also call all reserve pilots for the affected positions in the domicile
4 where the TDY is posted.  After awarding of the TDY the successful bidder will have no
5 less than twenty-four (24) hours to report to the temporary assignment, unless waived at
6 pilot option.
7
8        c.    In the event of insufficient bidders, Temporary Duty may be assigned
9 in reverse seniority order to Reserve pilots from the Domicile designated by the Company,
10 except that no Reserve pilot may be assigned to Temporary Duty for:
11
12              (1)    Two (2) consecutive months.
13
14              (2)    More than two (2) months in any twelve (12) consecutive
15                   months.
16
17        d.    In the event unforeseen or unmanageable circumstances require
18 additional reserve TDY assignments after a month is in progress, the Company may offer/
19 assign one-half (1/2) month TDY in accordance with Section 22 (Seniority); except that no
20 Reserve pilot may be assigned to one-half (1/2) month TDY for:
21
22              (1)    Two (2) consecutive months.
23
24              (2)    More than two (2) occasions in any twelve (12) consecutive
25                   months.
26
27           **NOTE:**  As an exception to Paragraphs c(2) and d(2) above, when all
28 Reserves have been assigned on two (2) occasions in any twelve (12) consecutive months
29 and when operational needs require additional one-half (1/2) month TDY assignments, the
30 Company may reassign such Reserves in reverse order of seniority.
31
32    3.    A pilot awarded/assigned to Temporary Duty will receive allowances as
33 follows:
34
35        a.    Acceptable hotel facilities for the duration of his Temporary Duty.
36
37        b.    Meal expenses for the TDY period commencing one hour (1:00) prior
38 to departing from his home domicile and continuing until fifteen (0:15) minutes after arrival
39 at his domicile.
40
41        c.    Rental car.

AA-SCANLAN-0002571

1    **4.    Pay and Credit**
2
3           a.    A pilot voluntarily awarded Temporary Duty will receive the following:
4
5                 (1)    Deadhead pay and credit to and from his Temporary Duty.
6
7                 (2)    Pay and Duty Rig credit as if based in the TDY domicile.
8
9                 (3)    Eighty-five hour (85:00) pay guarantee.
10
11                (4)    Two (2) immovable four (4) day periods free from all duty with
12    crew movement authorization to and from the pilot's home domicile.
13
14                (5)    One-half (1/2) month TDY Reserve assignments will be
15    guaranteed one (1) immovable four (4) day period free from all duty with crew movement
16    authorization to and from the pilot's domicile.
17
18    **5.    Exceptions**
19
20           a.    As an exception to Section 22 (Seniority), a pilot serving Temporary
21    Duty will be considered junior to all pilots in the domicile of the Temporary Duty for trip
22    assignment and bidding purposes.
23
24           b.    As an exception to Section 24 (Vacancies), a pilot serving Temporary
25    Duty would not be considered to be placed on the roster for such domicile until the first day
26    of the month of such Temporary Duty.
27
28           c.    As an exception to Section 12 (Hours of Service), a pilot serving
29    Temporary Duty will receive some or all of his required days free of duty at other than his
30    domicile.
31
32           d.    As an exception to Section 25 (Scheduling), a pilot serving
33    Temporary duty may not fly or stand by for flight assignment in his domicile except in
34    conjunction with Section 25(D)3.e.(3) and Section 25(D)5.e.(4) (Priority of Trip
35    Assignment).
36
37    **(I)    Monthly Lead In/Lead Out Responsibility**
38
39    **1.    First Trip Responsibility**
40
41           When a pilot's first trip in his line of flying is a carry over trip which is a
42    continuation from the previous month, he shall not displace the pilot flying the carry over
43    portion of such trip.  Furthermore, such pilot will be made "Whole" for the flight time lost
44    as a result of not flying the carry over/lead in portion of such trip if he makes a
45    reasonable effort to pick up time in the new month through use of the Availability/
46    Improvement List, and is unable to do so.

AA-SCANLAN-0002572

1       **2.**    **Month to Month Trip Continuation**
2
3           When a pilot's last trip of the month continues from one month into the next,
4 he shall fly such trip in its entirety. Such pilot will be made "Whole" for any flight time lost
5 as a result of flying the continuation of such trip if he makes a reasonable effort to pick up
6 time in the new month through use of the Availability/Improvement List, and is unable to do
7 so.
8
9       **3.**    **Reasonable Effort**
10
11           The burden rests with the pilot to demonstrate a reasonable effort was made
12 to make up the lost time. In addition to using the Availability/Improvement List in
13 accordance with paragraphs 1. and 2. above, a pilot may use SAP to eliminate a lead in
14 trip from his line if he should so desire. For purposes of paragraphs 1. and 2. above, a
15 pilot may make himself available at his discretion and does not have to make himself
16 available on a holiday he was not scheduled to fly. A pilot satisfies the reasonable effort
17 requirement if at any time(s) during the month he makes himself available (for trips
18 commensurate with his seniority) for the equivalent number of duty periods, plus one
19 additional duty period, that were lost in the carry over trip.
20
21           EXAMPLE: Pilot has lost 3 duty periods in a carry over trip.
22
23           1st Day on A/I List — pilot will bid on a 3-day
24           2nd Day on A/I List — pilot will bid on a 2-day
25           3rd Day on A/I List — pilot will bid on a 1-day
26           Plus one additional day on A/I List
27
28           (Note: These days need not be consecutive)
29
30 **(J)**    **Other Trip Responsibilities**
31
32       1.    At pilot option, a pilot may waive up to thirty (:30 )minutes of report time for
33 RONs at airport hotel locations and up to fifteen (:15 ) minutes of report time for RONs at
34 downtown or metropolitan hotel locations. A pilot shall be paid, but not credited for such
35 report time reduced, provided the pilot completes the remainder of his duty period, unless
36 precluded from doing so for reasons unrelated to the reduced report time.
37
38       **2.**    **Overprojection Adjustments**
39
40       a.    If, by the use of the Availability/Improvement List, a lead in trip or
41 vacation a pilot is projected over eighty-five (85:00) credited hours, he must bring back his
42 projection to eighty-five (85:00) credited hours so that he will be legal and available to fly
43 his last trip of the month, provided the pilot is not on another trip on the originating day of
44 the scheduled last trip.

AA-SCANLAN-0002573

**NOTE**:  A pilot who violates this Paragraph and is not legal for his last trip of the month shall not be allowed to use the Availability/Improvement List for three (3) succeeding months, except at Company consent.

      b.     Except as provided in Section 12(N)4.c. (Pilot flying back negative bank time), a pilot shall not project himself over eighty-five (85:00) credited hours by the use of the Availability/Improvement List.  If, by use of the Availability/ Improvement List, a pilot would project himself over eighty-five (85:00) credited hours, then simultaneously, time must be dropped from that pilot's line so as not to exceed eighty-five (85:00) credited hours. Coverage requirements may dictate which trip(s) may be given up to adjust projected time.  A pilot must use the Availability/Improvement List to reduce his projected time to eighty-five (85:00) credited hours.

### 3.    Critical Month

      a.     In months where schedule coverage is critical as determined by the Director of Crew Scheduling, using monthly crew projections, an advisory to that effect will be sent to all affected domiciles and the ALPA MEC Chairman by the seventh (7th) calendar day of the bid month, unless prevented by circumstances beyond the control of the Company. The advisory will identify the specific position that is considered critical. Once declared, each affected pilot during a critical month may not use the Availability/ Improvement List to drop a trip that was scheduled in his line/SAP award after the twenty-first (21st) calendar day of the month unless such trip(s) fly on the same day(s) as the originally scheduled day(s).  This requirement may be removed if adequate coverage is available.

      b.     If a critical month has been declared for three consecutive months or more than four cumulative months in a twelve month period per position, the MEC must consent before coverage can again be declared critical in the affected position.

### 4.    Trip Splits

      a.     A pilot may bid a portion of a trip or series of trips to reach the maximum of eighty-five (85:00) credited hours.  However, a pilot must accept the complete trip or series of trips, if it does not project him over eighty-five (85:00) credited hours and he is legal to do so.  All trip splits shall be limited to the pilot's domicile except;

      (1)     When a pilot must split a trip to comply with an involuntary legality after the trip is awarded in accordance with paragraph D(1)d., above,

      (2)     For emergency of a personal nature,

      (3)     For sick,

      (4)     At Company request,

AA-SCANLAN-0002574

(5)    In accordance with the provisions of Section 11(C)3, Training, or,

(6)    For reserve pilots, in accordance with Paragraph 4.b. immediately following.

b.    The following priority order shall be used to award or assign Reserves in the event of Trip Splits for Reserve Days Off and for Reserves Maximizing Time.  Such pilots shall be compensated in accordance with Section 12(K).

(1)    A reserve pilot cannot split a trip if a trip is available that would not require a split, unless, a trip is available that, if split, would result in more pay and credit.  In such a case, trip splits must be limited to the pilot's domicile.

(2)    In the event that all trip selections require a split, the Reserve must select a trip that would be split in his domicile.

(3)    If no trips are available that could be split in the domicile, the pilot must select a trip that can be split in a domicile that operates the same equipment type. (The remaining portion of such trip may be covered out of the domicile in which the trip split occurred.)

(4)    If no trips are available that can be split under any of the above parameters, the pilot can split the trip out of base.

**5.    Holiday Trip Drop**

a.    A pilot who is scheduled on the following holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Eve, Christmas Day, and New Year's Eve, shall be required to protect such trip(s) and shall not, by the use of the Availability/Improvement List, make himself illegal for same.

b.    When a pilot who is scheduled to fly a trip(s) which includes a holiday seeks to drop that trip, then:

(1)    If there is adequate coverage, the pilot will be released from any obligation to fly the holiday trip.  If released, then at the pilot's option, he may use the Availability/Improvement List to pick up another trip which touches the holiday trip.  This pilot will still be responsible for the equivalent gross time in his block, including his last trip of the month.

(2)    If there is inadequate coverage for a holiday trip drop in accordance with paragraph (1) above, then depending on the level of coverage as determined by Crew Scheduling, the pilot may be advised either:

AA-SCANLAN-0002575

| | | |
|---|---|---|
| 1 | (a) | that he must fly the trip, or a trip that operates the |
| 2 | | same holiday(s); or |
| 3 | (b) | that he will be permitted to drop the holiday trip |
| 4 | | conditionally, and will be placed on the A/I list each |
| 5 | | successive day of his original holiday trip and may |
| 6 | | continue to elect not to fly each day provided adequate |
| 7 | | coverage is available each day.  Assuming adequate |
| 8 | | coverage is available each day, a pilot will remain |
| 9 | | responsible for the equivalent gross time in his block, |
| 10 | | including his last trip of the month.  Specifically, a pilot |
| 11 | | permitted to conditionally drop a holiday trip must |
| 12 | | maintain his projection for the holiday trip(s) and the |
| 13 | | last trip of the month.   If coverage is inadequate on |
| 14 | | any given day of his original holiday trip, he may be |
| 15 | | required to select a trip from the A/I list that touches |
| 16 | | the holiday; |
| 17 | (c) | A pilot who is permitted to give up a holiday trip in |
| 18 | | accordance with the procedure in (b) above, and does |
| 19 | | not remain available for the A/I list may be restricted |
| 20 | | from using the A/I list for the following three (3) |
| 21 | | months; |
| 22 | (d) | In determining adequate coverage, Crew Scheduling |
| 23 | | shall consider in their coverage those pilots who may |
| 24 | | drop trips but are required to utilize the A/I list for the |
| 25 | | days their holiday trip(s) are scheduled to operate; |
| 26 | (e) | In permitting a pilot to drop a holiday trip in accordance |
| 27 | | with paragraphs 5.b.(1) above and this paragraph |
| 28 | | 5.b.(2) above, the Company will apply the same |
| 29 | | standards utilized in paragraph 25(J)8 below.  That is, |
| 30 | | the Company will not deplete its available lineholders |
| 31 | | responsible for a holiday trip(s) or available reserves to |
| 32 | | the extent that coverage of holiday trip(s) could be |
| 33 | | jeopardized. |
| 34 | | |

35      c.      A pilot who becomes overprojected for his last trip of the month as  a
36 result of utilizing the A/I list to drop his holiday trip may be required to split such trip to
37 protect his last trip.  Such a split shall be considered a split for personal reasons.
38
39      **6.      Sign-In**
40
41      Pilots who are awarded a Primary or Secondary line will sign-in at least two
42 (2) days prior to 1000 hours* for each trip using an automated system.   Pilots who are
43 awarded/assigned a trip pursuant to paragraph 25(D) (Open Trip Processing ("Bid Sheet")
44 and Assignment of Trips) will sign-in for such trip when notified by Scheduling of the
45 awarded/assigned trip or may sign-in using the automated system.  A positive confirmation
46 that each pilot has acknowledged receipt of his monthly schedule and/or trip(s) will be

AA-SCANLAN-0002576

1   developed prior to implementation of this Paragraph.  Until such time automation of the
2   proposed system has been completed, the following provision shall remain in effect:
3
4               A Pilot must sign in or give up his regular scheduled sequence of trips prior
5               to 1000 hours two days prior to his scheduled trip.  A Lineholder failing to
6               sign in for his trip prior to 1000 hours, thus requiring a telephone call to
7               verify sign-in, shall have the expense of the telephone call deducted from
8               his expense account.  Pilots who fail to do so, or cannot be contacted, forfeit
9               their right to claim or fly their sequence of trips.  Trips shall be given up in
10              accordance with Company policy.
11
12  **7.    Pilot Detained**
13
14              If a pilot has been detained and will be unable to depart on time for his
15  originating trip sequence, he must promptly notify Crew Scheduling indicating his expected
16  arrival time.  If a pilot has been detained and will be unable to depart on time for his
17  originating flight from an overnight station, he must promptly notify System Daily
18  Scheduling, indicating his expected departure time.  A pilot who is detained for personal
19  reasons and who is replaced to prevent a delayed departure of his trip shall not be eligible
20  to claim any portion of that trip or a report claim.
21
22  **8.    Lineholder Obligation for Trips**
23
24              a.      A Lineholder is responsible for the trips and equivalent gross time
25  scheduled in his line provided he does not modify his awarded line through the use of SAP.
26  However, if a Lineholder uses SAP, his monthly flying obligation shall be seventy-five
27  (75:00) hours if his original line value was seventy-five (75:00) hours or greater.  If a
28  Lineholder uses SAP and his original line value was less than seventy-five (75:00) hours,
29  his monthly flying obligation shall be his original line value.
30
31              b.      A Lineholder who wishes to give up a trip in his line shall advise the
32  Crew Scheduler of the reason for give-up prior to ten hundred (1000)* hours two (2) days
33  preceding his scheduled trip, and he shall be available to cover his trip until notified by
34  Crew Scheduling that coverage is assured.  In the event coverage is not adequate to cover
35  all requests to give up time, trips will be given up in seniority order.  In complying with the
36  above, it is understood that the Company will not deplete its available Reserve force to the
37  extent that coverage of late opening trips could be jeopardized.  A pilot giving up a trip
38  because of legality shall be available to fly any portion of the trip for which he is legal. This
39  paragraph does not apply to pilots giving up trips in accordance with Section 12(N),
40  Positive Bank.

AA-SCANLAN-0002577

Case 2:18-cv-04040-HB Document 173-37 Filed 07/20/21 Page 52 of 56

c. A Lineholder who is scheduled for a flight, and has complied with Paragraphs (J)6 and (J)7 above shall not be subject to displacement for a period of twenty-four (24) hours prior to schedule departure, except with his consent or to meet an emergency beyond the control of the Company. A pilot who has been awarded a charter in accordance with Section 9(C) shall not be displaced for a period of 48 hours prior to scheduled departure. This does not apply to crews substituted in accordance with Paragraph (F) (Rescheduling) above.

**PERSONAL NOTES:**

1
2
3 _____
4
5 _____
6
7 _____
8
9 _____
10
11 _____
12
13 _____
14
15 _____
16
17 _____
18
19 _____
20
21 _____
22
23 _____
24
25 _____
26
27 _____
28
29 _____
30
31 _____
32
33 _____
34
35 _____
36
37 _____
38
39 _____
40
41 _____
42
43 _____
44
45 _____

AA-SCANLAN-0002579

25
Personal Notes

1   **PERSONAL NOTES:**
2
3   _____
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
26  _____
27  _____
28  _____
29  _____
30  _____
31  _____
32  _____
33  _____
34  _____
35  _____
36  _____
37  _____
38  _____
39  _____
40  _____
41  _____
42  _____
43  _____
44  _____
45  _____

AA-SCANLAN-0002580

1 **SECTION 26 - GENERAL:**
2
3 **(A)** The Company and the Association agree to comply fully with all applicable
4 federal and state statutes and regulations prohibiting discrimination with respect to
5 employment with the Company. Further, the Company and the Association agree that
6 neither shall discriminate against employees covered by this Agreement on the basis of
7 race, color, religion, sex, national origin, age, disability, membership in a uniformed
8 service or status as a disabled veteran.
9
10 **(B)** The Company shall furnish acceptable crew ready rooms for all domiciles.
11 Further, these crew rooms are for use by flight personnel only.
12
13 **(C) Uniforms**
14
15 1. The pilots shall be asked for recommendations, and such
16 recommendations shall be fully considered by the Company before making any change
17 in the style, color or materials of uniforms. Before any change in uniforms is made,
18 sufficient notice shall be given to allow for reasonable wear of existing uniforms.
19
20 2. Pilots shall not be charged for the original issue of any Company insignia
21 or emblems, including design changes.
22
23 **(D)** A pilot will be permitted to inspect his personnel file and progress reports during
24 normal business hours upon request made to the Vice President - Flight Operations.
25
26 **(E)** 1. Pilots involuntarily called and serving on jury duty shall be paid and
27 credited on the basis of trips missed from their scheduled block of time provided,
28 however, that all fees received as a result of jury duty shall be offset against such
29 compensation. Reserve pilots shall be paid and credited on the basis of trips missed
30 which they normally would have flown had they been available, but in no case less than
31 their minimum monthly guarantee.
32
33 2. While on jury duty, a pilot will keep the Company informed of any change
34 in jury duty status, including any postponements or releases from jury duty.
35
36 **(F) Flight Data, ACARS, and Other Recorders**
37
38 1. Information obtained from any recording device shall not be used for
39 disciplinary action against a pilot.
40
41 2. Should the Company decide to acquire flight data recording systems on its
42 aircraft beyond those presently in use, meetings will be scheduled between the
43 Company and the appropriate pilot committee to mutually establish the utilization of
44 such device beyond the recording of maintenance parameters.

AA-SCANLAN-0002581

26(F)3.
**Flight Data, ACARS and Other Recorders**
**Notification to ALPA Upon Request for Discovery**

1       3.     Whenever anyone seeks to discover a recording or transcription of a US
2  Airways cockpit voice recorder for use in any legal proceeding, the Company will
3  promptly notify the Association prior to acting upon the request.
4
5             If the Company is required by a court of competent jurisdiction to provide a
6  complete or partial copy of the recordings of a cockpit voice recorder or a complete or
7  partial transcription of the cockpit voice recorder's contents, the Company will promptly
8  notify the Association prior to acting upon the request.
9
10  **(G)**    On or before March 31 of each year, the Company shall endeavor to furnish the
11  Association with a printed tabulation of pilot W-2 earnings for the previous calendar
12  year.
13
14  **(H)**    The Company shall, at its own expense, provide legal representation for any
15  flight-deck crew member named as a defendant or subpoenaed as a witness by a third
16  party in any legal proceedings (including those initiated by fellow employees) arising out
17  of such flight-deck crew member's performance of his duties with the Company within
18  the scope of his employment, and shall also indemnify such flight-deck crew member
19  against any money judgment or award rendered against him.  It is expressly understood
20  that the Company's obligations as set forth herein shall apply equally to legal
21  proceedings against a flight-deck crew member's estate.  The foregoing shall not apply
22  when the claims arise from the intentional misconduct of the flight deck crew member.  A
23  flight-deck crew member, or his estate, shall not pay costs of aircraft, equipment or other
24  property damaged in the performance of his duties with the Company.
25
26  **(I)**    **Association Billings**
27
28       1.     The Company agrees to reimburse its pilots for financial loss incurred
29  while on Association business as if such pilot had remained on regular duty provided the
30  Association agrees to reimburse the Company for flight pay loss, plus fringe costs of
31  thirty (30%) percent.  This fringe percentage shall not increase for the duration of this
32  Agreement.
33
34       2.     The Association will not be billed for the following:
35
36           a.     Annual flight pay loss for the MEC Chairman not to exceed eighty-
37  five (85) hours per month.
38
39           b.     1500 additional hours annually as determined by the MEC
40  Chairman.

AA-SCANLAN-0002582

1    **(J)**    **Transportation**
2
3      1.    Active or retired US Airways pilots, their spouses, dependent children, as
4 well as widows or widowers and dependent children of pilots who have died, will be
5 extended on-line and interline free and reduced rate transportation in accordance with
6 interline and reciprocal agreements and Federal regulations. Dependent children shall
7 be defined as set forth in the Pilots Dependent Survivor Income and Welfare Plan.
8
9      2.    For the duration of this Agreement, "jumpseat" privileges for US Airways
10 pilots shall be no more restrictive than the policy which existed on January 1, 1989.
11
12      3.    The Company will provide a Positive Space Pass for the spouse of a
13 retiring pilot when flying his last trip.
14
15      **4.**    **Travel for Association Business**
16
17        a.    US Airways pilots acting as ALPA representatives will be furnished
18 "Company Business-Space Positive" transportation over the Company's system for the
19 purpose of conducting Association business when meeting with the Company. When
20 conducting internal Association business related to the Company, such pilots will be
21 furnished "Company Business - Space Available" transportation over the Company's
22 system.
23
24        b.    Should the Company modify its Union business pass policy, such
25 modification shall be for the limited purpose of making procedural or administrative
26 changes. Furthermore, should the Company agree to extend business pass
27 improvements to other Union representatives such improvements shall likewise be
28 extended to ALPA representatives.
29
30        c.    One (1) Association staff representative will be provided "Company
31 Business-Space Positive" transportation over the Company's system for the purpose of
32 attending negotiations with the Company.
33
34    **(K)**    The masculine pronouns used herein shall include the feminine unless
35 specifically provided for otherwise.
36
37    **(L)**    **Notification of Status Change**
38
39      All orders to pilots involving a change in domicile, assignments, promotions,
40 demotions, furloughs, and leaves of absence shall be stated in writing except that
41 temporary assignments of Reserve pilots as Captains shall not be construed as
42 requiring a written order other than the necessary flight forms. In cases of emergency,
43 the above provisions may be waived with the condition that a letter with confirmation will
44 be made within ten (10) days following the emergency.

AA-SCANLAN-0002583

1   **(M)**     The Company shall provide each pilot with a copy of this Agreement in a
2   convenient format or computer diskette within sixty (60) days of signing of this
3   Agreement. Any amendments to the Agreement will be distributed in the same manner.
4

5   **(N)**     Line pilots may not continue to maintain qualifications on more than one (1) type
6   of aircraft.
7

8   **(O)**     Pilots will be granted personal emergency leaves for death in the immediate
9   family up to a maximum of three (3) calendar days without loss of pay. Immediate family
10  shall include the employee's: mother, father, grandmother, grandfather, sister, brother,
11  spouse, child, mother-in-law and father-in-law.
12

13  **(P)**     The Company shall make its best effort to ensure that when transportation of
14  crewmembers is required, the provider of such transportation shall carry liability
15  insurance in the amount of not less than one million dollars ($1,000,000) per
16  occurrence. The Company shall be under no obligation to update provider's assurances
17  of such coverage during the term of any contract for transportation service. In locations
18  where a transportation provider carrying such level of insurance is not available, the
19  Company reserves the right to contract with a transportation provider that carries
20  insurance in lesser amounts, but in no event lower than applicable state or Federal law.
21  The Company will provide the Hotel Committee with a list of the transportation
22  companies in each location which are in non-conformance with the one million dollar
23  ($1,000,000) minimum limit specified above when meeting pursuant to the provisions of
24  Section 5(A)3.
25

26  **(Q)**     When a pilot dies prior to his retirement, his designated beneficiary will be
27  provided with a $10,000 advance to be obtained from unpaid wages, accrued and/or
28  unused vacation or as an advance against life insurance payments.
29

30  **(R)**     **Removal from Active Status**
31

32         Any time the Company removes a pilot from active status, for any reason, the
33  procedures below shall be followed:
34

35         1.     The Company will immediately forward written notification to the pilot of the
36  reason(s) for such removal.
37

38         2.     Such notification shall be made to the pilot: (a) at the pilot's primary
39  address by "Certified Mail – Return Receipt Requested" and (b) in his Company
40  mailbox.
41

42         3.     Further, the Company shall attempt to inform the pilot of the removal by
43  calling him at his primary telephone number as soon as practicable but in no case later
44  than twenty-four (24) hours after the removal from service.

AA-SCANLAN-0002584

1  **PERSONAL NOTES:**
2
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
26 _____
27 _____
28 _____
29 _____
30 _____
31 _____
32 _____
33 _____
34 _____
35 _____
36 _____
37 _____
38 _____
39 _____
40 _____
41 _____
42 _____
43 _____
44 _____
45 _____

AA-SCANLAN-0002585

26
Personal Notes

# PERSONAL NOTES:

AA-SCANLAN-0002586

1 **SECTION 30 - DURATION:**
2
3 **(A)** **Effect on Prior Agreements**
4
5     1.     This Agreement supersedes and takes precedence over all previous
6 Agreements. Unless otherwise indicated, the following Letters of Agreement or Letters
7 remain in full force and effect concurrently with the Pilots Working Agreement, dated
8 January 1,1998.
9
10     Letter Number
11
12     1.     Letter of Agreement regarding Jumpseat, dated February 4, 1986.
13
14     2.     Letter regarding Retirement Plan Notification, dated February 4, 1986.
15
16     3.     Letter regarding Pilots' Long Term Disability Benefits, dated February 4,
17         1986.
18
19     4.     Letter of Agreement regarding Alter Ego, dated June 4, 1981, as amended
20         February 9, 1990.
21
22     5.     Letter of Agreement regarding Check Pilot Rotation, dated February 9,
23         1990.
24
25     6.     Letter regarding Salary Continuation, dated February 9, 1990.
26
27     7.     Letter regarding 0100 - 0500 Trip Segments, dated February 9, 1990.
28
29     8.     Letter regarding Retired Pilots in Training Department, dated February 9,
30         1990.
31
32     9.     Letter regarding Retirement Board, dated February 9, 1990.
33
34     10.     Letter regarding Former Piedmont Pilot Insurance Transition, dated
35         February 9, 1990.
36
37     11.     Letter regarding Over 85 Hour Parameters, dated February 9, 1990 and
38         updated December 4, 1997.
39
40     12.     Letter regarding Contract Modifications, dated February 9, 1990.
41
42     13.     Letter of Agreement regarding B-757 Operations, dated February 9, 1990
43         and updated December 4, 1997.

AA-SCANLAN-0002617

30(A)1.
**Letter of Agreement #14**

| | | |
|---|---|---|
| 1<br>2<br>3 | 14. | Letter of Agreement regarding Common Domiciles, dated July 9, 1992 and updated December 4, 1997. |
| 4<br>5 | 15. | Letter regarding Paid Parking, dated July 9, 1992. |
| 6<br>7<br>8 | 16. | Letter regarding Seventy-five (75) hour option, dated July 9, 1992 and updated October 11, 1997. |
| 9<br>10 | 17. | Letter regarding Reduced Duty Break, dated July 9, 1992. |
| 11<br>12 | 18. | Letter regarding Retirement Income Plan Restatement, dated July 9, 1992 |
| 13<br>14 | 19. | Letter regarding Diurnal Cycles, dated July 9, 1992. |
| 15<br>16 | 20. | Letter regarding First Officer Relief Pilots, dated July 9, 1992. |
| 17<br>18 | 21. | Letter regarding Foreign Domicile Allowance, dated July 9, 1992. |
| 19<br>20 | 22. | Letter regarding Managed Care, dated July 9, 1992. |
| 21<br>22 | 23. | Letter regarding Managed Care Review Board, dated July 9, 1992. |
| 23<br>24 | 24. | Letter regarding Flexible Spending Account Program, dated July 9, 1992. |
| 25<br>26 | 25. | Letter regarding ALPA Aeromedical Advisor, dated September 30, 1997. |
| 27<br>28 | 26. | Letter of Agreement regarding Special Provisions, dated July 9, 1992. |
| 29<br>30 | 27. | Letter regarding US Airways Group Board of Directors, dated July 9, 1992. |
| 31<br>32<br>33 | 28. | Letter of Agreement regarding Special Reserve dated September 25, 1998. |
| 34<br>35 | 29. | Letter regarding BAe-146 rates of pay, dated July 9, 1992. |
| 36<br>37 | 30. | Letter of Agreement regarding PSA Pension, dated July 9, 1992. |
| 38<br>39<br>40 | 31. | Letter regarding Supplemental Major Medical Insurance, dated July 9, 1992. |
| 41<br>42 | 32. | Letter regarding More Favorable Insurance Programs, dated July 9, 1992. |
| 43 | 33. | Letter of Agreement regarding "Special Provisions," dated July 9, 1992. |

AA-SCANLAN-0002618

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

34. Letter of Agreement regarding Qualified Pre-Retirement Survivor Annuity, dated May 5, 1993.

35. Letter of Agreement regarding Lump Sum Payment Option Clarification, dated December 22, 1993.

36. Letter of Agreement regarding Flight Operations Quality Assurance Program, dated September 28, 1995.

37. Letter of Agreement regarding Data Collection Systems, dated September 22, 1995.

38. Letter of Agreement regarding Civil Reserve Air Fleet, dated May 22, 1996 and updated December 4, 1997.

39. Letter regarding CATCREW Enhancement, dated May 22, 1996.

40. Letter of Agreement regarding Pilot on Furlough or Leave Accepting a Non-Pilot Job, dated October 29, 1996.

41. Letter of Agreement regarding Long Term Disability/Age 57, dated February 18, 1997.

42. Letter of Agreement regarding Crew Scheduling Tapes, dated April 11, 1997.

43. Letter regarding Contract Clarification and Reformatting, dated July 9, 1992.

44. Letter to minimize the impact of growth and the early retirement program on US Airway operations, dated September 29, 1997.

45. Letter concerning rescheduling pilots on the "back side of the clock," dated September 30, 1997.

46. Letter of Agreement regarding Early Retirement Incentive Program, dated December 4, 1997.

47. Letter of Agreement regarding Main Line Parity Adjustments, dated December 4, 1997.

48. Letter of Agreement regarding US2, dated December 4, 1997.

49. Letter regarding use of person not on the pilot seniority list to operate newly acquired aircraft, dated September 29, 1997.

AA-SCANLAN-0002619

30(A)1.
**Letter of Agreement #50**

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | 50. | Letter stating US Airways Group, Inc. will be bound by Section 1 of the Agreement and the "alter ego" Letter of Agreement, dated December 4, 1997. |
| 5<br>6<br>7 | 51. | Letter of Agreement regarding Task Team on Regional Jets, dated December 4, 1997. |
| 8<br>9<br>10 | 52. | Letter of Agreement regarding Minimum Growth Commitment, dated December 4, 1997. |
| 11<br>12<br>13 | 53. | Letter of Agreement regarding Furlough Recall for Pre-1997 furloughees, dated December 4, 1997. |
| 14<br>15<br>16 | 54. | Letter of Agreement regarding Furlough Cancellation and Recall for 1997 furloughees, dated September 30, 1997. |
| 17<br>18<br>19<br>20 | 55. | Letter regarding creation of Regional Domiciles and/or Satellite Lines and Proposals regarding Sections 9 and 10 of the Agreement, dated September 30, 1997. |
| 21<br>22<br>23 | 56. | Letter regarding modifications to SAP to provide for looping, dated September 30, 1997. |
| 24<br>25<br>26 | 57. | Letter of Agreement regarding Training Reorganization Subcommittee and PHL Transoceanic Rotation Blocks, dated December 4, 1997. |
| 27<br>28<br>29 | 58. | Letter of Agreement regarding Information Sharing dated December 4, 1997. |
| 30<br>31<br>32 | 59. | Letter regarding Good Faith Review of Contract Language dated September 30, 1997. |
| 33<br>34 | 60. | Letter regarding Pay Date Adjustment dated October 2, 1997. |
| 35<br>36<br>37 | 61. | Letter of Agreement regarding Lump Sum Payments dated December 4, 1997. |
| 38<br>39<br>40 | 62. | Letter of Agreement regarding Fairness in Cost Reductions dated September 30, 1997. |
| 41<br>42 | 63. | Letter of Agreement regarding Stock Options and Contingent Acquisition Rights dated December 4, 1997. |

AA-SCANLAN-0002620

1  64.  Letter of Agreement regarding US2 Scheduling Clarification dated May 7,
2       1998.
3
4  65.  Letter of Agreement regarding Widebody Pay Rates dated June 30, 1998.
5
6  66.  Letter of Agreement regarding Initial Qualification of US2 Pilots dated
7       August 5, 1998.
8
9  67.  Letter of Agreement regarding Early Retirement Modifications dated
10      August 5, 1998.
11
12 68.  Letter of Agreement regarding Interim Procedure for Split Trip Training Pay
13      dated September 4, 1998.
14
15 69.  Letter of Agreement Regarding Pilot Stock Option Plan and Allocation
16      Principles dated September 19, 1998.
17
18 2.   The parties have agreed that the Letter of Agreement regarding Empire
19 Merger, dated February 12, 1986, will remain in full force and effect as if US Airways,
20 Inc. had been a signatory thereto.
21
22 3.   The parties agree that the following Letters of Agreement and Letters
23 remain in full force and effect:
24
25      a.  Letter of Agreement regarding PSA Transition, dated November 5,
26          1987.
27      b.  Letter of Agreement regarding PAI Transition, dated September 15,
28          1989.
29      c.  Letter from Dwain C. Andrews to Captain Richard Wareing, dated
30          December 21, 1989, pertaining to pay for Drug Testing.
31      d.  Letter regarding Retirement Provisions Affecting Former PAI Pilots,
32          dated February 9, 1990.
33      e.  Memorandum of Understanding regarding USAir-Trump Shuttle
34          Management, dated February 13, 1992.
35      f.  Letter of Agreement regarding Trump Shuttle Aircraft, dated
36          February 13, 1992.
37
38 4.   Any Letter of Agreement not listed in 1, 2 and 3 above will cease to be
39 effective as of January 1, 1998.

AA-SCANLAN-0002621

30(B)
**Duration of Agreement**

1   **(B)    Duration**
2
3        This Agreement shall become effective January 1, 1998, unless otherwise
4   specifically provided herein, and shall continue in full force and effect through January 2,
5   2003, and shall renew itself without change until each succeeding January thereafter
6   unless written notice of intended change is served in accordance with Section 6, Title I of
7   the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior
8   to January 1 in any year.
9
10       IN WITNESS WHEREOF, the parties hereto have signed this Amendment to the
11  Agreement this 4th day of December, 1997.
12
13  FOR THE AIR LINE PILOTS                    US AIRWAYS, INC.
14  ASSOCIATION, INT'L
15
16  /s/ J. R. Babbitt                          /s/ John R. Long, III
17  J. Randolph Babbitt                        John R. Long, III
18  President                                  Executive Vice President,
19  Air Line Pilots Association,               Human Resources
20  International
21
22                                             /s/ D. C. Andrews
23                                             Dwain C. Andrews
24                                             Vice President, Labor Relations
25
26  WITNESS:                                   WITNESS:
27
28  /s/ Jon L. Bryan                           /s/ Art Lunney
29
30  /s/ Christopher T. Beebe                   /s/ Norman Sanders
31
32  /s/ Eric Litt                              /s/ L. V. McSween
33
34  /s/ Donn K. Butkovic                       /s/ Anthony J. Bralich, Jr.
35
36  /s/ Gerry McGuckin                         /s/ David Buterbaugh
37
38  /s/ Kelly Ison                             /s/ John J. Basco
39
40  /s/ R. J. Obermeyer

AA-SCANLAN-0002622

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, on behalf of himself
and all others similarly situated,

        Plaintiff,

-vs.-

    Civil Action No. 2:18-cv-04040-HB

AMERICAN AIRLINES GROUP INC., and
AMERICAN AIRLINES, INC.,

        Defendants.

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2022, upon consideration of Defendants' Motion for Summary Judgment and all other papers and arguments raised in connection with this Motion, it is hereby ORDERED that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants' Motion for Summary Judgment is GRANTED as to all three counts asserted by Plaintiffs.

_____
Harvey Bartle III
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, on behalf of himself
and all others similarly situated,

           Plaintiff,

-vs.-

AMERICAN AIRLINES GROUP INC., and
AMERICAN AIRLINES, INC.,

           Defendants.

Civil Action No. 2:18-cv-04040-HB

## CERTIFICATE OF SERVICE

I, Mark W. Robertson, hereby certify that on July 29, 2022, I caused a true and correct copy of the foregoing Motion for Summary Judgment, Memorandum of Law in Support, Statement of Undisputed Material Facts, Declarations and Exhibits in Support, and Proposed Order to be served on all counsel through the ECF system.

Respectfully submitted,

By: */s/ Mark W. Robertson*

Mark W. Robertson (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
mrobertson@omm.com

*Attorneys for Defendants American Airlines Group Inc. and American Airlines, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated,<br><br>                         Plaintiff,<br><br>-vs.-<br><br>AMERICAN AIRLINES GROUP, INC.; AMERICAN AIRLINES, INC.,<br><br>                        Defendants | Case No. 18-4040<br><br>**DECLARATION OF COLIN M. DOWNES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Colin M. Downes, declare under penalty of perjury under the laws of the United States:

1.      I am an associate attorney at the law firm of Block & Leviton LLP, which is one of counsel for Plaintiff in this matter. I am an attorney licensed and admitted to practice in the District of Columbia and the state of New York. I have been admitted to practice before this Court *pro hac vice*. I submit this declaration in opposition to Defendants' Motion for Summary Judgment.

2.      The documents attached hereto as exhibits are true and accurate copies of the following:

      **Exhibit 1:**    Excerpts of the Transcript of the Deposition of American Airlines, Inc. by its Rule 30(b)(6) designee Todd F. Jewett taken February 13, 2020;

      **Exhibit 2:**    Excerpts of the Transcript of the Deposition of American Airlines Group, Inc. by its Rule 30(b)(6) designee Jennifer R. Saddy taken February 14, 2020;

      **Exhibit 3:**    Excerpts of the Transcript of the Deposition of Patrick O'Rourke taken March 30, 2022;

      **Exhibit 4:**    Excerpts of the Transcript of the Deposition of Russell Moore taken February 18, 2022;

| **Exhibit 5:** | Excerpts of the Transcript of the Deposition of Allied Pilots Association by its Rule 30(b)(6) designee Neil Roghair taken April 21, 2022; |
|---|---|
| **Exhibit 6:** | Excerpts of the Transcript of the Deposition of J. F. Joseph taken June 29, 2022; |
| **Exhibit 7:** | Excerpts of the Transcript of the Deposition of James P. Scanlan taken March 10, 2020; |
| **Exhibit 8:** | Excerpts of the Transcript of the Deposition of American Airlines Group, Inc. by its Rule 30(b)(6) designee Courtney D. Finn taken February 14, 2020; |
| **Exhibit 9:** | Excerpts of the Transcript of the Deposition of Kimberly Wicker taken March 30, 2022; |
| **Exhibit 10:** | Email from R. Scott Heckenberger dated March 31, 2017, marked as Exhibit 1 at the Deposition of Patrick O'Rourke taken March 30, 2022 and bearing bates stamp SCANLAN_00000410 to SCANLAN_00000419. |

The foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 31st day of August 2022 at Washington, D.C.

_____

Colin M. Downes

# Exhibit 1



Deposition of:
# Todd F.  Jewett , 30(b)(6) AA, Inc.

*February 13, 2020*

In the Matter of:

# Scanlan v American Airlines

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com  |

```
 1                     P R O C E E D I N G S
 2                      TODD F. JEWETT,
 3      having been first duly sworn, testified as follows:
 4                       EXAMINATION
 5      BY MR. BARTON:
 6           Q.   Good morning.
 7           A.   Good morning.
 8           Q.   Would you state your full name for the record,
 9      please?
10           A.   Todd F. Jewett, J-E-W-E-T-T.
11           Q.   Does the "F" stand for something?
12           A.   Foster.
13           Q.   And I know you've been deposed one time before
14      with me.  Have you been deposed since that time?
15           A.   No, I have not.
16           Q.   Just to give you a refresher in terms of what
17      will happen here today, I am going to ask you a series
18      of questions.  I will expect you to provide answers to
19      those questions.  Do you understand that?
20           A.   I understand that.
21           Q.   Do you understand you're testifying here under
22      oath just as if you were testifying in court?  Correct?
23           A.   I do understand that.
24           Q.   Just as a reminder, there's a couple of rules
25      that we have to live by today that are a little bit
```

1    different than normal conversation.  One of those is I

2    need any of your responses to my questions to be in some

3    verbal format.  The court reporter has a hard time

4    recording either a shaking of the head or something

5    uncommittal or noncommittal like an uh-huh.  Okay?

6         A.   I understand.

7         Q.   The other rule is a little bit different than

8    normal conversation, is it's very important that you and

9    I not speak over each other, and that's, in part, so we

10   have a clear transcript and so the court reporter can

11   record accurately what is being said.  Okay.

12        A.   I understand that as well.

13        Q.   You understand that you've been designated

14   here as what's known as a Rule 30(b)(6) witness or

15   representative of American Airlines?

16        A.   I do understand that.

17        Q.   Is there any reason you can't give full and

18   complete testimony here today?

19        A.   Not to my knowledge.

20        Q.   Have you seen the notice that was issued with

21   respect to the topics that are being testified about in

22   this case?

23        A.   I have.

24                   (Exhibit 1 marked.)

25                   (Exhibit 2 marked.)

1   regular pay, excluding shift premium, and the amount

2   received from the military.  Employees will be required

3   to provide the company with a copy of their reserve

4   training orders and will be required to submit to the

5   company proof of the amount of pay received from the

6   military within seven days after the employee returns.

7   The amount (excluding expenses) will be deducted from

8   the employee's next paycheck.  The company will comply

9   with the applicable federal laws governing the

10  reemployment rights of veterans returning from military

11  leave.

12       Q.   Let's address the types of leave and the

13  payment of leave by group.  We'll start with the pilots.

14            Would it be correct that for the pilots,

15  military leave has always, at least since 2013, been

16  unpaid?

17       A.   That's correct.

18       Q.   Is it correct that for the pilots that some

19  form of jury duty has been paid at least since 2013?

20       A.   Some form, but I'll explain that.  I mean,

21  since the 2013 agreement, although it wasn't implemented

22  until later, for legacy AA, there's a preferential

23  bidding system in place today.  And I don't remember the

24  exact date it went into place, but it's always been in

25  place for this time period at US Airways legacy West,

1  not for East.

2          But in a preferential bidding system, a

3  planned absence is supposed to be provided prior to the

4  run of their bid schedule.  And so, for instance,

5  military leave, jury duty, union leave, anything that

6  would be planned should be submitted before their

7  schedule, and it would be planned around that and no pay

8  would be received for any of those.  And the fact that

9  sometimes these things happen later and pilots already

10  have their schedule awarded by the time they provide us

11  notice, to that effect, yes, jury duty would be paid

12  under Section 5.

13      Q.   And what you're describing with respect to the

14  bid system and sort of preplanning leave, that applies

15  to military leave and to jury duty leave?

16      A.   And to union leave.

17      Q.   And does it --

18      A.   It applies to any planned absence.

19      Q.   Are there particular types of leave that it

20  would not apply to?

21      A.   Well, what I would say is as you go through at

22  least the rest of these, that we include sick and

23  disability is hard to plan for.  To the extent it can be

24  planned, yes.  If a pilot is going to have a surgical

25  procedure or some kind of an operation that they can

1   Are people -- bereavement leave, I assume, applies to

2   someone attending a funeral?

3       A.   Yes.

4       Q.   Would it also apply to somebody attending a

5   memorial service that happens well in advance or, yeah,

6   planned in advance?

7       A.   Planned in advance?  I'm not sure.  I mean, if

8   we're speaking just about the pilots, I mean, the pilots

9   have -- most of our pilots have a very good working

10  relationship with their chief pilots.  And yes, if they

11  have -- if they've had a death in the family that

12  qualifies for bereavement leave and they choose to go,

13  to use that leave once there's going to be a planned

14  ceremony, yes.  I believe they would be able to utilize

15  bereavement leave for that purpose.  What I would

16  imagine would happen is they would use bereavement leave

17  at the time of passing and, if necessary, they can use

18  what's called an EO, or emergency off.  If they get

19  scheduled and they're required to be off, they can work

20  that out with their chief pilot.

21      Q.   I just want to be clear, though, what we're

22  talking about.  Are you familiar that sometimes people

23  have a loved one buried and they wait for some period of

24  time to have a memorial service?

25      A.   Yes.

1       Q.   Okay.  And in that instance, if a pay lot

2   has -- so he takes no time off when the family member

3   dies immediately, but a month later there is a memorial

4   service for his father or whomever.  In that instance,

5   is the person entitled to take bereavement leave?

6       A.   I imagine he would work with his chief pilot

7   and, yes, be able to take bereavement leave at that

8   time.

9       Q.   And would the bereavement leave for that

10  memorial service be paid leave?

11      A.   I think it depends on how it was planned.  If

12  he planned it to the point that he could put in a

13  planned absence prior to his schedule run, then it would

14  not be paid.  If it was put in after his schedule run

15  and he had to miss a trip, I would imagine it would be

16  paid missed trip.

17      Q.   And the similar policy applies to military

18  leave, that if someone got called on short notice to do

19  military duty, they would take military leave.  Correct?

20      A.   Yes.  To my knowledge, we aren't allowed to

21  refuse military leave.

22      Q.   And on the other hand, if the person got

23  called and their military orders are two months out for

24  short-term leave, a few days, they're expected to

25  schedule their leave around those days.  Is that right?

1      A.    They're expected to.

2      Q.    Does the same policy also apply to parental

3  leave?

4      A.    Parental leave is a little different.  I guess

5  it depends on whether you're talking about a maternity

6  leave or you're talking about a male pilot taking off

7  time for parental leave or male bonding.  A pregnant

8  female pilot would be able to utilize their sick time

9  and FMLA and any short-term or long-term disability

10  benefits that were applicable to get time off for that.

11          A male pilot taking time off for that would

12  probably be left to using FMLA, which would be unpaid.

13      Q.    And to the extent that the -- strike that.

14          Does the parental leave also apply to

15  adoption?

16      A.    I don't think for -- I don't think for pilots

17  they have a specific provision for adoption in their

18  contract.

19      Q.    Does the parental leave also apply in the

20  event that -- let's say it's a female pilot but she does

21  not actually bear the baby.  She has a surrogate bear

22  the baby.  Does parental leave apply in that instance?

23      A.    I am unsure.

24      Q.    To the extent we're talking about a male pilot

25  who is taking parental leave, are they expected in that

Page 114

```
 1    than 14 days they have access contractually to their
 2    long-term bank, but I'm not sure what you're looking for
 3    outside of that.
 4          There's -- I believe there's -- and, again, I
 5    don't know whether you want to call it short-term or
 6    not, but, for instance, in the -- I believe in the sick
 7    section and in the vacation section, if you're not
 8    active, I think the marker is 15 days.  If you're not
 9    active for 15 days and you don't accrue sick or vacation
10    for that month, or it's that you have to be active for
11    15 days, I don't remember, but there's a marker for
12    that.
13          So I don't know if -- you know, if you're
14    trying to draw that distinction that one of those is
15    short-term and one of those is long-term, the difference
16    between 14 and 16 days.  But there are differences in
17    the pilot contract, and I would imagine there are
18    similar differences in the other contracts.
19       Q.   Is it incorrect that absences beyond 15
20    days -- strike that.
21          Is it correct that either absences of 15 days
22    or less are considered short-term leave?
23       A.   I certainly wouldn't consider that short-term
24    leave.
25       Q.   Is there --
```

1     A.   I am not sure of the distinction between -- I

2  mean, to me, I will tell you what I think.  And I look

3  at this for the pilot contract.  The pilot contract, as

4  it sits today, has personal leave of absence, which I

5  believe can be done for 30 days.  To me that would be

6  short-term leave.  A longer term leave would be

7  something where a pilot is off the schedule for longer

8  than that.

9          Having said that, there are -- I believe with

10  certain leaves, they come -- and again, it's an

11  administrative function.  I believe they come off -- I

12  think they call it off payroll after 16 days or on the

13  17th day, something like that.

14     Q.   And so what does it mean from an

15  administrative function to be off payroll?

16     A.   Well, at that point then I don't believe

17  you're accruing the sick and vacation because you

18  weren't available per the terms of the contract, but

19  other than that, I don't know what all administratively

20  that does.

21     Q.   Is the 16-day rule, is that exclusive to

22  pilots?

23     A.   I don't know.  I'd have to go look through the

24  contracts to see if they have those in similar sections.

25     Q.   And is the 16-day provision referenced in or

1      A.   Only as they would be -- if you're talking

2  about contractual, if they have durations in them, then

3  they would be within these provisions.

4      Q.   So is what you're telling me, the only

5  information that you're able to provide me, is if there

6  is a specific durational limit to these particular types

7  of leave, whether or not -- that it's in the contract.

8  Is that right?

9      A.   Yes.  For instance, in the ones that had the

10  part of it paid and part of it unpaid, I believe, if my

11  memory serves me correctly, there's a provision in there

12  that says that for -- I think for reservist camp, they

13  can get any 10 days out of a 14-day period.  And so if

14  that's what you're talking about a duration in limit,

15  then that's where those would be.

16      Q.   Well, for specific types -- let's take

17  nonmilitary leave.  For certain types of leave, there is

18  a limit in terms of the amount of time that somebody

19  will get paid leave.  Correct?

20      A.   Yes.

21      Q.   For example, bereavement leave.  I think it's

22  three days?

23      A.   Three days for most, yes.

24      Q.   And is that true across the board?

25      A.   I believe so.  I don't know that there were

1  any exceptions to that.  Most, if not all, are three

2  days, and some of them may vary on whom you get

3  bereavement leave for, but I believe they were all three

4  days.

5      Q.   Is there any group that does not get

6  bereavement leave?

7      A.   I don't think so.  Unfortunately, I've

8  negotiated enough of them to know usually it is how big

9  that list of people for whom you get that leave

10  encompasses.

11      Q.   Is there -- it's correct that for the union

12  leave for some employee groups, it's paid and for some

13  employee groups it's not paid.  Correct?

14      A.   Yes, but what I would say is with some

15  exceptions.  The majority of it is reimbursed by the

16  unions.  Paid for by the union.

17      Q.   I understand.  But as to the employee, for

18  some represented groups, the employees receive pay while

19  they're out on union leave, and for some groups, they do

20  not.  Correct?

21      A.   Yeah, there are some that do not.

22      Q.   For example, if you look at -- on the second

23  page of your chart, if you look at the legacy US and

24  legacy American mechanics and maintenance control, it's

25  both -- for both of those groups, the union leave is

1  leave?

2      A.   I would have to look at each individual

3  agreement to tell you that.  On the surface, I wouldn't

4  expect there to be big differences, but, again, I am not

5  going to give you a global statement on every collective

6  bargaining agreement without looking at them.

7      Q.   Okay.

8      A.   So for the pilot contract in paragraph 11E, it

9  says that a pilot ordered to or who volunteers for

10  active duty with the military service of the United

11  Sates in a time of war shall be granted a leave of

12  absence for the period of such duty and for 90 days

13  thereafter, during which time his seniority and length

14  of service for paid purposes shall accrue.

15          The second paragraph talks to a pilot who

16  volunteers and is accepted for active duty with the

17  military service of the United States in time of peace

18  shall be granted a leave of absence for period of such

19  duty but not to exceed a cumulative total of five years

20  during which seniority and length of services for paid

21  purposes shall accrue.

22      Q.   So beyond what is written in the agreement, is

23  the purpose to allow employees to serve in the military?

24      A.   If you are looking for a general statement,

25  yes, I believe that would be what it would be, but how

1    it is specified in each agreement may be different.

2         Q.   And with respect to jury duty leave, is the

3    purpose to allow employees time off to serve in a jury?

4         A.   Yes, it is.

5         Q.   Do you have an understanding of the purpose of

6    sick leave?

7         A.   I do, but I'll back up to jury duty.  In some

8    of the contracts, it does also state for -- only for

9    voluntary -- or involuntary jury leave.  It doesn't

10   cover voluntary jury leave in some of it.

11        Q.   What is voluntary jury leave?

12        A.   If my understanding is correct, in some states

13   you can volunteer to serve on a grand jury.

14             THE WITNESS:  Could you read back the

15   last question?

16             (Requested testimony read.)

17        A.   Generally, it is to provide for pay for an

18   employee who is out due to injury or illness, either on

19   the job or off the job.

20        Q.   (BY MR. BARTON)  Does it cover leave for

21   medical purposes, regardless of whether the leave is

22   voluntary or involuntary?

23        A.   I guess in medical terms, if you're talking

24   about discretionary type procedures versus

25   nondiscretionary type procedures, yes, I believe it

1    original question was the purpose of bereavement leave,

2    and I can testify to the purpose of bereavement leave.

3        Q.   Okay.  Tell me the purpose of bereavement

4    leave.

5        A.   The purpose of bereavement leave is to allow

6    somebody to grieve someone that has passed away, whether

7    a close family member, loved one or not, but it's to

8    allow for a grieving process.

9        Q.   And are you able to testify as to the purpose

10   of American providing bereavement leave to its

11   employees?

12       A.   Same purpose as the last answer.

13            MR. MORALES:  Did you mean to say a

14   different leave?

15       A.   You just asked for a purpose?

16       Q.   (BY MR. BARTON)  No, I asked -- I think I

17   asked for the purpose that American pays for bereavement

18   leave.

19       A.   Okay.

20       Q.   I'm sorry.

21       A.   If that's the question, I --

22       Q.   I will rephrase the question so the record is

23   clear.

24            Do you have an understanding as to the purpose

25   that American pays employees for bereavement leave?

Page 142

1   believe she's managing director in legal, but I don't
2   know her exact title.
3          Q.   To your understanding, were you the only
4   person that communicated back to the APA?
5          A.   Yes.
6          Q.   Was the issue about whether the military leave
7   would qualify as credit under the profit-sharing raised
8   with the board of directors of American?
9          A.   I have no idea.
10         Q.   Did you inform the APA that the board of
11  directors had made the decision of whether or not to
12  include credit, military service or military leave of
13  absence for the profit-sharing plan?
14         A.   I did not have that knowledge, so I could not
15  have told them that.
16         Q.   Do you recall what you communicated to the APA
17  about this issue?
18              MR. MORALES:  Objection, asked and
19  answered.
20         A.   I recall nearly exactly, not verbatim, but
21  nearly exactly; and that was, as I stated before, that I
22  believed that profit-sharing was based on W-2 earnings
23  and, since military leave was unpaid leave, that there
24  would not be any credit that would go with that for the
25  purposes of profit-sharing.

1              MR. MORALES:  Objection as outside the

2      scope and relevance.

3          A.   My personal opinion would be that would be

4      voluntary.

5          Q.   (BY MR. BARTON)  Would you agree that both

6      service in the military and jury service share a common

7      characteristic of performing public service?

8          A.   I would say that they're both doing their

9      civic duty, but a jurist is summoned to go do that,

10     whereas, at least I believe in today's day and age,

11     military is mostly voluntary to get into the Service.

12         Q.   And you understand that once the person has

13     joined the Service, the obligation to do the reserve

14     duties is no longer voluntary?

15         A.   I do understand that.

16         Q.   Do you understand that in certain -- at least

17     in certain states, you can avoid jury duty service by

18     either not registering to vote or not registering a car

19     or not having a license?

20              MR. MORALES:  Objection as outside the

21     scope, relevance and assumes facts not in evidence.

22         A.   I understand that jury pools are collected in

23     different ways, and if you're not in that pool of

24     people, that you cannot be picked for jury duty.

25         Q.   (BY MR. BARTON)  And there's ways if you want

# Exhibit 2



Deposition of:
# Jennifer R.  Saddy , 30(b)(6) for AAG/AA

*February 14, 2020*

In the Matter of:

# Scanlan v American Airlines

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com  |

```
 1                    P R O C E E D I N G S
 2                    JENNIFER R. SADDY,
 3   having been first duly sworn, testified as follows:
 4                         EXAMINATION
 5   BY MR. BARTON:
 6        Q.   Good afternoon.
 7        A.   Hello.
 8        Q.   Would you state your full name, please?
 9        A.   Jennifer Saddy.
10        Q.   Do you have a middle name?
11        A.   Jennifer Rae Saddy.
12        Q.   R-A-Y?
13        A.   R-A-E.
14        Q.   That would make more sense.
15             Would you state your home and work address,
16   please?
17        A.   My home is 2826 Mona Vale Road in Trophy Club,
18   Texas, 76262.
19             Work address is American Airlines, 1 Skyview
20   Drive, Fort Worth, Texas.  I'm not sure of the zip code.
21        Q.   What's your current position at American
22   Airlines?
23        A.   My current role is managing director of
24   absence management.
25        Q.   Have you ever had your deposition taken
```

Page 6

1    before?

2         A.   I have.

3         Q.   How many times?

4         A.   Once.

5         Q.   Was that in connection with your employment?

6         A.   It was.

7         Q.   And was it in connection with your employment

8    with American Airlines?

9         A.   It was.

10        Q.   How long ago?

11        A.   I'm not sure.

12        Q.   Long enough so you don't quite remember?

13        A.   I do not quite remember.  I think it was in

14   Phoenix, so it was a number of years ago.

15        Q.   Let me go over what will happen today and give

16   you a refresher of what happens at depositions.

17             I am going to ask you a series of questions

18   and, unless your counsel instructs you not to provide an

19   answer, you need to provide me an answer.  Okay?

20        A.   Got it.

21        Q.   If your counsel objects but does not give you

22   instruction not to answer, you should go ahead and

23   answer my question.  Okay?

24        A.   Got it.

25        Q.   There's a couple of rules that we have to

1    A.    Correct.

2    Q.    Is that something that is regularly recorded?

3    A.    It could be regularly recorded for pilots, but

4  that's done at the station -- at the local level for

5  each pilot at each base group.

6    Q.    What does that mean?

7    A.    So the individuals that click this coding into

8  the system is done at the base where the pilot works out

9  of.  So, for example, if it's a Miami based pilot, it is

10  done by personnel in Miami.  And so it's as accurate as

11  the individual that puts it in.  So, yes --

12    Q.    That's true, I guess, for all of them?

13    A.    It is.

14    Q.    Is there a purpose to record -- I am trying to

15  understand the purpose of recording military leave on

16  the days off.  And what does that mean?  When does that

17  get recorded, or how does that get recorded?

18    A.    And I am not sure.

19    Q.    And then MR indicates military of less than

20  four days?

21    A.    Correct.

22    Q.    And is there a particular -- then you have MX,

23  which is military over four days and less than 17 days,

24  and MY, which is military over 17 days.  And I am

25  assuming the military for all of those indicates

Page 33

1  military leave?

2      A.  Correct.  Correct.

3      Q.  And what is the purpose of distinguishing

4  between those three different codes?

5      A.  I am not sure.

6      Q.  And do you have any understanding in terms of

7  how those codes are utilized?

8      A.  Only in the context of as they're defined.

9      Q.  And does that mean -- other than the fact that

10 if I take military leave of three days, it goes under

11 four?

12     A.  Uh-huh.

13     Q.  Other than that, you don't have an

14 understanding in terms of what the codes are and what

15 they're used for?

16     A.  Correct, why we would specifically have seven

17 of them --

18     Q.  Okay.

19     A.  -- defined this way.

20     Q.  Can you explain to me -- strike that.

21         The next code is MV, which is military PVD,

22 which is defined as personal vacation day.

23     A.  Uh-huh.

24     Q.  Is that describing a situation where somebody

25 goes on military leave and uses their paid vacation

# Exhibit 3

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3   JAMES P. SCANLAN, on behalf )
     of himself and all others   )
 4   similarly situated,         )
                                 )
 5             Plaintiffs,       )
                                 )
 6   vs.                         )  Case No.
                                 )  2:18-cv-0404-HB
 7   AMERICAN AIRLINES GROUP,    )
     INC. and AMERICAN AIRLINES, )
 8   INC.,                       )
                                 )
 9             Defendants.       )
10
11
12   ************************************************
13                  ORAL DEPOSITION OF
14                  PATRICK O'ROURKE
15                  MARCH 30, 2022
16   ************************************************
17
18        On the 30th day of March, 2022, at 2:42 p.m.,
19   the oral deposition of the above-named witness was
20   taken at the instance of the Plaintiff, before
21   Michelle L. Munroe, Certified Shorthand Reporter in
22   and for the State of Texas, at Veritext Legal
23   Solutions, 300 Throckmorton Street, Suite 1600, Fort
24   Worth, Texas, pursuant to Notice and the agreement
25   hereinafter set forth.
```

Case: 22-3040 Document: 4-4 Page: 890 Date Filed: 03/23/2023

```
                                              Page 4
 1              P R O C E E D I N G S
 2                   PATRICK O'ROURKE,
 3    having been first duly sworn, testified as follows:
 4                      EXAMINATION
 5    BY MR. DOWNES:
 6         Q.    Good afternoon, sir.
 7         A.    Good afternoon.
 8         Q.    Can you please state and spell your full
 9    name for the record?
10         A.    Yes.  Patrick O'Rourke, P-a-t-r-i-c-k,
11    O-'-R-o-u-r-k-e.
12         Q.    What is your home address, Mr. O'Rourke?
13         A.    4508 Dartmoore Lane -- Dartmoore is one
14    word, D-a-r-t-m-o-o-r-e, Lane -- in Colleyville,
15    C-o-l-l-e-y-v-i-l-l-e, Texas 76034.
16         Q.    What is your business address?
17         A.    14 -- well, I guess I work right now at
18    the Allied Pilots Association, which is 14600
19    Trinity Boulevard, Fort Worth, Texas.
20         Q.    Have you ever been deposed before?
21         A.    No, I haven't.
22         Q.    Have you ever testified at trial before?
23         A.    No, I have not.
24         Q.    How about in an arbitration proceeding?
25         A.    No, I have not.
```

1     Q.   We'll go over just a couple ground rules

2   for our conversation today.  You're here under oath

3   just as if you were in a court of law in front of a

4   judge under penalty of perjury.  The court reporter

5   is making a written record of all the questions that

6   I ask and you answer.  She'll take them down and

7   make a written transcript.  You will have the

8   opportunity to make changes to your answers to

9   questions if you need to either during the course of

10   your testimony today or afterwards.

11        If in the course of today you realize you

12   have misspoken or you have remembered something that

13   you didn't before, you can correct your testimony.

14   Just say, I remembered this or I said something

15   before that was wrong, let me correct myself.

16        You'll also receive a written copy of the

17   transcript after we're done and after it's reduced

18   to a written record, and you will be able to make

19   any changes then that you need to.

20        If you don't understand any questions that

21   I ask today, please just tell me you want me to

22   rephrase them.  You can do that at any time.

23        I will ask that you wait for me to finish

24   asking a question before you answer it today.  It

25   can be hard to understand crosstalk on a written

Page 12

```
 1   language.
 2        Q.   With respect to the contract comparison,
 3   can you explain to me what that process involved?
 4        A.   It compares all aspects of the major
 5   airlines with the contractual provisions with regard
 6   to pay, work roles, and benefits.  Also numbers of
 7   aircraft, pilots, and when their contracts are --
 8   their contract periods are.
 9        Q.   And you referred to preparing briefings
10   and other written documents.
11             Were these briefings that were being
12   prepared for the board of directors of the APA or
13   for some other audience?
14        A.   Mostly they were for the board of
15   directors, yes.
16        Q.   Were these things like summaries of
17   negotiations?
18        A.   Yes.
19             (Exhibit 1 marked.)
20        Q.   I'm marking a document as Exhibit 1.
21             Mr. O'Rourke, do you recognize this
22   document?
23        A.   Yes.  I reviewed this morning actually.
24        Q.   What is this document?
25        A.   These are a series of emails from our --
```

Page 13

1    requesting information from our military affairs
2    committee chair I guess when I was on the
3    negotiating committee.
4         Q.   Is this a true and correct copy of email
5    correspondence that you were a party to?
6         A.   Yes.
7         Q.   I would like you to flip to the last page
8    of this document.  This email chain -- well, strike
9    that.
10             Do you see the first email in this email
11   chain?
12        A.   From Jim Scanlan or my response, is that
13   what you're asking?
14        Q.   The very first one here sent on
15   February 2nd.
16        A.   Yes, I see.
17        Q.   That's sent by Jim Scanlan?
18        A.   Uh-huh.
19        Q.   What is Jim Scanlan asking about in this
20   email?
21        A.   The -- he wants to know if military pilots
22   will receive W-2 credit for periods of military
23   leave when -- I guess as it refers to profit
24   sharing.
25        Q.   And I believe a moment ago you testified

Page 20

```
 1   calculated at the end of the calendar year, for
 2   instance, our contribution on our earnings is --
 3   includes a 16 percent contribution into our 401(k),
 4   which is our retirement fund.
 5              Each different employee group has a
 6   contribution to their retirement account, and ours
 7   is the percentage that I just mentioned.  But for
 8   some reason, our percentage there was originally
 9   excluded.  And this is before our board of directors
10   had agreed to it.
11              Fortunately we did find out prior to
12   presenting it to our board of directors, and we were
13   able to have that discrepancy corrected so that we
14   were basically at parity, more or less, with the
15   rest of the employee groups.
16        Q.   In the next sentence in this email, you
17   write that, Military LOAs were specifically excluded
18   from the company benefit as they do not generate
19   eligible earnings according to our PS plan briefing.
20              Do you see that?
21        A.   Yes.
22        Q.   Is LOA an acronym for leave of absence?
23        A.   Yes.
24        Q.   What does PS stand for?
25        A.   Profit sharing.
```

1     Q.   Was the issue of credit for military

2   leaves of absence specifically raised at the profit

3   sharing plan briefing from the company?

4     A.   I forget who raised it but it was raised.

5     Q.   So there was a discussion about that issue

6   at this initial briefing?

7     A.   It probably would have been raised by us.

8   I shouldn't estimate, but it would only make sense

9   that it was raised by us, but it was raised.

10     Q.   Can you explain why it would only make

11   sense that it was raised by you and Mr. Rintel?

12     A.   Because it's a benefit that our members

13   would benefit from or -- is that redundant but...

14     Q.   Towards the bottom of this email, you

15   write, I will verify with the company regarding the

16   military LOA and PS.

17     Do you see that?

18     A.   Yes.

19     Q.   Did you follow up again with the company

20   about profit sharing credits for military leaves of

21   absence?

22     A.   I don't recall exactly, but if I said I

23   would do it, I certainly would do it.

24     Q.   I would like to move you back another two

25   pages to the page bearing Bates number Scanlan_414.

```
 1            In the middle of the page, do you see that
 2    there is an email dated February 18, 2017?
 3         A.   Yes.
 4         Q.   And that email is from you to Jim,
 5    correct?
 6         A.   Yes.
 7         Q.   Take a moment to read that.  Just let me
 8    know when you finish.
 9         A.   (Reviewed document.)  Okay.  I'm finished.
10         Q.   Does reading that email refresh your
11    recollection regarding whether you followed up with
12    the company about this issue?
13         A.   It was a long time ago, but I'm certain
14    that this -- well, say your question again.
15         Q.   Sure.
16            Does this email refresh your recollection
17    regarding whether you ever reached out to American
18    Airlines about the issue of military leaves of
19    absence and profit sharing?
20         A.   Yeah, it looks like a continual request
21    for information from them, so, yeah, I'm following
22    up, but -- and then it says that they're consulting
23    with legal.  So...
24         Q.   Do you remember who you spoke to about
25    this issue?
```

1     A.   It would have had to have been Beth

2  Holdren, but I don't remember specifically.  Beth

3  Holdren led their team on this stuff.  On all the

4  things we were pretty much involved in negotiating,

5  it was always Beth Holdren was leading their side.

6     Q.   And I would like to point you to the page

7  bearing Bates number Scanlan_411.  Point you to the

8  last email on this page.

9          Is this email from you?

10    A.   Yes.

11    Q.   To Jim Scanlan?

12    A.   Uh-huh.

13    Q.   Take a moment, read that email, and just

14  let me know when you're done.

15    A.   (Reviewed document.)  Okay.  I'm finished.

16    Q.   So you're telling Mr. Scanlan here you

17  have had additional discussions with the company

18  about this same issue, correct?

19    A.   Yes.

20    Q.   You write, The company was advised of how

21  other airlines, specifically DAL and SWA, compute

22  their PS payouts.

23    A.   Uh-huh.

24    Q.   At the time, did Southwest Airlines

25  include military leave in profit sharing

1    to grieve.  So that's why it's handled, I guess, the

2    way it is.

3         Q.   Does bereavement leave provide pilots with

4    the opportunity to deal with their grief?

5         A.   Yes.

6         Q.   Does it help to ensure the pilots are fit

7    to fly?

8         A.   Yes.

9         Q.   Do you have an understanding of whether

10   pilots at American can use bereavement leave to

11   attend a funeral or memorial service for a deceased

12   loved one?

13        A.   Yes.  That's what it's for, yes.

14        Q.   Do you have an understanding of whether

15   some of the pilots that you represent feel they have

16   an obligation to mourn their deceased family

17   members?

18        A.   Yes, I guess.  You're asking us from the

19   Allied Pilot Association.  You crossed the line

20   there a little bit but I hear you.

21        Q.   Let me ask it a different way then.

22             Is it your understanding that pilots at

23   American feel that they have an obligation to mourn

24   their deceased family members?

25        A.   I would hope so, yes.

1     Q.   Does bereavement leave help facilitate

2  fulfilling that obligation?

3     A.   Yes.  Thank you.

4     Q.   Bereavement leave is provided by company

5  policy rather than under the CBA; is that correct?

6     A.   I believe so, yes.

7     Q.   Do you have an understanding of why it's

8  governed by company policy instead of being part of

9  the collective bargaining agreement?

10     A.   I do not know the history of that.  I

11  could -- well, I could venture a guess but I won't.

12     Q.   Has the union ever tried to bring that

13  benefit within the scope of the collective

14  bargaining agreement?

15     A.   I'm not certain of that.  I have not

16  experienced that.

17     Q.   Does a pilot have to be healthy in order

18  to fly?

19     A.   Yes.

20     Q.   There are regulations and rules that

21  American Airlines is subject to regarding the health

22  of pilots and their ability to fly, correct?

23     A.   Yes.

24     Q.   Does that include being mentally fit to

25  fly?

Page 52

```
 1  geopolitical events.  And so it's important if
 2  you're -- you know, if you're still in the middle of
 3  a career -- and in our industry you can maintain
 4  your military career as a reserve officer or
 5  enlisted I guess you could and still work for the
 6  airline, too.
 7           So it's a way to have more than one
 8  career.  And certainly the military career is
 9  important because it's a service to our nation, our
10  citizens, so...
11       Q.   Why did you join the armed forces?
12       A.   Why?
13       Q.   Why?
14       A.   I wanted to be a Marine.  I wanted to fly
15  for the Marines.  And I had never flown an airplane
16  before.  It was just something I knew I wanted to
17  do.  And it was -- anyway, I don't want to tell you
18  a long story but I can tell you that it was laid in
19  front of me.
20           I sat in the cockpit of an F-4 Phantom
21  when I was 19 or something and I just knew that was
22  what I wanted do.
23       Q.   American has stated in discovery in this
24  case that the purpose of military leave is to allow
25  pilots to pursue a second career.
```

1          Is that consistent with your understanding

2     of the purpose of military leave?

3          A.   Not really.

4          Q.   Can you explain why?

5          A.   American Airlines is a second -- wait a

6     minute.  I won't say that.  It's -- and it kind of

7     goes back to discussions I have had previously.

8     That to me is an unpatriotic statement to me because

9     the military is a -- you have a lot of people that

10    are doing military duty that are, you know, second,

11    third, fourth generation that just have this call to

12    service, you know.

13         And, you know, I can just tell you that it

14    was -- I could have got out after four years, but it

15    just was this driving force that we do something

16    that's much beyond ourselves, you know.  And so it's

17    a service to our nation.

18         You know, you don't have to -- I mean,

19    because we went to various countries and things, it

20    was pretty apparent that we were the greatest nation

21    on earth and it was a privilege and an honor serve,

22    you know.

23         So any disparagement of that I think is --

24    I don't have any respect for anybody that would say

25    anything like that honestly, especially with all the

1   sacrifice that I saw; death, you know, the ultimate.

2   So I was a year in Fallujah which is the most

3   dangerous place on the plant in 2005 for a whole

4   year.  So anybody that would disparage people's

5   military service, you know, I have no respect for I

6   will say.  I'm sorry.  Too much information.

7       Q.   Why did you continue to serve in the

8   Reserves after you left active duty and joined

9   American Airlines?

10      A.   Well, shortly after I joined American

11  Airlines, 9/11 happened so -- and it wasn't long

12  after that that I ended up over in the war.  So it

13  was not the time to get out.  Anybody with any

14  patriotic duty and courage would not get out so I

15  went and did my duty.

16      Q.   At the time were you making more money in

17  the Marine Corps or at American Airlines?

18      A.   That's an interesting question because I

19  actually thought I was going to lose everything when

20  I got sent to the war.  But it turned out I made

21  more money over in the war but that was because of

22  hazardous duty and combat pay and no taxes I think.

23          But the pay was not at all the issue.  It

24  was -- I got involuntarily mobilized and frankly, I

25  was afraid I was going to lose my house but it -- I

1  was able to eventually sell my house without too big

2  of a loss.  But it was not anything do with the

3  money.  But it was pretty close to the same pay.

4       Q.   American has stated in discovery in this

5  case that military leave differs significantly from

6  bereavement and jury duty because pilots have a

7  greater ability to choose when they take military

8  leave.

9            Is it your understanding that pilots at

10 American have the ability to choose when they take

11 military leave?

12      A.   It depends on what position and what role

13 they're serving.  The answer is mostly no to that,

14 but there are some cases where -- for instance,

15 periods of active duty even for a short period --

16 any duty that requires military orders, there's

17 virtually no flexibility.

18           Also, orders that are unwritten, for

19 instance, drill weekend, you will be there and

20 that's directed by the commanding officer of the

21 unit or higher.  And so if you want to continue to

22 be employed by that organization, that military

23 unit, you will attend drill weekend.

24           Sometimes people have flexibility if they

25 can add days from my recollection.  If you want to

Page 56

```
 1   add days, there is some degree of flexibility but
 2   even that requires approval from a commander above
 3   them, maybe multiple levels above them.
 4            So really the answer is like, no, you
 5   really don't have that authority to -- you know, to
 6   decide when you're going to participate.  That has
 7   to be -- unless you're the person making the
 8   decisions, which is generally pretty rare.
 9        Q.   A moment ago you testified that you --
10   that when you were first reactivated you were afraid
11   that you were going to lose everything and lose your
12   house but you received hazard pay --
13        A.   Yes.
14        Q.   -- when you were deployed?
15        A.   Yes.
16        Q.   Was that hazard pay what made that not a
17   financially devastating experience for you?
18        A.    And the first $86,000, which back then
19   seems -- I mean, now maybe it doesn't seem like that
20   much money.  But back then the first $86,000 I think
21   it was not taxed by the federal government, so there
22   was a tax benefit.  And there was combat pay, too.
23   I forget exactly how much it was.  But it made it so
24   that my family didn't have to move out of our house
25   and sell our house which other people were doing.
```

# Exhibit 4

Page 1

```
1                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

3     JAMES P. SCANLAN, on behalf    )
      of himself and all others      )
4     similarly situated,            )
                    Plaintiff,       )  Case No. 2:18-cv-04040-HB
5                                    )
                                     )
6     VS.                            )
                                     )
7                                    )
      AMERICAN AIRLINES GROUP, INC.  )
8     and AMERICAN AIRLINES, INC.    )
                    Defendants.      )

9

10         *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11                 ORAL DEPOSITION OF RUSSELL MOORE

12          *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

13

14

15

16

17         ORAL DEPOSITION OF RUSSELL MOORE, being produced as a
18     witness at the instance of the Plaintiff, taken in the
19     above-styled and numbered cause on the 18th day of February,
20     2022, from 9:36 a.m. to 12:49 p.m., before Rhonda Jacks,
21     Certified Shorthand Reporter in and for the State of Texas, by
22     machine shorthand, at the offices of Veritext Legal Solutions,
23     300 Throckmorton Street, Suite 1600, Fort Worth, Texas, in
24     accordance with the Federal Rules of Civil Procedure and the
25     agreements hereinafter set forth:
```

Page 4

1                    (Deposition commenced at 9:36 a.m.)

2                    THE REPORTER:  Going on the record at 9:36 a.m.

3        on February 18, 2022.  This is the deposition of Russ Moore.

4        We are located at Veritext Legal Solutions, 300 Throckmorton

5        Street, Suite 1600, Fort Worth, Texas.  Will counsel state

6        their appearance starting the Plaintiff, and then I will swear

7        the witness.

8                    MR. DOWNES:  Colin M. Downes with Block and

9        Leviton, LLP for the Plaintiff, Mr. Jim Scanlan.

10                   MR. MORALES:  Good morning.  Tristan Morales for

11       Defendants.

12                   THE REPORTER:  Mr. Moore, will you raise your

13       right hand?  Do you swear to tell the truth, the whole truth

14       and nothing but the truth?

15                   MR. MOORE:  I do.

16                   THE REPORTER:  Okay.  Thank you.  Go ahead.

17                            RUSSELL MOORE,

18       having being first duly sworn, testified as follows:

19                            EXAMINATION

20       BY MR. DOWNES:

21            Q    Good morning, sir.

22            A    Good morning.

23            Q    Could you please state and spell your full name for

24       the record?

25            A    Sure.  Russell Moore R-u-s-s-e-l-l M-o-o-r-e.

Page 5

```
 1        Q    Have you ever been deposed before, Mr. Moore?

 2        A    I have not.

 3        Q    Have you ever testified at trial?

 4        A    No.

 5        Q    Have you ever testified at an arbitration or any

 6   similar proceeding?

 7        A    Yes.

 8        Q    How many times?

 9        A    Twice.

10        Q    Were both of those in the context of your employment

11   with American Airlines?

12        A    Yes.

13        Q    When was the most recent occasion on which you

14   testified at an arbitration?

15        A    Let me think.  I don't recall exactly, but I would

16   guess it was about two years ago.

17        Q    Sure.  So that affords me a good opportunity to set

18   some of the ground rules for today.  So just to be clear, you

19   have just been sworn in.  You're testifying here under oath

20   just as if you were in a court of law sitting in front of

21   a judge.  The court reporter will make a record today.  She

22   will take down all of my questions and all of your answers for

23   a written transcript.  You will have the opportunity to make

24   changes to your answers during the course of the day today.  If

25   you recall something that you have to correct or if you realize
```

Case: 22-3294 Document: 24-1 Page: 909 Date Filed: 03/23/2023

```
 1    for example, I mean that was -- Furloughs were all -- That was
 2    handled by our -- by our flight admin folks.
 3        Q    Maybe this is a better way to get into the topic.
 4    Let's start with the preferential bidding system.
 5        A    Okay.
 6        Q    If I am a pilot at American Airlines and I am trying
 7    to figure out what my schedule is going to be next month, can
 8    you walk me through the process for an individual pilot putting
 9    together their schedule and getting a schedule assigned to them
10    and who they interact with in the course of that process?
11        A    That schedule process for -- let's take the month of
12    March.
13        Q    And to be clear, I realize there's a distinction
14    between line and reserve pilots.  Let's just start with line
15    pilots.
16        A    Yeah.  The building of the schedule is essentially
17    the same for a line or a reserve pilot.  It outputs all at the
18    end, but the process, for example, if you were to use March,
19    the contractual month of March, on the 1st of February the
20    scheduling process begins for a pilot, and that is with the
21    scheduling of we have what's called CQT or Continuing
22    Qualification Training that a pilot attends once every 12
23    months.  If they are eligible, then there's approximately a one
24    week PBS bidding window for pilots to input those preferences
25    for when they would like to go to training.  There is a
```

1    preferential bidding system run that allocates the training

2    spots based on those preferences on to pilot schedules.

3    There's about a two day break, and then the line scheduling or

4    the rest of the schedule is built either through reserve or

5    trip schedule sequences.  Pilots have until the 13th of the

6    month to make their preferences known through the preferential

7    bidding system, and then on the 16th of the month that schedule

8    is then -- is then -- I guess the output from all those

9    preferences comes out at that point.

10        Q    And just to be clear, so one input into the

11   preferential bidding system is obviously the preferences of the

12   pilots.

13        A    Yes.

14        Q    Does seniority also play an element?

15        A    Yes.  Yes.

16        Q    Are there any other factors that play a role at this

17   stage of the scheduling process?

18        A    There are what we call qualified legal -- mostly the

19   qualified function of that.  If a pilot is -- A pilot may be

20   awaiting training.  We may not have him or her quite ready to

21   train yet.  They may not be completely qualified yet.  They may

22   even be in the process of training.  So there is -- During the

23   time that they are not qualified, then that's going to factor

24   into what they're able to award, but it's predominantly

25   seniority and pilot preference, and for a reserve the coverage

1    Force unit, I assume.  Correct?

2         A    It is an Air Force unit.  An associate unit is a

3    reserve unit that actually has no -- It's strictly a people

4    unit.  It doesn't have aircraft attached to it, and they are

5    used to augment the staffing, the manning in an active duty

6    unit.

7         Q    All right.  And would it be correct to say then that

8    your ability to choose when to take military leave may depend

9    on your rank and duties?

10              MR. MORALES:  Objection to form and foundation.

11        A    Possibly.

12        Q    For instance, you described Mr. Scanlan as a general

13   staff officer with particular educational duties that may have

14   had more rigidity in his schedule.  Correct?

15        A    Yes.

16              MR. MORALES:  Objection to foundation.

17        Q    You described a distinction between drill weekends

18   which were set and then certain other kinds of duties which

19   might be more flexible.  Is that correct?

20        A    That is true.  Even within that drill construct, the

21   drill weekend construct, there's abilities to defer or make up

22   particular drills, I believe.  I am the last thing from an

23   expert, having never been a reservist, on how that's actually

24   adjudicated, but I know through the course of informal

25   conversations with pilots that flew in that unit.

Page 48

1  Q And you were not in the Army, sir.  Correct?

2  A No, sir.

3  Q Do you have any familiarity with the ability of

4 servicemen in the Army Reserves to choose when they take

5 military leave?

6  A I do not.

7  Q And you were not in the Navy, sir.  Correct?

8  A I was not.

9  Q Do you have any familiarity with the ability of

10 servicemen in the Naval Reserves to choose when they take

11 military leave?

12  A I do not.

13  Q And you were not in the National Guard.  Correct,

14 sir?

15  A I was not.

16  Q Do you have any familiarity with the ability of

17 servicemen in the National Guard to choose when they take

18 military leave?

19  A I do not.

20  Q Would the availability of aircraft or other hardware

21 be a factor that would impact the ability of a reservist to

22 choose when they take a particular instance of military leave?

23    MR. MORALES:  Objection to foundation.

24  A I am assuming that -- well, availability of resources

25 are always a limitation of scheduling, so yes.

```
1      Q    Sure.  So if you have to -- Let's say that you have

2   to do a chem bio refresher training.  The ability to do that

3   might be dependent on the availability of instructors and

4   classrooms.  Correct?

5              MR. MORALES:  Objection to form and foundation.

6      A    Yes.

7      Q    Likewise, if you have to do a survival refresher,

8   your ability to do that training might be dependent on the

9   availability of instructors.  Correct?

10     A    Yes.

11     Q    If you have to do weaponry qualification training,

12  the availability of that training might be dependent on the

13  availability of particular weapon systems that you need to

14  complete training with.  Correct?

15     A    Yes.

16             MR. MORALES:  Objection to form and foundation.

17  Just give me one second.

18             THE WITNESS:  Sorry.

19     A    Yes.

20             MR. DOWNES:  Likewise,  I'll try to give you a

21  second, Tristan.

22             MR. MORALES:  Thank you.

23     Q    And in the armed forces certain kinds of trainings

24  may only be offered at specific times during the year.

25  Correct?
```

```
                                                    Page 50

 1              MR. MORALES:  Objection to foundation.

 2        A    Yes.

 3        Q    Do you have an understanding of whether there is

 4   currently a shortage of pilots in the United States Air Force?

 5        A    I do not.

 6        Q    Do you have an understanding of whether the Air Force

 7   relies on the guard and reserve to -- Strike that.  Do you have

 8   an understanding of whether the Air Force relies on the

 9   National Guard and Reserve to supplement operational

10   requirements?

11        A    Not an understanding.

12        Q    In your time in the United States Air Force did you

13   ever engage in joint training or operations with reserve

14   elements?

15        A    Yes.

16        Q    And would those kinds of -- Well, perhaps give me the

17   vocabulary.  I suppose that if it's the United States Air Force

18   and the Air Force Reserve, that's not an inter-branch

19   operation.  How would I characterize that kind of joint

20   training or operation?

21        A    Good question.  Because joint typically refers to

22   inter-service, and you know, the International Guard and the

23   Air Force Reserves are I believe considered components of the

24   Air Force, but we did participate at times with International

25   Guard and Reserve units.
```

1     Q   And those kinds of -- Let's avoid the term joint.  I

2   will say combined.  Those kinds of combined operations of

3   elements of the Reserve, those would take place at set dates

4   and times.  Correct?

5            MR. MORALES:  Objection to foundation.

6     A   Yes.

7     Q   The same would be true of joint training or

8   operations with elements of different services.  Correct?

9   Those would be coordinated at set dates and times?

10           MR. MORALES:  Objection to foundation.

11     A   I would say in general, and I will even back up to

12   the scheduling of -- with an international -- with a component

13   with an International Guard or Reserve component.  I mean

14   multiple times as a course of daily operations you might go

15   fly -- As I flew F-15s we would, you know, train in air to air

16   scenarios on a daily basis.  So the daily scheduling would be

17   coordination with maybe an International Guard or Air Force

18   Reserve unit to go out and participate in something on a daily

19   basis.  I would say in general larger exercises or deployments

20   like during Desert Storm, two of the squadrons that I was based

21   with there were International Guard squadrons and were there

22   the duration with us.

23     Q   Did you ever -- As a fighter pilot did you ever

24   engage in aerial refueling operations?

25     A   Yes.

Page 52

1     Q    Did you ever engage in aerial refueling operations

2   where that involved a joint operation with another service?

3   Sorry.  Strike that.  Let me make this less confusing.  When

4   you did refueling operations as a fighter pilot were you ever

5   refueled by an aircraft being operated by a guardsman or an Air

6   Force reservist?

7     A    I would guess probably so, yes.

8     Q    Those kinds of operational requirements would be hard

9   and fast.  Right?  If I am setting -- If I have an operation

10   that I am planning and I have a refueling need, that refueling

11   need needs to take place at a particular date and time.

12   Correct?

13     A    In general we all have to be at a certain place at a

14   certain time.  Right?  And there's -- Typically within a

15   squadron you have a pool of resources.  So to neck that down to

16   the individual, okay, absolutely positively need to be in that

17   particular place at that particular time is kind of what we

18   used to call the only man concept, which does occur but occurs

19   seldomly.

20     Q    Right.  So some of this I am describing are really

21   things that are set that are -- Strike that.  Some of these are

22   things that are really set at the unit level.  The unit has to

23   satisfy some kind of obligation at a particular point in time.

24   They have material and personnel that they can pull from to

25   satisfy that obligation.  Correct?

Page 53

```
 1        A    Yes.

 2        Q    And the ability of any individual member of that unit

 3   to determine when they are going to perform service will be

 4   constrained by the availability of material.  Correct?

 5                 MR. MORALES:  Objection to foundation and asked

 6   and answered.

 7        A    Yes.

 8        Q    And will also be constrained by the operational needs

 9   of their unit.  Correct?

10                 MR. MORALES:  Objection to foundation.

11        A    Yes.

12        Q    Do pilots at American ever intentionally create

13   conflicts between their military duties and their flight duties

14   for American?

15                 MR. MORALES:  Objection to foundation.

16        A    I will say this.  We trust our military pilots number

17   one to balance the needs of our airline with that of their

18   Guard or Reserve obligations.  We trust them to the extent with

19   that duty that we do not require them to provide orders on a

20   regular basis for short-term or prior to serving.  They just

21   provide us notice through Comply, and we remove, no questions

22   asked.  By and large, I will say the vast majority of our folks

23   do that extremely well.  There are temptations out there

24   sometimes I think, and when we notice cases like that we try

25   to -- we try to help folks get back into balance.
```

1     Q    And they do have a contract obligation to avoid

2     creating those kinds of conflicts intentionally.  Correct?

3                    MR. MORALES:  Objection to foundation.

4     A    Yes.

5     Q    Have you ever discussed with anyone at American the

6     potential business impact of paying pilots who take military

7     leave?

8     A    No.

9     Q    Have you ever had any conversations with anyone at

10    American regarding the cost of a hypothetical paid military

11    leave benefit?

12    A    No.

13    Q    Have you ever had any conversations with anyone at

14    American about the impact on scheduling of a hypothetical paid

15    military leave benefit?

16    A    No.

17    Q    Have you ever spoken with a Mr. Darren Lee?

18    A    I don't recall that name.

19    Q    Have you ever heard of a firm called Compass Lexecon?

20    A    The name sounds familiar, but I have no real

21    knowledge.

22    Q    With respect to bereavement leave is it fair to say

23    that a pilot generally does not get to choose when to take

24    bereavement leave?

25                    MR. MORALES:  Objection to form.

# Exhibit 5

Page 1

1          IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2

3    JAMES P. SCANLAN, on behalf    )

     of himself and all others      )

4    similarly situated,            )

                   Plaintiff,      )  Case No. 2:18-cv-04040-HB

5                                    )

                                     )

6    VS.                            )

                                     )

7                                    )

     AMERICAN AIRLINES GROUP, INC. )

8    and AMERICAN AIRLINES, INC.    )

                   Defendants.      )

9

10

11    * * * * * * * * * * * * * * * * * * * * * * * * * *

12              ORAL DEPOSITION OF NEIL ROGHAIR,

        CORPORATE REPRESENTATIVE OF ALLIED PILOTS ASSOCIATION

13

       * * * * * * * * * * * * * * * * * * * * * * * * * *

14

15

16

17      ORAL DEPOSITION OF NEIL ROGHAIR, CORPORATE REP OF ALLIED

18    PILOTS ASSOCIATION, being produced as a witness at the instance

19    of the Plaintiff, taken in the above-styled and numbered cause

20    on the 21st day of April, 2022, from 9:26 a.m. to 10:54 a.m.,

21    before Rhonda Jacks, Certified Shorthand Reporter in and for

22    the State of Texas, by machine shorthand, at the offices of

23    Veritext Legal Solutions, 300 Throckmorton Street, Suite 1600,

24    Fort Worth, Texas, in accordance with the Federal Rules of

25    Civil Procedure and the agreements hereinafter set forth:

```
                                                       Page 4
 1                (Deposition commenced at 9:26 a.m.)
 2                THE REPORTER:  Going on the record at 9:26 a.m.
 3       on April 21, 2022.  This is the deposition of Allied Pilots
 4       Association, Neil Roghair.  We are located at 300 Throckmorton
 5       Street, Suite 1600, Fort Worth, Texas.  Will counsel state
 6       their appearance starting with the Plaintiff, and then I will
 7       swear the witness.
 8                MR. DOWNES:  Colin Downes for the Plaintiff,
 9       James P. Scanlan.
10                MR. MORALES:  Good morning.  Tristan Morales for
11       Defendants.
12                MR. CLARK:  James Clark for Allied Pilots
13       Association.
14                THE REPORTER:  Mr. Roghair, will you raise your
15       right hand?  Do you swear to tell the truth, the whole truth
16       and nothing but the truth?
17                MR. ROGHAIR:  I do.
18                THE REPORTER:  Okay.  Thank you.  Go ahead.
19          NEIL ROGHAIR, CORPORATE REP OF ALLIED PILOTS ASSOCIATION,
20       having being first duly sworn, testified as follows:
21                               EXAMINATION
22       BY MR. DOWNES:
23          Q    Good morning, sir.
24          A    Good morning.
25          Q    Can you please state and spell your full name for the
```

Page 5

1   record?

2        A    Neil Roghair N-e-i-l Roghair R-o-g-h-a-i-r.

3        Q    Mr. Roghair, have you ever been deposed before?

4        A    Yes.

5        Q    How many times?

6        A    Four or five.

7        Q    Any recently?

8        A    It's been a couple years.

9        Q    Were those depositions in connection with your

10   employment with American?

11       A    Yes.

12       Q    So you may have some experience with this, but I will

13   go over the ground rules for our discussion today just to make

14   sure we are on the same page.  You have just been sworn in.

15   You're testifying here today under oath just as if you were in

16   a court of law in front of a judge.  I am going to ask you

17   questions.  I will ask you to answer those questions.  From

18   time to time either Mr. Clark or Mr. Morales may make

19   objections.  Unless you're instructed not to answer a question,

20   you should still answer the question.  If you don't know the

21   answer to a question, it's fine to say that you don't know.  A

22   deposition is not a memory test.  However, I am entitled to

23   your best recollection even if that recollection is only vague

24   or partial.

25       A    Okay.

Case 2:18-cv-04040-DLR Document 24-4 Page 923 Filed 03/23/2023 Case 2:18-cv-04040 Document 24-4 Page 923 Filed 03/23/2023

```
 1    back on this, especially in the context of bankruptcy the only
 2    safety net we had was generally industry standards or federal
 3    law compliance.  This talking paper is trying to create a fear
 4    grenade for the company of unintended consequences of if you
 5    change the rules, here's how pilots are going to react to this.
 6    They are going to go where they are incentivized.  And some of
 7    the military pilots have no say or control over their schedule.
 8    Some of the military, you know, reserve pilots have total
 9    control over what days they work and how much they volunteer.
10    And most of the pilots are in a bell curve in between.  And we
11    were trying to convey to the company that even though they
12    might think they are going to get a three million dollar
13    savings, it could be significantly less just because of the
14    behavior that it was going to drive.  So I would frame it as
15    the answer to your question in the context of this paper.
16         Q    Okay.  And when it says it becomes a pure numbers
17    game, what do you understand that to refer to?
18              MR. DOWNES:  Objection; form.
19         A    Okay.
20              MR. CLARK:  You can answer.
21         A    The decision is for the pilots.  They are going to
22    look at what would I get if I stay on reserve guarantee, or if
23    I can go do my military drill, where do I make the most money
24    for the same, you know, number of days worked.  And if all of a
25    sudden it's more lucrative to go do your reserve job than to do
```

```
                                                    Page 42
1    your airline job, that's going to drive the behavior.

2              MR. MORALES:  No further questions.  Thank you.

3              MR. CLARK:  Nothing from me.

4              MR. DOWNES:  I have just very limited

5    redirect.

6                   FURTHER EXAMINATION

7    BY MR. DOWNES:

8        Q    Mr. Roghair, you previously testified that the MR day

9    benefit did not provide for differential pay, that is the

10   offsetting of the benefit by military pay that a pilot

11   received.  Correct?

12       A    Correct.

13       Q    Are the incentives of a pilot who is receiving their

14   3.5 hour credits of reserve different than the incentives of a

15   pilot who is receiving their 3.5 offset by their military

16   pay?

17       A    I am not sure I followed that.

18       Q    Sure.  So you just testified that the pure numbers

19   game that is being referred to here is about whether a pilot

20   has an incentive to serve a day of drill duty or whether that

21   pilot has incentive to fly for American that day.  Correct?

22       A    Right.

23       Q    Okay.  And in the example here it's contemplating

24   that a pilot who is getting a day of reserve pay is getting 3.5

25   hours of pay.  Correct?
```

# Exhibit 6

Page 1

```
 1              N THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

    JAMES P. SCANLAN, on        *
 3  Behalf of himself           *
    And all others similarly    *
 4  Situated,                   *
                                *
 5       Plaintiff,             * Case No. 2:18-cv-04040-HB
                                *
 6                              *
    -vs.-                       *
 7                              *
    AMERICAN AIRLINES GROUP,     *
 8  INC. and AMERICAN AIRLINES, *
    INC.                        *
 9                              *
         Defendants            *
10

            ******************************************
11

                       ORAL DEPOSITION OF
12

                          J.F. JOSEPH
13

                        JUNE 29, 2022
14

            ******************************************
15

16          ORAL DEPOSITION OF J.F. JOSEPH, produced at the
17  instance of the Plaintiff and the Class, and duly sworn,
18  was taken in the above-styled and numbered case on the
19  29th day of June, 2022 from 9:42 a.m. to 3:06 p.m.
20  before Dana Montgomery, Certified Shorthand Reporter in
21  and for the State of Texas, reported by machine shorthand
22  at the office of Veritext Legal Solutions, 515 Congress
23  Avenue, Suite 1700, pursuant to the Federal Rules of
24  Civil Procedure and the provisions stated on the record
25  or attached hereto.
```

Page 4

```
 1                          J.F. JOSEPH,
 2    having been first duly sworn, testified as follows:
 3                          EXAMINATION
 4    BY MR. BARTON:
 5          Q.  Good morning.
 6          A.  Good morning.
 7          Q.  Would you state your full name, please?
 8          A.  Jameel F. Joseph.
 9          Q.  Does the F. stand for something?
10          A.  It does.
11          Q.  What's it stand for?
12          A.  I actually don't use it, but it's my middle
13    name.
14          Q.  And what is your middle name?
15          A.  It's Fattah, F-a-t-t-a-h.
16          Q.  What is your home address?
17          A.  928 Easton, E-a-s-t-o-n, Drive in San Marcos,
18    Texas.
19          Q.  Is that also your business address?
20          A.  It is.
21          Q.  Your present business is Joseph Aviation
22    Consulting.  Is that right?
23          A.  That's correct.
24          Q.  Do you have any other businesses or employers?
25          A.  No.
```

Page 5

```
 1        Q.  Is your website JACaviation.com?

 2        A.  That's correct.

 3        Q.  Is it -- strike that.

 4             Is it correct that you have served as an expert

 5   witness over 100 times?

 6        A.  That's probably a pretty good estimate, yes.

 7        Q.  I pulled that straight off your website.

 8        A.  Yes.

 9        Q.  And is it also correct that you've been deposed

10   at least 40 times?

11        A.  That would be correct, also.

12        Q.  Is it fair to say that we can skip going

13   through the normal instructions about how to conduct

14   yourself at a deposition?

15        A.  Yes, sir.

16        Q.  Okay.  Have you ever testified at trial?

17        A.  Yes, I have.

18        Q.  How many times?

19        A.  Perhaps a dozen times.

20        Q.  When was the last time you were deposed?

21        A.  Actually last month.

22        Q.  What case was that?

23        A.  That is an AR21 case.  And it would have been

24   Prindle versus American Airlines.

25        Q.  Is that one of the cases that are -- is listed
```

1    activities that somebody would be involved with in the

2    military, depending on, you know, what pot of money

3    they -- the event would come out of.

4         Q.  And again, you're talking about -- when you're

5    talking about the pot of money, you're talking about the

6    military and not -- not leave from American, but you're

7    talking about service with respect to the military?

8         A.  Yes, sir, that's correct.

9         Q.  And it would be correct, you're not offering

10   any opinion about the duration of any other types of

11   leave either offered by American or any other types of

12   employers?

13        A.  No, sir.

14        Q.  And just to be clear, no, you're not offering

15   that opinion?

16        A.  That is correct, I'm not offering that opinion.

17        Q.  Are you offering an opinion about the ability

18   of pilots at American to choose when to take the leave?

19             MR. MORALES:  Objection to form.

20        Q.  Let me rephrase the question.  Are you offering

21   an opinion about the ability of pilots to choose when to

22   take military leave?

23             MR. MORALES:  Objection to leave.

24        A.  I would say with the exception of when somebody

25   could provide a certain type of service for the military,

1    how that would interface with days available or

2    scheduling capacity to move days around so that they

3    could.

4         Q.  Would it be fair to say your opinion is more

5    focused on scheduling of military service than leave?

6              MR. MORALES:  Objection to form.

7         A.  Well, I -- I see the two being tied together.

8    Because obviously if somebody provides military service,

9    they're either -- they have the time off or they're going

10   on make some attempt to make some change to their

11   schedule such that it would accommodate that military

12   leave requirement to perform that duty.

13        Q.  Well, you agree with me, I think we talked

14   about this before, that there are certainly -- service

15   members can and do provide military service on days when

16   they're not scheduled to work and therefore do not have

17   to take military leave or leave to perform that service.

18   Correct?

19        A.  Yes, sir.

20        Q.  All right.  And is your report primarily

21   focused on the scheduling of the military service rather

22   than scheduling of leave from the employer?

23              MR. MORALES:  Objection to form, and asked

24   and answered.

25        A.  I would say -- because I'm not in my report

1    discussing what the protocols might be to get days off

2    from the airline or to modify your schedule at the

3    airline to accommodate, I would say that would be true.

4          Q.  Earlier you gave me a broad overview of your

5    opinion in terms of the intermeshing of military service,

6    is that right, with civilian -- the airline service.  Is

7    that fair?

8          A.  Yes, sir.

9          Q.  And would it be fair that that overall opinion

10   has two subcategories to it that you address in your

11   report?  One is identifying what you described as four

12   categories of military reserve duties.  Is that one

13   category?

14         A.  Yes, sir.

15         Q.  And then as a second category the opinion that

16   pilots have flexibility in scheduling military duties?

17         A.  Yes, sir.

18         Q.  I'm going to switch gears a little bit.  In

19   general, and outside the context of this litigation, can

20   you tell me what areas you consider yourself to be an

21   expert in?

22         A.  Aside from this --

23         Q.  Correct.  I'm -- just as a general matter, what

24   do you consider yourself to be an expert in?

25         A.  Primarily aviation safety, pilot performance,

1    would make a difference.

2         Q.  Would -- and perhaps I asked the question in a

3    bad way.  Would the fact of whether or not a reserve unit

4    has a particular aircraft assigned increase or decrease

5    the flexibility that a reservist has in terms of when to

6    schedule that training, if you have an opinion on that?

7         A.  Well, I think there are a lot of things that go

8    into the mix in terms of what flexibility a reserve unit

9    or a guard unit might be able to have in terms of

10   scheduling.  One would be the number of aircraft; two,

11   event; three, their budget; and four, probably their

12   tempo of operations.  Those would all have an impact in

13   how -- and that's not unique to any military schedule.

14   That's really kind of generally speaking to most flight

15   schedules.

16        Q.  So the four categories that you identify of

17   military reserve duties in your report, is that

18   something -- is that your nomenclature or categorization,

19   or is that something you drew from somewhere else?

20        A.  That's -- that was a nomenclature that I was

21   familiar with that we used when somebody would be

22   assigned training or orders.

23        Q.  And when you say "we," does that refer to the

24   Marines?

25        A.  Yes, sir.

Page 123

```
 1          The reservist would need to meet the schedules
 2     for drills as the military sat?
 3               MR. MORALES:  Objection to form.
 4          A.  The intent would be that you would attend every
 5     drill weekend.  That was certainly the dream sheet, if
 6     you will.  But we recognized that that was not going to
 7     be the case, to where, you know, drill attendance might
 8     be at 50 or 60 percent and we'd say, that's fine.  We can
 9     do it because we're dealing with other real world
10     obligations.
11          Q.  And I'm focused on the reservist's obligation
12     to make it up.  Was there a time frame in which the
13     reservist needed to make up that drill weekend?
14          A.  Again, I guess I wasn't that clear with my
15     answer.  If -- it would be predicated on tempo of
16     operations and what missions were out there in the
17     periphery that we could assign them to.  For example,
18     hey, we could put you on this tanker mission in three
19     weeks.  Can you do four days and -- of which two will be
20     your drill weekends, or combine drill weekends for this
21     month and next month.  Yes.
22          Q.  Did you read the testimony of Mr. Scanlan where
23     he explained that he can't just -- if you missed a drill
24     weekend, you just couldn't call them up and say, well, I
25     missed Saturday and Sunday, I'm just going to come down
```

1   Tuesday?

2              MR. MORALES:  Objection to form,

3   foundation.

4        A.  That would be true.

5        Q.  You agree with that testimony?

6        A.  Yes.  You would have to be -- there would have

7   to be something operationally that you could assign a

8   reservist to do it.  For example, if somebody wanted to

9   come in on the following Monday or Tuesday, the active

10  duty staff might not even be there, because they're

11  taking off -- that's their weekend, so I probably can't

12  gave you anything to do.  You've got to have something to

13  do when you show up.

14       Q.  Did you have an understanding -- strike that.

15           Based on your experience, if someone repeatedly

16  didn't show up for drill weekend and didn't make them up,

17  do you have an understanding in terms of what would

18  happen to that reservist?

19       A.  Well, certainly it becomes a reliability issue.

20  And that at the very least would be a point of discussion

21  where somebody would -- you would have with that drilling

22  reservist.

23       Q.  And if the situation -- if the reservist didn't

24  fix the situation or correct the situation, what then

25  happens with the reservist?

Page 125

1           MR. MORALES:  Objection to form.

2       A.  Depending on what the circumstances were, it

3   may be time for -- for the military and that individual

4   to separate ways.

5       Q.  Is that a nice way of saying that the reservist

6   would be essentially involuntarily separated or

7   encouraged to separate?

8           MR. MORALES:  Objection to form.

9       A.  That would be one of the -- one of the actions

10   that could be taken, yes.

11       Q.  What are some of the other actions that could

12   be taken?

13       A.  They may take assignment to some other unit,

14   you know, within the air wing or actually go to the --

15   you know, where they're doing what we call comic books,

16   doing text work and -- that's not involved with a organic

17   organization.

18       Q.  What is comic books?

19       A.  We call it going to schools that you're taking

20   by correspondence.  Not to diminish the worth of that,

21   but where they are kind of the inactive, they're doing --

22   they're not in an operational unit, but they are still

23   drilling and getting the points because of -- you know,

24   they're going to so many schools, different things like

25   that, but they're doing it administratively rather than

1    actually showing up for a drill weekend.

2                THE REPORTER:  When you get to a point --

3                MR. BARTON:  We can take a break.

4            (Recess from 1:48 p.m. to 2:00 p.m.)

5        Q.  (By Mr. Barton)  Okay.  Let's now turn to what

6    is on Page 4 of your report under Categories of Military

7    Reserve Duties.  The second category, Schedule Annual

8    Active Duty Training.

9        A.  Yes, sir.

10       Q.  And is it your understanding that this applies

11   to all reserve service members in all branches,

12   regardless of position?

13       A.  Yes, sir.  I'm not aware of any exceptions to

14   that.

15       Q.  And is it fair to say, similar to the monthly

16   drilling weekends, that the annual active duty training

17   schedule is set in advance?

18       A.  Yes, sir.

19       Q.  Does the likelihood of an annual duty training

20   changing, is that more, less or the same as a drill

21   weekend change?

22       A.  I would say the ATE, the annual training, is

23   more rigid.  It's got a lot more moving parts to it,

24   because typically it was deployment that you were moving

25   the unit somewhere.  So because of that, there would be a

Case 2:23-cv-04040-JDW Document 24-4 Filed 08/23/2023 Page 937 of 1090

1    operational unit, rather than, for example, a radar

2    squadron, if you will, or a headquarters and maintenance

3    squadron where it's -- where they're not really

4    affiliated or attached to a specific exercise.  Or

5    responsibilities in terms of worldwide missions.

6         Q.  And would the reasons that service members

7    would not make an annual training be similar to the

8    reasons they wouldn't make -- strike that.

9         Would the attendance rate for the annual

10   training and the reasons for members missing be similar

11   to what it was for drill weekend?

12        A.  I would say generally speaking, yes.  And just

13   to put a bow on that is because in an operational unit,

14   there are -- many, many commitments would come up during

15   the year that would be 14 days in duration, so it would

16   be fairly easy for someone to take care of their two

17   weeks active duty while they're participating in some

18   exercise somewhere in the world.

19        Q.  So -- and strike that.

20        When we're talking about the rescheduling of

21   drill weekends, is it correct that a service member --

22   reserve service member needs to make up the drill

23   weekends that he or she has missed within the same fiscal

24   year?

25        A.  Yes, sir.

1    Q.  Is that also true for the annual training?

2    A.  I believe it was.  I could be wrong, but I

3  think that was a pretense that we operated in is you've

4  got to do it within the same FY.

5    Q.  Let's turn to the next category, which is

6  Proficiency Training For Pilots and Flight Crew Members.

7  Is this something that is unique to pilots and crew

8  members, or do other service members also have

9  proficiency training?

10    A.  I would say it's fairly unique.  In fact, I

11  candidly -- I'm really not aware of the proficiency

12  aspect of -- in the currency aspect as rigid in any of

13  other disciplines as it is in aviation.  Now, for

14  example, some of the ground units, antitank operations,

15  things like that, they have a requirement to go to ranges

16  and accomplish some kind of currency.  But it would not

17  fall under the same recency requirements -- near term

18  recency requirements that aviation makes.

19    Q.  Okay.  Understanding that there's a difference

20  in terms of the rigidity of the recency, are there other

21  service members who do have proficiency trainings similar

22  to what you describe for the pilots?

23        MR. MORALES:  Objection to form.

24    A.  Again, in terms of context, recency and scope

25  of time, I don't think anybody has to operate within the

1   this is far less predictable than active duty training or
2   the drill weekends?
3        A.  Yes.
4        Q.  Would you agree that one fact or -- that
5   affects a pilot's ability to schedule these AFTPs and
6   AGTPs is equipment or aircraft availability?
7        A.  Certainly.
8        Q.  Would another factor that affects the pilot's
9   ability to schedule an AFTP or AGTP be higher priority
10  training requirements for other pilots?
11       A.  I'm sorry, I don't know if I understand your
12  question.
13       Q.  So does your -- if I'm a pilot and I'm trying
14  to schedule something, whether or not I can schedule it
15  might be impacted by the fact that you have more urgency
16  to fulfill training requirements, so I'll get bumped for
17  you?
18       A.  It could.  Yes, sir, it could.  And in the case
19  of just say somebody turning into a pumpkin if they don't
20  fly by this date and they're needed for a follow-on
21  mission, you would obviously be able to establish some
22  pecking order to that.
23       Q.  Is another factor that can affect a pilot's
24  ability to schedule an AFTP or AGTP weather?
25       A.  Well, I would say the air side would.  The

1  pilot service member, cannot plan and where they cannot

2  avoid conflict with their airline flight schedule?

3          MR. MORALES:  Objection to form.

4      A.  I'm sorry, it's after lunch.  Could you --

5      Q.  Yeah.

6          MR. BARTON:  Can you read it back?

7          (Pending question read aloud)

8      Q.  Let me re-ask it.  Would you agree that there

9  are certain military training events that a pilot service

10  member cannot plan and/or where they could not avoid

11  conflict with their airline schedule?

12      A.  I think there would be circumstances, currency

13  and proficiency, in particular, where the time lines that

14  those may occur may not be compatible with the airline

15  schedule.

16      Q.  In the last sentence in this section you say,

17  Most of these AFTPs were for currency events that allowed

18  for flexibility in scheduling, because they could

19  generally be satisfied prior to a specific expiration

20  date, as well in some cases during a, quote, grace,

21  unquote, period, in parentheses, subsequent, end

22  parentheses, due to a date to avoid disqualification.

23      Do you see that?

24      A.  Yes, sir.

25      Q.  When you're referring to the grace period, what

1    are you referring to?

2         A.   There were some events, some qualifications,

3    that if you did not -- for example, you expire at the end

4    of July, there's a 30-day window there where you may be

5    able to go 30 days past that.  And the converse to that

6    would be, look, let's do the checkride early so that --

7    it may displace your anniversary date, but you won't go

8    unqualified.

9         Q.   What do you mean, the anniversary event?

10        A.   If it's an annual event, for example, it may

11   move your anniversary date.

12        Q.   Because you have to do it each year?

13        A.   Each year, that's right.

14        Q.   So if you do it -- if you must do it by

15   July 31st and you do it June 15th, your anniversary date

16   now becomes, what, the end of June?

17        A.   It could be, that's right.  If you moved around

18   like that, that's exactly right.

19        Q.   And is generally the grace period that you're

20   talking about like something in the neighborhood of 30

21   days?

22        A.   Yes, sir.  I would -- just to be clear on that,

23   there are probably some not qualifications evaluations,

24   but recency requires submissions.  For example, real kind

25   of high tech, like night vision goggle level stuff, that

Case 2:23-cv-04040-DocuBment 24-4 Page 942ed 08/2teFiler0G/23/2023

1    was much more rigid.  You might only have a one- or

2    two-day grace period.

3        Q.  Would it be fair to say that the maximum grace

4    period is 30 days?

5        A.  I would say I can't think of any that were

6    longer than 30 days.

7        Q.  And what happens if the pilot doesn't meet the

8    training scheduling within the grace period?

9        A.  Well, they're -- depending on what it is, they

10   may not be qualified to fly at all, or may not be

11   qualified to execute a specific mission, depending on

12   what they lapsed for.

13       Q.  And is there some disciplinary measures that

14   apply to a pilot who does not make the training within

15   the grace period?

16       A.  I don't recall ever any kind of disciplinary

17   action.  If somebody -- we called them NATOPS checks, an

18   annual -- N-A-T-O-P-S.  It's your annual certification

19   checkride, if you will.  If somebody lapsed on a NATOPS

20   check -- simply because if you did, you couldn't fly with

21   the squadron until you had requaled and had another

22   evaluation.  But I don't recall it ever being the case or

23   being aware of a case where disciplinary action was

24   imparted because of that.

25       Q.  Were you aware that if a pilot who had failed

1    Q.  But I think your point is that to the extent

2  that the military can plan in advance, they attempt to do

3  so to lessen the burden on the employers?

4    A.  They do.  And again, that would be in the

5  context of here's a drill weekend schedule a year out and

6  here's the AT week and -- you know, a year out.  Or

7  months out, anyway.

8    Q.  So turning to the next page, you quote a -- you

9  quote testimony from the AP -- the representative of the

10 APA.  Do you see that?

11   A.  Yes, sir.

12   Q.  We're on Page 6.

13   A.  Yeah, about the third paragraph down.

14   Q.  Yes.  It's -- the paragraph starts, For

15 example, the APA, the certified union for American

16 Airlines pilots testified.

17   A.  Right.

18   Q.  And in the second sentence he makes the

19 statement, And some of the military pilots have no say or

20 control over their schedule.

21       Do you see that?

22   A.  Yes, sir.

23   Q.  Do you agree with that statement?

24   A.  I would say there are certain instances where

25 that may very well be the case.  For example, currency

1    issues.  I don't have a choice, I've got to go in and
2    fly.
3        Q.  And then he makes the statement, Some of the
4    military, you know, reserve pilots have total control
5    over what day they work and how much they volunteer.
6        Do you see that?
7        A.  Yes, sir.
8        Q.  And the reserve pilots that he's referring to
9    there, that's the airline reserve pilots.  Correct?
10            MR. MORALES:  Objection to form.
11        A.  Bear with me just a second so I can keep
12    context.
13        Q.  Yeah.
14            MR. MORALES:  Objection to form and
15    foundation.
16        A.  Yeah.  I would say in -- in this context, he's
17    talking about reserve military pilots.
18        Q.  You think it's reserve military as compared to
19    airline reserve?
20        A.  But I will say this, too.  I think when you
21    read that, and I did read it and I think there was a
22    little confusion in that, it could be also that reserve
23    pilots for the airline may have some control or have
24    absolutely no control whatsoever on the days that they --
25    that they have to do something with the military.

# Exhibit 7

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3     ---------------------------------------
       JAMES P. SCANLAN, on   :
 4     behalf of himself and all    :
       others similarly situated,    :
 5                             :
            Plaintiff,     :
 6     -vs-                   :
                             :
 7     AMERICAN AIRLINES     :
       GROUP, INC., and      :
 8     AMERICAN AIRLINES, INC.,      :Civil Action No.
                             :2:18-cv-04040-HB
 9         Defendants.    :
       ---------------------------------------
10
11
                      -  -  -
12                 MARCH 10, 2020
                      -  -  -
13
14          Oral sworn deposition of JAMES P.
15       SCANLAN, held in the offices of THE GARNER
16       FIRM, LTD., 1515 Market Street,
17       Philadelphia, Pennsylvania, on the above
18       date, before Margaret M. Reihl, RPR, CCR,
19       CRR, CLR and Notary Public, on the above
20       date, commencing at 10:56 a.m., there
21       being present:
22
              GOLKOW LITIGATION SERVICES
23         877.370.3377 ph/ 917.591.5672 fax
                   deps@golkow.com
24
```

1          JAMES P. SCANLAN, having been duly

2      sworn as a witness, was examined and

3      testified as follows:

4   BY MR. MORALES:

5          Q.    Good morning, Mr. Scanlan.

6          A.    Good morning.

7          Q.    My name is Tristan Morales.  I'm

8   going to be taking your deposition today.

9          Have you ever been deposed before?

10         A.    No.

11         Q.    You understand that for purposes of

12  today's deposition that you need to speak up and

13  provide answers that can be heard by the court

14  reporter, who is with us today; is that fair?

15         A.    Yes.

16         Q.    And the oath that you've just been

17  administered requires you to tell the truth, the

18  whole truth and nothing but the truth.

19         Do you understand that?

20         A.    Yes.

21         Q.    And do you understand that this is

22  the same oath that you would take if you were to

23  testify in court?

24         A.    Yes.

James P. Scanlan

```
1          Q.     Is there any reason that you're

2     unable today to provide wholly accurate and

3     complete testimony?

4          A.     No.

5          Q.     Is there any fatigue that would

6     complicate your ability to provide accurate

7     testimony today?

8          A.     No.

9          Q.     Is there any stress or anything of

10    the sort that would complicate your ability to

11    provide fully accurate testimony?

12         A.     No.

13         Q.     Are you taking any medications that

14    would complicate your ability to give full and

15    accurate testimony?

16         A.     No.

17         Q.     And is there any reason at all you

18    cannot give full and accurate testimony today?

19         A.     No.

20         Q.     Are you represented by counsel for

21    purposes of today's hearing?

22         A.     Yes.

23         Q.     And who is your counsel?

24         A.     Joseph Barton.
```

1          A.      So I would show up at a point,

2     place and time to conduct required training.  In

3     that unit it was generally on a specific weekend

4     at Naval Air Station Forth Worth, and there was a

5     training plan that was set, so I would have a set

6     of required training.

7               I was assigned to that unit from December,

8     I don't believe I drilled before January, and I

9     left that unit effective May 25th of 2000.

10          Q.      So you were part of the Naval

11    Reserve Forth Worth unit from December of 1999 to

12    May 2000, you said?

13          A.      Yes.

14          Q.      And you said their -- is it drill

15    schedule is set or was set; is that correct?

16          A.      Yes.

17          Q.      And was it set on a weekly basis,

18    on a monthly basis?  Generally speaking, when was

19    that schedule set in terms of the training plan?

20          A.      I believe it was set at the

21    beginning of the fiscal year, which would be

22    October.

23          Q.      So in October, say, of 1999, there

24    would have been a schedule for each training date

James P. Scanlan

```
1   through the year 2000?

2         A.     Yes.

3         Q.     Okay.  In May 2000 did you

4   transition to a different reserve unit?

5         A.     In May 2000 I transitioned from the

6   Navy Reserve to the Air Force Reserve.

7         Q.     And what prompted that change?

8         A.     That had been my goal from the time

9   that I left active duty Navy, but it was -- the

10  delay was due to the paperwork processing for what

11  we call an interservice transfer.

12         It was always my intent to join the Air

13  Force Reserve.  I had applied for and been

14  accepted at a specific unit to fly the KC-10

15  aircraft at Maguire Air Force Base.  So the delay

16  was really just the paperwork and the process to

17  transfer from the Navy Reserve to the Air Force

18  Reserve.

19         Q.     Okay.  You were transferring to

20  Maguire Air Force Base, you said?

21         A.     Yes.

22         Q.     Where is Maguire located?

23         A.     In Wrightstown, New Jersey.

24         Q.     The interservice transfer process,
```

1  Maguire and commenced effectively a Monday to

2  Friday training program, both what we call ground

3  school, simulator based.  And then after a 60-day

4  period I had an evaluation, completed the ground

5  portion and then went to the flying portion.

6        Q.    So the formal training program

7  started with a 60-day training period; is that

8  right?

9        A.    Yes.

10        Q.    And then were there regular

11  training intervals that followed that?

12        A.    Yes, but it was one continuous

13  order.

14        Q.    Okay.

15        A.    So it was approximately 130-day

16  order, I recall.  The first 60 days are pretty

17  rigid because it's in a schoolhouse, and so it's a

18  pretty set syllabus, and you follow the syllabus,

19  at the end of which you have a simulator

20  evaluation.

21        When the simulator evaluation is complete,

22  you leave that schoolhouse.  It's basically a

23  contractor flight crew training, and you report to

24  the squadron, and you commence the flying portion

1   of your training within the squadron.  That is

2   based -- that is not a rigid training plan.  You

3   have events that you need to complete, but it is

4   dependent on aircraft availability, instructor

5   availability, weather.  There's other factors that

6   determine how often you fly, when you fly, all of

7   those things.

8        Q.    And approximately how long was the

9   training period?

10       A.    So it probably would have been from

11  the end of July until approximately the end of

12  September.

13       Q.    And what was your status with

14  American Airlines at that time?

15       A.    I was on military leave of absence.

16       Q.    Okay.  And was that absence

17  scheduled in advance of the period in which it

18  commenced?  Let me ask this:  Approximately how

19  far in advance of the training program were you

20  informed that you would be on a military leave of

21  absence due to this active duty service?

22            MR. BARTON:  Can you read that back

23        for me.

24            (The court reporter read back the

```
1              A.      Not always.

2              Q.      Is that inactive duty training?

3              A.      Some of it was inactive duty

4       training.

5              Q.      And how was -- scratch that.

6              How were the eight to ten days scheduled

7       in terms of what your obligations were and what

8       your schedule was for a particular month?

9              A.      I mean, every month you basically

10      look at what your training requirements are, you

11      look at what days they're available with the

12      squadron, and you look at your airline schedule

13      and you try and balance the two.

14             Q.      What is the difference between

15      active duty training and inactive duty training?

16             A.      I don't know that I know all of the

17      legalities, but it first begins with

18      appropriations.  So how it's funded by the

19      Congress is different.  There's actually in excess

20      of 30 different pay statuses for a reservist or a

21      guardsman.  That means there's 30 different

22      duties -- over 30 different duty status, I don't

23      know the exact number, different duty status.

24      There's active duty.  There's active duty for
```

```
 1           A.      When you say "ask," it's very
 2   confusing because virtually every time I come on
 3   active duty, it is legally voluntary.  What I am
 4   doing is fulfilling a requirement, and so, for
 5   example, when I was in a flying unit, I know that
 6   I have to perform an air refueling mission at
 7   least once a month, and I would call the unit and
 8   say, hey, I need to do my air refueling mission,
 9   and they would say, here are your dates to pick
10   from.  I mean, it became a negotiation.
11           It's not like I just call up the unit and
12   say, hey, I want to come to work next Tuesday.  It
13   doesn't work like that.  I have to request -- I
14   have a training requirement that needs to be
15   fulfilled, and I figure out when I can do it.
16           Q.      And the training requirement is
17   governed on an annual basis; is that correct?
18           A.      It could be monthly, quarterly,
19   semiannual, again, when you're talking about
20   flying an airplane.  For most of those ground
21   training requirements that I've previously
22   referenced are annual.
23           Q.      So when you say flying, is that
24   pilots only in terms of that training obligation?
```

1769

1    out, okay, when are you going to accomplish your

2    scheduled training.

3         If it's a flying training event again, I

4    mean, you need an aircraft on a certain day and,

5    you know, so the aircraft -- if the aircraft is

6    available.  And then it all changes because you go

7    in for a date for a training, and then the

8    aircraft breaks, you don't complete the required

9    training, and then you got to reschedule it again

10   to another day.  So it's all very complicated.

11        Q.     And in the 20-year period, has

12   there ever been a circumstance where your unit has

13   said you've been assigned to active duty training

14   for September 1st, you know, 19 -- or 2010, for

15   example, and you have to appear on that date,

16   period?

17        A.     Yes, mandatory training event.

18   Legally, I could not show up but --

19        Q.     You're saying legally you have the

20   ability to not show up?

21             MR. BARTON:  Objection,

22        mischaracterizes the testimony.

23   BY MR. MORALES:

24        Q.     Please explain.  You said legally

1  you have the ability to not show up, what do you

2  mean by that?

3        A.    So there's not expectation and

4  obligation for you to maintain your currency as a

5  condition of being in the unit, but when we get

6  into the legalities of legitimately ordering

7  someone to be at an appointed place or appointed

8  time that if you fail to show that you will be

9  subject to punitive action, those are limited.

10  Those, like the involuntary activation, so --

11        Q.    Are there other circumstances aside

12  from involuntary activation where that applies?

13        A.    Yes, annual tour.

14        Q.    What is that?

15        A.    So every reservist is expected to

16  do their two weeks of training, 14 days.  A

17  commanding officer has the authority to order a

18  reservist to show at a specific place and time,

19  and that reservist is legally obligated to be

20  there.

21        Q.    And have you ever received that

22  order?

23        A.    No.

24        Q.    In terms of inactive duty training,

1    can be taken?

2          A.      Yes.

3          Q.      What are the range of those

4    disciplinary actions?

5          A.      Everything from verbal counseling

6    to initiation of separation proceedings to have

7    you separated from the service.

8          Q.      There was some testimony about

9    scheduling leave or scheduling your military

10   duties.

11         Do you remember that?

12         A.      Yes.

13         Q.      Is it correct that there is

14   flexibility in terms of when to schedule those

15   duties?

16         A.      Again, it really depends on the

17   type of duties.

18         Q.      For some duties, do you have

19   flexibility with respect to when the duties are

20   scheduled?

21         A.      For some duties, yes.

22         Q.      Once you receive orders to perform

23   military duties, are those orders optional?

24         A.      That's a difficult question to

 1   answer.

 2          Q.     Let me ask it a different way.

 3          Once you receive orders for military

 4   duties, does the United States Air Force expect

 5   you to follow those orders and appear?

 6          A.     Yes.

 7                 MR. MORALES:  Objection, leading.

 8   BY MR. BARTON:

 9          Q.     To the extent that you -- that a

10   member of the US Air Force Reserves receives

11   orders and fails to appear, is it your

12   understanding that you can be subject to

13   disciplinary proceedings?

14          A.     Yes.

15          Q.     And do you have an understanding in

16   terms of the range of the disciplinary proceedings

17   that you can be subject to if you fail to follow

18   and appear at orders when you're commanded to

19   perform military duties?

20          A.     Yes.

21          Q.     And what are the range of those

22   disciplinary actions that can be taken against

23   you?

24          A.     Once again, it could range from

1773

1    verbal counseling to in that particular case

2    probably -- it could be punitive action with

3    regard to pay allowances or rank.  It would really

4    depend on the circumstances that led to you not

5    reporting at the appointed place and the appointed

6    time.

7             Q.      To the extent that -- strike that.

8             One of the disciplinary actions that you

9    mentioned essentially is to have you removed from

10   the service; is that right?

11            A.      Yes.

12            Q.      And what is the effect if the US

13   Air Force would take the action to remove you from

14   the service as a result of failure to either

15   complete your military duty obligations or appear

16   when commanded by an order?

17            A.      It would depend on whether or not

18   you reached retirement age.  If you did not have

19   enough years in service, you would no longer

20   qualify for retirement and all the benefits that

21   go with it.  Assuming it was administrative and

22   not punitive, if you had reached retirement, you

23   probably still would qualify for retirement.  It's

24   hard to say.  Every circumstance is so different.

1774

# Exhibit 8



Deposition of:

# Courtney D. Finn , 30(b)(6) AAG, Inc.

*February 14, 2020*

In the Matter of:

# Scanlan v American Airlines

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

```
 1                     P R O C E E D I N G S
 2                     COURTNEY D. FINN,
 3    having been first duly sworn, testified as follows:
 4                        EXAMINATION
 5    BY MR. BARTON:
 6         Q.   Good morning.
 7         A.   Good morning.
 8         Q.   Would you state your full name, please?
 9         A.   Courtney Finn.
10         Q.   Do you have a middle name?
11         A.   Dawne with an E, D-A-W-N-E.
12         Q.   Okay.  Thank you.  Who is your present
13    employer?
14         A.   American Airlines.
15         Q.   Would you also state your home and business
16    address?
17         A.   My home address is 4129 Twin Falls Street in
18    Irving, Texas 75062.
19              And work address is 1 Sky View Drive, Fort
20    Worth, Texas 76155.
21         Q.   And is your employer American Airlines, Inc.
22    or American Airlines Group?
23         A.   American Airlines, Inc.
24         Q.   What's your present position with American
25    Airlines?
```

```
                                                    Page 6
 1        A.    Senior manager 401(k) programs.
 2        Q.    Have you ever had your deposition taken
 3   before?
 4        A.    No.
 5        Q.    Let me just explain the process and what will
 6   happen here.  Okay?
 7        A.    Sure.
 8        Q.    As you know, the court reporter has sworn you
 9   in to testify under oath.  Do you understand that?
10        A.    Yes.
11        Q.    And that's the same oath that you would take
12   as if you were testifying in court.  Do you understand
13   that?
14        A.    Yes.
15        Q.    As we go through here today, I am going to ask
16   you a series of questions, and unless you receive a
17   specific instruction from your counsel not to answer my
18   question, then I will expect you to give me answers.
19   Okay?
20        A.    Okay.
21        Q.    There's a few rules that we have to live by in
22   the context of a deposition which are different than
23   normal conversation.  Okay?
24        A.    Okay.
25        Q.    The first one is that your answers need to be
```

Page 55

1          MR. MORALES:  Objection as outside the
2     scope.
3          A.   Yes.
4          Q.   (BY MR. BARTON)  Is it fair to say, at least
5     as applied that the way the profit-sharing works with
6     respect to leaves, is that only leaves for which there
7     are W-2 earnings are considered as part of eligible
8     earnings under the profit-sharing plan?
9          A.   No.
10         Q.   Are there leaves for which there are -- well,
11    strike that.
12         Are there leaves for which there are W-2
13    earnings that are not considered eligible earnings under
14    the profit-sharing plan?  And to be clear, leaving aside
15    to the extent that someone were to receive a triple play
16    payment or a profit-sharing payment.
17              THE WITNESS:  Repeat the question,
18    please, the original question.
19              MR. BARTON:  You can read it in full.
20              (Requested testimony read.)
21              MR. MORALES:  Objection to form.
22         A.   Not to my knowledge.
23         Q.   (BY MR. BARTON)  Are there unpaid leave --
24    strike that.
25              So for all paid leaves for which there are W-2

Page 56

1    earnings, that's considered for purposes of the
2    profit-sharing plan.  Is that right?
3         A.   It depends on if it's an exclusion within the
4    401(k) definition of compensation.
5         Q.   Are you aware of paid leaves that are excluded
6    from the definition of a 401(k) plan?
7         A.   No.
8         Q.   Are there unpaid leaves for which there are no
9    W-2 earnings which are considered or treated as eligible
10   earnings for purposes of the profit-sharing plan?
11        A.   Not to my knowledge.
12        Q.   Would it be fair to say that all -- strike
13   that.
14             Would it be fair to say that all paid leave
15   that generates W-2 earnings are treated as actual -- or
16   eligible earnings under the profit-sharing plan?
17                  MR. MORALES:  Objection, asked and
18   answered.
19        Q.   (BY MR. BARTON)  Other than those paid for
20   this triple pay bonus or the profit-sharing payments.
21        A.   Yes.
22        Q.   And is it correct that there are no leaves for
23   which there are imputed earnings that qualify as
24   eligible earnings under the profit-sharing plan?
25                  MR. MORALES:  Objection to form.

Page 57

```
 1        A.    Correct.
 2        Q.    (BY MR. BARTON)  Are you aware that certain of
 3   the employee groups credit certain leaves for purposes
 4   of the minimum guarantee?
 5              MR. MORALES:  Objection as outside the
 6   scope.
 7        A.    No.
 8        Q.    (BY MR. BARTON)  Is your understanding
 9   different, or do you have no understanding?
10              MR. MORALES:  Objection as outside the
11   scope.
12        A.    No understanding.
13        Q.    (BY MR. BARTON)  Do you understand that pilots
14   and airline attendants have a certain minimum hours?
15              MR. MORALES:  Objection, outside the
16   scope.
17        A.    Yes.
18        Q.    (BY MR. BARTON)  Do you have an understanding
19   that if -- that certain things are credited towards
20   those minimum hours?
21              MR. MORALES:  Outside the scope.
22        A.    Yes.
23        Q.    (BY MR. BARTON)  Do you have an understanding
24   or can you explain how that works in connection with the
25   profit-sharing plan?
```

# Exhibit 9

Case 2:18-cv-00404-HB Document 24-4 Page 0968 Date Filed 06/23/2023

```
 1           IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3   JAMES P. SCANLAN, on behalf )
     of himself and all others   )
 4   similarly situated,         )
                                 )
 5             Plaintiffs,       )
                                 )
 6   vs.                         )  Case No.
                                 )  2:18-cv-0404-HB
 7   AMERICAN AIRLINES GROUP,    )
     INC. and AMERICAN AIRLINES, )
 8   INC.,                       )
                                 )
 9             Defendants.       )
10
11
12   ***********************************************
13                  ORAL DEPOSITION OF
14                   KIMBERLY WICKER
15                   MARCH 30, 2022
16   ***********************************************
17
18       On the 30th day of March, 2022, at 9:32 a.m.,
19   the oral deposition of the above-named witness was
20   taken at the instance of the Plaintiff, before
21   Michelle L. Munroe, Certified Shorthand Reporter in
22   and for the State of Texas, at Veritext Legal
23   Solutions, 300 Throckmorton Street, Suite 1600, Fort
24   Worth, Texas, pursuant to Notice and the agreement
25   hereinafter set forth.
```

Case 2:23-cv-04044-Doc-UB-mcnt-24-4-1 Page-0969 Date-Filed-03/23/2023

```
 1              P R O C E E D I N G S
 2                 KIMBERLY WICKER,
 3    having been first duly sworn, testified as follows:
 4                    EXAMINATION
 5    BY MR. BARTON:
 6         Q.    Can you state your full name, please?
 7         A.    Kimberly Michelle Wicker.
 8         Q.    Have you ever had your deposition taken
 9    before?
10         A.    No, sir.
11         Q.    What's your address?
12         A.    My home address?
13         Q.    Yes.
14         A.    1313 Province Lane, Southlake, Texas
15    76092.
16         Q.    What's your work address?
17         A.    1 Skyview Drive, Fort Worth, Texas 76155.
18         Q.    Who is your present employer?
19         A.    American Airlines.
20         Q.    Let me just explain what's going to happen
21    today.  Okay?
22         A.    Uh-huh.
23         Q.    I'm going to ask you a series of questions
24    and I'll expect you to give answers to those
25    questions unless counsel for American Airlines
```

1    instructs you not to respond to a question.  Okay?

2        A.   Understood.

3        Q.   You understand that you're testifying here

4    under oath?

5        A.   I do.

6        Q.   And you understand that the testimony here

7    is the same as if you were testifying in court?

8        A.   I do.

9        Q.   As we go through here today, there's going

10   to be a couple rules that are a little bit different

11   than normal conversation.  All right?

12            As you can see, we have a court reporter

13   who is recording everything, so the first rule is

14   that every response that you give in response to a

15   question needs to be in some sort of verbal format.

16   She can't really record a shaking of the head or

17   something like "uh-huh."  Okay?

18       A.   Got it.

19       Q.   All right.  The second rule, which is also

20   a little bit different than normal conversation, is

21   that we need to not talk over each other because,

22   again, the court reporter has difficulty recording

23   when two people are speaking.  All right?

24       A.   Understood.

25       Q.   And what that means is even if you

1     Q.   If you turn your attention to what is

2  paragraph 3 where it says, Delegation of committee

3  authority.

4         Do you see that?

5     A.   Yes.

6     Q.   Are you familiar with this paragraph?

7     A.   Yes.

8     Q.   And did you become familiar with this

9  paragraph as part of your job responsibilities?

10     A.   That was my understanding of the plan

11  administration.

12     Q.   I'm sorry, what do you mean?

13     A.   So I understood that compensation had the

14  ability to make decisions on the administration of

15  the plan.  I don't believe I read this paragraph

16  coming into the job; it was a little bit after.

17     Q.   So at some point while you had

18  responsibility for the profit sharing plan, you read

19  paragraph 3?

20     A.   Yes.

21     Q.   Do you see that this paragraph authorizes

22  the committee to delegate administration of the

23  plan?

24     A.   Yes.

25     Q.   Has the committee delegated such

Page 67

1     A.    Who do you mean by "anyone else"?

2     Q.    Your group or any particular officer.

3     A.    The minutes from the 2017 meeting reflect

4  that they have delegated authority for the

5  compensation team and the people team to administer

6  the plan.  I have not seen if they have delegated

7  authority for any other team to administer.

8                MR. BARTON:  Mark that.

9                (Exhibit 4 marked.)

10    Q.    I have handed you what has been marked as

11 Exhibit Number 4.  This bears Bates stamp AA Scanlan

12 23503 through 23524.

13            These are entitled Minutes of the Meeting

14 of the Compensation Committee of the Board of

15 Directors of American Airlines Group, Inc.,

16 January 24, 2017.

17            Do you see that?

18    A.    Yes.

19    Q.    When you made a reference to the 2017

20 minutes, is this what you're referring to?

21    A.    Yes.

22    Q.    Okay.  You have seen these minutes

23 previously?

24    A.    Yes.

25    Q.    When did you first see these minutes?

Page 68

```
1        A.    Couple weeks ago.
2        Q.    And what was the context of you seeing
3    these minutes?
4        A.    In preparation for this deposition.
5        Q.    Prior to that time, had you ever seen
6    these minutes before?
7        A.    No, I have not.
8        Q.    When you reviewed them, did you review
9    them -- strike that.
10            Do you see on page 2 there are a bunch of
11   blackout redactions that defendant's counsel has
12   placed on there?
13       A.    I see that.
14       Q.    Okay.  When you reviewed them, did you
15   review it in a redacted form?
16       A.    Yes.
17       Q.    I'm sorry, I may have asked you this or
18   not.
19            Prior to the time that you saw these
20   minutes a few weeks ago, had you ever seen any
21   version of the minutes of the compensation committee
22   of the board of directors for January 24, 2017?
23       A.    No.
24       Q.    Are you able to testify whether or not
25   these are, in fact, the minutes from that meeting?
```

Page 69

```
 1        A.    I was not in attendance, so I would not be
 2    able to testify to that.
 3        Q.    And where did you get these minutes when
 4    you saw them a few weeks ago?
 5        A.    From our counsel.
 6        Q.    Who specifically?
 7        A.    Tristan and Vince.
 8        Q.    You said Tristan and Vince?
 9        A.    Tristan and Vince.
10        Q.    How were they provided to you?
11        A.    Via email.
12        Q.    And what are you referring to in terms of
13    where there was some delegation in these minutes?
14        A.    This was -- give me a second.
15        Q.    Uh-huh.
16        A.    Towards the back, that's the plan document
17    delegating authority.  There was another piece.
18              It's at the bottom of page 2 on the back
19    requesting -- where Elise requested the committee to
20    delegate authority to her and her designee.
21        Q.    And do you have an understanding who
22    Ms. Eberwein was at this time?
23        A.    Yes.
24        Q.    Who was she?
25        A.    EVP of people and communications.
```

1   the company administers.

2       Q.   You understand that in F3 of the plan

3   document, it provides the authority with the ability

4   to delegate as compared to actual delegation?

5               MR. MORALES:  Objection to form and

6   legal conclusion.

7       A.   Yes, it says may delegate the

8   administration of the plan.

9       Q.   Do you know whether or not, beyond what's

10  contained in Exhibit Number 4 in the minutes,

11  whether or not there is a written document

12  evidencing the committee, in fact, made a

13  delegation?

14              MR. MORALES:  Objection to form; asked

15  and answered and legal conclusion.

16      A.   The information I'm aware of is stated in

17  these documents.

18      Q.   So the only thing that you know is based

19  on Exhibit Number 4 and Exhibit Number 3?

20              MR. MORALES:  Objection to form.

21      A.   And Exhibit Number 2.

22      Q.   So the only thing -- the entire source of

23  your knowledge is the information that's in the two

24  plan documents and the minutes which you hadn't seen

25  before three weeks ago?

Page 76

1      A.   Yes.

2              MR. MORALES:  Objection to form.

3      Q.   I want to look at what's in F2 of the plan

4  document, which is Exhibit Number 3.

5      A.   Okay.

6      Q.   And it specifies four different

7  authorities that the committee has under the plan.

8           Do you see that?

9      A.   Yes.

10     Q.   And number 1 is the power to determine

11  which employees shall be designated as participants

12  in the plan?

13     A.   I see that.

14     Q.   Is that something that the committee has

15  done?

16     A.   Are you asking if the committee has

17  reviewed specific employees and if they're deemed

18  participants of the plan?

19     Q.   Well, do you understand what the phrase

20  "determine which employees shall be designated

21  participants in the plan" means?

22     A.   I have my understanding.

23     Q.   What's your understanding based on?

24     A.   My understanding is that eligible

25  participants of the plan based on what's laid out in

# Exhibit 10

| From: | Heckenberger, R Scott [rsheckenberger@alliedpilots.org] on behalf of Heckenberger, R Scott <rsheckenberger@alliedpilots.org> |
|---|---|
| Sent: | Friday, March 31, 2017 10:41 AM |
| To: | Scanlan - Sec, James |
| Cc: | O'rourke, Patrick; LGA-REPS; CMTE-NEGOTIATING |
| Subject: | Re: Profit Sharing |

Negotiating Comm,

I have not seen a follow up on Jim's recent request for information. Could you please respond? Thank you!

RSH
**Captain R Scott Heckenberger**
**LGA Vice Chairman**

APA> ALLIED PILOTS ASSOCIATION

**Representing the Pilots of American Airlines**
973.714.3998 cell

**From:** <Heckenberger>, Scott Heckenberger <rsheckenberger@alliedpilots.org>
**Date:** Monday, March 27, 2017 at 8:25 AM
**To:** "Scanlan - Sec, James" <jpscanlan@verizon.net>
**Cc:** "O'rourke, Patrick" <porourke@alliedpilots.org>, LGA-REPS <LGA-REPS@alliedpilots.org>, CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Re: Profit Sharing

Jim,

After the last response from Pat O'rourke, I have not heard anything else. I believe the company has decided to not include the Compensation a military pilot would have earned while on leave.

The Profit Sharing Plan in place at UAL and DAL are significantly better than ours in many ways and the way our military pilots are compensated is certainly one of the areas they are superior.

Captain R Scott Heckenberger
LGA Vice Chairman
Sent from my Verizon Smartphone

---- Jim Scanlan wrote ----

Gentlemen,

Anything further on the profit sharing issue? Thanks.

Cheers,
Jim

EXHIBIT
1
O'Rourke

1

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net (267) 614-2252

On 3/6/2017 11:58 AM, Heckenberger, R Scott wrote:

No. I expect to speak with him at the BOD meeting in two weeks.

Captain R Scott Heckenberger
LGA Vice Chairman
Sent from my Verizon Smartphone



---- Jim Scanlan wrote ----

Scott,

In our last correspondence you indicated a desire to wait until Don Iorio had a chance to review the issue and provide his perspective. Any progress on that front? Thank you.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net (267) 614-2252

On 2/27/2017 3:43 PM, O'rourke, Patrick wrote:
Jim,

Yes – We had additional discussions with the company last week and we were informed that only earnings from a pilot's W2 would be considered as eligible earnings for the purposes of PS computation. The company was advised of how other airlines, specifically: DAL and SWA compute their PS payouts, but the decision was to consider MLOAs like any other LOA. AAL is not going for great. They are going for cheap in my opinion. I would consult with APA legal to determine the best course of action from here. Perhaps a consultation with the DOL as we discussed. There is legal precedent of the company (AAL) being on the losing end of how they handle military imputed income. The Negotiating Committee will be attempting to modify the PS benefit in upcoming Section 6 to align it more with industry standards. It must be a pilot specific plan and must be contractual – not a "benefit" where we as leaders are lumped in with every other employee group. We have the responsibility without the recognition. This PS plan is BS.

Sorry for late response – international flying followed by an all-nighter RTB.

Captain Patrick ORourke
Negotiating Committee
817-302-2333
porourke@alliedpilots.org

2

**From:** Jim Scanlan [mailto:jpscanlan@verizon.net]
**Sent:** Sunday, February 26, 2017 1:53 PM
**To:** O'rourke, Patrick <porourke@alliedpilots.org>
**Cc:** Heckenberger, R Scott <rsheckenberger@alliedpilots.org>; LGA-REPS <LGA-REPS@alliedpilots.org>; CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Re: Profit Sharing

Herman,

Anything further from the company on this issue?

Jim

On 2/20/2017 2:19 PM, O'rourke, Patrick wrote:
Scott et al,

Thank you for this email chain. We have been in contact with Jim already as the email chain shows. We have asked the company for clarification of MLOA as it pertains to PS. AAL labor is consulting with their legal reps. My personal belief is that there is potential for a class action type suit under USERRA regulation on behalf of our military membership with regards to PS if needed. DAL uses imputed income to calculate MLOA contributions towards PS. They calculate PS pay the same way that Pension payments are calculated. I did not get a response from SWAPA yet but will this week - maybe tomorrow. The NC will discuss with the company again this week and press for a position. We will also discuss with APA legal and provide our feedback and analysis.
Herman

Sent from my iPhone

On Feb 20, 2017, at 9:20 AM, Heckenberger, R Scott <rsheckenberger@alliedpilots.org> wrote:

Jim,

I am forwarding your email and talking points to the Negotiating Committee. I'd like to get feedback from them.

-What has been past practice?
-What are the company's legal responsibilities?
-What are the practices of Delta, United, Southwest, etc.

Let's see what their response is and where they are in discussion with the company.

RSH
Captain R Scott Heckenberger
LGA Vice Chairman
Sent from my Verizon Smartphone

---- Original Message ----
Subject: Fwd: Re: Profit Sharing
Sent: Feb 20, 2017 10:02 AM

3

From: Jim Scanlan <jpscanlan@verizon.net>
To: "Burr, Michael" <mburr@alliedpilots.org>,"Heckenberger, R Scott" <rsheckenberger@alliedpilots.org>
Cc: "Harwood, Thomas P." <tom.harwood@hotmail.com>

Mike & Scott,

I am requesting your support on this issue.

BLUF: At this point it does not appear military pilots will receive profit sharing credit for periods of military leave. The NC is waiting for a formal company response. If the company responds that military pilots will not receive profit sharing credit for periods of military service, I propose the BOD direct the NC to re-engage the company with the goal of securing profit sharing credit for all periods of military leave.

Attached is a talking paper drafted by Captain Tom Harwood. (DCA/737/CA)

Standing by if you have questions and/or comments.

Thank you.

Regards,
Jim

```
Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252
```

-------- Forwarded Message --------
**Subject:** Re: Profit Sharing
   **Date:** Mon, 20 Feb 2017 00:13.33 +0000
  **From:** O'rourke, Patrick <porourke@alliedpilots.org>
    **To:** Scanlan - Sec, James <jpscanlan@verizon.net>
   **CC:** Hairston, Charles R. <chairston@alliedpilots.org>, CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>, Harwood, Thomas P. <tom.harwood@hotmail.com>

I would definitely broach it to your domicile reps. The BOD would have to establish this position on behalf of the membership. I will be in all week at APA and will make sure we get an answer from the company.
Herman

Sent from my iPhone

On Feb 19, 2017, at 4:44 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Thank you for the update.

4

In the event the company response is "No," I would propose APA take a position in support of our military pilots, i.e. re-engage the company on why we believe it would not only be the "right thing to do," but consistent with USERRA to provide pilots with credit toward profit sharing for all periods of military leave.

Captain Tom Harwood drafted the attached talking points in support of this argument.

Please let me know if you believe this proposed way ahead is viable, or if I need to approach the BOD for their support.

Thanks again for all of your help.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252

On 2/18/2017 9:40 AM, O'rourke, Patrick wrote:
Jim,

We asked the
Company to confirm their position on whether or not military service still qualified for profit sharing, however they have not responded positively one way or the other yet. I will follow up again this week. The company was consulting with their legal department before delivering their response. Thanks for your patience.
Herman

Sent from my iPhone

On Feb 12, 2017, at 2:54 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

We have multiple meetings with the company this week Jim. I'll get you an update. Sorry been sidetracked with several other issues.

Herman

Sent from my iPhone

On Feb 12, 2017, at 2:32 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Gentlemen,

Any updates?

Jim

Jim Scanlan
jpscanlan@verizon.net

5

Confidential-Contains Rule 5.2 Information

SCANLAN_00000414

(267) 614-2252

On Feb 8, 2017, at 5:24 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Have you had an opportunity to ask the company for clarification?

Chuck,

Curious as to your thoughts on the issue. Thanks.

Regards,
Jim

Captain Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252

On Feb 5, 2017, at 4:35 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

Will do. I agree with your assessment. I was involuntarily mobilized for three years in Iraq with the Marines. And of course the company underpaid all of us serving our country in combat. That payment from the class action will soon be announced. It is hard not be cynical.

Sent from my iPhone

On Feb 5, 2017, at 2:55 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Herman,

Thank you for the clarification and the additional background info. All very helpful. Well done on the pension issue.

I doubt a grievance would be successful. Unfortunately, AA has proven very adept at stonewalling grievances. I have found it is best for military members to pursue remedy via the DOL route, or litigation using attorneys who specialize in USERRA complaints.

In this case, I believe it would be best to simply ask the company for clarification and then go from there.

Jim

On 2/5/2017 3:36 PM, O'rourke, Patrick wrote:
I just revised the pensionability to 13-16 million additional per year (until we negotiate better). Our former E&FA at APA estimated the payout at 4% which was unfortunately high. The actual payout will be closer to 3%. Conservative estimate is 14m additional.

6

Herman

Sent from my iPhone

On Feb 5, 2017, at 2:11 PM, O'rourke, Patrick <porourke@alliedpilots.org> wrote:

Jim,
No it's the version voted on and approved by our BOD. I agree with your very well stated points except for perhaps what I thought could be an effort to connect federal law and pension payments to the profit sharing plan. We will confirm with the company on their position on military LOAs and how these will be handled with respect to the PS plan. We were briefed that your W2 determined your eligible earnings on this company benefit. FMLA (as you stated) and military LOAs were specifically excluded from the company benefit as they do not generate "eligible earnings" according to our PS plan briefing from the company. There is no federal law requiring PS obviously. It's usually a negotiated benefit. This plan was offered as an attempt to promote the new managements effort of culture change. Although Parker had drawn a line in the sand on PS, It is generally thought that some of his senior executives and some AAL BOD members convinced him otherwise. So AAL simply dusted off the previous plan and modified it - only very slightly. Of course it is grossly below industry standard. During the company's briefing on the plan construct to the negotiating committee it was discovered that the pilot group was the only group not pensioned on the PS plan. Within a few days we had that rectified. Our perspective was that AAL would accomplish the opposite of their program goal (culture change). 15-20 million is an estimate of the number of pilots x an extra 16% of their PS payout. This pensionability was accomplished so quickly because how it relates to why they offered the plan - that is why I mentioned it. I will verify with the company regarding the military LOA and PS. Whether a grievance would be successful I cannot say and there may even be grounds for a class action suit, but again I would consult our legal rep on the committee, Chuck Hairston.

Herman

Sent from my iPhone

On Feb 5, 2017, at 12:20 PM, Jim Scanlan <jpscanlan@verizon.net> wrote:

Patrick,

Thanks for the response and the copy of the plan. The copy I attached in my e-mail to you was downloaded from the Negotiating Committee webpage. Is this an updated version?

I understand the Profit Sharing Plan was not negotiated. It was simply offered by the company and the BOD elected to accept it. Also, I understand profit sharing will be based on actual W2 earnings, however, that doesn't appear to be clearly spelled out in the plan.

>From Section B: Participant is eligible for a profit sharing award only with respect to the portion of such Plan Year during which the individual qualifies as a Participant and only with respect to the Participant's Eligible Earnings during such portion of the Plan Year.

From Section C: The amount of the profit sharing award for each Participant is the product of the Payout Percentage multiplied by such Participant's Individual Eligible Earnings.

>From the Definitions Section: **"Individual Eligible Earnings"** means, as to any Participant, the Eligible Earnings of such Participant for any period during the Plan Year in which such Participant was a member of a Participating Work Group. For avoidance of doubt, the Eligible Earnings of any Participant during any period

7

in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings.

The phrase "For avoidance of doubt, the Eligible Earnings of any Participant during any period in which such Participant was not a member of a Participating Work Group shall be excluded from the amount of his or her Individual Eligible Earnings" would seem to indicate estimated earnings for periods of military leave would not be included in eligible earnings. However, the definition of eligible earnings states that eligible earnings is based on compensation for purposes of employer contributions to a defined contribution plan. As you know, AA is obligated to contribute to a pilot's 401k for all periods of military service. In order to make those contributions, AA estimates a pilot's compensation for the period of military leave. Additionally, a pilot on military leave is still represented by APA which would support an argument that a pilot on military leave is a member of a Participating Work Group while on military leave.

It is my understanding that US Airways gave pilots on military leave compensation credit toward profit sharing calculations. Do you know if that is accurate?

>From a legal aspect, USERRA stipulates that employees who take military leave shall be afforded the same benefits as employees on similar types of leave. From USERRA Section 4316:

(B) entitled to such other rights and benefits not determined by seniority as are generally provided by the employer of the person to employees having similar seniority, status, and pay who are on furlough or leave of absence under a contract, agreement, policy, practice, or plan in effect at the commencement of such service or established while such person performs such service.

Pilots on similar types of leave would be union leave, jury duty and FMLA. I believe pilots receive W2 earnings for union leave and jury duty, but not FMLA, so this argument could go either way, however, it is currently in litigation at United and we may see a precedent in the near future. We also have an AA pilot using union leave and jury duty as the basis for a suit on sick and vacation accrual for periods of military leave. Not sure of the status on that lawsuit, but expect to hear something in the next few months.

Finally, when you say the NC resolved the inequity of the non-pensionable portion of the plan and gained $15-20 million for the membership, can you elaborate on the inequity and how you arrived at the $15-20 million number?

Thanks again for your response and thank you for your service to the membership and to our Nation as a military member.

Chuck, would appreciate your thoughts on this issue. Thanks.

Regards,
Jim

```
CA Jim Scanlan
Deputy Chairman for Military Affairs
APA Membership/Furlough Committee
jpscanlan@verizon.net
(267) 614-2252
```

On 2/3/2017 10:47 AM, O'rourke, Patrick wrote:

8

Jim,

The profit sharing plan offered by AAL is based on your W2 (eligible earnings). Any time away from the company where there is not income generation will reduce your PS calculation. The references you quote are for employer pension plans. I am also a retired military member and part of the class action suit for AAL's non-contractual pension contributions. The profit sharing plan is different than our 401K from a regulatory standpoint. This is a benefit that was not negotiated. Your negotiating committee did resolve the inequity of the non-pensionable portion of this plan however, which gained another 15-20 million per year for the membership. This pension-ability was not negotiated from a regulatory standpoint, but as a parity issue with other AAL employee groups who were being pensioned. I would recommend soliciting the insight/perspective of APA legal for further guidance on your question. Our Director of Negotiations is a lawyer and he may be able to provide the legal perspective for you. Lastly, I have included a copy of the plan for your reference.

In Unity,

Captain Patrick ORourke
Negotiating Committee
817-302-2333
porourke@alliedpilots.org
<mime-attachment.jpg>

**From:** Jim Scanlan [mailto:jpscanlan@verizon.net]
**Sent:** Thursday, February 2, 2017 2:54 PM
**To:** CMTE-NEGOTIATING <NEGOTIATING-COMMITTEE@alliedpilots.org>
**Subject:** Profit Sharing

Negotiating Committee,

I am looking to determine if military pilots will receive W-2 credit for periods of military leave when their portion of profit sharing. Per USERRA, employees are entitled to pension credit for periods of military leave. The following definition of "eligible earnings" would seem to indicate pilots will receive profit sharing credit for periods of military service.

"Eligible Earnings" means:

(i) In respect of Employees subject to taxation in the United States:

"Compensation," as that term is defined for purposes of employer contributions, in the qualified defined contribution plan that is intended to comply with Section 401(k) of the Code that is sponsored by the Employee's Participating Employer and in which such Employee is eligible to participate at the time the profit sharing award is paid; provided, however, that the annual limit on compensation under Code Section 401(a)(17) shall not be applied for purposes of this Plan;

Can you confirm?

Thanks.

Regards,
Jim

9

&lt;Talking Paper - Profit Sharing for MILOA.docx&gt;

10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, on behalf of himself
and all others similarly situated,

          Plaintiff,

-vs.-

AMERICAN AIRLINES GROUP, INC.;
AMERICAN AIRLINES, INC.

          Defendants

Case No. 18-4040

**DECLARATION OF DANIEL W.
AKINS IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

I, Daniel W. Akins, declare under penalty of perjury under the laws of the United States:

1.     I am an air transport economist with over thirty years of airline industry consulting experience. I have been engaged by Class Counsel as an expert witness in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2.     I have attached as Exhibit 1 a true and correct copy of my expert report in this case, dated May 6, 2022.

3.     I hereby adopt the statements in my expert report and the opinion expressed therein and incorporate them as part of this declaration and testimony under oath as if those statements and opinions were fully set forth in this declaration.

The foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 30th day of August 2022 at Stowe, Vermont.

*Daniel Akins*

Daniel W. Akins

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES P. SCALAN, on behalf of himself and all others similarly situated<br><br>                Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC., and AMERICAN AIRLINES, INC.,<br><br>              Defendants. | Case No:<br><br>2:18-cv-0404-HB |

**EXPERT REPORT OF DANIEL W. AKINS**

1

**TABLE OF CONTENTS**

Page

I.    Qualifications and Assignment………………………………..……………..…………...3

II.   Summary of Opinions………………………………………………………………...5

III.  Discussion ……………………………………………………………………………5

      A.  Military Leave at American Airlines…………………………………….………..6

      B.  Bereavement leave for pilots serves a public safety purpose…………………...8

      C.  Jury leave for pilots serves a public service purpose………..…………………..…...11

      D.  Jury Duty and Bereavement Leave are Scheduled on Relatively Short Notice.13

      Appendix A.   D.W. Akins C.V……………………………………………………..…..14

      Appendix B.   List of Sources……………………………………………………..………...20

      Appendix C.   List Of D.W. Akins Trial Experience Over the Past 4 Years…..…...………22

`

2

**I.      Qualifications and Assignment**

1.        I am an air transport economist with over thirty years of airline industry consulting experience.  I own my own consultancy firm, Akins & Associates, Inc., based in Stowe, Vermont.  I am also a partner in aviation consultancy Flightpath Economics, LLC, as well as President of the Aviation Workforce Alliance, a non-profit corporation focused on the search for and creation of solutions to address the shortage of technically skilled aviation employees.  During my career, I have applied economic principles and statistical analysis to various modes of transportation using financial and operational data on behalf of airports, airlines, airframe manufacturers, labor unions, and other aviation related concerns.  My clients have included, Lufthansa, Air Canada, Boeing, McDonnell Douglas, American Express, J.P. Morgan Chase, Cisco Systems, the State of Virginia, the U.S. Postal Service, a number of airports, and a wide variety of labor groups.  I have provided economic and operational evaluations in support of over one-hundred collective bargaining contract negotiations, including, for example, at American, Alaska, Allegiant, Atlas, Continental, Frontier, Horizon, JetBlue, Republic, Southwest, US Airways, United, and Hawaiian, among others.   I hold a post-graduate degree in transport economics from the London School of Economics.  My qualifications and experience are set forth in my Curriculum Vitae, which is attached as Appendix A of this report.  Appendix C contains a list of all other cases in which, during the previous four years, I testified as an expert at trial or by deposition.  I have not authored any publications in the previous 10 years.

2.        I have experience in assisting negotiators in employee collective bargaining in the

3

airline industry over the past three decades on behalf of a wide variety of organized labor groups under Section 6 of the Railway Labor Act. During my career I have worked on behalf of pilots, flight attendants, dispatchers, mechanics, ramp and provisioning workers, materials specialists, simulator technicians and simulator instructors, in support of numerous contract negotiations and other efforts at both passenger and air cargo carriers. I am familiar with airline operations, finances, and labor relations, especially related to labor contract provisions that affect staffing and costs, such as employee leave programs.

3.         Given my background and relevant professional experience I have been asked to provide my insight and assessments of various types of leaves of absence provided to pilots at American airlines, including Jury Duty, Bereavement and Military Leaves. In this report I provide opinion and the facts and circumstances which support these opinions, including my experience as a labor advisor and an airline industry expert. I have been qualified multiple times as an airline industry expert in numerous appearances in federal and state courts, US DOT proceedings, as well as before various arbitration panels and state boards, as displayed in my C.V. which is attached as Appendix A to this report.

4.         I was retained by Outten & Golden, LLP and Block & Leviton, LLP on behalf of the Classes to assist in the assessment of the purpose of certain leaves pertaining to litigation of the class of James P. Scanlan, et al. v. American Airlines Group, Inc., and American Airlines, Inc. My fee on this matter is $325 per hour. My compensation is not dependent on the content of my opinions or litigation outcome.

4

## II.     Summary of Opinions

5.      Based on my decades of experience in the airline industry, my academic training, and my review of the issues raised in this litigation, I make the following summary observations.

6.      Airline employees utilize leaves of absence that are largely related to events and circumstances that they do not control and occur with mostly short-term notification.

7.      Jury duty is one form of employee leave that represents an absence related to a civic obligation supporting a critical facet of civilized society.

8.      Bereavement leave related to the death or demise of a family member or loved one serves an important break from work to grieve and redress personal loss and is considered a key component of maintaining or recovering pilot mental fitness for safe cockpit function.[1]

## III.     Discussion

9.      In my experience, large airlines like American design employee leave policies in a few broad categories to accommodate different types of absences, such those related to employee planned time away from work for vacation or personal leaves, and those leaves that are provided to employee for needs that arise from other non-recreational purposes outside

---

[1] FAA Guide for Aviation Medical Examiners (AME) March 30, 2022, and multiple academic and FAA regulatory advisories.
https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/media/guide.pdf

5

work such as jury duty, military leave and bereavement. [2]  Leaves other than vacation are not at the employees' direct control or choice and are instead based on external or unexpected events. These types of leaves can be viewed in two separate categories: those that are short-term and require absences of a day or two to a few weeks, which represent the vast majority of all employee absences, and others which occur less frequently and are of longer-term duration.[3]

### A.  Military Leave at American Airlines

10.  Military leaves can be segmented between these two categories, as some are longer-term related to calls to active duty and deployment, and others are short-term military leaves consistent with the statutory required monthly training for employees who are active in the National Guard or Reserves. All major airlines have in place existing tools and systems designed to accommodate and ensure operational integrity during these absences.

11.  Pilots who serve their country through active involvement in the National Guard or Reserves have statutory obligations, such as those requiring them to attend monthly two-day training events and one annual training event (commonly up to 14 days).[4]  In addition, Pilots can

---

[2] In my experience, airline flight and cabin crew paid vacation and sick leave absences represent approximately the two largest portions of all synthetic (unworked) paid time.  Synthetic time in turn represents approximately 25% to 30% of total paid hours (worked and unworked).

[3] Source: Hemming-Morse draft summary analysis of AA Pilot leave data for the period 2013-2021.  AA Pilot summary leave data for the period 2013-2021 indicate average Pilot duration of leaves is 3.31 days for military duty with 1% greater than 14 days duration, 1.84 days on average related to jury duty with 0.5% greater than 14 days, and 2.68 days on average for bereavement with 0.0% over 14 days.

[4] A Guide to the Uniformed Services Employment and Reemployment Rights Act, (USERRA) Duration of Service Section 4312(C)/20 CFR 1002.99 – 103.

6

also be deployed to longer-term commitments on active duty when ordered to do so.[5] These military activities can cause absences when military obligations overlap with scheduled work. The nature of Pilot scheduling at American Airlines as well as the notification requirements of upcoming military obligations minimizes such conflicts.[6] As Mr. Jewett, the Managing Director of American Airlines Labor Relations explained, American Airlines adopted a preferential bidding system (PBS) after merging with US Airways in 2013 that schedules work around leaves that are notified in advance of bidding.[7]

12.     Only those Pilots in the military can take military leaves, whereas all Pilots are able to take virtually all other types of leaves, including sick leave, Bereavement leave, and leaves associated with Jury duty.

13.     When a Pilot's military obligations cause absences, the APA JCBA requires the pilot to notify American Airlines before bidding closes for pilot schedule in the upcoming month, unless such notification is precluded due to military necessity, or if giving such notice is impossible or unreasonable.[8]

---

[5] *Ibid.*

[6] APA JCBA 2015, Section 11.E. 5. a. (1).

[7] Deposition of American Airlines, Inc. by its Rule 30(b)(6) Designee Mr. Todd F. Jewett ("AAI Depo."), February 13, 2020,  pages 89-90, "*But in a preferential bidding system, a  planned absence is supposed to be provided prior to the  run of their bid schedule. And so, for instance, military leave, jury duty, union leave, anything that would be planned should be submitted before their schedule, and it would be planned around that and no pay would be received for any of those.*"

[8] APA JCPA Section 11-3, E.5.a. ("*Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of*

7

14.     Unlike many other types of employee leaves, American Airlines does not provide compensation to Pilots taking military leaves.  Pilot's absences created by service on a Jury or those taking Bereavement leave are paid by American Airlines for the income lost from work they were scheduled to perform during such leaves. Pilots are also paid for service on a Jury, generally a small stipend of approximately $50 to $60 a day or jury service on a federal court, and an equal or lesser amounts for jury service in state or local courts. [9] [10]

15.     Based on my experience, the vast majority of Military leaves occur when a Pilot who has volunteered to serve their country in the National Guard or Reserve is called to perform statutorily required monthly training of a few days a month or annual training of up to two weeks. Pilots serving in the military cannot simply choose when and for how long to take military leaves; this is determined by the DOD.[11] [12]

**B.     Bereavement Leave for Pilots Serves a Public Safety Purpose**

16.      Airline pilots are entrusted with the safe transport of millions of passengers during their careers and are required to successfully complete highly complex and sophisticated

---

*such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable. (1) Notice of military leave shall be submitted to the Company before bidding closes for the following month, unless precluded by one of the exceptions above.")*; *see* AAI Depo. at 89:20-90:8, 93:17-94:1; *see* Deposition of James P. Scanlan ("Scanlan Depo.") at 99:2-103:9.

[9] See United States Court, Jury Service Pay,  https://www.uscourts.gov/services-forms/jury-service/juror-pay

[10] See Juror Duty 101, juror-pay-by-state, https://www.juryduty101.com/juror-pay-by-state

[11] *Ibid.;* Scanlan Depo. at 237:3-240:24.

[12] USERRA*, op. cit.*

8

training.  Commercial airline Pilots are some of the most highly regulated and rigorously assessed professionals in order to ensure the highest level of public safety aboard the aircraft they operate.

17.      It is well recognized that fitness to safely operate a large sophisticated commercial aircraft goes well beyond physical and technical competence.   Mental health is also a critical component of Pilot competence to safely operate an aircraft.  The impact of a death or demise of a family member or close friend is recognized by psychologists and FAA medical examiners to potentially impact the mental fitness of a Pilot.[13]  Bereavement leave serves an important purpose to enable Pilots affected by death of loved one to step away from the cockpit to grieve and recover from their loss.[14]

18.      The FAA requires all commercial Pilots possess a current valid medical certification to conduct crewmember duties.   However, the FAA recognizes that Pilots in possession of a valid medical certificate can be affected by events and circumstances which would prohibit a pilot from conducting flight duties.  In their Aeronautical Information Publication (AIP) regarding Pilot fitness for flight the FAA states:

> *"The Federal Aviation Regulations prohibit a pilot who possesses a current medical certificate from performing crewmember duties while the pilot has a known medical condition or increase of a known medical condition that would make the pilot unable to meet the standards for the medical certificate".* [15]

---

[13] FAA Guide for AMEs, *op. cit*.
[14] AAI Depo. at 127:3-12.
[15] FAA AIP ENR 1.15 Medical Facts for Pilots.
FAA.gov/air_traffic/publications/atpubs/aip_html/part2_enr_section_1.15.html#:~:text=A%20pilot%20who%20detects%20the,medical%20treatment%20should%20be%20sought.

9

19.     The impact and risk of a Pilot's poor mental health was brought to light most prominently in March 2015 when a First Officer at the controls of a Germanwings A320 aircraft flying from Barcelona, Spain to Dusseldorf, Germany deliberately crashed the aircraft in the French Alps.[16]  The crash was determined to be the result of a mental health issues of the Pilot who had locked his Captain out of the cockpit and plunged the aircraft into the ground, killing all 150 passengers and crew aboard.[17]  The Germanwings crash in 2015 was preceded by a number of other seemingly deliberate crashes that were the result of Pilots that were likely suffering from mental health issues.[18]  Changes implemented after the crash included new rules requiring the cockpit to have two occupants at all times and more stringent screening of Pilot mental health by aviation authorities.[19] [20]

20.     The FAA addresses the potential mental impact on a Pilot from the death of a family member as a known medical condition affecting fitness for flight duties.[21]  Under its medical certification and fitness standards the FAA lists specific conditions which are recognized

---

[16] *"Germanwings Crash: Have Cockpit Doors changed?"*, BBC News, March 24, 2016, https://www.bbc.com/news/magazine-35802645
[17] *Ibid*.
[18] Aviation Safety Network, Flight Safety Foundation, http://news.aviation-safety.net/2013/12/22/list-of-aircraft-accidents-caused-by-pilot-suicide/
[19] "Europe Adopts new pilot mental health rules after Germanwings crash", Reuters, July 25, 2018.
[20] FAA: *"Pilot fitness aviation rulemaking committee report",* issued November 18, 2015. https://www.faa.gov/regulations_policies/rulemaking/committees/documents/index.cfm/document/information?documentID=2762.
[21] FAA AIP ENR 1.15 Medical Facts for Pilots, op. cit., Section 1.7, Emotion.

10

as affecting a Pilot's abilities to conduct safe flight.  Among the issues affecting Pilot competency is the emotional impact on a Pilot's mental fitness resulting from the death of a family member. The FAA states:

> "Certain emotionally upsetting events, including a serious argument, death of a family member, separation or divorce, loss of job, and financial catastrophe, can render a pilot unable to fly an aircraft safely. The emotions of anger, depression, and anxiety from such events not only decrease alertness but also may lead to taking risks that border on self-destruction. Any pilot who experiences an emotionally upsetting event should not fly until satisfactorily recovered from it".[22]

21.     Clearly absences from the cockpit are warranted as a safety precaution and break from flight duties allowing a pilot time to grieve and recover following the death of a loved one. However, bereavement leaves are by their nature unpredictable and provide an affected Pilot with only short-term notification options, with limited abilities to avoid conflicts with scheduled work.  Bereavement leaves provide a recognized and critical safety function by allowing a grieving Pilot time away from cockpit duties to mourn a loved one's passing and provide time to address the emotional impact of the event that could affect their fitness to fly.

### C.     Jury Leave for Pilots Serves a Public Service Purpose

22.      Jury duty has been described as one of the most important civic duties a citizen can perform, as the protection of rights and liberties in courts largely is achieved through the teamwork of a judge and jury duty.[23]  As with those active in the military, a citizen serving jury duty involves an obligation to perform a service on behalf of their fellow citizens.  While jury duty

---

[22]  FAA AIP ENR 1.15 Medical Facts for Pilots, *op. cit.*, Section 1.7, Emotion.
[23] https://www.uscourts.gov/services-forms/jury-service

11

in no way confronts jurors with the same personal risks as military service, Pilots called to serve on a jury are serving the public.

23.	Pilots serving on a jury and those on military leave receive a payment for their service from the courts and the DOD, respectively for their service. These payments do not generally equate to the amount paid for flight duties at American, but Pilots are in fact compensated for their service. However, unlike the Pilots serving their country on active military duty in the Guard or Reserves, Pilots called to serve on a jury receive a payment from both American Airlines and the court.[24] The payment from American Airlines is based on missed income from lost work due to time spent on jury duty, less any amount paid to the pilot for jury service by the court, sometimes termed "differential pay".[25] Through such top-off payments American Airlines ensures Pilots serving on a Jury do not suffer a loss to income from any missed work while performing this civic duty. Pilots on military leave are compensated by the DOD based on rank and years-of-service, but they do not receive any supplemental top-up pay by American Airlines to ensure that they do not lose income due to their in the military as they

---

[24] *Ibid.* ("Federal jurors are paid $50 a day. While the majority of jury trials last less than a week, jurors can receive up to $60 a day after serving 10 days on a trial. (Employees of the federal government are paid their regular salary in lieu of this fee.) Jurors also are reimbursed for reasonable transportation expenses and parking fees. Jurors also receive a subsistence allowance covering their meals and lodging if they are required to stay overnight. Your employer may continue your salary during all or part of your jury service, but federal law does not require an employer to do so. Nonetheless, the Jury Act forbids any employer from firing, intimidating, or coercing any permanent employee because of their federal jury service. You should check whether your company or employer has a policy for employees serving on jury duty.").

[25] AAI Depo. at 101:16-19.

would if they served on a jury.[26]

### D. Jury Duty and Bereavement Leaves are Scheduled on Relatively Short Notice

24.        Pilot absences caused by events such as calls to serve on a jury or bereavement leave due to the death of a loved one are intrinsically unpredictable and occur without much notice.   By their very nature jury duty and bereavement leaves do not allow Pilots much time to notify their employer of these unplanned absences.   The vast majority of military leaves are also short term in nature, scheduled in advance, and require prior notification before Pilot bidding is closed, but the military leaves that I understand are at issue in this case are like jury duty and bereavement in that they are scheduled only after the Pilot bidding is closed.


**Executed May 6, 2022, at Stowe, Vermont.**

**Daniel W. Akins      5/6/2022**

---

[26] Reserve Drill Pay, Military Compensation, Department of Defense.
   https://militarypay.defense.gov/Portals/3/Documents/2022%20Basic%20Pay%20Table%20-%201%20Drill%20Pay%20(1).pdf

13

**APPENDIX A**

**Curriculum Vitae of Daniel W. Akins**

**AKINS & ASSOCIATES, INC.      1997- Present**

*Economic consulting services and data analysis for airlines, airports, labor, and related concerns.  Projects include:*

- Primary expert witness on behalf of Atlas Air Pilots in Contract Arbitration.

- Assisted in developing the basis for airline employee grant amounts used in CARES, Act, Payroll Support Program (PSP

- Expert witness for City of New York and State of Massachusetts regarding employee minimum sick leave laws before US District Court.

- Economic Advisor on behalf of Alaska Airline Pilots in seniority integration arbitration with Virgin America Pilots.

- Advisor to The International Brotherhood of Teamsters (IBT), Transport Workers Union (TWU), the Association of Flight Attendants (AFA), the Association of Professional Flight Attendants (APFA), and other labor groups.

- Expert Witness in patent case for Cisco Systems, Inc. regarding Global trade flows

- Financial Advisor to Republic Airways UCC during Chapter 11 Proceedings

- Expert Witness in seniority list integration: American/USAirways, United/Continental, Delta/Northwest, USAirways/America West, Alaska/Virgin Air

- Advisor to APFA on AMR Unsecured Creditors Committee

- Financial Advisor in Restructuring of Global Aviation Bankruptcy

- Financial Advisor in Pinnacle Chapter 11 Bankruptcy Proceedings

- Advisor to SWA pilots in integration with Airtran pilots

- Financial Advisor to Sun Country Unsecured Creditors Committee

- Ongoing Support for Southwest Airlines in Employees Contract Negotiations

14

- In US-Mexico Combination Service Proceeding before the US DOT provide analytical support for USA 3000 Airlines in their bid for new service

- Guest lecturer Northwestern University, Kellogg Graduate School of Business

- Economic analyst and expert witness in Bankruptcy proceedings of American, US Airways, Mesaba, Northwest, United, Hawaiian, and Aloha

- For US Postal Service determined pilot pay rates and back-pay at termination of USPS domestic Eagle overnight cargo delivery network.

- On behalf of Southern Air Transport, prepared an economic analysis in support of their application at U.S. DOT for all-cargo service between the US and Argentina

- Evaluation of transfer of overnight transport of express mail to FedEx for USPS

- On Behalf of Air Canada and ACPA testified before the Canada Industrial Relations Board regarding the potential impact of merging pilot seniority at Air Canada and its commuter affiliates

- For Boeing Aircraft Company evaluation of global availability of short-field airports to support potential commercialization C17 cargo aircraft

- On behalf of Continental Express testified before U.S. District Court (Ft. Worth) regarding the impact of expanded operations at Dallas Love Field under the Wright Amendment

**FLIGHTPATH ECONOMICS, LLC.          2013 - Current**

*Founding Partner of consulting firm created to address Pilot supply issues. Projects Include:*

- Advisor to ABX pilots in Section 6 contract negotiations

- Advisor to NetJet pilots in Section 6 contract negotiations

- Expert witness in U.S. District Court on behalf of Atlas Pilots

- Analytical support for lobbying effort of U.S Congress for mitigation of impacts related to inadequate supply of U.S. commercial Pilots.

- Strategic Advisor to support operating plan of new Part 141 fight school.

15

- Advisor to Horizon Air Pilots during contract negotiations.

- Expert Witness of Pilot scheduling practices in arbitration involving Kalitta

**AIRLINE WORKFORCE ALLIANCE        2014 - Current**

 *President and founding member of non-profit advocating for solutions to the shortage of skilled labor in the commercial aviation industry.*

- Advocate for the mitigation of impacts due to issues related to inadequate production of U.S. commercial Pilots and Technicians.

- Assisted in recruitment of dozens of new AWA members, including air carriers' airports, manufacturers, associations and labor groups.

- Advisor to US Airforce regarding pilot attraction and retention strategies.

- Prepared and presented report regarding pilot shortage impact to the Acting FAA Administrator Elwell.

- Prepared economic impact assessment of pilot shortage for several states.

- Worked with International Air Safety Foundation to assess data driven flight qualifications and evaluation metric criteria

- Key speaker US Chamber of Commerce Aviation Summit 2019, RAA Annual Convention, various airline and airport conventions and meetings.

- Served as an expert commentator in the media such as the New York Times, BBC World Service, and the Financial Times regarding causes of pilot shortage.

**AIRTRANS, INC.        1993 - 1997**
 *Vice President - Projects included:*

- Prepared written economic testimony before the U.S. DOT supporting the successful bid of American International Airways for air cargo service between the US & Brazil

- Air Cargo forecast and analysis on behalf of the Nashville Airports Authority

- For the State of Virginia evaluated competitive position of the Commonwealth's commercial airports and formulated proposals to address deficiencies in service.

16

- Analytical support for McDonnell-Douglas Corporation regarding the commercial viability of converting military cargo aircraft (C-17) to civilian freight service.

- Composed model of international traffic synergy potential for Lufthansa German Airways and Davis Companies in support of their joint bid for Continental Airlines.

**YIELD DATA SERVICES, INC.        1989-1993**
 *Vice President - Founding Partner in airline consultancy and on-line aviation data vending firm.  Projects included:*

- Testimony in U.S. District Court concerning valuation of pilot compensation at several Major Airlines.

- Testified as principal economist in interest arbitration of United Airlines and Pan Am pilots regarding the purchase of London Heathrow Airport operations.

- Analysis of airline traffic and capacity share for Northwest Airlines in U.S. markets.

- Econometric forecast of passenger & cargo traffic for Nantes, Pays de Loire, France.

- Worldwide air cargo market forecast for World Airways.

- Forecast near-term air cargo trade between the U.S. and several South American countries for U.S.-Brazil route case proceeding before the U.S. DOT.

- Forecast of airline labor costs for Touche, Ross & Co.

- Testimony in interest arbitration of Alaska Airlines - Jet America pilot integration.

- Market fare analysis on behalf of Air Transport Association for congressional testimony.

**KURTH & COMPANY, INC.        1986 - 1988**
 *Manager of Aviation Research - Marketing and management consultant to air carriers and airports.  Projects included:*

- Analysis of fleet purchasing history at Delta Airlines.

- Prepared traffic and financial exhibits in support of pilot integration proceedings of Northwest-Republic, USAir-Piedmont, Delta-Western, and Continental-Frontier.

17

- Testified before Postal Rate Commission on cost attribution of Third and Four Class Mail.

**AIR LINE PILOTS ASSOCIATION.     1984-1986**

*Senior Economist - Provided technical assistance and policy analysis on economic, financial, and operational aspects of air transport industry for pilot organization. Projects included:*

- Forecast of traffic and capacity to estimate economic performance and labor requirements at various airlines.

- Industry expert at U.S. Department of Transportation in cases regarding the employment dislocation effects of deregulation of U.S. airlines.

- Analysis of effects of two-tier wage structures on operating costs and competition.

**R.L. BANKS & ASSOCIATES, INC.     1983-1984**

*Transport Economist - Served in consulting capacity for corporate and public clients for economic evaluation of maritime, road, rail, and air transportation projects.  Involved in all phases of consulting, from development to project evaluation and completion. Applied economic theory and econometric techniques to evaluate problems in the movement of both passengers and freight.   Projects included:*

- Economic analysis of rail-road-waterway competition to evaluate effects of selling the nation's largest barge line to a large railroad.
- Evaluation of containerized shipping through all Atlantic ports in Canada and U.S.
- Econometric investigation concerning retirement rates of fixed rail investments.
- Analysis of volume of freight interchanged between Con rail and the seven largest U.S. Railroads.

*EDUCATION*

**LONDON SCHOOL OF ECONOMICS     1982-1983**

*Postgraduate Diploma in Economics, Mark of Merit Honours. Specialized in transport economics, econometric modeling and forecasting.  Conducted an analysis of the need, siting*

18

*and timing of a third major airport in London.  Studied road congestion externalities, public transit operation, urban transport planning and investment policy.*

**GUSTAVUS ADOLPHUS COLLEGE          1977-1981**

*B.A. Cum Laude Honors, Economics.   Majored in economics and urban planning. Undertook on-site analysis of relationship between urban growth patterns and highway development.*

**INSTITUTE OF EUROPEAN STUDIES, London, U.K., Autumn 1980**
*Studied European monetary relations and industrial organization at London School of Economics.*

***EXPERIENCE AS AN EXPERT WITNESS***
*Mr. Akins has been qualified as an Expert Witness in Airline Economics, Network Planning, Contract Analysis, Industry Structure, Econometrics and Forecasting, and has submitted written and/or oral testimony before the following Courts and Commissions:*

> **US Department of Transportation**
>
> **US District Court of Southern New York**
>
> **US District Court of Washington D.C.**
>
> **US District Court of North Texas**
>
> **US Bankruptcy Court for the District of Southern New York**
>
> **US Bankruptcy Court for the District of Northern Virginia**
>
> **US Bankruptcy Court for the District of Minnesota**
>
> **US Bankruptcy Court for the District of Hawaii**
>
> **US Postal Rate Commission**
>
> **Canadian Industrial Relations Board**
>
> **Several Interest Arbitrations**

19

**APPENDIX B**

**List of Sources:**

1. Summary analysis of American Airlines Pilot leave data created by Hemming Morse, LLP.
2. Joint Stipulated Protective Order Governing Discovery and Order, Signed by District Court Judge, December 4, 2019, The Protective Order Governing Discovery and Order Case No. 2:18 -cv-04040-HB.
3. Class Action Complaint, United States District Court for the Eastern District of Pennsylvania, Case No. 2:18-cv-04040-HB, Filed April 2, 2019.
4. Transcript of the Deposition of Mr. Russel Moore, Scanlan v American Airlines, February 18, 2022, and all exhibits thereto.
5. Transcript of the Deposition of Mr. Patrick O'Rourke, Scanlan v American Airlines, March 30, 2022, and all exhibits thereto.
6. Transcript of the Deposition of American Airlines, Inc. by its Rule 30(b)(6) Designee Mr. Todd F. Jewett, Scanlan v American Airlines, February 13, 2020, and all exhibits thereto.
7. Transcript of the Deposition of James P. Scanlan, March 10, 2020, and all exhibits thereto.
8. Allied Pilots Association Joint Collective Bargaining Agreement, effective January 1, 2013, Bates No. AA-Scanlan-0004673-5122.
9. Allied Pilots Association Joint Collective Bargaining Agreement, effective January 30, 2015, Bates No. AA-Scanlan-0006012-6467.
10. 10 U.S.C. § 10147 - Ready Reserve: training requirements.
11. Air Force Reserve FAQs *available at:* www.Afreserve.com/faq and National Guard FAQs www.Nationalguard.com/guard-faqs.
12. A Guide to the Uniformed Services Employment and Reemployment Rights Act, (USERRA) Duration of Service Section 4312(C)/20 CFR 1002.99 – 103.
13. Reserve Drill Pay, Military Compensation, Department of Defense, for January 1, 2022. https://militarypay.defense.gov/Portals/3/Documents/2022%20Basic%20Pay%20Table%20-%201%20Drill%20Pay%20(1).pdf
14. United States Courts, Jury Duty Pay. https://www.uscourts.gov/services-forms/jury-service/juror-pay
15. Juror Duty 101, juror-pay-by-state, https://www.juryduty101.com/juror-pay-by-state
16. Reuters, July 25, 2016, Europe adopts new mental health rules after Germanwings crash.
17. Journal of the American Academy of Psychiatry and The Law (JAAPL), Vol. 8, Psychiatry and Fitness to Fly After Germanwings, H.M. Pinsky, et al, November 1, 2020.

20

18. 2022 FAA Guide for Aviation Medical Examiners (AMEs), Updated March 30, 2022. https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/

19. Age 60 Study, Part II., Airline Pilot Age and Performance – Review of Scientific the Literature, US DOT, FAA Office of Aviation Medicine, October 1994.

20. FAA AIP ENR 1.15 Medical Facts for Pilots. Faa.gov/air_traffic/publications/atpubs/aip_html/part2_enr_section_1.15.html#:~:text=A%20pilot%20who%20detects%20the,medical%20treatment%20should%20be%20sought.

21. Vox, March 26, 2015, The disturbing History of pilots who deliberately crash their own planes. https://www.vox.com/2015/3/26/8294971/pilot-suicide-crash

22. Aviation Safety Network, Flight Safety Foundation, http://news.aviation-safety.net/2013/12/22/list-of-aircraft-accidents

23. US DOT, FAA: *"Pilot fitness aviation rulemaking committee report",* issued November 18, 2015. https://www.faa.gov/regulations_policies/rulemaking/committees/documents/index.cfm/document/information?documentID=2762.

24. Hemming-Morse draft summary analysis of AA Pilot leave data for the period 2013-2021.

21

**Appendix C – Daniel W Akins Recent Testifying Expert Witness Experience**

1. *Delta Air Lines, Inc. v. NYC Dept. of Consumer Affairs, et al.*, No. 17 Civ. 1343 (E.D.N.Y.) – Written Reports and Deposition on Behalf of the New York City Department of Consumer Affairs, July 2018 to January 2019

2. *Air Transport Ass'n, Inc. of Am. v. Healey*, No. 1:18 Civ. 10651 (D. Mass.) – Written Direct, Rebuttal and Supplemental Reports on behalf of Massachusetts Attorney General April 2019 to Present (pending Trial scheduled for September 2022)

3. *Atlas Air, Inc. et al. v. Int'l B'hd of Teamsters, et al.*, No. 1:17 Civ. 01953 (D.D.C.) – Written Rebuttal and Oral Testimony On behalf of IBT Local 1224, September - October 2017

4. *Belcher v. Columbia Gas of Ky., Inc., et al.*, No. 15-CI-01757 (Ky. Fayette Cir., Div. 9) – Written Direct Expert Report and Deposition on behalf of Plaintiff, 2017-2018

5. *Air Evac EMS, Inc. v. Sullivan*, No. 1:16 Civ. 60 (W.D. Tex.) – Written Direct Expert Report and Deposition on Behalf of Defendant Texas Commissioner of Insurance, January to April 2018

22

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> -vs.- <br><br> AMERICAN AIRLINES GROUP, INC. and AMERICAN AIRLINES, INC., <br><br> *Defendants* | Case No. 18-4040 <br><br> **Declaration of David Breshears in Support of Plaintiff's Motion for Summary Judgment** |

I, David M. Breshears, declare as follows:

1.     I am a Certified Public Accountant, licensed in the State of California, and Certified in Financial Forensics. I am currently a partner at Hemming Morse, LLP, CPAs, Forensic and Financial Consultants. My work in the accounting profession includes experience as an auditor and as a consultant. I have been engaged by Class Counsel as an expert witness in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgement.

2.     This declaration addresses the findings of my analysis related to the duration of employee absences for short-term military leave, jury duty, and bereavement, which I calculated in my Expert Report in this matter dated May 6, 2022.[1] This declaration does not address the amount of additional compensation Plaintiff alleges Class Members should have been credited (i.e., Count I, Count II, or Count III damages). In addition, since I delivered my Expert Report, it

---

[1] For the purposes of this analysis, "short-term military leave" refers to a military leave with a duration of from one to 16 days.

is my understanding that additional compensation data has been produced and that there is additional information about the meaning of certain fields contained in the leave data. For example, I understand that Defendants' expert Dr. Lee testified in his deposition that his team had previously undisclosed conversations with Defendant AAG's 30(b)(6) witness Jennifer R. Saddy, which he relied on to clarify the meaning of certain fields (e.g., the "ROW_EXPIRY_DT") in pilot leave data. For purposes of this declaration, my analysis does not currently incorporate this additional data or information, but I expect to incorporate this in future analyses. I reserve the right to supplement my report and my opinions based on further discovery and disclosures in this case. I do not anticipate that the additional data and information will materially affect my findings related to the duration of pilot absences for short-term military leave, jury duty, and bereavement.

3.      As discussed in my Expert Report, I received six Excel files, with contained Pilot military and non-military leave data with dates ranging from December 2, 2001 to December 31, 2029. This leave data contains, among others, the following information: (a) employee number, (b) leave code, (c) begin date (which appears to reflect the first day of the leave based on the stated length of the leave), and (d) end date (which appears to reflect the last day of the leave based on the stated length of the leave). To begin my analysis, I first combined all leave records into a single consolidated dataset.

4.      Next, I performed multiple steps to standardize the leave records and exclude potentially anomalous records. For example, I excluded duplicative records, records with a start or end date outside the years 2013 to 2022, and records for which the leave period is fully enveloped within another leave record. Of the 127,049 total leave records produced, I excluded 44,102 records. The remaining records totaled 82,947.

5.     I then sorted the remaining records and merged those with overlapping or continuous dates into a single leave instance.

6.     Using this data, I calculated the durations of the separate and distinct short-term military leaves, as well as the separate and distinct leaves of jury duty and bereavement. The mean, median, and mode are measures of central tendency, which are summary measures that attempt to describe the set of data being analyzed by identifying the central position within that data set. The mean of a data set equals their sum, divided by how many there are (i.e., the average duration of each leave type). The median of a data set is the "middle" number when the numbers are listed in order from smallest to greatest, separating the higher half from the lower half of a data set. The median is sometimes a better representation of central tendency, as it is not skewed by outliers. The mode is the value that appears most often in a data set (i.e., the most common duration of each leave type within the data set).

|         | Short-term Military Leave | Jury Duty | Bereavement |
|---------|---------------------------|-----------|-------------|
| Mean    | 3.31                      | 1.84      | 2.68        |
| Median  | 2                         | 1         | 3           |
| Mode    | 1                         | 1         | 3           |
| Std Dev | 2.80                      | 2.13      | 0.95        |

7.     As shown in the table above, the average, or mean, duration of a separate and distinct short-term military leave taken after January 1, 2013, was 3.31 days.  The average, or mean, duration of a separate and distinct leave taken after January 1, 2013, was 1.84 days for jury duty and 2.68 days for bereavement.

8. The median (or midpoint) duration of a separate and distinct short-term military leave taken after January 1, 2013, was two days. The median duration of a separate and distinct leave taken after January 1, 2013, was one day for jury duty and three days for bereavement.

9. The modal (or most common) duration of a separate and distinct short-term military leave taken after January 1, 2013, was one day. The modal duration of a separate and distinct leave taken after January 1, 2013, was one day for jury duty and three days for bereavement.

10. The standard deviation of a separate and distinct short-term military leave taken after January 1, 2013, was 2.80 days. The standard deviation of a separate and distinct leave taken after January 1, 2013, was 2.13 days for jury duty and 0.95 days for bereavement.

11. I also calculated the percentage of leaves by duration, which is summarized in the chart below and in Exhibit 1-3 to my Expert Report.

| Days | Short-term Military Leave | Jury Duty | Bereavement | Grand Total |
|---|---|---|---|---|
| 1 | 27.6% | 69.7% | 11.5% | 31.4% |
| 2 | 23.7% | 9.7% | 13.4% | 20.2% |
| 3 | 13.9% | 7.8% | 72.1% | 21.1% |
| 4 | 15.1% | 7.1% | 2.4% | 12.2% |
| 5 | 5.8% | 3.5% | 0.4% | 4.8% |
| 6 | 3.7% | 0.5% | 0.1% | 2.8% |
| 7 | 2.5% | 0.2% | 0.0% | 1.8% |
| 8 | 1.8% | 0.2% | 0.0% | 1.3% |
| 9 | 1.1% | 0.1% | 0.0% | 0.8% |
| 10 | 0.9% | 0.1% | 0.0% | 0.7% |
| 11 | 0.8% | 0.1% | 0.0% | 0.6% |
| 12 | 0.8% | 0.3% | 0.0% | 0.6% |
| 13 | 0.6% | 0.1% | 0.0% | 0.5% |
| 14 | 0.7% | 0.0% | 0.0% | 0.5% |
| 15 | 0.6% | 0.2% | 0.0% | 0.5% |
| 16 | 0.4% | 0.0% | 0.0% | 0.3% |
| > 16 Days | 0.0% | 0.3% | 0.0% | 0.0% |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August 2022, at Concord, California.

David M. Breshears

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES P. SCANLAN, on behalf of himself
and all others similarly situated,

               Plaintiff,

-vs.-

AMERICAN AIRLINES GROUP, INC.;
AMERICAN AIRLINES, INC.

               Defendants

Case No. 18-4040

**DECLARATION OF JAMES P.
SCANLAN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

I, James P. Scanlan, declare under penalty of perjury under the laws of the United States:

1.      I am the Plaintiff in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2.      I was commissioned as an officer in the United States Navy in 1985. I joined the military in part because I wanted to serve my country. Based on my interaction with numerous other servicemembers, including those who are also pilots at American Airlines, a commitment to perform public service to our country is one reason that most servicemembers choose to serve in the military.

3.      I left active duty in the United States Navy and joined the Navy Reserve in 1999. That same year, I joined American Airlines as a pilot. I subsequently transitioned from the Navy Reserve to the Air Force Reserve in 2000. I became eligible for military retirement pay in 2005. Despite having performed all the military service necessary to qualify for military retirement pay, I continued to serve in the Air Force Reserve until my retirement in October of 2020.

1

Doc ID: f0ba3174cba94325830913722bc39242b89461a7

4.      I continued to serve in the Air Force Reserve despite having already qualified for military retirement pay was because I wanted to continue to serve my country. I was particularly conscious of the public service dimension of my choice to continue to serve in the Air Force Reserve because I made the decision to do so in the years immediately following the September 11 attacks on the Pentagon and World Trade Center, while the country was at war in both Afghanistan and Iraq.

5.      I understand that Defendants have filed in support of their Motion for Summary Judgment a set of talking points I drafted in February of 2012 while I was serving as Deputy Chairman for Military Affairs at the Allied Pilots Association. In those talking points, I wrote the following:

> Example: A pilot submits a military leave request for 5-8 Mar with their monthly bid. Their unit then asks them to perform additional military 15-18 Mar. All four of those days fall on days when the pilot is scheduled to be on call. Under the current contract, a pilot most likely would not volunteer to perform the additional military days since they would forfeit guarantee. However, with the elimination of the reserve guarantee protections, it becomes a pure numbers game - one day of reserve at 3.50 vs. one military "manday" or one drill day (two drill periods.) In the current environment, military pay generally exceeds airline pay, leading most military pilots to give priority to their Guard/Reserve unit.

This description of the incentives of pilots regarding whether to perform was based on the then "current environment" in which "military pay generally exceed[ed] airline pay." In today's environment, airline pay for pilots generally exceeds military pay. Thus, pilots at American Airlines generally do not have an incentive to somehow create conflicts with their American Airlines flight duties.

6.      I also understand that Defendants have cited a portion of my deposition testimony as follows:

> Q. Okay. And has that request -- approximately how many times have you asked to be placed on active duty training?

2

Doc ID: f0ba3174cba94325830913722bc39242b894061a7

A. When you say "ask," it's very confusing because virtually every time I come on active duty, it is legally voluntary. What I am doing is fulfilling a requirement, and so, for example, when I was in a flying unit, I know that I have to perform an air refueling mission at least once a month, and I would call the unit and say, hey, I need to do my air refueling mission, and they would say, here are your dates to pick from. I mean, it became a negotiation.

It's not like I just call up the unit and say, hey, I want to come to work next Tuesday. It doesn't work like that. I have to request – I have a training requirement that needs to be fulfilled, and I figure out when I can do it.

As I emphasized in my deposition testimony, the dates on which such trainings can be completed are often limited. They can depend on factors including the availability of aircraft and personnel, the nature of the pilot's training needs, weather, and the operational needs of the military. And while within those constraints pilots can sometimes negotiate with the military regarding the specific dates on which to satisfy certain training obligations, that is not a negotiation pilots always win. Pilots are frequently told that certain training or operational obligations may only be fulfilled on a specific date. Requests by pilots for flexibility with respect to such requirements or alternate dates on which to satisfy them are frequently denied.

7.     Pilots at American Airlines are required to schedule their American Airlines trips and reserve availability days around military duties known to them when they submit their monthly bid. The same is true for other types of leave.  Pilots generally do not need to take short-term military leave to perform military duties – or other types of leave -- that are known to them when they submit their monthly bid. Pilots generally take short-term military leave to perform military duties when a military service obligation arises on short notice.

8.     For example, even in peacetime, when the President of the United States travels it can require the mobilization of as many as 70 aircraft for transportation, support, and security purposes, along with the mobilization of a commensurate number of pilots. These operational

3

Doc ID: f0ba3174cba94325830913722bc39242b89461a7

needs frequently arise with minimal notice – such as when the President visits the site of a disaster in its immediate aftermath.

The foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 31 ____ day of August 2022 at Doylestown, Pennsylvania ____ (City, State).

_James P. Scanlan_

_____

James P. Scanlan

4

1835

Doc ID: f0ba3174cba94325830913722bc39242b89461a7

 **HELLOSIGN**

<div align="right">

Audit Trail

</div>

| | |
|---|---|
| **TITLE** | AA - Declaration of James P. Scanlan re: Opposition to... |
| **FILE NAME** | AA - Scanlan Decl...31-2022 Final.pdf |
| **DOCUMENT ID** | f0ba3174cba94325830913722bc39242b89461a7 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **08 / 31 / 2022**<br>10:14:42 UTC-4 | Sent for signature to James P. Scanlan (jpscanlan@verizon.net) from ming@blockesq.com<br>IP: 24.126.124.138 |
| **VIEWED** | **08 / 31 / 2022**<br>10:30:28 UTC-4 | Viewed by James P. Scanlan (jpscanlan@verizon.net)<br>IP: 108.52.173.80 |
| **SIGNED** | **08 / 31 / 2022**<br>10:31:28 UTC-4 | Signed by James P. Scanlan (jpscanlan@verizon.net)<br>IP: 108.52.173.80 |
| **COMPLETED** | **08 / 31 / 2022**<br>10:31:28 UTC-4 | The document has been completed. |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, | Case No. 18-4040 |
| Plaintiff, | **DECLARATION OF CARLA RINER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| -vs.- | |
| AMERICAN AIRLINES GROUP, INC.; AMERICAN AIRLINES, INC. | |
| Defendants | |

I, Carla Riner, declare under penalty of perjury under the laws of the United States:

1.     I am a Court appointed Class Representative in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

2.     I enlisted in the West Virginia Air National Guard as a pilot candidate for the United States Air Force in 1994. I joined the military in part because I wanted to serve my country.

3.     I became a pilot at American Airlines in 2001 and became eligible for military retirement pay in 2014. Despite having performed all the military service necessary to qualify for military retirement pay, I have continued to serve in the military. I currently serve in the Delaware Air National Guard.

4.     One of the reasons I have continued to serve in the military despite having already qualified for military retirement pay is my strong sense of patriotism and desire to continue to serve my country. I have been particularly conscious of the public service dimension of my choice to continue to serve in the military because during my service the United States has faced

Doc ID: ded97ac8c7310e00a4e8aae85048bc257e1dca88

not only the September 11th attacks on the Pentagon (as I knew every crewmember on American Airlines Flight 77) and World Trade Center but also the subsequent operations in both Afghanistan and Iraq.

5.      In today's environment, airline pay for pilots generally exceeds military pay. Pilots thus rarely have an incentive to try to schedule military duties to create conflicts with their American Airlines flight duties.

6.      Pilots in the military are required to meet various training obligations. The dates on which such trainings can be completed are often limited. The available dates can depend on factors including the availability of aircraft and personnel, the nature of the pilot's training needs, weather, and the operational needs of the military. Pilots are frequently told that certain training or operational obligations may only be fulfilled on a specific date. Requests by pilots for flexibility with respect to such requirements or alternate dates on which to satisfy them are frequently denied.

7.      To the maximum extent possible, pilots at American Airlines are asked to provide their known military duty days prior to their monthly bid submission so that airline reserve days or trips will be scheduled around military duty. Pilots thus generally do not need to take short-term military leave to perform military duties that are known to them when they submit their monthly bid. Pilots may also need to take short-term military leave to perform military duties when a military service obligation arises on short notice.

The foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 30    day of August 2022 at  Glen Mills, PA                (City, State).


Carla D. Riner
_____
Carla Riner

Doc ID: ded97ac8c7310e00a4e8aae85048bc257e1dca88

 **HELLOSIGN**

<div style="text-align: right;">Audit Trail</div>

| | |
|---|---|
| **TITLE** | AA - Declaration of Carla Riner re: Opposition to Summary... |
| **FILE NAME** | AA - Riner Decl r...30-2022 Final.pdf |
| **DOCUMENT ID** | ded97ac8c7310e00a4e8aae85048bc257e1dca88 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**
**08 / 30 / 2022**
13:48:16 UTC-4

Sent for signature to Carla Riner (law.n.av8n@gmail.com) from ming@blockesq.com
IP: 24.126.124.138

**VIEWED**
**08 / 30 / 2022**
18:00:45 UTC-4

Viewed by Carla Riner (law.n.av8n@gmail.com)
IP: 98.225.149.246

**SIGNED**
**08 / 30 / 2022**
18:02:13 UTC-4

Signed by Carla Riner (law.n.av8n@gmail.com)
IP: 98.225.149.246

**COMPLETED**
**08 / 30 / 2022**
18:02:13 UTC-4

The document has been completed.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES P. SCANLAN, on behalf of himself
and all others similarly situated,

             Plaintiff,

-vs.-

AMERICAN AIRLINES GROUP INC., and
AMERICAN AIRLINES, INC.,

             Defendants.

Civil Action No. 2:18-cv-04040-HB

## DECLARATION OF M. TRISTAN MORALES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, M. TRISTAN MORALES, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct:

1.      I am a partner at the law firm O'Melveny & Myers LLP, attorneys for Defendants.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.  I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

2.      I have attached as Exhibit 1 a true and correct copy of Sections 2, 5, 11, and 26 of the collective bargaining agreement between American Airlines, Inc. ("American") and the pilots in the service of American as represented by the Allied Pilots Association ("APA"), effective May 1, 2003 ("2003 American CBA").  The 2003 American CBA applied to pilots employed by American before its merger with US Airways, Inc. from May 1, 2003 to December 31, 2012.

3.      I have attached as Exhibit 2 a true and correct copy of excerpts of the transcript of the Deposition of Plaintiff James P. Scanlan, taken March 10, 2020.

4.      I have attached as Exhibit 3 a true and correct copy of excerpts of the transcript of the Deposition of the APA by its corporate representative, Neil Roghair, taken April 21, 2022.


Executed this 31st day of August, 2022, in Washington, D.C.


_____
M. Tristan Morales

# EXHIBIT 1

AGREEMENT

between

AMERICAN AIRLINES, INC

and

THE AIRLINE PILOTS

in the service of

AMERICAN AIRLINES, INC.

as represented by the

ALLIED PILOTS ASSOCIATION

EFFECTIVE: MAY 1, 2003

AA-SCANLAN-0013499

# TABLE OF CONTENTS

## SECTIONS

| SECTION | SUBJECT | PAGE |
|---|---|---|
| 1 | RECOGNITION AND SCOPE | 1-1 |
| 2 | DEFINITIONS | 2-1 |
| 3 | PAY | 3-1 |
| 4 | MINIMUM GUARANTEES | 4-1 |
| 5 | PAY AND CREDIT -  PILOT RELIEVED OF FLYING DUTIES | 5-1 |
| 6 | MISCELLANEOUS FLYING | 6-1 |
| 7 | EXPENSES AWAY FROM BASE | 7-1 |
| 8 | MOVING EXPENSES | 8-1 |
| 9 | VACATIONS | 9-1 |
| 10 | SICK LEAVE | 10-1 |
| 11 | LEAVES OF ABSENCE | 11-1 |
| 12 | SUPERVISORY PILOTS, CHECK AIRMEN & TULE | 12-1 |
| 13 | SENIORITY | 13-1 |
| 14 | PROBATION PERIOD | 14-1 |
| 15 | HOURS OF SERVICE | 15-1 |
| 16 | CERTIFICATES AND RATINGS | 16-1 |
| 17 | FILLING VACANCIES, DISPLACEMENTS, REINSTATEMENTS, FURLOUGHS AND RECALLS | 17-1 |
| 18 | TRIP SELECTIONS | 18-1 |
| 19 | TRIP TRADE WITH OPEN TIME SYSTEM | 19-1 |
| 20 | PHYSICAL EXAMINATIONS | 20-1 |
| 21 | DISCIPLINE, GRIEVANCES, HEARINGS AND APPEALS | 21-1 |
| 22 | PRE-ARBITRATION CONFERENCE | 22-1 |
| 23 | SYSTEM BOARD OF ADJUSTMENT | 23-1 |
| 24 | GENERAL | 24-1 |
| 25 | AGENCY SHOP AND DUES CHECKOFF | 25-1 |
| 26 | AMENDMENTS TO AGREEMENT, EFFECT ON PRIOR AGREEMENTS, AND DURATION | 26-1 |

Note: Single vertical line in the table of Contents indicates the Section, Supplement or Letter was not contained in the printed Agreement dated May 5, 1997.

Single vertical line in the body of this Agreement indicates a change from the printed agreement dated May 5, 1997.

AA-SCANLAN-0013500

# SECTION 2

## DEFINITIONS

**A. Air Freight Feed Operation**

A freight operation conducted with non-turbojet aircraft whose primary purpose is to "feed" the Company's aircraft and which is flown with active or furloughed pilots of the Company or under contract.

**B. Calendar Month**

"Calendar month", as used herein, shall mean the period from the first day of, to and including the last day of each calendar month of the year, except that for pilot scheduling and pay purposes January, February and March will each be considered a thirty (30) day month through the addition of January 31 and March 1 to the month of February. Leap year will make February a thirty-one (31) day month.

The Company may, at its option and prior to the annual vacation bidding for a given year, declare that up to any other four (4) months containing thirty-one (31) calendar days be deemed thirty (30) day contractual months by taking the first or last day of each such month and adding it to each or all of the other thirty (30) calendar day months.

**C. Captain**

"Captain" means a pilot who is in command of the aircraft and is responsible for the manipulation of, or who manipulates the flight controls of an aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a Captain and who holds a Captain bid status.

**D. Changeover pairings / prior removal sequence**

Pairings on the next month allocation for trip sequences originating in the current contractual month. They may be longer or shorter which show a commitment for that particular month. Pay protection for any changes are limited to the current month's flying.

**E. Classification date**

A pilot's Classification Date is assigned concurrent with such pilots occupational date and shall continue to accrue during such period of duty except as provided in Sections 11, 12, and 17 of this Agreement. Classification seniority is used to determine pay level and the timing of advancement to succeeding pay levels.

**F. Company date**

In most cases it is the same as your date of hire since it is based on continuous service with AMR. A current AMR employee hired as an AA pilot will retain his/her original Company date. It is adjusted due to furloughs and leaves of absence as provided for in Sections 11 and 17.

**G. Co-terminals as used in this Agreement shall mean:**

1. Kennedy/Newark/LaGuardia

2. Midway/O'Hare

3. Dallas/Fort Worth International Airport/Love Field

4. Washington/Dulles International

5. Tampa/St. Petersburg

6. Miami/Fort Lauderdale

The above shall become and remain in effect when crew bases are maintained in the respective cities.

**H. Contractual Month**

Section 2-1

AA-SCANLAN-0013520

"Contractual month" as used herein, shall mean the period of time, for pilot scheduling and pay purposes, during which allocated flying and the associated trip selections shall be effective, when the thirty (30) day provision of Section 2.B. (calendar month) is utilized.

I. Credited Projection (PROJ)

A pilot's total time for the month, including fly through time credited at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E.- minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G.- minimum and average pay and credit for an on duty period), and credit for scheduled flight time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave] and credited time for any credit/no pay removals (for example, unpaid sick). Credited Projection (PROJ) is used in conjunction with Scheduled Projection (SPROJ) to determine a regularly scheduled pilot's legality in accordance with Section 15 Hours of Service.

J. Crew Tracking Trip Sequence(s)

Any pairing or repairing of a trip or trip sequence by Crew Tracking, or any flying that is not planned in advance to permit inclusion in a pilot's monthly trip selection, shall be called a "Crew Tracking Sequence".

K. Date of hire

The first day as an AA pilot. This date does not change for furloughs or leaves of absence.

L. Day Flying

"Day flying" shall include all flying between the hours of 0600 and 2259 pilot's Home Base Time (HBT).

M. Diversion

When a crew makes an unscheduled or scheduled landing at a destination other than planned, generally due to operational reasons such as (weather, mechanical, pick-up passengers, passenger emergency).

N. Domicile

A common location where a group of pilots are based.

O. Duty day

A calendar day (0000-2400) in which any duty is performed for the company including sign-in and debrief.

P. Duty period

The elapsed time between sign-in time and release time;

1. Sign-in time – shall not be less than one hour prior to scheduled or rescheduled departure time for a pilot flying the first flight of a duty period or thirty (30) minutes prior for a pilot deadheading.

2. Release time – shall apply to all scheduled flying and deadheading and shall be fifteen (15) minutes after the scheduled or actual block in time, whichever is later.  (30 minutes for international trip sequence).

3. Deadheading to and from training does not require a thirty (30) minute sign-in or a fifteen (15) minute debrief.

Q. First Officer

"First Officer" means a pilot who is second in command of the aircraft and any part of whose duty is to assist or relieve the Captain in the manipulation of the flight controls of the aircraft while under way, including takeoff and landing of such aircraft, and who is properly qualified to serve as, and holds a current airman's certificate authorizing service as a First Officer and who holds a First Officer bid

Section  2-2

AA-SCANLAN-0013521

status. On any international flight requiring more than a two (2) pilot cockpit crew, the First Officer(s) shall also be required to possess an ATPC and a type rating on the equipment flown.

R. **Flight Time**

1. Actual -- that period of time beginning when an aircraft first moves from the ramp blocks for the purpose of flight and ending when the aircraft comes to a stop at the ramp for the purpose of loading or unloading at either intermediate stops or final destination.

2. Scheduled - the time published publicly by the Company from flight departure to flight arrival of the flight.

S. **Fly-through**

Time resulting from a trip or trip sequence which spans two contractual months and refers to the flight time including P&C for which a pilot is credited in the succeeding contractual month.

T. **Furlough**

"Furlough" means the removal of a pilot from active duty as a pilot with the Company without prejudice, due to a reduction in force, or the period of time during which such pilot is not in the active employ of the Company as a pilot due to such reduction in force.

U. **Greater Time to Date (GTD)**

A running accumulation of a pilot's credited hours to date, including time credited for a crew schedule error affecting a reserve pilot (as provided in Section 18.D.2.), but not including credit for future flying, relief from future flying, or reserve proficiency displacement flying (as provided in18.G.2.). Greater Time to Date (GTD) includes all time credited to date. Greater Time to Date (GTD) is used to determine reserve variances and assignments (as provided in Section 18.

V. **International Officer**

"International Officer" means a pilot who is assigned to international flights and who holds, in addition to a First Officer qualification, an ATPC and a type rating on the equipment flown, and whose duties as specified by the Company and as directed by the pilot in command, include the assistance or relief of the Captain or First Officer.

W. **Last trip of the month**

The last active scheduled trip sequence in a pilot's contractual month, other than make up, regardless of when it was added to the pilot's schedule.

X. **Management pilot**

A pilot who occupies a management position in the Flight Department.

Y. **Midnight cutoff**

When a change in a contractual month occurs en route, pay and credit for the time flown before midnight shall be paid and credited to the month in which the pilot involved originated the flight. Midnight shall be determined on the basis of local time at the point of last takeoff.

Z. **Misconnect**

Misconnect means that a particular segment, including deadhead, of a pilot's sequence operates sufficiently late into a station so as to cause such pilot to miss the next segment of such pilot's sequence. [See Q&A #105, #106]

AA. **Night Flying**

"Night flying" shall include all flying between the hours of 2300 and 0559 pilot's HBT.

BB. **Occupational date**

AA-SCANLAN-0013522

Generally occupational seniority shall begin to accrue from the date a pilot is first scheduled to complete initial new hire training with the Company and shall continue to accrue during such period of duty except as provided in Sections 11 and 12 of this Agreement. Occupational seniority is used for determining placement on the Pilot System Seniority list and for bidding purposes. Any references to seniority in this Agreement are to Occupational Seniority, unless otherwise specified.

CC.  Pay or Compensation

"Pay" or "compensation", for purposes of this Agreement, means longevity, hourly, gross weight, mileage and, if applicable, international override pay.

DD.  Pay Projection (PPROJ)

A pilot's total paid time for the month based on fly through time applied to the Credited Projection (PROJ) at the beginning of the month, the greater of scheduled or actual for flying already performed, scheduled time for flying yet to be performed, credits as provided in Section 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), for scheduled time when relieved of flying duties as provided in Section 5, [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave], and for any pay/no credit applications [for example, trips missed due to a training program of five (5) days or less as provided in Section 6.D.1.a.]. Pay adjustments will be made at the end of the month for training pay (Section 6.D.), minimum guarantee (Section 4), apportionment pay (Section 6.C.2.), CPA fill up (Section 15.A.6.a.), CPA spill back (Section 15.A.6.b.) and CPA pay out.

EE.  Pilot

"Pilot" shall include and mean Captain, First Officer, and International Officer.

FF. Proficiency Displacement

A qualified pilot about to lose a qualification may request to displace another pilot for proficiency flying.  The displaced pilot, once removed from the trip, is no longer obligated for such trip.  The displacing pilot assumes the obligation to cover the displaced pilot's trip.  (See Q&A #28)

GG.  Reassignment

A pilot who is legal in all respects for such pilot's next regularly scheduled flight/sequence, but is assigned by the Company to perform other flying instead of such regular flight/sequence.  The pilot shall be paid for whichever of the two (2) flights/sequences produces the higher pay.

HH.  Recurrent training

Training and any associated proficiency check(s) for a category in which the pilot is qualified and is for the purpose of retaining qualification before becoming non-current.

II.  Reschedule

A pilot shall be deemed rescheduled if, (1) following a cancellation, the pilot flies or is deadheaded on the first available flight to base or flies or is deadheaded to pick up the next leg of the pilot's original flight sequence; or (2) following a misconnect or illegality, the pilot flies or is deadheaded on the first available flight to base.  The "first available flight to base" is the flight that arrives at the base the earliest.  This flight may be direct or indirect.

JJ. Requalification training

Training (ground and/or flight) and any associated proficiency check(s) for a category for which the pilot was qualified but is no longer currently qualified.

KK.  Satellite Base

A satellite base is a station where pilots domiciled at a certain crew base as specified herein, may be scheduled to originate and terminate trip sequences. All satellite trip selections must contain only sequences which are scheduled to

Section  2-4

AA-SCANLAN-0013523

originate and terminate at the same satellite for the entire contractual month, unless excepted below. The following satellites shall become and remain in effect when crew bases are maintained in the respective cities:

| Crew Bases | Satellites |
|---|---|
| | Ontario (ONT) / Santa Ana (SNA) / |
| Los Angeles | Long Beach (LGB) |
| San Francisco | Oakland (OAK)/San Jose (SJC) |
| Washington | Baltimore (BWI) |
| Tampa/St. Petersburg | Sarasota (SRQ) |
| Miami/Fort Lauderdale | West Palm Beach (PBI) |

Any Los Angeles based reserve pilot who originates and terminates a trip sequence at a Los Angeles satellite will have the off duty periods immediately preceding and immediately following such trip sequence extended by one hour (1:00) each.

In any contractual month up to thirty-five percent (35%) of the total trip selections for the satellites of Long Beach (LGB), Santa Ana (SNA), Ontario (ONT), Baltimore (BWI), and West Palm Beach (PBI), only, may, at the Company's option, be constructed subject to the following exceptions:

1. or Long Beach (LGB), one (1) trip sequence for each trip selection may originate and terminate at Santa Ana (SNA), or one (1) trip sequence for each trip selection may originate and terminate at Ontario (ONT), or one (1) trip sequence for each trip selection may originate and terminate at Los Angeles (LAX).

2. or Ontario (ONT), one (1) trip sequence for each trip selection may originate and terminate at Santa Ana (SNA), or one (1) trip sequence for each trip selection may originate and terminate at Long Beach (LGB), or one (1) trip sequence for each trip selection may originate and terminate at Los Angeles (LAX).

3. or Santa Ana (SNA), one (1) trip sequence for each trip selection may originate and terminate at Long Beach (LGB), or one (1) trip sequence for each trip selection may originate and terminate at Ontario (ONT), or one (1) trip sequence for each trip selection may originate and terminate at Los Angeles (LAX).

4. for Baltimore (BWI), one (1) trip sequence for each trip selection may originate and terminate at Washington (DCA).

5. for West Palm Beach (PBI), one (1) trip sequence for each trip selection may originate and terminate at Fort Lauderdale (FLL), or one (1) trip sequence for each trip selection may originate and terminate at Miami (MIA).

LL. Schedule

"Schedule" means the operating schedule used by the Company in its operations.

MM. Scheduled Projection (SPROJ)

A pilot's total scheduled time for the month, based on the pilot's trip selection award after adjustment for fly through time. Scheduled Projection (SPROJ) includes credits as provided in Section 15 Hours of Service (E. - minimum pay and credit for an on duty period, F. - minimum pay and credit for time away from base, and G. - minimum and average pay and credit for an on duty period), and credit for scheduled time when relieved of flying duties as provided in Section 5 [trips missed due to paid sick leave, a training program of more than five (5) days, vacation, jury duty, and Association leave]. Scheduled Projection (SPROJ) is adjusted only for underfly on a leg by leg (block to block) basis, an assignment or reassignment (domestic: at base or away from base; international: at base only), an award or assignment of open flying at base (through make-up, reserve, VJA or trip trading with open time), trip trading (with another pilot or with open time), an uncredited removal from all or part of a scheduled trip sequence which results in less time than was originally scheduled (for example, a cancellation). Scheduled

Section 2-5

AA-SCANLAN-0013524

Projection (SPROJ)is used in conjunction with Credited Projection (PROJ) to determine a regularly scheduled pilot's legality in accordance with Section 15 Hours of Service.

NN. Scheduled Trip or Trip Sequence

A "scheduled trip or trip sequence" is a published pairing of flying and/or deadheading, consisting of two or more flight segments, which originates and terminates at a crew base.

OO. Service

"Service" means the period of time assigned to active duty as a flight deck operating crewmember or supervisor with the Company.

PP. Sick if needed

A reserve pilot who is sick may call and so notify the Company. The pilot will not be charged sick leave until such pilot is assigned to fly. At the time the pilot is needed to fly (by assignment – not by proffer) such pilot will be so notified and will be placed on sick leave effective that date. At the beginning of each subsequent month of reserve, the pilot will convert back to a sick-if-needed status.

QQ. Stand in stead displacement

A senior pilot can proffer to stand instead of a junior pilot being displaced from their respective bid status. In doing so, the senior pilot will be awarded a job from his/her bid preference list using the seniority number of the pilot who is most junior in such bid status at that point in the process. Once in the new bid status, pilots will use their own seniority number. The pilot is subject to a lock-in per Section 17L.

RR. Supervisory displacement

When a crewmember is replaced on a whole or partial sequence by a Supervisory Pilot. Crewmember is paid schedule for displacement plus greater of schedule/actual time flown. If crewmember is scheduled to deadhead on displaced leg, the greater of scheduled or actual is paid.

SS. Supervisory Pilot

Any pilot listed on the American Airlines Pilot Seniority List who is serving in a managerial or instructional capacity and has not been awarded a monthly trip selection, except that a pilot may be utilized as a temporary supervisory pilot under the provisions of Supplement O, or may be appointed to a supervisory position during the course of the month.

TT. Trip Selection

"Trip selection" means any monthly regular, relief, secondary or reserve flying assignment.

UU. Trip selection denial

When a Captain or First Officer cannot be awarded a trip selection of choice due to minimum experience requirements. Such pilot will be awarded another selection, in accordance with that pilot's seniority and choice, and will be pay protected for the trip selection that such pilot could have held.

VV. 32 hour legality

FAR legality where an international crewmember of a two man unaugmented crew cannot be scheduled to fly over 32 hours in a seven day period.

FAR legality where a crewmember must be given a period of 24 hours free from all duty within a 7 calendar day period. This relief of duty may be given in the form of a calendar day off, a 24 hour period commencing at any time during the day and terminating 24 hours later (including a period free from all duty of 24 hours or more contained within a sequence), or by moving a reserve's movable duty free period in accordance with Section 15.D.2.c

Section 2-6

AA-SCANLAN-0013525

SECTION 5

PAY AND CREDIT
PILOT RELIEVED OF FLYING DUTIES

A. **Pay - General [See Q&A #47, #48]**

The pay provisions of this Section shall apply to a pilot who is relieved of regular flying duties for any of the following reasons:

1. Sick leave not in excess of accrued sick leave, as provided in Section 10 of this Agreement, [See Q&A #3]

2. To engage in a training program other than training on a regular day off,

3. For vacation, in accordance with Section 9,

4. To serve as a juror in response to official summons.

B. **Pay - Regular Scheduled Pilot [See Q&A #47, #48]**

A regular scheduled pilot who is relieved of regular flying duties, as set forth in paragraph A. of this Section, shall receive pay on the basis of scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly as a result of the pilot's trip selection. In no case shall such pilot receive less than the proportionate part of minimum guarantee prorated on a daily basis as provided in this Agreement. [See Q&A #28, #107]

C. **Pay - Reserve Pilot**

1. A reserve pilot who is relieved of regular flying duties, as set forth in paragraph A of this Section, shall be paid and credited with one-nineteenth (1/19) of reserve guarantee, at the applicable rate, for each day of reserve availability missed.

2. In no event may such pilot's total monthly earnings be less than seventy-three hours (73:00) of pay at day rates.

D. **Unpaid Absences**

1. A regularly scheduled pilot's guarantee will be reduced by one-thirtieth (1/30th) of guarantee for each day of any unpaid absence resulting from the removal of a trip sequence, except as provided in Section 11 (military leave).

2. A reserve pilot's guarantee will be reduced by one-nineteenth (1/19th) for each day of reserve availability missed, except as provided for in Section 11 (military leave).

E. **Credit - Regular Scheduled Pilot**

For purposes of flight time limitations, the credited projection (PROJ) and scheduled projection (SPROJ) of a regular scheduled pilot who is relieved of regular flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with the scheduled flight time, plus applicable credits, as provided under Section 15.E., 15.F. and 15.G. of this Agreement, for the trips such pilot was scheduled to fly as a result of the pilot's trip selection. No such credit shall be applied to the following; except as provided in Section 15.A.8:

1. Trips missed as a result of recurrent training as provided in Section 6.D.1.a.

2. Trips missed as a result of a short term requalification training program as provided in Section 6.D.1.a.

3. Military Leaves of Absence as provided in Section 11.

F. **Credit - Reserve Pilot**

For purposes of flight time limitations, the credited projection (PROJ) of a reserve pilot who is relieved of regular flying duties, as set forth in paragraph A. of this Section, or who is on unpaid leave of absence, shall be credited with one-nineteenth (1/19th) of reserve guarantee for each calendar day of the period of

Section 5-1

AA-SCANLAN-0013533

relief from flying duties. No such credit shall be applied to the following; except as provided in Section 15.A.8.:

1. Days in training as a result of recurrent training as provided in Section 6.D.1.a.

2. Days in training as a result of a short term requalification training program as provided in Section 6.D.1.a.

3. Military Leaves of Absence as provided in Section 11.

G. Jury Duty Pay

A pilot who is paid for jury duty in accordance with the provisions of this Section will have deducted from such pay the amount of remuneration the pilot received for service as a juror.

H. Reserve Pilot - Military Leave of Absence

A reserve pilot who attends any military drill, or participates in any military activity, will be paid and/or credited as provided in Section 11.

I. Paper Legality

1. A pilot who is relieved from flying duties does not assume the legality of the flight(s) or trip sequence(s) from which removed for purposes of F.A.R. limitations or the rest provisions of Section 15.C. or Supplement I Section 7.D., as applicable, unless the removal is to deadhead to base earlier than scheduled, in accordance with Section 15.C.3.d. and 15.H.10. (removal code RA-AA) [See Q&A #9, #13, #28, #107]

2. A pilot who is reassigned from one trip sequence to another trip sequence assumes the legality of the trip sequence actually flown for purposes of F.A.R. limitations or the rest provisions of Section 15.C. or Supplement I Section 7.D., as applicable.



Section 5-2

AA-SCANLAN-0013534

SECTION 11

LEAVES OF ABSENCE

A. General

When the requirements of the Company will permit, a pilot may be granted a leave of absence. When such leave is granted, a pilot shall retain and continue to accrue seniority, provided that such pilot maintains at all times his required certificate or ratings. If such pilot shall permit his required certificate or ratings to lapse, he shall retain his seniority accrued at the time of such lapse. Length of service for longevity pay or salary purposes shall not accrue during leaves of absence, except leaves granted in the interest of the Company, leaves to permit attendance as representatives of the pilots at conferences with the Company, leaves granted due to sickness or injury, for duty with the military services of the United States, or for service with the Association.

B. Personal Leaves of Absence

1. A pilot during the normal vacation selection period may submit a request for a leave of absence in conjunction with such vacation preference that shall not exceed a period of thirty (30) consecutive days.

2. The Company shall consider up to thirty (30) individual requests for leaves per calendar year, not including leaves related to maternity, but will not be required to consider more than nine (9) such leaves during any one (1) period of time on a system-wide basis.

3. The Company will respond, in writing, within a reasonable time as to whether or not the pilot's request for a leave can be honored. Such requests will be honored in order of system seniority subject to availability of replacements in equipment and category at the base.

4. If the Company grants a leave, it may be canceled no later than thirty (30) days prior to the effective date of the leave or his vacation whichever occurs first, except that in cases of emergency, it may be canceled in less than thirty (30) days.

   If the pilot desires to cancel his request for a leave, he shall notify the Company as soon as possible, but in no event later than thirty (30) days prior to the effective date of leave or his vacation, whichever occurs first.

5. The Company may, operational requirements permitting, consider the request for pilot's leave of absence in excess of the numbers stated above.

6. In the event of a furlough, the Company will notify all pilots that it will consider all requests for Leaves of Absence in order to mitigate the number of furloughs.

7. A pilot on leave shall not, without prior written permission of the Company, engage in aviation employment, and in no case shall engage in employment, the nature of which may bring discredit upon the Company.

C. Bid Status During Leaves

1. Any pilot granted a leave of absence shall have the same bid status upon return to active flying duty.

2. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

3. Reinstatement rights of any pilot on a leave of absence shall not be exercised while such pilot is on such leave of absence.

D. Sickness or Injury Leaves

1. When leaves are granted on account of sickness or injury, a pilot shall retain and continue to accrue his seniority irrespective of whether or not he is able to maintain his required certificates or ratings, until he is able to return to duty or is found to be unfit for such duty. A leave of absence for sickness or injury shall not commence until after a pilot has exhausted accrued sick leave credits provided under Section l0 of this Agreement. Such leave of absence for sickness or injury may not exceed a total continuous period of three (3) years

Section 11-1

AA-SCANLAN-0013557

unless extended by mutual consent of the Company and the Association, in which case it may not exceed a total continuous period of five (5) years. Length of service for pay purposes shall accrue during leaves granted because of injury on duty, and during the first ninety (90) days of any leave granted for sickness or injury sustained off duty.

2. A pilot returning from any leave due to sickness or injury shall assume a bid status to which entitled by seniority upon return to active flying duty.

E. Military Service Leaves

1. A pilot ordered to, or who volunteers for, active duty with the military services of the United States in time of war shall be granted a leave of absence for the period of such duty and for ninety (90) days thereafter, during which time his seniority and length of service for pay purposes shall accrue.

2. A pilot who volunteers and is accepted for active duty with the military services of the United States in time of peace shall be granted a leave of absence for the period of such duty, but not to exceed a cumulative total of five (5) years, during which time his seniority and length of service for pay purposes shall accrue.

3. A pilot returning from any military leave of absence shall be permitted to return to that pilot's former bid status upon return to active flying duty.

4. A pilot who, upon return, is unable to hold the bid status held at the commencement of the leave will be placed in a lateral or lower bid status in accordance with that pilot's displacement preference list.

5. Notice And Verification

   a. Pilots must provide the Company with reasonable notice of all military leaves which conflict with their American Airlines work schedule, unless the giving of such notice is precluded by military necessity or, under all of the relevant circumstances, the giving of such notice is otherwise impossible or unreasonable.

      (1) Notice of military leave shall be submitted to the Company before trip selection bids close for the following month, unless precluded by one of the exceptions above.

      (2) Late notice and notice of change shall be submitted to the Company by the deadline date specified on the bid sheet header pages.

6. Verification of military duty will not normally be required by the Company.

   When the Company does require verification, within a reasonable period of time the pilot must provide documentation substantiating the military duty in question. [See Q&A #140]

7. Vacation

   a. A pilot may reschedule current fiscal year vacation days/hours to cover military duty provided the Company is given reasonable notice (i.e., notice must be given by the earlier of [1] the first of the month preceding the month in which the vacation is scheduled, or [2] the first of the month preceding the month in which the vacation is rescheduled). The rescheduled vacation must be taken within the current vacation fiscal year.

      (1) The vacation being rescheduled must match, to the extent possible, the number of days of military leave; and

      (2) The vacation must be taken in blocks as originally scheduled or, if the vacation was not originally split, it may be split in accordance with the provisions of this Agreement.

   Examples of rescheduling vacation for military leave:

| Military Duty Dates | Scheduled VC | Rescheduled VC |
|---|---|---|
| Aug. 10 - 16 (7 days) | Jan. AB | Jan. AB to Aug. AB |
| | Jan. AB & Mar. A | Mar. A to Aug. B |

Section 11-2

AA-SCANLAN-0013558

| | Jan. ABC | Jan. C to Aug. B |
|---|---|---|
| Aug. 10 - 21 (12 days) | Jan. AB | Jan. AB to Aug. BC |
| | Jan. AB & Mar. A | Jan. AB to Aug. BC |
| | Jan. ABC | Jan. AB or BC to Aug. BC |

    b. A pilot may use personal vacation days (PVD's) to cover military duty provided the total number of PVD's used, whether for military duty or not, is in compliance with the provisions of this Agreement. The pilot's vacation bank will be increased by the number of PVD's used times the daily conversion rate.

    c. For a military leave involving four (4) or more entire contractual months, current fiscal year vacation and vacation accrued but not yet credited will be paid at the beginning of such leave, unless the pilot requests not to be paid for such vacation. In no case may a pilot defer vacation into the next vacation fiscal year.

    d. A pilot who has vacation days remaining but no hours in the vacation bank may still move vacation days to coincide with military duty.

8. Guarantee

    a. A pilot's guarantee will not be reduced for any military leave which does not result in the pilot's removal from a trip sequence or removal from days of reserve availability.

    b. Except as provided for in c.(4) and (5) below, a reserve pilot's guarantee will be reduced if the original military request is submitted after trip selection bids close for the following month or is changed and results in an increase in unavailability due to reserve available days missed. In this case, the reserve pilot's guarantee will be reduced by the amount of the additional unavailability. [See Q&A #7, #8]

    c. The guarantee of a pilot who is removed from a trip sequence or from days of reserve availability will not be reduced provided: [See Q&A #6, #7, #8, #77,#140]

       (1) The pilot has submitted to the Company the military leave request before trip selection bids close for the following month, and

       (2) The pilot's entire military leave request for a given month is to cover consecutive days of military duty, and as a result the pilot is not removed from more than four (4) days of trips missed or more than four (4) days of reserve availability, and

       (3) The pilot, if regularly scheduled, is available for make up flying, during the normal hours for the coverage of open time, on all days except those days on which the pilot is (1) scheduled to fly, (2) on a preplanned duty free period or (3) on military leave, provided the pilot does not refuse all proffers of make up flying on such days, or

       (4) The pilot, if reserve, who then changes the original military request which complied with paragraphs (1) and (2) above, increases the days of reserve unavailability but, at the same time, moves DFPs such that they cover the increased unavailable days. If the pilot is unable or chooses not to cover the increased unavailable days, the reserve pilot's guarantee will be reduced by one-nineteenth (1/19th) for each day of increased reserve availability missed. In such case, remaining DFPs may be moved to alleviate any potential illegalities, or

       (5) The pilot, if reserve, submits a late military request, or the original military request resulted in more than four (4) days of reserve unavailability, moves DFPs such that they cover all unavailable days. If the pilot is unable or chooses not to cover all unavailable days, the reserve pilot's guarantee will be reduced by one-nineteenth (1/19th) for each day of reserve availability missed. In such case, remaining DFPs may be moved to alleviate any potential illegalities.

    d. For absences due to military leave (removal from a trip sequence or removal from days of reserve availability) other than those provided in c. above, the guarantee of a reserve or regularly scheduled pilot will be

Section 11-3

AA-SCANLAN-0013559

reduced for each day of absence due to such leave in accordance with Section 5.D. A regularly scheduled pilot who has complied with the Notice and Verification provisions in 5. above will be eligible to make up the time lost. (See Q&A #7)

9. Crediting

Absences due to military leave (removal from a trip sequence or removal from days of reserve availability) not in compliance with the Notice and Verification provisions above will be credited, unpaid. A regularly scheduled pilot who has complied with Notice and Verification provisions above will be eligible to make up the time lost.

10. Bid Status Following Military Duty.

a. For a leave which does not exceed three (3) entire contractual months, upon the pilot's return to active flying duty with the Company, reinstatement will normally be to the same bid status the pilot held before the leave.

(1) A pilot with a different bid status pending at the time a military leave begins will assume the new bid status at the end of the leave if the effective date of the new bid status coincides with or is before the end of the leave.

(2) For a pilot being withheld from a bid status at the beginning of a military leave, the Company may continue to withhold the pilot in accordance with the AA/APA Basic Agreement and the pilot will assume the same bid status held before the leave, or the pilot may be awarded the withheld bid status. In all cases, the period of the leave will be included in determining the maximum duration of a pilot's withholding, as provided in the AA/APA Basic Agreement.

(3) During such leave, a pilot's bid and displacement preferences will be processed. Thus, the pilot may be awarded a different bid status during the military leave. At the end of the leave, a pilot will assume the bid status held before the leave, or be awarded the new bid status, depending on the effective date of the new status.

(4) A pilot's lock-in and deferral of upgrade will continue to run during such a leave.

b. During a military leave involving four (4) or more entire contractual months, a pilot's bid and displacement preferences will not be processed. Upon the pilot's return to active flying duty with the Company, the pilot will assume a bid status in accordance with the following:

(1) A pilot returning from a leave who does not have a lock-in should, if possible, give the Company a minimum of forty-five (45) days notice of the bid status to which the pilot is entitled by seniority including reinstatement or entitlement rights. Any lock-in incurred will be in accordance with this Agreement.

(2) A pilot's lock in will run during the leave.

(3) If a pilot's lock-in has not been fulfilled, when the pilot returns to active flying duty with the Company, the pilot will assume the bid status to which the lock-in applies.

(4) A pilot returning from a leave who does not have a lock-in will assume a bid status to which the pilot is entitled by seniority, and any lock-in incurred will be in accordance with the AA/APA Basic Agreement.

(5) Deferral of upgrade will continue to run during such a leave, if the deferral began before the leave. If the deferral did not begin before the leave, the pilot may elect to begin the deferral following the leave.

(6) In order to assure that a pilot has the requisite experience for the bid status awarded following a leave, the Company may require training and flying at the same base and in the same equipment but in a different category than the bid status awarded. In such case, the pilot will be paid as if withheld from the bid status which is awarded.

(7) A pilot returning from a leave will be returned to payroll the earlier of

Section 11-4

AA-SCANLAN-0013560

such pilot's actual training start date or thirty (30) days from the date the pilot notifies the Company of his availability for training. In no case shall a pilot be returned to payroll earlier than such pilot's actual date of availability for training.

11. General

a. A pilot's probation period will be extended on a day for day basis for military absences exceeding sixty two (62) days.

b. A current and qualified pilot who will be available on the first day of the next contractual month will be eligible to bid for a trip selection.

c. A pilot may be withheld from a bid status at the end of a leave, provided such withholding is in accordance with the terms of the this Agreement.

d. If a military leave begins in one month and extends into the following month, it will be treated under the provisions of this agreement as if it ended in the same month In which it began.

e. Nothing in this Section shall supersede, nullify or diminish any federal or state law that establishes a right or benefit which is more beneficial to, or is in addition to, a right or benefit provided for a pilot in this Section.

F. Duty with the Association

A pilot covered by this Agreement, who is providing service for the Association on a full time basis, shall be granted a leave of absence for the duration of such tour of duty provided that the number of pilots on such leaves shall not at any time exceed three (3) in number. A pilot, who is granted any such leave of absence, shall continue to accrue seniority and length of service for pay purposes. Such a pilot will continue to participate in the Pilot Retirement Plan and the Company Group Insurance Plan, subject to provisions and regulations of said Plans. The Association shall reimburse the Company for the cost thereof. A pilot returning to active service with the Company, from a full time tour of duty with the Association, shall assume a bid status to which entitled by seniority. In lieu of a full time leave of absence, such pilot may elect to remain on the Company's payroll, in which case the Association will reimburse the Company for all items such as salary, pensions, insurance, sick time and vacations.

G. Physical Fitness

Any dispute arising under this Section concerning physical fitness of any pilot shall be settled in accordance with the provisions of Section 20 of this Agreement.

H. Furlough While On Leave

Pilots on leave of absence whose seniority is such that they would have been furloughed had they not been on leave of absence shall be promptly notified that their rights under the Agreement have been changed to those of furloughed pilots. If there is a subsequent expansion in service, such pilots, if seniority warrants, shall again revert to leave of absence status with accompanying rights, and shall be so notified.

Section 11-5

AA-SCANLAN-0013561

SECTION 26

AMENDMENTS TO AGREEMENT,
EFFECT ON PRIOR AGREEMENTS,
AND DURATION

A. Amendments to Agreement

Either party hereto may at any time propose, in writing, to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated, in writing, signed by both parties and the amendment shall then be deemed to be incorporated in and shall become a part of this Agreement.

B. Effect on Prior Agreements

This Agreement, including the Supplemental Agreements and Letters attached hereto, shall supersede and take precedence over all Agreements, Supplemental Agreements, Amendments, Letters of Understanding and other documents concerning the same subjects executed between the Company and the collective bargaining representative of the pilots in the service of American Airlines, Inc. prior to the signing of this Agreement. All rights and obligations, monetary or otherwise, which may have accrued because of services rendered prior to the effective date of this Agreement shall be satisfied or discharged.

C. Duration

This Agreement shall become effective May 1, 2003, except as otherwise dated herein, and shall continue in full force and effect until May 1, 2008, and shall renew itself without change until each succeeding May 1 thereafter, unless written notice of intended change is served in accordance with Section 6, Title I, of the Railway Labor Act, as amended, by either party hereto at least sixty (60) days prior to May 1, 2008, or May 1 of any subsequent year.

D. Early Opener

At any time following May 1, 2006, but prior to May 1, 2008, with sixty (60) days prior written notice by either party, the parties will commence negotiations in accordance with Section 6, Title I, of the Railway Labor Act, as amended.

Section 26-1

AA-SCANLAN-0013649

IN WITNESS WHEREOF, the parties hereto have signed this Agreement this the __1__ day of __May__, 2003

WITNESS:

FOR THE AIR LINE PILOTS
IN SERVICE OF
AMERICAN AIRLINES, INC.
AS REPRESENTED BY
THE ALLIED PILOTS ASSOCIATION     FOR AMERICAN AIRLINES, INC.

/signed/_____     /signed/_____
John Darrah     Mark Budette
President     Director, Employee Relations, Flight

/signed/_____     /signed/_____
Ed White     Jim Anderson

/signed/_____     /signed/_____
Sam Bertling     Tammy Hardge

/signed/_____     /signed/_____
Ralph Hunter     John LaMorte

/signed/_____     /signed/_____
Mickey Mellerski     Eric Lewis

/signed/_____     /signed/_____
Harry Sophos     Chris Ryan

/signed/_____
Bob Stow

Section 26-2

AA-SCANLAN-0013650

# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3    --------------------------------------
      JAMES P. SCANLAN, on  :
 4    behalf of himself and all     :
      others similarly situated,    :
 5                                   :
              Plaintiff,     :
 6    -vs-                    :
                             :
 7    AMERICAN AIRLINES       :
      GROUP, INC., and        :
 8    AMERICAN AIRLINES, INC.,      :Civil Action No.
                             :2:18-cv-04040-HB
 9         Defendants.    :
      --------------------------------------
10
11
                       -  -  -
12                 MARCH 10, 2020
                       -  -  -
13
14              Oral sworn deposition of JAMES P.
15         SCANLAN, held in the offices of THE GARNER
16         FIRM, LTD., 1515 Market Street,
17         Philadelphia, Pennsylvania, on the above
18         date, before Margaret M. Reihl, RPR, CCR,
19         CRR, CLR and Notary Public, on the above
20         date, commencing at 10:56 a.m., there
21         being present:
22
              GOLKOW LITIGATION SERVICES
23         877.370.3377 ph/ 917.591.5672 fax
                   deps@golkow.com
24
```

1  whereas a regular line holder typically flies
2  trips; is that correct?
3      A.    Yes.
4      Q.    At what point does that difference
5  present itself among the pilot group?  You
6  testified that everyone bids the same schedule in
7  PBS.
8          At what point does the split occur in
9  terms of the schedules that reserves and regular
10 line holders find for a given bid period?
11     A.    It depends on the parameters the
12 individual pilot puts in the PBS.
13     Q.    Okay.  Can a pilot set in PBS a
14 preference for reserve status for an upcoming bid
15 period?
16     A.    Yes.
17     Q.    And is that preference
18 automatically adopted for the upcoming bid period?
19 Meaning, is there any circumstance where a request
20 to serve on reserve would not be provided because
21 of seniority or otherwise?
22     A.    Yes.
23     Q.    So a pilot that intends to occupy a
24 reserve line holder status for April would

1  nevertheless bid the same general schedule as if
2  they were planning to serve as a regular line
3  holder for April; is that correct?
4      A.    Not exactly.
5      Q.    And what is the difference?
6      A.    There's a lot of nuances in PBS,
7  and it depends on how constrictive you are with
8  your requirements.
9          So if you absolutely want to be on
10 reserve, you can basically say I want to be on
11 reserve and don't specify which days off you want,
12 and you'll be on reserve.
13         Or if you specify -- if you put too many
14 parameters in when it gets to that last layer in
15 PBS, it could run out of options, and then you're
16 at the mercy of the scheduling software.  So
17 there's a lot of nuances, depends on where you sit
18 on the list, what's available, what the
19 individuals above you have bid, et cetera.
20 There's way too many variables.
21         For March, for example, I actually bid a
22 line, but I put constraints in, like I did not
23 want to fly red eyes and I wanted certain days
24 off, and then I bid reserve in such a manner that

1  I got the specific days off that I would like to
2  have off, and so we call it solve, I did not solve
3  for a line, even though I could have held a line
4  if I was less restrictive in my requirements, and
5  I got a reserve schedule, which was fine with me.
6      Q.    Why does the scheduling process
7  differ for regular and reserve line holder pilots?
8      A.    Again, the actual bidding for
9  schedule doesn't differ.  You're talking about --
10     Q.    Is there an operational reason, for
11 example, that there are both regular and reserve
12 line holder pilots, from your perspective?
13         MR. BARTON:  Objection to form.  No
14         foundation.
15 BY MR. MORALES:
16     Q.    Let me ask you this:  Do you
17 currently serve in any capacity with the Allied
18 Pilots Association?
19     A.    I do.
20     Q.    In what capacity?
21     A.    I'm the chairman of Military
22 Affairs Committee.
23     Q.    How long have you been a member
24 of -- what's the appropriate reference, an APA

1  committee or the APA officer team; what's the
2  appropriate way to describe your involvement with
3  APA?
4      A.    I've been an APA Military Affairs
5  Committee member since 2007.
6      Q.    Did you hold any roles with APA
7  prior to 2007, other than as a member?
8      A.    No.
9      Q.    So in 2007 you took your first role
10 with APA aside from membership?
11     A.    Yes.
12     Q.    Okay.  And did you in 2007
13 immediately assume the role of chairman of the
14 Military Affairs Committee?
15     A.    No.
16     Q.    Was there a Military Affairs
17 Committee in place as of 2007?
18     A.    No.
19     Q.    What position did you take with APA
20 in 2007?
21     A.    As a member of the Military Affairs
22 Committee.
23     Q.    So there was a Military Affairs
24 Committee in place in 2007?

Page 118

1    A.    No.  It formed in 2007 and I was
2 one of the initial members of the committee.
3    Q.    And how many members were a member
4 of the committee in 2007?
5    A.    I'm not sure if there were three or
6 four.
7    Q.    Who were the other members, if you
8 recall?
9    A.    Neil Roghair was the chairman.
10 Mark Knickman and I believe Gary Snells.
11    Q.    And were you all just members of
12 the Military Affairs Committee at the time, or
13 were there different roles within the Military
14 Affairs Committee when it started in 2007?
15    A.    So when the committee began in
16 2007, Neil became the chairman, and the rest of us
17 were just members of the national committee.
18    Q.    And what was the role of the
19 military affairs committee with APA?
20    A.    To basically educate our membership
21 on their rights and responsibilities under USERRA,
22 to basically advocate for those rights, to serve
23 as an intermediary if there's any kind of issues,
24 and provide subject matter expertise to the

Page 119

1 general membership, individual pilots who are
2 serving the guard in reserve.
3    Q.    And there are other American pilots
4 that serve in the reserves, correct?
5    A.    Yes.
6    Q.    Is that a common -- is that common
7 among the American pilot group to have a current
8 role in the military reserves?
9    A.    In general, somewhere in the
10 vicinity of 10 to 15% of the pilot group has been
11 my understanding serve in the guard reserve.
12    Q.    And that's at American?
13    A.    Yes.
14    Q.    What about at Envoy?
15         MR. BARTON:  Objection.  No
16 foundation.
17         THE WITNESS:  I don't know.
18 BY MR. MORALES:
19    Q.    What about Piedmont?
20         MR. BARTON:  Same objection.
21         THE WITNESS:  I don't know.
22 BY MR. MORALES:
23    Q.    And what about PSA?
24    A.    I don't know.

Page 120

1    Q.    Is it fair to say that the 10 to
2 15% are spread among the different military
3 reserve units?
4    A.    Yes.
5    Q.    And you are currently a member of
6 the Military Affairs Committee; is that correct?
7    A.    Yes.
8    Q.    And have you been a member at all
9 times from 2007 to the present?
10    A.    Yes.
11    Q.    Has your role changed in that
12 period of time with respect to the Military
13 Affairs Committee?
14    A.    Yes.
15    Q.    And what, generally speaking, has
16 been the change or progression in your roles?
17    A.    I was a member of the committee
18 until -- and I don't know the date -- Neil Roghair
19 was elected as the vice president of the Allied
20 Pilots Association, so he left the committee, and
21 I was appointed as a chair.
22    Q.    And when was that?
23    A.    I don't recall.
24    Q.    Okay.  Like 2010, 2015?

Page 121

1    A.    It was prior to the bankruptcy,
2 which happened in 2011.
3    Q.    What are your responsibilities as
4 chair of the Military Affairs Committee?
5    A.    To basically organize the efforts
6 of the committee, set priorities, submit a budget
7 request to the union and liaise with the company
8 and individual pilots on military affairs issues.
9    Q.    Are you involved with the APA
10 Negotiating Committee at all?
11    A.    Yes.
12    Q.    In what capacity?
13    A.    Just I liaise with them regarding
14 military affairs, military provisions of the
15 Collective Bargaining Agreement.
16    Q.    And what provisions, for example,
17 of the Collective Bargaining Agreement are a
18 subject of the negotiations that you've been
19 involved in?
20    A.    Things like noticing verification
21 of military duty.  Some of the language regarding
22 the amount of time a reservist can be -- or
23 guardsman can be absent from the company,
24 generally regarded as the five-year limit, and the

1    Q.    Okay.  And the document is a two
2  paragraph declaration, and the one substantive
3  paragraph appears to be paragraph 2.  If you would
4  take a minute to review that and let me know if
5  this is what you're describing in terms of the
6  prior Collective Bargaining Agreement provision
7  with respect to the pay guarantee.
8    A.    (Witness reviews document.)  Yes.
9    Q.    And this agreement became
10  effective -- let me say that paragraph 2 says that
11  there's a document attached as Exhibit 1, and it's
12  true and correct copy of the agreement between
13  American and the airline pilots in the service of
14  American Airlines as represented by the APA,
15  effective May 1, 2003; is that correct?
16    A.    Yes.
17    Q.    And is that, to your understanding,
18  the Collective Bargaining Agreement that applied
19  to legacy American pilots prior to the current
20  Collective Bargaining Agreement?
21    A.    There was a -- there are two
22  Collective Bargaining Agreements between the
23  current JCBA and this one.
24    Q.    So around I think you said 2013,

1  there was a change in the Collective Bargaining
2  Agreement; there was a new Collective Bargaining
3  Agreement?
4    A.    I believe it was signed on
5  January 13, yes.
6    Q.    And the Collective Bargaining
7  Agreement that's attached and referred to in
8  Exhibit 1 is the Collective Bargaining Agreement
9  prior to that; is that correct?
10    A.    Yes.
11    Q.    Which would have been in effect
12  from approximately May 1, 2003 to the effective
13  date of that 2013 CBA; is that correct?
14    A.    Yes.
15    Q.    Paragraph 2 says under Section
16  11.E.8 of this prior Agreement, if a military
17  service request for a given month did not remove a
18  pilot from more than four days of trips missed or
19  more than four days of reserve availability in
20  that month and certain other requirements were
21  met, then military leave did not count against a
22  pilot's guaranteed monthly pay.
23    Is that sentence still accurate, in your
24  view, in describing the Collective Bargaining

1  Agreement from May 1, 2003?
2    A.    Yes.
3    Q.    And then the next sentence says
4  "under the prior Agreement," and is that
5  referring, as I understand it, to the May 1, 2003
6  CBA; is that right?
7    A.    Yes, that's the way I understand
8  it.
9    Q.    It says, "Under the prior
10  Agreement, a pilot would still receive the minimal
11  monthly wage even if the pilot dropped a trip for
12  military leave and worked fewer hours than the
13  monthly minimum."
14    Is that sentence sill accurate in your
15  view?
16    A.    Yes.
17    Q.    And then the last sentence says,
18  "This effectively meant that the pilot was paid
19  wages for work not performed when the pilot took
20  military leave instead of performing work (i.e. a
21  trip) for American."
22    Is that sentence consistent and accurate
23  to your understanding today?
24    A.    Yes.

1    Q.    Did this provision change in the
2  2013 CBA, the CBA that followed the 2003
3  agreement?
4    A.    Yes.
5    Q.    Why did it change?
6    A.    Why did it change?  Because the
7  company proposed a change, and the union accepted
8  a change.
9    Q.    And why did the union accept the
10  change?
11    A.    I can't say definitively.
12    Q.    Do you have any understanding as to
13  why the union accepted the proposed change?
14    A.    I don't have direct any knowledge.
15  I would say that it's a negotiation and so
16  Negotiating Committee elected to accept that
17  proposal.  Their rationale, I can't say
18  definitively what it was.
19    Q.    And when you say the Negotiating
20  Committee, you're referring to the APA Negotiating
21  Committee?
22    A.    Yes.
23    Q.    I believe you testified that you
24  started your role in the Military Affairs

1  Committee in 2007; is that correct?
2      A.   Yes.
3      Q.   So you were on the Military Affairs
4  Committee at the time the 2013 Collective
5  Bargaining Agreement was negotiated; is that
6  correct?
7      A.   Yes.
8      Q.   And were you involved in the
9  negotiations concerning this provision addressed
10  in paragraph 2 of the declaration in your role as
11  a military affairs manager for APA?
12      A.   Peripherally, yes.
13      Q.   And in what capacity?  What do you
14  mean by peripherally?
15      A.   I did not negotiate with the
16  company.  I had consultation with a Negotiating
17  Committee member regarding this provision in the
18  contract.
19      Q.   And who was the Negotiating
20  Committee member?
21      A.   Greg Shayman.
22      Q.   And what did you say to
23  Mr. Shayman?
24      A.   So Mr. Shayman and I had a series

1  of back-and-forths that the company had proposed
2  this change.  Obviously, I was not in favor of the
3  change, and I just provided a rationale and why I
4  thought it was something we should keep, and,
5  honestly, it was 2012.  That's kind of the basic
6  gist of our back-and-forth.  And to the best of my
7  knowledge, he was advocating to keep this
8  provision in the contract, but other members of
9  the Negotiating Committee did not agree with him.
10      Q.   And what did Mr. Shayman tell you
11  about those negotiations?
12      A.   Not a whole lot, other than the
13  company proposed the elimination of this provision
14  of the contract, it was being considered, and
15  there was a price tag on it.
16      Q.   What do you mean "there was a price
17  tag on it"?
18      A.   There was -- it was termed it would
19  save the company $3 million a year, to the best of
20  my recollection.  I remember the $3 million
21  because I actually crunched the numbers and it was
22  an accurate number.
23      Q.   It was an accurate?
24      A.   It was accurate.  That number was

1  roughly accurate.
2      Q.   Did you have knowledge about the
3  content of the negotiations between APA and
4  American, other than what was told to you by
5  Mr. Shayman?
6      A.   No.
7      Q.   And did Mr. Shayman indicate to you
8  that the company had proposed what you referred to
9  as the elimination of his provision?
10      A.   That was my understanding.
11      Q.   From Mr. Shayman?
12      A.   Yes.
13      Q.   Did he communicate that to you
14  directly?
15      A.   Yes.
16      Q.   And what did he say about the
17  company's communications to APA in the
18  negotiations?
19      A.   I don't recall his exact words, to
20  be honest.
21      Q.   Did Mr. Shayman communicate to you
22  anything beyond what you referred to as the price
23  tag as the basis for the company's apparent
24  proposal in these negotiations?

1      A.   Not that I recall.  I mean, it was
2  post bankruptcy, so, I mean, the reality was it
3  was all in the midst of a Chapter 11
4  reorganization, so I understood that the contract
5  was a Chapter 11 reorg contract, so, I mean, there
6  was -- it was about cost savings.
7      Q.   Did APA agree to all proposed cost
8  savings measures proposed by the company during
9  this round of negotiations?
10          MR. BARTON:  Objection.  No
11  foundation.
12          THE WITNESS:  I don't know.
13  BY MR. MORALES:
14      Q.   Are you aware of any proposals that
15  the company made during this round of negotiations
16  for the 2013 CBA that included cost savings from
17  the company's perspective that APA declined to
18  agree to?
19      A.   The only recollection I have is
20  there was actually a tentative agreement that was
21  sent to the membership for a vote that was voted
22  down.
23      Q.   And was this provision part of the
24  tentative agreement?

1 Committee, but, you know, again, I was like, it's
2 a bankruptcy contract. I didn't feel like I was
3 blindsided. I wasn't shocked.
4     Q. Did you communicate with anyone
5 other than Mr. Shayman at APA in an effort to save
6 Section 11.E.8 of the Collective Bargaining
7 Agreement?
8     A. I believe that I at some point, and
9 I can't remember if it was before or after the
10 negotiations, I wrote a background paper on why I
11 thought it was beneficial to keep that provision
12 of the contract. It might have been in subsequent
13 inquiries, but I believe I may have -- I don't
14 know if the e-mail that I sent back to Mr. Shayman
15 may have gone to the entire Negotiating Committee,
16 advocating to keep that entire provision of the
17 contract. It's all -- I don't remember the
18 specifics of the back-and-forth. There was a lot
19 of e-mail traffic, I can tell that you.
20     Q. And do you know if we've received
21 either the background paper or the accompanying
22 e-mail traffic in this litigation?
23     A. I don't think so.
24     Q. We will plan to ask for that.

1     Did you receive, and it sounds like
2 perhaps you did, did you receive any response from
3 the Negotiating Committee or anyone else at APA in
4 response to your communications concerning
5 Section 11.E.8?
6     A. I don't know if I understand the
7 question.
8     Q. So you testified, I believe, that
9 there was an effort by you to reach out to others
10 at APA in an effort to preserve this provision in
11 what became the 2013 Collective Bargaining
12 Agreement, correct?
13     A. I think I might have been either
14 mischaracterized or misunderstood. I don't know
15 that I reached out specifically to lobby members.
16 I just provided the Negotiating Committee with
17 what I believe was rationale to keep that
18 provision.
19     Q. Let me ask you, your declaration
20 says that the preceding Section 11.E.8
21 "effectively meant that the pilot was paid wages
22 for work not performed when the pilot took
23 military leave instead of performing work (i.e. a
24 trip) for American."

1     When APA told you they were agreeing to
2 drop that from the collective bargaining, did you
3 have a particular reaction to learning that fact?
4     MR. BARTON: Objection, asked and
5 answered.
6     THE WITNESS: Again, I was not
7     happy, but, I mean, it didn't shock me.
8 BY MR. MORALES:
9     Q. And when you learned that that
10 provision was being dropped from the collective
11 bargaining agreement with APA's agreement, did you
12 make any effort to have APA change its bargaining
13 position regarding that provision?
14     A. Not after they agreed. Once they
15 agreed, I viewed it as it was done.
16     Q. And at any point since that time,
17 have you made an effort to persuade APA, the
18 Negotiating Committee or otherwise in the
19 leadership to push forward or adopt a provision
20 similar to Section 11.E.8, as it's described in
21 paragraph 2 of your declaration?
22     A. My opinion was solicited on a paper
23 that an individual wrote of military guardsmen,
24 and I collaborated on that paper and provided it

1 to the domicile chair for the LaGuardia domicile
2 of New York.
3     Q. And when was that?
4     A. I don't recall. It's been a few
5 years ago.
6     Q. 2015, 2010?
7     A. Oh, no, it was post 2013.
8     Q. What was the nature of the
9 background paper in terms of what it argued for or
10 suggested should be adopted?
11     A. So over the years there's been
12 people that have always -- rank and file members
13 who have said, you know, it would be nice if we
14 had this provision back in our contract, what do
15 we have to do to get this back in our contract.
16 I'm like anything, you make an argument for that.
17     And so I'm trying to remember the paper
18 itself. I basically said I thought that I felt it
19 was beneficial to American to pay those four days,
20 I think. I honestly don't remember. I'm trying
21 to remember. I'd have to go back and find the
22 paper, if I have it.
23     Q. At any point in your discussions
24 with Mr. Shayman in 2012 or 2013, did you

Page 162

1 Section 11 of the Joint Collective Bargaining
2 Agreement, Exhibit 5, what changed between the
3 2003 CBA and the Joint Collective Bargaining
4 Agreement with respect to the provisions of
5 Section 11.E.8, as you described them in your
6 declaration?
7     A.    Well, all of the provisions having
8 to do with four or less consecutive days were
9 removed.
10     Q.    And is there a particular part of
11 Section 11.E.8 that you're referring to that does
12 not appear in the Joint Collective Bargaining
13 Agreement?
14     A.    Well, just from looking at it,
15 Section 11.E.8c subparagraphs 1 through 5 and d.
16 with subparagraphs 1 and 2 all appear to be
17 eliminated.
18     Q.    Let me ask you, as part of the
19 negotiations surrounding the 2012 -- surrounding
20 the 2013 CBA, the negotiations that occurred in
21 2012 and 2013, did you have an opportunity to
22 review the language in the 2013 CBA?  Scratch
23 that.
24     Let me ask you this:  The time period

Page 163

1 where you were in discussions with Mr. Shayman
2 regarding a new Collective Bargaining Agreement at
3 American Airlines, did you have an opportunity to
4 review the language that was being proposed for
5 the collective bargaining agreement that was
6 ultimately ratified in 2013?
7     A.    I think so, but I don't recall.
8     Q.    As a member, did you ultimately
9 vote on a tentative agreement that included the
10 language that was ratified?
11     A.    Yes.
12     Q.    And as part of the military affairs
13 committee, did you have an opportunity to review
14 the language that was changing in Section 11.E.8?
15     A.    Yes.
16     Q.    Did you have an understanding at
17 that time as to what the substance of the
18 modifications were between the 2003 agreement and
19 2013 agreement?
20     A.    Yes.
21     Q.    To your knowledge, is Section
22 11.E.8 of the current Joint Collective Bargaining
23 Agreement the same or substantially the same as
24 Section 11.E.8 of the 2013 legacy American

Page 164

1 agreement, or were there changes for the Joint
2 Collective Bargaining Agreement as well?
3     A.    I don't recall.
4     Q.    Are you aware of any changes from
5 the 2013 legacy American agreement to the Joint
6 Collective Bargaining Agreement that impacted the
7 pay guarantee with respect to military leave that
8 you've been discussing in the last few minutes?
9     A.    I'm not aware of any changes.
10     Q.    Okay.  Is there any provision that
11 you're aware of elsewhere in the CBA that's
12 relevant to assessing Section 11.E.8 in comparison
13 to Section 11.E.8 of the 2003 CBA?
14         MR. BARTON:  Objection to form,
15     confusing.
16         THE WITNESS:  I'm not sure I
17     understand the question.
18 BY MR. MORALES:
19     Q.    Okay.  You testified that is it
20 paragraph c. of the 2003 Section 11.E.8 that was
21 removed after the 2003 CBA, or was there any other
22 provision that was removed?
23     A.    Well, the subparagraphs.
24         MR. BARTON:  Objection to form.

Page 165

1         THE WITNESS:  I believe my
2     testimony was the subparagraphs 1 through
3     5 and then D. subparagraphs 1 and 2.
4 BY MR. MORALES:
5     Q.    Okay.  To your knowledge, those
6 provisions that were removed in 2013 were not
7 placed elsewhere in the Collective Bargaining
8 Agreement?
9     A.    Not to my knowledge.
10     Q.    To your knowledge, has APA made any
11 effort to restore what you referred to as the
12 removed portion of Section 11.E.8 in any
13 subsequent Collective Bargaining Agreement?
14     A.    No, not to my knowledge, no.
15     Q.    Why is that?
16     A.    I don't know.
17     Q.    In your role as the chairman of the
18 Military Affairs Committee, have you encouraged
19 APA to make such an effort in the negotiations
20 with the company?
21     A.    Again, back to when one of our
22 pilots was advocating for it, you know, I voiced
23 my opinion to the LaGuardia domicile chair that I
24 thought it would be beneficial, but...

1   C E R T I F I C A T I O N
2       I, MARGARET M. REIHL, a
3   Registered Professional Reporter,
4   Certified Realtime Reporter, Certified
5   Court Reporter, Certified LiveNote
6   Reporter and Notary Public, do hereby
7   certify that the foregoing is a true and
8   accurate transcript of the testimony as
9   taken stenographically by and before me at
10  the time, place, and on the date
11  hereinbefore set forth.
12      I DO FURTHER CERTIFY that I am
13  neither a relative nor employee nor
14  attorney nor counsel of any of the parties
15  to this action, and that I am neither a
16  relative nor employee of such attorney or
17  counsel, and that I am not financially
18  interested in the action.
19
20
21  ------------------------------------------------
    Margaret M. Reihl, RPR, CRR, CLR
22  CCR License #XI01497
    NCRA License #047425
23
24

1       ACKNOWLEDGMENT OF DEPONENT
2       I, JAMES P. SCANLAN, do hereby
3   certify that I have read the foregoing
4   pages and that the same is a correct
5   transcription of the answers given by me
6   to the questions therein propounded,
7   except for the corrections or changes in
8   form or substance, if any, noted in the
9   attached Errata Sheet.
10
11
12  _____
    JAMES P. SCANLAN              DATE
13
14
15
16
17
18
19
20
21
22
23
24

1       ERRATA
2   Page    Line     Change      Reason
3   ------:------------------------------------------
4   ------:------------------------------------------
5   ------:------------------------------------------
6   ------:------------------------------------------
7   ------:------------------------------------------
8   ------:------------------------------------------
9   ------:------------------------------------------
10  ------:------------------------------------------
11  ------:------------------------------------------
12  ------:------------------------------------------
13  ------:------------------------------------------
14  ------:------------------------------------------
15  ------:------------------------------------------
16  ------:------------------------------------------
17  ------:------------------------------------------
18  ------:------------------------------------------
19  ------:------------------------------------------
20  ------:------------------------------------------
21  ------:------------------------------------------
22  ------:------------------------------------------
23  ------:------------------------------------------
24  ------:------------------------------------------

# EXHIBIT 3

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 2

 3   JAMES P. SCANLAN, on behalf   )

     of himself and all others    )

 4   similarly situated,          )

                    Plaintiff,    )  Case No. 2:18-cv-04040-HB

 5                                )

                                  )

 6   VS.                          )

                                  )

 7                                )

     AMERICAN AIRLINES GROUP, INC. )

 8   and AMERICAN AIRLINES, INC.  )

                    Defendants.   )

 9


10

11   * * * * * * * * * * * * * * * * * * * * * * * * * *

12              ORAL DEPOSITION OF NEIL ROGHAIR,

        CORPORATE REPRESENTATIVE OF ALLIED PILOTS ASSOCIATION

13

     * * * * * * * * * * * * * * * * * * * * * * * * * *

14

15

16

17      ORAL DEPOSITION OF NEIL ROGHAIR, CORPORATE REP OF ALLIED

18   PILOTS ASSOCIATION, being produced as a witness at the instance

19   of the Plaintiff, taken in the above-styled and numbered cause

20   on the 21st day of April, 2022, from 9:26 a.m. to 10:54 a.m.,

21   before Rhonda Jacks, Certified Shorthand Reporter in and for

22   the State of Texas, by machine shorthand, at the offices of

23   Veritext Legal Solutions, 300 Throckmorton Street, Suite 1600,

24   Fort Worth, Texas, in accordance with the Federal Rules of

25   Civil Procedure and the agreements hereinafter set forth:
```

Page 10

1 some e-mails and the relevant portions of the contract and
2 tried to review some of the bargaining history.
3    Q   Other than Mr. Clark, did you speak to anybody to
4 prepare for today's deposition?
5    A   No.
6    Q   Are you a person at the Allied Pilots Association
7 with the most knowledge of these two topics?
8    A   Most likely, yes.
9    Q   If you had a question about one of these two topics,
10 is there anybody else at the APA or formally associated with
11 the APA that you would go to ask that question of?
12   A   There are a handful of pilots that I work with on the
13 military affairs committee and then a couple attorneys in the
14 building that I had worked with over the years.
15   Q   And who are those pilots -- Strike that.  Let's start
16 with the pilots.  Who are the pilots that you have worked with
17 over the years that you would go to if you had questions about
18 these topics?
19   A   The one I worked closest with was Jim Scanlan, and
20 then Gary Snells and a Mark Nickman.
21   Q   How about the attorneys, if there were attorneys that
22 you worked with over the years that you were going to go to
23 with questions about these topics, who would those be?
24   A   Mark Myers and the other one who no longer works at
25 APA is Chuck Hairston.

Page 11

1    Q   I am marking a document as Exhibit 2.
2        (Exhibit 2 was marked for identification.)
3    Q   Mr. Roghair, do you recognize this document?
4    A   It looks like a printout of my Linked In profile.
5    Q   Did you prepare your own Linked In profile?
6    A   Yes.
7    Q   Is this Linked In profile an accurate summary of your
8 work and experience and educational experiences?
9    A   Yes.
10   Q   How long have you worked at American?
11   A   Since February 1 of 1999.
12   Q   And are you still a pilot at American today?
13   A   Yes.
14   Q   How long have you been a member of the APA?
15   A   Since the beginning.
16   Q   And at various points in your membership with the APA
17 you have taken on responsibilities for the APA.  Correct?
18   A   That's correct.
19   Q   So your Linked In profile describes a period of time
20 where you were the chairman of the APA negotiating committee
21 from March 2010 to July 2013.  Were you in fact chairman of the
22 APA negotiating committee during that period of time?
23   A   That's correct.
24   Q   Other than your service as chairman of the APA
25 negotiating committee have you participated in any other

Page 12

1 committees at the APA during your membership?
2    A   Yes.
3    Q   What were those?
4    A   The APA military affairs committee which we founded
5 in 2007, and I kept that until November of 2015.  At some point
6 there was a transition to I believe Jim Scanlan, but I am not
7 sure definitively when that transition took place.
8    Q   Any other committee roles or other responsibilities
9 for the APA during your time as a member?
10   A   I was vice-president for 29 months.
11   Q   And was that from July 2013 to November 2015?
12   A   Correct.
13   Q   Have you ever served in the armed forces?
14   A   Yes.
15   Q   During what period of time?
16   A   1983 until 2007.
17   Q   And what branch?
18   A   United States Air Force.
19   Q   Did you retire in 2007?
20   A   Yes.
21   Q   There was some period of overlap between your
22 employment with American and your service in the armed forces.
23 Correct?
24   A   That's correct.
25   Q   Did you ever take military leave from your employment

Page 13

1 with American to serve in the United States Air Force?
2    A   Yes.
3    Q   Did you ever take short-term military leave from your
4 employment with American or was it all longer term periods?
5    A   Both.
6    Q   Did you take -- Strike that.  Did you ever take
7 military leave from your employment with American after your
8 retirement from the United States Air Force in 2007?
9    A   That would be illegal, so no.
10   Q   You had no continuing reserve obligations after your
11 retirement in 2007 or anything of that nature?
12   A   No.
13   Q   So I would like to get some context for the 2013 CBA
14 negotiations.
15   A   Okay.
16   Q   When did those negotiations begin?
17   A   Well, it was a long journey in the years leading up
18 to the bankruptcy that spilled over into the bankruptcy and
19 that involved a merger proposition from U.S. Airways.  So it
20 was several segments of negotiation that culminated in the
21 merger in the 2013 CBA.
22   Q   So help me establish a little bit of a timeline, if
23 you would.  When was the American Airlines bankruptcy?
24   A   November I believe it's 29th of 2011 is when they
25 filed.

4 (Pages 10 - 13)

Page 14

1  Q   And when was the American U.S. Airways merger?
2  A   It was not approved until the -- I think it was early
3 2013 or it could be the end of 2012.  I forget the exact dates.
4 There were a lot of moving parts.
5  Q   And so there were bargaining negotiations between the
6 APA and American that happened in the context of the bankruptcy
7 starting in 2011?
8  A   Yes.
9  Q   And then there were separate bargaining discussions
10 that happened in the context of the U.S. Airways merger?
11  A   Yes.
12  Q   And then were there separate negotiations then that
13 culminated in the 2013 CBA, or was this really a set of
14 negotiations that just sort of all happened over this two year
15 period?
16  A   There were separate negotiations.  I break it into
17 segments of the negotiations leading up to the bankruptcy
18 because some of those tentative agreements carried over and
19 became part of the CBA.  So even those negotiations prior, some
20 of them carried into bankruptcy.  Then there was the term sheet
21 with American Airlines which did not result in an agreement.
22 We went to Federal Bankruptcy Court, and then we had a mediated
23 negotiation in New York with a federal judge which had a last
24 best final offer imposed on us which was voted down by the
25 membership.  And that sent us back to the negotiating table

Page 15

1 with American, but in the meantime there was also negotiation
2 with U.S. Airways management.  That was separate, and that's a
3 key word you use in trying to delineate because that was
4 separate, and we negotiated I would say a unique contingency
5 labor agreement, CLA, that if the merger came together, then
6 that would be our contract.  Then we reached an agreement with
7 American that the membership ratified in early December of
8 2012, and that was quickly followed by this is where it's not
9 separate.  Now, we had four party -- five party if you include
10 the unsecured creditors committee was in that process also, but
11 you had the two companies, the two pilot unions and the
12 unsecured creditors committee.  And that was pretty much the
13 month of December, and that culminated in the 2013 collective
14 bargaining agreement.
15  Q   Prior to 2013 at American Airlines there was a
16 military leave benefit sometimes called military days or MR
17 days.  Correct?
18  A   Yes.
19  Q   Can you explain that benefit to me?
20  A   We had a provision that was unique to our contract as
21 opposed to other contracts in the industry where a pilot could
22 take -- could bid reserve and take four days of military leave
23 and not have the pay guarantee prorated for his reserve line.
24  Q   And when you say prorated, reserve pilots have a
25 minimum guarantee.  Correct?

Page 16

1  A   Yes.
2  Q   And when they take an unpaid form of leave, it
3 prorates their minimum guarantee for that month.  Correct?
4  A   Well, it's changed substantially with the transition
5 preferential bidding as opposed to -- So it's not a clean
6 apples to apples, but a high level statement, yes.
7  Q   And so was there a name that the APA used internally
8 for this benefit?
9  A   I don't remember a specific name we had.
10  Q   If I refer to them as MR days, will you understand
11 what I am referring to?
12  A   That's how the company coded it, yes.
13  Q   You had to bid reserve in order to take advantage of
14 MR days?
15  A   Correct.
16  Q   So if you were flying a line and you dropped a trip
17 because of the need to take military leave, the MR days didn't
18 affect your pay or benefits in any way.  Correct?
19  A   Just to make sure we are talking the same thing, if
20 you bid a line and there was a conflict with a trip, you lost
21 pay for the trip.
22  Q   Right.
23  A   Correct.
24  Q   And the effect of the MR days -- Strike that.  The
25 pay that a pilot received from the armed forces didn't affect

Page 17

1 the MR days benefit.  Correct?
2  A   That's correct.
3  Q   You didn't need to offset, you know, your prorating
4 of your minimum guarantee by the amount that you were receiving
5 in military pay for those days.  Correct?
6  A   That's correct.
7  Q   What was your role in the negotiation of the 2013
8 CBA?
9  A   I was the chairman of the negotiating committee
10 through the entire process.
11  Q   And were you personally involved in the negotiations
12 over the MR days benefit?
13  A   Yes.
14  Q   How did MR days become a part -- Strike that.  So the
15 CBA is large.  It has a bunch of moving parts.  How did the
16 negotiations committee and management break that up into
17 manageable pieces for purposes of negotiations?  I assume you
18 weren't doing a full redline of the entire CBA and passing
19 those back and forth.  Correct?
20  A   Right.  It was an extremely large project management
21 endeavor where we had to come up with agenda items and talking
22 points and we would address -- break it down not just by
23 sections of the contract but sub-sections of the contract where
24 sometimes we would have an entire day or series of days
25 dedicated to one or two paragraphs of the contract.  And

Page 22

1 days -- the MR days went away.
2    Q   When did that transition to a company imposed
3 temporary contract take place?
4    A   I want to say September 4th I believe plus or minus a
5 few days because it was early September which started, you
6 know, a reaction from the membership an operational meltdown.
7 That was referred to as the September to remember because it
8 froze the pension plan and a whole number of I will say issues
9 that triggered reactions.
10   Q   September 4th of what year?
11   A   That would be 2012.
12   Q   You described a project management task that broke
13 down the CBA into manageable chunks so that negotiations could
14 be staged or phased over time.  When did the MR days issue get
15 locked down as part of that phased negotiations process?
16   A   From the imposition of the contract from early
17 September until I want to say near the end of November because
18 we were on road shows like the first week of December of
19 2012, so somewhere where that got finalized in November of
20 2012.
21   Q   And you also described that as part of the
22 negotiating process there were in-person meetings.  Correct?
23   A   Yes.
24   Q   There were exchanges of talking points.  Correct?
25   A   Yes.

Page 23

1    Q   Mr. Roghair, what do you know about this litigation?
2    A   Not very much other than reading the subpoena.
3    Q   I am marking a document as Exhibit Number 3.
4        (Exhibit 3 was marked for identification.)
5    A   I have seen this document, yes.  Mr. Clark did send
6 this to me.
7    Q   This is a set of interrogatory responses by the
8 Defendants in this case.  Interrogatories are just formal
9 questions that the parties exchange as part of litigation.  If
10 you will turn to the last page, the very back, you will see
11 that these interrogatory responses have been verified by
12 Mr. Todd F. Jewett.  Do you see that?
13   A   Yes.
14   Q   Do you know who Mr. Jewett is?
15   A   Yes.
16   Q   Who Mr. Jewett?
17   A   He is -- Now I believe he is the lead negotiator on
18 the company side for the pilot group.
19   Q   I would like you to turn back to the first page, and
20 I would like -- You will see here there is an interrogatory
21 number seven, and below that is a response to interrogatory
22 number seven.  I would like you to read the response to
23 interrogatory number seven to yourself silently and just let me
24 know when you have finished doing that.
25   A   Okay.  I have read the interrogatory.  Do you want me

Page 24

1 to read his response?
2    Q   Yes, please.
3    A   And if you can explain to me estoppel defense.
4    Q   After you finish reading this I can --
5    A   I am not good at reading legal talk.  Okay.
6    Q   All right.  So I would like to focus just on the
7 first sentence in the response to interrogatory number seven.
8 It reads Defendants state that Plaintiff and the Class are
9 subject to an estoppel defense because American relied upon its
10 certified bargaining representative's representations that it
11 would not be required to pay for military leave in entering
12 into the January 1st, 2013 collective bargaining agreement
13 between American and its pilots.  Did the APA represent to
14 American Airlines that under the 2013 CBA American Airlines
15 would not be required to pay for military leave?
16   A   I would say that we did not embrace this, you know,
17 enthusiastically, but we accepted it as part of the things we
18 would lose in bankruptcy.
19   Q   When you say part of the things we would lose in
20 bankruptcy, you're referring to the MR days benefit?
21   A   Yes, among 150 other things that were taken in
22 bankruptcy, but yes, that was included.
23   Q   So you described a process where proposals were
24 exchanged back and forth between the company and the APA in
25 which talking points were exchanged back and forth between the

Page 25

1 company and APA.  As part of those proposals or talking points
2 did the APA ever represent to American Airlines that USERRA did
3 not require American Airlines to pay pilots on short-term
4 military leave?
5    A   I think there was a general understanding that -- I
6 don't know if it was ever said expressly, but we were the only
7 carrier that had that provision and I would say the average
8 guard or reserve fighter squadron pilots that the other
9 carriers wished they had that provision that they did not, and
10 that we looked at as there's not a USERRA provision.  This
11 doesn't fall under USERRA.  This was a negotiated benefits
12 years ago.
13   Q   So the APA's understanding was that this provision
14 was not required by USERRA.  Correct?
15   A   Correct.
16   Q   My question is slightly different.  Did the APA ever
17 state to American Airlines that USERRA did not require American
18 Airlines to pay pilots who took short-term military leave?
19   A   Do I recall a specific conversation about that, no.
20   Q   Are you familiar with the 401k plan for pilots at
21 American Airlines?
22   A   Yes.
23   Q   Are you a participant in the 401k plan for pilots?
24   A   Yes.
25   Q   Do you have an understanding that compensation for

7 (Pages 22 - 25)

1 this issue?

2    A   Well, to be quite honest in the course of the

3 bankruptcy year there was not a lot of time spent on this issue

4 because we felt like if we had a USERRA trump card to throw

5 down, we would have thrown it down and protested. If the

6 company had suggested not paying pension contributions,

7 obviously that would have been a USERRA card, and we would have

8 said you can't do that, but we didn't have that provision to

9 throw down in this context.

10    Q   So there was not a lot of discussion -- Well, strike

11 that. Were there discussions with management about the MR days

12 issue specifically or was it always grouped in with other cost

13 saving measures that were part of the packages that were being

14 negotiated?

15    A   It was generally grouped in with bigger packages, you

16 know, assuming the magnitude of the tidal wave of concessions

17 that were headed our way. There was general acceptance that

18 this stood out from all the other, you know, contracts in the

19 industry, and we were going to lose it in bankruptcy.

20    Q   You testified in the course of preparing for today's

21 deposition you weren't able to determine the dollar value of

22 this benefit or what dollar value was assigned to it in the

23 course of the negotiations. Do you -- Can you estimate for me

24 in comparison to other concessions that the union was forced to

25 make at the time how significant this was in monetary terms?

1    A   The numbers I tend to remember is this affected maybe

2 250 pilots a month at the time back when we had 8,000 pilots.

3 And again, I am just guessing at the change in my pocket, and I

4 would venture to say that if I had to guess the number that was

5 assigned to this, it would be roughly two million a year.

6    Q   And so I have a sense of context for that, what was

7 the overall size of the -- Strike that. So I have a sense of

8 context for how big that two million is, how big is the

9 contract as a whole? What is the sort of total universe of

10 cost to the company that we're talking about?

11    A   When I left the building in 2015 the pilot contract

12 was roughly 2.3 billion per year. I don't know what it is

13 right now.

14    Q   Were there ever talking points sent to American

15 Airlines management specifically about the MR days issue?

16    A   When you say talking, I don't recall that

17 specifically.

18    Q   Were there any in-person discussions with American

19 Airlines labor representatives specifically about the MR days

20 issue?

21    A   I am sure it was mentioned somewhere in the process.

22 I do not have a specific -- In the context of all the other

23 things that were going on, you know, they were asking for 370

24 million in concessions in the term sheet, and that was a very

25 very minor issue compared to the context of the negotiation.

1    Q   Apart from eventually acceding to the proposal to

2 eliminate MR days under the 2013 CBA, did the APA ever make any

3 representations to American Airlines about its USERRA

4 obligations with respect to pilots on military leave as part of

5 these negotiations?

6    A   Well, sure. The company regularly said we will do

7 everything that's required by USERRA.

8    Q   But did the APA make any representations to the

9 company about what USERRA required?

10    A   Well, when they generally would make these

11 statements, they would do everything required by USERRA, and we

12 said yes, you will. It was about that short of a conversation.

13    Q   Was there anything else to those discussions other

14 than -- other than what you have just described?

15    A   Well, I would say in the context of bankruptcy the

16 only safety net we had or fallback under this tidal wave of

17 concessions they were trying to extract was federal law or

18 industry standard. So we could either point to here's the

19 industry standard or here's the federal law requirement. And

20 other than that, bankruptcy as a labor group you're quite open

21 for attack and having a USERRA provision to protect the MR days

22 because otherwise that would have been -- you know, that would

23 have been an easy pushback.

24    Q   As part of the negotiation of the 2013 CBA were there

25 ever any discussions between the APA and American about whether

1 military leave was comparable to any other form of leave pilots

2 had under USERRA?

3    A   It was probably mentioned that that's their

4 obligation was the requirement to treat military leave the same

5 way they treat other leaves. And that's obviously why we are

6 here.

7    Q   Beyond just the recognition of the obligation under

8 USERRA, were there any specific representations made by the APA

9 about whether or not certain kinds of leave were comparable to

10 military leave?

11    A   I am sure somewhere in the process there were

12 discussions, but I would say there were generally an

13 understanding of, you know, how that applied and how it was

14 interpreted because if we felt they were out of line, we would

15 have protested or pushed back.

16       MR. DOWNES: I am going to go ahead and ask that

17 we take a 10 minute break. We have been going for about an

18 hour now. Is that okay with everyone?

19       MR. CLARK: Sure.

20       THE REPORTER: Going off the record at 10:23

21 a.m.

22       (A break ensued from 10:23 a.m. to 10:39 a.m.)

23       THE REPORTER: Going back on the record at 10:39

24 a.m.

25    Q   Mr. Roghair, you previously testified that the

9 (Pages 30 - 33)

Page 46

```
 1          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3  JAMES P. SCANLAN, on behalf   )
    of himself and all others     )
 4  similarly situated,           )
               Plaintiff,     )  Case No. 2:18-cv-04040-HB
 5                            )
                              )
 6  VS.                       )
                              )
 7                            )
    AMERICAN AIRLINES GROUP, INC. )
 8  and AMERICAN AIRLINES, INC.   )
              Defendants.    )
 9
10
11          REPORTER'S CERTIFICATION
             DEPOSITION OF NEIL ROGHAIR,
12      CORPORATE REP OF ALLIED PILOTS ASSOCIATION
             TAKEN ON APRIL 21, 2022
13
14
15
16      I, RHONDA JACKS, Certified Shorthand Reporter in and for
17  the State of Texas, certify to the following:
18      That the witness, NEIL ROGHAIR, was duly sworn by the
19  officer and that the transcript of the oral deposition is a
20  true record of the testimony given by the witness;
21      That the amount of time used by each party at the
22  deposition is as follows:
23      MR. COLIN DOWNES, 1 hour, 6 minutes.
24      MR. TRISTAN MORALES, 0 hours, 5 minutes.
25      MR. JAMES CLARK, 0 hours, 0 minutes.
```

Page 47

```
 1      That pursuant to the information made available to me at
 2  the time said deposition was taken, the following includes all
 3  parties of record:
 4      MR. COLIN DOWNES, Attorney for the Plaintiff
 5      MR. TRISTAN MORALES, Attorney for the Defendants
 6      MR. JAMES CLARK, Attorney for Allied Pilots Association
 7      That before the conclusion of the deposition, the witness,
 8  NEIL ROGHAIR, did request a review of this transcript pursuant
 9  to Rule 30(e)(1).
10      I further certify that I am neither counsel for,
11  related to, nor employed by any of the parties or attorneys in
12  the action in which this proceeding was taken, and further that
13  I am not financially or otherwise interested in the outcome of
14  the action.
15
16      Certified to by me, this 5th day of May, 2022.
17
18
19
20      [signature: Rhonda Jacks]
21      RHONDA JACKS, CSR #3665
        Expiration Date:  10-31-2023
22      VERITEXT LEGAL SOLUTIONS
        Firm Registration No. 571
23      300 Throckmorton Street
        Suite 1600
24      Fort Worth, TX 76102
        817-336-3042
25
```

13 (Pages 46 - 47)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| -vs.- | Civil Action No. 2:18-cv-04040-HB |
| AMERICAN AIRLINES GROUP INC., and AMERICAN AIRLINES, INC., | |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2022, upon consideration of Plaintiffs' Motion for Partial Summary Judgment and Defendants' Opposition, and all other pertinent parts of the record, it is hereby ORDERED that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs' Motion for Partial Summary Judgment is DENIED.


_____
Harvey Bartle III
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>AMERICAN AIRLINES GROUP INC., and AMERICAN AIRLINES, INC.,<br><br>Defendants. | Civil Action No. 2:18-cv-04040-HB |

## CERTIFICATE OF SERVICE

I, Mark W. Robertson, hereby certify that on August 31, 2022, I caused a true and correct copy of the foregoing Opposition to Plaintiffs' Motion for Partial Summary Judgment, Declaration and Exhibits in Support, and Proposed Order to be served on all counsel through the ECF system.

Respectfully submitted,

By: */s/ Mark W. Robertson*

Mark W. Robertson (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
mrobertson@omm.com

*Attorneys for Defendants American Airlines Group Inc. and American Airlines, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>AMERICAN AIRLINES GROUP INC., and AMERICAN AIRLINES, INC.,<br><br>Defendants. | Civil Action No. 2:18-cv-04040-HB |

## REPLY DECLARATION OF M. TRISTAN MORALES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, M. TRISTAN MORALES, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct:

1.      I am a partner at the law firm O'Melveny & Myers LLP, attorneys for Defendants.  I submit this Reply Declaration in support of Defendants' Motion for Summary Judgment.  I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

2.      I have attached as Exhibit 1 a true and correct copy of excerpts of the transcript of the Deposition of Plaintiff James P. Scanlan, taken March 10, 2020.

3.      I have attached as Exhibit 2 a true and correct copy of excerpts of the transcript of the Deposition of Captain J. F. Joseph, taken June 29, 2022.

4.      I have attached as Exhibit 3 a true and correct copy of excerpts of the transcript of the Deposition of Kimberly Wicker, taken March 30, 2022.

Executed this 16th day of September, 2022, in Washington, D.C.

_____
M. Tristan Morales

# EXHIBIT 1

```
 1            UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3   --------------------------------------
     JAMES P. SCANLAN, on  :
 4   behalf of himself and all     :
     others similarly situated,    :
 5                          :
          Plaintiff,    :
 6   -vs-                  :
                          :
 7   AMERICAN AIRLINES     :
     GROUP, INC., and      :
 8   AMERICAN AIRLINES, INC.,      :Civil Action No.
                          :2:18-cv-04040-HB
 9        Defendants.    :
     --------------------------------------
10
11
                    -  -  -
12              MARCH 10, 2020
                    -  -  -
13
14            Oral sworn deposition of JAMES P.
15        SCANLAN, held in the offices of THE GARNER
16        FIRM, LTD., 1515 Market Street,
17        Philadelphia, Pennsylvania, on the above
18        date, before Margaret M. Reihl, RPR, CCR,
19        CRR, CLR and Notary Public, on the above
20        date, commencing at 10:56 a.m., there
21        being present:
22
             GOLKOW LITIGATION SERVICES
23        877.370.3377 ph/ 917.591.5672 fax
                  deps@golkow.com
24
```

Page 78

1    I've been assigned, yes.
2  BY MR. MORALES:
3    Q.   Okay.  And so for -- of the various
4  training obligation days that you've testified
5  about, approximately how many of those would be
6  considered active duty training versus inactive
7  duty training, in your experience?
8    A.   Every flyer in the Air Force
9  reserve gets -- you have your normal 24 inactive
10  duty training periods -- sorry, 48 in -- 48
11  four-hour inactive duty training periods in a
12  year.  That's a drill weekend, one drill weekend a
13  month, plus another 48 additional flying training
14  periods, those are four-hour periods for flying
15  training.  Anything other than those inactive duty
16  training would most likely be active duty for
17  training.
18    Q.   So, in your experience, out of a
19  sample 100 training days, approximately how many
20  of those, in your experience, have been active
21  duty versus inactive duty?
22    A.   In a flying unit?  They would be
23  approximately 48 inactive duty days.  The
24  remainder would be active duty days.

Page 79

1    Q.   Is the scheduling process with
2  respect to your unit the same for scheduling
3  inactive duty training as it is for active duty
4  training?
5    MR. BARTON:  Objection to form,
6    vague.
7    THE WITNESS:  I don't understand
8    the question.
9  BY MR. MORALES:
10    Q.   With respect to inactive duty
11  training, is there, in your experience, typically
12  a negotiation between yourself and your unit about
13  the day in which you will perform inactive duty
14  training?
15    MR. BARTON:  Objection to form,
16    vague.
17    THE WITNESS:  None of this is
18    predicated necessarily on what we call the
19    pay status, inactive duty versus active
20    duty.
21    Again, most things are event
22    driven.  You have a requirement that you
23    need to perform and then what the
24    appropriate pay status, as we call it,

Page 80

1  whether it's active duty or inactive duty
2  follows.
3    And so more so than whether it's
4  active duty for training or inactive duty
5  for training, it's the training
6  requirement.
7  BY MR. MORALES:
8    Q.   And there's a scheduling process
9  that follows to identify particular dates to
10  satisfy a training requirement; is that correct?
11    A.   Yes.
12    Q.   And that's true for active duty
13  training and inactive duty training?
14    A.   Yes.
15    Q.   Who typically, in your experience
16  in the 20-year period, who typically initiates
17  scheduling an active duty training period, the
18  reservist or the unit?
19    A.   The unit.
20    Q.   And what is that process in a
21  typical scheduling circumstance?
22    A.   They have a set of dates that the
23  required training event is available, and that set
24  of dates is provided to the reservist to figure

Page 81

1  out, okay, when are you going to accomplish your
2  scheduled training.
3    If it's a flying training event again, I
4  mean, you need an aircraft on a certain day and,
5  you know, so the aircraft -- if the aircraft is
6  available.  And then it all changes because you go
7  in for a date for a training, and then the
8  aircraft breaks, you don't complete the required
9  training, and then you got to reschedule it again
10  to another day.  So it's all very complicated.
11    Q.   And in the 20-year period, has
12  there ever been a circumstance where your unit has
13  said you've been assigned to active duty training
14  for September 1st, you know, 19 -- or 2010, for
15  example, and you have to appear on that date,
16  period?
17    A.   Yes, mandatory training event.
18  Legally, I could not show up but --
19    Q.   You're saying legally you have the
20  ability to not show up?
21    MR. BARTON:  Objection,
22    mischaracterizes the testimony.
23  BY MR. MORALES:
24    Q.   Please explain.  You said legally

1  you have the ability to not show up, what do you
2  mean by that?
3      A.    So there's not expectation and
4  obligation for you to maintain your currency as a
5  condition of being in the unit, but when we get
6  into the legalities of legitimately ordering
7  someone to be at an appointed place or appointed
8  time that if you fail to show that you will be
9  subject to punitive action, those are limited.
10 Those, like the involuntary activation, so --
11     Q.    Are there other circumstances aside
12 from involuntary activation where that applies?
13     A.    Yes, annual tour.
14     Q.    What is that?
15     A.    So every reservist is expected to
16 do their two weeks of training, 14 days. A
17 commanding officer has the authority to order a
18 reservist to show at a specific place and time,
19 and that reservist is legally obligated to be
20 there.
21     Q.    And have you ever received that
22 order?
23     A.    No.
24     Q.    In terms of inactive duty training,

1  does the process mirror what you just described in
2  terms of the unit providing dates and then you
3  essentially selecting a date among those they
4  provided?
5      A.    Not exactly. So the unit will
6  schedule, say, weekend drill periods for certain
7  days and certain times. If I elect not to show up
8  at that appointed place and appointed time, I'm
9  given what's called an unexcused absence.
10     After I accumulate eight unexcused
11 absences, I can be processed out of the unit.
12     Q.    And when you say a given date and a
13 given time, what do you mean by that?
14     A.    A set date and a set time.
15 Sometimes it's a drill weekend.
16     Q.    So you receive set dates for
17 inactive duty training that are mandatory?
18     A.    It varies by unit.
19     Q.    In your 20 years that you've
20 testified about, have you received mandatory
21 inactive duty training dates?
22     A.    Yes.
23     Q.    And how frequently does that occur?
24     A.    It varied by unit.

1      Q.    What is the variation in terms of
2  the difference among units? Did some units say
3  you had to be here once a month for inactive duty
4  training and others said five times a month, or
5  how would you quantify the variation?
6      A.    Similar to what you described. It
7  is by unit.
8      For example, in my KC-10 unit we had a set
9  drill schedule for the entire year, which weekend
10 of each month, every month there is a drill
11 weekend, and which weekend was the drill weekend
12 for the entire year.
13     However, only one was mandatory. The
14 guidance was if you were current and qualified,
15 you fulfilled all your training requirements prior
16 to that drill period, you were not required to be
17 there that weekend. So there's policies like that
18 in different units.
19     Commanders have the ability to allow a
20 reschedule of a drill period, if it's within their
21 authority, and so other -- sometimes they will,
22 sometimes they will not.
23     Q.    Have you ever personally requested
24 a reschedule of a drill period?

1      A.    Yes.
2      Q.    And have you ever had a request to
3  reschedule a drill period denied by the commanding
4  officer?
5      A.    Not to my recollection.
6      Q.    When the mandatory and active duty
7  training events occur, are those events
8  communicated to the reservist in advance of the
9  event?
10     A.    That is the intent to do it as far
11 in advance as possible, but, again, it depends.
12     Q.    Approximately how far in advance is
13 typical for an inactive duty mandatory training
14 event?
15     A.    It depends, because if you're
16 talking about drill weekend, every unit in the Air
17 Force Reserve publishes what we call unit training
18 assembly, drill weekend schedule for the entire
19 year, but then whether or not you have to be there
20 on those days varies by unit.
21     Other inactive duty training I talked
22 about additional flying training periods, which is
23 inactive duty, those are subject to when the
24 aircraft is available to fly.

|  | Page 102 |
|---|---|

1    Q.    The -- what I'll refer to as the
2  notification component of PBS, what exactly does
3  the prompt in PBS call for in terms of planned
4  absences?
5    A.    There is no prompt.
6    Q.    Okay.  So how is it -- on what
7  basis then do you understand that the notification
8  is being requested by the system for information
9  regarding planned absences?
10    A.    There is a PBS sequence of events
11  that's published on a web page, and it lists I
12  believe it's the 7th as the military duty
13  deadline.
14    Q.    So PBS has a -- is it like a drop
15  down bar?
16    A.    No, not at all.  So there's a
17  schedule which is just that, a schedule is listed.
18    You can't input these things into the PBS
19  system.  You actually have to e-mail the base
20  planner, and the base planner, American Airlines
21  personnel, inputs that into your schedule.
22    Q.    And the prompt identifies the 7th
23  of the -- essentially of the bidding month as the
24  date whereby you're asked to provide that

|  | Page 103 |
|---|---|

1  information; is that correct?
2    A.    It's either the 7th or the 8th, but
3  I believe it's the 7th.
4    Q.    So, for example, your understanding
5  is by March 7th, you would be expected to provide
6  notification of any military leave for April to
7  the base planner or other equivalent person of
8  each bid period; is that correct?
9    A.    Yes.
10    Q.    And is that true for all absences?
11    A.    I'm not sure.
12    Q.    Do you understand -- is it your
13  understanding that PBS prompts you to identify,
14  for example, if you're going on union leave in
15  April; would you be expected to identify that by
16  the 7th of March?
17    A.    No.
18    Q.    What about jury duty?
19    A.    I don't know.
20    Q.    What about bereavement leave?
21    A.    I don't know.
22    Q.    Have you ever notified American
23  Airlines of upcoming military leave through this
24  process you're describing in PBS?

|  | Page 104 |
|---|---|

1    A.    Yes.
2    Q.    Okay.  And approximately how
3  frequently as a percentage basis do you provide
4  that notification by the 7th of the month?
5    A.    Infrequently.
6    Q.    Is that 10%, 20%?
7    A.    I would say ballpark 10; 10 to 20%
8  is a good number.
9    Q.    And why is that?
10    A.    Because I don't know my schedule.
11    Q.    And when you say you don't know
12  your schedule, are you referring to your schedule
13  with American Airlines or with the reserve unit?
14    A.    I don't know my military schedule,
15  and, again, I'm assigned to an active duty unit,
16  so I just don't know when my military schedule is.
17    Q.    Okay.  When you do know your
18  military schedule for the upcoming bid period, do
19  you provide that information by the 7th of the
20  month to American Airlines?
21    A.    If it's finalized.
22    Q.    Okay.  And what does "finalized"
23  mean, orders executed?
24    A.    Exactly.

|  | Page 105 |
|---|---|

1    Q.    When you're traveling to training
2  or tour events, you said you travel using employee
3  travel 90% of the time; is that correct?
4    A.    Ballpark, yes.
5    Q.    And is it correct to say that
6  that's done through a listing process on JETNET?
7    A.    Yes.
8    Q.    Okay.  Do you always wait to list
9  your travel itinerary on JETNET until you've
10  received executed orders?
11    A.    Yes.
12    Q.    Is there any circumstance where
13  you've listed yourself on JETNET for employee
14  travel before orders were executed?
15    A.    I don't know.  There may be a time
16  where I anticipated that I would -- I thought that
17  I would have to travel and I may have reserved the
18  jump seat, but I honestly don't know.
19    Q.    Is there any time where you have
20  notified American Airlines of jury duty, for
21  example, using the PBS process that you described?
22    A.    I've never served on jury duty.
23    Q.    Is there any circumstance where
24  you've informed American Airlines of bereavement

Case 2:22-cv-04104-DMG Document 84-4 Page 1070 of 1090 Filed 03/23/2023
Case 2:22-cv-04104-DMG Document 24-4 Page 1070 of 1090 Filed 03/23/2023
James P. Scanlan

Page 106

1 leave using the PBS process that you've
2 identified?
3    A.    I've never taken bereavement leave
4 at American.
5    Q.    In the circumstances where you've
6 communicated to American upcoming military leave
7 by the 7th, is it right to say that that
8 communication goes to a base planner?
9    A.    Yes.
10   Q.    And is that part of crew
11 scheduling, or where does that -- where does the
12 base planner typically sit, if you know?
13   A.    I don't know.
14   Q.    Okay.  Has a base planner ever
15 denied your request for military leave?
16   A.    No.
17   Q.    Okay.  Has anyone at American
18 Airlines ever denied a request that you've made to
19 take leave for military service?
20   A.    No.
21   Q.    To your understanding, does
22 American have the authority to deny a request from
23 you to take leave for military service?
24   A.    I'll say no, they're obligated

Page 107

1 under the law to release me to perform the
2 service.  The status they put you in, that's up to
3 the company, but you must be released to perform
4 the military duties, my understanding.
5    Q.    So, in other words, there's never
6 been a circumstance where you have planned
7 military leave and American Airlines has said no,
8 you can't go on military leave?
9         MR. BARTON:  Objection to form,
10        characterization.
11        THE WITNESS:  I don't recall ever
12        having an experience like that.
13 BY MR. MORALES:
14   Q.    And your understanding is that they
15 would not be authorized as a matter of law to do
16 that; is that correct?
17        MR. BARTON:  Asked and answered.
18        THE WITNESS:  Yes.
19 BY MR. MORALES:
20   Q.    Is there any circumstance where you
21 have provided notification to American Airlines of
22 military leave after the 7th of the preceding bid
23 period?
24   A.    Yes.

Page 108

1    Q.    And I believe you said that was
2 approximately 90% of the time?
3    A.    Yes.
4    Q.    Is there any circumstance where
5 American Airlines, base planner or otherwise, has
6 denied the request for leave under that
7 circumstance?
8    A.    No.
9    Q.    Okay.  Is there any limitation, in
10 your view, under the Collective Bargaining or
11 otherwise at American Airlines -- scratch that.
12        Is there any requirement on you as an
13 American Airlines pilot under the Collective
14 Bargaining Agreement or otherwise, to your
15 understanding, that requires you to inform
16 American Airlines by a certain period of time that
17 you intend to take military leave?
18        MR. BARTON:  Objection to form,
19        asked and answered.
20        THE WITNESS:  You used the term
21        "requirement."  There's no requirement.
22        It just says advanced notice.
23 BY MR. MORALES:
24   Q.    And when you say "it just says,"

Page 109

1 what are you referring to?
2    A.    The law and the Collective
3 Bargaining Agreement.
4    Q.    Are there circumstances where you
5 notify American Airlines of military service that
6 conflicts with a scheduled trip that you're
7 scheduled to fly for American Airlines?
8         MR. BARTON:  Objection, vague as to
9         time.
10 BY MR. MORALES:
11   Q.    Has there ever been a circumstance
12 where you have a trip scheduled and -- let me
13 scratch that.
14        Has there ever been a circumstance where
15 you as an American Airlines pilot have a trip
16 scheduled to fly for American Airlines, and you
17 thereafter have military leave scheduled such that
18 it conflicts with your scheduled flying for
19 American Airlines?
20   A.    Yes.
21   Q.    And about how frequently does that
22 occur?
23   A.    I don't know, honestly.  I don't
24 always have a fixed schedule.  Like this month I'm

Page 110

1 scheduled on-call.  This month I had two days of
2 military duty that conflicted with reserve dates
3 earlier in the month, and I have four days next
4 week.
5      Q.    So, for example, if you're
6 scheduled to depart -- how long is a typical trip
7 in your current -- you're current 737 captain of
8 New York; is that correct?
9      A.    Yes.
10      Q.    And you -- and we'll talk about
11 the -- your current bid status, but you currently
12 are reserve?
13          MR. BARTON:  Objection to form.
14          MR. MORALES:  Scratch that.
15 BY MR. MORALES:
16      Q.    Are you currently a reserve as of
17 the present bid period at American Airlines?
18      A.    Bid month of March, I have a
19 reserve schedule, yes.
20      Q.    And when was the last time that you
21 were on what I'll call regular line holder status?
22 Is that the appropriate term?
23      A.    Yes.
24      Q.    And when was the last time that you

Page 111

1 were on regular line holder status?
2      A.    February.
3      Q.    So for February 2020, just to take
4 a hypothetical, is there a typical length of trip
5 that you're awarded through the PBS system when
6 you bid a line of flying?
7      A.    Anywhere from 1 to 4 days.
8      Q.    Okay.  So in the hypothetical where
9 you have a four-day trip leaving tomorrow at
10 9:00 a.m. and this afternoon you confirm military
11 duty, is there any requirement, in your
12 understanding, under the Collective Bargaining
13 Agreement or otherwise for when you notify
14 American Airlines of that military duty?
15      A.    It just says advanced notice.
16      Q.    Okay.  So, in your understanding,
17 if you notified American at 8:55 tomorrow morning,
18 that would not run afoul of any Collective
19 Bargaining provision or any other provision of
20 law; is that fair?
21      A.    If I notify them at 8:55 tomorrow
22 morning for a trip when?
23      Q.    At 9:00 a.m.
24      A.    To the best of my knowledge, it

Page 112

1 would be within the law and the CBA.
2      Q.    Have you ever had a cancellation
3 that you communicated -- or scratch that.
4          Have you ever notified American Airlines
5 on the day of a scheduled trip that you need to
6 drop the trip because of military duty?
7      A.    No.
8      Q.    Have you ever notified American the
9 day before a trip that you needed to drop the trip
10 because of scheduled military duty?
11      A.    I don't recall.
12      Q.    Okay.  Does the scheduling process
13 differ between regular line holders and reserve
14 pilots?
15      A.    Not the bidding process.  You all
16 bid -- you're talking about bidding on a schedule
17 for the month?
18      Q.    I'm just asking generally, at a
19 high level, are there differences in how a bid
20 period of work is scheduled for a regular line
21 holder American pilot versus a reserve line
22 holder?
23      A.    Yes.
24      Q.    In what ways is there difference?

Page 113

1      A.    Well, a line holder has specific
2 trips, right, that they fly, and those trips based
3 on their bid and what they're awarded could be in
4 any sequence.  They could fly two trips one week,
5 no trip the next week, and they could fly three
6 trips back to back and have a week off.
7          Generally, on reserve you have either --
8 for 737 pilots, the parameters are three to six
9 days on-call, after which you have to have at
10 least one day off.  So there's a little bit of
11 a -- more of a rhythm there.
12      Q.    Okay.  So regular line holders bid
13 trips; is that correct?
14      A.    Everybody bids together.
15      Q.    So does a reserve bid using the
16 same parameters in PBS that you testified earlier
17 regarding preferences for trips?
18      A.    Yes.
19      Q.    And does a reserve line holder
20 receive the same award as a regular line holder?
21 Let me ask you this -- scratch that.
22          You testified that a bid period differs
23 for reserve versus regular line holder because a
24 reserve typically has a period of days on-call,

Case 2:22-cv-04201-JFM Document 24-4 Page 1072 of 1090 Filed 03/23/2023
Case 2:22-cv-04201-JFM Document 24-4 Filed 03/23/23 Page 1072 of 1090
James P. Scanlan

Page 230

1 Section 3.5 of the 401(k) Plan for Pilots; is that
2 fair?  It starts "Notwithstanding any other
3 provision of the Plan."
4        A.    Yes.
5        Q.    Okay.  Paragraphs 85 and 86 -- I'm
6 sorry, 84 and 85 of your Complaint refer to the
7 profit-sharing plan document.
8        Is there any reference or provision in the
9 profit-sharing document to qualified military
10 service or military leaves of absence period?
11            MR. BARTON:  Objection, no
12 foundation.
13            THE WITNESS:  I'd have to look at
14       the profit-sharing document again.
15            MR. MORALES:  Could we go off for
16       one second.
17            (Brief recess taken at 4:11 p.m.)
18            (Deposition resumes at 4:15 p.m.)
19 BY MR. MORALES:
20       Q.    Mr. Scanlan, who is Scott Wolford?
21       A.    He's a pilot at American Airlines.
22       Q.    Have you had discussions with
23 Mr. Wolford about the Complaint and the present
24 case?

Page 231

1        A.    Before it was filed, yes.
2        Q.    And what were the nature of those
3 discussions?
4        A.    He had asked me if we received
5 profit-sharing credit for periods of military
6 leave, and I had said no.  And we had a subsequent
7 conversation, and eventually I said, well, I'm
8 exploring, you know, whether to pursue a legal
9 remedy.
10       Q.    Any other conversations with
11 Mr. Wolford about this case?
12       A.    I've only had one phone
13 conversation with him and then some e-mail
14 exchanges.
15       Q.    Anything in terms of discussion
16 beyond what you've just identified?
17       A.    Not really, no.
18       Q.    What about Mr. O'Rourke, we looked
19 at an e-mail exchange with Mr. O'Rourke earlier.
20       Have you had additional communications
21 with Mr. O'Rourke beyond what was in the e-mail
22 thread regarding the allegations in the Amended
23 Complaint?
24       A.    Only the profit-sharing piece.  I

Page 232

1 can't remember the last time we spoke about it.
2        Q.    Okay.  And were the discussions
3 that you had with Mr. O'Rourke in line with the
4 discussions reflected in the e-mail thread with
5 him that we reviewed earlier today about eligible
6 earnings and compensation?
7        A.    Pretty much.
8        Q.    Okay.  And then what about the APA
9 National Board of Directors, what conversations
10 have you had with them regarding the allegations
11 in the Amended Complaint?
12       A.    Last April, I believe, I just
13 provided them an update on the military affairs
14 committee and let them know this lawsuit was being
15 litigated.  I mean, I just basically told them
16 what the premise of the suit was and that, you
17 know, it was -- at that point it had been filed, I
18 believe.
19       Q.    Okay.  You testified earlier about
20 notification of planned absences that pilots
21 provide in the context of scheduling.
22       Do you recall that testimony?
23       A.    Yes.
24       Q.    Is it accurate to say that pilots

Page 233

1 are required to provide notification of planned
2 absences if they have notice in advance of the 7th
3 of the month that you identified?
4            MR. BARTON:  Objection, asked and
5       answered.  Objection, mischaracterization.
6            THE WITNESS:  I don't know if I
7       would use the word "required."  Desired
8       maybe.
9 BY MR. MORALES:
10       Q.    If you're aware by the 6th of a bid
11 period that you're going to take a leave of
12 absence, whether it's military or otherwise, do
13 you always provide notification of that by the
14 7th?
15       A.    In my particular case?
16       Q.    Yeah.
17       A.    I honestly don't recall.
18       Q.    Is there any circumstance you can
19 recall where you were aware of a planned leave of
20 absence by the 7th, military or non military, and
21 you did not communicate it to the PBS system or
22 the scheduling system at the time of the 7th?
23       A.    I can't specifically recall one.
24       Q.    Have you ever had -- have you ever

Page 250

CERTIFICATION

1 C E R T I F I C A T I O N
2        I, MARGARET M. REIHL, a
3 Registered Professional Reporter,
4 Certified Realtime Reporter, Certified
5 Court Reporter, Certified LiveNote
6 Reporter and Notary Public, do hereby
7 certify that the foregoing is a true and
8 accurate transcript of the testimony as
9 taken stenographically by and before me at
10 the time, place, and on the date
11 hereinbefore set forth.
12        I DO FURTHER CERTIFY that I am
13 neither a relative nor employee nor
14 attorney nor counsel of any of the parties
15 to this action, and that I am neither a
16 relative nor employee of such attorney or
17 counsel, and that I am not financially
18 interested in the action.
19
20
21 -------------------------------------------
   Margaret M. Reihl, RPR, CRR, CLR
22 CCR License #XI01497
   NCRA License #047425
23
24

Page 251

1    ACKNOWLEDGMENT OF DEPONENT
2       I, JAMES P. SCANLAN, do hereby
3 certify that I have read the foregoing
4 pages and that the same is a correct
5 transcription of the answers given by me
6 to the questions therein propounded,
7 except for the corrections or changes in
8 form or substance, if any, noted in the
9 attached Errata Sheet.
10
11
12 _____
   JAMES P. SCANLAN            DATE
13
14
...

Page 252

ERRATA

Page   Line   Change   Reason

(errata lines)

# EXHIBIT 2

1          N THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

JAMES P. SCANLAN, on        *
3  Behalf of himself          *
   And all others similarly   *
4  Situated,                  *
                              *
5       Plaintiff,            * Case No. 2:18-cv-04040-HB
                              *
6                              *
   -vs.-                      *
7                              *
   AMERICAN AIRLINES GROUP,    *
8  INC. and AMERICAN AIRLINES, *
   INC.                       *
9                              *
       Defendants             *
10

11          *********************************************

12                      ORAL DEPOSITION OF

13                         J.F. JOSEPH

                         JUNE 29, 2022
14

15          *********************************************

16          ORAL DEPOSITION OF J.F. JOSEPH, produced at the
17  instance of the Plaintiff and the Class, and duly sworn,
18  was taken in the above-styled and numbered case on the
19  29th day of June, 2022 from 9:42 a.m. to 3:06 p.m.
20  before Dana Montgomery, Certified Shorthand Reporter in
21  and for the State of Texas, reported by machine shorthand
22  at the office of Veritext Legal Solutions, 515 Congress
23  Avenue, Suite 1700, pursuant to the Federal Rules of
24  Civil Procedure and the provisions stated on the record
25  or attached hereto.

Page 114

1    A. Yes, sir.
2    Q. What does that mean, that they have an elevated
3 level of predictability?
4    A. Well, I think both parties have had a peak
5 underneath the curtain where they can anticipate what is
6 going to happen in the following month or six months or a
7 year from now.
8    Q. In the next sentence you say, This in turn
9 allows pilots and crew members employed by the airlines
10 to bid a more predictable and accommodating work schedule
11 to include weekend flying. Do you see that?
12   A. Yes, sir.
13   Q. So the crew members you're referring to here,
14 are these people that you referenced earlier who may be
15 not a pilot for the military but a pilot for American?
16   A. Or for an airline.
17   Q. Or for an airline. But we're talking about
18 American here.
19   A. Yes, sir.
20   Q. That's who you're referring to?
21   A. That's correct, sir.
22   Q. So what is the importance when you say, To
23 include weekend flying? What does that -- why is that
24 reference in there?
25   A. Well, obviously the inference here would be to

Page 115

1 de-conflict with weekend -- drill weekend scheduling.
2    Q. Okay. So the weekend flying is for the
3 airline?
4    A. Well --
5    Q. I'm trying to -- I'm sorry. I'm trying to
6 understand. Does the weekend flying refer to military or
7 the airline?
8    A. Well, it would be military obviously for the
9 drill weekend, but also how that's going to impact all
10 the weekend flying for the airlines, as well, since we're
11 talking about two schedules.
12   Q. And then you say, In practice, service member
13 attendance at monthly drill weekend was generally well
14 below 100 percent of the unit, and often only
15 approximately half of the service members in a unit would
16 be in attendance for a given drill weekend.
17      Do you see that?
18   A. Yes, sir.
19   Q. Is it fair to say that that is based on your
20 personal experience in the Marines?
21   A. That was certainly the case for me. But I -- I
22 came to find that that was not unusual in other branches,
23 as well.
24   Q. Okay. And are we -- this refers specifically
25 to pilots or across the board for all service members?

Page 116

1    A. I would say probably more so for pilots. For
2 those personnel that were doing the reserve thing that
3 had 9:00 to 5:00 jobs, you know, they had a lot more
4 predictability in terms of I know I'm going to be off on
5 the weekend, I never work weekends. Well, that's
6 obviously not the case if somebody is working for the
7 airlines. But for those folks that were not in aviation
8 occupations, they could pretty much show up for every
9 drill weekend.
10   Q. Did the percentage of attendance vary as to
11 whether or not the drill weekend was -- occurred as
12 initially planned versus whether or not it had been
13 changed from the initial schedule?
14   A. No. Because most -- or many of the folks that
15 I knew, and certainly within our command, operational
16 entities where your demands for -- to meet missions, a
17 drill weekend just happened to be a place where a group
18 of people may pass in the night, so to speak. I can cite
19 probably a number of different instances where I wouldn't
20 see somebody in the unit for six or eight months because
21 we were on different schedules, if you will. Where it
22 would have been a drill weekend, we were out planning
23 operational missions, so I wasn't in the hanger spaces.
24   Q. So you're telling me that people are missing
25 the drill weekends because they're doing something else

Page 117

1 for the military that weekend?
2    A. Typically, yes.
3    Q. I see. And not that they're just not showing
4 up for drill weekend, or you don't -- or you don't know
5 why they're not there?
6    A. There may be a number of reasons that they're
7 not there for a drill weekend. But for the most part
8 it's because they were out doing a mission somewhere
9 else, or they had already flown a mission previous or
10 going to fly one the following week that would take the
11 place of that drill weekend.
12   Q. And so just so I understand, so that the -- the
13 attendance is not -- or the attendance under the well
14 below or -- of 100 percent of the unit is not that people
15 are just rescheduling for personal reasons, but because
16 they have either some other military mission or have
17 otherwise fulfilled what they needed to fulfill for the
18 military. Is that right?
19      MR. MORALES: Objection to form, and asked
20 and answered.
21   A. That would be the case. They either already
22 have or they're going to serve in a -- in a schedule such
23 that that would make up for that drill weekends or take
24 the place of that drill weekend.
25   Q. And you said you came to learn that this also

30 (Pages 114 - 117)

Page 118

1  applied outside of your unit in the Marines.  And let's
2  talk about what you know about other branches.  What's
3  the basis of that knowledge?
4      A.  Joint service exercises.  Inevitably,
5  particularly with reserve components, you would affiliate
6  with other members from other branches of the service.
7  And, you know, pursuant just to discussions.  You may fly
8  with somebody at the airline that you recognize you're
9  flying with on an exercise from another branch of the
10  service.  And so there were I think great similarities in
11  terms of task and tempo of how the two schedules are put
12  together.
13      Q.  So what you're telling me is that you discussed
14  attendance levels at drill weekends with these people on
15  drill weekends from other branches of the service?
16      A.  Yes.  Yes.
17      Q.  And is that -- beyond your own experience, is
18  that the basis of your knowledge to say the similarity
19  across the other branches in terms of the percentage of
20  attendance on drill weekends?
21          MR. MORALES:  Objection; asked and
22  answered.
23      A.  Again, I couldn't speak to what percentages
24  they may flex up or down to.  But it is -- in any
25  operational squadron it does dramatically impact their

Page 119

1  scheduled drill attendance.  And that would be true in my
2  observations with virtually any branch of services.
3      Q.  So I just want to make it clear.  So the branch
4  of the service that you're personally involved is your
5  unit in the Marines.  Is that right?
6      A.  Yes, sir.
7      Q.  Okay.  And the knowledge that you have in terms
8  of any percentages of attendance at drill weekends comes
9  from your discussions with other reservist in other
10  branches?
11      A.  Yes.
12      Q.  And is that -- is that the total basis of what
13  forms your statement here?
14          MR. MORALES:  Objection; asked and
15  answered.
16      Q.  Or is there something else?
17      A.  Well, again, I've not gone out to do any kind
18  of statistical analysis, any formal study of it.  But
19  antidotally in discussions with other members doing the
20  same thing that I was in different branches, they were
21  very similar.
22      Q.  Okay.  I just want to understand --
23      A.  Yes.
24      Q.  -- where you got this information and the bases
25  of it.

Page 120

1      A.  Sure.
2      Q.  And those are the two bases.  Correct?
3      A.  Yes, sir.
4      Q.  Okay.  In the next sentence you make the
5  statement, Service members who are unable to attend a
6  given drill weekend were provided opportunities by the
7  unit to make up their drill weekend either on the later
8  weekends or in conjunction other training events.
9          Do you see that?
10      A.  Yes, sir.
11      Q.  I understand that sentence to then refer to
12  times when there was some nonmilitary reason for a
13  service member not to attend the drill weekend.  Is that
14  right?
15      A.  Yes, sir.  That was just -- understanding in
16  the flexibility, somebody's got a wedding or a death in
17  the family, whatever it might have been, so I'm not going
18  to be able to make drill weekend, we'll take care of you.
19  Don't worry about it.
20      Q.  What were the -- strike that.
21          Did you need permission in order to not show up
22  for drill weekend?
23      A.  No.  Not actually need permission.  I think it
24  was always -- and I recognized this when I was the XO of
25  a squadron, that everybody appreciates a heads-up.  And I

Page 121

1  don't recall an instance where somebody did not say -- it
2  may have even been day of drill weekend, listen, I'm not
3  going to make it.  I'm at the airport and I can't get on
4  the plane.  So I think the lion's share -- like I said, I
5  can't remember any specific instance where we did not
6  have some knowledge that an individual would not be
7  attending drill weekend for one reason or another.
8      Q.  Is it fair to say that someone needed a good
9  reason for not -- not to attend?
10          MR. MORALES:  Objection; asked and
11  answered.
12      A.  Well, I -- well, I think that's somewhat
13  subjective.  I think the commands were very lenient,
14  understanding particularly people that were balancing a
15  couple of different schedules.  But you would look for a
16  reason rather than an excuse, I think from the command
17  perspective, that somebody could not attend drill weekend
18  for one reason or another.
19      Q.  So what is the difference between a reason and
20  an excuse?
21      A.  Well, an excuse would assign some degree of
22  fault to something, such as my dog ate my homework.
23  Somebody that couldn't attend drill weekend, you know, I
24  was on my way to the airport and I walked out and I had
25  four flat tires, well, that's probably an excuse.  You

Page 122

1　know, all we ask is for a courtesy call to just let us
2　know.
3　　　　And the other thing is, we had a responsibility
4　to find out whether or not, you know, somebody, God
5　forbid, was dead laying on the side of the road and
6　they're supposed to be in drill attendance and we didn't
7　know that.
8　　　Q.　Is it fair to say that they were expected to
9　show up for drill weekend unless they had provided a
10　reason or advanced notice?
11　　　　MR. MORALES:　Objection; asked and
12　answered.
13　　　A.　Yes.
14　　　Q.　And if someone was unable to attend a drill
15　weekend, were they -- and you said they were provided
16　opportunities to make it up, was it then a -- what was
17　the time frame by which they had to make it up?
18　　　A.　That would vary.　Certainly in terms of our
19　tempo of operations, if we had a number of exercises we
20　were supporting or real world operations that were going
21　on, we'd have, you know, a lot of flexibility where we
22　could put somebody on the flight schedule.　The only
23　restrictions for something like that might be if somebody
24　was going to expire in qualifications.
25　　　Q.　But the scheduling -- I mean -- strike that.

Page 123

1　　　　The reservist would need to meet the schedules
2　for drills as the military sat?
3　　　　MR. MORALES:　Objection to form.
4　　　A.　The intent would be that you would attend every
5　drill weekend.　That was certainly the dream sheet, if
6　you will.　But we recognized that that was not going to
7　be the case, to where, you know, drill attendance might
8　be at 50 or 60 percent and we'd say, that's fine.　We can
9　do it because we're dealing with other real world
10　obligations.
11　　　Q.　And I'm focused on the reservist's obligation
12　to make it up.　Was there a time frame in which the
13　reservist needed to make up that drill weekend?
14　　　A.　Again, I guess I wasn't that clear with my
15　answer.　If -- it would be predicated on tempo of
16　operations and what missions were out there in the
17　periphery that we could assign them to.　For example,
18　hey, we could put you on this tanker mission in three
19　weeks.　Can you do four days and -- of which two will be
20　your drill weekends, or combine drill weekends for this
21　month and next month.　Yes.
22　　　Q.　Did you read the testimony of Mr. Scanlan where
23　he explained that he can't just -- if you missed a drill
24　weekend, you just couldn't call them up and say, well, I
25　missed Saturday and Sunday, I'm just going to come down

Page 124

1　Tuesday?
2　　　　MR. MORALES:　Objection to form,
3　foundation.
4　　　A.　That would be true.
5　　　Q.　You agree with that testimony?
6　　　A.　Yes.　You would have to be -- there would have
7　to be something operationally that you could assign a
8　reservist to do it.　For example, if somebody wanted to
9　come in on the following Monday or Tuesday, the active
10　duty staff might not even be there, because they're
11　taking off -- that's their weekend, so I probably can't
12　gave you anything to do.　You've got to have something to
13　do when you show up.
14　　　Q.　Did you have an understanding -- strike that.
15　　　　Based on your experience, if someone repeatedly
16　didn't show up for drill weekend and didn't make them up,
17　do you have an understanding in terms of what would
18　happen to that reservist?
19　　　A.　Well, certainly it becomes a reliability issue.
20　And that at the very least would be a point of discussion
21　where somebody would -- you would have with that drilling
22　reservist.
23　　　Q.　And if the situation -- if the reservist didn't
24　fix the situation or correct the situation, what then
25　happens with the reservist?

Page 125

1　　　　MR. MORALES:　Objection to form.
2　　　A.　Depending on what the circumstances were, it
3　may be time for -- for the military and that individual
4　to separate ways.
5　　　Q.　Is that a nice way of saying that the reservist
6　would be essentially involuntarily separated or
7　encouraged to separate?
8　　　　MR. MORALES:　Objection to form.
9　　　A.　That would be one of the -- one of the actions
10　that could be taken, yes.
11　　　Q.　What are some of the other actions that could
12　be taken?
13　　　A.　They may take assignment to some other unit,
14　you know, within the air wing or actually go to the --
15　you know, where they're doing what we call comic books,
16　doing text work and -- that's not involved with a organic
17　organization.
18　　　Q.　What is comic books?
19　　　A.　We call it going to schools that you're taking
20　by correspondence.　Not to diminish the worth of that,
21　but where they are kind of the inactive, they're doing --
22　they're not in an operational unit, but they are still
23　drilling and getting the points because of -- you know,
24　they're going to so many schools, different things like
25　that, but they're doing it administratively rather than

32 (Pages 122 - 125)

1 this is far less predictable than active duty training or
2 the drill weekends?
3      A.  Yes.
4      Q.  Would you agree that one fact or -- that
5 affects a pilot's ability to schedule these AFTPs and
6 AGTPs is equipment or aircraft availability?
7      A.  Certainly.
8      Q.  Would another factor that affects the pilot's
9 ability to schedule an AFTP or AGTP be higher priority
10 training requirements for other pilots?
11      A.  I'm sorry, I don't know if I understand your
12 question.
13      Q.  So does your -- if I'm a pilot and I'm trying
14 to schedule something, whether or not I can schedule it
15 might be impacted by the fact that you have more urgency
16 to fulfill training requirements, so I'll get bumped for
17 you?
18      A.  It could.  Yes, sir, it could.  And in the case
19 of just say somebody turning into a pumpkin if they don't
20 fly by this date and they're needed for a follow-on
21 mission, you would obviously be able to establish some
22 pecking order to that.
23      Q.  Is another factor that can affect a pilot's
24 ability to schedule an AFTP or AGTP weather?
25      A.  Well, I would say the air side would.  The

1 ground side probably not, but the air side, probably so.
2      Q.  Would instructor availability also be a factor
3 that can affect a pilot's ability to schedule AGTPs or
4 AFTPs?
5      A.  Well, it would be in the sense that if somebody
6 was -- needed a checkride at a specific time or they were
7 expired and needed currency where they had to fly with an
8 evaluator or an instructor polite, that would be the
9 case.  But in most cases, unless they were up against
10 some kind of an evaluation precursor or going unqualified
11 for -- you know, for lack of recency, that might not be
12 the case.  But they could come in any time there was an
13 airplane and a crew available.
14      MR. BARTON:  Sorry.  Could you read back my
15 question and that answer for me?
16      (Requested testimony read aloud)
17      Q.  Would seniority or rank affect a pilot's
18 ability to schedule AFTPs or AGTPs?
19      MR. MORALES:  Objection to form.
20      A.  Well, I would say, as much as I hate it admit,
21 it, yes.  Any organization -- flight organization, if an
22 06 or an 07 wanted to come out and fly, there's probably
23 better than even chance you're going to bump an 03.
24      Q.  Would you agree that there are certain military
25 training events that a service member, particularly a

1 pilot service member, cannot plan and where they cannot
2 avoid conflict with their airline flight schedule?
3      MR. MORALES:  Objection to form.
4      A.  I'm sorry, it's after lunch.  Could you --
5      Q.  Yeah.
6      MR. BARTON:  Can you read it back?
7      (Pending question read aloud)
8      Q.  Let me re-ask it.  Would you agree that there
9 are certain military training events that a pilot service
10 member cannot plan and/or where they could not avoid
11 conflict with their airline schedule?
12      A.  I think there would be circumstances, currency
13 and proficiency, in particular, where the time lines that
14 those may occur may not be compatible with the airline
15 schedule.
16      Q.  In the last sentence in this section you say,
17 Most of these AFTPs were for currency events that allowed
18 for flexibility in scheduling, because they could
19 generally be satisfied prior to a specific expiration
20 date, as well in some cases during a, quote, grace,
21 unquote, period, in parentheses, subsequent, end
22 parentheses, due to a date to avoid disqualification.
23      Do you see that?
24      A.  Yes, sir.
25      Q.  When you're referring to the grace period, what

1 are you referring to?
2      A.  There were some events, some qualifications,
3 that if you did not -- for example, you expire at the end
4 of July, there's a 30-day window there where you may be
5 able to go 30 days past that.  And the converse to that
6 would be, look, let's do the checkride early so that --
7 it may displace your anniversary date, but you won't go
8 unqualified.
9      Q.  What do you mean, the anniversary event?
10      A.  If it's an annual event, for example, it may
11 move your anniversary date.
12      Q.  Because you have to do it each year?
13      A.  Each year, that's right.
14      Q.  So if you do it -- if you must do it by
15 July 31st and you do it June 15th, your anniversary date
16 now becomes, what, the end of June?
17      A.  It could be, that's right.  If you moved around
18 like that, that's exactly right.
19      Q.  And is generally the grace period that you're
20 talking about like something in the neighborhood of 30
21 days?
22      A.  Yes, sir.  I would -- just to be clear on that,
23 there are probably some not qualifications evaluations,
24 but recency requires submissions.  For example, real kind
25 of high tech, like night vision goggle level stuff, that

35 (Pages 134 - 137)

1    Q.  Okay.  And then the next sentence -- actually,
2  sorry.  You say in this -- this first sentence you say,
3  As a junior first officer for the airline, I generally
4  spent seven to ten days a month flying with the Marine
5  Crops Reserve.  Do you see that?
6    A.  I do.
7    Q.  And then you make the statement, Throughout my
8  joint career with the civilian airline and the military,
9  and based on planing out my respective schedules, it was
10  not unusual to finish a three- or four-day trip with the
11  airline, and then proceed directly to my military command
12  to perform scheduled flight training events.
13      Do you see that?
14    A.  Yes, sir.
15    Q.  And the circumstance that you're describing
16  there is where you -- you're not taking -- you're not
17  referring to military leave that you're taking, just
18  referring to military service that you're performing
19  after your duties with the airline are complete.
20    A.  That would be correct.
21    Q.  In the next paragraph you make the statement,
22  In addition, in my experience, operational commands
23  respect the sacrifice that civilian employers make to
24  accommodate their military reservist, and their
25  commitments to military commands do, as well.

1      Do you see that?
2    A.  Yes.
3    Q.  And the operational commands that you're
4  referring to, of course, is the military operational
5  commands.  Right?
6    A.  Yes, sir.
7    Q.  And then the part of the sentence that says,
8  The military commands do as well, what do you mean by
9  that?
10    A.  I think the first part is probably more
11  specific from the tactical side of the house, and the
12  last part of the sentence would be services in general,
13  if you will.
14    Q.  And then you make the statement, As such, it is
15  the preference for the military commands to issue orders
16  with as much advance notice and flexibility as possible
17  to lessen the impact of military reserve absences on
18  employers.
19      Do you see that?
20    A.  Yes, sir.
21    Q.  And when you're referring to, It is the
22  preference, whose preference are you referring to?
23    A.  Well, the military wants to be a good employer,
24  and they recognize the impact, certainly we did, and I
25  saw it on both sides of the street.  Look, we recognize

1  this is going to impact your civilian job.  You're
2  providing a service for the country, so we're going to
3  give as much heads-up as we possibly can.  To that
4  extend, the routine scheduling such as drill weekends and
5  two weeks of active duty are scoped out to where there's
6  some level of predictability.  And they want to be a good
7  employer.  They want to do everything they can to
8  advocate and enhance the relationship between the
9  military and the civilian employers.
10    Q.  And in the cases where the military is able to
11  give advance notice and keep to that schedule, it then
12  means that an employer does not, at least in the case of
13  American Airlines pilots, have to deal with pilots who
14  have who to dump schedules and take military leave?
15        MR. MORALES:  Objection to form and
16  foundation.
17    A.  I would say that's the intent.  However, drill
18  weekend schedule and AT schedule are somewhat dream
19  sheets, if you will.  This is the best guess that we have
20  right now to what the organization wants to do.  And
21  through this wide net that we're going to cast, we're
22  going to probably end up with 50 percent of the unit is
23  going to be able to do this.  But we recognize that in
24  order for us to accommodate all of these missions that we
25  have elsewhere, we need people to be flying off schedule.

1    Q.  But I think your point is that to the extent
2  that the military can plan in advance, they attempt to do
3  so to lessen the burden on the employers?
4    A.  They do.  And again, that would be in the
5  context of here's a drill weekend schedule a year out and
6  here's the AT week and -- you know, a year out.  Or
7  months out, anyway.
8    Q.  So turning to the next page, you quote a -- you
9  quote testimony from the AP -- the representative of the
10  APA.  Do you see that?
11    A.  Yes, sir.
12    Q.  We're on Page 6.
13    A.  Yeah, about the third paragraph down.
14    Q.  Yes.  It's -- the paragraph starts, For
15  example, the APA, the certified union for American
16  Airlines pilots testified.
17    A.  Right.
18    Q.  And in the second sentence he makes the
19  statement, And some of the military pilots have no say or
20  control over their schedule.
21      Do you see that?
22    A.  Yes, sir.
23    Q.  Do you agree with that statement?
24    A.  I would say there are certain instances where
25  that may very well be the case.  For example, currency

## Page 162

1    MR. M. TRINTON MORALES - 0 hours, 0 minutes
2        I further certify that I am neither counsel
3    for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and that I am not financially or otherwise
4    interested in the outcome of the action.
5        Certified to by me this 12th of July, 2022.
6
7
8    _____
     Dana Montgomery, Texas CSR 4768
9    Expiration Date: 1/31/2024
     Veritext Legal Solutions
10   Firm Registration No. 571
     300 Throckmorton, Suite 1600
11   Fort Worth, Texas 76102
     800-336-4000
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 163

1  M. Tristan Morales, Esquire
2  Tmorales@omm.com
3        July 14, 2022
4  RE:   Scanlan, James P. v. American Airlines Group, Inc.
5  6/29/2022, J. F. Joseph (#5297199)
6      The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-midatlantic@veritext.com
16
17   Return completed errata within 30 days from
18 receipt of testimony.
19   If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25

## Page 164

1  Scanlan, James P. v. American Airlines Group, Inc.
2  J. F. Joseph (#5297199)
3        E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 J. F. Joseph              Date
25

## Page 165

1  Scanlan, James P. v. American Airlines Group, Inc.
2  J. F. Joseph (#5297199)
3        ACKNOWLEDGEMENT OF DEPONENT
4      I, J. F. Joseph, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 J. F. Joseph              Date
13 *If notary is required
14     SUBSCRIBED AND SWORN TO BEFORE ME THIS
15 _____ DAY OF _____, 20___.
16
17
18 _____
19 NOTARY PUBLIC
20
21
22
23
24
25

# EXHIBIT 3

```
 1          IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3   JAMES P. SCANLAN, on behalf )
     of himself and all others   )
 4   similarly situated,         )
                                 )
 5            Plaintiffs,        )
                                 )
 6   vs.                         )  Case No.
                                 )  2:18-cv-0404-HB
 7   AMERICAN AIRLINES GROUP,    )
     INC. and AMERICAN AIRLINES, )
 8   INC.,                       )
                                 )
 9            Defendants.        )
10
11
12   ************************************************
13                  ORAL DEPOSITION OF
14                   KIMBERLY WICKER
15                   MARCH 30, 2022
16   ************************************************
17
18        On the 30th day of March, 2022, at 9:32 a.m.,
19   the oral deposition of the above-named witness was
20   taken at the instance of the Plaintiff, before
21   Michelle L. Munroe, Certified Shorthand Reporter in
22   and for the State of Texas, at Veritext Legal
23   Solutions, 300 Throckmorton Street, Suite 1600, Fort
24   Worth, Texas, pursuant to Notice and the agreement
25   hereinafter set forth.
```

Page 62

1    A.  Yes.
2    Q.  Are you familiar with that language in the
3  plan?
4    A.  Yes.
5    Q.  Do you have an understanding in terms of
6  who is the formal administrator of the plan?
7    A.  Yes.
8    Q.  Who is that?
9    A.  The decision-making administrator is the
10  committee.  The calculation administration is the
11  compensation team.
12    Q.  You have an understanding in terms of what
13  decisions the compensation committee is responsible
14  for making?
15    A.  Yes.
16    Q.  What is that?
17    A.  Any changes or large changes to the plan.
18    Q.  Anything else?
19    A.  No.
20    Q.  Other than the adjustment they were
21  talking about before or the amendment between the
22  original plan and the 2017 plan document, are you
23  aware of any other changes that the committee has
24  made to the plan?
25    A.  No.

Page 63

1    Q.  If you turn your attention to what is
2  paragraph 3 where it says, Delegation of committee
3  authority.
4       Do you see that?
5    A.  Yes.
6    Q.  Are you familiar with this paragraph?
7    A.  Yes.
8    Q.  And did you become familiar with this
9  paragraph as part of your job responsibilities?
10    A.  That was my understanding of the plan
11  administration.
12    Q.  I'm sorry, what do you mean?
13    A.  So I understood that compensation had the
14  ability to make decisions on the administration of
15  the plan.  I don't believe I read this paragraph
16  coming into the job; it was a little bit after.
17    Q.  So at some point while you had
18  responsibility for the profit sharing plan, you read
19  paragraph 3?
20    A.  Yes.
21    Q.  Do you see that this paragraph authorizes
22  the committee to delegate administration of the
23  plan?
24    A.  Yes.
25    Q.  Has the committee delegated such

Page 64

1  authority?
2    A.  Yes.
3    Q.  Do you know how the committee did so?
4    A.  The committee does not perform the
5  calculations in administration to make the payouts
6  for the profit sharing plan; the administration is
7  done by the compensation team.  So that's my
8  understanding of how they have delegated
9  administration of the plan.
10    Q.  So your understanding is that the
11  committee has simply allowed your group,
12  essentially, to perform the calculations?
13    A.  Yes.
14    Q.  And does the committee, to your
15  understanding, approve the calculations in any way?
16    A.  The committee receives an audit report
17  before we make the payouts.
18    Q.  And that's the audit report from the --
19  what you described as the third-party auditor?
20    A.  That's correct.
21    Q.  And prior to the time -- strike that.
22       Prior to the time that the payouts are
23  actually made, does the committee need to review or
24  approve the audits or the payout amounts?
25       MR. MORALES:  Objection to form and

Page 65

1  legal conclusion.
2    A.  The audit report goes to the committee
3  prior to payouts.
4    Q.  And prior to the time that payout actually
5  happens, do you wait on approval from the committee
6  or something from the committee?
7    A.  Not a specific approval but the material
8  needs to get in front of the committee.  It needs to
9  be in the committee material for that month.
10    Q.  I understand the material goes to the
11  committee.
12       Do you wait until after the committee has
13  met before the payouts are actually made?
14    A.  Yes.
15    Q.  Do you receive anything back from the
16  committee after the meeting?
17    A.  The minutes should reflect that that was
18  included in the material that they reviewed.
19    Q.  Have you seen minutes from the committee
20  that reflects that?
21    A.  No.
22    Q.  How do you know that the committee has
23  reviewed the material?
24    A.  So before when I was -- when I had profit
25  sharing but I was not going to the compensation

17 (Pages 62 - 65)

Page 66

1 committee meetings, I was requested to produce the
2 report so that it can go to the compensation
3 committee. That occurs in February; the payouts are
4 administered in the beginning of March.
5        So it is understood -- and perhaps
6 "understood" is not the best word, but it's
7 understood that that material goes to the committee.
8    Q.   And so what you understood is that the
9 material goes to the committee. The committee has
10 an opportunity to review the reports, and there's
11 sufficient time between the meeting of the committee
12 and the time the payouts are made?
13    A.   Yes.
14    Q.   And it's your understanding that if the
15 committee had some questions, concerns, or problems
16 with the calculations, that would give them an
17 opportunity to essentially stop the payout?
18    A.   If they wanted to, yes.
19    Q.   So I understand that your group handles
20 the actual calculations, they then go to the
21 committee, and you had suggested before that there
22 was some sort of delegation.
23        I just want to be clear, have you ever
24 seen any delegation of the committee's authority to
25 anyone else in writing?

Page 67

1    A.   Who do you mean by "anyone else"?
2    Q.   Your group or any particular officer.
3    A.   The minutes from the 2017 meeting reflect
4 that they have delegated authority for the
5 compensation team and the people team to administer
6 the plan. I have not seen if they have delegated
7 authority for any other team to administer.
8        MR. BARTON: Mark that.
9        (Exhibit 4 marked.)
10    Q.   I have handed you what has been marked as
11 Exhibit Number 4. This bears Bates stamp AA Scanlan
12 23503 through 23524.
13        These are entitled Minutes of the Meeting
14 of the Compensation Committee of the Board of
15 Directors of American Airlines Group, Inc.,
16 January 24, 2017.
17        Do you see that?
18    A.   Yes.
19    Q.   When you made a reference to the 2017
20 minutes, is this what you're referring to?
21    A.   Yes.
22    Q.   Okay. You have seen these minutes
23 previously?
24    A.   Yes.
25    Q.   When did you first see these minutes?

Page 68

1    A.   Couple weeks ago.
2    Q.   And what was the context of you seeing
3 these minutes?
4    A.   In preparation for this deposition.
5    Q.   Prior to that time, had you ever seen
6 these minutes before?
7    A.   No, I have not.
8    Q.   When you reviewed them, did you review
9 them -- strike that.
10        Do you see on page 2 there are a bunch of
11 blackout redactions that defendant's counsel has
12 placed on there?
13    A.   I see that.
14    Q.   Okay. When you reviewed them, did you
15 review it in a redacted form?
16    A.   Yes.
17    Q.   I'm sorry, I may have asked you this or
18 not.
19        Prior to the time that you saw these
20 minutes a few weeks ago, had you ever seen any
21 version of the minutes of the compensation committee
22 of the board of directors for January 24, 2017?
23    A.   No.
24    Q.   Are you able to testify whether or not
25 these are, in fact, the minutes from that meeting?

Page 69

1    A.   I was not in attendance, so I would not be
2 able to testify to that.
3    Q.   And where did you get these minutes when
4 you saw them a few weeks ago?
5    A.   From our counsel.
6    Q.   Who specifically?
7    A.   Tristan and Vince.
8    Q.   You said Tristan and Vince?
9    A.   Tristan and Vince.
10    Q.   How were they provided to you?
11    A.   Via email.
12    Q.   And what are you referring to in terms of
13 where there was some delegation in these minutes?
14    A.   This was -- give me a second.
15    Q.   Uh-huh.
16    A.   Towards the back, that's the plan document
17 delegating authority. There was another piece.
18        It's at the bottom of page 2 on the back
19 requesting -- where Elise requested the committee to
20 delegate authority to her and her designee.
21    Q.   And do you have an understanding who
22 Ms. Eberwein was at this time?
23    A.   Yes.
24    Q.   Who was she?
25    A.   EVP of people and communications.

18 (Pages 66 - 69)

Page 70

1   Q.   And did you know that independently of
2   reading this document?
3   A.   Yes.
4   Q.   Is Ms. Eberwein still the VP?
5   A.   Her current title is EVP people and global
6   engagement now.
7   Q.   Is she someone you report to either -- at
8   least indirectly?
9   A.   Previously, yes.
10   Q.   When did you cease reporting to her?
11   A.   She announced her retirement, I believe,
12   at the beginning of the year.
13   Q.   Of 2022?
14   A.   Yes.
15   Q.   So until she announced her retirement, you
16   reported to her?
17   A.   Indirectly, yes.
18   Q.   In the minutes, they reflect that
19   Ms. Eberwein made a request for delegation?
20   A.   I see that.
21   Q.   Do you see anything in the minutes
22   themselves that state that the committee approved
23   the request?
24   MR. MORALES:  Objection --
25   A.   Yes.

Page 71

1   MR. MORALES:  -- legal conclusion.
2   You can answer.
3   A.   It says, After discussion and upon motion
4   duly made and seconded, the resolutions attached in
5   Exhibit D were approved.  And Exhibit D includes
6   language about delegating authority.
7   Q.   Okay.  So to the extent there's
8   delegation, it depends on what was approved in the
9   resolution that's Attachment D?
10   MR. MORALES:  Objection; legal
11   conclusion.
12   A.   That's what the sentence states, yes.
13   Q.   But there's nothing -- I just want to
14   make -- there's nothing explicit in the minutes
15   about approval of the delegation unless it's in
16   Exhibit D?
17   MR. MORALES:  Objection; legal
18   conclusion.
19   A.   The request was made and then the next
20   sentence said it was approved.
21   Q.   Well, it doesn't say the request for
22   delegation was approved.  It says Exhibit D was
23   approved.
24   A.   Yes, directly after it says the request
25   was made.

Page 72

1   Q.   In a separate paragraph on the next page?
2   MR. MORALES:  Objection to form.
3   A.   It says she referenced the modifications
4   described in the material, and then it says, pretty
5   much, paraphrasing, the material was approved.
6   Q.   It says -- there are multiple exhibits
7   here, correct?
8   A.   This one specifically references
9   Exhibit D.
10   Q.   Okay.  And the thing at the top references
11   Exhibit D.  Now let's take a look at Exhibit D.
12   And tell me where in Exhibit D you believe
13   there is a reference to delegation.
14   A.   It is Section F, part 3.
15   Q.   I'm sorry, where are we?
16   A.   Exhibit D, dash, 1.
17   Q.   D, dash, 1.  Okay.
18   A.   The Amended and Restated Global Profit
19   Sharing Plan, Section F, part 3, Delegation of
20   committee authority.
21   Q.   Okay.  And it's your understanding that
22   the where -- strike that.
23   It's the -- part of F administration in
24   the amended profit sharing plan that delegated
25   committee authority to the EVP people and

Page 73

1   communications and her designees?
2   MR. MORALES:  Objection; legal
3   conclusion and asked and answered.
4   A.   That's my understanding.
5   Q.   If you look back at Exhibit Number 2 --
6   A.   Uh-huh.
7   Q.   -- do you see that paragraph F3 also has a
8   delegation of committee authority?
9   A.   Yes, I do see that.
10   Q.   And if you see in what you're referencing
11   in Exhibit D as part of Exhibit 4 where there's
12   redline changes --
13   A.   Uh-huh.
14   Q.   -- in Exhibit D --
15   A.   I see that.
16   Q.   -- do you see that the only changes to
17   part 3, F3, are changes from the use of the word
18   "the company" to "AAG"?
19   A.   I see that.
20   Q.   Is it your understanding that the
21   delegation occurred only after the January 24, 2017,
22   meeting?
23   MR. MORALES:  Objection; legal
24   conclusion.
25   A.   No.

19 (Pages 70 - 73)

Case 2:22-cv-04014-... Document 24-4 ... Page 41087 ... Filed 09/16/21 ... Page 26/2023

Page 74

1    Q.   You believe that there was delegation
2  prior to January 24, 2017?
3    A.   The committee is not administering the
4  plan or has never administered the calculation and
5  payout of the plan, so that is what I understood
6  from inception of the plan the AAG compensation team
7  administered.
8    Q.   Do you understand the difference between
9  an actual delegation as compared to having someone
10  perform certain calculations and then approve them?
11    MR. MORALES:  Objection to form and
12  legal conclusion.
13    A.   I guess it would depend on the instance in
14  which we're talking about.
15    Q.   Do you have an understanding whether or
16  not the committee delegated certain tasks or its
17  actual authority to the EVP?
18    MR. MORALES:  Objection to form and
19  legal conclusion.
20    A.   My understanding is that the committee
21  delegated reasonable authority to the EVP around the
22  profit sharing plan and administration.
23    Q.   And is your understanding solely based on
24  what's in Exhibit Number 4?
25    A.   It's also in Exhibit 3, that the -- that

Page 75

1  the company administers.
2    Q.   You understand that in F3 of the plan
3  document, it provides the authority with the ability
4  to delegate as compared to actual delegation?
5    MR. MORALES:  Objection to form and
6  legal conclusion.
7    A.   Yes, it says may delegate the
8  administration of the plan.
9    Q.   Do you know whether or not, beyond what's
10  contained in Exhibit Number 4 in the minutes,
11  whether or not there is a written document
12  evidencing the committee, in fact, made a
13  delegation?
14    MR. MORALES:  Objection to form; asked
15  and answered and legal conclusion.
16    A.   The information I'm aware of is stated in
17  these documents.
18    Q.   So the only thing that you know is based
19  on Exhibit Number 4 and Exhibit Number 3?
20    MR. MORALES:  Objection to form.
21    A.   And Exhibit Number 2.
22    Q.   So the only thing -- the entire source of
23  your knowledge is the information that's in the two
24  plan documents and the minutes which you hadn't seen
25  before three weeks ago?

Page 76

1    A.   Yes.
2    MR. MORALES:  Objection to form.
3    Q.   I want to look at what's in F2 of the plan
4  document, which is Exhibit Number 3.
5    A.   Okay.
6    Q.   And it specifies four different
7  authorities that the committee has under the plan.
8    Do you see that?
9    A.   Yes.
10    Q.   And number 1 is the power to determine
11  which employees shall be designated as participants
12  in the plan?
13    A.   I see that.
14    Q.   Is that something that the committee has
15  done?
16    A.   Are you asking if the committee has
17  reviewed specific employees and if they're deemed
18  participants of the plan?
19    Q.   Well, do you understand what the phrase
20  "determine which employees shall be designated
21  participants in the plan" means?
22    A.   I have my understanding.
23    Q.   What's your understanding based on?
24    A.   My understanding is that eligible
25  participants of the plan based on what's laid out in

Page 77

1  the plan document.
2    Q.   So you understand this to mean that the
3  committee has the power to make determinations as to
4  which employees shall be designated under the terms
5  of the plan?
6    A.   My understanding is that there's a plan
7  document, and if there is -- if there are changes to
8  the plan document that's needed, that authority
9  resides with the committee.
10    Q.   And that's what your understanding in
11  terms of what "A" covers?
12    A.   That is my understanding, yes.
13    Q.   And to your understanding, that authority
14  has not been delegated?
15    MR. MORALES:  Objection; legal
16  conclusion.
17    Q.   Or do you have any understanding?
18    A.   That has not changed from what is laid out
19  in the plan.
20    Q.   Do you have any understanding of whether
21  or not that authority by the committee has been
22  delegated?
23    MR. MORALES:  Objection; legal
24  conclusion.
25    A.   I have not experienced a situation in

20 (Pages 74 - 77)

Page 78

1 which we would need to change the participants, so I
2 have not participated in that discussion.
3    Q.   So would it be fair to say that you don't
4 know whether or not that has been delegated or not?
5        MR. MORALES:  Objection; asked and
6 answered and legal conclusion.
7    A.   I haven't experienced that in my role.
8    Q.   The second power under F2 in the plan is
9 the power to interpret the plan and the profit
10 sharing awards.
11        Do you see that?
12    A.   Yes, I do.
13    Q.   Do you have an understanding of what that
14 means?
15        MR. MORALES:  Objection; legal
16 conclusion.
17    A.   My understanding is that if they need to
18 interpret the plan and the awards, they have the
19 ability to do that.
20    Q.   When you say "they," you mean the
21 committee?
22    A.   The committee.
23    Q.   Do you know whether or not that power has
24 been delegated or not?
25        MR. MORALES:  Objection; legal

Page 79

1 conclusion.
2    A.   My understanding is that we -- the
3 compensation team does have the ability to interpret
4 the plan and the profit sharing awards as well.
5    Q.   Does the compensation team, does your team
6 have the ability to interpret the plan and the
7 profit sharing awards without seeking approval from
8 the committee?
9        MR. MORALES:  Objection; legal
10 conclusion.
11    A.   I guess it would determine -- it would be
12 based on how large the situation was.
13    Q.   Have there been instances where your team
14 has interpreted the plan?
15    A.   I mean, we would have to reference the
16 plan all the time.  I mean, not every situation or
17 scenario would be spelled out in the plan, so I
18 guess, yes, indirectly we have had to interpret the
19 plan documents.
20    Q.   Is there -- are any of your team's
21 interpretations of the plan set forth in any
22 writings, emails, analysis of any kind?
23    A.   We do work out any administration things
24 via email if that's what you're asking, so there
25 would be emails regarding profit sharing

Page 80

1 administration and calculation and eligibility and
2 specific employee situations and scenarios in email.
3    Q.   Are you interpreting the terms of the
4 plan?
5        MR. MORALES:  Objection; legal
6 conclusion.
7    Q.   And what those terms mean?
8        MR. MORALES:  Objection; legal
9 conclusion.
10    A.   We are discussing what the plan says.  I
11 guess the word "interpret" implies that you perhaps
12 deviate and fill in where it's not explicit.  So we
13 are interpreting what the plan says.  Again, not
14 everything can be spelled out in the document.
15    Q.   And so if there is a -- as you said,
16 filling in where the plan is not specific, is that
17 something that your team has the authority to do
18 without consultation of the committee?
19        MR. MORALES:  Objection; legal
20 conclusion.
21    A.   Yeah.  When new wage types come into scope
22 and we have to determine what eligible earnings are,
23 we do have to interpret the plan.
24    Q.   Beyond wage types, are there other matters
25 how your team has interpreted the plan?

Page 81

1    A.   There are --
2        MR. MORALES:  Objection; legal
3 conclusion.
4    A.   There are all sorts of situations that
5 come up in an employee's history with 100,000 people
6 that we would have to interpret in addition to just
7 wage types.
8    Q.   Has -- have any employees raised issues or
9 concerns with determination with respect to their
10 eligibility or earnings under the plan and
11 challenged them?
12        MR. MORALES:  Objection; foundation.
13    A.   Employees have inquired if they haven't
14 received a payout, perhaps, and we'd respond to why
15 they were ineligible.
16    Q.   Has any employee raised any formal
17 challenge to either the calculation or the lack of a
18 payout?
19        MR. MORALES:  Objection; foundation.
20    A.   How would you define "formal challenge"?
21    Q.   Is there a procedure under the plan for an
22 employee to challenge either their eligibility or
23 their -- the calculation of their award?
24    A.   When we receive questions and determine
25 why they would be ineligible or why they did not

21 (Pages 78 - 81)

Page 118

```
 1
 2
 3
 4     _____
       (Signature of the Witness)
 5
 6
 7
 8  THE STATE OF _____
 9  COUNTY OF _____
10
11     Subscribed and sworn to before me by the said
12  witness, KIMBERLY WICKER, on this the _____ day
13  of _____, 2022.
14
15
       _____
16     Notary Public in and for the
       State of _____
17     County of _____
18  My commission expires: _____
19
20
21
22
23
24
25   5123257
```

Page 119

```
 1  STATE OF TEXAS   )
 2  COUNTY OF DALLAS )
 3     I, Michelle L. Munroe, Certified Shorthand
 4  Reporter in and for the State of Texas, certify that
 5  the foregoing deposition of KIMBERLY WICKER was
 6  reported stenographically by me at the time and place
 7  indicated, said witness having been placed under oath
 8  by me, and that the deposition is a true record of
 9  the testimony given by the witness;
10     I further certify that I am neither counsel for
11  nor related to any party in this cause and am not
12  financially interested in its outcome.
13     Given under my hand on this the 7th day
14  of April, 2022.
15
16
17
18
19
20     Michelle L Munroe
       Michelle L. Munroe, CSR No. 6011
21     Commission expires 1-31-24
       Firm Registration #571
22     VERITEXT LEGAL SOLUTIONS
       300 Throckmorton Street, Suite 1600
23     Fort Worth, Texas  76102
       817.336.3042  telephone
24
25
```

31 (Pages 118 - 119)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JAMES P. SCANLAN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| -vs.- | Civil Action No. 2:18-cv-04040-HB |
| AMERICAN AIRLINES GROUP INC., and AMERICAN AIRLINES, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Mark W. Robertson, hereby certify that on September 16, 2022, I caused a true and correct copy of the foregoing Reply in Support of Defendants' Motion for Summary Judgment and Declaration and Exhibits in Support to be served on all counsel through the ECF system.

Respectfully submitted,

By: */s/ Mark W. Robertson*

Mark W. Robertson (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
mrobertson@omm.com

*Attorneys for Defendants American Airlines Group Inc. and American Airlines, Inc.*