**No. 22-3294**

# In the United States Court of Appeals for the Third Circuit

JAMES P. SCANLAN; CARLA RINER,
*Plaintiffs-Appellants,*

v.

AMERICAN AIRLINES GROUP INC.; AMERICAN AIRLINES INC.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
Case No. 2-18-cv-04040 (The Hon. Harvey Bartle III)

**PLAINTIFFS-APPELLANTS' REQUEST FOR ORAL ARGUMENT**

Under Federal Rule of Appellate Procedure 34(a)(1) and Local Rule 34.1, plaintiffs-appellants James Scanlan and Carla Riner respectfully join the appellees in their request for oral argument in this appeal. The appeal turns on the meaning of an important federal statute and its implementing regulation. 38 U.S.C. § 4316(b); 20 C.F.R. § 1002.150(b). And the district court's summary-judgment decision—as well as the appellees' position on appeal—squarely conflicts with a recent published decision from a sister circuit. *See Clarkson v. Alaska Airlines, Inc.*, 59 F.4th 424 (9th Cir. 2023).

The appellants agree with the appellees that 15 minutes per side would be sufficient.

June 27, 2023                                         Respectfully submitted,

*/s/ Jonathan E. Taylor*
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*jon@guptawessler.com*

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this request contains 104 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

June 27, 2023                                           */s/ Jonathan E. Taylor*
                                                        Jonathan E. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Third Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor
